UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ESTATE OF  
ROGER D. OWENSBY JR.,

      Plaintiff,

v.

CITY OF CINCINNATI, ET AL.,

      Defendants.

Case No. 01-CV-769

Senior Judge S. Arthur Spiegel

## ORDER

This matter having come before this Court on Plaintiff's Motion for Leave To Take Depositions In Excess Of Those Prescribed By Fed. R. Civ. P. 30(a)(2)(A), considering the arguments and submissions of all the parties and for good cause shown, Plaintiff's Motion is hereby GRANTED.

In accordance with Rule 30(a)(2)(A), Plaintiff is granted leave to take up to thirty fact depositions and five expert depositions. Likewise, Defendants are granted leave to take up to thirty fact depositions and five expert depositions.

SO ORDERED

9/16/03  
Date

TIMOTHY S. HOGAN  
U.S. Magistrate Judge