**COURT OF COMMON PLEAS**
**HAMILTON COUNTY, OHIO**

EXPUNGED CASE

    Plaintiff

vs.

EXPUNGED CASE

    Defendant

Case No. B 0009502

Judge Charles J. Kubicki, Jr.

**ENTRY DENYING MOTION FOR RELEASE OF RECORDS**

ENTERED & SCANNED
SEP 18 2003
IMAGE 54

This cause came before this Court pursuant to the Motion for Release of Records filed by the City of Cincinnati. Upon consideration thereof and the other pleadings in this case, the Court finds the City of Cincinnati's Motion to be not well taken, and the same is hereby DENIED.[1]

IT IS SO ORDERED.

ENTER

SEP 18 2003

_____
CHARLES J. KUBICKI, Judge

COPIES SENT VIA FACSIMILE AND REGULAR MAIL TO:

Scott M. Heenan, Esq., Attorney for Plaintiff
William Gustavson, Esq., Attorney for Defendant
Geri Hernandez Geiler, Esq., Attorney for City of Cincinnati
Donald Hardin, Esq., Attorney for Defendant
John Helbling, Esq., Attorney for Estate of Roger Owensby
Mark Tillar, Esq., Attorney for Estate of Roger Owensby


EXHIBIT B