**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

ESTATE OF ROGER D. OWENSBY, JR.  :    CASE NO. C-1-01-769
By and through Roger D. Owensby,
                                 :

             Plaintiff,           :    Judge Spiegel

                                 :

                                 :

   vs.                           :

CITY OF CINCINNATI, et al.            **NOTICE OF SUBSTITUTION**
                                 :    **OF COUNSEL**

             Defendants.
     .                            :


Pursuant to United States District Court, Southern District of Ohio Local Rule

4.3(e), now comes Julie F. Bissinger, Chief Counsel, and hereby gives notice of her substitution

for Gloria Sigman, Assistant City Solicitor as counsel for defendants City of Cincinnati, Thomas

Streicher, Jr., David Hunter, Darren Sellers, Jason Hodges, and Cincinnati Police Officers John

Does 1 through 6. This substitution is made with the knowledge and consent of Julia L. McNeil,

City Solicitor for the City of Cincinnati.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor


**/s/ Julie F. Bissinger**
**JULIE F. BISSINGER (0012055)**
Chief Counsel
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
513.352.3346
FAX: 513.352.1515
Email:  julie.bissinger@cincinnati-oh.gov


**/s/Gloria Sigman**
**GLORIA SIGMAN (0065145)**
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
513. 352.4707
FAX: 513.352.1515
Email: gloria.sigman@cincinnati-oh.gov


**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on October 21, 2003, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, that will send notification of such filing to all participating CM/ECF attorneys, and additionally, on October 17, 2003, I have served via ordinary U.S. mail a copy of the foregoing to the following counsel:

Wilson G. Weisenfelder, Jr., Esq.
Rendigs, Fry, Kiely & Dennis
900 Fourth & Vine Tower
Cincinnati, Ohio 45202

John J. Helbling, Esq.
3672 Springdale Road
Cincinnati, Ohio 45251

Ravert J. Clark, Esq.
114 East 8th Street
Suite 400
Cincinnati, Ohio 45202

Frederick M. Morgan, Jr., Esq.
James B. Helmer, Jr., Esq.
Paul B. Martins, Esq.
Helmer, Martins & Morgan
Fourth & Walnut Centre
105 East 4th Street
Suite 1900
Cincinnati, Ohio 45202

Dale A. Stalf, Esq.
Buckley, King & Bluso
1320 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202

Donald E. Hardin, Esq.
Hardin, Lefton, Lazarus & Marks
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202

Mark T. Tillar, Esq.
224 Clark Road
Cincinnati, Ohio 45215

Neil F. Freund, Esq.
Vaseen S. Hadi, Esq.
Freund, Freeze & Arnold
1 South Main Street
Suite 1800
Dayton, Ohio 45402-2017

/s/ Julie F. Bissinger_____
**JULIE F. BISSINGER (0012055)**
**Chief Counsel**