**EXHIBIT C**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

In re Cincinnati Policing          :     Case No. C-1-99-3170
                                   :
                                   :     Judge Dlott
                                   :
                                   :     PROTECTIVE ORDER RE:
                                   :     IMPLEMENTATION OF
                                   :     COLLABORATIVE
                                   :     AGREEMENT

This Protective Order shall govern the parties during implementation of the collaborative Agreement

It is hereby ORDERED that all drafts of any monitor reports pursuant to para 107 of the Collaborative Agreement and para 107 of the Memorandum of Agreement and any responses to such drafts or other documents related to said drafts, whether authored by the Monitor or by the parties, or by the United States Department of Justice, shall be deemed confidential and may not be released by any person receiving said document except pursuant to this order. Such documents shall be shared only with counsel, their staff, and selected representatives of each party as determined by counsel. All those receiving documents covered by this Order shall be instructed as to the contents of this order, shall sign a copy of Exhibit A attached to this Order and shall be obligated to follow the terms of this Order, provided, however, that counsel shall not be required to sign a copy of Exhibit A.

The term "parties" as used in this order shall include, the leadership of the American Civil Liberties Union of Ohio (ACLU), including the Advisory Panel appointed by the ACLU

1

with respect to this case, The City of Cincinnati and its Police Department, and the Fraternal Order of Police. Any dispute concerning matters relating to this Protective Order shall be resolved by the United States District Court for the Southern District of Ohio.

The term "counsel" as used in this order shall include counsel of record, counsel for the parties who are actively engaged in the conduct of this litigation, and said attorneys' partners, associates, paralegal assistants, secretaries and employees to the extent reasonably necessary to render professional services in this matter.

IT IS SO ORDERED

This ___ day of June, 2003.

_____
United States District Judge

**Plaintiffs' Counsel:**

_____    _____
Kenneth L. Lawson                   Scott Greenwood
Trial Attorney for Plaintiffs       Trial Attorney for Plaintiffs

_____
Alphonse A. Gerhardstein
Trial Attorney for Plaintiffs

**Defendants' Counsel:**
Julia L. McNeil
City Solicitor

_____
Attorney for
City of Cincinnati

Fraternal Order of Police

_____
Donald Hardin
Hardin, Lefton, Lazarus & Marks, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202