# HELMER, MARTINS & MORGAN
## CO., L.P.A.

ATTORNEYS AT LAW

Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, Ohio 45202-4008

James B. Helmer, Jr.*
Paul B. Martins
Frederick M. Morgan, Jr.
Julie Webster Popham**
Jennifer M. Verkamp
Robert M. Rice
Donald G. Stiens, Jr.

*Also D.C. Bar
**Also KY Bar

Telephone: (513) 421-2400
Telecopier: (513) 421-7902

Of Counsel:
Robert Clark Neff, Jr.

October 17, 2003

*Sent via Facsimile & U.S. Mail*

Neil F. Freund, Esq.
FREUND, FREEZE & ARNOLD, LPA
One Dayton Centre
One South Main Street
Suite 1800
Dayton, Ohio 45402-2017

Re:   *Estate of Roger D. Owensby, Jr. v. City of Cincinnati, et al.*,
Case No. 01-CV-769 (S.D. Ohio)

Dear Neil:

In response to your fax of yesterday afternoon requesting our agreement to a stipulated extension of the current discovery cutoff and trial date, Plaintiff does not agree to any extension of the discovery cutoff or trial date and will oppose any effort to extend the trial date.

Sincerely,

Paul B. Martins

PBM:kmr

cc:   Mark T. Tillar, Esq.
John J. Helbling, Esq.
Donald E. Hardin, Esq.
Wilson G. Weisenfelder, Jr., Esq.
Dale A. Stalf, Esq.
Ravert J. Clark, Esq.
Geri H. Geiler, Esq.



# FREUND FREEZE & ARNOLD
A LEGAL PROFESSIONAL ASSOCIATION

One Dayton Centre
1 South Main Street
Suite 1800
Dayton, OH 45402-2017
(937) 222-2424
Fax (937) 222-5369

Fourth & Walnut Centre
105 East Fourth Street
Suite 1400
Cincinnati, OH 45202-4035
(513) 665-3500
Fax (513) 665-3503

www.ffalaw.com

Neil F. Freund*
Stephen V. Freeze*
Gordon D. Arnold
Patrick J. Janis
Stephen C. Findley
Robert N. Snyder
Christopher W. Carrigg**
Susan Blasik-Miller
Wayne E. Waite
Thomas B. Bruns*
Mark L. Schumacher †
Mark A. MacDonald*
Dee Catherine Sheriff*
Christopher F. Johnson
Shawn M. Blatt
Timothy B. Schenkel*
Ray C. Freudiger
Kevin C. Connell
Jennifer L. Kirkpatrick*+
John J. Garvey III*+
David A. Shearer, Jr.*
John G. Witherspoon, Jr.
Lisa A. Hesse
T. Andrew Vollmar
Julie M. von Haefen
Robert W. Young
Shaun A. Roberts
Leonard J. Bazelak
Charles L. Hinegardner*
Michael J. Reuss
Cinamon S. Houston+
Judd R. Uhl*
Michele L. King***
Nicole A. Mitchell
James M. Cawood III**
Heather M. Loridas
Jason E. Treherne
Richard C. Brooks, Jr.
Vaseem S. Hadi
Joshua D. Marcum
Paula H. Payne*
Charity S. Robl
Jamey T. Pregon++
Michelle D. Nobbe
Kelly A. Armstrong+++
Daniel F. Getty
Bryan F. Mahoney

*   Also admitted in Kentucky
**  Also admitted in Maryland
*** Also admitted in Massachusetts
†   Also admitted in Pennsylvania
††  Also admitted in Iowa
+   Also admitted in Indiana
++  Only admitted in Kentucky
+++ Only admitted in Wisconsin

October 15, 2003

SENT VIA FACSIMILE

Paul B. Martins
HELMER, MARTINS & MORGAN CO., LPA
Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, OH 45202-4008

Mark T. Tillar
240 Clark Road
Cincinnati, OH 45215

John Helbling
3672 Springdale Road
Cincinnati, OH 45251

Donald E. Hardin
HARDIN, LEFTON, LAZARUS & MARKS, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202

Wilson G. Weisenfelder, Jr.
RENDIGS, FRY, KIELY & DENNIS, LLP
900 Fourth & Vine Tower
Cincinnati, OH 45202

Dale A. Stalf
BUCKLEY KING
1420 PNC Center
201 East Fifth Street
Cincinnati, OH 45202

Ravert J. Clark
114 East 8th Street
Suite 400
Cincinnati, OH 45202

RE: *The Estate of Roger D. Owensby v. City of Cincinnati, et al.*

Dear Counsel:

Attached is a proposed stipulation concerning extensions of the current discovery cutoff and trial date.

It is my belief, based just on the number of potential depositions, that we will need additional time to complete discovery and get the case ready for trial.

Please let me know if agree, or disagree. You can contact my paralegal, Carol Seitz, at 937-913-0119 or cseitz@ffalaw.com with your response.

FREUND, FREEZE & ARNOLD

All Counsel
October 15, 2003
Page 2

Thank you for your consideration in this matter.

Very truly yours,

FREUND, FREEZE & ARNOLD

Neil F. Freund

css
c:  Geri Hernandez Geiler, Esq.

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF ROGER D. OWENSBY, | * | CASE NO. C-1-01-769 |
| Plaintiff | | (Judge S. Arthur Spiegel) |
| vs. | * | |
| CITY OF CINCINNATI, et al. | | **PROPOSED STIPULATION** |
| Defendants | * | |

The parties hereby stipulate that the discovery deadline of January 4, 2004 needs to be extended and the trial date of May 3, 2004 should also be continued. The parties request that the court schedule a conference with all counsel to establish new dates.