# HELMER, MARTINS & MORGAN
## CO., L.P.A.

ATTORNEYS AT LAW

James B. Helmer, Jr.*
Paul B. Martins
Frederick M. Morgan, Jr.
Julie Webster Popham**
Jennifer M. Verkamp
Robert M. Rice
Katherine S. Carmody

*Also D.C. Bar
**Also KY Bar

Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, Ohio 45202-4008

Telephone: (513) 421-2400
Telecopier: (513) 421-7902

Of Counsel:
Robert Clark Neff, Jr.

November 7, 2003

**Sent via Facsimile & U.S. Mail**

Neil F. Freund, Esq.
FREUND, FREEZE & ARNOLD, LPA
One Dayton Centre
One South Main Street
Suite 1800
Dayton, Ohio 45402-2017

Geri H. Geiler, Esq.
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

Re: *Estate of Roger D. Owensby, Jr. v. City of Cincinnati, et al.,*
Case No. 01-CV-769 (S.D. Ohio)

Dear Counsel:

On September 18, 2003 we served you with Plaintiff's Second Request for Production of Documents to the City of Cincinnati. Responses to this Second Request for Production of Documents were due on October 21, 2003. Over two weeks have passed and we have received no response to these document requests. Please immediately provide your response and the requested documents. Please also note that all objections are waived because of your failure to timely respond to these document requests. Rule 34(b), Fed. R. Civ. P.; *Bailey v. Container Corp. of America*, 36 F.P.D. ¶ 35,096 (S.D. Ohio 1984) (Porter, S.J.).

Sincerely,

Paul B. Martins

PBM:kmr

cc: Mark T. Tillar, Esq.
John J. Helbling, Esq.
Donald E. Hardin, Esq.
Wilson G. Weisenfelder, Jr., Esq.
Dale A. Stalf, Esq.
Ravert J. Clark, Esq.

**EXHIBIT B**