UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF<br>ROGER D. OWENSBY JR., ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CINCINNATI, ET AL.,<br><br>Defendants. | Case No. 01-CV-769<br><br>Senior Judge S. Arthur Spiegel |

**NOTICE OF POSTPONEMENT OF
DEPOSITION OF CYRIL H. WECHT, M.D., J.D.**

On November 20, 2003, Plaintiff noticed the deposition of Cyril H. Wecht, M.D., J.D. , for December 16, 2003 at 2:00 p.m. in Pittsburgh, Pennsylvania.  On December 3, 2003, Defendants City of Cincinnati and Police Chief Thomas Streicher, Jr. filed a Motion for Protective Order to prevent Plaintiff from taking the deposition of Cyril H. Wecht, M.D., J.D. (Doc. 68).  Briefing on this matter will not be completed until mid-January, 2004.  In accord with Rule 26(a)(2)(C), Fed. R. Civ. P., the designation of experts is not required until February 3, 2004.

Therefore, notice is hereby given to all parties that Plaintiff will postpone the deposition of Cyril H. Wecht, M.D., J.D. until such time as the Court has an opportunity

to rule on Defendants City of Cincinnati's and Police Chief Thomas Streicher's Motion for Protective Order.

Respectfully submitted,

/s/ Paul B. Martins
James B. Helmer, Jr.  (0002878)
Paul B.  Martins (0007623)
Frederick M. Morgan, Jr.  (0027687)
HELMER, MARTINS & MORGAN CO., LPA
Fourth & Walnut Centre
Suite 1900
105 East Fourth Street
Cincinnati, Ohio 45202-4008
Telephone:  (513) 421-2400
Facsimile:  (513) 421-7902
Trial Attorney for Plaintiff

Mark T. Tillar (0029898)
240 Clark Road
Cincinnati, Ohio  45202
Trial Attorney for Plaintiff

John J. Helbling (0046727)
3672 Springdale Road
Cincinnati, Ohio 45251
Trial Attorney for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Postponement of Deposition of Cyril H. Wecht, M.D., J.D. (Doc. 68) was electronically filed on December 9, 2003. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        /s/ Paul B. Martins