IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ESTATE OF ROGER D. OWENSBY,** | * | **CASE NO. C-1-01-769** |
| Plaintiff | * | (Judge S. Arthur Spiegel) |
| vs. | * | |
| **CITY OF CINCINNATI, et al.** | * | |

**DEFENDANTS CITY OF CINCINNATI AND THOMAS STREICHER, JR.'S
NOTICE OF SUBMISSION OF RESPONSES TO PLAINTIFF'S
SECOND REQUEST FOR PRODUCTION OF DOCUMENTS**

Defendants, City of Cincinnati and Thomas Streicher, Jr., hereby give notice that, with the exception of one Internal Investigations Sections summary for the year 2000, responses to Plaintiffs' Second Request for Production of Documents were submitted to Plaintiff's counsel via Federal Express on December 16, 2003. The 2000 summary will be provided within the next seven days.

Respectfully submitted:

J. Rita McNeil (0043535)
City Solicitor

*/s/ Neil F. Freund*
Neil F. Freund (0012183)
FREUND, FREEZE & ARNOLD
One Dayton Centre
1 South Main Street, Suite 1800
Dayton, OH 45402-2017
(937) 222-2424
(937) 222-5369 (fax)

Geri Hernandez Geiler (0042081)
Julie F. Bissinger (0012055)
City Solicitors' Office
Room 214, City Hall
801 Plum Street
Cincinnati, OH 45202
(513) 352-3338

Trial Attorneys for Defendants

**FREUND, FREEZE & ARNOLD**
A Legal Professional Association

PROOF OF SERVICE

This will certify that a copy of the foregoing was served upon counsel of record by electronic mail this 17th day of December, 2003:

Mark T. Tillar (0029898)
240 Clark Road
Cincinnati, OH 45202
(513) 761-2958
**Attorney for Plaintiff**

John Helbling (0046727)
3672 Springdale Road
Cincinnati, OH 45251
513-923-9740
**Attorney for Plaintiff**

Donald E. Hardin (0022095)
HARDIN, LEFTON, LAZARUS & MARKS, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202
513-721-7300
**Special Counsel for Defendants**
**Robert Blaine Jorg,**
**Patrick Caton,**
**Darren Sellers,**
**Jason Hodge, and**
**Victor Spellen**

Wilson G. Weisenfelder, Jr.  (0030179)
RENDIGS, FRY, KIELY & DENNIS, LLP
900 Fourth & Vine Tower
Cincinnati, OH 45202
513-381-9200
**Attorney for Defendants**
**Village of Golf Manor,**
**Chief Stephen Tilley,**
**Officer Robert Heiland, and**
**John Doe #7 nka Chris Campbell**

Dale A. Stalf (0000471)
BUCKLEY, KING & BLUSO
1320 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 412-5400
**Attorney for Huntington Meadows, LTD**

Ravert J. Clark
114 East 8th Street
Suite 400
Cincinnati, OH 45202
(513) 587-2887
**Attorney for Defendant**
**Cincinnati Police Officer David Hunter**

*/s/ Neil F. Freund*
Neil F. Freund

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**