# HELMER, MARTINS & MORGAN
## CO., L.P.A.

ATTORNEYS AT LAW

Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, Ohio 45202-4008

James B. Helmer, Jr.*
Paul B. Martins
Frederick M. Morgan, Jr.
Julie Webster Popham**
Jennifer M. Verkamp
Robert M. Rice
Donald G. Stiens, Jr.

*Also D.C. Bar
**Also KY Bar

Telephone: (513) 421-2400
Telecopier: (513) 421-7902

Of Counsel:
Robert Clark Neff, Jr.

December 16, 2003

**Sent via Facsimile & U.S. Mail**

Neil F. Freund, Esq.
FREUND, FREEZE & ARNOLD, LPA
One Dayton Centre
One South Main Street
Suite 1800
Dayton, Ohio 45402-2017

Geri H. Geiler, Esq.
Julie F. Bissinger, Esq.
Assistant City Solicitors
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

Re: *Estate of Roger D. Owensby, Jr. v. City of Cincinnati, et al.,*
Case No. 01-CV-769 (S.D. Ohio)

Dear Counsel:

We have just received Defendants' Reply in Support of Motion for Continuance and Extended Discovery Deadline (Doc. 73). At pages 3 and 4 of this Reply you raise for the first time a "scheduling conflict with the May 2004 tentative trial date" claiming that Mr. Freund has another trial scheduled in May, 2004. However, you fail to point out that Mr. Freund did not enter this case until June, 18, 2003 (Doc. 40)—more than 4 months *after* Judge Spiegel established the trial date in his February 3, 2003 Scheduling Order (Doc. 32). Therefore, Mr. Freund knew of the trial date when he entered this case.

This argument was never raised in your initial Motion for Continuance of Trial and Extending Discovery Deadline (Doc. 65). It is improper to raise new arguments in a Reply Memorandum and thereby preclude Plaintiff from their response. Therefore, please immediately withdraw this portion of your Reply Memorandum.

Sincerely,

Paul B. Martins

PBM:kmr

cc: Mark T. Tillar, Esq. (via facsimile & U.S. Mail)
John J. Helbling, Esq. (via facsimile & U.S. Mail)
Donald E. Hardin, Esq. (via facsimile & U.S. Mail)
Wilson G. Weisenfelder, Jr., Esq. (via facsimile & U.S. Mail)
Dale A. Stalf, Esq. (via facsimile & U.S. Mail)
Ravert J. Clark, Esq. (via facsimile & U.S. Mail)

**EXHIBIT A**