# HELMER, MARTINS & MORGAN
## CO., L.P.A.

ATTORNEYS AT LAW

Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, Ohio 45202-4008

James B. Helmer, Jr.*
Paul B. Martins
Frederick M. Morgan, Jr.
Julie Webster Popham**
Jennifer M. Verkamp
Robert M. Rice
Donald G. Stiens, Jr.

*Also D.C. Bar
**Also KY Bar

Telephone: (513) 421-2400
Telecopier: (513) 421-7902

Of Counsel:
Robert Clark Neff, Jr.

December 2, 2003

**Sent via Facsimile**

Neil F. Freud, Esq.
FREUD, FREEZE & ARNOLD, LPA
One Dayton Centre
One South Main Street
Suite 1800
Dayton, Ohio 45402-2017

Geri H. Geiler, Esq.
Julie F. Bissinger, Esq.
Assistant City Solicitors
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

Re:   ***Estate of Roger D. Owensby, Jr. v. City of Cincinnati, et al.,*
Case No. 01-CV-769 (S.D. Ohio)**

Dear Counsel:

On October 24, 2003 we served upon the City of Cincinnati Plaintiff's Fourth Request for Production of Documents. In accord with Rule 34(b), Fed. R. Civ. P., the City's written response to these document requests were due on Monday, November 24, 2003. No written response and no documents have been provided to date. Please immediately produce the City's written responses and the requested documents. Please also note that all objections are waived because of your failure to timely respond to these document requests. *Id.*; *Bailey v. Container Corp. of America*, 36 Empl. Prac. Dec. ¶ 35,096 (S.D. Ohio 1984) (Porter, S.J.).

Sincerely,

Paul B. Martins

PBM:kmr
cc:   Mark T. Tillar, Esq. (via facsimile)
      John J. Helbling, Esq. (via facsimile)
      Donald E. Hardin, Esq. (via facsimile)
      Wilson G. Weisenfelder, Jr., Esq. (via facsimile)
      Dale A. Stalf, Esq. (via facsimile)
      Ravert J. Clark, Esq. (via facsimile)

**EXHIBIT B**