




ENQUIRER | POST | WCPO | CIN WEEKLY | Classifieds | Cars | Homes | Jobs | Custome

One RED card = One REAL deal

HOME   NEWS   ENTERTAINMENT   SPORTS   REDS   BENGALS   LOCAL GUIDE   MULTIMEDIA   ARCHIV

News
Tri-state News Stories
Butler/Warren Co. News Stories
Nat'l/World Stories
Story Archive
9Links
WCPO Segments
Don't Waste Your $
I-Team
Healthy Living
9 On Your Kids Side
Traffic
Traffic Cameras
Maps & Directions
9News Tips
9News Bio Pages
E-mail Newsletters
Special Sections
Iraq
SARS
Cinergy Implosion
More...
Recipes
WCPO Text Edition

# Outside Expert: Police Officer Killed Roger Owensby

**Reported by:** 9News
**Web produced by:** Liz Foreman
**Photographed by:** 9News
9/12/02 4:24:47 PM

A nationally known medical expert has given the city of Cincinnati his opinion on how suspect Roger Owensby, Jr. died in police custody nearly two years ago.

Dr. Cyril Wecht, coroner for Allegheny County, Pennsylvania, concluded that Owensby died from "mechanical asphysxia due to compression of his chest by police Officer Robert Blaine Jorg, who was kneeling on his back."

"Mechanical asphyxia is a form of suffocation wherein 'pressure on the outside of the body prevents respiration,'" Wecht's report stated. "In traumatic asphyxia a 'heavy weight presses down on an individual's chest abdomen, making respiration impossible.' A common example, which I have seen several times, is from a car slipping off a jack and pressing on a person under it..."

"In my opinion these hemorrhages were created by the complete weight of Officer Jorg's body directed through his knees into Mr. Owensby's back," the report continued.

Wecht's report stated that he had reviewed police reports, legal documents, sworn statements, scene and autopsy photographs, microscopic tissue slides, and "other relevant information" before compiling his report.

During Jorg's trial in Cincinnati, testimony was inconclusive on the exact cause of death. The case ended with a hung jury and prosecutors decided not to retry Jorg.

Owensby died in Bond Hill in November 2000.

Wecht was hired by the city of Cincinnati's Office of Municipal Investigation to look into Owensby's death. The Office of Municipal Investigation, an independent department the city, investigates complaints. He delivered his report to the city's Office of Municipal Investigation by fax on September 10, 2002. On September 11, 2002, Wecht's office confirmed to the city that the faxed copy was his final report.

The report was expected on August 23, 2002, but additional questions were submitted to Wecht, causing delays in completion of the report.

**AUDIO/VIDEO**
Watch this 9News video

**RELATED LINKS**
Cyril H. Wecht

WCPO.com neither endorses nor guarantees the content or availability of external links.

Advertiser S[



A downtown t
Click the link
online holid

High-end lugg
Travelpro,
Kenneth
Cole and
more

WCPO.com A



 Watch 9News at 11 for the latest local and

**EXHIBIT E**

national news stories. Watch video

**More Local Headlines**
- Middletown Shooting Victim Identified
- Local Schools Closing Because Of Flu
- School Officials Warn Students Not To Attend March
- Plane With World's Most Powerful Jet Engine At CVG
- Ohio Proficiency Tests Would Be Taken Later Under Proposal
- City Receives $745,000 For Tasers
- Police Investigating Apparent Murder-Suicide
- Officials Link Another Shooting To String Along I-270
- Judge Rules Against Hustler Banner
- Former Fire Captain Pleads Guilty In Columbus Attack
- Former UC Adjunct Professor Sentenced For Porn Pandering



Search our site by keyword: 

More Searches:  News | Weather | Sports | Video | Giveaways | 9 Links | Bios
Webcams | Recipes | Local Shows | Health | Traffic | Cheap Gas

CINCINNATI.COM | ENQUIRER | POST | WCPO | CIN WEEKLY | Classifieds | Cars | Homes | Jobs | Custo

Search | Need help? | WCPO.com and WCPO-TV advertising | Send Feedback

All material © 2003 WCPO-TV Scripps Howard Broadcasting Company. All Rights Reserved.
Terms of Use | Copyright Info | Privacy Policy | The E.W. Scripps Company

http://www.wcpo.com/news/2002/local/09/12/owensby.html                                    12/10/2003