Wilson G. Weisenfelder, Jr. (0030179)<br>
Trial Attorney for Defendants, Village of Golf Manor, Chief Stephen Tilley<br>
and Officer Roby Heiland<br>
RFK&D No. 240-1116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RECEIVED
APR 1 1 2002
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

| | | |
|---|---|---|
| THE ESTATE OF ROGER D. OWENSBY, JR., BY AND THROUGH ROGER D. OWENSBY | : | Case No. C-1-01-769 |
| Plaintiff, | : | Judge Spiegel |
| v. | : | **AFFIDAVIT OF CHIEF STEPHEN TILLEY** |
| CITY OF CINCINNATI, et al., | : | |
| Defendants. | : | |

**COUNTY OF HAMILTON**      :
                             : SS:
**STATE OF OHIO**            :

I, Chief Stephen Tilley, being first duly cautioned and sworn, depose and state:

1. I, Stephen Tilley, am the Chief of Police of the Village of Golf Manor Police Department;

2. As of September 1, 2000, I began a medical leave which lasted until January 12, 2001;

3. While on medical leave, I had given up operational command of the Golf Manor Police Department;

4. On November 7, 2000 I had absolutely no involvement with the incident involving Mr. Owensby.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Chief Stephen Tilley

Sworn to before me and subscribed in my presence this 25th day of March 2002.

Rodney D. Moore
Notary Public

My commission expires February 20, 2006

[Notary Seal: OFFICIAL SEAL / RODNEY D. MOORE / Notary Public - Ohio / BUTLER / My Commission Expires / FEBRUARY 20, 2006]

2