Wilson G. Weisenfelder, Jr. (0030179)
Trial Attorney for Defendants, Village of Golf Manor, Chief Stephen Tilley
and Officer Roby Heiland
RFK&D No. 240-1116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RECEIVED
APR 11 2002
KENNETH J. MURPHY, Clerk
CINCINNATI, OHIO

| | | |
|---|---|---|
| THE ESTATE OF ROGER D. OWENSBY, JR., BY AND THROUGH ROGER D. OWENSBY | : | Case No. C-1-01-769 |
| Plaintiff, | : | Judge Spiegel |
| v. | : | **AFFIDAVIT OF ROBERT HEILAND** |
| CITY OF CINCINNATI, et al., | : | |
| Defendants. | : | |

**COUNTY OF HAMILTON** :
: SS:
**STATE OF OHIO** :

I, Robert Heiland, being first duly cautioned and sworn, depose and state:

1. I, Robert Heiland, am a police officer employed by the Village of Golf Manor and was so employed on November 7, 2000;

2. My shift on November 7, 2000 was from 6:00 p.m. until midnight;

3. I was at the Golf Manor Police station and received a broadcast at approximately 7:50 p.m. that an officer needed assistance at a location of Langdon Farm and Seymour;

4. I went to the scene in my cruiser and entered the parking lot from the Seymour Road entrance;

5. I observed two uniformed Cincinnati Police Officers with the suspect, who I now know was Roger Owensby, who was handcuffed;

6. I parked my cruiser in the parking lot and was asked by the Cincinnati officers, who were holding Mr. Owensby, if they could put him in the back of my cruiser;

7. I indicated they could and I opened the door for them;

8. The Cincinnati officers placed Mr. Owensby in the back of my cruiser without any assistance from me;

9. I stood in the parking lot with my partner, Chris Campbell, and watched the officers tending to Mr. Owensby;

10. I observed the Cincinnati officers begin CPR on Mr. Owensby;

11. The City of Cincinnati paramedics arrived and took Mr. Owensby from the scene;

12. I did not have any physical contact with Mr. Owensby;

13. Mr. Owensby was never in my custody or control;

14. I was not the supervisor of any of the police officers at the scene;

15. I had no input with respect to any medical care, if any, rendered to Mr. Owensby by City of Cincinnati police officers.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Robert Heiland

Sworn to before me and subscribed in my presence this 25th day of March 2002.

_____
Notary Public
My Commission expires February 20, 2006

OFFICIAL SEAL
RODNEY D. MOORE
NOTARY PUBLIC-OHIO
BUTLER
My Commission Expires
FEBRUARY 20, 2006

2