1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - - -
ESTATE OF ROGER D.                :
OWENSBY JR., et al.,              :
                                  :
         Plaintiffs,              :
    vs.                           :  Case No. 01-CV-769
                                  :  (Judge S. A. Spiegel)
CITY OF CINCINNATI,               :
et al.,                           :
                                  :
         Defendants.              :
- - - - - - - - - - - - - - - - -

Deposition of ROBERT B. HEILAND JR., defendant herein, called by the plaintiffs for cross-examination, pursuant to the Federal Rules of Civil Procedure, taken before me, Wendy Davies Welsh, a Registered Diplomate Reporter and Notary Public in and for the State of Ohio, at the offices of Helmer, Martins & Morgan Co. LPA, 1900 Fourth & Walnut Centre, 105 East Fourth Street, Cincinnati, Ohio, on Wednesday, December 3, 2003, at 10:10 AM.

COPY

<mark>

20

| | | |
|---|---|---|
| 10:31:05 | 1 | based on your past experience; is that right? |
| 10:31:08 | 2 | A.   That's right. |
| 10:31:17 | 3 | Q.   I take it from what I've seen in this case |
| 10:31:19 | 4 | you did not perform any CPR or any medical -- |
| 10:31:24 | 5 | provide any medical assistance to Mr. Owensby; is |
| 10:31:26 | 6 | that right? |
| 10:31:28 | 7 | MR. WEISENFELDER:   Objection. |
| 10:31:29 | 8 | Go ahead. |
| 10:31:30 | 9 | A.   That's right. |
| 10:31:42 | 10 | Q.   I want to take you back now to November 7, |
| 10:31:46 | 11 | 2000, to that evening.  As I understand it, you were |
| 10:31:51 | 12 | at the Golf Manor police station and received a |
| 10:31:54 | 13 | notification of an officer needs assistance call; is |
| 10:31:59 | 14 | that right? |
| 10:32:00 | 15 | A.   That's right. |
| 10:32:01 | 16 | Q.   Starting from that point would you walk me |
| 10:32:03 | 17 | through what happened. |
| 10:32:06 | 18 | A.   At that point I got into my cruiser.  I |
| 10:32:15 | 19 | was actually in the police station when the call |
| 10:32:18 | 20 | came out.  I knew it was close, so I went to my |
| 10:32:21 | 21 | cruiser, turned the lights and sirens on, and |
| 10:32:24 | 22 | responded to the scene. |
| 10:32:28 | 23 | Pulled onto the parking lot, the Sunoco |
| 10:32:35 | 24 | parking lot, parked my car, got out of my car, went |

21

```
10:32:39   1   around the front of the cruiser.  And by the time I
10:32:42   2   got to the front corner, the passenger's side, I saw
10:32:48   3   a Huntington Meadows security guy waiving me down
10:32:53   4   like everything was okay, slow down.
10:32:55   5        Q.    That's what you understood it to mean?
10:32:57   6        A.    That's what I understood it to mean.
10:33:00   7        Q.    Okay.
10:33:00   8        A.    So I stopped at the front of my cruiser
10:33:03   9   and I saw some distance away the rear passenger's
10:33:15  10   side of a car, two police officers, and who I now
10:33:21  11   know to be Roger Owensby laying on the ground.
10:33:25  12        Q.    Okay.  Go ahead.
10:33:27  13        A.    Did I answer your question?
10:33:28  14        Q.    No.  When you said two police officers,
10:33:31  15   and then you said Owensby, I thought obviously he
10:33:35  16   was not one of the police officers.  Okay.
10:33:38  17        A.    He appeared to be handcuffed, to me.  And
10:33:43  18   there was one on each side of him.
10:33:45  19        Q.    Can you clarify that for a second?  He
10:33:47  20   appeared to be handcuffed?  When you say "to me,"
10:33:52  21   you mean it appeared to you that he was handcuffed?
10:33:56  22        A.    It appeared to me --
10:33:57  23        Q.    That he was handcuffed?
10:33:58  24        A.    -- that he was handcuff.
```

22

| | | |
|---|---|---|
| 10:34:01 | 1 | Q.   All right. |
| 10:34:01 | 2 | A.   And there was a police officer on each |
| 10:34:02 | 3 | side of him, there was a few people around.  And one |
| 10:34:18 | 4 | of the officers asked if they could put him in my |
| 10:34:20 | 5 | cruiser. |
| 10:34:21 | 6 | Q.   When that question was asked where was Mr. |
| 10:34:24 | 7 | Owensby? |
| 10:34:28 | 8 | A.   Mr. Owensby was still on the ground or |
| 10:34:32 | 9 | they were in the process of picking him up. |
| 10:34:35 | 10 | Q.   Picking him up?  Okay.  Go ahead. |
| 10:34:37 | 11 | A.   I said, "Sure."  They picked him up, one |
| 10:34:41 | 12 | on each side, under each arm, and brought him to my |
| 10:34:47 | 13 | cruiser.  I opened the rear passenger door and they |
| 10:34:56 | 14 | placed Mr. Owensby in the back of my car. |
| 10:35:09 | 15 | Q.   Let me show you what's previously been |
| 10:35:12 | 16 | marked as Exhibit 9.  Do you recall whether or not |
| 10:35:41 | 17 | that is a photograph of the car that the officers |
| 10:35:50 | 18 | and Mr. Owensby were near when you pulled in? |
| 10:36:05 | 19 | A.   I don't recall what type of car it was.  I |
| 10:36:10 | 20 | can't see the background in the picture. |
| 10:36:14 | 21 | Q.   As perspective goes, this is taken from |
| 10:36:18 | 22 | the entrance of the convenience store looking out. |
| 10:36:22 | 23 | A.   Having said that, then they would have |
| 10:36:25 | 24 | been at the rear of this car. |


```
10:36:27  1        Q.   Did you watch them place Mr. Owensby in
10:36:33  2   the back seat of the car, of the Golf Manor car?
10:36:40  3        A.   I opened the door, took a step away, and
10:36:53  4   they were having trouble placing him in the back of
10:36:53  5   the car.  No.  I didn't watch them place him all the
10:36:58  6   way in the car.
10:37:00  7        Q.   What did you do as they were placing him?
10:37:03  8   Where was your attention directed as they were
10:37:05  9   placing him in the car?
10:37:09 10        A.   Looking out the rest of the parking lot.
10:37:14 11   At one point I walked away and went over to another
10:37:17 12   Golf Manor officer, Officer Campbell.
10:37:20 13        Q.   Was there a point in time where you
10:37:24 14   returned to your cruiser?
10:37:28 15        A.   Yes.
10:37:29 16        Q.   So you walk away toward Officer Campbell,
10:37:35 17   and then some time goes by and you and Officer
10:37:39 18   Campbell, or at least you, return to your cruiser,
10:37:44 19   right?
10:37:44 20        A.   Correct.
10:37:44 21        Q.   Do you have an estimate of how much time
10:37:46 22   went by in that interval?
10:37:52 23        A.   I don't recall.
10:37:52 24        Q.   When you returned to your cruiser was
```

```
10:39:05   1  it, correct?
10:39:06   2       A.   I don't recall.
10:39:07   3       Q.   In any event, there was sufficient light
10:39:10   4  from the gas island and from the convenience store
10:39:14   5  to see Mr. Owensby in the back seat of the car,
10:39:19   6  right?
10:39:29   7       A.   The scene was well lit.
10:39:32   8       Q.   When you did look in, what did you see?
10:39:36   9       A.   Mr. Owensby was handcuffed and laying in
10:39:40  10  the back of the cruiser.
10:39:42  11       Q.   How was he situated in the back seat?
10:39:57  12  Sitting up, laying down?
10:39:59  13       A.   He was laying down.
10:40:00  14       Q.   Where was his head?
10:40:06  15       A.   His head was facing the passenger's side
10:40:11  16  of the car.
10:40:12  17       Q.   When you looked in were you on the
10:40:14  18  passenger's side of the car?
10:40:20  19       A.   Correction.  His head was facing the
10:40:23  20  driver's side of the car.  When I looked in I was on
10:40:28  21  the passenger's side.
10:40:29  22       Q.   So you were looking in through the
10:40:32  23  passenger's side rear window?
10:40:34  24       A.   Correct.
```

| | | |
|---|---|---|
| 10:42:26 | 1 | from the driver's side or the passenger's side? |
| 10:42:44 | 2 | A.    I can't tell. |
| 10:42:45 | 3 | Q.    Do you recall if he was laying on his |
| 10:42:56 | 4 | right side, and his head would have been behind the |
| 10:43:07 | 5 | driver's seat, correct? |
| 10:43:10 | 6 | A.    His head was behind the driver's seat. |
| 10:43:13 | 7 | Q.    So then he would have been facing the |
| 10:43:17 | 8 | trunk of the car? |
| 10:43:21 | 9 | MR. WEISENFELDER:   Objection. |
| 10:43:21 | 10 | Go ahead. |
| 10:43:36 | 11 | A.    What's the question? |
| 10:43:38 | 12 | Q.    If he's laying on the back seat of the car |
| 10:43:42 | 13 | and his head is behind the driver's seat, he's |
| 10:43:47 | 14 | laying on his right shoulder, on his right side, |
| 10:43:54 | 15 | wouldn't his face be facing the trunk? |
| 10:44:12 | 16 | A.    I don't recall how his face was. |
| 10:44:14 | 17 | Q.    When you looked in at him did you notice |
| 10:44:27 | 18 | any movement? |
| 10:44:29 | 19 | A.    No. |
| 10:44:30 | 20 | Q.    Did you hear any sounds? |
| 10:44:34 | 21 | A.    No. |
| 10:44:35 | 22 | Q.    Did you do anything in response to looking |
| 10:44:42 | 23 | in on Mr. Owensby? |
| 10:44:44 | 24 | A.    No. |

```
10:44:45   1        Q.   Why did you look in?
10:44:55   2        A.   I don't know.
10:44:57   3        Q.   While you were standing outside the car
10:45:04   4   near the passenger rear door did you talk with any
10:45:09   5   other officers?
10:45:10   6        A.   Yes.
10:45:11   7        Q.   Who did you talk to?
10:45:13   8        A.   I spoke with Officer Brazile.
10:45:16   9        Q.   He's a Cincinnati police officer?
10:45:18  10        A.   He's a Cincinnati police officer, that's
10:45:20  11   correct.
10:45:21  12        Q.   You know him from the academy?
10:45:23  13        A.   I do.
10:45:24  14        Q.   Did you talk with anyone else?
10:45:28  15        A.   Officer Campbell.  I don't know if I spoke
10:45:41  16   with anybody else at that time.
10:45:46  17        Q.   What did you and Officer Campbell talk
10:45:48  18   about?
10:45:49  19        A.   I don't recall.
10:45:53  20        Q.   What did you and Officer Brazile talk
10:46:00  21   about?
10:46:01  22        A.   I hadn't seen him in a while.  We went to
10:46:04  23   the academy together at Scarlet Oaks, and I asked
10:46:07  24   him how he was doing.  He said, "Good."  And we
```

29

```
10:46:10   1   shook hands.
10:46:11   2         Q.    Did Officer Brazile look in the car?
10:46:14   3         A.    Yes.
10:46:14   4         Q.    Do you recall whether or not he used a
10:46:17   5   flashlight?
10:46:19   6         A.    I don't recall if he did or not.
10:46:21   7         Q.    Did he say anything to you after he looked
10:46:24   8   in the car?
10:46:26   9         A.    He did say something.
10:46:27  10         Q.    Do you recall what he said?
10:46:29  11         A.    I don't recall exactly what he said.
10:46:30  12                            (Plaintiff's Exhibit 71
10:46:30                                was marked for identi-
10:46:30  13                            fication.)
10:46:30  14         Q.    I'll direct you, but this is an excerpt
10:46:52  15   from Officer Brazile's deposition.  It's marked as
10:47:05  16   Exhibit 71.
10:47:54  17              MR. WEISENFELDER:  Do you want him to read
10:47:55  18         the whole thing?
10:47:57  19              MR. MARTINS:   No.
10:47:58  20         Q.    I'll direct you.  Specifically, I want to
10:48:08  21   direct your attention to page 54.
10:48:12  22              Beginning at line 3, you see the question
10:48:16  23   is posed:  "Did you say anything to Officer Heiland
10:48:21  24   at that time, after seeing Mr. Owensby with your
```