1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - -
ESTATE OF ROGER D.              :
OWENSBY JR., et al.,            :
                                :
          Plaintiffs,           :
    vs.                         :  Case No. 01-CV-769
                                :  (Judge S. A. Spiegel)
CITY OF CINCINNATI,             :
et al.,                         :
                                :
          Defendants.           :
- - - - - - - - - - - - - - - -

          Deposition of CHRISTOPHER CAMPBELL,
defendant herein, called by the plaintiffs for
cross-examination, pursuant to the Federal Rules of
Civil Procedure, taken before me, Wendy Davies
Welsh, a Registered Diplomate Reporter and Notary
Public in and for the State of Ohio, at the offices
of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &
Walnut Centre, 105 East Fourth Street, Cincinnati,
Ohio, on Wednesday, December 3, 2003, at 2:31 p.m.

COPY

| Time | # | |
|---|---|---|
| 14:44:46 | 1 | November 7, 2000 you drove your Golf Manor cruiser |
| 14:44:54 | 2 | to the Sunoco station at the corner of Seymour |
| 14:44:57 | 3 | Avenue and Langdon Farm Road in response to an |
| 14:45:01 | 4 | officer needs assistance call; is that right? |
| 14:45:04 | 5 | A.  Yes. |
| 14:45:05 | 6 | Q.  Starting with that would you walk me |
| 14:45:10 | 7 | through what happened that evening. |
| 14:45:12 | 8 | A.  After I arrived at the -- |
| 14:45:14 | 9 | Q.  No.  From the time you hear an officer |
| 14:45:15 | 10 | needs assistance call, you're at the Golf Manor |
| 14:45:19 | 11 | station, police station, I guess.  What happens at |
| 14:45:24 | 12 | that point? |
| 14:45:27 | 13 | A.  I heard the broadcast, all-county |
| 14:45:30 | 14 | broadcast.  I responded to that area to try to |
| 14:45:35 | 15 | render assistance to any officers. |
| 14:45:37 | 16 | Q.  When you heard the broadcast how did you |
| 14:45:39 | 17 | hear it?  Is it on your mike that's on your uniform |
| 14:45:43 | 18 | or is there some other radio or something? |
| 14:45:45 | 19 | A.  It was on the radio that I carry on my |
| 14:45:47 | 20 | duty belt. |
| 14:45:48 | 21 | Q.  Were you with Officer Heiland at the time? |
| 14:45:51 | 22 | A.  He was in the room. |
| 14:45:54 | 23 | Q.  So it was broadcast over both of your |
| 14:45:56 | 24 | radios? |

17

| | | |
|---|---|---|
| 14:45:57 | 1 | A.   Yes. |
| 14:45:58 | 2 | Q.   Please continue. |
| 14:45:59 | 3 | A.   I responded to the parking lot. As I was |
| 14:46:10 | 4 | getting out I remember hearing a dispatcher tell us |
| 14:46:16 | 5 | to code 4, which means that the situation was over. |
| 14:46:20 | 6 | That was as I was exiting my vehicle. And it was at |
| 14:46:25 | 7 | that time I saw Cincinnati officers moving a suspect |
| 14:46:29 | 8 | towards Officer Heiland's car. And I advised -- I |
| 14:46:34 | 9 | hadn't had a chance to advise that I was in the lot |
| 14:46:36 | 10 | yet. And I advised I was clear on her information, |
| 14:46:39 | 11 | but would be remaining there, because Cincinnati was |
| 14:46:42 | 12 | putting their prisoner in one of our cars. |
| 14:46:45 | 13 | Q.   When you say you advised her, who is the |
| 14:46:48 | 14 | "her" you're referring to? |
| 14:46:50 | 15 | A.   The Hamilton County dispatcher. |
| 14:46:54 | 16 | Q.   What happened next? |
| 14:46:57 | 17 | A.   I can't recall the details. We basically |
| 14:47:06 | 18 | were waiting there for a Cincinnati officer to get |
| 14:47:11 | 19 | their prisoner out of our car. |
| 14:47:12 | 20 | Q.   Did you see the Cincinnati police officers |
| 14:47:16 | 21 | physically put Mr. Owensby in Officer Heiland's car? |
| 14:47:22 | 22 | A.   No, I didn't. |
| 14:47:24 | 23 | Q.   Your attention was directed somewhere |
| 14:47:26 | 24 | else? |

36

| | | |
|---|---|---|
| 15:15:54 | 1 | placed in the back seat of your car, in their |
| 15:15:59 | 2 | jurisdiction, did you believe that you had any |
| 15:16:12 | 3 | obligation to provide medical assistance for that |
| 15:16:12 | 4 | injured prisoner? |
| 15:16:12 | 5 |     MR. WEISENFELDER:   Objection. |
| 15:16:12 | 6 |     Go ahead. |
| 15:16:12 | 7 |     A.   No. |
| 15:16:18 | 8 |     Q.   As of November 7, 2000 had you received |
| 15:16:21 | 9 | any training or counsel from any superiors at Golf |
| 15:16:29 | 10 | Manor as to what your obligations would be if an |
| 15:16:32 | 11 | injured prisoner from another police department was |
| 15:16:38 | 12 | placed in your car?  What your obligations or duties |
| 15:16:43 | 13 | would be to that injured prisoner? |
| 15:16:45 | 14 |     A.   Not another department's prisoner. |
| 15:16:48 | 15 |     Q.   No discussion of that by anyone from Golf |
| 15:16:52 | 16 | Manor with you? |
| 15:16:52 | 17 |     A.   I can't recall. |
| 15:16:57 | 18 |     Q.   You don't recall seeing any kind of |
| 15:17:00 | 19 | communication, a written communication of some sort, |
| 15:17:04 | 20 | concerning what your obligations would be in those |
| 15:17:08 | 21 | circumstances? |
| 15:17:08 | 22 |     A.   No. |
| 15:17:17 | 23 |     Q.   Go to page 67.  At line 17 you say, "When |
| 15:17:38 | 24 | I first pulled up I was just opening my door when a |

```
15:28:19   1         Q.   If Officer Brazile had said what I just
15:28:22   2   read to you from his deposition, based on your
15:28:27   3   training and your experience with Golf Manor, would
15:28:32   4   you feel that you had a duty to check on the
15:28:34   5   condition of Mr. Owensby?
15:28:36   6              MR. HARDIN:  Objection.
15:28:37   7              MR. WEISENFELDER:  Objection.
15:28:39   8         A.   I would ask the city to check their
15:28:41   9   prisoner.
15:28:42  10         Q.   In the time that you and Officer Heiland
15:28:46  11   were standing outside the car did either you or
15:28:51  12   Officer Heiland ever ask the city to check on the
15:28:54  13   prisoner?
15:28:55  14         A.   No.
15:29:15  15         Q.   Take a look at Exhibit 78, please.
15:29:51  16   Exhibit 78 is a mutual aid agreement between
15:29:57  17   Cincinnati and various municipalities in the greater
15:30:05  18   Cincinnati area.  Have you had occasion to look at
15:30:08  19   that mutual aid agreement before today?
15:30:12  20         A.   No.
15:30:13  21         Q.   Have you ever received any instruction
15:30:14  22   from Golf Manor concerning the mutual aid agreement?
15:30:20  23         A.   I can't remember specific instruction.
15:30:23  24         Q.   Do you recall receiving any memos or any
```