1

```
 1              UNITED STATES DISTRICT COURT

 2               SOUTHERN DISTRICT OF OHIO

 3                    WESTERN DIVISION

 4   - - - - - - - - - - - - - - - - -
     ESTATE OF ROGER D.               :
 5   OWENSBY JR., et al.,             :
                                      :
 6              Plaintiffs,           :
        vs.                           :   Case No. 01-CV-769
 7                                    :   (Judge S. A. Spiegel)
     CITY OF CINCINNATI,              :
 8   et al.,                          :
                                      :
 9              Defendants.           :
     - - - - - - - - - - - - - - - - -
10

11       Videotaped deposition of ROBERT BLAINE JORG, a

12   defendant herein, called by the plaintiffs for

13   cross-examination, pursuant to the Federal Rules of

14   Civil Procedure, taken before me, Wendy Davies

15   Welsh, a Registered Diplomate Reporter and Notary

16   Public in and for the State of Ohio, at the offices

17   of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

18   Walnut Centre, 105 East Fourth Street, Cincinnati,

19   Ohio, on Tuesday, October 14, 2003, at 10:12 a.m.

20

21

22

23                            COPY

24
```

1   and walked away.
2       Q.   I want to ask you about the first time
3   that you saw the person that was later identified to
4   you as LA.  And I believe in your statement of
5   March 2002 you indicated it was a couple weeks
6   before November 7, 2000.
7       A.   I -- it's been a long time.  I don't know.
8       Q.   Well, you understand the -- the period of
9   time that I'm referring to?
10      A.   Yes.
11      Q.   As I understand it from your statement you
12  were with Officer Hunter in, I believe your term is
13  "old clothes"; is that right?
14      A.   Correct.
15      Q.   Would you explain for us what old clothes
16  are?
17      A.   Undercover work, surveillance, not in a
18  marked police unit or any outside appearance that
19  you are a police officer.
20      Q.   Were you and Officer Hunter in a car?
21      A.   Yes.
22      Q.   What -- without going into any detail, can
23  you tell me what kind of car it was?
24      A.   Very old, out of date, unsuspecting car.

46

```
 1      Q.   But it wasn't a truck or a van?
 2      A.   (Shaking head.) It was a four-door sedan.
 3      Q.   And when you first saw the person later
 4 identified to you as LA, what time of day was it?
 5      A.   Somewhere -- it was daylight.  I don't
 6 remember what time of the day it was.
 7      Q.   Do you remember whether it was afternoon
 8 or morning?
 9      A.   Well, we worked from one in the afternoon
10 till nine at night.  It was, I'm guessing, about
11 this time of the year.  So it gets dark before
12 seven.  It was still daylight.
13      Q.   And where were you and Officer Hunter
14 located?
15      A.   We were sitting in the Cincinnati Gardens
16 parking lot.
17      Q.   Now, Cincinnati Gardens is across Langdon
18 Farm Road from the Sunoco station, correct?
19      A.   Correct.
20      Q.   And you were in that parking lot, I guess,
21 looking north toward the Sunoco station?
22      A.   I assume that's north, yes.
23      Q.   Okay.  And as I understand it, you and
24 Officer Hunter had a pair of binoculars?
```

47

1   A.   Correct.
2   Q.   What did you observe?
3   A.   Well, I was driving, so Officer Hunter was
4   looking through the binoculars, for the most part.
5   Once he observed what he determined as drug
6   transactions, he gave the binoculars to me to see if
7   I knew any of the people that were involved.  I --
8   he described what they were wearing, I tried to see
9   if I could recognize them.  I did not.  Gave the
10  binoculars back to him.  And I believe we asked for
11  a car to meet us up there, and that's when we
12  proceeded to make a stop.
13  Q.   In the Cincinnati Gardens parking lot,
14  were you up against the Cincinnati Gardens building?
15  A.   No.
16  Q.   Or where in the parking lot were you
17  located?
18  A.   Close to the edge of the guardrail, sort
19  of in the middle-ish of the lot, if I remember
20  correctly.
21  Q.   Did Officer Hunter explain to you what he
22  saw that led him to believe that there was some sort
23  of drug deal taking place?
24  A.   Yes, he did.

1  Q.  What did he say?

2  A.  The exacts, I don't remember. Basically,
3 he had one guy that was holding, meaning possessing
4 the actual drugs, one person that was flagging down
5 the cars, and one person that was taking the money.

6  Q.  And where were these individuals located?

7  A.  Standing on the edge of the Sunoco lot by
8 the guardrail and telephone, right by the Sam's
9 Drive Thru.

10                    (Plaintiffs' Exhibit 3
                       was marked for identi-
11                     fication.)

12  Q.  I'm going to give you two exhibits here.
13 One is an aerial photograph and one is a map.
14 Exhibit 3 is an aerial photograph.

15                    (Plaintiffs' Exhibit 4
                       was marked for identi-
16                     fication.)

17  Q.  Exhibit 4 is a map.
18      On Exhibit 3 would you put the letter A
19 on -- well, first, let me ask you, do you -- do you
20 recognize Exhibit 3?

21  A.  Yes. I believe I do.

22  Q.  All right. And you see that running
23 generally east-west is Langdon Farm Road and running
24 generally north-south is Seymour?

50

1  where the individuals were located.
2      A.   I believe that's right.  It's hard to tell
3  without buildings.
4          MR. MARTINS:  Can you make copies?  We're
5      going to make copies of that for everyone
6      before we go on.  Thank you.
7      Q.   When you observed -- after you observed
8  this, what did you do?
9      A.   I'm sorry, the -- the day with Officer
10 Hunter?
11     Q.   Yes.  You and Officer Hunter are sitting
12 in the car.  You're in the driver's seat, he's in
13 the passenger's seat.  He has the binoculars.  He
14 observes what he believes to be some drug activity.
15 He hands the binoculars to you to see if you can
16 identify any of the individuals.  You look.  You
17 cannot identify the individuals.  What happens next?
18     A.   One of us got on the radio to request an
19 additional car for a stop that's going to be made in
20 the area.  I don't remember exactly how we left the
21 lot.  I believe we circled around and went down
22 Langdon Farm -- or not Langdon Farm.  What road is
23 that?  Seymour, I guess.
24          We pulled into the lot and identified

1  ourselves as police officers, and that's when one of
2  the subjects ran, who allegedly was making the
3  actual deal.  Officer Hunter proceeded to chase him,
4  and I had the other two sit down by the pay phone.
5      Q.  Did you see the person that ran actually
6  make any kind of deal?
7      A.  No.
8      Q.  So you're basing that on what Officer
9  Hunter told you?
10     A.  Yes.
11     Q.  And as I understand it, that person runs
12 and Officer Hunter takes off after him?
13     A.  Correct.
14     Q.  How did you identify yourselves to these
15 individuals?
16     A.  As police officers, as we're pulling out
17 our chains with our badges on them.  They may have
18 even been out before we stepped out of the car.  I
19 don't remember.
20              (Plaintiffs' Exhibit 5
                 was marked for identi-
21               fication.)
22     Q.  Show you Exhibit 5.
23         MR. MARTINS:  Let me distribute -- this is
24     Exhibit 3 we made copies of.

```
 1        A.    Correct.
 2        Q.    And no large sums of money were found,
 3   correct?
 4        A.    Correct.
 5        Q.    At some point after Officer Hunter took
 6   off, Officer Hunter returns.  What does he tell you?
 7        A.    He got away.
 8        Q.    Did he give you any detail of where the
 9   person went?
10        A.    He's-- said he got away.  I asked him if
11   he was all right, because he had, if I remember
12   correctly, some grass stain on him, and he was
13   carrying the person's sweatshirt or sweat coat or
14   something of that nature.  And David just kind of
15   laughed about it and said, "Yeah, I had him at one
16   point, and he struggled right out of it and got
17   away."
18        Q.    When you approached the person that --
19   that ran wearing the hooded sweatshirt, was the
20   sweatshirt one that zipped up the front or was it a
21   pullover?
22        A.    It could have been tied around his waste
23   or held in his hand.  I don't remember.
24        Q.    You don't know?
```