UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF ROGER D. OWENSBY JR., et al., | : : : : | |
| | : | Case No. 01-CV-769 |
| Plaintiff, | : : | Senior Judge S. Arthur Spiegel |
| v. | : : | |
| CITY OF CINCINNATI, et al., | : : : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF FILING VIDEOTAPE EXHIBITS
IN SUPPORT OF PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff hereby provides notice of filing the following two videotapes, produced in discovery in this action by Defendant City of Cincinnati, in support of Plaintiff's two motions for summary judgment filed electronically today with this Court.

- <u>Exhibit B</u>: The November 7, 2000 surveillance videotape from the Sunoco convenience store showing the stop and pat-down search of Roger Owensby, Jr., by Cincinnati Police Officers Robert Jorg, Patrick Caton and David Hunter.

- <u>Exhibit 20</u>: The November 7, 2000 videotape from the camera mounted in the Cincinnati Police cruiser of Cincinnati Police Officer Victor Spellen.

Respectfully submitted,

/s/Paul B. Martins
|  |  |
|---|---|
| Mark T. Tillar (0029898) | James B. Helmer, Jr.  (0002878) |
| 240 Clark Road | Paul B.  Martins (0007623) |
| Cincinnati, Ohio  45202 | Frederick M. Morgan, Jr.  (0027687) |
|  | HELMER, MARTINS & MORGAN CO., LPA |
| John J. Helbling (0046727) | Fourth & Walnut Centre, Suite 1900 |
| 3672 Springdale Road | 105 East Fourth Street |
| Cincinnati, Ohio 45251 | Cincinnati, Ohio 45202-4008 |
|  | Telephone:     (513) 421-2400 |
|  | Facsimile:     (513) 421-7902 |

*Trial Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Plaintiff's Notice of Filing Videotape Exhibits In Support Of Plaintiff's Motions For Summary Judgment, was electronically filed on February 2, 2004, with the actual copies of the videotapes filed by hand with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                          /s/ Paul B. Martins