# CINCINNATI FIRE DIVISION
## MEDICAL RUN REPORT FORM-33

| Field | Value |
|---|---|
| Date | 11-7-00 |
| Unit Shift | 3 |
| Company # | 812 / R41 |
| Incident No. | 179 |
| FDZ | 0471 |
| Call Rec'd | 1956 / 2000 |
| Additional Companies | ENG 8 & ENG 2 + Police |
| On Scene | 2008 / 2008 |
| Bill # | |
| Driver Badge # | 43 |
| Tech Badge # | 977/42 |
| Responding From | QTS |
| Total OOS Time | 38 / 64 |
| First Name | Robert Roger |
| MI | D |
| Last Name | Owensby Jr |
| Age | 29? |
| Sex | M |
| Patient's Street Address | 656 Marte Vista |
| City | Cinti |
| State | OH |
| Zip | 45224 |
| County | Ham |
| Social Security Number | 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 |
| Date of Birth | 3-27-71 |
| Patient's Phone Number | Unk |
| Rec. Hosp. | UC |

**Location of Call:** 2098 Seymour
**Nature of Call:** Injured Person
**Chief Complaint:** Cardiac Arrest

**Medical History:** CPR
**Type:** ALS
**Allergies:** Unk
**Medications:** Unk

| Vital Signs | Time | B.P. | Pulse | Resp |
|---|---|---|---|---|
| 1st Resp 1st Set | 2000 | Ø | Ø | Ø |
| Trans. Unit 2nd Set | 2010 | Ø | Ø | Ø |
| 3rd Set | 2090 | Ø | Ø | Ø |

**1st Responder Primary Assessment:** Pt under CPR upon arrival by Police. EP took over CPR.

**Co. Officer Badge #:** 4K
**EMS Personnel Badge #'s:** 363, 487, 993, 310, 949

## PATIENT ASSESSMENT

- Eye Opening: None
- Verbal Response: None
- Best Motor Response: No Movement
- Respiration: Absent
- Skin: Warm, Hot
- Pupils: Non-Responsive

## BLS RUN / BLS TREATMENT / ALS RUN / ALS TREATMENT GIVEN

- Sex: M
- Oxygen: Ambu Bag, L/min 15
- IV Fluid Type: NaCl
- IV Gauge: 18
- By: 363
- Telemetry: ✓ 73
- Bystander CPR
- CFD CPR
- Cardiac Treatment: Monitor Applied
- EKG Rhythm: Asystole, PEA, V-Fib, Asystole
- Defibrillate: 200, 300
- Suction
- Intubation By 843

**Ambulance/Rescue Unit Assessment:** Upon arrival, found pt in cardiac arrest. CPR, intubation, IV, & cardiac monitoring being done by PD/EP personnel. Pt in Asystole 4 epi, 3 atropine EVP → PEA → CPR → V-Fib Defib @ 200J → Asystole → CPR → got → unit, 2 epi → V-Fib → Defib 300J → Asystole, 2mg Narcan, 2 mg epi, Asystole. CPR continued. Lidocaine EVP → Asystole. No changes in condition. CPR / BVM w/ ET throughout incident. 1500cc NaCl IV also given. Pt → ED staff w/ report. Pt ET tube checked w/ breath sounds Bi lat ⊖ epigastric sounds. Pt did vomit prior to EMS arrival.

**Receiving Hospital Signature:** [signature]

## INSURANCE & EMPLOYER INFORMATION / POLICY HOLDER INFORMATION

C000134

Exh. 99