# Death Record

## HAMILTON COUNTY CORONER'S OFFICE
### Cincinnati, Ohio

Number __131577__      Reported by __Connie Moody__

Time reported __9:30 PM__     Agency __University Hospital__

Date reported __11/7/00__     Reported to __Donald L. Jasper - DLS__

Name __OWENSBY, ROGER JR.__     Age __29 Years__     Birth Date __3/27/1971__

Address __6570 Monte Vista Drive, Cincinnati, Ohio 45224__

Occupation __Chef-Food Service__     SS number __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__

Marital Status __Divorced__     Sex __Male__     Race __Black__

Medical care __0-3 months__

At or by __University Hospital__

   Found dead at ____

   Injured at __2098 Seymour Avenue, Cincinnati, Ohio 45237__

   Time __7:48 PM__     Date __11/7/00__

Investigated by __Cincinnati Homicide Squad__

Next of kin notified by __University Hospital__     Date __11/7/00__

Pronounced dead by __Dr. Ballard__     Date __11/7/00__

__Emergency Room at University Hospital__     Time __8:47 PM__

Postmortem examination __Coroner__     H-__660-00__

   Postmortem examination by __Daniel L. Schultz, M.D.__

Body viewed by ____     Date __11/8/00__

Disposition of body __Buried__

   Location __Crown Hill Memorial Park, Cincinnati, Ohio__     Date __11/14/00__

Funeral Director __Thompson, Hall & Jordan F.H., 11400 Winton Road, Forest Park, Ohio 45240__

**IMMEDIATE CAUSE OF DEATH**     APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

   Due to(A) __Mechanical asphyxia__     minutes

   Due to() ____

   Due to() ____

   Due to() ____

   Due to() ____

Part II. Other significant conditions contributing to death but not related to the terminal disease condition given in Part (A).

____

____

E-__975__.

Manner of Death: __Homicide__

*[signature]*

Coroner of Hamilton County, Ohio

Funeral Home-12/5/00   nvm

**EXHIBIT E**

REV 4-94

0165