107

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - -

ESTATE OF ROGER D. :
OWENSBY JR., et al., :
 :
    Plaintiffs, : Case No. 01-CV-769
vs. : (Judge S. A. Spiegel)
 :
CITY OF CINCINNATI, : VOLUME II
et al., :
 :
    Defendants. :

- - - - - - - - - - - - - - -

    Continued videotaped deposition of DAVID WILLIAM HUNTER JR., a witness herein, called by the plaintiffs for cross-examination, pursuant to the Federal Rules of Civil Procedure, taken before me, Wendy Davies Welsh, a Registered Diplomate Reporter and Notary Public in and for the State of Ohio, at the offices of Helmer, Martins & Morgan Co. LPA, 1900 Fourth & Walnut Centre, 105 East Fourth Street, Cincinnati, Ohio, on Thursday, December 4, 2003, at 10:11 a.m.

Pages: 107 - 282

Page 108

```
 1  APPEARANCES:

 2      On behalf of the Plaintiffs:

 3          Paul B. Martins, Esq.
            Don Stiens, Esq.
 4          Helmer, Martins & Morgan Co. LPA
            Suite 1900, Fourth & Walnut Centre
 5          105 East Fourth Street
            Cincinnati, Ohio 45202
 6          Phone: (513) 421-2400

 7          John J. Helbling, Esq.
            The Helbling Law Firm, L.L.C.
 8          3672 Springdale Road
            Cincinnati, Ohio 45251
 9          Phone: (513) 923-9740

10      On behalf of the Defendants City of Golf Manor,
        Stephen Tilley, Roby Heiland and Chris
11      Campbell:

12          Wilson G. Weisenfelder Jr., Esq.
            Rendigs, Fry, Kiely & Dennis
13          900 Fourth & Vine Tower
            One West Fourth Street
14          Cincinnati, Ohio 45202-3688
            Phone: (513) 381-9200
15
        On behalf of the Defendants City of Cincinnati,
16      Darren Sellers, and Jason Hodge:

17          Geri Hernandez Geiler, Esq.
            Assistant City Solicitor
18          Department of Law
            Room 214, City Hall
19          801 Plum Street
            Cincinnati, Ohio 45202
20          Phone: (513) 352-3346
```

Page 109

```
 1  APPEARANCES (Continued):

 2      On behalf of the Defendants Robert B. Jorg,
        Patrick Caton, Jason Hodge, Victor Spellen and
 3      Darren Sellers:

 4          Donald E. Hardin, Esq.
            Hardin, Lefton, Lazarus & Marks, LLC
 5          915 Cincinnati Club Building
            30 Garfield Place
 6          Cincinnati, Ohio 45202
            Phone: (513) 721-7300
 7
        On behalf of David William Hunter Jr.:
 8
            Jay Clark, Esq.
 9          114 East 8th Street
            Suite 400
10          Cincinnati, Ohio 45202
            Phone (513) 587-2887
11
    Also present:
12
    Richard W. Grubb, Videographer
13
    Lisa Damstrom, Law Clerk
14  Helmer, Martins & Morgan Co., L.P.A.

15  Roger Owensby Senior

16  Brenda Owensby

17  Shawn Owensby

18              - - -

19          S T I P U L A T I O N S
20
21      It is stipulated by and among counsel for the

22  respective parties that the deposition of DAVID

23  WILLIAM HUNTER JR., a witness herein, called by the

24  plaintiffs for cross-examination, pursuant to the
```

Page 110

```
 1  Federal Rules of Civil Procedure, may be taken at

 2  this time by the notary; that said deposition may be

 3  reduced to writing in stenotype by the notary, whose

 4  notes may then be transcribed out of the presence of

 5  the witness; and that proof of the official

 6  character and qualifications of the notary is

 7  expressly waived.

 8              I N D E X

 9      Examination by:                    Page

10      Mr. Martins . . . . . . .    111, 277

11      Mr. Hardin. . . . . . . . .         258

12              - - -

13          E X H I B I T S

14                                         Page
    Deposition Exhibit 85 .................  120
15  Deposition Exhibit 86 .................  131
    Deposition Exhibit 87 .................  152
16  Deposition Exhibit 88 .................  219
    Deposition Exhibit 89 .................  221
17  Deposition Exhibit 90 .................  234
    Deposition Exhibit 91 .................  236
18  Deposition Exhibit 92 .................  238
    Deposition Exhibit 93 .................  244
19  Deposition Exhibit 94 .................  244
    Deposition Exhibit 95 .................  245
20  Deposition Exhibit 96 .................  250

21              - - -
```

Page 111

1  DAVID WILLIAM HUNTER JR.
2  being by me previously duly cautioned and sworn,
3  deposes and says as follows:
4      VIDEOGRAPHER: Time is 10:11 a.m. The
5      date is December the 4th. The year is 2003.
6      We're on the record, sir.
7      CONTINUED CROSS-EXAMINATION
8  BY MR. MARTINS:
9      Q. Officer Hunter, we're picking up where we
10 left off after November 6, your first couple hours
11 of your deposition. Remind you that you are still
12 under oath. Okay?
13     A. Yes, sir.
14     Q. All right. Have you talked with anyone
15 about your deposition on November 6th between
16 November 6th and today?
17     A. No, besides my attorney.
18     Q. Okay. Have you discussed the facts of the
19 Owensby case with anyone between November 6th and
20 today?
21     A. No.
22     Q. I want to direct your attention now to
23 November 7, 2000. I understand in the -- sometime
24 on that day you received an MTD message request for

Page 176

1 Golf Manor officer near, his car was near. Caton
2 yelled to the Golf Manor officer, "Can we put him in
3 your car?" And the Golf Manor officer said yes.
4    Caton and Jorg took Mr. Owensby over to
5 the car, and I was still standing around picking up,
6 you know, I picked up my Mace, and then checking my
7 belt to make sure I had everything.
8    And they -- as they took him over to the
9 car --
10   Q. Let --
11   A. -- I walked over to the -- okay. Go
12 ahead.
13   Q. Now let -- let me stop you. How did they
14 pick up Mr. Owensby?
15   A. By the arms.
16   Q. Okay. So he's handcuffed and they -- they
17 pick him up. Who is on the right side, who's on the
18 left side, if you know?
19   A. I don't know for sure, but I think Caton,
20 for the most part, he was on the left side. So I'm
21 going to assume that he stayed on the left side when
22 he -- when they picked him up and then Officer Jorg
23 was on the right. They picked him up and then they
24 took him to the car.

Page 177

1   Q. Did you see -- could you tell whether or
2 not Mr. Owensby was able to walk to the car?
3   A. Yes, I can tell.
4   Q. And what -- what did you see?
5   A. No.
6   Q. He could not walk?
7   A. No. He -- we -- he --
8   Q. How --
9   A. I don't -- if he could or couldn't, he was
10 not walking. He did not walk to the car.
11   Q. He was being carried?
12   A. Yes.
13   Q. His -- his feet were dangling?
14   A. Dragging.
15   Q. Okay. And the -- Officer Jorg and Caton
16 had Mr. Owensby by the arms?
17   A. Yes.
18   Q. Did anyone else assist in taking Mr.
19 Owensby to the Golf Manor cruiser?
20   A. There might have been another person over
21 there, but like I said, I didn't actually watch them
22 place him all the way in the car. So I don't know
23 if anybody might have got any hands on to help pull
24 him in or get him situated in the back of that car.

Page 178

1   Q. All right. What happens next?
2   A. I was still standing -- I -- I was --
3 after they get him over to the car, I walked toward
4 the car. And there was no need for me to be over
5 there, really, so I walked back over, same thing,
6 into the area, just looking down on the ground or
7 whatever, around the area where this just happened.
8    And I looked up and I looked across over
9 toward the Golf Manor police car and I saw the back
10 door open and I saw Officer Caton swinging.
11   Q. Now, what side of the Golf Manor car was
12 Officer Caton on?
13   A. Oh. The -- oh, God. I -- whichever side
14 Mr. Owensby's head was at, because that's the
15 side -- that -- the back door. He was at -- he was
16 standing at the back door where --
17    Because they had Mr. Owensby laying across
18 the back seat. And the side where his head was
19 nearest to the door, that door was open and that's
20 the door -- that's where Officer Caton was standing.
21   Q. Was the other door open?
22   A. No.
23   Q. Do you know if the car was in -- from
24 where you were and where Officer Caton was, was the

Page 179

1 car between you two? In other words, were you
2 looking toward Officer Caton's face or were you
3 looking toward his back?
4   A. Hmm. Hmm. Right this minute I can't say
5 for -- for sure, but I do know that from where I was
6 standing, what I saw was the door was open and I can
7 see Caton making swinging motions. But the door was
8 between my vision and Mr. Owensby, so I could not
9 see him making contact, but I can see him swinging.
10   Q. When you say he was swinging, would you
11 either demonstrate or describe for me what you saw.
12   A. Him -- I'll demonstrate.
13   Q. Okay.
14   A. He was leaning in the doorway. He was
15 between the door and the inside of the car. He was
16 leaning in, and I could see him drawing back and
17 coming down, drawing back, coming down, throwing
18 either punches or open hand, I can't say, but he was
19 throwing blows. He was delivering blows. And
20 Mr. -- and the only thing he -- he could eith-- he
21 could have been punching Mr. Owensby or he could
22 have been punching the back seat.
23   Q. And do you know how many blows Officer
24 Caton administered?