Case 1:01-cv-00769-SAS   Document 87-16   Filed 02/02/2004   Page 1 of 3

Owensby, et al. vs. City of Cincinnati, et al.
October 21, 2003
DARREN VERESE SELLERS

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - -

ESTATE OF ROGER D.           :
OWENSBY JR., et al.,         :
                             :
        Plaintiffs,          :
    vs.                      :  Case No. 01-CV-769
                             :  (Judge S. A. Spiegel)
CITY OF CINCINNATI,          :
et al.,                      :
                             :
        Defendants.          :

- - - - - - - - - - - - - - - -

Videotaped deposition of DARREN VERESE

SELLERS, witness herein, called by the plaintiffs

for cross-examination, pursuant to the Federal Rules

of Civil Procedure, taken before me, Wendy Davies

Welsh, a Registered Diplomate Reporter and Notary

Public in and for the State of Ohio, at the offices

of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

Walnut Centre, 105 East Fourth Street, Cincinnati,

Ohio, on Tuesday, October 21, 2003, at 10:09 a.m.

Case 1:01-cv-00769-SAS   Document 87-16   Filed 02/02/2004   Page 2 of 3

Owensby, et al. vs. City of Cincinnati, et al.
October 21, 2003

DARREN VERESE SELLERS

**Page 2**

```
 1  APPEARANCES:
 2     On behalf of the Plaintiffs:
 3        Paul B. Martins, Esq.
          Don Stiens, Esq.
 4        Helmer, Martins & Morgan Co. LPA
          Suite 1900, Fourth & Walnut Centre
 5        105 East Fourth Street
          Cincinnati, Ohio 45202
 6        Phone: (513) 421-2400
 7        John J. Helbling, Esq.
          The Helbling Law Firm, L.L.C.
 8        3672 Springdale Road
          Cincinnati, Ohio 45251
 9        Phone: (513) 923-9740
10     On behalf of the Defendants City of Golf Manor,
       Stephen Tilley, Roby Heiland and Chris
11     Campbell:
12        Lynne Marie Longtin, Esq.
          Rendigs, Fry, Kiely & Dennis
13        900 Fourth & Vine Tower
          One West Fourth Street
14        Cincinnati, Ohio 45202-3688
          Phone: (513) 381-9200
15
       On behalf of Defendants City of Cincinnati,
16     Darren Sellers, Jason Hodge:
17
          Geri Hernandez Geiler, Esq.
18        Assistant City Solicitor
               and
19        Julie F. Bissinger, Esq.
          Chief Counsel
20        Department of Law
          Room 214, City Hall
21        801 Plum Street
          Cincinnati, Ohio 45202
22        Phone: (513) 352-3346
23
24
```

**Page 3**

```
 1  APPEARANCES (Continued):
 2     On behalf of the Defendants Robert B. Jorg,
       Patrick Caton, Jason Hodge, Victor Spellen and
 3     Darren Sellers:
 4        Donald E. Hardin, Esq.
          Hardin, Lefton, Lazarus & Marks, LLC
 5        915 Cincinnati Club Building
          30 Garfield Place
 6        Cincinnati, Ohio 45202
          Phone: (513) 721-7300
 7
    Also present:
 8
    Richard W. Grubb, Videographer
 9
    Lisa Damstrom, Law Clerk
10  Helmer, Martins & Morgan Co., L.P.A.
11  Mr. Roger Owensby
12  Mrs. Brenda Owensby
13  Mr. Shawn Owensby
14
15             - - -
16
17
18
19
20
21
22
23
24
```

**Page 4**

```
 1              STIPULATIONS
 2     It is stipulated by and among counsel for the
 3  respective parties that the deposition of DARREN
 4  VERESE SELLERS, witness herein, called by the
 5  plaintiffs for cross-examination, pursuant to the
 6  Federal Rules of Civil Procedure, may be taken at
 7  this time by the notary; that said deposition may be
 8  reduced to writing in stenotype by the notary, whose
 9  notes may then be transcribed out of the presence of
10  the witness; and that proof of the official
11  character and qualifications of the notary is
12  expressly waived.
```

**Page 5**

```
 1              I N D E X
 2     Examination by:              Page
 3     Mr. Martins . . . . . . . .    6
 4     Ms. Longtin . . . . . . . .   78
 5     Mr. Martins . . . . . . . .   80
 6             - - -
 7           E X H I B I T S
 8                                       Page
    Deposition Exhibit 37 . . . . . . . .  12
 9  Deposition Exhibit 38 . . . . . . . .  23
    Deposition Exhibit 39 . . . . . . . .  27
10  Deposition Exhibits 40, 41 & 42 . . .  41
    Deposition Exhibit 43 . . . . . . . .  45
11  Deposition Exhibit 44 . . . . . . . .  70
    Deposition Exhibit 45 . . . . . . . .  73
12  Deposition Exhibit 46 . . . . . . . .  74
```

Case 1:01-cv-00769-SAS   Document 87-16   Filed 02/02/2004   Page 3 of 3

Owensby, et al. vs. City of Cincinnati, et al.
October 21, 2003
DARREN VERESE SELLERS

**Page 54**

1   Q. I think you also indicated that usually
2 when people are Maced, they cough or wheeze --
3   A. Right.
4   Q. -- or react in some fashion?
5   A. Yes, sir.
6   Q. And -- do you recall when Officer Hodge
7 arrived?
8   A. Time frame, no, but as I was trying to get
9 Mr. Owensby's left arm from up under him somebody
10 came to my left. I didn't know who he was at the
11 time. All I did was -- he was helping me trying to
12 get the arm out. And then later on I found out it
13 was Hodge.
14   Q. Did you see anybody use a PR-24?
15   A. No. Not that I can recall.
16   Q. I'm sorry?
17   A. Not that I can recall, no.
18   Q. Other than the five officers that you've
19 identified, that would be Jorg, Caton, Hunter, you,
20 and Hodge, were any other officers involved in the
21 physical arrest of Mr. Owensby?
22   A. No, sir.
23   Q. You then saw, as I understand it, Officer
24 Caton and Jorg pick up Mr. Owensby off of the

**Page 55**

1 ground?
2   A. Yes, sir.
3   Q. How did they do that?
4   A. His arms were in this fashion here
5 (indicating). They picked him up in between in here
6 where the bicep is and they picked him up. They
7 kind of put the arm in up under that, up under his
8 bicep in -- in between and held him up.
9   Q. At that point there was a Golf Manor
10 cruiser nearby?
11   A. Yes, sir.
12   Q. Is that right?
13   A. Yes, sir.
14   Q. And do you recall if any -- any of the
15 officers asked the Golf Manor officer if Mr. Owensby
16 could be placed in the Golf Manor cruiser?
17   A. Officer Jorg came over and said, "Can we
18 put him in your car?"
19   Q. And the officer he talked to said what at
20 this --
21   A. Yes.
22   Q. Do you know who he talked to?
23   A. I don't know the officer's name, no.
24   Q. What did you see after that?

**Page 56**

1   A. They picked him up and they started
2 escorting him to the car, or picked him up and -- to
3 put him in the car.
4   Q. Was he walking on his own power?
5   A. No, sir.
6   Q. His head, as I understand it, was -- was
7 hanging down?
8   A. Yes, sir.
9   Q. And you were behind Jorg and Caton?
10   A. Yes, sir.
11   Q. So you could see the back of his neck and
12 the --
13   A. Well, he had --
14   Q. The short dread locks?
15   A. He had long -- yeah. Right. So I
16 couldn't really see his neck, but I could see the
17 back of his head --
18   Q. Okay.
19   A. -- and his shoulders.
20   Q. Did you see any type of resistance by Mr.
21 Owensby while he was being escorted to the car?
22   A. No, sir.
23   Q. Did you watch them place him in the car?
24   A. Yes, sir.

**Page 57**

1   Q. What did you see?
2   A. Seen them put him face first, head first
3 into the car. They opened the door, face first, and
4 they slid him into the car.
5   Q. Did you ever see Officer Caton go around
6 to the driver's side back door and open that door?
7   A. No, sir.
8   Q. Once they started to put him into the car
9 face first, did you continue to watch or was your
10 attention directed --
11   A. I watched until they --
12   Q. -- elsewhere?
13   A. -- until he got -- until he was in the
14 car. And as -- as they were finishing putting him
15 in the car and the door was closed, and I turned and
16 I started walking away.
17   Q. So when you turned and walked away, where
18 was Officer Jorg?
19   A. Jorg and Caton were at that -- they were
20 on that -- on the passenger's side at that rear
21 door.
22   Q. All right. What did you do after that?
23   A. After that I walked over to the back of
24 the Sunoco, which was like the back and the side