940594     1100

# CINCINNATI POLICE DIVISION
## ARREST AND INVESTIGATION REPORT

ITN: _____
ACE ☐ YES ☐ NO
HAM. CO. CASE NO. _____
CONTROL NO. 2007324
ARREST REPORT NO. _____

**NAME OF ARRESTED:** HILL JAYSEN
**ADDRESS:** 2510 CANTEBBERRY AVE, CINTI OH
**TELEPHONE NO.:** 513 NONE
**SEX:** M  **RACE:** B  **HEIGHT:** 5'11  **WEIGHT:** 22  **HAIR:** BLK  **EYES:** BRO  **AGE:** 20  **DOB:** 11/06/80  **POB:** CINTI
**SOCIAL SECURITY NO.:** 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
**DESCRIPTION OF CLOTHING:** Blk Sweatshirt/
**MARKS:** NONE
**DRIVER'S LICENSE:** NONE

**NAME OF SPOUSE/NEXT OF KIN:** Gloria Hill  **PHONE:** 351-1411
**EMPLOYER:** Protocol   **TEL:** NONE
**PLACE OF ARREST:** 2092 Seymour Ave, Cinti OH  **DISTRICT:** 4  **DATE:** 9/27/00  **TIME:** 1710
**LOCATION OF OFFENSE:** 2092 Seymour Ave, Cinti OH  **DISTRICT:** 4  **DATE:** 09/27/00  **TIME:** 1700
**TYPE OF PREMISES:** Street

**CHARGES:**
1. Criminal Trespass 2911.21
2. Open Container 4301.62

**COMPLAINANT'S NAME:** Alo
**PRISONER SEARCHED BY:** JORG

**ARRESTING OFFICERS:**
1. Jent  #1785  C/4
2. Hunter  #1522  C/4

**FACTS OF ARREST:**
SUBJ WAS DRINKING A 16oZ BUDWEISER WHILE TRESPASSING AT 2092 SEYMOUR.

C000237

Exh. 6