

# CARL L. PARROTT, JR., M.D.
## HAMILTON COUNTY CORONER
The Frank P. Cleveland, M.D. Institute of Forensic Medicine, Toxicology and Criminalistics
3159 Eden Avenue, Cincinnati, Ohio 45219-2299   Main Office: 513-221-4524
Fax: 513-221-0307   Crime Laboratory: 513-221-4528   Morgue: 513-221-4529

## OFFICIAL CRIME LABORATORY REPORT

2/012
(2/006)
2/019

TO:  Police Officer Vogel
     CPD, Crime Bureau

C.L. FILE #  9424-00-D-S-M
DATE  November 8, 2000
SUBJECT  OWENSBY, ROGER

CTL/SS#

EXAMINATION REQUESTED BY:
     Same

TYPE OF EXAMINATION REQUESTED:
     Serology Tests

The following is a report of the Crime Laboratory giving the results of examinations conducted on specimens received from your office. This examination has been made with the understanding that the specimen is connected with an official investigation of a criminal matter and the laboratory report will be used for official purposes only, related to the investigation or a subsequent criminal prosecution. Authorization cannot be granted for the use of this report in connection with a civil proceeding.

**SPECIMENS:**

Q-5 --- white shirt sleeve in a sealed paper bag identified "P.O. Robert Jorg"

K-1 --- blood specimen from the postmortem examination of Roger Owensby

All items submitted in this case have not been analyzed. The deferred items may be examined when known specimens are obtained. Contact the laboratory for instructions.

**FINDINGS:** *(The findings below are based upon serologic procedures for the identification and typing of body fluids and body fluid stains.)*

Q-5   -   Shirt Sleeve   --   Several stains were noted with two stains being selected for analysis.
                          --   One small stain was reddish brown in color and was identified as human blood. This stain was also tested for the presence of amylase and produced negative results.
                          --   The second stain was a large pink stain. It appeared to be a mixed stain. Human blood was identifed in this stain. It also tested positive for the presence of amylase.
                          --   PCR DNA results are included below.

DNA from two stains present on Q-5 and K-1 was amplified using the Polymerase Chain Reaction and profiled at the amelogenin locus and the 13 STR loci approved by the FBI CODIS program.

C000170

Exh. 12

THE INSTITUTE OF FORENSIC MEDICINE
TOXICOLOGY AND CRIMINALISTICS

SUBJECT  Owensby, Roger                                    Page   2   of   2

FILE NO.  9424-00-D-S-M

**FINDINGS:** (continued)

A DNA profile from the two stains present on the shirt sleeve, Q-5, matched the DNA profile from Roger Owensby, K-1. This profile would be expected to occur in approximately 1 in 1 sextillion 960 quintillion Caucasian or 1 in 3 quintillion 670 quadrillion African American individuals.

_____
Joan D. Burke, Serologist

JDB:nmw
December 29, 2000

This is an addendum report to CL-9424-00-D-S-M dated December 12, 2000.

**EVIDENCE DISPOSITION:**

Evidence will be released to the submitting agency following the standard operating procedure of the laboratory. Material maintained for DNA analysis will be stored in the evidence freezer until such time as the case has been adjudicated or the evidence is no longer required by the agency.

C000171