# CINCINNATI POLICE - EMPLOYEE PERSONAL HISTORY STATEMENT

- NAME: __SELLERS__ __DARREN__ __V__
  LAST         FIRST         M.I.

- DATE OF BIRTH: __7-13-68__  SEX: __M__  RACE: __B__

- HEIGHT: __5'10__  WEIGHT: __185__  HAIR COLOR: __BLACK__  EYE COLOR: __BROWN__

- DO YOU SPEAK AND/OR READ A FOREIGN LANGUAGE? NO __✓__, IF YES, EXPLAIN _____

- SPECIAL SKILLS YOU POSSESS: __N/A__

- DO YOU HOLD A LICENSE, PERMIT OR DIPLOMA FOR THE ABOVE SKILLS? NO __N/A__
  IF YES, EXPLAIN _____

- MISCELLANEOUS: _____

C001665

NAME: __Darren V. Sellers__   CLASSIFICATION: __POLICE OFFICER__   BADGE #__1672__
(Signature)

Form 441 (Rev. 10/99)                                                       Page 2-1