# CINCINNATI FIRE DIVISION
## MEDICAL RUN REPORT FORM-33

| Date | Unit | Shift | Company # |
|---|---|---|---|
| 11-7-00 | | 3 | 8/2 R41 |

| Incident No. | FDZ | Call Rec'd | |
|---|---|---|---|
| 179 | 0471 | 1956 | 2000 |

Additional Companies: ENG 8 & ENG 7 + POLICE

On Scene: 2008 / 2008

| Bill # | Driver 43 | Badge # 977/422 | Tech | Responding From QTS | Total OOS Time 39 / 64 |
|---|---|---|---|---|---|

First Name: Robert Roger   MI: D   Last Name: Owensby Jr   Age: 29?   Sex: M

Patient's Street Address: 6576 Monte Vista   City: Cinti   State: OH   Zip: 45224   County: Ham

Social Security Number: 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   Date of Birth: 3-27-71   Patient's Phone Number: Unk   Rec. Hosp: UC

**Location of Call:** 2098 Seymour
**Nature of Call:** Injured Person
**Chief Complaint:** Cardiac Arrest

**MEDICAL HISTORY:** ○ Asthma  ○ Cancer  ○ Diabetes  ○ Emphysema  ○ Heart Disease  ○ Hypertension  ○ Psych  ○ Seizures  ○ Stroke/TIA  ○ Other

**TYPE:** ○ BLS  ⊗ ALS  ○ No Transp.  ○ Disregard

**ALLERGIES:** ○ Aspirin ○ Codeine ○ Penicillin ○ Sulfa ○ Other

**MEDICATIONS:** Unk

| Vital Signs | Time | B.P. | Pulse | Resp |
|---|---|---|---|---|
| 1st Resp / 1st Set | 2000 | ⌀ | ⌀ | ⌀ |
| Trans. Unit / 2nd Set | 2010 | ⌀ | ⌀ | ⌀ |
| 3rd Set | 2090 | ⌀ | ⌀ | ⌀ |

**1st Responder Primary Assessment:** Pt under CPR upon arrival by Police. EF took over CPR

**Co. Officer Badge #:** 4K
**EMS Personnel Badge #'s:** 363, 487, 993, 370, 949

## PATIENT ASSESSMENT

| Eye Opening | Verbal Response | Best Motor Response | Respiration | Skin | Pupils |
|---|---|---|---|---|---|
| 4 Spontaneous | 5 Oriented | 6 Follow Commands | ○ Normal | ○ Normal | ○ Equal |
| 3 To Voice | 4 Confused | 5 Localizes Stimulus | ○ Difficult | ○ Cyanotic | ○ Unequal |
| 2 To Pain | 3 Words | 4 Withdraws | ○ Shallow | ⊗ Warm, Hot | Non-Responsive |
| (1) None | 2 Incompr. Sounds | 3 Flexion Posturing | ⊗ Absent | ○ Pale, Ashen | |
| | (1) None | 2 Extension Posturing | | ○ Jaundiced | Left ○  Right ○ |
| | | (1) No Movement | | ○ Diaphoretic | |
| | | | | ○ Cool | |

**BLS RUN**
Pregnancy  ○ Delivery  Sex M F  Time: _:_
Oxygen  ○ Cannula  ○ Mask  ⊗ Ambu Bag  Lmin: 15

**BLS TREATMENT GIVEN**
Trauma  ○ MAST Trousers  ○ Splinting  ○ Bleeding Control
Spinal Immobilization  ○ Cervical Collar  ○ Backboard  ○ Head Immobilization

**ALS RUN**
IV Fluid  Type: NaCl   IV Gauge: 18   By: 363
⊗ Telemetry UC #73  ○ Witnessed Arrest  ⊗ Bystander CPR  ⊗ CFD CPR  ○ AED Applied

**ALS TREATMENT GIVEN**
Cardiac Treatment  ⊗ Monitor Applied  EKG Rhythm: Asystole / PEA V-Fib / Asystole
Defibrillate: 200, 300
⊗ Suction
⊗ Intubation 843 By 843

**Ambulance/Rescue Unit Assessment:** Upon arrival, found Pt in cardiac arrest CPR, intubation, IV, & cardiac monitoring being done by FD/E? personnel. Pt in Asystole 4 pps 1 Atropine IVP → PEA → CPR → V-Fib → Defib @ 200J → Asystole → CPR cont → unit. 1 EPI → V-Fib → Defib 300J → Asystole, dms warren → 1 EPI → Asystole. CPR continued. UC notif'd 100 mg Lidocaine IVP → Asystole. ○ Changes in condition. CPR / BVM w/ ET throughout incident. 1500 cc NaCl TKO also given. Pt → ED staff w/ report. Pt ET tube checked w/ breath sounds bilat ⊖ epigastric sounds. * Pt did vomit prior to EMS arrival.

Receiving Hospital Signature: X _____

## INSURANCE & EMPLOYER INFORMATION | POLICY HOLDER INFORMATION

○ Medicare  ○ Medicaid  ○ Other
Other Name: _____
Policy No: _____
Employer Name: _____

Relationship to Patient: ○ Self ○ Parent ○ Spouse ○ Other
Sex: ○ Male ○ Female
Name: _____
Social Security No: _____

C000134

Exh. 99