UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ESTATE OF
ROGER D. OWENSBY JR., ET AL.,

    Plaintiff,

v.

CITY OF CINCINNATI, ET AL.,

    Defendants.

Case No. 01-CV-769

Senior Judge S. Arthur Spiegel

**PLAINTIFFS' NOTICE OF DEPOSITION
OF RULE 30(b)(6) REPRESENTATIVE(S) OF
DEFENDANT CITY OF CINCINNATI**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6), Fed. R. Civ. P., Plaintiffs will take the deposition of the most knowledgeable person or persons for defendant City of Cincinnati concerning the following matter:

> The person most knowledgeable concerning the documents produced by the City of Cincinnati, bearing the bates labels C000064-66, attached. Based upon the City of Cincinnati's correspondence of November 20, 2003, Plaintiff believes that this designated person will be Mr. Alan Goldschmidt of the Regional Crime Information Center.

In accordance with Fed. R. Civ. P. 30(b)(6), defendant City of Cincinnati is instructed to designate one or more officers, directors, or managing agents, or other persons to testify on its behalf concerning the matters set forth above. The person or persons so designated shall testify as to matters known or reasonably available to the City of Cincinnati.

Exh. 109

The deposition(s) shall be held on December 19, 2003 at the law offices of Helmer, Martins & Morgan Co., L.P.A., Fourth & Walnut Centre, Suite 1900, 105 East Fourth Street, Cincinnati, Ohio, beginning at 10:00 a.m. The deposition(s) will be recorded stenographically. You are invited to attend.

Respectfully submitted,

Paul B. Martins

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served, this 24th day of November, 2003, via ordinary U.S. Mail upon the following:

Neil F. Freund
Vaseem S. Hadi
FREUND, FREEZE & ARNOLD
One Dayton Centre
One South Main Street, Suite 1800
Dayton, Ohio 45402-2017
*Trial Counsel for Defendants*
*City of Cincinnati and Thomas Streicher, Jr.*

Geri Hernandez Geiler
Julie F. Bissinger
Assistant City Solicitors
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
*Trial Attorney for Defendants*
*City of Cincinnati and Thomas Streicher, Jr.,*
*David Hunter, Darren Sellers, Jason Hodge*
*and Cincinnati Police Officers John Does 1*
*through 6*

Mark T. Tillar
224 Clark Road
Cincinnati, Ohio 45215
*Trial Attorney for Plaintiff*

John J. Helbling
3672 Springdale Road
Cincinnati, Ohio 45251
*Trial Attorney for Plaintiff*

Donald E. Hardin
HARDIN, LEFTON, LAZARUS & MARKS, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202
*Trial Attorney for Defendants Robert B. Jorg,*
*Patrick Caton, Darren Sellers, Jason Hodge,*
*and Victor Spellen*

Wilson G. Weisenfelder, Jr.
RENDIGS, FRY, KIELY & DENNIS, LLP
900 Fourth & Vine Tower
Cincinnati, Ohio 45202
*Trial Attorney for Defendants City of Golf Manor*
*Stephen Tilley, Roby Heiland, and*
*Chris Campbell*

Dale A. Stalf
BUCKLEY, KING
1420 PNC Center
Cincinnati, Ohio 45202
*Counsel for Defendants Huntington Meadows LTD*
*and Bryan Menefee*

Ravert J. Clark
114 East Eighth Street
Suite 400
Cincinnati, Ohio 45202
*Trial Attorney for Defendant David Hunter*

_____
Paul B. Martins

# Memo

**Date:** 11/13/2000

**To:** Darlene Lacke

**Cc:** Cincinnati Police

**From:** Mike Neumann, Regional Crime Information Center

**RE:** CTLNO 1743019

---

Tracking on Ctlno 1743019 for the last six months

MJN/mjn

C000064

ERGO REPORT
FILTERING: LOCAL-CTLNO = 1743019

```
  M  D  Y    T FUNCTION  TRANS ACTUAL RACS-ID
--------------------------------------------------------
  5  1  0  1220 QW       CRBD  CRBD   JMCKIERN
  5  2  0   225 QHW      CH01  CH01   TPUSER
  5  3  0   827 QW       CRBD  CRBD   RKISSING
  5  4  0  1221 QW       CCBD  CCBD   RSTRATTO
  5  6  0  2224 MDT      9R25
  5  6  0  2224 MDT      9R25
  5  6  0  2224 MDT      9R25
  5  6  0  2224 MDT      9R25
  6  6  0   730 QPS      PB29  PB29   LSCHNEID
  6  6  0  1547 QHW      DPR3  DPR3   MCOMARAT
  6  6  0  1548 QPS      DPR3  DPR3   MCOMARAT
  6  8  0   716 QPS      PB29  PB29   LSCHNEID
  6 21  0  1436 QHW      DPR3  DPR3   MCOMARAT
  7  6  0  1413 QHW      DPR3  DPR3   MCOMARAT
  7 21  0  1324 QHW      DPR3  DPR3   MCOMARAT
 10  7  0  1743 MDT      3915
 10  7  0  1743 MDT      3915
 10 13  0   457 MDT      4351
 10 13  0   514 QPS      DST4  DST4   DJORDAN
 10 13  0   618 QW       CWU4  CWU4   TAULL
 10 13  0   826 QPS      CWU9  CWU9   SFERGUSO
 10 13  0   835 QW       CWU4  CWU4   KFREY1
 10 13  0   844 QHW      C348  C348   KTRUE
 10 13  0   844 QPS      C348  C348   KTRUE
 10 13  0   844 QJ06     C348  C348   KTRUE
 10 13  0   950 QHW      C302  C302   KTRUE
 10 13  0   951 QHW      C302  C302   KTRUE
 10 13  0  1055 QPS      PT04  PT04   APOLI
 10 13  0  2348 IQW      CT35  CT28   MROWEKAM
 10 14  0   508 IQW      CWU6  CWU6   JPATTERS
 10 14  0   621 QHW      CWU4  CWU4   JPATTERS
 10 14  0  1130 QPS      C313  C313   EBLESKA
 10 16  0   543 IQW      CWU4  CWU4   LWALTERS
 10 17  0   704 QCH      CCID  CCID   HCHADWIC
 10 17  0  1038 QRA      PRS6  PRS6   ASCHULZ1
 10 17  0  1357 QPS      CVCS  CVCS   DKELLY
 10 23  0  1807 QPS      C310  C310   RRUZSA
 10 23  0  1807 QHW      C310  C310   RRUZSA
 10 25  0  1114 QPS      PRSC  PRSC   VBRYANT
 10 25  0  2329 QHW      DST4  DST4   AHASSE
 10 25  0  2330 QPS      DST4  DST4   AHASSE
 10 25  0  2330 QPS      DST4  DST4   AHASSE
 10 27  0   751 QRA      CRB3  CRB3   JBJERS
 11  3  0    24 MDT      4351
 11  3  0    26 MDT      4351
 11  3  0  1047 QHW      PRSL  PRSL   MPRIESTL
 11  3  0  1048 QPS      PRSL  PRSL   MPRIESTL
 11  7  0  2010 MDT      4265
 11  7  0  2018 QHW      IDEN  IDEN   GVENTRE
 11  7  0  2019 QPS      IDEN  IDEN   GVENTRE
 11  7  0  2021 MDT      4252
 11  7  0  2131 MDT      4230
 11  7  0  2131 MDT      4230
 11  7  0  2133 MDT      4230
 11  7  0  2136 MDT      4240
 11  7  0  2138 MDT      4240
 11  7  0  2138 MDT      4240
 11  7  0  2138 MDT      4240
 11  7  0  2151 QHW      CRBU  CRBU   MGAYNOR
 11  7  0  2208 QHW      CRBU  CRBU   MGAYNOR
```

C000065

```
11  7  0  2250 QPS    IDEN IDEN  GVENTRE
11  7  0  2328 MDT    4255
11  8  0   128 QPS    CRBU CRBU  MGAYNOR
11  8  0   650 QPS    DST4 DST4  DMEECE
11  8  0   954 QPS    CT49 CT49  CMOCK1
11  8  0   956 QRA    CT49 CT49  CMOCK1
11  8  0   958 QPS    CT49 CT49  CMOCK1
11  8  0  1258 QHW    DPR4 DPR4  YFAIRBAN
11  8  0  1259 QPS    DPR4 DPR4  YFAIRBAN
11  8  0  1430 QHW    CRB2 CRB2  RUNGER
11  8  0  1431 QCH    CRB2 CRB2  RUNGER
11  8  0  1856 QHW    OPS2 OPS2  MHUDEPOH
11  9  0    34 MDT    5336
11  9  0    35 MDT    5336
11  9  0    35 MDT    5336
11  9  0   735 MDT    7Y31
11  9  0   738 MDT    7Y31
11  9  0   738 MDT    7Y31
11  9  0   738 MDT    7Y31
11  9  0   738 MDT    8P13
11  9  0   738 MDT    8P13
11  9  0   830 QHW    NCH2 NCH2  JFULMER
11  9  0   831 QRSP   NCH2 NCH2  JFULMER
11  9  0   831 QD     NCH2 NCH2  JFULMER
11  9  0  1123 QHW    SLV2 SLV2  BPLUMMER
11  9  0  1123 QCH    SLV2 SLV2  BPLUMMER
11  9  0  2350 MDT    1331
11  9  0  2350 MDT    1331
11  9  0  2350 MDT    1331
11  9  0  2350 MDT    1331
11  9  0  2350 MDT    1331
11 11  0   729 MDT    5132
11 11  0   730 MDT    5132
11 11  0   730 MDT    5132
11 11  0   730 MDT    5132
11 11  0   730 MDT    5132
11 11  0   730 MDT    5132
11 11  0  1423 QCH    CT51 CT51  CMOCK1
11 11  0  1423 QPS    CT51 CT51  CMOCK1
11 12  0   158 MDT    3341
11 12  0   158 MDT    3341
11 12  0   158 MDT    3341
11 12  0   158 MDT    3341
11 12  0   158 MDT    3341
11 12  0   200 MDT    3341
11 12  0   401 QHW    DST1 DST1  JHENRY
11 12  0   403 QPS    DST1 DST1  JHENRY
11 12  0   408 QRA    DST1 DST1  JHENRY
11 12  0   409 QRA    DST1 DST1  JHENRY
11 12  0   409 QRA    DST1 DST1  JHENRY
11 10  0     9 MDT    4321
11 10  0  1030 QPS    IDEN IDEN  JZIEVERI
11 10  0  1030 QHW    IDEN IDEN  JZIEVERI
11 10  0  1035 QD     IDEN IDEN  JZIEVERI
11 10  0  1037 QRSP   IDEN IDEN  JZIEVERI
11 10  0  1110 QCH    RENU RENU  TGORMLY
11 10  0  1357 QPS    OPS2 OPS2  SMCMANIS
11 10  0  1358 QRA    OPS2 OPS2  SMCMANIS
11 10  0  1440 QPS    CIC1 CIC1  TLYONS
11 10  0  1441 QPS    OPS4 OPS4  JSTAGER
11 10  0  1442 QHW    OPS4 OPS4  JSTAGER
11 10  0  2038 MDT    1221
```

C000066