MESSAGE LOGGING ACTIVITY DETAIL

| TERMINAL | DATE | TIME | | OPERATOR | COMMAND | SEQUENCE |
|---|---|---|---|---|---|---|
| TERMINAL :4252 TO DST4/BACK LOT WITH TONY | DATE: 11/07/00 | TIME: 19:10:55.61 | INPUT | OPERATOR: P285 | COMMAND: TO | SEQUENCE: 04471 |
| TERMINAL :4251 TO 4252/ LOC? | DATE: 11/07/00 | TIME: 19:15:25.01 | INPUT | OPERATOR: P827 | COMMAND: TO | SEQUENCE: 07707 |
| TERMINAL :4251 TO 4252/ LOC? | DATE: 11/07/00 | TIME: 19:15:30.21 | INPUT | OPERATOR: P827 | COMMAND: TO | SEQUENCE: 07708 |
| TERMINAL :4251 TO 4256/ LOC? | DATE: 11/07/00 | TIME: 19:15:40.01 | INPUT | OPERATOR: P827 | COMMAND: TO | SEQUENCE: 07709 |
| TERMINAL :4252 TO 4251.WHERE TO MEET | DATE: 11/07/00 | TIME: 19:15:51.21 | INPUT | OPERATOR: P285 | COMMAND: TO | SEQUENCE: 04474 |
| TERMINAL :4251 TO 4255/ LOC? | DATE: 11/07/00 | TIME: 19:15:56.21 | INPUT | OPERATOR: P827 | COMMAND: TO | SEQUENCE: 07710 |
| TERMINAL :4256 TO 4251/ READ/MLK | DATE: 11/07/00 | TIME: 19:16:16.61 | INPUT | OPERATOR: P827 | COMMAND: TO | SEQUENCE: 08726 |
| TERMINAL :4251 TO 4252/ NEED NTA FOR SAMS | DATE: 11/07/00 | TIME: 19:17:07.01 | INPUT | OPERATOR: P827 | COMMAND: TO | SEQUENCE: 07711 |
| TERMINAL :4251 TO 4252/ NEED NTA FOR SAMS | DATE: 11/07/00 | TIME: 19:17:20.61 | INPUT | OPERATOR: P827 | COMMAND: TO | SEQUENCE: 07712 |
| TERMINAL :4256 TO 4251/ K THX | DATE: 11/07/00 | TIME: 19:18:16.21 | INPUT | OPERATOR: P522 | COMMAND: TO | SEQUENCE: 08730 |
| TERMINAL :4252 TO 4251/ K ENRT | DATE: 11/07/00 | TIME: 19:18:57.41 | INPUT | OPERATOR: P285 | COMMAND: TO | SEQUENCE: 04475 |
| TERMINAL :4252 TO 4251/K...MEET YOU IN 5 | DATE: 11/07/00 | TIME: 19:21:17.65 | INPUT | OPERATOR: P285 | COMMAND: TO | SEQUENCE: 04478 |
| TERMINAL :4252 TO 4251.ENRT | DATE: 11/07/00 | TIME: 19:21:35.61 | INPUT | OPERATOR: P827 | COMMAND: TO | SEQUENCE: 07713 |
| TERMINAL :4256 TO 4252/ K*. THX | DATE: 11/07/00 | TIME: 19:22:08.41 | INPUT | OPERATOR: P522 | COMMAND: TO | SEQUENCE: 08731 |

Ex.112

TERMINAL :4236    DATE: 11/07/00    TIME: 20:02:20:61    INPUT    OPERATOR: P440    COMMAND: TO    SEQUENCE: 068895
TO/4231/YEP

TERMINAL :4236    DATE: 11/07/00    TIME: 20:03:22:81    INPUT    OPERATOR: P440    COMMAND: TO    SEQUENCE: 068896
TO/4231/IT WILL BE AROUND

TERMINAL :4236    DATE: 11/07/00    TIME: 20:21:32:41    INPUT    OPERATOR: P440    COMMAND: TO    SEQUENCE: 068902
TO/4251/WHO WAS INJURED?

TERMINAL :4236    DATE: 11/07/00    TIME: 20:22:00:81    INPUT    OPERATOR: P440    COMMAND: TO    SEQUENCE: 068903
TO/4251/WHO WAS INJURED?

TERMINAL :4251    DATE: 11/07/00    TIME: 20:22:39:41    INPUT    OPERATOR: P827    COMMAND: TO    SEQUENCE: 077717
TO 4236/NOT US

TERMINAL :4236    DATE: 11/07/00    TIME: 20:26:33:41    INPUT    OPERATOR: P440    COMMAND: TO    SEQUENCE: 068905
TO/4255/WHO WAS INJURED?

TERMINAL :4236    DATE: 11/07/00    TIME: 20:30:44:81    INPUT    OPERATOR: P440    COMMAND: TO    SEQUENCE: 068907
TO/4265/CAN U GIVE DETAILS?

TERMINAL :4236    DATE: 11/07/00    TIME: 20:37:11:07    INPUT    OPERATOR: P440    COMMAND: TO    SEQUENCE: 068910
TO/4256/DAVE, WHO WAS INJURED?

TERMINAL :4236    DATE: 11/07/00    TIME: 20:40:40:61    INPUT    OPERATOR: P440    COMMAND: TO    SEQUENCE: 068912
TO/CH04/DID HE SAY WE CAN SECURE?

C002107