

# Hamilton County Sheriffs Mugshot Service

## Sheriff Simon L. Leis, Jr. 1000 Sycamore Street Cincinnati, Ohio 45202



**Name:** OWENSBY , ROGER D
**Race:** BLACK
**Sex:** MALE
**Date of Birth:** 27-MAR-71
**Height:** 506
**Weight:** 175
**Hair Color:** BLACK
**Eye Color:** BROWN
**Facial Hair:** MUSTACHE
**Complexion:** MEDIUM BROWN
**Accessories:** NONE
**Control Number:** 1743019
**Jacket Number:** 186567
**Alias:** NONE

*Sheriffs Office Information Systems Staff (mugs@sheriff.hamilton-co.org) / Oct 97*

**EXHIBIT C**