# City of Cincinnati



Office of the City Solicitor

December 2, 2003

Donald G. Stiens, Jr., Esq.
Helmer, Martins & Morgan
Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, Ohio 45202

RECEIVED

DEC 0 3 2003

Helmer,
Martins & Morgan Co., L.P.A.

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

J. Rita McNeil
*City Solicitor*

Re: Estate of Roger D. Owensby, Jr. v. City of Cincinnati, et al.

Dear Don:

Enclosed herein please find the information you requested in your November 20, 2003 subpoena to Ms. Peggy O'Neill, Director, Regional Crime Information Center, on persons identified as "L.A." or "LA."

The reason I have intercepted the information is that RCC/RCIC is a City department.

Thank you,

Geri Hernandez Geiler
Sr. Assistant City Solicitor

cc: **Neil F. Freund**
One Dayton Center
1 South Main St.
Suite 1800
Dayton, Ohio 45402-2017

**John J. Helbling**
3672 Springdale Road
Cincinnati, Ohio 45251

**EXHIBIT D**

Equal Opportunity Employer

**Mark T. Tillar**
240 Clark Road
Cincinnati, Ohio 45215

**Wilson G. Weisenfelder**
900 Fourth & Vine Tower
Cincinnati, Ohio 45202

**Dale A. Stalf**
1320 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202

**Donald E. Hardin**
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202

**Ravert J. Clark**
114 East 8th Street
Suite 400
Cincinnati, Ohio 45202



**Regional Crime Information Center**

Serving Hamilton County Law Enforcement since 1969

138 East Court Street
10th Floor
Cincinnati, Ohio 45202

phone 513 352 6400
fax 513 352 1648

November 26, 2003

Donald G. Stiens, Jr., Esq.
Helmer, Martins & Morgan Co., L.P.A.
Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, OH 45202-4008

Dear Mr. Stiens:

### Re: Subpoena of November 20, 2003

A search of the Regional Crime Information Center database resulted in one record for "persons identified as and/or having an alias or nickname of 'L.A.' or 'LA.'"

Enclosed, please find a printout of that resulting record.

Sincerely,

Peggy A. O'Neill
Information Technology Manager, RCC/RCIC, City of Cincinnati

PAO/rma

cc:  Ralph G. Renneker, Director, Regional Computer Center, City of Cincinnati
     Geri H. Geiler, Esq., Law Department, City of Cincinnati

```
TIME:11/21/03/1045

 NAME:FIELDS/LARRY/ANTONIO.SEX:M.RACE:B.DOB:01/17/1959.
 POB:OH.HT:602.WT:185.HR:BLK.EYE:BRO.
 DTENT:11/30/77/2113 DTLASTUP:04/07/03/2002
                                 JACKETNO:135724./CPR4/CPR4
 FPCLASS:DO17PO2320DI16DI2320./CPR7/CPR7
 PHONE: 513-621-5636/CPR4/CPR4
 OPLIC:PE953069/OH/89./CPR1/CPR1
 PHONE: 513-281-6005/CPR1/C105
 PHONE: 513-751-9943/CPR7/CPR7
 PHONE: 513-621-5646/CPR4/CPR7
 PHONE: 513-621-4197/CPR1/C102
 OPLIC:PG821159/OH/90./CPR5/CPR5
 MISCNO:AP-40156JS./MAPD/MAPD
 OPLIC:QB473205/OH/95./CPR6/CPR6
 PHONE: 513-281-8005/CPR6/CPR6
 OPLIC:RN718455/OH/00./CPR7/CPR7
 LICPL:ADW8202/OH/98/PC./CPR7/CPR7
 PHONE: 513-861-6895/CPR7/CPR7
 LICPL:AQP8068/OH/98/PC./CPR7/CPR7
 PHONE: 513-733-5312/CPR7/CPR7
 MISCNO:PM-163426./PB16/PB16
 PHONE: 513-321-4587/CPR5/CPR5
 LICPL:CES2398/OH/01/PC./CPR6/CPR6
 PHONE: 513-871-1987/CPR6/CPR6
 LICPL:CKN4584/OH/01/PC./CPR7/CPR7 LICPL:AG30PE/OH/02/PC./WYOM/WYOM
 PHONE: 513-821-0141/WYOM/WYOM
 PHONE: 513-561-6751/CPR8/C304
 LICPL:C362487/OH/02/TM./SLVT/SLVT LICPL:C362498/OH/02/TM./SLVT/SLVT
REMARKS:
03/CWU9-**PALMS ON FILE**

ALIAS:FRYE/RODNEY.SEX:M.RACE:B.DOB:05/19/1959. MNEM:CCID/CCID.
      HT:600.WT:150.HR:BLK.EYE:BRO.
      DTENT:12/17/93/1523 DTLASTUP:12/17/93/1523

ALIAS:NICKNAME/L/A.SEX:M.RACE:B.DOB:01/17/1959.    MNEM:CPR4/CPR4.
      DTENT:02/10/83/0730 DTLASTUP:02/10/83/0730

LAST ADDRESS:10/19/02 04936/CHARLEMAR/AV//CINC/OH/45227

         WARNED ARREST CONVIC WARANT CAPIAS GUN-REG GEN-COND MISSING
MISD            18     17                              1
FELONY           8      4
TRAFFIC         20     12      2
JUVENILE
```

Release To: Helmer Martin + Morgan Co, LPA
(Donald G. Stein, Jr Esq)
Date: 11/26/2003
By: [signature]

Regional Crime Information Center

| Schedules | | Document Listing |

Hamilton County Clerk of Courts

B 9308629-B

Attorney - Plaintiff
Attorney - Defendant
     Judge -                RALPH WINKLER              31
       STATE OF OHIO   vs.   LARRY A FIELDS
                         MC# 93CRA37646

STATE OF OHIO

    vs.
LARRY A FIELDS
UNKNOWN                                                    Municipal #:
SOMEWHERE US

Race:BLACK - AFRICAN AMERICAN       Sex:M  Age:45    DOB:1/17/1959
Filed:11/24/1993       0005 -    WARRANT ON INDICTMENT
Count:1       TRAFFICKING IN DRUGS 2925-03 ORCN
Disp:3/22/1994 3DOC DEPARTMENT OF CORRECTIONS

| IMAGE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | 11/24/1993 | PRECIPE FOR WARRANT FILED AND WARRANT ISSUED. | |
| | 11/24/1993 | INDICTMENT REPORTED AND FILED. INDICTMENT FOR AGGRAVATED TRAFFICKING (SALE) 2925.03 R.C. | |
| 288 | 12/3/1993 | ENTRY ORDERING CAPIAS ISSUED. CAPIAS ISSUED. | |
| | 2/4/1994 | BILL OF PARTICULARS | |
| | 2/4/1994 | STATE'S RESPONSE TO DEFENDANT'S DEMAND FOR DISCOVERY. | |
| | 2/4/1994 | STATE'S MOTION FOR DISCOVERY. | |
| | 2/14/1994 | SIMON L. LEIS JR., SHERIFF: I HAVE IN CUSTODY AND HAVE SERVED COPY OF INDICTMENT ON SAID DEFENDANT BY ELMER WISE, DEPUTY | |
| | 2/14/1994 | WARRANT RETURNED AND FILED. | |
| 23 | 2/18/1994 | PLEA OF NOT GUILTY ENTERED AT ARRAIGNMENT. BOND-5,000 10% | |
| 100 | 2/22/1994 | COUNSEL ASSIGNED WILLIAM WAMBAUGH | |
| | 2/23/1994 | REQUEST FOR EVIDENCE NOTICE | |
| | 2/23/1994 | DEMAND FOR DISCOVERY | |

|     | 2/23/1994 | BILL OF PARTICULARS |
| --- | --- | --- |
| 253 | 2/25/1994 | ENTRY OF CONTINUANCE 3/3/94 |
| 42  | 3/3/1994  | ENTRY OF CONTINUANCE 3/23/94 |
|     | 3/16/1994 | MOTION FOR DISCOVERY OF CONFIDENTIAL INFORMANT'S IDENTITY AND PRIORFELONY RECORD, |
| 350 | 3/23/1994 | JUDGMENT ENTRY: INCARCERATION DOC 2 TO 15YRS CREDIT FOR TIME. DRIVER'S LICENSE SUSP. 6MOS. PAY COURT COSTS. |
| 35  | 3/23/1994 | ENTRY ASSIGNING JUDGE DINKELACKER TO SERVE IN THE GENERAL DIVISION |
|     | 3/23/1994 | AFFIDAVIT OF INDIGENCY PURSUANT TO R.C. 2925.03 (L) TRAFFICKING-DRUGS, |
| 33  | 3/23/1994 | ENTRY DETERMINING INDIGENCY PURSUANT TO R.C.2925.03 TRAFFICKING - DRUGS. |
| 26  | 3/23/1994 | ENTRY WITHDRAWING PLEA OF NOT GUILTY AND ENTERING PLEA OF GUILTY CT 1 AGG TRAFF F-2 2925.03 |
| 215 | 3/24/1994 | ENTRY APPROVING COUNSEL FEES $300 |
|     | 5/6/1994  | MOTION TO SUSPEND FUTURE EXECUTION OF SENTENCE FOR NON-AGGRAVATEDFELONY |
| 54  | 5/11/1994 | ENTRY OVERRULING MOTION TO SUSPEND FURTHER EXECUTION OF SENTENCE. |
|     | 7/28/1994 | CRIMINAL STATE COSTS SATISFIED |

| Schedules | | Document Listing |

Hamilton County Clerk of Courts

B 0208741

Attorney - Plaintiff       BRADLEY GREENBERG            P55568
Attorney - Defendant       DAIN T MONROE                59573
          Judge -          FRED J CARTOLANO              28

STATE OF OHIO   vs.   LARRY FIELDS

STATE OF OHIO

  vs.
LARRY FIELDS
4936 CHARLEMAR DR                                 Municipal #: /02/CRA/34206
CINC OH 45227         Bond Amt: $5,000.00 10% CASH

Race:BLACK - AFRICAN AMERICAN        Sex:M   Age:45       DOB:1/17/1959
Filed:10/15/2002      5 - WARRANT ON INDICTMENT
Count:1    TRAFFICKING IN COCAINE 2925-03A1 ORCN
Disp:12/3/2002 DOCC DEPARTMENT OF CORRECTIONS

| IMAGE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | 10/6/2002 | CHARGED-FP CARD TO BCI | |
| | 10/6/2002 | WHEN OCCURED DATE/TIME | |
| | 10/6/2002 | ARREST DATE/TIME | |
| | **** | (Arrest does not necessarily mean physical arrest, but may just be the issuance of a citation.) | |
| | 10/6/2002 | WARRANT/SUMMONS | |
| Doc | 10/6/2002 | ENTRY SETTING BOND /02/CRA/34206 | |
| Doc | 10/7/2002 | DESIGNATION OF TRIAL ATTORNEY /02/CRA/34206 | |
| Doc | 10/15/2002 | INDICTMENT REPORTED AND FILED. INDICTMENT FOR COUNT 1: 2925-03A1 ORCN TRAFFICKING IN COCAINE | |
| | 10/15/2002 | PRECIPE FOR WARRANT FILED AND WARRANT ISSUED. | |
| | 10/15/2002 | BOND $5000-10% | |
| | 10/15/2002 | INDICTED /02/CRA/34206 | |
| Doc | 10/16/2002 | SIMON L. LEIS JR., SHERIFF: I HAVE IN CUSTODY AND HAVE SERVED COPY OF INDICTMENT ON SAID DEFENDANT BY CARROLL DEPUTY | |
| | 10/22/2002 | JUDGE ASSIGNED CASE ROLLED TO | |

http://www.courtclerk.org/aps/ttl/lns/smcpb026.asp?/02/CRA/34206                1/20/2004

CARTOLANO/FRED/J PRIMARY

| | | |
|---|---|---|
| 297 | 10/25/2002 | WAIVER OF PRESENCE OF DEFENDANT AT ARRAIGNMENT 5,000 @ 10% |
| Doc | 10/28/2002 | DEMAND FOR DISCOVERY |
| Doc | 10/28/2002 | APPLICATION FOR BILL OF PARTICULARS. |
| Doc | 10/28/2002 | NOTICE OF INTENTION TO USE EVIDENCE |
| 463 | 11/1/2002 | ENTRY OF CONTINUANCE 11/15/02 |
| | 11/15/2002 | SENT DEF PND PRB INV B 0208741--1 |
| 282 | 11/15/2002 | ENTRY ORDERING PROBATION INVESTIGATION AND REPORT. RIVER CITY EVALUATION ORDERED. DEFENDANT REMANDED WITH NO BOND AND SENTENCING SET FOR DECEMBER 3, 2002 AT 8:30 A.M. |
| 111 | 11/15/2002 | ENTRY WITHDRAWING PLEA OF NOT GUILTY AND ENTERING PLEA OF GUILTY CT 1 TRAFF COCAINE F-5 2925.03A1 |
| | 11/15/2002 | CONVICTED BY PLEA B 0208741--1 |
| 180 | 12/3/2002 | FELONY SENTENCING FINDINGS |
| | 12/3/2002 | SENTENCED COUNT 1: TRAFFICKING IN COCAINE CONFINEMENT: 6 MOS , CREDIT 58 DAYS DEPARTMENT OF CORRECTIONS |
| 330 | 12/3/2002 | JUDGMENT ENTRY: INCARCERATION DEFENDANT TO PAY COURT COSTS. AS PART OF THE SENTENCE IN THIS CASE, THE DEFENDANT IS SUBJECT TO THE POST RELEASE CONTROL SUPERVISION OF R.C. 2967.28. |
| Doc | 12/27/2002 | NOTICE OF COMMITMENT AND CALCULATION OF SENTENCE. |
| 247 | 12/28/2002 | ENTRY APPROVING COUNSEL FEES $400 |
| Doc | 1/6/2003 | CRIMINAL STATE COSTS SATISFIED |
| Doc | 1/8/2003 | CRIMINAL STATE COSTS SATISFIED |
| Doc | 2/13/2003 | MOTION FOR JUDICIAL RELEASE HEARING REQUESTED |
| 233 | 3/19/2003 | ENTRY DENYING JUDICIAL RELEASE |
| 46 | 4/5/2003 | ENTRY APPROVING COUNSEL FEES $120.00 |

| Schedules | | Document Listing |

Hamilton County Clerk of Courts

/00/TRC/9027

Attorney - Plaintiff
Attorney - Defendant        CHARLES E STRAIN            25860
       Judge -              RALPH E WINKLER             218
            STATE OF OHIO    vs.   LARRY A FIELDS

STATE OF OHIO

    vs.
LARRY A FIELDS
312 AUDUBON #1 ST                    Municipal #: /00/TRC/9027/A,B,C,D
CINC OH 0

Race:BLACK - AFRICAN AMERICAN         Sex:M   Age:45      DOB:1/17/1959
Filed:3/15/2000                                    -
Count:A    DUI-ALCH AND OR DRUG OF ABUSE 4511-19A1 ORCN
Disp:03/15/2001 283 PAID THRU PROBATION
Count:B    10'100 OR MORE ALCOHOL-BLOOD 4511-19A2 ORCN
Disp:05/10/2000 330 CHARGE DISMISSED
Count:C    OPER MOTOR VEHICLE W/O LICENSE 4507-02 ORCN
Disp:05/10/2000 330 CHARGE DISMISSED
Count:D       REASONABLE CONTROL 4511-202 ORCN
Disp:12/12/2002 703 PROBATION TERMINATED

IMAGE  DATE              DESCRIPTION                              AMOUNT
-----------------------------------------------------------------------

       2/24/2000    CITED

       2/24/2000    WHEN OCCURED DATE/TIME

       2/24/2000    ARREST DATE/TIME

       ****         (Arrest does not necessarily mean physical arrest,
                    but may just be the issuance of a citation.)

       3/15/2000    JUDGE ASSIGNED CASE ROLLED TO
                    WINKLER/RALPH/E PRIMARY

       3/15/2000    TIME WAIVED FROM 03/15/2000 TO 05/10/2000

       3/16/2000    ENTRY EXTENDING TIME PROVISIONS

       3/21/2000    RECORD OF APPEARANCE OF COUNSEL AND ENTRY
                    OF PLEA (WRITTEN PLEA)

       3/21/2000    DESIGNATION OF TRIAL ATTORNEY

                    SENTENCED COUNT A: DUI-ALCH AND OR DRUG OF
                    ABUSE CONFINEMENT: 100 DAYS, SUSPENDED 97

http://www.courtclerk.org/aps/ttl/lns/smcpb026.asp?/00/TRC/9027                 1/20/2004

| | | |
|---|---|---|
| | 5/10/2000 | DAYS , ACTUAL 3 DAYS 8COMMITTED/FINES COMMUNITY CONTROL: 2 YRS PAY THRU PROBATION DRIVER'S LICENSE SUSPENSION: 1 YRS FINES: $300 COST: $63 /00/TRC/9027/A |
| | 5/10/2000 | CONV BY NOLO CONTNDR /00/TRC/9027/A |
| | 5/10/2000 | FRA/NON COMPLIANCE /00/TRC/9027/A |
| | 5/10/2000 | CHARGE DISMISSED /00/TRC/9027/B |
| | 5/10/2000 | CHARGE DISMISSED /00/TRC/9027/C |
| | 5/10/2000 | SENTENCED COUNT D: REASONABLE CONTROL COMMUNITY CONTROL: 3 YRS 1 DAYS PAY THRU PROBATION FINES: $100 COST: $63 /00/TRC/9027/D |
| | 5/10/2000 | CONV BY NOLO CONTNDR /00/TRC/9027/D |
| | 9/20/2000 | PAID THRU PROBATION RECEIPT #200099000491 COST:$58.00 /00/TRC/9027/A |
| | 11/2/2000 | PAID THRU PROBATION RECEIPT #200099000846 COST:$20.00 /00/TRC/9027/A |
| | 11/28/2000 | PAID THRU PROBATION RECEIPT #200099001016 FINE:$140.00 /00/TRC/9027/A |
| | 3/15/2001 | PAID THRU PROBATION RECEIPT #200199000510 FINE:$160.00 /00/TRC/9027/A |
| Doc | 2/27/2002 | PROB EXTENDED BY ENTRY /00/TRC/9027/D |
| Doc | 12/12/2002 | PROBATION TERMINATED /00/TRC/9027/D |

| Schedules | | Document Listing |

Hamilton County Clerk of Courts

/02/CRB/28690

Attorney - Plaintiff
Attorney - Defendant
    Judge -      RALPH E WINKLER                218
      STATE OF OHIO   vs.   LARRY A FIELDS

STATE OF OHIO

    vs.
LARRY A FIELDS
4549 PADDOCK #4 RD                          Municipal #: /02/CRB/28690
CINC OH 45237         Bond Amt: $500.00 10% CASH

Race:BLACK - AFRICAN AMERICAN       Sex:M   Age:45    DOB:1/17/1959
Filed:8/26/2002
Count:    DISORDERLY CONDUCT MMM4 2917-11 ORCN
Disp:10/03/2002 314 CONV BY NOLO CONTNDR

IMAGE  DATE               DESCRIPTION                         AMOUNT
------------------------------------------------------------------
       8/21/2002    CITED

       8/21/2002    ARREST DATE/TIME

       ****         (Arrest does not necessarily mean physical arrest,
                    but may just be the issuance of a citation.)
                    8/21/2002

http://www.courtclerk.org/aps/ttl/lns/smcpb026.asp?/02/CRB/28690                    1/20/2004

| Schedules | | Document Listing |

Hamilton County Clerk of Courts

/93/TRC/47748

Attorney - Plaintiff
Attorney - Defendant
    Judge -                        GUY C GUCKENBERGER                            211
      STATE OF OHIO    vs.    LARRY ANTONIO FIELDS

STATE OF OHIO

    vs.
LARRY ANTONIO FIELDS
3429 JAY ST                                    Municipal #: /93/TRC/47748/A
CINC OH 45229        Bond Amt: $.00 NO BOND(RETAINED IN CUSTODY)

Race:BLACK - AFRICAN AMERICAN          Sex:M    Age:45      DOB:1/17/1959
Filed:11/18/1993                                -
Count:A    DUI-ALCH AND OR DRUG OF ABUSE 4511-19A1 ORCN
Disp:01/01/1999 822 CAPIAS RECALLED RETURNED

| IMAGE | DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | 11/18/1993 | CHARGED /93/TRC/47748/A | |
| | 11/18/1993 | WHEN OCCURED DATE/TIME /93/TRC/47748/A | |
| | 11/18/1993 | ARREST DATE/TIME /93/TRC/47748/A | |
| **** | | (Arrest does not necessarily mean physical arrest, but may just be the issuance of a citation.) | |
| | 12/8/1993 | CNF FN CST DR SUSP /93/TRC/47748/A | |
| | 12/8/1993 | CONVICTED BY COURT /93/TRC/47748/A | |
| | 12/8/1993 | SENTENCED Count A: DUI-ALCH AND OR DRUG OF ABUSE CONFINEMENT: 180 Days, Suspended 160 Days , Actual 20 Days 8COMMITTED/FINES DRIVER'S LICENSE SUSPENSION: 90 Days NO DRIVING AT ALL FINES: $250 COST: $48 CREDIT 2DAYS /93/TRC/47748/A | |