# Death Record

## HAMILTON COUNTY CORONER'S OFFICE
### Cincinnati, Ohio

Number __131577__   Reported by __Connie Moody__

Time reported __9:30 PM__   Agency __University Hospital__

Date reported __11/7/00__   Reported to __Donald L. Jasper - DLS__

Name __OWENSBY, ROGER JR.__   Age __29 Years__   Birth Date __3/27/1971__

Address __6570 Monte Vista Drive, Cincinnati, Ohio 45224__

Occupation __Chef-Food Service__   SS number __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__

Marital Status __Divorced__   Sex __Male__   Race __Black__

Medical care __0-3 months__

At or by __University Hospital__

   Found dead at _____

   Injured at __2098 Seymour Avenue, Cincinnati, Ohio 45237__

   Time __7:48 PM__   Date __11/7/00__

Investigated by __Cincinnati Homicide Squad__

Next of kin notified by __University Hospital__   Date __11/7/00__

Pronounced dead by __Dr. Ballard__   Date __11/7/00__

   __Emergency Room at University Hospital__   Time __8:47 PM__

Postmortem examination   Coroner   H-__660-00__

   Postmortem examination by __Daniel L. Schultz, M.D.__

Body viewed by _____   Date __11/8/00__

Disposition of body   __Buried__

   Location __Crown Hill Memorial Park, Cincinnati, Ohio__   Date __11/14/00__

Funeral Director __Thompson, Hall & Jordan F.H., 11400 Winton Road, Forest Park, Ohio 45240__

IMMEDIATE CAUSE OF DEATH   APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH

   Due to (A) __Mechanical asphyxia__   minutes

   Due to () _____

   Due to () _____

   Due to () _____

   Due to () _____

Part II. Other significant conditions contributing to death but not related to the terminal disease condition given in Part (A).

__E-975.__

Manner of Death: __Homicide__

*[signature]*
Coroner of Hamilton County, Ohio

__Funeral Home-12/5/00  nvm__

REV 4-94

**EXHIBIT E**

0165