# CINCINNATI POLICE - EMPLOYEE PERSONAL HISTORY STATEMENT

- NAME: __Hodge_____ __Jason_____ __/____
  LAST              FIRST              M.I.

- DATE OF BIRTH: 02-20-70    SEX: M    RACE: W

- HEIGHT: 510   WEIGHT: 198   HAIR COLOR: Bro     EYE COLOR: Bro

- DO YOU SPEAK AND/OR READ A FOREIGN LANGUAGE? NO X, IF YES, EXPLAIN _____

- SPECIAL SKILLS YOU POSSESS: Hazardous Material Management

- DO YOU HOLD A LICENSE, PERMIT OR DIPLOMA FOR THE ABOVE SKILLS? NO ____
  IF YES, EXPLAIN License by Kansas State Univ. + Fed Gov't

- MISCELLANEOUS:

C001685

NAME: ___(Signature)___   CLASSIFICATION: PO   BADGE # P162

Form 441 (Rev. 10/99)            **EXHIBIT F**            Page 2-1