UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF ROGER D. OWENSBY JR., et al., | : : : | |
| | : | Case No. 01-CV-769 |
| Plaintiff, | : : | Senior Judge S. Arthur Spiegel |
| v. | : : | |
| CITY OF CINCINNATI, et al., | : : : | |
| Defendants. | : | |

**PLAINTIFF'S NOTICE OF FILING DEPOSITION EXCERPTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS CITY OF CINCINNATI, ITS CHIEF OF POLICE AND ITS INDIVIDUAL POLICE OFFICERS FOR THEIR FAILURE TO PROVIDE CRITICAL MEDICAL CARE**

Plaintiff hereby provides notice of filing the attached deposition excerpts in support of Plaintiff's Motion For Partial Summary Judgment Against Defendants City Of Cincinnati, Its Chief Of Police And Its Individual Police Officers For Their Failure To Provide Critical Medical Care, which is being filed concurrently herewith.

Respectfully submitted,

/s/Paul B. Martins

| | |
|---|---|
| Mark T. Tillar (0029898) | James B. Helmer, Jr. (0002878) |
| 240 Clark Road | Paul B. Martins (0007623) |
| Cincinnati, Ohio 45202 | Frederick M. Morgan, Jr. (0027687) |
| | HELMER, MARTINS & MORGAN CO., LPA |
| John J. Helbling (0046727) | Fourth & Walnut Centre, Suite 1900 |
| 3672 Springdale Road | 105 East Fourth Street |
| Cincinnati, Ohio 45251 | Cincinnati, Ohio 45202-4008 |
| | Telephone: (513) 421-2400 |
| | Facsimile: (513) 421-7902 |

*Trial Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Plaintiff's Notice Of Filing Deposition Excerpts In Support Of Plaintiff's Motion For Partial Summary Judgment Against Defendants City Of Cincinnati, Its Chief Of Police And Its Individual Police Officers For Their Failure To Provide Critical Medical Care was electronically filed on February 2, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      /s/ Paul B. Martins