Case 1:01-cv-00769-SAS   Document 89-13   Filed 02/02/2004   Page 1 of 9

Owensby vs. City of Cincinnati, et al.                                    DANIEL L. SCHULTZ, M.D.
December 17, 2003

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - -
ESTATE OF ROGER D.              :
OWENSBY JR., et al.,            :
                                :
        Plaintiffs,             :
    vs.                         : Case No. 01-CV-769
                                : (Judge S. A. Spiegel)
CITY OF CINCINNATI,             :
et al.,                         :
                                :
        Defendants.             :
- - - - - - - - - - - - - - - -


VOLUME I


        Deposition of DANIEL L. SCHULTZ, M.D., a

witness herein, called by the plaintiffs for

cross-examination, pursuant to the Federal Rules of

Civil Procedure, taken before me, Wendy Davies

Welsh, a Registered Diplomate Reporter and Notary

Public in and for the State of Ohio, at the Frank P.

Cleveland, M.D. Institute of Forensic Medicine,

Toxicology and Criminalistics, 3159 Eden Avenue,

Cincinnati, Ohio, on Wednesday, December 17, 2003,

at 11:57 a.m.

Case 1:01-cv-00769-SAS   Document 89-13   Filed 02/02/2004   Page 2 of 9

Owensby vs. City of Cincinnati, et al.
December 17, 2003

DANIEL L. SCHULTZ, M.D.

Page 2

1  APPEARANCES:

2     On behalf of the Plaintiffs:

3        Paul B. Martins, Esq.
         Helmer, Martins & Morgan Co. LPA
4        Suite 1900, Fourth & Walnut Centre
         105 East Fourth Street
5        Cincinnati, Ohio 45202
         Phone: (513) 421-2400
6
         John J. Helbling, Esq.
7        The Helbling Law Firm, L.L.C.
         3672 Springdale Road
8        Cincinnati, Ohio 45251
         Phone: (513) 923-9740
9
     On behalf of the Defendants City of Golf Manor,
10   Stephen Tilley, Roby Heiland and Chris
     Campbell:
11
         Wilson G. Weisenfelder, Jr., Esq.
12       Rendigs, Fry, Kiely & Dennis
         900 Fourth & Vine Tower
13       One West Fourth Street
         Cincinnati, Ohio 45202-3688
14       Phone: (513) 381-9200

15   On behalf of Defendants City of Cincinnati,
     Darren Sellers, Jason Hodge:
16

17       Geri Hernandez Geiler, Esq.
         Assistant City Solicitor
18       Department of Law
         Room 214, City Hall
19       801 Plum Street
         Cincinnati, Ohio 45202
20       Phone: (513) 352-3346

21       Neil F. Freund, Esq.
         Freund, Freeze & Arnold
22       One Dayton Centre
         1 South Main Street, Suite
23       1800 Dayton, Ohio 45402
         Phone: (937) 222-2424
24

Page 3

1  APPEARANCES (Continued):

2     On behalf of the Defendants Robert B. Jorg,
      Patrick Caton, Jason Hodge, Victor Spellen and
3     Darren Sellers:

4        Donald E. Hardin, Esq.
         Hardin, Lefton, Lazarus & Marks, LLC
5        915 Cincinnati Club Building
         30 Garfield Place
6        Cincinnati, Ohio 45202
         Phone: (513) 721-7300

7
8                - - -

Page 4

1              S T I P U L A T I O N S

2     It is stipulated by and among counsel for the

3  respective parties that the deposition of DANIEL L.

4  SCHULTZ, M.D., a witness herein, called by the

5  plaintiffs for cross-examination, pursuant to the

6  Federal Rules of Civil Procedure, may be taken at

7  this time by the notary; that said deposition may be

8  reduced to writing in stenotype by the notary, whose

9  notes may then be transcribed out of the presence of

10 the witness; and that proof of the official

11 character and qualifications of the notary is

12 expressly waived.

                  - - -

Page 5

1                   I N D E X

2     Examination by:              Page

3     Mr. Martins . . . . . . . .   6

4     Mr. Freund  . . . . . . . .  74, 121

5     Mr. Weisenfelder . . .       105

6              - - -

7              E X H I B I T S

8                                         Page

10  Plaintiff's Exhibit 101 . . . . . . . . . .   6
    Plaintiff's Exhibit 102 . . . . . . . . . .  15
11  Plaintiff's Exhibit 103 . . . . . . . . . .  19
    Plaintiff's Exhibit 104 . . . . . . . . . .  19
12  Plaintiff's Exhibit 105 . . . . . . . . . .  20
    Plaintiff's Exhibit 106 . . . . . . . . . .  57
13  Plaintiff's Exhibit 107 . . . . . . . . . .  73
    Plaintiff's Exhibit 108 . . . . . . . . . .  73
14  Plaintiff's Exhibit 108-A . . . . . . . . .  81

16              - - -

Case 1:01-cv-00769-SAS   Document 89-13   Filed 02/02/2004   Page 3 of 9

Owensby vs. City of Cincinnati, et al.
December 17, 2003
DANIEL L. SCHULTZ, M.D.

Page 26

1 a small, three eighths of an inch, red abrasion.
2 The right frontal aspect of the scalp had a
3 collection of vertically oriented, short, red
4 abrasions. The right cheek had a collection of red
5 abrasions.
6      The right aspect of the upper lip had a
7 collection of red abrasions. The upper lip was
8 slightly swollen. The inner aspect of the right
9 side of the lower lip had a sixteenth of an inch,
10 shallow laceration.
11      The right eye had significant inferior
12 scleral hemorrhage and conjunctival hemorrhages.
13 Several petechiae were seen in the conjunctiva of
14 the right eye. The left eye had a few scattered
15 petechiae. The inferior aspect of the left sclera
16 had some hemorrhage as well.
17   **Q. Let me stop you there for a second. Would**
18 **you explain some of the terms that you use here.**
19 **The sclera hemorrhage, explain that, please.**
20      A. Scleral hemorrhage can happen from a
21 couple ways. One, it can happen from compression of
22 the neck or chest with prevention of flow of blood
23 out from the head and neck back into the chest
24 cavity. It can happen from those vessels rupturing.

Page 27

1      The scleral hemorrhage can also, those
2 confluent areas, can also happen from, say an impact
3 to the eye. And I recognize that, but I take them
4 in the company that they keep, and that is, they're
5 surrounded by the tiny, little, dot-like petechial
6 hemorrhages in the eyelids and conjunctiva, the
7 inner pink area of the eye.
8      So in the company that they keep with the
9 petechiae, I consider them more likely due to
10 increased venous congestion of the head and neck.
11   **Q. Did you take any photographs of the**
12 **petechiae that you just described?**
13      A. Yes.
14   **Q. There are Bates numbers on the photographs**
15 **that comprise Exhibit 105. Would you identify the,**
16 **by Bates number, the photographs that exhibit the**
17 **petechiae?**
18      (Mr. Helbling entered the deposition
19 hearing room.)
20      A. The identifiers are P0000259, 260 and 261.
21      On 259, the first of the group, that's
22 P0000259, you can see I've lifted his eyelid on the
23 left, the upper eyelid. And although I don't think
24 this photograph does great justice to it, there's a

Page 28

1 little red dot you see above the iris, brown iris.
2 It's at 12:00 if you're looking at the iris, okay.
3 That's a petechial hemorrhage. Not so well
4 photographed in that.
5
6      However, in P0000260, in the right eye, and
7 as I indicated, they were more florid on the right.
8 On the right you see various small red hemorrhages
9 above the iris, the brown area of the eye. Then on
10 the, I would call on the nine to 10:00 aspect, you
11 see this area of brown reddening or brown
12 coloration. That is due to hemorrhage of the
13 sclera.
14   **Q. On 261, what does 261 show, if anything?**
15      A. 261 shows the right eye, and I have pulled
16 the right lower eyelid down to show hemorrhage of
17 the inner aspect of the right lower eyelid and some
18 hemorrhage which is evident on the sclera, or the
19 white part of the eye.
20   **Q. Thank you, Doctor. Then we proceed on**
21 **with other findings that you made.**
22      A. I think I've already spoken about the
23 eyes.
24   **Q. Yes.**

Page 29

1      A. I ended by describing the interior aspect
2 of the left sclera had some hemorrhage.
3      The oropharynx of the throat contained
4 some thin, tan-white, starchy food material (emesis)
5 consistent with that seen within the stomach. The
6 nostrils also contained a small amount of tan food
7 material (emesis).
8      So they both were compared with what I see
9 in the stomach. In light of the fact that they
10 looked the same, I consider that emesis rather than
11 just mucus.
12   **Q. By emesis?**
13      A. Vomit. It's a small -- the airway is not
14 packed with this food material, which certainly is a
15 potential cause of death if the person has an
16 obstruction of their airway from this. And I did
17 not appreciate that in the airways or in the throat
18 or in the oral cavities.
19   **Q. You also describe in your report, on the**
20 **second page, some injuries to the torso including**
21 **some abrasions. I'd like you to address, on the**
22 **bottom of the second page you talk about the**
23 **posterior neck examination being performed. Would**
24 **you cover that for us?**

Owensby vs. City of Cincinnati, et al.
December 17, 2003

DANIEL L. SCHULTZ, M.D.

Page 30

1  A. I made an inverted T-shaped incision
2  extending from the back of the head down below the
3  shoulder blades to look for any hemorrhage or
4  injury. And when I did that, in the, basically, the
5  rhomboid muscles which are between the scapul--
6  overlie the scapulae, there were hemorrhages.
7       Now, there weren't any bruises or
8  abrasions noted on the skin of the back, and there
9  wasn't any significant appreciable hemorrhage in the
10 fatty tissues of the back, but it was localized
11 fairly symmetrically within those deep muscular
12 tissues over the scapulae.
13      So my interpretation of that is a deep
14 injury to the muscles, causing tearing of blood
15 vessels in those muscle groups resulting in the
16 hemorrhage. Because I don't have any pattern
17 injuries, marks, abrasions, contusions on the skin
18 overlying these deep muscular injuries, my
19 interpretation is that they're more likely due to a
20 localized pressure and like a grinding or localized
21 pressure placed on those muscle groups rather than
22 an impact, a direct impact.
23  Q. If it was a direct impact, say by a
24 nightstick or a punch, would you expect to find

Page 31

1  contusions in the skin or the subcutaneous level of
2  the skin above those deep muscle bruises?
3       A. I would expect to see any one of these
4  combinations: Either some abrasion to the skin,
5  some bruising to the outside of the skin, some
6  bruising, hemorrhage in the subcutaneous fat.
7       Because in light of the magnitude of the
8  hemorrhage in those muscle groups, it's not a
9  trivial injury there, and it's remarkable to me that
10 I don't see anything overlying it. So that is why I
11 favor that those injuries to the muscle groups are
12 not due to a blow or blows.
13  Q. Did you document this finding in the
14 photographs that you took?
15      A. Yes.
16  Q. Would you point those out for us? You can
17 just refer to the last three digits.
18      A. Yeah. 265 through 270 all document
19 various portions of the neck dissection and back
20 dissection. The hemorrhages in the muscle groups
21 are shown in 265, 266, 267, 268, and 269. 270 shows
22 an extension of that incision to look for further
23 hemorrhage in the lower aspect of the back, which I
24 did not appreciate.

Page 32

1  Q. If we look at 267, am I correct in
2  understanding that the blackened or darkened
3  portions in the area of the shoulder blades on
4  either side are the contusions?
5       A. Yes.
6  Q. You measured these and they were between
7  three and four inches in diameter?
8       A. Yes.
9  Q. Your findings, and in this respect do you
10 make those findings within a reasonable degree of
11 medical certainty in the field of pathology?
12      A. Yes.
13  Q. Let's move on. You then, in your report
14 on page 3, you talk about the lungs being "extremely
15 congested and edematous." Do you see that? It's
16 after the first paragraph. It's one line on page 3.
17      A. Are we in the respiratory system?
18  Q. No. Up above where it says --
19      A. Body cavities?
20  Q. You have a heading of Upper and Lower
21 Extremities, and then right above that.
22      A. Oh. Yes.
23  Q. Would you explain that for us?
24      A. The reason it's listed in that area,

Page 33

1  although heavy lungs, congested lungs, are
2  technically a nonspecific finding, meaning you can
3  see it with other things, he doesn't have any other
4  things to explain it. Meaning, he doesn't have --
5  he didn't die from heart disease, he didn't die from
6  pneumonia, he didn't die from drug intoxication,
7  which all can cause heavy edematous lungs.
8       But the only thing he has in the
9  constellation of the findings are petechiae,
10 evidence of compression of his back, evidence of an
11 asphyxial death. The lungs in asphyxia typically
12 become congested and edematous. And so that is why
13 that is listed in that area, because it's
14 technically -- it's an associated finding. That's
15 why it's listed there.
16  Q. Where are the lungs in relation to the
17 deep muscle hemorrhages that you found?
18      A. Well, they're in the chest cavities.
19 They're not directly -- it's not because they're
20 contiguous with that area.
21      It's just when a person dies from an
22 asphyxial death, meaning they're not getting
23 adequate oxygen supplied to their brain and their
24 organs, the heart works faster, blood is pumped to

Case 1:01-cv-00769-SAS   Document 89-13   Filed 02/02/2004   Page 5 of 9

Owensby vs. City of Cincinnati, et al.
December 17, 2003

DANIEL L. SCHULTZ, M.D.

Page 34

1 the lungs, there's an attempt by the body to have,
2 in response to this, increased oxygen exchange and
3 more flow to the lungs. Subsequently, that flow
4 leads to swelling and edema, which is water on the
5 lung, essentially. They're heavy.
6    Q. We then have your examination of the body
7 cavity on the internal examination. Is there
8 anything remarkable in that paragraph there about
9 the body cavity concerning these findings?
10   A. Well, there were a few rare petechiae, and
11 those are nonspecific, on the heart, the surface of
12 the heart. You can see those in a lot of things.
13 So those are specifically listed in that area
14 because I consider them not -- nonspecific.
15       He was congested. That's, again,
16 nonspecific. But in light of what the big picture
17 is, it's consistent with what he died from, which is
18 an asphyxial event.
19   Q. You then examined the cardiovascular
20 system. The heart weighed 395 grams. Is that what
21 you would expect for a normal heart of a person this
22 age?
23   A. Yes.
24   Q. Why is it that in conducting an autopsy

Page 35

1 the various organs are weighed?
2    A. Well, the organs are weighed because we
3 look at reference values or we have certain
4 reference values that we have known to come to
5 accept as reasonable weights for various organs.
6       Probably the most important organ to weigh
7 is the heart. The other organs -- and the lungs.
8 The other organs probably don't matter so much. But
9 it's just another element of documentation that we
10 use to describe a body.
11   Q. If the organ is outside of the expected
12 weight, is that some sort of signal to investigate
13 further?
14   A. Well, if, for example, I -- I had found,
15 for example, that there was an enlarged heart and/or
16 coronary artery disease of significant degree that
17 would explain his death and the circumstances then,
18 depending on how the circumstances pan out, then
19 opinions might change.
20       So every organ is looked at individually
21 and in light of the total body exam, and then I make
22 an opinion overall as to the terms of the cause of
23 death. But no one organ stands alone, generally.
24 You interpret them in light of everything else.

Page 36

1    Q. In the paragraph on the cardiovascular
2 system examination you talk about the descending
3 coronary artery having a 50 percent obstructive
4 plaque situated in the mid portion. Do you see
5 that?
6    A. Yes.
7    Q. In your opinion, to a reasonable degree of
8 medical certainty in the field of forensic
9 pathology, did that play any part in causing the
10 death of Mr. Owensby?
11   A. No.
12   Q. Why not?
13   A. Because the 50 percent obstructive --
14 first of all, I have never had anyone die from a
15 lesion of 50 percent, okay.
16       Second of all, most forensic pathologists,
17 certainly that I have worked with, trained with,
18 they like to see lesions above 75, roughly 70,
19 75 percent obstructed before they would even
20 consider that as a cause of death. And if you were
21 to have that kind of lesion, you would then take
22 that in context of the circumstances. But his
23 doesn't even come close to that level.
24       I did put a section in microscopically,

Page 37

1 which, you know, when we look at things
2 microscopically you take something you see with your
3 naked eye that, as you look at it, you say it's 50
4 percent. Subsequently, an histologist takes that,
5 cuts little pieces off to look at it on a slide and
6 it never gets worse than what you see with your
7 naked eye, but sometimes it gets better. Meaning
8 the lesion sometimes looks less obstructive. And
9 that's not surprising.
10      So typically what I say when I look at
11 cases like that is I always know what my gross
12 impression is, which is my naked eye. I will either
13 say it's consistent with, or if it comes out and
14 there's nothing on there, I'll put another section
15 in or I'll figure out why.
16      But in his case, his histology was
17 consistent with what I saw, namely, he did have an
18 atherosclerotic plaque, but it certainly wasn't more
19 than 50 percent obstructive.
20   Q. Is there anything else about the
21 cardiovascular system, any findings one way or the
22 other that are worth, or contribute to your opinion
23 in this case?
24   A. Grossly and microscopically on examination

Owensby vs. City of Cincinnati, et al.
December 17, 2003
DANIEL L. SCHULTZ, M.D.
Case 1:01-cv-00769-SAS Document 89-13 Filed 02/02/2004 Page 6 of 9

Page 38

1 of his heart, cardiovascular system, I did not find
2 anything that would have caused or contributed to
3 his death.
4 Q. Let's move on to the respiratory system,
5 which we already talked about with the lungs being
6 congested. You said that the lungs weighed
7 860 grams and 765 grams respectively, the right and
8 left lungs. Is that above what you would normally
9 expect a lung to weigh?
10 A. Yes.
11 Q. What is the normal weight or range of
12 weights?
13 A. There is no one normal weight, but I can
14 tell you that generally, normal lungs that aren't
15 congested weigh roughly around two to 400 grams,
16 roughly.
17     I don't really pay attention to charts
18 where I say, "Oh, I" -- this is clearly well above.
19 This is just very heavy. From my standpoint and
20 experience it's very evident that they're heavy.
21 Q. You then talk about a maroon-purple
22 congested appearance. If the lungs were not
23 congested, a normal healthy lung, what would you
24 expect the color to be of the lungs?

Page 39

1 A. If it's a person who is not a smoker I
2 would expect them to look pink-tan in color. If
3 they're a smoker I would expect them to look
4 pink-tan with some black and green soot in the
5 lungs.
6     I didn't appreciate soot in his lungs, but
7 they were very purple and congested, and it's
8 entirely possible there had been evidence of that as
9 well, but I couldn't see it.
10 Q. Do you know what causes the maroon-purple
11 color in the lungs?
12 A. Blood.
13 Q. So it's blood leaching or --
14 A. Well, it's not -- certainly there can
15 be -- let me refer to my micro so I speak -- okay.
16     The purple color, maroon coloration, is
17 due to a combination of things. It's due to the
18 vessels that supply what are called the septae of
19 the lungs. Because there are air sacs. And those
20 air sacs are surrounded by septae, which is where
21 the vessels come in to supply the blood. Those
22 vessels become intensely congested and they're
23 distended and dilated with red blood cells.
24     Now, in a person who doesn't have a

Page 40

1 congested pulmonary vascular circuit their lungs
2 look tan-pink because their vessels aren't
3 distended. When they become distended with blood
4 cells the whole lung or whatever area's involved
5 will have a maroon-purple color.
6     In addition, there's some additional
7 coloration changes, because there's some hemorrhage
8 in the alveolar air spaces. And that's due to the
9 increased pressure, and it actually leaks from those
10 capillaries into the air sacs of the lungs.
11 Q. So in a case such as this with asphyxia,
12 the heart is pumping more blood into the lungs to
13 try and get more oxygen for the body?
14 A. Yeah, it's trying to get -- the body as a
15 response to the hypoxia, or the lack of oxygen, is
16 to try to pump more blood through the heart and pick
17 up more oxygen and transport it to the rest of the
18 body.
19 Q. If the lungs can't expand to provide that
20 oxygen then the blood keeps coming into the lungs,
21 and is that where you have the edema and the --
22 resulting in the maroon-purple color?
23     MR. FREUND: Object.
24 A. Yes.

Page 41

1     MR. FREUND: I guess, I never did ask you.
2 Is this supposed to be for purposes of trial?
3 If it is, you're leading the witness.
4     MR. MARTINS: Okay. I'll rephrase it.
5 BY MR. MARTINS:
6 Q. Could you explain to us the process, the
7 physiological process, that's going on that results
8 in the maroon-purple color?
9 A. Well, as I said earlier, in response to
10 the low oxygen, the hypoxia, the cardiovascular
11 system shunts blood to the lungs. Blood is pumped
12 through the lungs in an attempt to pick up more
13 oxygen. The lungs become congested. They may also
14 leak some red cells and/or fluid, edema fluid, into
15 the lungs, and that is the reason for this
16 occurrence.
17 Q. Is there anything else in the respiratory
18 system examination that is worth noting in respect
19 to your ultimate findings here?
20 A. Pertinent negatives are that I did not see
21 any emboli, which are, like thromboemboli, which are
22 blood clots that may come from the legs, which are
23 referred to as pulmonary emboli. I did not see any
24 of that. It's another possible natural cause of

Case 1:01-cv-00769-SAS   Document 89-13   Filed 02/02/2004   Page 7 of 9

Owensby vs. City of Cincinnati, et al.
December 17, 2003
DANIEL L. SCHULTZ, M.D.

Page 50

1  The tongue section was taken and it
2 confirmed my gross impression. There was hemorrhage
3 in the tongue, no inflammatory reaction. It was a
4 bite mark to the tongue, hemorrhagic bite mark to
5 the tongue.
6  Q. On the last page are some laboratory
7 results. Again, I guess, confirming what you've
8 already said, that there was no cocaine or you have
9 metabolites. What are metabolites?
10  A. Well, metabolites are what happens to a
11 drug or a chemical after the body has metabolized
12 it. So it's, after metabolism, it's what the drug
13 becomes.
14  Q. Cannabinoids, that would be the marijuana?
15  A. Yes.
16  Q. As I understand it, the finding on the
17 marijuana was 16 thousandths of a milligram per
18 liter?
19  A. Correct.
20  Q. Am I reading that correctly?
21  A. Yes.
22  Q. As a result of this, did you reach an
23 opinion as to the cause of death of Mr. Owensby?
24  A. Yes.

Page 51

1  Q. What was your opinion to a reasonable
2 degree of medical certainty in the field of forensic
3 pathology, as to the cause of death of Mr. Owensby?
4  A. Cause of death, mechanical asphyxia.
5  Q. Would you explain to us what mechanical
6 asphyxia is?
7  A. Well, it is a form of asphyxia that is due
8 to physical compression of the chest. And
9 although -- I use it in a rather broad form.
10 Although I recognize that I could be seeing this
11 constellation of symptoms from, or findings from,
12 compression of the chest, I can also see it from
13 compression of the neck.
14  Now, I use the broad term "mechanical
15 asphyxia." You will find that there is varying
16 definitions of this term. My definition is, it's
17 from a compression of the body in some locale,
18 whether it's chest or neck, resulting in asphyxia.
19  I don't think either of those scenarios
20 are mutually exclusive. Both or one of those two
21 certainly could have taken place. But in any event,
22 it's still a mechanical pressure applied, resulting
23 in asphyxia.
24  So, you know, I hope that my term is more

Page 52

1 descriptive.
2  Q. On Exhibit 103, the first page, where your
3 opinion is listed, under mechanical asphyxia you
4 have listed three sub-headings. Did you mean those
5 to, I guess, explain how you arrived at your
6 mechanical asphyxia opinion?
7  A. I list those there because I think those
8 are part and parcel to the criteria that I might use
9 to bolster my opinion that this is, in fact, a
10 mechanical asphyxia.
11  Q. That would be the hemorrhages found in the
12 eyes?
13  A. Right, the conjunctival petechiae with the
14 scleral hemorrhages, terminal emesis or terminal
15 vomiting. Very commonly seen when a person is
16 hypoxic, they may vomit. In fact, that's very
17 common. And the hemorrhagic bite mark, whether
18 that's from a seizure or whether that's from biting
19 his tongue during the process of the restraint, I
20 don't know. But I list it in that area as well,
21 because it's part of the terminal events, I feel.
22  Q. Does the congestion of the lungs also
23 support the finding of mechanical asphyxia?
24  A. Sure.

Page 53

1  Q. How so?
2  A. Because, as I said, with an asphyxial
3 death one expects the lungs would be rather
4 congested. It's -- well, in terms of what I decide
5 to actually list under that heading, I probably
6 could list more or less. It's the art of listing
7 these things on the diagnosis list. It certainly
8 could have been listed there as well.
9  Q. Let me ask you, did you see anything that
10 was inconsistent with mechanical asphyxia?
11  A. No.
12  Q. You also list several other items under
13 diagnosis, which I believe we've already talked
14 about, the abrasions, the deep back muscular
15 contusions, the facial abrasions and knees and
16 forearm. And then the cause of death you list is
17 mechanical asphyxia. You also have a heading of
18 Manner of death. Would you explain to us the
19 difference between a cause of death and a manner of
20 death?
21  A. Manner of death is how the cause came
22 about.
23  Q. Here you wrote, "Homicide," and then in
24 parenthetical phrase,"(police intervention:

Owensby vs. City of Cincinnati, et al.
December 17, 2003

DANIEL L. SCHULTZ, M.D.

Page 62

1  Q. 255?
2  A. 255 shows a very faint pattern -- not a
3  pattern, faint abrasion of the chest, below the left
4  breast area. I say "not a pattern" because it
5  doesn't have anything that strikes me as being due
6  to a specific object.
7  Q. 256?
8  A. 256 is viewed from the right side of Mr.
9  Owensby's head. You can see the right cheek with
10 abrasions. You can see the upper lip. Note, the
11 right aspect of the upper lip has been shaved. I
12 shave the mustache away in order to show the
13 abrasion to the right aspect of the upper lip. And
14 then you also see the abrasions of the forehead.
15 Q. 257?
16 A. 257 is viewed from the left side of Mr.
17 Owensby's head, and it shows the abrasions to the
18 forehead.
19 Q. And 258?
20 A. 258 is a view of Mr. Owensby from the
21 front showing the abrasions to the forehead, showing
22 the mustache which has been shaved, showing the
23 abrasions to the right aspect of the upper lip,
24 showing a slight amount of this emesis material in

Page 63

1  the nostrils. And that's about it.
2  Q. With respect to the finding of the deep
3  musculature contusions in the area of the shoulder
4  blades, would those contusions be consistent with a
5  person weighing approximately, with equipment,
6  270 pounds, kneeling on Mr. Owensby's back?
7     MR. HARDIN: Objection.
8     MS. GEILER: Objection.
9  A. It could be, yes.
10 Q. It could be consistent with that?
11 A. Right. It's not inconsistent. It's
12 consistent.
13 Q. If that person had their arms or arm
14 around the head of Mr. Owensby and were pulling the
15 head back while kneeling on the back, would these
16 injuries be consistent with that also?
17    MR. HARDIN: Objection.
18    MR. FREUND: Objection.
19 A. They are consistent.
20 Q. I take it from the analysis of the blood,
21 the blood analysis, you found, with the exception of
22 the traces of marijuana, you found no presence of
23 any other drugs?
24 A. Correct.

Page 64

1  Q. And no traces of alcohol?
2  A. Correct.
3  Q. Since conducting your post-mortem exam,
4  you have testified in two trials, one of officer
5  Jorg and one of Officer Caton. As a result of
6  either reviewing documents in preparation for those
7  trials or since those trials, have you seen anything
8  to alter the opinions that you gave in your report
9  here that we've examined today?
10    MR. FREUND: Objection.
11 A. No.
12 Q. Cause you to change your opinions?
13 A. No.
14 Q. In this kind of death, a mechanical
15 asphyxiation death, does it occur immediately or
16 does it take a period of time to occur?
17 A. It takes minutes.
18 Q. In the case of Mr. Owensby, with a
19 mechanical asphyxia death, then can you say within a
20 reasonable degree of medical certainty in the field
21 of pathology that his death would have taken a
22 number of minutes?
23 A. Yes.
24 Q. Are you able to quantify either the range

Page 65

1  of minutes or how many minutes would have been
2  involved?
3  A. No.
4  Q. Can you describe for us, beginning with
5  the compression that starts this asphyxia through
6  the time of death, what the body would experience?
7  A. Well --
8     MR. FREUND: Object.
9  A. Aside from the struggle, the first thing
10 that happens is the person loses consciousness.
11    MR. MARTINS: Hold on a second.
12    MR. FREUND: He answered the question.
13 That was the point of my objection. The way
14 you asked the question, the patient -- the
15 person could have been unconscious.
16    MR. MARTINS: Okay.
17 Q. Describe the process, from when the
18 compression first starts through death, what happens
19 to the person's body? What processes come into
20 play?
21    MR. FREUND: Objection as to the form of
22 that question.
23 A. Well, all I can say is with this type of
24 death there are, of course, attempts to breathe.

Case 1:01-cv-00769-SAS   Document 89-13   Filed 02/02/2004   Page 9 of 9

Owensby vs. City of Cincinnati, et al.
December 17, 2003

DANIEL L. SCHULTZ, M.D.

Page 66

1 The heart picks up the heart rate, because breathing
2 attempts are not able to be -- are not satisfactory.
3 And lungs are given more blood to attempt to obtain
4 more oxygen. The person dies.
5      Now, the exact sensation that a person
6 would have and that type of thing, frankly, I don't
7 know. I've never experienced it. I'm not aware of
8 any studies that show exactly. But I know the
9 person would become unconscious. And I know there
10 was a struggle. But exactly how long those things
11 lasted, I don't know.
12     Q. From time to time I've seen the term
13 "hypoxia," and if I'm saying this correct, "anoxia."
14     A. Yeah.
15     Q. What's the difference between those two
16 terms? Or is there?
17     A. Anoxia means no oxygen. Hypoxia means low
18 oxygen.
19     Q. Hypoxia means low oxygen.
20     A. Frankly, there's probably no such thing as
21 "anoxia," unless you're on another planet that
22 doesn't have oxygen at all. But generally, they're
23 tossed around in the same manner. They're both low
24 oxygen, generally speaking.

Page 67

1     Q. On the first page of your report,
2 Exhibit 103 -- actually, I guess the first page is
3 the opinion -- the first page of the post-mortem
4 examination, on the exterior of the body examination
5 you list Mr. Owensby as having white shoes. There
6 are other documents that indicate he was wearing
7 brown Timberland shoes. Do you have any explanation
8 or understanding as to how the white shoes entered
9 the report?
10    A. My most -- I can only recall what I have
11 written. I don't remember off the top of my head.
12 If I thought that was what it was, that's what I
13 thought.
14         I can tell you though, because they came
15 in a separate bag and we pulled them out to look at
16 them, if I were to explain that discrepancy in the
17 best way, I would suggest that I mistakenly called
18 them white if they were, in fact, brown.
19         But I don't have any photos to look back
20 on to recall, to jog my memory, but at the time when
21 they were pulled out of the bag and I looked at
22 them, that's apparently what I wrote down and what I
23 thought they were.
24    Q. Are you familiar with Dr. Cyril Wecht?

Page 68

1    A. Yes.
2       MR. FREUND: I'm going to object.
3    Q. Have you been provided a report from
4 Dr. Wecht concerning the death of Mr. Owensby?
5       MR. FREUND: Object. Can I have a
6 continuing objection, Mr. Martins?
7       MR. MARTINS: Yes.
8    A. You gave me a copy of the report on
9 November 8th.
10   Q. Did the City provide you with one before
11 that time?
12   A. Before that time?
13   Q. Yes.
14   A. No. They came after the fact.
15   Q. No, no. Before I saw you.
16   A. No. Because, frankly, I wouldn't change
17 my opinion based on what another pathologist thinks.
18 Because, number one, I had first dibs of looking at
19 the body. He's limited a little bit, because he
20 doesn't get to see it firsthand. But -- so it
21 wouldn't change my opinion.
22       I don't have any problem with someone
23 looking at it. I'm happy to hear what other people
24 have to say. But no, I wouldn't expect to be

Page 69

1 provided a copy.
2    Q. My only question is whether, between
3 November -- or in the year 2002, whether or not
4 someone from the City or the Hamilton County
5 provided you with a copy of Dr. Wecht's report?
6    A. Not that I recall.
7    Q. Until the time, a couple weeks ago, when I
8 met with you and provided you with a copy, had you
9 seen Dr. Wecht's report?
10   A. No.
11   Q. In these minutes that it takes for death
12 to occur due to mechanical aspyxiation you indicated
13 that the person would at some point become
14 unconscious. Would they then at some point after
15 that go into a coma?
16      MR. HARDIN: Objection.
17      MR. FREUND: Objection.
18   A. I think that is one in the same.
19   Q. And then death. Can you say whether or
20 not, when the officers picked up Mr. Owensby off of
21 the ground and took him to the Golf Manor cruiser
22 and placed him in the cruiser, whether or not he was
23 unconscious or dead? Can you make a distinction
24 between the two based on your examination of the