UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF ROGER D. OWENSBY JR., et al., | : : : : | |
| Plaintiff, | : : : | Case No. 01-CV-769 |
| | : | Senior Judge S. Arthur Spiegel |
| v. | : : | |
| CITY OF CINCINNATI, et al., | : : : | |
| Defendants. | : | |

**NOTICE OF FILING CORRECTED VERSION OF DEPOSITION EXHIBIT 6 IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS CITY OF CINCINNATI, ITS CHIEF OF POLICE AND ITS INDIVIDUAL POLICE OFFICERS FOR THEIR FAILURE TO PROVIDE CRITICAL MEDICAL CARE (Doc. 88)**

Notice is hereby given that Plaintiff hereby files a corrected version of Deposition Exhibit 6, originally filed with Doc. 88, Plaintiff's Motion For Partial Summary Judgment Against Defendants City Of Cincinnati, Its Chief Of Police And Its Individual Police Officers For Their Failure To Provide Critical Medical Care. The Exhibit 6 that was originally filed was missing the second page. The attached corrected version of Deposition Exhibit 6 contains the two pages that comprise the deposition exhibit.

Respectfully submitted,

/s/Paul B. Martins

| | |
|---|---|
| Mark T. Tillar (0029898) | James B. Helmer, Jr. (0002878) |
| 240 Clark Road | Paul B. Martins (0007623) |
| Cincinnati, Ohio 45202 | Frederick M. Morgan, Jr. (0027687) |
| | HELMER, MARTINS & MORGAN CO., LPA |
| John J. Helbling (0046727) | Fourth & Walnut Centre, Suite 1900 |
| 3672 Springdale Road | 105 East Fourth Street |
| Cincinnati, Ohio 45251 | Cincinnati, Ohio 45202-4008 |
| | Telephone: (513) 421-2400 |
| | Facsimile: (513) 421-7902 |

*Trial Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Notice of Filing Corrected Version of Deposition Exhibit 6 in Support of Plaintiff's Motion For Partial Summary Judgment Against Defendants City Of Cincinnati, Its Chief Of Police And Its Individual Police Officers For Their Failure To Provide Critical Medical Care (Doc. 88) was electronically filed on February 4, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          /s/ Paul B. Martins