Received: 11/ 8/ 0 16:05; 513 352 4076 -> POLICE CHIEF OFFICE; Page 4
NOV-08 00 16:11 FROM:DIST.4 513-352-4076 TO:CHIEFS OFFICE PAGE:04
NOV-08 00 15:09 FROM:POLICE RECORDS 6908 TO:DIST4 PAGE:02

940594

# CINCINNATI POLICE DIVISION
## ARREST AND INVESTIGATION REPORT

1100

ITN _____ ACE ☐ YES ☐ NO
HAM. CO. CASE NO. _____ CONTROL NO. 2007324 ARREST REPORT NO. _____

NAME OF ARRESTED - LAST, FIRST, MIDDLE: HILL JAYSEN
TITLE: ___
ADDRESS: 2510 CANTERBERRY AVE, CINT, OH

TELEPHONE NO.: 513 NONE
NICKNAME OR ALIAS: ___
SEX: M  RACE: B  HEIGHT: 5'11  WEIGHT: 22  HAIR: BLK  EYES: BRO  AGE: 20  DATE OF BIRTH: 11/06/80  PLACE OF BIRTH: CINT

MARITAL STATUS: S
SOCIAL SECURITY NO.: 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
DESCRIPTION OF CLOTHING AT TIME OF ARREST: BLK SWEATSHIRT
MARKS, SCARS, DEFORMITIES, TATTOOS: NONE

DRIVER'S LICENSE NO./STATE/YEAR OF EXPIRATION: NONE
VEHICLE - YEAR, MAKE, MODEL, COLOR: ___
VEHICLE LICENSE NO./STATE/YEAR OF EXPIRATION: ___

DOES ARRESTED HAVE ANY HEALTH PROBLEMS, ILLNESSES, INJURIES, OR MENTAL DISORDERS: ☒NO ☐YES

NAME OF SPOUSE/NEXT OF KIN: Gloria Hill  EMERGENCY NOTIFICATION TELEPHONE NO.: 351-1411
NAME AND ADDRESS OF EMPLOYER (IF MINOR, NAME OF SCHOOL): Protocol
EMPLOYER'S TELEPHONE NO.: NONE

PLACE OF ARREST: 2092 SEYMOUR AVE, CINT, OH
DISTRICT: 4  DATE OF ARREST: 9/27/00  TIME OF ARREST: 1710
VICE ACTIVITY ARREST: ☐YES ☐NO

LOCATION OF OFFENSE: 2092 SEYMOUR AVE, CINT, OH
DISTRICT: 4  DATE OF OFFENSE: 09/27/00  TIME OF OFFENSE: 1700
TYPE OF PREMISES: STREET

CHARGES:
1. CRIMINAL TRESSPASS 2911.21
2. OPEN CONTAINER 4301.62

CONFIRMED BY: ___
MEANS OF ARREST: ON VIEW
COMPLAINANT'S NAME: ALO
PRISONER SEARCHED BY: JORG
FORFEITURE APPLICATION DIS. 94: ☐YES ☒NO
TRIAL PREPARATION REPORT #3378: ☐YES ☒NO

ARRESTING OFFICERS:
1. JORG  BADGE NO.: 1785  AGENCY/DISTRICT/UNIT: C4
2. HUNTER  BADGE NO.: 1522  AGENCY/DISTRICT/UNIT: C4

NEEDED FOR COURT: ☒YES ☐NO
JACKET NUMBER: ___
OFF-DUTY DETAIL ARREST: ☐YES ☒NO

NEEDED FOR COURT: ☐YES ☒NO
OTHER REPORTS MADE: ___
DRUG COURT: ☐OPPOSED ☒NOT OPPOSED

FACTS OF ARREST: SUBJ WAS DRINKING A 16OZ BUDWEISER WHILE TRESPASSING AT 2092 SEYMOUR.

C000237

Exh. 6

Received: 11/ 8/ 0 16:04;   513 352 4076   -> POLICE CHIEF OFFICE; Page 2
NOV-08 00 16:10 FROM:DIST.4
NOV-08 00 15:09 FROM:POLICE RECORDS   513-352-4076   TO:CHIEFS OFFICE   PAGE:02
                                      6908            TO:DIST4           PAGE:03

940591                                                                    1000

# CINCINNATI POLICE DIVISION
## ARREST AND INVESTIGATION REPORT

ITN: _____  ACE ☐ YES ☐ NO
HAM. CO. CASE NO. _____  CONTROL NO. _____  ARREST REPORT NO. _____

**NAME OF ARRESTED:** NIXON, JARVIS
**TITLE:** 
**ADDRESS:** 1943 SEYMOUR AVE #6, CINT. OH
**TELEPHONE NO.:** NONE
**NICKNAME OR ALIAS:** 
**SEX:** M  **RACE:** B  **HEIGHT:** 5'07  **WEIGHT:** 150  **HAIR:** BLK  **EYES:** BRN  **AGE:** 19  **DOB:** 08/21/81  **PLACE OF BIRTH:** CINTI
**MARITAL STATUS:** S  **SSN:** 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  **CLOTHING:** CAMO BDU'S, BLK SHIRT  **MARKS/SCARS/TATTOOS:** BOTH ARMS

**PERSON TO NOTIFY:** DOROTHY BLACKWELL  242-3533
**EMPLOYER/SCHOOL:** NONE
**PLACE OF ARREST:** 2092 SEYMOUR AVE, CINCINNATI, OH  **DISTRICT:** 4  **DATE OF ARREST:** 09/27/00
**LOCATION OF OFFENSE:** 2092 SEYMOUR AVE, CINCINNATI, OH  **DISTRICT:** 4  **DATE OF OFFENSE:** 09/27/00
**TYPE OF PREMISES:** STREET

**CHARGES:**
1. CRIMINAL TRESPASS 2411.21 M-1

**SEARCHED BY:** JOEL

**ARRESTING OFFICERS:**
1. JOEL  **BADGE:** 1285  **DIST:** 4
2. HUNTER  **BADGE:** P522  **DIST:** 4

**FACTS OF ARREST:** SUBJ TRESSPASSING AT 2092 SEYMOUR. HAS BEEN ADV IN THE PAST NOT TO BE ON THE PROPERTY

C000235