IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Estate of Roger D. Owensby : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:01cv769 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| City of Cincinnati : | |
| : | |
| Defendant(s) : | |

NOTICE OF MANUAL FILING

The following document has been manually filed with this Office:

Deposition(s) of the following:     Daniel L. Schultz, M.D. (Vol. 1&2)

2/13/04                                                             JAMES BONINI, CLERK


                                                            ___s/William Miller_____
                                                            Deputy Clerk