Received: 11/ 8/ 0 16:05; 513 352 4076 -> POLICE CHIEF OFFICE; Page 4
NOV-08 00 16:11 FROM:DIST.4 513-352-4076 TO:CHIEFS OFFICE PAGE:04
NOV-08 00 15:09 FROM:POLICE RECORDS 6908 TO:DIST4 PAGE:02

940594       1100

# CINCINNATI POLICE DIVISION
## ARREST AND INVESTIGATION REPORT

ITN _____ ACE ☐ YES ☐ NO
HAM. CO. CASE NO. _____ CONTROL NO. 2007324   ARREST REPORT NO. _____
NAME OF ARRESTED - LAST, FIRST, MIDDLE: **HILL JAYSEN**
TITLE: _____ ADDRESS: **2510 CANTEBERRY AVE, CINTI OH**
TELEPHONE NO.: **513 NONE**   NICKNAME OR ALIAS: ___
SEX: **M**   RACE: **B**   HEIGHT: **5'11**   WEIGHT: **22**   HAIR: **BLK**   EYES: **BRO**   AGE: **20**   DOB: **11/06/80**   PLACE OF BIRTH: **CINTI**
MARITAL STATUS: **S**   SSN: **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**   DESCRIPTION OF CLOTHING: **BLK SWEATSHIRT**
MARKS, SCARS: **NONE**
DRIVER'S LICENSE NO.: **NONE**   VEHICLE: ___
DOES ARRESTED HAVE ANY HEALTH PROBLEMS: ☒ NO ☐ YES

NAME OF SPOUSE/NEXT OF KIN: **Gloria Hill**   PHONE: **351-1411**
EMPLOYER: **Protocol**   EMPLOYER PHONE: **NONE**
PLACE OF ARREST: **2092 SEYMOUR AVE, CINTI OH**   DISTRICT: **4**   DATE OF ARREST: **9/27/00**   TIME OF ARREST: **1710**
LOCATION OF OFFENSE: **2092 SEYMOUR AVE, CINTI OH**   DISTRICT: **4**   DATE OF OFFENSE: **09/27/00**   TIME OF OFFENSE: **1700**
TYPE OF PREMISES: **STREET**

CHARGES:
1. **Criminal Trespass 2911.21**
2. **Open Container 4301.62**

MEANS OF ARREST: **on foot**   COMPLAINANT'S NAME: **A/O**
PRISONER SEARCHED BY: **JORG**

ARRESTING OFFICERS:
1. **Jorg** BADGE: **1785** AGENCY/DISTRICT: **C/4**
2. **Hunter** BADGE: **1522** AGENCY/DISTRICT: **C/4**

NEEDED FOR COURT: ☒ YES ☐ NO

FACTS OF ARREST:
**SUBJ WAS DRINKING A 16OZ BUDWEISER WHILE TRESPASSING AT 2092 SEYMOUR.**

C000237

Exh. 6

Received: 11/8/0 16:04; 513 352 4076 -> POLICE CHIEF OFFICE; Page 2
NOV-08 00 16:10 FROM:DIST.4
NOV-08 00 15:09 FROM:POLICE RECORDS   513-352-4076   TO:CHIEFS OFFICE   PAGE:02
                                     6908            TO:DIST4          PAGE:03

# CINCINNATI POLICE DIVISION
## ARREST AND INVESTIGATION REPORT

940591                                                                    1000

**Name of Arrested:** NIXON, JARVIS
**Address:** 1943 SEYMOUR AVE #6, CIN, OH
**Telephone:** NONE
**Sex:** M  **Race:** B  **Height:** 5'07  **Weight:** 150  **Hair:** BLK  **Eyes:** BRN  **Age:** 19  **DOB:** 02/21/81  **Place of Birth:** CIN
**Marital Status:** S  **SSN:** 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
**Clothing:** CAMO BDU'S, BLK SHIRT
**Marks/Scars/Tattoos:** BOTH ARMS

**Person to Notify:** DOROTHY BLACKWELL 242-3533
**Employer/School:** NONE
**Place of Arrest:** 2092 SEYMOUR AVE, CINCINNATI, OH  **District:** 4  **Date of Arrest:** 09/27/00
**Location of Offense:** 2092 SEYMOUR AVE, CINCINNATI, OH  **District:** 4  **Date of Offense:** 09/27/00
**Type of Premises:** STREET

**Charges:**
1. CRIMINAL TRESPASS  2411.21  M-1

**Arresting Officers:**
1. JOE 6   Badge: 1285   Dist: 4
2. HUNTER  Badge: P532   Dist: 4

**Searched by:** JOEL

**Facts of Arrest:** SUBJ TRESSPASSING AT 2092 SEYMOUR & HAS BEEN ADV IN THE PAST NOT TO BE ON THE PROPERTY

C000235