Audio Portion of VHS Tape

Equipment #473  Unit #4261

Police Officer Victor Spellen, P9862

(Note: Inaudible portions of statement are indicated by dashes)

P.O. Lawson:    4566.

Dispatcher:    4566.

P.O. Lawson:    Probably wanna cancel that assistance again. We got uh, other cars coming here pretty rapidly.

Dispatcher:    Attention all cars, all County broadcast. Another cancellation reference officer needing assistance at Sam's, 2092 Seymour. Absolutely no more cars needed. No more cars needed at Sam's. Originating base Cincinnati 1950.

P.O. Caton:    You got the keys, Blaine

P.O. Jorg:    Move.

P.O. Caton:    or they still in the car?

P.O. Jorg:    Move.

P.O. Caton:    Blaine. You got the keys or they still in the car.?

P.O. Jorg:    Still in the car, I think.

P.O. Spellen:    What the fuck happened, dog?

?    Hey, Pat. Get me a sergeant.

Dispatcher:    Attention all cars, all departments, all cars, all departments. Channel 8 will be restricted until further notice. Channel 8 will be restricted until further notice. All District One Units, reference West 9th Street, switch to Channel 8.

Exh.2

| | |
|---|---|
| P.O. Baymiller: | You an' him been talking? |
| P.O. Hunter: | Just now. Then he said I ain't never duh, duh, duh. |
| 4250: | 4250. I'm 35 also. |
| P.O. Hunter: | He did that shit the last time he ran from me. I had him by the hood of his sweatshirt. He ripped out of it. |
| Dispatcher: | 4250, 35. |
| P.O. Hunter: | _ _ _ when's the last time you ran from police. That's when he tried to break today. |
| P.O. Spellen: | Damn. |
| ? | Jorg, I'll be back. |
| ? | We're gonna _ _ _ our cars on over. |
| P.O. Spellen: | Uh, Brazille. Where's, where's, where's he at? |
| ? | Uh |
| P.O. Spellen: | Where's the dude at? Is he fucked up? |
| ? | I believe he's in somebody's car, _ _ _ blood on _ _ _. |
| ? | Uh, enter over here, sir. _ _ Jorg uh, _ _. |
| Dispatcher: | Go ahead. |
| ? | _ _ _ |
| ? | And the car respond over. |
| 51B: | 51B. |
| ? | Okay. |

P.O. Hunter: Stopped for investigation of the obstruction that I had on him, remember the hooded sweatshirt guy? Was working that day, sarge. The guy that ripped out uh

Sgt. Browner: Yeah, that's came out his shirt up here!

(Cell phone rings)

?: He came out of this shirt, that's him.

Sgt. Browner: Un-huh. What's he wanted for?

P.O. Jorg: He's wanted for trafficking resisting and assault on a police officer from a prior. But we didn't know his name at the time. Now we got him ID, he's wanted again for assault on a police officer to resisting. We uh, well we're over there doing investigation waiting for these guys. He walks by an' we're like oh, my God that's him. So we walk over here by the outside the store to make sure that it was him, that we could ID him. It was him and he came around to the ___. I stop him. And told him you know just need to talk to you a minute, just conducting an investigation. No big deal. So calm down. I want to talk to you. So we ask him few questions. Doesn't have his ID. Give us a name, where'd he live an' talk to, what are you doing here? Visiting his girlfriend. Where does she live? Do you remember the numbers of the address? Will you take us there? Yeah, take you there. No big deal. Dave fires in a few questions. Did you ever run from the police. Last time he ran from the police. Never, never, no.

P.O. Hunter: Duh, duh, duh. Then that's when I said oh, so when was last time you ran from the police. That's when we ___.

Sgt. Watts: Did anybody strike him or spray? Just sprayed him.

P.O. Jorg: I don't know who sprayed him. I had his head wrapped almost the whole time.

Sgt. Watts: You said you had his head wrapped around.

P.O. Jorg: Uhm, I had my hand across his forehead, trying to hold him down to the ground. I also had one of his arms as a restraint move. _____. I didn't throw anything. And then uh, he dropped his head. As I was turned to hold him down, he brought his head up I had to push it back down and he hit his head on the ground. It wasn't intentional move. I didn't go to hit his head on the ground. Sarge, I'm gonna, well I'm __

P.O. Spellen: Looks like he's uh, hurting a little bit.

P.O. Brazile: Yeah. Lot a bit.

P.O. Spellen: Yeah.

Transcribed by: Nancy Mynhier
Criminal Investigation Section
Cincinnati Police Division
November 30, 2000

4