Owensby, et al. vs. City of Cincinnati, et al.
October 21, 2003

**DARREN VERESE SELLERS**

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

```
- - - - - - - - - - - - - - - -
ESTATE OF ROGER D.             :
OWENSBY JR., et al.,           :
                               :
          Plaintiffs,          :
     vs.                       :  Case No. 01-CV-769
                               : (Judge S. A. Spiegel)
CITY OF CINCINNATI,            :
et al.,                        :
                               :
          Defendants.          :
- - - - - - - - - - - - - - - -
```

Videotaped deposition of DARREN VERESE

SELLERS, witness herein, called by the plaintiffs

for cross-examination, pursuant to the Federal Rules

of Civil Procedure, taken before me, Wendy Davies

Welsh, a Registered Diplomate Reporter and Notary

Public in and for the State of Ohio, at the offices

of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

Walnut Centre, 105 East Fourth Street, Cincinnati,

Ohio, on Tuesday, October 21, 2003, at 10:09 a.m.

Owensby, et al. vs. City of Cincinnati, et al.
October 21, 2003

**DARREN VERESE SELLERS**

| | |
|---|---|
| 1  APPEARANCES:                                       Page 2 | 1          S T I P U L A T I O N S          Page 4 |
| 2      On behalf of the Plaintiffs: | 2       It is stipulated by and among counsel for the |
| 3          Paul B. Martins, Esq. | 3   respective parties that the deposition of DARREN |
|            Don Stiens, Esq. | |
| 4          Helmer, Martins & Morgan Co. LPA | 4   VERESE SELLERS, witness herein, called by the |
|            Suite 1900, Fourth & Walnut Centre | |
| 5          105 East Fourth Street | 5   plaintiffs for cross-examination, pursuant to the |
|            Cincinnati, Ohio 45202 | |
| 6          Phone:  (513) 421-2400 | 6   Federal Rules of Civil Procedure, may be taken at |
| 7          John J. Helbling, Esq. | 7   this time by the notary; that said deposition may be |
| 8          The Helbling Law Firm, L.L.C. | 8   reduced to writing in stenotype by the notary, whose |
|            3672 Springdale Road | |
|            Cincinnati, Ohio 45251 | 9   notes may then be transcribed out of the presence of |
| 9          Phone:  (513) 923-9740 | |
| 10     On behalf of the Defendants City of Golf Manor, | 10  the witness; and that proof of the official |
| 11     Stephen Tilley, Roby Heiland and Chris | 11  character and qualifications of the notary is |
|        Campbell: | |
| 12         Lynne Marie Longtin, Esq. | 12  expressly waived. |
| 13         Rendigs, Fry, Kiely & Dennis | 13 |
|            900 Fourth & Vine Tower | |
| 14         One West Fourth Street | 14 |
|            Cincinnati, Ohio  45202-3688 | |
| 15         Phone:  (513) 381-9200 | 15 |
| 16     On behalf of Defendants City of Cincinnati, | 16 |
|        Darren Sellers, Jason Hodge: | |
| 17 | 17 |
| 18         Geri Hernandez Geiler, Esq. | 18 |
|            Assistant City Solicitor | |
| 19             and | 19 |
|            Julie F. Bissinger, Esq. | |
| 20         Chief Counsel | 20 |
|            Department of Law | |
| 21         Room 214, City Hall | 21 |
|            801 Plum Street | |
| 22         Cincinnati, Ohio 45202 | 22 |
|            Phone:  (513) 352-3346 | |
| 23 | 23 |
| 24 | 24 |
| 1  APPEARANCES (Continued):                           Page 3 | 1                 I N D E X              Page 5 |
| 2      On behalf of the Defendants Robert B. Jorg, | 2   Examination by:                       Page |
|        Patrick Caton, Jason Hodge, Victor Spellen and | |
| 3      Darren Sellers: | 3   Mr. Martins . . . . . . . . . .   6 |
| 4          Donald E. Hardin, Esq. | 4   Ms. Longtin . . . . . . . . . .  78 |
| 5          Hardin, Lefton, Lazarus & Marks, LLC | |
|            915 Cincinnati Club Building | 5   Mr. Martins . . . . . . . . . .  80 |
| 6          30 Garfield Place | |
|            Cincinnati, Ohio 45202 | 6          - - - |
|            Phone:  (513) 721-7300 | |
| 7 | 7 |
| 8  Also present: | 8         E X H I B I T S |
| 9      Richard W. Grubb, Videographer | 9   Deposition Exhibit 37 . . . . . . . .   Page |
|                                                       | 10  Deposition Exhibit 38 . . . . . . . .    72 |
| 10     Lisa Damstrom, Law Clerk | 11  Deposition Exhibit 39 . . . . . . . .    28 |
|        Helmer, Martins & Morgan Co., L.P.A. | 12  Deposition Exhibits 40, 41 & 42 . . .    43 |
| 11 Mr. Roger Owensby | 13  Deposition Exhibit 43 . . . . . . . .    55 |
| 12 Mrs. Brenda Owensby | 14  Deposition Exhibit 44 . . . . . . . .    70 |
|                                                       | 15  Deposition Exhibit 45 . . . . . . . .    74 |
| 13 Mr. Shawn Owensby | 16  Deposition Exhibit 46 . . . . . . . .    74 |

Owensby, et al. vs. City of Cincinnati, et al.
October 21, 2003

DARREN VERESE SELLERS

---

Page 34

1  Q. **Okay.**
2  A. Right. Jorg is -- has his back towards
3  the street. So I guess that's Seymour.
4  Q. **Yes.**
5  A. His back is towards the street here. All
6  right?
7  Q. **Okay.**
8  A. Hunter and Caton were both in this area
9  here. I don't know where they were turned or
10  anything, but my attention was brought to him,
11  because he's the one nearest me --
12  Q. **Talking to you?**
13  A. -- and he's the one doing all the talking.
14  Like I said, he started telling me about some guy
15  named LA, they were looking for him. And I kind of
16  like blew that off, because I don't know anybody
17  over there. I don't know who you're talking about,
18  so it's not a big concern to me.
19      That's when -- after they began talking
20  and saying -- after Jorg began talking and saying
21  stuff like -- all that stuff and everything, that's
22  when Hunter said to the effect, well, I think that's
23  him. That's him right there.
24  Q. **Now, where was Hunter when he said that?**

Page 35

1  A. Hunter was, like I said, he was in this
2  area over here. I don't know where -- which way he
3  was turned, but he was over in this area over here.
4  So then he said, "That's him right there." And I'm
5  like, okay. You know, it still --
6  Q. **Right.**
7  A. I mean, to me it -- it wasn't a big thing
8  to me at the time. I had to deal with what I had to
9  deal with right then and there. That's when Jorg
10  came out and said, "Well, he's got a lot of balls to
11  come out here and all these police officers and all
12  these cruisers out here."
13  Q. **Did -- did you look over to whoever they**
14  **were referring to?**
15  A. Well, as he was talking I could see like a
16  silhouette of a person. And you know, that's just
17  out of my peripheral vision.
18  Q. **Wh--**
19  A. Big deal.
20  Q. **Where was the person?**
21  A. The person I seen was walking down
22  Seymour, and he was about to cross the street coming
23  towards the Sunoco.
24  Q. **So he was on the other side of the street?**

Page 36

1  A. He was on the other side of the street.
2  Q. **Was it -- was it light or dark or --**
3  A. It was --
4  Q. **-- or twighlight?**
5  A. It was kind of -- it was kind of dark out
6  there. We had some -- it was a light in that
7  parking lot right there, right where we were
8  standing at. That's why I couldn't really -- I
9  couldn't make out what he even had on or anything or
10  if it was a he or a she. I just -- could see a body
11  or a person walking down the street.
12  Q. **Okay. Please continue.**
13  A. And that's when Hunter said, well "That's
14  him. Is that -- I think that's him. I think that's
15  him." And one of -- one of them said, "You sure?"
16  He's like, "I think so." So we began talking some
17  more. And then that's when Jorg said, "Well, we're
18  going to go over here and investigate and see who
19  this guy is."
20      Jorg, Caton, and Hunter, all three, walked
21  down Seymour towards the Sunoco. I went and got
22  back in the car with my partner. And the prisoner
23  we had in there, he wanted to tell where he had
24  gotten the marijuana from. That's why we had the

Page 37

1  under-- the plainclothes car come up there. And
2  they met us -- they -- they were at -- on station
3  at, I guess it was --
4  Q. **Roselawn?**
5  A. -- Roselawn Park. They were sitting there
6  waiting on us. Well, then the -- in between that
7  time, that's when the radio, we heard a whole bunch
8  of like -- it wasn't screaming, but it was a lot of
9  static and a lot -- you could hear a person on there
10  like they were struggling or something, on the
11  radio. And that's when the officer needs assistance
12  came out. I turned and looked at Hasse. Hasse
13  said, "That's them, go get them, go help them." So
14  I -- I sprinted from over here all the way down
15  towards the Sunoco to where I seen those -- those
16  guys at.
17  Q. **Can you draw an arrow indicating the path**
18  **that you took from your car to the area where you**
19  **saw everyone.**
20  A. Okay.
21  Q. **Okay. Thank you.**
22  A. Uh-huh.
23  Q. **Let me ask you a few things. Had -- do**
24  **you know whether or not Officer Caton talked to your**