Wilson G. Weisenfelder, Jr. (0030179)
Trial Attorney for Defendants, Village of Golf Manor, Chief Stephen Tilley
and Officer Roby Heiland
RFK&D No. 240-1116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RECEIVED APR 11 2002 KENNETH J. MURPHY, Clerk CINCINNATI, OHIO

| | | |
|---|---|---|
| THE ESTATE OF ROGER D. OWENSBY, JR., BY AND THROUGH ROGER D. OWENSBY | : : : | Case No. C-1-01-769 |
| Plaintiff, | : | Judge Spiegel |
| v. | : | **AFFIDAVIT OF CHRIS CAMPBELL** |
| CITY OF CINCINNATI, et al., | : | |
| Defendants. | : | |

**COUNTY OF HAMILTON**     :
                          :  SS:
**STATE OF OHIO**          :

Chris Campbell, being first duly cautioned and sworn, depose and state:

1. I, Chris Campbell, am a police officer employed by the Village of Golf Manor and was so employed on November 7, 2000;

2. Upon information and belief, I am referred to as John Doe #7 in Plaintiff's Complaint;

3. I was on duty on November 7, 2000 from 2:30 p.m. until 10:30 p.m.;

4. I responded to a call of an officer needing assistance at approximately 7:50 p.m. to a Sunoco station located at Langdon Farm and Seymour Road;

5. When I arrived, I saw two uniformed officers and what appeared to be two plain-clothes officers struggling with a suspect, who I now know was Roger Owensby, in the parking lot of the Sunoco station;

6. I parked my cruiser in the lot and went to speak with Officer Heiland of the Golf Manor Police Department who had arrived a few minutes earlier;

7. The suspect was placed in the backseat of Officer Heiland's cruiser by City of Cincinnati police officers;

8. The suspect was removed from the cruiser and the Cincinnati officers began to perform CPR on the suspect;

9. I retrieved a CPR mask from my cruiser and gave it to a Cincinnati officer;

10. The City of Cincinnati's paramedics arrived and transported the suspect from the scene;

11. I never touched the suspect nor did I instruct anyone to touch the suspect;

12. I had absolutely no contact with the suspect, verbally, physically or otherwise;

13. The suspect was never in my custody or control;

14. I was not the supervisor of any of the Cincinnati officers on the scene;

15. I had absolutely no input with respect to the rendering of medical treatment to the suspect.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Chris Campbell

Sworn to before me and subscribed in my presence this ___5th___ day of __April__ 2002.

OFFICIAL SEAL
RODNEY D. MOORE
Notary Public - Ohio
BUTLER
My Commission Expires
FEBRUARY 20, 2006

_Rodney D Moore_
Notary Public

My commission expires __February 20, 2006__