```
10:12:56   1              UNITED STATES DISTRICT COURT
10:12:56   2               SOUTHERN DISTRICT OF OHIO
10:12:56   3                    WESTERN DIVISION
10:12:56   4    - - - - - - - - - - - - - - -
10:12:56        ESTATE OF ROGER D.            :
10:12:56   5    OWENSBY JR., et al.,          :
10:12:56                                      :
10:12:56   6              Plaintiffs,         :
10:12:56           vs.                        :   Case No. 01-CV-769
10:12:56   7                                  :   (Judge S. A. Spiegel)
10:12:56        CITY OF CINCINNATI,           :
10:12:56   8    et al.,                       :
10:12:56                                      :
10:12:56   9              Defendants.         :
10:12:56        - - - - - - - - - - - - - - -
10:12:56  10
10:12:56
10:12:56  11         Deposition of ROBERT B. HEILAND JR.,
10:12:56  12   defendant herein, called by the plaintiffs for
10:12:56  13   cross-examination, pursuant to the Federal Rules of
10:12:56  14   Civil Procedure, taken before me, Wendy Davies
10:12:56  15   Welsh, a Registered Diplomate Reporter and Notary
10:12:56  16   Public in and for the State of Ohio, at the offices
10:12:56  17   of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &
10:12:56  18   Walnut Centre, 105 East Fourth Street, Cincinnati,
10:12:56  19   Ohio, on Wednesday, December 3, 2003, at 10:10 AM.
10:12:56  20
10:12:56  21
          22
          23                       COPY
          24
```

```
10:32:39   1  around the front of the cruiser.  And by the time I
10:32:42   2  got to the front corner, the passenger's side, I saw
10:32:48   3  a Huntington Meadows security guy waiving me down
10:32:53   4  like everything was okay, slow down.
10:32:55   5       Q.   That's what you understood it to mean?
10:32:57   6       A.   That's what I understood it to mean.
10:33:00   7       Q.   Okay.
10:33:00   8       A.   So I stopped at the front of my cruiser
10:33:03   9  and I saw some distance away the rear passenger's
10:33:15  10  side of a car, two police officers, and who I now
10:33:21  11  know to be Roger Owensby laying on the ground.
10:33:25  12       Q.   Okay.  Go ahead.
10:33:27  13       A.   Did I answer your question?
10:33:28  14       Q.   No.  When you said two police officers,
10:33:31  15  and then you said Owensby, I thought obviously he
10:33:35  16  was not one of the police officers.  Okay.
10:33:38  17       A.   He appeared to be handcuffed, to me.  And
10:33:43  18  there was one on each side of him.
10:33:45  19       Q.   Can you clarify that for a second?  He
10:33:47  20  appeared to be handcuffed?  When you say "to me,"
10:33:52  21  you mean it appeared to you that he was handcuffed?
10:33:56  22       A.   It appeared to me --
10:33:57  23       Q.   That he was handcuffed?
10:33:58  24       A.   -- that he was handcuff.
```

22

| | | |
|---|---|---|
| 10:34:01 | 1 | Q.   All right. |
| 10:34:01 | 2 | A.   And there was a police officer on each |
| 10:34:02 | 3 | side of him, there was a few people around.  And one |
| 10:34:18 | 4 | of the officers asked if they could put him in my |
| 10:34:20 | 5 | cruiser. |
| 10:34:21 | 6 | Q.   When that question was asked where was Mr. |
| 10:34:24 | 7 | Owensby? |
| 10:34:28 | 8 | A.   Mr. Owensby was still on the ground or |
| 10:34:32 | 9 | they were in the process of picking him up. |
| 10:34:35 | 10 | Q.   Picking him up?  Okay.  Go ahead. |
| 10:34:37 | 11 | A.   I said, "Sure."  They picked him up, one |
| 10:34:41 | 12 | on each side, under each arm, and brought him to my |
| 10:34:47 | 13 | cruiser.  I opened the rear passenger door and they |
| 10:34:56 | 14 | placed Mr. Owensby in the back of my car. |
| 10:35:09 | 15 | Q.   Let me show you what's previously been |
| 10:35:12 | 16 | marked as Exhibit 9.  Do you recall whether or not |
| 10:35:41 | 17 | that is a photograph of the car that the officers |
| 10:35:50 | 18 | and Mr. Owensby were near when you pulled in? |
| 10:36:05 | 19 | A.   I don't recall what type of car it was.  I |
| 10:36:10 | 20 | can't see the background in the picture. |
| 10:36:14 | 21 | Q.   As perspective goes, this is taken from |
| 10:36:18 | 22 | the entrance of the convenience store looking out. |
| 10:36:22 | 23 | A.   Having said that, then they would have |
| 10:36:25 | 24 | been at the rear of this car. |

47

| | | |
|---|---|---|
| 11:11:15 | 1 | A. That's correct. |
| 11:11:16 | 2 | Q. Could you tell whether or not, as they |
| 11:11:38 | 3 | approached you and your car, whether or not Mr. |
| 11:11:43 | 4 | Owensby was unconscious? |
| 11:11:49 | 5 | A. I couldn't tell. |
| 11:11:53 | 6 | Q. I take it you did not check? |
| 11:11:56 | 7 | MR. WEISENFELDER: Objection. |
| 11:11:57 | 8 | Go ahead. |
| 11:11:58 | 9 | A. I did not. |
| 11:12:05 | 10 | Q. So am I correct in understanding that when |
| 11:12:08 | 11 | Jorg and Caton placed Mr. Owensby in your car you |
| 11:12:13 | 12 | did not know the condition of Mr. Owensby at that |
| 11:12:15 | 13 | time? |
| 11:12:18 | 14 | A. I did not know. |
| 11:12:19 | 15 | Q. The physical condition of Mr. Owensby? |
| 11:12:21 | 16 | A. I did not. |
| 11:12:22 | 17 | Q. You did not know whether or not he was |
| 11:12:24 | 18 | conscious or unconscious? |
| 11:12:26 | 19 | A. I did not. |
| 11:12:29 | 20 | Q. As I understand it, after you opened the |
| 11:12:31 | 21 | door Officer Jorg and Caton put Owensby in the back |
| 11:12:41 | 22 | seat and then Caton went around to the driver's side |
| 11:12:44 | 23 | to pull Owensby into the back seat; is that right? |
| 11:12:48 | 24 | A. He did go around to the other side to |

| | | |
|---|---|---|
| 12:06:23 | 1 | Q.   Do you know whether or not Golf Manor had |
| 12:06:25 | 2 | a policy or guidance for its officers on November 7, |
| 12:06:29 | 3 | 2000 to address the situation where a Golf Manor |
| 12:06:34 | 4 | officer is asked to give permission to place a |
| 12:06:41 | 5 | person who has been arrested by another police |
| 12:06:44 | 6 | department in a Golf Manor cruiser? |
| 12:06:47 | 7 | MR. WEISENFELDER:  Objection. |
| 12:06:48 | 8 | Go ahead, you can answer. |
| 12:06:50 | 9 | A.   I knew at that time, based on working, |
| 12:06:57 | 10 | training, that we could go over to other departments |
| 12:07:00 | 11 | and assist them with whatever they needed. |
| 12:07:06 | 12 | Q.   I don't mean to cut you off. |
| 12:07:07 | 13 | A.   That's okay. |
| 12:07:08 | 14 | Q.   That was this mutual aid agreement that |
| 12:07:13 | 15 | was signed by the various police departments in the |
| 12:07:17 | 16 | greater Cincinnati area? |
| 12:07:18 | 17 | A.   Correct. |
| 12:07:19 | 18 | Q.   Other than knowing that you could assist |
| 12:07:26 | 19 | other police departments, do you know whether or not |
| 12:07:29 | 20 | there was any policy or guidance or custom in place |
| 12:07:33 | 21 | at Golf Manor to address what an officer's duties |
| 12:07:40 | 22 | and responsibilities were where another police |
| 12:07:43 | 23 | department asked him to place their prisoner in his |
| 12:07:49 | 24 | car? |

| | | |
|---|---|---|
| 12:07:52 | 1 | A.  When we would respond to a scene to assist |
| 12:07:56 | 2 | another department we would be under their command, |
| 12:07:59 | 3 | no matter what the rank.  If you pull up on the |
| 12:08:02 | 4 | scene you assist them in how they need you to |
| 12:08:07 | 5 | assist. |
| 12:08:08 | 6 | Q.  Did you have an understanding as to |
| 12:08:10 | 7 | whether or not you would, in this situation, |
| 12:08:15 | 8 | November 7, 2000, when you responded to the Sunoco |
| 12:08:18 | 9 | station, did you understand that you were assisting |
| 12:08:22 | 10 | the Cincinnati Police Department? |
| 12:08:26 | 11 | A.  Yes.  The assistance call came out. |
| 12:08:29 | 12 | That's why I was there. |
| 12:08:31 | 13 | Q.  In responding to this assistance call, did |
| 12:08:37 | 14 | you understand that you would be subject to the |
| 12:08:42 | 15 | rules, policies, and customs of the Cincinnati |
| 12:08:45 | 16 | Police Department or the Golf Manor Police |
| 12:08:50 | 17 | Department? |
| 12:08:51 | 18 | A.  My understanding was I would be there at |
| 12:08:54 | 19 | the scene to assist them how they needed me to. |
| 12:08:58 | 20 | Q.  But what rules governed your conduct?  Was |
| 12:09:01 | 21 | it Golf Manor or was it Cincinnati Police |
| 12:09:03 | 22 | Department? |
| 12:09:05 | 23 | MR. WEISENFELDER:  Objection. |
| 12:09:06 | 24 | Go ahead. |

| | | |
|---|---|---|
| 12:09:07 | 1 | Q. If you know. |
| 12:09:09 | 2 | A. I don't know. |
| 12:09:12 | 3 | Q. Do you recall receiving any instruction or |
| 12:09:16 | 4 | guidance concerning what rules a Golf Manor officer |
| 12:09:19 | 5 | had to follow when he was in this situation of |
| 12:09:23 | 6 | assisting another police department? |
| 12:09:29 | 7 | A. Through working with other officers in |
| 12:09:33 | 8 | field training and going to other scenes and other |
| 12:09:37 | 9 | departments, I just understood that we were under |
| 12:09:41 | 10 | their direction for as long as they needed |
| 12:09:43 | 11 | assistance and that was it. |
| 12:09:49 | 12 | Q. Did you have any understanding that you |
| 12:09:51 | 13 | would be bound -- or whether or not you would be |
| 12:09:54 | 14 | bound by the policies, rules, and regulations of the |
| 12:09:59 | 15 | Cincinnati Police Department if you were assisting |
| 12:10:00 | 16 | the Cincinnati Police Department? |
| 12:10:05 | 17 | A. I didn't know. |
| 12:10:06 | 18 | Q. You didn't know? |
| 12:10:07 | 19 | A. I didn't -- at that time I don't -- I |
| 12:10:18 | 20 | don't know. |
| 12:10:18 | 21 | Q. And as I take it at that time you had |
| 12:10:18 | 22 | received no instruction on whether or not you were |
| 12:10:20 | 23 | bound by, say in this case, Cincinnati's rules and |
| 12:10:24 | 24 | regulations or continued to be bound by Golf Manor's |

| | | |
|---|---|---|
| 12:11:47 | 1 | police force but placed in your cruiser? |
| 12:11:50 | 2 | MR. WEISENFELDER: Objection. |
| 12:11:51 | 3 | Go ahead. |
| 12:11:52 | 4 | A. My understanding at that time is I would |
| 12:11:55 | 5 | be responsible for my prisoners, anybody that was in |
| 12:11:59 | 6 | my custody. If somebody is not my prisoner, not in |
| 12:12:03 | 7 | my custody, then on the assistance call if somebody |
| 12:12:10 | 8 | puts their prisoner in the back of my car, they |
| 12:12:13 | 9 | asked to put them in the back of my car and I'm |
| 12:12:17 | 10 | there for assistance. It's their prisoner and it's |
| 12:12:19 | 11 | in their custody. So it's their responsibility. |
| 12:12:29 | 12 | Q. Did you have any understanding that by |
| 12:12:32 | 13 | accepting the prisoner and placing him in the back |
| 12:12:35 | 14 | seat of the Golf Manor cruiser that the prisoner was |
| 12:12:39 | 15 | now in your custody? |
| 12:12:41 | 16 | MR. WEISENFELDER: Objection as to the |
| 12:12:44 | 17 | word "accepting." |
| 12:12:45 | 18 | Go ahead and answer. |
| 12:12:46 | 19 | A. No. |
| 12:12:51 | 20 | Q. Did you receive any training as to the |
| 12:12:54 | 21 | distinction we've just been talking about, that |
| 12:12:57 | 22 | whether or not a prisoner placed in a Golf Manor car |
| 12:13:01 | 23 | from another jurisdiction, as to who had custody of |
| 12:13:06 | 24 | the prisoner? |

```
12:13:11   1        A.   From going to other calls and seeing it
12:13:13   2   done before, the prisoner's always the arresting
12:13:17   3   officer's or the agency's jurisdiction where you're
12:13:21   4   at.
12:13:21   5        Q.   You had had this arise in the past?
12:13:25   6        A.   I have seen it done on other calls.
12:13:30   7        Q.   Before November 7, 2000?
12:13:36   8        A.   I don't recall exact dates, but, yeah.
12:13:39   9        Q.   But before the night of November 7, 2000;
12:13:42  10   is that right?
12:13:42  11        A.   Yes.
12:13:53  12        Q.   Did you feel that you had any
12:13:54  13   responsibility for the well-being of Mr. Owensby?
12:13:56  14        A.   No.
12:13:56  15             MR. WEISENFELDER:  Objection.
12:13:58  16             Go ahead.
12:14:06  17        Q.   Regardless of who is technically
12:14:08  18   responsible for the well-being of a prisoner, if you
12:14:11  19   know that a prisoner is injured and needs medical
12:14:14  20   attention, is it your understanding that you have a
12:14:17  21   duty to provide medical attention?
12:14:25  22        A.   Yes.
12:14:26  23        Q.   You knew that this person, Mr. Owensby,
12:14:31  24   had blood around his nose and mouth; is that right?
```

95

| | | |
|---|---|---|
| 12:44:21 | 1 | Police Department however they needed. |
| 12:44:24 | 2 | Q.  You see that it says the same duties as if |
| 12:44:29 | 3 | taking action within the territory of Golf Manor. |
| 12:44:35 | 4 | A.  Yes. |
| 12:44:36 | 5 | Q.  If you were responding in the territory of |
| 12:44:46 | 6 | Golf Manor to the arrest of Mr. Owensby would you |
| 12:44:53 | 7 | have been responsible for his well-being? |
| 12:44:58 | 8 | A.  If he was my prisoner -- |
| 12:45:00 | 9 | MR. WEISENFELDER:  Objection. |
| 12:45:00 | 10 | Go ahead. |
| 12:45:01 | 11 | A.  If he was my prisoner, yes. |
| 12:45:09 | 12 | Q.  If he was not your prisoner, but you were |
| 12:45:14 | 13 | located in Golf Manor and he was placed in your car, |
| 12:45:21 | 14 | would you have been responsible for his well-being? |
| 12:45:25 | 15 | MR. WEISENFELDER:  Objection. |
| 12:45:25 | 16 | Go ahead. |
| 12:45:37 | 17 | A.  No. |
| 12:45:37 | 18 | Q.  Why not? |
| 12:45:41 | 19 | A.  Because he wasn't my prisoner.  Unless the |
| 12:45:45 | 20 | arresting officer specifically asked me, "Can you |
| 12:45:58 | 21 | keep an eye on my prisoner for me?  I've got to go |
| 12:45:58 | 22 | here." |
| 12:45:58 | 23 | Q.  Say this takes place in Golf Manor and the |
| 12:45:59 | 24 | arresting officer is Officer Campbell, and you show |

```
14:05:56   1  officer is to remain with the cruiser if a
14:05:59   2  handcuffed person is inside. Do you know what
14:06:02   3  policy that is, which one of the Golf Manor
14:06:08   4  policies?
14:06:08   5       A.   It's 6-07. I don't know. I think it's
14:06:18   6  one of them that was passed out.
14:06:20   7       Q.   The prisoner transportation one?
14:06:22   8       A.   Yes.
14:06:26   9       Q.   Is that what you were talking about, the
14:06:28  10  policy about you had to remain at the cruiser if a
14:06:32  11  handcuffed person was inside?
14:06:35  12       A.   Yes.
14:06:35  13       Q.   I think you've indicated that that policy
14:06:38  14  didn't apply in this particular case because this
14:06:41  15  was not your prisoner and you were not going to
14:06:44  16  transport him?
14:06:45  17            MR. MARTINS:  Objection.
14:06:46  18            MR. WEISENFELDER:  Go ahead.
14:06:46  19       A.   Correct. He was not my prisoner and I was
14:06:49  20  not going to transport him.
14:07:06  21       Q.   Did you see, from the time that you
14:07:08  22  arrived until you left the scene, did you see any
14:07:13  23  Cincinnati police officer strike Mr. Owensby in any
14:07:15  24  way?
```

| | | |
|---|---|---|
| 14:07:16 | 1 | A.  No. |
| 14:07:35 | 2 | Q.  Did you believe that Roger Owensby was |
| 14:07:37 | 3 | unconscious when he was placed in your vehicle? |
| 14:07:40 | 4 | MR. WEISENFELDER:  Objection. |
| 14:07:41 | 5 | Go ahead. |
| 14:07:42 | 6 | A.  No. |
| 14:07:43 | 7 | Q.  Would you have allowed them to place him |
| 14:07:45 | 8 | in your vehicle if you had thought he was |
| 14:07:48 | 9 | unconscious? |
| 14:07:50 | 10 | MR. WEISENFELDER:  Objection. |
| 14:07:51 | 11 | Go ahead. |
| 14:07:51 | 12 | A.  No. |
| 14:07:52 | 13 | Q.  Would you have allowed them to place him |
| 14:07:55 | 14 | in the vehicle if you thought he was seriously |
| 14:07:56 | 15 | injured? |
| 14:07:58 | 16 | MR. WEISENFELDER:  Objection. |
| 14:07:59 | 17 | Go ahead. |
| 14:07:59 | 18 | A.  No. |
| 14:08:00 | 19 | Q.  With respect to the time that you went |
| 14:08:04 | 20 | over to the car to look in, do you recall that |
| 14:08:07 | 21 | testimony, where at some point after he was placed |
| 14:08:12 | 22 | in the car you returned to the car to look in it? |
| 14:08:15 | 23 | A.  Yes, sir. |
| 14:08:15 | 24 | Q.  You said you didn't use your flashlight. |