```
                                                                1

 1                UNITED STATES DISTRICT COURT

 2                 SOUTHERN DISTRICT OF OHIO

 3                      WESTERN DIVISION

 4   - - - - - - - - - - - - - - - -
     ESTATE OF ROGER D.              :
 5   OWENSBY JR., et al.,            :
                                     :
 6             Plaintiffs,           :
        vs.                          :   Case No. 01-CV-769
 7                                   :   (Judge S. A. Spiegel)
     CITY OF CINCINNATI,             :
 8   et al.,                         :
                                     :
 9             Defendants.           :
     - - - - - - - - - - - - - - - -
10

11        Videotaped deposition of ROBERT BLAINE JORG, a

12   defendant herein, called by the plaintiffs for

13   cross-examination, pursuant to the Federal Rules of

14   Civil Procedure, taken before me, Wendy Davies

15   Welsh, a Registered Diplomate Reporter and Notary

16   Public in and for the State of Ohio, at the offices

17   of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

18   Walnut Centre, 105 East Fourth Street, Cincinnati,

19   Ohio, on Tuesday, October 14, 2003, at 10:12 a.m.

20

21

22

23                         

24
```

1  At that point more cops started showing up. Golf
2  Manor was the closest vehicle to us. They were
3  asked if we could put Mr. Owensby in the back of
4  their police car, being the closest one to us. So
5  Officer Caton goes back down, attempts to pick Mr.
6  Owensby up by his pants, if I can remember
7  correctly. And with the spandex in them or whatever
8  elastic it was, it stretched and he didn't come up
9  off the ground.
10     Q.  At this point in time was Mr. Owensby
11 moving?
12     A.  Yes.
13     Q.  How so?
14     A.  Pretty much the typical person after
15 they've been Maced, kind of wincing the eyes and
16 trying to roll to their side. Typical response that
17 we've had.
18     Q.  Did you see this?
19     A.  Yes.
20     Q.  You personally saw him wincing his eyes?
21     A.  Yes, because he's rolling --
22     Q.  Or blinking --
23     A.  He's rolling up on --
24     Q.  -- blinking his eyes?

```
 1      Q.    At that point in time is the scene
 2  stabilized?
 3      A.    Not necessarily.  He's in a different
 4  department's police car.  We've got cars still
 5  responding we have to disregard.  We have
 6  supervisors we need to talk to.  We have to get our
 7  cars over to the scene to transport Mr. Owensby from
 8  the Golf Manor car to our car, so we can relieve the
 9  Golf Manor's cars, thank them for coming, and send
10  them on the way.
11            No, the scene is not, quote/unquote,
12  stabilized.  The way it was referred to me, the
13  scene is not stabilized until you're in your car and
14  either on your way to the station, on the way to the
15  hospital, on the way to the jail, on the way to
16  whatever.  That's when the scene is stabilized.
17      Q.    Go to the next page, page 3, subparagraph
18  A. 2.  It says, "When necessary, handcuff physically
19  handicapped, injured, or pregnant prisoners in
20  front."
21      A.    I'm sorry, I'm missing where you're at.
22      Q.    Page 3.
23      A.    Page 3.
24      Q.    A. 2.
```