**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **The Estate of Roger D. Owensby** | : | **Case No.1 :O1-cv-769** |
| **Plaintiff,** | : | **(Judge Spiegel)** |
| **-VS-** | : | |
| **CITY OF CINCINNATI, et al.,** | : | |
| **Defendant**. | : | **AFFIDAVIT OF THOMAS H. STREICHER CHIEF OF POl ICE,** |
| | : | **CINCINNATI POLICF DEPARTMENT** |

STATE OF OHIO                          }
                                       } ss:
HAMILTON COUNTY, OHIO                  }

     I, Thomas H. Streicher, being first duly cautioned and sworn, hereby depose

and state that all of the information contained herein is true and accurate to the

best of my knowledge and belief:

1.    I am the Chief of Police for the City of Cincinnati Police Department.

2    I have personal knowledge of and am competent to testify to the matters stated herein.

3.    Attached hereto are the following documents kept in the ordinary course of business at the Cincinnati Police Department:

    Ex. A:  Police Procedure Manual §12.545, "Use of Force" in place on November 7, 2000;

    Ex. B:  Police Procedure Manual §12.600, "Prisoners: Securing, Handling and Transporting" in place on November 7, 2000;

    Ex. C:  The Manual of Rules and Regulations for the Disciplinary Process in place on November 7, 2000;

    Ex. D:  Hamilton County Local Government Mutual Aid Agreement for Law Enforcement in place on November 7, 2000.

4.    The above mentioned documents are true and accurate to the best of my knowledge.

Further, Affiant sayeth naught.

**Thomas H. Streicher**
Chief of Police, City of Cincinnati

Sworn and subscribed in my presence this day of *24th* day of
<u>Feb.</u>, 2004.

State
Notary Public, State of Ohio
My commission expires: <u>March 25, 2004</u>

CINDY M. COMBS
Notary Public, Stats of Ohio
My Commission Expires Mar. 25,2004