```
                                                                    1

10:12:56   1
10:12:56   2              UNITED STATES DISTRICT COURT
10:12:56   3               SOUTHERN DISTRICT OF OHIO
10:12:56   4                    WESTERN DIVISION
10:12:56   5    - - - - - - - - - - - - - - - - -
10:12:56        ESTATE OF ROGER D.              :
10:12:56   6    OWENSBY JR., et al.,
10:12:56                                        :
10:12:56   7           Plaintiffs,              :
10:12:56          vs.                           :  Case No. 01-CV-769
10:12:56   8                                    :  (Judge S. A. Spiegel)
10:12:56        CITY OF CINCINNATI,             :
10:12:56   9    et al.,                         :
10:12:56                                        :
10:12:56  10           Defendants.              :
10:12:56        - - - - - - - - - - - - - - - - -
10:12:56  11
10:12:56
10:12:56  12           Deposition of CHRISTOPHER CAMPBELL,
10:12:56  13    defendant herein, called by the plaintiffs for
10:12:56  14    cross-examination, pursuant to the Federal Rules of
10:12:56  15    Civil Procedure, taken before me, Wendy Davies
10:12:56  16    Welsh, a Registered Diplomate Reporter and Notary
10:12:56  17    Public in and for the State of Ohio, at the offices
10:12:56  18    of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &
10:12:56  19    Walnut Centre, 105 East Fourth Street, Cincinnati,
10:12:56  20    Ohio, on Wednesday, December 3, 2003, at 2:31 p.m.
10:12:56  21
10:12:56  22
          23                          COPY
          24
```

| | | |
|---|---|---|
| 14:45:57 | 1 | A.    Yes. |
| 14:45:58 | 2 | Q.    Please continue. |
| 14:45:59 | 3 | A.    I responded to the parking lot.  As I was |
| 14:46:10 | 4 | getting out I remember hearing a dispatcher tell us |
| 14:46:16 | 5 | to code 4, which means that the situation was over. |
| 14:46:20 | 6 | That was as I was exiting my vehicle.  And it was at |
| 14:46:25 | 7 | that time I saw Cincinnati officers moving a suspect |
| 14:46:29 | 8 | towards Officer Heiland's car.  And I advised -- I |
| 14:46:34 | 9 | hadn't had a chance to advise that I was in the lot |
| 14:46:36 | 10 | yet.  And I advised I was clear on her information, |
| 14:46:39 | 11 | but would be remaining there, because Cincinnati was |
| 14:46:42 | 12 | putting their prisoner in one of our cars. |
| 14:46:45 | 13 | Q.    When you say you advised her, who is the |
| 14:46:48 | 14 | "her" you're referring to? |
| 14:46:50 | 15 | A.    The Hamilton County dispatcher. |
| 14:46:54 | 16 | Q.    What happened next? |
| 14:46:57 | 17 | A.    I can't recall the details.  We basically |
| 14:47:06 | 18 | were waiting there for a Cincinnati officer to get |
| 14:47:11 | 19 | their prisoner out of our car. |
| 14:47:12 | 20 | Q.    Did you see the Cincinnati police officers |
| 14:47:16 | 21 | physically put Mr. Owensby in Officer Heiland's car? |
| 14:47:22 | 22 | A.    No, I didn't. |
| 14:47:24 | 23 | Q.    Your attention was directed somewhere |
| 14:47:26 | 24 | else? |