```
                                                                    1

10:12:56   1              UNITED STATES DISTRICT COURT

10:12:56   2               SOUTHERN DISTRICT OF OHIO

10:12:56   3                   WESTERN DIVISION

10:12:56   4    - - - - - - - - - - - - - - - -
10:12:56        ESTATE OF ROGER D.              :
10:12:56   5    OWENSBY JR., et al.,            :
10:12:56                                        :
10:12:56   6             Plaintiffs,            :
10:12:56           vs.                          :  Case No. 01-CV-769
10:12:56   7                                    :  (Judge S. A. Spiegel)
10:12:56        CITY OF CINCINNATI,             :
10:12:56   8    et al.,                         :
10:12:56                                        :
10:12:56   9             Defendants.            :
10:12:56        - - - - - - - - - - - - - - - -
10:12:56  10
10:12:56
10:12:56  11         Deposition of ROBERT B. HEILAND JR.,

10:12:56  12   defendant herein, called by the plaintiffs for

10:12:56  13   cross-examination, pursuant to the Federal Rules of

10:12:56  14   Civil Procedure, taken before me, Wendy Davies

10:12:56  15   Welsh, a Registered Diplomate Reporter and Notary

10:12:56  16   Public in and for the State of Ohio, at the offices

10:12:56  17   of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

10:12:56  18   Walnut Centre, 105 East Fourth Street, Cincinnati,

10:12:56  19   Ohio, on Wednesday, December 3, 2003, at 10:10 AM.

10:12:56  20

10:12:56  21

          22

          23                        COPY

          24
```


21

```
10:32:39   1   around the front of the cruiser.  And by the time I
10:32:42   2   got to the front corner, the passenger's side, I saw
10:32:48   3   a Huntington Meadows security guy waiving me down
10:32:53   4   like everything was okay, slow down.
10:32:55   5         Q.    That's what you understood it to mean?
10:32:57   6         A.    That's what I understood it to mean.
10:33:00   7         Q.    Okay.
10:33:00   8         A.    So I stopped at the front of my cruiser
10:33:03   9   and I saw some distance away the rear passenger's
10:33:15  10   side of a car, two police officers, and who I now
10:33:21  11   know to be Roger Owensby laying on the ground.
10:33:25  12         Q.    Okay.  Go ahead.
10:33:27  13         A.    Did I answer your question?
10:33:28  14         Q.    No.  When you said two police officers,
10:33:31  15   and then you said Owensby, I thought obviously he
10:33:35  16   was not one of the police officers.  Okay.
10:33:38  17         A.    He appeared to be handcuffed, to me.  And
10:33:43  18   there was one on each side of him.
10:33:45  19         Q.    Can you clarify that for a second?  He
10:33:47  20   appeared to be handcuffed?  When you say "to me,"
10:33:52  21   you mean it appeared to you that he was handcuffed?
10:33:56  22         A.    It appeared to me --
10:33:57  23         Q.    That he was handcuffed?
10:33:58  24         A.    -- that he was handcuff.
```