```
                                                                    1

 1                  UNITED STATES DISTRICT COURT

 2                   SOUTHERN DISTRICT OF OHIO

 3                       WESTERN DIVISION

 4   - - - - - - - - - - - - - - -
     ESTATE OF ROGER D.             :
 5   OWENSBY JR., et al.,           :
                                    :
 6            Plaintiffs,           :
        vs.                         :   Case No. 01-CV-769
 7                                  :   (Judge S. A. Spiegel)
     CITY OF CINCINNATI,            :
 8   et al.,                        :
                                    :
 9            Defendants.           :
     - - - - - - - - - - - - - - -
10

11        Videotaped deposition of ROBERT BLAINE JORG, a

12   defendant herein, called by the plaintiffs for

13   cross-examination, pursuant to the Federal Rules of

14   Civil Procedure, taken before me, Wendy Davies

15   Welsh, a Registered Diplomate Reporter and Notary

16   Public in and for the State of Ohio, at the offices

17   of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

18   Walnut Centre, 105 East Fourth Street, Cincinnati,

19   Ohio, on Tuesday, October 14, 2003, at 10:12 a.m.

20

21

22

23                          COPY

24
```

1  Q.  At that point in time is the scene
2 stabilized?
3  A.  Not necessarily.  He's in a different
4 department's police car.  We've got cars still
5 responding we have to disregard.  We have
6 supervisors we need to talk to.  We have to get our
7 cars over to the scene to transport Mr. Owensby from
8 the Golf Manor car to our car, so we can relieve the
9 Golf Manor's cars, thank them for coming, and send
10 them on the way.
11     No, the scene is not, quote/unquote,
12 stabilized.  The way it was referred to me, the
13 scene is not stabilized until you're in your car and
14 either on your way to the station, on the way to the
15 hospital, on the way to the jail, on the way to
16 whatever.  That's when the scene is stabilized.
17  Q.  Go to the next page, page 3, subparagraph
18 A. 2.  It says, "When necessary, handcuff physically
19 handicapped, injured, or pregnant prisoners in
20 front."
21  A.  I'm sorry, I'm missing where you're at.
22  Q.  Page 3.
23  A.  Page 3.
24  Q.  A. 2.