UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| EESTATE OF<br>ROGER D. OWENSBY, JR., | : | Case No. 01-CV-769 |
| | : | |
| Plaintiff, | | (Judge Speigel) |
| | : | |
| vs. | | |
| | : | **NOTICE OF MANUAL** |
| CITY OF CINCINNATI, et al., | | **FILING** |
| | : | |
| Defendant | | |

This electronically filed Notice of Manual Filing shall serve as notification to all parties involved (listed in the Certificate of Service), that due to technical difficulties, all attachments to the Memorandum in Opposition to Plaintiffs' Motion for Summary Judgment (Doc. 133) will be manually filed with the Court, and that copies of said attachments will be delivered to all counsel of record by ordinary U.S. mail, postage prepaid.

Respectfully submitted,

/s/ *Donald E. Hardin*
Donald E. Hardin (0022095)
HARDIN, LEFTION, LAZARUS & MARKS
915 Cincinnati Club Building; 30 Garfield Place
Cincinnati, OH 45202-4322
Telephone: (513) 721-7300
Facsimile: (513) 721-7008

Trial Attorney for Defendants Patrick Caton, Robert Blaine Jorg, Jason Hodge, Darren Sellers and Victor Spellen in their individual and/or official capacities

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Manual Filing was electronically filed with the Clerk of the Court today, March 4, 2004. The documents relating to this filing will be sent to all parties by ordinary U.S. Mail, postage prepaid, this 4th day of March, 2004.

James B. Helmer, Jr., Esq.
Paul B. Martins, Esq.
Frederick M. Morgan, Jr., Esq.
Robert M. Rice, Esq.
HELMER, MARTINS & MORGAN CO., L.P.A.
Fourth & Walnut Centre, Suite 1900
105 East Fourth Street
Cincinnati, Ohio 45202
Trial Attorneys for Plaintiff

Geri H. Geiler, Esq.
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Trial Attorney for Defendants
John Shirey, Kent A. Ryan, S. Gregory Baker, Thomas Streicher, Jr., Robert B. Jorg, Patrick Caton

Mark T. Tillar, Esq.
240 Clark Road
Cincinnati, Ohio 45215
Trial Attorney for Plaintiff

John J. Helbling, Esq.
3672 Springdale Road
Cincinnati, Ohio 45251
Trial Attorney for Plaintiff

Neil F. Freund, Esq.
Vaseem S. Hadi, Esq.
FREUND, FREEZE & ARNOLD
One Dayton Centre
One South Main Street, Suite 1800
Dayton, Ohio 45402-2017
Trial Counsel for Defendants City of Cincinnati, John Shirey,
Kent A. Ryan, S. Gregory Baker, Thomas Streicher, Jr.,
Darren Sellers, Jason Hodge

Wilson G. Weisenfelder, Jr., Esq.
RENDIGS, FRY, KIELY & DENNIS, LLP
900 Fourth & Vine Tower
Cincinnati, Ohio 45202
Trial Attorney for Defendants City of Golf Manor, Stephen Tilley, Roby Heiland, and Chris Campbell

Dale A. Stalf, Esq.
BUCKLEY, KING & BLUSO
1320 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202
Counsel for Defendants Huntington Meadows, LTD, and Bryan Menefee

Ravert J. Clark, Esq.
114 East Eighth Street, Suite 400
Cincinnati, Ohio 45202
Trial Attorney for Defendant
David Hunter

/s/ Donald E. Hardin
Donald E. Hardin  (0022095)

2