UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF | : | |
| ROGER D. OWENSBY JR., et al., | : | |
| | : | |
| | : | Case No. 01-CV-769 |
| Plaintiff, | : | |
| | : | Senior Judge S. Arthur Spiegel |
| v. | : | |
| | : | |
| CITY OF CINCINNATI, et al., | : | |
| | : | |
| | : | |
| Defendants. | : | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE
PURSUANT TO SETTLEMENT BETWEEN
PLAINTIFF AND DEFENDANT HUNTINGTON MEADOWS LTD AND
ITS SECURITY OFFICER, BRIAN MENEFEE**

Pursuant to Rule 41, Fed. R. Civ. P., all claims against Defendants Huntington Meadows LTD and Brian Menefee in the above captioned matter are dismissed with prejudice. This Dismissal is a result of a settlement reached between Plaintiff and Defendants Huntington Meadows LTD and Brian Menefee.

Plaintiff retains all claims asserted against all other defendants in this action.

SO ORDERED.

Date: March 7, 2004            s/S. Arthur Spiegel
                               S. Arthur Spiegel
                               Senior United States District Court Judge

AGREED TO:

/s/ Paul B. Martins

James B. Helmer, Jr.  (0002878)
Paul B.  Martins (0007623)
Frederick M. Morgan, Jr.  (0027687)
HELMER, MARTINS & MORGAN CO., LPA
Fourth & Walnut Centre, Suite 1900
105 East Fourth Street
Cincinnati, Ohio 45202-4008
Telephone:  (513) 421-2400
Facsimile:  (513) 421-7902

Mark T. Tillar (0029898)
240 Clark Road
Cincinnati, Ohio  45202

John J. Helbling (0046727)
3672 Springdale Road
Cincinnati, Ohio 45251

*Trial Attorneys for Plaintiff*


/s/ Dale A. Stalf
Dale A. Stalf, Esq. (0000471)
Buckley & King
1420 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
*Counsel for Defendants Huntington Meadows LTD and Bryan Menefee*