# Transcript of Relevant Time Period from Cassette Tape Marked "11-7-00, 2098 Seymour, 1904-2106"

| Hour | Sec | |
|---|---|---|
| 1944 | 0 | |
| | 10 | 2566 (garbled) Roselawn Park (garbled). |
| | 20 | 4262, did you catch any of that? - Negative Sir. |
| | 30 | 2566, could you try it again? - (garbled) |
| | 40 | (garbled) - We copy that. Uh. We, uh, also got eyes on another subject right (break in transmission) so it might be a minute. |
| | 50 | |
| 1945 | 0 | |
| | 10 | |
| | 20 | |
| | 30 | (Note: at this time there is a short set of transmissions related to a stolen BMW and not to the Owensby incident) |
| | 40 | |
| | 50 | |
| 1946 | 0 | |
| | 10 | |
| | 20 | |
| | 30 | |
| | 40 | |
| | 50 | |
| 1947 | 0 | |
| | 10 | |
| | 20 | |
| | 30 | |
| | 40 | 4262. Sunoco (garbled) we need assistance (garbled). |
| | 50 | (garbled) Officers need assistance at Sam's Seymour near Eagle. |
| 1948 | 0 | Officer needs assistance Sam's on Seymour near Eagle. Returning base Cincinnati 1948. (garble) |
| | 10 | We're in bound. - 4252, I need update. |
| | 20 | Any cars Sam's an update? - 51. It appears their OK. - You said everything's OK? |
| | 30 | 51. I'm over at Sam's with the, a, prisoner. My partner ran over there. It does look like they are OK at this time - OK, that official cancellation? |
| | 40 | Units advised I cannot officially cancel the |
| | 50 | assistance. - (garbled) - Too many cars, 51 only. |
| 1949 | 0 | 51. (garbled) - OK, Whoever called I did not copy. - I said, slow the |
| | 10 | cars down. - 4240. Repeat. - I repeat, slow the cars down. |
| | 20 | Attention all cars, all departments. Cancel on the officer needing assistance at Sam's on Seymour. District 4 cars can continue, but slow it down. (garbled) cancel |
| | 30 | on officer needs assistance at Sam's on Seymour near Eagle. District 4 cars can continue, but slow it down. No other cars needed but district 4 cars. Cincinnati at |

**EXHIBIT A**

|  |  |  |
|---|---|---|
|  | 40 | 1949. - (garbled) we've got him in custody. You can disregard anybody else. We need an officer on macing. - Copy in custody. Uh. 4250 or 4230, |
|  | 50 | copy the macing? - 4240. I'm seconds away. - Copy seconds away. District 4 cars can now disregard. Everything's OK. One in custody. |
| 1950 | 0 |  |
|  | 10 |  |
|  | 20 |  |
|  | 30 | 4566. - 4566. - You might want to cancel that assistance again. We've got, uh, other cars |
|  | 40 | coming here pretty rapidly. - Attention all cars, all county broadcast, another cancellation reference the officer needing assistance |
|  | 50 | at Sam's 2092 Seymour. Absolutely no more cares needed. No more cars needed at Sam's. Returning base Cincinnati 1950. |
| 1951 | 0 |  |
|  | 10 | Attention all cars, all departments. All cars, all departments. |
|  | 20 | Channel 8 will be restricted until further notice. Channel 8 will be restricted until further notice. All District 1 units reference West 9th St. |
|  | 30 | switch to Channel 8. - 4250. I'm 35 on (garbled). |
|  | 40 | 4250 35. |
|  | 50 |  |
| 1952 | 0 | 4251. - Go ahead. - Tell my partner he can respond this way. |
|  | 10 | 51 b? - (garbled) - OK. |
|  | 20 |  |
|  | 30 |  |
|  | 40 |  |
|  | 50 |  |
| 1953 | 0 |  |
|  | 10 |  |
|  | 20 |  |
|  | 30 |  |
|  | 40 |  |
|  | 50 |  |
| 1954 | 0 |  |
|  | 10 |  |
|  | 20 |  |
|  | 30 |  |
|  | 40 |  |
|  | 50 |  |
| 1955 | 0 |  |
|  | 10 | 4250. - 4250. - Get fire up here. |
|  | 20 | Respond...unit 2098 off Seymour. - OK. Give me a brief |
|  | 30 | description of what you've got there. - According to (garbled) we're not getting a response from, uh, the individual here on the scene. |
|  | 40 | OK. |