# Cincinnati Fire/Rescue

## *Media Releases*

### *December 1997*

The following media releases have been compiled by District Fire Chief Mike Kroeger, the Safety & Public Information Officer for Cincinnati Fire/Rescue.

**Chief Kroeger can be reached directly at:**

- (513)352-2565 (Office)
- (513)352-1548 (Fax)
- Mike_G._Kroeger@pol.com (E-Mail)

---

Good evening, this is District One Fire Chief Robert Becker, Cincinnati Fire Division, it is 6:30 PM on 12/30/97, reporting on a 2 alarm fire at 2810 May Street. The fire was dispatched at 3:03 PM and first arriving units found light smoke showing from the third floor of a warehouse at that address. As an interior attack proceeded, fire companies reported heavy fire and smoke on the second and third floor of that structure, and the second alarm was dispatched. An aggressive interior attack by first arriving fire companies extinguished the fire. There were a total of 30 fire fighters on the scene for approximately 2 hours to extinguish and overhaul this fire.

Damage is estimated at $35,000. The cause was combustibles too close to a wood burning stove in an art studio. There were no injuries to fire fighters or civilians.

For any additional information, contact District One Fire Chief Robert Becker at 352-2311.

---

Good afternoon, this is District One Fire Chief Robert Becker, Cincinnati Fire Division, it is 1:15 PM on 12/30/97, reporting on a 3 alarm fire at 538 Reading Rd. in the Pendleton neighborhood. The fire was dispatched at 9:56 AM and first arriving units found heavy smoke in the area of 12th and Pendleton Sts. Heavy fire was found in a rear, metal clad, one story, frame structure at 538 Reading Rd. Fire fighters made and interior attack on that rear structure that kept the fire from extending to the main, 3 story building. Additional alarms were struck as the fire caused structural weakness in the fire building. A total of 60 fire fighters were on the scene for approximately 2.5 hours to extinguish and overhaul this fire.

Damage is estimated at $30,000, the cause is an electrical malfunction in the installed electrical wiring. There were no injuries to fire fighters or civilians.

For any additional information, contact District One Fire Chief Robert Becker at 352-2311.

---

Good morning, this is District 3 Fire Chief Keith Walters, Cincinnati Fire Division, reporting on a 2 alarm fire that occurred at 6595 Gracely Drive on Sunday, 12/28/97, in the Sayler Park neighborhood. The fire was reported at 5:07 AM appeared to have started in the rear of the Barber Shop at that location. It consumed the contents of the Barber Shop and extended to the false space above resulting in fire control damage to other adjacent stores. There were two families living in the attached building and they escaped uninjured. Both families will be temporarily displaced due to the utilities shut down. Fire fighters were hampered by wood ceilings which made access to the interior spaces difficult. The

**EXHIBIT G**

cause of the fire is under investigation. The fire damage is estimated at $80,000.

For any additional information, contact District 2 Fire Chief at 352- 2322.

---

Good morning, this is District One Fire Chief Dallas Kelly, reporting on an extra company, one alarm fire in a multi-unit apartment dwelling at 2300 Auburn Ave. in the Mt. Auburn neighborhood. The tenant of a third floor unit departed the building at approximately 8:00 PM inadvertently leaving a lighted candle on a house dresser in the bedroom. Smoke was coming from the apartment when the tenant returned at approximately 3:45 AM. A total of 28 fire fighters deployed to extinguish the fire which had extended to involve the joist space between the third and second floor ceiling. Although there were no injuries, a third floor occupant was rescued from his window by the aerial ladder of Truck Co. 19. The American Red Cross provided relocation services for both the families in the apartment were the fire began and the apartment immediately below. The fire investigation unit tentatively set the cause as an unattended candle with the loss estimated at $25,000.

For any additional information, contact the District One Fire Chief at 352-2311.

---

Good morning, it is Christmas Day and this is District 4 Fire Chief Paul Weber, Cincinnati Fire Division, reporting on an extra fire company, one alarm fire that occurred at 8:30 AM this morning at 3760 Hutton Ave. in the Linwood neighborhood. The owner, Alice Sutton, was awakened by the smell of smoke in her second floor bedroom. Arriving fire fighters found heavy smoke coming from the roof with fire showing from the outside of the building from the first floor to the attic. An aggressive interior attack was made extinguishing the fire and minimizing the damage to the dwelling. Fire companies were on the scene for 1.5 hours and there were no fire fighter or civilian injuries. The fire was caused by defective bricks in the fireplace. The loss is estimated at $25,000.

For any additional information, contact District 4 Fire Chief Paul Weber at 352-2344.

---

Good evening, this is District 3 Fire Chief Fredrick A. Prather of the Cincinnati Fire Division reporting on a structural fire which occurred 12/22/97 at 2:04 PM. The location of the fire was in a basement apartment located at 3413 McHenry Ave. in the Westwood Community. The fire caused $20,000 in damage and required 19 fire fighters to bring it under control. The fire damaged the kitchen area of the apartment and there was heavy smoke damage throughout the apartment. The cause of the fire was food left unattended on the stove. One adult male was displaced from his home. There were no injuries to civilians or fire fighters.

For any additional information, contact District 3 Fire Chief Fredrick A. Prather at 352-2333.

## University Hospital Initiative Enables
## Fire Fighters to Save Man's Life

**Cincinnati**--Equipped with heart defibrillators, Cincinnati Fire Fighters recently shocked a man's heart back to a normal rhythm, saving his life. This act is credited to a University Hospital initiative to train fire fighters to use the life-saving heart defibrillators.

"Paramedics have been using defibrillators for some time," says Michael Sayre, M.D., University Hospital emergency physician and medical director of Emergency Medical Services for the Cincinnati Fire Division. "However, we know that fire fighters are first on the scene for most cases of sudden death. That's why we feel that it is very important for fire fighters to be equipped and trained to use defibrillators. In this case, a quick call by witnesses and a fast response by Cincinnati fire fighters will give this patient another Christmas with his family."

Heart defibrillators are portable devices that can quickly shock people's hearts back to a normal rhythm. The man who received the life-saving treatment went into cardiac arrest and 911 was called. Upon arrival, fire fighters shocked the man's heart and by the time paramedics arrived the man was talking. The patient is currently hospitalized at The Christ Hospital.

The University Hospital is part of the Health Alliance of Greater Cincinnati which also includes The Christ Hospital, The St. Luke Hospital, The Jewish Hospital, and Alliance Primary Care.

For any additional information, contact Amy Bomar, The University Hospital's Public Relations representative, at 475-7920 or District Fire Chief Mike Kroeger at 352-2565.

---

Good morning, this is District 2 Fire Chief Ron Davis, Cincinnati Fire Division, reporting on an early morning fire in the Price Hill neighborhood. The fire occurred at 1037 Regina in a 3 story, two family dwelling at 8:05 AM. Heavy fire was showing on the third floor when fire companies arrived on the scene. An interior attack confined the fire to the third floor. Fire companies were on the scene for about 2.5 hours. No civilian were injured but one fire investigator, Specialist George Phelps, slipped on a wet interior stairway and sustained an injury to his back. He was transported to the hospital for treatment. The cause is listed as a candle too close to combustibles and the fire loss is estimated at $30,000. The Red Cross is providing emergency shelter for two families which consist of 3 adults and 5 children.

For any additional information, contact District 2 Fire Chief Ron Davis at 352-2322.

---

This is District 3 Fire Chief Chris Corbett, Cincinnati Fire Division, reporting on a one alarm fire with an extra fire company response to 4524 Innes Ave., a 2 story brick dwelling, in the Northside neighborhood on 12/18/97 at 2:26 AM. Upon arrival there was heavy fire on the second floor. The fire started in the second floor bedroom due to a candle too close to bedding. The fire spread into the entire second floor and roof eves. Fire companies attacked the fire and were on the scene for two hours. The occupants are staying with relatives for emergency shelter. The loss is estimated at $35,000 and there were no injuries.

For any additional information, contact District 3 Fire Chief Chris Corbett at 352-2333.

---

Good morning, this is District 3 Fire Chief Fred Caliguri, Cincinnati Fire Division, reporting on a 2 alarm structure fire this morning 12/17/97 at 2:32 AM. The fire occurred at 4241 Mad Anthony Street in the Northside neighborhood. This is a 2 story with attic, brick, unoccupied, dwelling currently being renovated. Fire fighters found heavy fire conditions on the entire first floor upon arrival. The fire was also impinging on a 2 story frame house approximately 8 feet to the south of the fire building. Residents were evacuated from the exposure building by fire fighters. The blaze was brought under control in about 15 minutes, however, fire fighters were on the scene for approximately 2.5 hours for salvage and overhaul. There were no injuries to civilians or fire fighters. The damage estimate is $40,000 to 4241 Mad Anthony and $2000 to 4239 Mad Anthony. The cause is being currently under investigation.

For any additional information, contact the District 3 Fire Chief at 352-2333.

---

Good morning, this is District 2 Fire Chief Keith Walters, Cincinnati Fire Division, reporting on a one alarm fire at 1759 Esmonde in the Fairmount neighborhood. The fire started on the second floor bedroom extended to the false space above. The occupants, Mr. John Wise and family, a total of 2 adults and 4 children, escaped the fire just prior to the first arriving fire companies. The cause of the fire was determined to be combustibles too close to an electric space heater which was being used for heat on the second floor. The occupant stated that the furnace was making noises earlier in the evening