

C002224