

# City of Cincinnati

Interdepartment<br/>Correspondence

Date: October 14, 2002

To: Col. Thomas H. Streicher, Jr., Police Chief

From: Valerie A. Lemmie, City Manager

Subject: **Roger Owensby, Jr. – Disciplinary Hearing Recommendations**

I am in receipt of your report, as well as, the report of OMI regarding the death-in-custody of Roger Owensby, Jr., which occurred in November of 2000. Having reviewed each report in its entirety, I recommend a hearing be held for the following individuals on each of the so designated charges.

**Robert Blaine Jorg** (Resigned) – [12.545, 12.600, 1.01(A), 1.01(C), 1.01(D), 1.01(E), 1.23, 2.12, 2.13]

**Patrick Caton**, Badge P655, District Four – [12.545, 12.600, 1.01(C), 1.01(D), 1.01(E), 1.23, 2.12, 2.13]

**David Hunter**, Badge P522, District Four – [12.545, 1.01(C), 1.01(D), 2.12, 2.13]

**Jason Hodge**, Badge P162, District Four – [12.545, 1.01(C), 2.12, 2.13]

**Darren Sellers**, Badge P672, District Four – [12.545, 1.01(C), 1.01(D), 2.12, 2.13]

**Victor Spellen**, Badge P862, District Four – [12.545, 1.01(C), 2.12, 2.13, 5.01]

**Brian Brazile**, Badge P398, District Four – [12.545, 1.01(C), 2.12, 2.13]

**Abraham Lawson**, Badge P241, District Four – [12.545, 1.01(C), 1.01(D), 2.12, 2.13]

Obviously, the investigation regarding this matter has been ongoing for quite some time. I stress the need for expediency and impartiality in this final phase of the process. Please proceed to designate the appropriate hearing officer and promptly schedule a hearing for each of the above referenced individuals.

CPO 00000228

**Exhibit 122**