# Ohio Department Of Health
## VITAL STATISTICS
## CERTIFICATE OF DEATH
TYPE OR PRINT IN PERMANENT *BLACK* INK

Reg. Dist. No. _____
Primary Reg. Dist. No. _____
Registrar's No. _____
State File No. _____

DO NOT WRITE IN MARGIN RESERVED FOR ODH DATA CODING

| Field | Value |
|---|---|
| 1. Decedent's Name (First, Middle, LAST) | Roger OWENSBY Jr. |
| 2. Sex | Male |
| 3. Date Of Death | November 7, 2000 |
| 4. Social Security Number | 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 |
| 5a. Age-Last Birthday (Years) | 29 |
| 6. Date of Birth | March 27, 1971 |
| 7. Birthplace | Cincinnati, OH |
| 8. Was Decedent Ever In U.S. Armed Forces? | ☒ Yes ☐ No |
| 9. Place of Death | Hospital: ☒ ER/Outpatient |
| 9b. Facility Name | University of Cincinnati Hospital |
| 9c. City, Village, Twp., or Location of Death | Cincinnati |
| 9d. County of Death | Hamilton |
| 10. Marital Status | Divorced |
| 11. Surviving Spouse | |
| 12a. Decedent's Usual Occupation | Chef |
| 12b. Kind Of Business/Industry | Food Service |
| 13a. Residence-State | OH |
| 13b. County | Hamilton |
| 13c. City, Town, Twp., or Location | Cincinnati |
| 13d. Street and Number | 6570 Monte Vista Drive |
| 13e. Inside City Limits? | ☒ Yes ☐ No |
| 13f. ZIP Code | 45224 |
| 14. Was Decedent of Hispanic Origin? | ☐ Yes ☒ No |
| 15. Race | Black |
| 16. Decedent's Education | Elementary/Secondary: 12 |
| 17. Father's Name | Roger Owensby |
| 18. Mother's Name | Brenda Ray |
| 19a. Informant's Name | Roger Owensby |
| 19b. Mailing Address | 6570 Monte Vista Drive Cincinnati, OH 45224 |
| 20a. Method of Disposition | ☒ Burial |
| 20b. Place of Disposition | Crown Hill Memorial Park |
| 20c. Location | Cincinnati, OH |
| 20d. Date of Disposition | November 14, 2000 |
| 21a. Name of Embalmer | Dewey Baskin |
| 21b. License Number | 6581A |
| 22a. Signature of Funeral Director | /s/ Dewey Baskin |
| 22b. License Number (of Licensee) | 5697 |
| 23. Name and Address of Facility | Thompson, Hall and Jordan Funeral Service, 11400 Winton Road, Forest Park, Ohio 45240 |
| 24. Registrar's Signature | |
| 25. Date Filed | |
| 26a. Signature of Person Issuing Permit | |
| 26b. Dist. No. | |
| 27. Date Permit Issued | |
| 28a. Certifier | ☒ Coroner — On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place; and due to the cause(s) and manner as stated |
| 28b. Time of Death | 8:47 P.M. |
| 28c. Date pronounced Dead | November 7, 2000 |
| 28d. Was Case Referred to Coroner? | ☒ Yes ☐ No |
| 28e. Signature And Title of Certifier | /s/ M.D. Coroner |
| 28f. License Number | 35-04-5999 |
| 28g. Date Signed | December 4, 2000 |
| 29. Name And Address of Person who Completed Cause of Death | Carl L. Parrott, Jr., M.D., Coroner, 3159 Eden Avenue, Cincinnati, Ohio 45219 |

### 30. Part I. Cause of Death

| | Cause | Approximate Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | Mechanical asphyxia | minutes |
| b. Due to (or as a Consequence of): | | |
| c. Due to (or as a Consequence of): | | |
| d. Due to (or as a Consequence of): | | |

Part II. Other Significant Conditions contributing to death but not resulting in the underlying cause given in Part I.

| Field | Value |
|---|---|
| 31a. Was an autopsy Performed? | ☒ Yes ☐ No |
| 31b. Were Autopsy Findings available Prior To Completion of Cause of Death? | ☒ Yes ☐ No |
| 32. Manner Of Death | ☒ Homicide |
| 33a. Date of Injury | 11/07/00 |
| 33b. Time of Injury | approx. 7:48 P.M. |
| 33c. Injury at Work? | ☐ Yes ☒ No |
| 33d. Describe How Injury Occurred | Asphyxiated during attempts to restrain during arrest by police |
| 33e. Place of Injury | parking lot of service station |
| 33f. Location | 2098 Seymour Avenue, Cincinnati, Ohio 45237 |

HEA 2717
5152.06 Rev. 2/97

Exh. 134