Case 1:01-cv-00769-SAS     Document 108-34     Filed 03/11/2004     Page 1 of 5

Estate of Owensby vs. City of Cincinnati
October 14, 2003

ROBERT BLAINE JORG

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - -
ESTATE OF ROGER D.              :
OWENSBY JR., et al.,            :
                                :
       Plaintiffs,              :
   vs.                          :   Case No. 01-CV-769
                                :   (Judge S. A. Spiegel)
CITY OF CINCINNATI,             :
et al.,                         :
                                :
       Defendants.              :
- - - - - - - - - - - - - - -

      Videotaped deposition of ROBERT BLAINE JORG, a defendant herein, called by the plaintiffs for cross-examination, pursuant to the Federal Rules of Civil Procedure, taken before me, Wendy Davies Welsh, a Registered Diplomate Reporter and Notary Public in and for the State of Ohio, at the offices of Helmer, Martins & Morgan Co. LPA, 1900 Fourth & Walnut Centre, 105 East Fourth Street, Cincinnati, Ohio, on Tuesday, October 14, 2003, at 10:12 a.m.

Case 1:01-cv-00769-SAS   Document 108-34   Filed 03/11/2004   Page 2 of 5

Estate of Owensby vs. City of Cincinnati  
October 14, 2003

ROBERT BLAINE JORG

## Page 2

```
 1  APPEARANCES:

 2      On behalf of the Plaintiffs:

 3          Paul B. Martins, Esq.
            Don Stiens, Esq.
 4          Helmer, Martins & Morgan Co. LPA
            Suite 1900, Fourth & Walnut Centre
 5          105 East Fourth Street
            Cincinnati, Ohio 45202
 6          Phone: (513) 421-2400

 7          John J. Helbling, Esq.
            The Helbling Law Firm, L.L.C.
 8          3672 Springdale Road
            Cincinnati, Ohio 45251
 9          Phone: (513) 923-9740

10      On behalf of the Defendants City of Golf Manor,
        Stephen Tilley, Roby Heiland and Chris
11      Campbell:

12          Lynne Marie Longtin, Esq.
            Rendigs, Fry, Kiely & Dennis
13          900 Fourth & Vine Tower
            One West Fourth Street
14          Cincinnati, Ohio 45202-3688
            Phone: (513) 381-9200
15
        On behalf of Defendants City of Cincinnati,
16      Darren Sellers, Jason Hodge:

17
            Geri Hernandez Geiler, Esq.
18          Assistant City Solicitor
                    and
19          Julie F. Bissinger, Esq.
            Chief Counsel
20          Department of Law
            Room 214, City Hall
21          801 Plum Street
            Cincinnati, Ohio 45202
22          Phone: (513) 352-3346

23

24
```

## Page 3

```
 1  APPEARANCES (Continued):

 2      On behalf of the Defendants Robert B. Jorg,
        Patrick Caton, Jason Hodge, Victor Spellen and
 3      Darren Sellers:

 4          Donald E. Hardin, Esq.
            Hardin, Lefton, Lazarus & Marks, LLC
 5          915 Cincinnati Club Building
            30 West Garfield Place
 6          Cincinnati, Ohio 45202
            Phone: (513) 721-7300
 7
    Also present:
 8
    Richard W. Grubb, Videographer
 9
    Lisa Damstrom, Law Clerk
10  Helmer, Martins & Morgan Co., L.P.A.

11  Wendy M. Weller, Paralegal
    Buckley King
12
    Mr. Roger Owensby
13  Mrs. Brenda Owensby
    Mr. Shawn Owensby
14
    Patrick Edmund Caton
15
    Victor Spellen
16

17

18

19

20

21

22

23

24
```

## Page 4

```
 1               S T I P U L A T I O N S

 2      It is stipulated by and among counsel for the

 3  respective parties that the deposition of ROBERT

 4  BLAINE JORG, a defendant herein, called by the

 5  plaintiffs for cross-examination, pursuant to the

 6  Federal Rules of Civil Procedure, may be taken at

 7  this time by the notary; that said deposition may be

 8  reduced to writing in stenotype by the notary, whose

 9  notes may then be transcribed out of the presence of

10  the witness; and that proof of the official

11  character and qualifications of the notary is

12  expressly waived.

                                - - -
```

## Page 5

```
                        I N D E X

    Examination by:                Page

    Mr. Martins  . . . . . . . .    6

    Ms. Longtin  . . . . . . . .  227

                         - - -

                      E X H I B I T S

                                                Page
    Plaintiffs' Exhibit 1  . . . . . . . . . .   18
    Plaintiffs' Exhibit 2  . . . . . . . . . .   25
    Plaintiffs' Exhibit 3  . . . . . . . . . .   48
    Plaintiffs' Exhibit 4  . . . . . . . . . .   48
    Plaintiffs' Exhibit 5  . . . . . . . . . .   51
    Plaintiffs' Exhibit 6  . . . . . . . . . .   58
    Plaintiffs' Exhibit 7  . . . . . . . . . .   72
    Plaintiffs' Exhibit 8  . . . . . . . . . .   86
    Plaintiffs' Exhibit 9  . . . . . . . . . .  107
    Plaintiffs' Exhibit 10 . . . . . . . . . .  132
    Plaintiffs' Exhibit 11 . . . . . . . . . .  161
    Plaintiffs' Exhibit 12 . . . . . . . . . .  165
    Plaintiffs' Exhibit 13 . . . . . . . . . .  178
    Plaintiffs' Exhibit 14 . . . . . . . . . .  199
    Plaintiffs' Exhibit 15 . . . . . . . . . .  201
    Plaintiffs' Exhibit 16 . . . . . . . . . .  206
    Plaintiffs' Exhibit 17 . . . . . . . . . .  212

                         - - -
```

Case 1:01-cv-00769-SAS   Document 108-34   Filed 03/11/2004   Page 3 of 5

Estate of Owensby vs. City of Cincinnati
October 14, 2003

ROBERT BLAINE JORG

Page 126

1 compliance to overcome his strength by getting his
2 arm out. Just so we don't lose sight of that part.
3     At that point, as soon as I gave him the
4 commands, it was either twice or three times, his
5 arm and his elbow -- his elbow moves up, his wrist
6 starts to come up, I trap his wrist, I let go of the
7 head, I come up. I give the arm to Pat as the
8 handcuffing process is going on.
9   Q. When's the Macing?
10  A. I believe right, maybe the second before
11 his arm pops out or as it's popping out. Might have
12 been maybe a second before.
13  Q. Before the handcuffs are applied or after?
14  A. Before.
15  Q. At the time -- and -- and who applies the
16 Mace?
17  A. Officer Hunter.
18  Q. Did -- was Officer Hunter ever -- any part
19 of Officer Hunter's body in contact with Mr.
20 Owensby?
21  A. I don't know.
22  Q. At this point in time that you've
23 described, where you have Mr. Owensby's arm out
24 and -- left arm out, and you're giving it to Officer

Page 127

1 Caton for handcuffing, Officer Sellers and Officer
2 Hodge are present?
3   A. I believe so.
4   Q. Now, we don't --
5   A. Yes, they were. Yes, they were.
6   Q. I'm sorry?
7   A. Yes, they were.
8   Q. We know where Officer Sellers was. He was
9 on the other side of Sam's when you left him --
10  A. Uh-huh.
11  Q. -- correct? Do you know where Officer
12 Hodge was before you had physical contact with Mr.
13 Owensby?
14  A. Where he was responding from?
15  Q. Yes.
16  A. I believe he was waiting for us in
17 Roselawn Park.
18  Q. And Roselawn Park is how far away from
19 Sam's Carry Out?
20  A. 100 yards, 200 yards. Not a big distance
21 at all. At the end of Sam's, that's where the park
22 begins, so.
23  Q. And Officer Hodge was in plain clothes or
24 old clothes --

Page 128

1   A. Yes.
2   Q. -- correct? Along with Officer Larson?
3   A. Lawson.
4   Q. Lawson?
5   A. Yes.
6   Q. Did someone request the Macing?
7   A. I believe Officer Caton did.
8   Q. What do you recall, if -- if you recall,
9 what did he say?
10  A. I don't remember it at the time, but it
11 was referred to me by both Pat and the other people
12 that were there, "Mace this mother fucker."
13  Q. And Officer Hunter applied the Mace --
14  A. Correct.
15  Q. -- correct? How far was Officer Hunter
16 from Mr. Owensby?
17  A. I don't know.
18  Q. Did you raise Mr. Owensby's head so that
19 Officer Hunter could apply the Mace?
20  A. I believe that was my statement at
21 Internal, so I would have to say that was the most
22 accurate recollection of it, yes.
23  Q. Well, did you?
24  A. I don't remember.

Page 129

1   Q. When you raised Officer -- I'm sorry.
2 When you raised Mr. Owensby's head to be Maced, how
3 did you do that?
4   A. I really don't know. I don't know at what
5 point that happened, and I can't fully recall how it
6 was done, if it was done.
7   Q. Where were you when the Mace was applied?
8   A. In the same position I referred to you as
9 earlier. I was laying on the left side.
10  Q. Were you still kneeling on the shoulder?
11  A. No.
12  Q. Where were your -- were you in a kneeling
13 position?
14  A. I don't remember.
15  Q. What did Officer Hodge do to assist in the
16 arrest of Mr. Owensby?
17  A. The exact things, I'm -- I don't really
18 recall. You're going to have to ask Officer Hodge.
19 I do know he was helping with the right arm to come
20 over and handcuff him. Exactly what he did, I don't
21 know.
22  Q. Did he use a PR-24?
23  A. Uh, incorrectly, yes.
24  Q. Okay. But, I mean, there was a billy club

Case 1:01-cv-00769-SAS   Document 108-34   Filed 03/11/2004   Page 4 of 5

Estate of Owensby vs. City of Cincinnati                        ROBERT BLAINE JORG
October 14, 2003

### Page 142

1  A. I don't remember.
2  Q. What about Officer Hunter?
3  A. I don't remember what he did.
4  Q. Is it fair to say that all of these --
5  that the -- these five officers, you, Officer Caton,
6  Officer Hodge, Officer Hunter and Officer Sellers
7  worked together in arresting Mr. Owensby?
8  A. Uh, not Webster, but it sounds like a
9  reasonable summation.
10  Q. Would you describe it as a team effort?
11  A. I guess.
12  Q. On the -- on that evening -- earlier that
13  evening, when you originally responded to Officer
14  Hasse and Sellers' car and there was a suspect in
15  the back seat, do you know why the suspect in the
16  back seat had been arrested?
17  A. Had to have been for a minor misdemeanor.
18  That's what they were missing was the minor
19  misdemeanor payout citation.
20  Q. Did you know what it was?
21  A. No.
22  Q. Did you ever talk to that person?
23  A. I don't remember if I did or not.
24  Q. Do you recall whether or not the person

### Page 143

1  was arrested for marijuana possession?
2  A. Sounds familiar, but the exact arrest, I
3  don't know.
4  Q. Do you have any idea of how much marijuana
5  the person had on him?
6  A. Nope.
7  Q. Do you know who the person was that was
8  arrested?
9  A. (shaking head).
10  Q. No?
11  A. No.
12      MR. MARTINS: Why don't we take our break
13  now.
14      VIDEOGRAPHER: Off the record. The time
15  is 1:55. We're changing to videotape number 3.
16      (Lunch recess.)
17      VIDEOGRAPHER: Time is 2:43 and we're back
18  on the record. This is videotape number 3.
19  BY MR. MARTINS:
20  Q. Sir, when we were -- before we took the
21  lunch break, we were at the point where Mr. Owensby
22  had been handcuffed. What happened after that?
23  A. Officer Caton -- it was basically time to
24  get Mr. Owensby from the ground to the police car.

### Page 144

1  At that point more cops started showing up. Golf
2  Manor was the closest vehicle to us. They were
3  asked if we could put Mr. Owensby in the back of
4  their police car, being the closest one to us. So
5  Officer Caton goes back down, attempts to pick Mr.
6  Owensby up by his pants, if I can remember
7  correctly. And with the spandex in them or whatever
8  elastic it was, it stretched and he didn't come up
9  off the ground.
10  Q. At this point in time was Mr. Owensby
11  moving?
12  A. Yes.
13  Q. How so?
14  A. Pretty much the typical person after
15  they've been Maced, kind of wincing the eyes and
16  trying to roll to their side. Typical response that
17  we've had.
18  Q. Did you see this?
19  A. Yes.
20  Q. You personally saw him wincing his eyes?
21  A. Yes, because he's rolling --
22  Q. Or blinking --
23  A. He's rolling up on --
24  Q. -- blinking his eyes?

### Page 145

1  A. Yes. He's slightly kind of going on his
2  side, wincing the eyes. The typical response we
3  have with the --
4  Q. So then, you also saw that his head was
5  cut?
6  A. I saw a light bit of blood there, yes.
7  Q. You-- all right.
8  A. Kind of a road rash scenario.
9  Q. Where was he cut?
10  A. From what I saw, it looked like over the
11  left temple -- or not temple, temple's over here.
12  Left eyebrow.
13  Q. What about on the right side of the face?
14  A. Didn't see anything there.
15  Q. Did you notice any other cuts on him?
16  A. Not at that time, no.
17  Q. So you knew, at least at that point in
18  time, that Mr. Owensby had been Maced, and you knew
19  that he had been injured and that he had a cut on
20  his head, correct?
21  A. A minor one, yes.
22  Q. Did you do anything to administer any type
23  of first aid?
24  A. Not at that time, no.

# AFFIDAVIT

---

STATE   OF   OHIO      :
                       : SS
COUNTY OF HAMILTON     :

I, Wendy Davies Welsh, Notary Public in and for the State of Ohio, do hereby state that the transcript of the deposition of Robert B. Jorg, deponent herein, having been submitted to said deponent for review and signature, has not been signed within the thirty (30) day period allowed under the Federal Rules; said deposition to now have the same force and effect as though signed.

_____
Wendy Davies Welsh, Court Reporter

Sworn to before me this ___ day of _____, 2004

_____
Thomas M. Blasing
Notary Public - State of Ohio
My commission expires: May 4, 2004