1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - -
ESTATE OF ROGER D.            :
OWENSBY JR., et al.,          :
                             :
        Plaintiffs,          :
    vs.                       :  Case No. 01-CV-769
                             : (Judge S. A. Spiegel)
CITY OF CINCINNATI,          :
et al.,                       :
                             :
        Defendants.          :
- - - - - - - - - - - - - -


        Videotaped deposition of DARREN VERESE

SELLERS, witness herein, called by the plaintiffs

for cross-examination, pursuant to the Federal Rules

of Civil Procedure, taken before me, Wendy Davies

Welsh, a Registered Diplomate Reporter and Notary

Public in and for the State of Ohio, at the offices

of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

Walnut Centre, 105 East Fourth Street, Cincinnati,

Ohio, on Tuesday, October 21, 2003, at 10:09 a.m.

Owensby, et al. vs. City of Cincinnati, et al.
October 21, 2003

**DARREN VERESE SELLERS**

Page 2

1 APPEARANCES:

2    On behalf of the Plaintiffs:

3        Paul B. Martins, Esq.
         Don Stiens, Esq.
4        Helmer, Martins & Morgan Co. LPA
         Suite 1900, Fourth & Walnut Centre
5        105 East Fourth Street
         Cincinnati, Ohio  45202
6        Phone:  (513) 421-2400

7        John J. Helbling, Esq.
         The Helbling Law Firm, L.L.C.
8        3672 Springdale Road
         Cincinnati, Ohio 45251
9        Phone:  (513) 923-9740

10   On behalf of the Defendants City of Golf Manor,
     Stephen Tilley, Roby Heiland and Chris
11   Campbell:

12       Lynne Marie Longtin, Esq.
         Rendigs, Fry, Kiely & Dennis
13       900 Fourth & Vine Tower
         One West Fourth Street
14       Cincinnati, Ohio  45202-3688
         Phone:  (513) 381-9200

15

16   On behalf of Defendants City of Cincinnati,
     Darren Sellers, Jason Hodge:

17

18       Geri Hernandez Geiler, Esq.
         Assistant City Solicitor
19            and
         Julie F. Bissinger, Esq.
20       Chief Counsel
         Department of Law
21       Room 214, City Hall
         801 Plum Street
22       Cincinnati, Ohio 45202
         Phone:  (513) 352-3346

23

24

---

Page 3

1 APPEARANCES (Continued):

2    On behalf of the Defendants Robert B. Jorg,
     Patrick Caton, Jason Hodge, Victor Spellen and
3    Darren Sellers:

4        Donald E. Hardin, Esq.
         Hardin, Lefton, Lazarus & Marks, LLC
5        915 Cincinnati Club Building
         30 Garfield Place
6        Cincinnati, Ohio 45202
         Phone: (513) 721-7300

7

8 Also present:

9    Richard W. Grubb, Videographer

10   Lisa Damstrom, Law Clerk
     Helmer, Martins & Morgan Co., L.P.A.

11 Mr. Roger Owensby

12 Mrs. Brenda Owensby

13 Mr. Shawn Owensby

14

15

16

17

18

19

20

21

22

23

24

---

Page 4

1                S T I P U L A T I O N S

2    It is stipulated by and among counsel for the

3 respective parties that the deposition of DARREN

4 VERESE SELLERS, witness herein, called by the

5 plaintiffs for cross-examination, pursuant to the

6 Federal Rules of Civil Procedure, may be taken at

7 this time by the notary; that said deposition may be

8 reduced to writing in stenotype by the notary, whose

9 notes may then be transcribed out of the presence of

10 the witness; and that proof of the official

11 character and qualifications of the notary is

12 expressly waived.

13

14

15

16

17

18

19

20

21

22

23

24

---

Page 5

1                    I N D E X

2    Examination by:              Page

3    Mr. Martins . . . . . . . . .    6

4    Ms. Longtin . . . . . . . . .   78

5    Mr. Martins . . . . . . . . .   80

6                 - - -

7                E X H I B I T S

8                                  Page
   Deposition Exhibit 37 . . . . . . . . . . . .   12
9  Deposition Exhibit 38 . . . . . . . . . . . .   23
   Deposition Exhibit 39 . . . . . . . . . . . .   22
10 Deposition Exhibits 40, 41 & 42 . . . . . .     41
   Deposition Exhibit 43 . . . . . . . . . . . .   13
11 Deposition Exhibit 44 . . . . . . . . . . . .   70
   Deposition Exhibit 45 . . . . . . . . . . . .   73
12 Deposition Exhibit 46 . . . . . . . . . . . .   74

13               - - -

14

15

16

17

18

19

20

21

22

23

24

**(800) 578-1542 * MERIT * (513) 381-8228**

Owensby, et al. vs. City of Cincinnati, et al.          DARREN VERESE SELLERS
October 21, 2003

Page 50

1 in his hand.
2    Q. If he -- if -- if Mr. Owensby's laying
3 face-down?
4    A. Uh huh.
5    Q. And somebody is pulling on the right arm,
6 would -- do you recall whether or not that was
7 causing Mr. Owensby's body to rotate onto the left,
8 making getting the left shoulder out more difficult?
9    A. I don't know. I don't know.
10    Q. And as I understand it, when you arrived,
11 and from what you saw, Mr. Owensby was not moving?
12    A. No.
13    Q. No, he was not moving?
14    A. He was not moving.
15    Q. Okay. You were asked in Jorg's trial and
16 also at the grand jury whether or not the difficulty
17 you had in getting the arm out was because of
18 resistance or just body weight. Do you recall that?
19    A. Yes.
20    Q. Okay. And as I understand it, you don't
21 know if -- if it was active resistance or simply the
22 weight on the body?
23    A. I don't know.
24    Q. At the time that you were trying to get

Page 51

1 the left arm out of Mr. Owensby, was anybody
2 exerting any weight on Mr. Owensby?
3    A. No.
4    Q. Did you ever --
5    A. Caton was still back in this area here,
6 but --
7    Q. Okay.
8    A. -- that's all I can remember.
9    Q. Do you know if he was kneeling or -- or
10 sitting on Mr. Owensby?
11    A. Sitting, he wasn't. Kneeling, he may have
12 been. Yes, he --
13    Q. Okay.
14    A. -- was kneeling.
15    Q. And as to Officer Jorg, do you know where
16 Officer Jorg was when you were trying to pull the
17 left arm out?
18    A. No.
19    Q. You don't know?
20    A. Huh-uh.
21    Q. At any time did you see Officer Jorg
22 kneeling on any portion of Mr. Owensby?
23    A. No.
24    Q. As I understand your testimony, after Mr.

Page 52

1 Owensby was handcuffed you saw Officer Caton strike
2 Mr. Owensby in the lower part of the back
3 approximately three or four times?
4    A. Yes, sir.
5    Q. Was this an open -- was this a fist, was
6 it an open palm strike, do you know?
7    A. I don't know for sure if it was open palm
8 or if it was a fist, but he did hit him.
9    Q. Did you say anything in response?
10    A. To myself. I -- I kind of said it, but it
11 wasn't loud enough for everybody to hear, and I'm
12 like, "He's cuffed, what is -- what is -- the hell
13 is he doing?" You know, that's the kind of -- kind
14 of thing I said to myself.
15    Q. And after Mr. Owensby was cuffed, also you
16 heard Officer Caton say something to the effect of,
17 Mace this mother fucker?
18    A. "Mace this fucker."
19    Q. And in response to that, Mr. Owensby's
20 head was lifted up and he was Maced?
21    A. No.
22    Q. Was he Maced?
23    A. He was Maced.
24    Q. Did you see his head lifted up?

Page 53

1    A. No.
2    Q. Who Maced him?
3    A. Officer Hunter.
4    Q. How did Hunter, if -- if you know, do you
5 know how Officer Hunter Maced him if his face --
6 well, how his face was situated?
7    A. His face was situated in kind of this --
8 in this fashion here.
9    Q. Down?
10    A. Yes.
11    Q. Face-down?
12    A. Yeah.
13    Q. Okay. Do you know how Hunter Maced him if
14 his face was down?
15    A. Hunter -- do you mean in the method he did
16 or --
17    Q. Yes.
18    A. He just went across like this on the side
19 of his face here with one burst of -- of chemical
20 irritant and that was it.
21    Q. And as I recall from looking at your
22 testimony, there was -- you -- you did not observe
23 any reaction by Mr. Owensby?
24    A. No.

Page 50 - Page 53

# _A F F I D A V I T_

- - -

STATE    OF    OHIO    :
                              :    SS
COUNTY OF HAMILTON    :


I, Wendy L. Welsh, Notary Public in and for the

State of Ohio, do hereby state that the transcript of the

deposition of DARREN VERESE SELLERS, deponent herein,

having been submitted to said deponent for review and

signature, has not been signed within the thirty (30) day

period allowed under the Federal Rules; said deposition to

now have the same force and effect as though signed.


_Wendy L. Welsh_
Wendy L. Welsh, Court Reporter


Sworn to before me this _8th_ day of _December_ , 2003.


_Thomas M. Blasing_
Thomas M. Blasing
Notary Public - State of Ohio

My commission expires:
May 4, 2004.