UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE ESTATE OF ROGER D. OWENSBY | : | CASE NO. 1:01-cv-00769 |
| | : | Judge Spiegel |
| Plaintiff | | |
| -vs- | : | |
| | | **ORDER GRANTING** |
| CITY OF CINCINNATI, et al., | : | **DEFENDANT CITY OF CINCINNATI'S MOTION** |
| Defendants. | : | **FOR EXTENSION OF TIME TO FILE MEMORANDUM IN** |
| | : | **OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| | : | |

For good cause shown the Court hereby grants Defendant City of Cincinnati's Motion for Extension of time to File Memorandum in Opposition to Motion for Summary Judgment. The City shall file its Memorandum on March 4, 2004.

IT IS SO ORDERED.

s/S. Arthur Spiegel
Judge Spiegel
U.S. District Court
Southern District of Ohio