UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ROGER D. OWENSBY JR., et al., | : : : : : : : : : : : : |
| Plaintiff, | Case No. 01-CV-769 |
| v. | Senior Judge S. Arthur Spiegel |
| CITY OF CINCINNATI, et al., | |
| Defendants. | |

**NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPT AND VIDEO TAPES OF CYRIL WECHT, M.D.**

Plaintiff in the above-captioned action hereby provides notice to all parties of the filing of the original transcript, condensed transcript, and video record of the February 25, 2004 deposition of Cyril Wecht, M.D. taken in Pittsburgh, Pennsylvania.

Respectfully submitted,

/s/Paul B. Martins
James B. Helmer, Jr.  (0002878)
Paul B. Martins (0007623
Frederick M. Morgan, Jr.  (0027687)
HELMER, MARTINS & MORGAN CO., LPA
Fourth & Walnut Centre
Suite 1900
105 East Fourth Street
Cincinnati, Ohio 45202-4008
Telephone:     (513) 421-2400
Facsimile:     (513) 421-7902

Trial Attorneys for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Filing Original Deposition Transcript and Video Tapes of Cyril Wecht, M.D. was electronically filed on March 30, 2004. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Paul B. Martins