

**FREUND FREEZE & ARNOLD**
A LEGAL PROFESSIONAL ASSOCIATION
www.ffalaw.com

Neil F. Freund, Esq.
(937) 222-2424 Office Dial
(937) 425-0228 Direct Fax
E-mail: nfreund@ffalaw.com

Dayton Office

One Dayton Centre
1 South Main Street
Suite 1800
Dayton, OH 45402-2017
(937) 222-2424
Fax (937) 222-5369

Fourth & Walnut Centre
105 East Fourth Street
Suite 1400
Cincinnati, OH 45202-4035
(513) 665-3500
Fax (513) 665-3503

January 7, 2004

SENT VIA FACSIMILE - ORIGINAL WILL FOLLOW BY REGULAR MAIL

Paul B. Martins
HELMER, MARTINS & MORGAN CO., LPA
Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, OH 45202-4008

    *RE: The Estate of Roger D. Owensby v. City of Cincinnati, et al.*

Dear Paul:

Pursuant to Judge Spiegel's Order, Defendants identify the following experts:

1) Charles V. Wetli, M.D. (Forensic Pathology)
2) Thomas Neuman, M.D. (Emergency Medicine)
3) Edward Nowicki (Police Procedures)
4) Ronald McCarthy (Police Procedures)
5) A Latent Print Examiner whose identity has yet to be determined, and a forensic toxicologist who will testify as to the white, chunky substance recovered from Roger Owensby's mouth.

Please call if you have any questions. Thank you.

Very truly yours,

FREUND, FREEZE & ARNOLD

Neil F. Freund

css
c: Mark Tillar, Esq.
John Helbling, Esq.
Don Hardin, Esq.
Wilson Weisenfelder, Jr., Esq.
Dale Stalf, Esq.
Ravert Clark, Esq.
Geri Geiler, Esq.

