

**FREUND FREEZE & ARNOLD**
A LEGAL PROFESSIONAL ASSOCIATION

www.ffalaw.com

Neil F. Freund, Esq.
(937) 222-2424 Office Dial
(937) 425-0228 Direct Fax
E-mail: nfreund@ffalaw.com

Dayton Office

One Dayton Centre
1 South Main Street
Suite 1800
Dayton, OH 45402-2017
(937) 222-2424
Fax (937) 222-5369

Fourth & Walnut Centre
105 East Fourth Street
Suite 1400
Cincinnati, OH 45202-4035
(513) 665-3500
Fax (513) 665-3503

March 8, 2004

SENT VIA FACSIMILE - ORIGINAL WILL FOLLOW BY ~~REGULAR MAIL~~ *Fed Ex*

Paul B. Martins
HELMER, MARTINS & MORGAN CO., LPA
Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, OH 45202-4008

    *RE: The Estate of Roger D. Owensby v. City of Cincinnati, et al.*

Dear Paul:

    Enclosed you will find the expert reports of Tom Neuman, M.D., John Olenik and Joseph Callanan. You will note that we have substituted Mr. Callanan for Ronald McCarthy and Edward Nowicki. We will not be calling Mr. McCarthy or Mr. Nowicki at trial.

    We will have Dr. Charles Wetli's report tomorrow and will fax a copy to your office as soon as we receive it.

    If you would like to take discovery depositions please let us know. Thank you.

                        Very truly yours,

                        FREUND, FREEZE & ARNOLD



                        Neil F. Freund

css
c:    Mark Tillar, Esq.
      John Helbling, Esq.
      Don Hardin, Esq.
      Wilson Weisenfelder, Jr., Esq.
      Ravert Clark, Esq.
      Geri Geiler, Esq.

**FREUND, FREEZE & ARNOLD**
One Dayton Centre
1 South Main Street, Suite 1800
Dayton, OH 45402-2017
tel (937) 222-2424
fax (937) 222-5369

# fax transmittal

| | |
|---|---|
| to: | Paul Martins ✓<br>Fax: (513) 421-7902<br><br>John Helbling ✓<br>Fax: (513) 923-9741<br><br>Mark Tillar ✓<br>Fax: (513) 761-6180<br><br>Don Hardin ✓<br>Fax: (513) 721-7008<br><br>Wilson Weisenfelder, Jr. ✓<br>Fax: (513) 381-9206<br><br>Ravert Clark ✓<br>Fax: (513) 621-2525<br><br>Geri Hernandez Geiler ✓<br>Fax: (513) 352-1515 |
| from: | Neil Freund |
| date: | March 8, 2004 |
| re: | Owensby v. Cincinnati |
| pages: | 26   (Including this cover sheet) |

Paul, we have attached the reports only. We will overnight the reports along with copies of the curriculum vitae, etc.

Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error or are not sure whether or not it is privileged, please notify the sender by telephone and return the original message to us by regular mail.

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                 0266
CONNECTION TEL                      915134217902
SUBADDRESS
CONNECTION ID
ST. TIME                 03/08 11:27
USAGE T                  09'17
PGS. SENT                26
RESULT                   OK
```

*Martins*

*ltr w/ attachments*

*Newman, Olenik & Callanan expert reports*

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE.

**FedEx USA Airbill**  FedEx Tracking Number **8449 0652 8776**

**1 From**
Date: 3-8-04
Sender's Name: Neil Freund
Sender's FedEx Account Number: 1125-8150-2
Phone: (937) 222-2424
Company: FREUND FREEZE & ARNOLD
Address: 1 S MAIN ST STE 1800
City: DAYTON    State: OH    ZIP: 45402-2017

**2 Your Internal Billing Reference**: 1438-4

**3 To**
Recipient's Name: Paul Martins
Phone: (513) 421-2400
Company: Strauss, Martins, & Morgan
Address: Fourth & Walnut Centre
Address: 105 E. 4th St., Suite 1900
City: Cincinnati    State: OH    ZIP: 45202-4008

**4a Express Package Service**
☒ FedEx Priority Overnight
☐ FedEx Standard Overnight
☐ FedEx First Overnight
☐ FedEx 2Day
☐ FedEx Express Saver

**4b Express Freight Service**
☐ FedEx 1Day Freight
☐ FedEx 2Day Freight
☐ FedEx 3Day Freight

**5 Packaging**
☒ FedEx Envelope
☐ FedEx Pak
☐ Other

**6 Special Handling**
☐ SATURDAY Delivery
☐ HOLD Weekday
☐ HOLD Saturday
Does this shipment contain dangerous goods?
☒ No  ☐ Yes  ☐ Yes Shipper's Declaration  ☐ Dry Ice  ☐ Cargo Aircraft Only

**7 Payment Bill to:**
☒ Sender  ☐ Recipient  ☐ Third Party  ☐ Credit Card  ☐ Cash/Check

**8 Release Signature**

0215

0266384645

447

Track Shipments
**Detailed Results**

 Quick Help

| | | | |
|---|---|---|---|
| **Tracking number** | 844906528787 | **Delivery location** | CINCINNATI OH |
| **Signed for by** | S.HALL | **Service type** | Priority Envelope |
| **Ship date** | Mar 9, 2004 | | |
| **Delivery date/time** | Mar 10, 2004 10:20 am | | |

| Date/time | | Status | Location | Comments |
|---|---|---|---|---|
| **Mar 10, 2004** | 10:20 am | Delivered | CINCINNATI OH | |

Signature proof      Track more shipments      &dsc=n&msc=n

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

Add a message to this email.

From

To

Send email

http://www.fedex.com/us/tracking/?link=6&pv=ja&action=track&ftc_3=null&template_ty...    3/29/2004



**FREUND FREEZE & ARNOLD**
A LEGAL PROFESSIONAL ASSOCIATION
www.ffalaw.com

Neil F. Freund, Esq.
(937) 222-2424 Office Dial
(937) 425-0228 Direct Fax
E-mail: nfreund@ffalaw.com

Dayton Office

One Dayton Centre
1 South Main Street
Suite 1800
Dayton, OH 45402-2017
(937) 222-2424
Fax (937) 222-5369

Fourth & Walnut Centre
105 East Fourth Street
Suite 1400
Cincinnati, OH 45202-4035
(513) 665-3500
Fax (513) 665-3503

March 9, 2004

SENT VIA FACSIMILE - ORIGINAL WILL FOLLOW BY ~~REGULAR MAIL~~ *Fed Ex*

Paul B. Martins
HELMER, MARTINS & MORGAN CO., LPA
Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, OH 45202-4008

   RE: *The Estate of Roger D. Owensby v. City of Cincinnati, et al.*

Dear Paul:

   Enclosed you will find the expert report of Charles Wetli, M.D. We will overnight his curriculum vitae. Please call if you have any questions. Thank you.

                                        Very truly yours,

                                        FREUND, FREEZE & ARNOLD



                                        Neil F. Freund

css
c:   Mark Tillar, Esq.
     John Helbling, Esq.
     Don Hardin, Esq.
     Wilson Weisenfelder, Jr., Esq.
     Ravert Clark, Esq.
     Geri Geiler, Esq.

**FREUND, FREEZE & ARNOLD**
One Dayton Centre
1 South Main Street, Suite 1800
Dayton, OH 45402-2017
tel (937) 222-2424
fax (937) 222-5369

# fax transmittal

| to: | Paul Martins ✓ |
| --- | --- |
| | Fax: (513) 421-7902 |
| | |
| | John Helbling ✓ |
| | Fax: (513) 923-9741 |
| | |
| | Mark Tillar ✓ |
| | Fax: (513) 761-6180 |
| | |
| | Don Hardin ✓ |
| | Fax: (513) 721-7008 |
| | |
| | Wilson Weisenfelder, Jr. ✓ |
| | Fax: (513) 381-9206 |
| | |
| | Ravert Clark ✓ |
| | Fax: (513) 621-2525 |
| | |
| | Geri Hernandez Geiler ✓ |
| | Fax: (513) 352-1515 |

| from: | Neil Freund |
| --- | --- |

| date: | March 9, 2004 |
| --- | --- |

| re: | Owensby v. Cincinnati |
| --- | --- |

| pages: | 5   (Including this cover sheet) |
| --- | --- |

*As req, attached is the last pg of previous fax. Please call if problem*

Unless otherwise indicated or obvious from the nature of this transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error or are not sure whether or not it is privileged, please notify the sender by telephone and return the original message to us by regular mail.

*Thanks,
Carol
(937) 913-0119*

```
            ***********************
            ***   TX REPORT    ***
            ***********************

    TRANSMISSION OK

    TX/RX NO              0290
    CONNECTION TEL              915134217902
    SUBADDRESS
    CONNECTION ID
    ST. TIME              03/09 09:54
    USAGE T               01'38
    PGS. SENT             5
    RESULT                OK
```

*Martins* (handwritten)

```
********************
***   TX REPORT   ***
********************

TRANSMISSION OK

TX/RX NO                    0297
CONNECTION TEL                      915134217902
SUBADDRESS
CONNECTION ID
ST. TIME                    03/09 10:19
USAGE T                        00'44
PGS. SENT                        2
RESULT                          OK
```



*(handwritten note): Martin's cover page + replaced last pg of Wetli's report*

**FedEx USA Airbill** — Sender's Copy

FedEx Tracking Number: 8449 0652 8787

**1 From** Please print and press hard.
- Date: 3-9-2004
- Sender's Name: Neil Freund
- Sender's FedEx Account Number: 1125-8150-2
- Phone: (937) 222-2424
- Company: FREUND FREEZE & ARNOLD
- Address: 1 S MAIN ST STE 1800
- City: DAYTON   State: OH   ZIP: 45402-2017

**2 Your Internal Billing Reference:** 1438-4

**3 To**
- Recipient's Name: Paul Martins
- Phone: (513) 421-2400
- Company: Helmer, Martins & Morgan
- Address: Fourth & Walnut Centre, 105 E. 4th St., Suite 1900
- City: Cincinnati   State: OH   ZIP: 45202-4008

**4a Express Package Service**
- [X] FedEx Priority Overnight
- [ ] FedEx Standard Overnight
- [ ] FedEx First Overnight
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

**4b Express Freight Service**
- [ ] FedEx 1Day Freight
- [ ] FedEx 2Day Freight
- [ ] FedEx 3Day Freight

**5 Packaging**
- [X] FedEx Envelope
- [ ] FedEx Pak
- [ ] Other

**6 Special Handling**
- [ ] SATURDAY Delivery
- [ ] HOLD Weekday at FedEx Location
- [ ] HOLD Saturday at FedEx Location

Does this shipment contain dangerous goods? [X] No  [ ] Yes  [ ] Dry Ice  [ ] Cargo Aircraft Only

**7 Payment** Bill to:
- [X] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

Total Packages: ___   Total Weight: ___   Total Declared Value: $ .00

**8 Release Signature**

0215

0266384645

447

Track Shipments
**Detailed Results**

 Quick Help

**Tracking number**   844906528776          **Reference number**   1438-4
**Signed for by**     S.HALL                **Delivery location**  CINCINNATI OH
**Ship date**         Mar 8, 2004           **Service type**       Priority Pak
**Delivery date/time** Mar 9, 2004 10:16 am

| Date/time | | Status | Location | Comments |
|---|---|---|---|---|
| **Mar 9, 2004** | 10:16 am | Delivered | CINCINNATI OH | |

[Signature proof]   [Track more shipments]   &dsc=n&msc=n

Email your detailed tracking results (optional)

Enter your email, submit up to three email addresses (separated by commas), add your message (optional), and click **Send email**.

Add a message to this email.

From
To

[Send email]

http://www.fedex.com/us/tracking/?link=6&pv=ja&action=track&ftc_3=null&template_ty...   3/29/2004