# CURRICULUM VITAE

## 1 January 2004

### CHARLES V. WETLI, M.D.

**Chief Medical Examiner**
**SUFFOLK COUNTY, NEW YORK**

**Clinical Professor of Pathology**
**SUNY at STONY BROOK, NEW YORK**

**TEL (631) 853-5538**
**FAX (631) 853-5537**

**E-MAIL: charles.wetli@co.suffolk.ny.us**

correspondence
Medical Examiner Office
P.O. Box 6100
Hauppauge, NY 11788-0099

location/deliveries
Medical Examiner Office
North County Complex, Bldg. #487
725 Veterans Memorial Highway
Hauppauge, NY  11787-4311

# CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

**I.    GENERAL:**

| | |
|---|---|
| **Full name:** | **Wetli, Charles Victor** |
| **Place of birth:** | **Green Bay, Wisconsin** |
| **Date of birth:** | **27 August 1943** |

**II.    EDUCATION AND TRAINING:**

**University:**

University of Notre Dame, South Bend, Indiana
Pre-professional studies (concentration in chemistry)
Degree - Bachelor of Science (6 June 1965)

**Medical School:**

St. Louis University School of Medicine, St. Louis, Missouri
September 1965 - June 1969
Degree - M.D., 31 May 1969

**Internship:**

Jackson Memorial Hospital and University of Miami School of Medicine, Miami, Florida, June 1969 - June 1970, Anatomic and Clinical Pathology

**Residency:**

Jackson Memorial Hospital, University of Miami School of Medicine and Veteran's Administration Hospital, Miami, Florida, June 1970 - June 1973

Dade County Medical Examiner Department and University of Miami School of Medicine September 1977 - September 1978, Forensic Pathology

## CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

**Government and Administration/Management:**

Forensic Administration - St. Louis University School of Medicine, Department of Pathology (Division of Forensic and Environmental Pathology) July 28-31, 1986, St. Louis, MO

Harvard Program for Senior Executives in State and Local Government, John F. Kennedy School of Government, Harvard University, Cambridge, MA, June 12 - July 1, 1988; Alumni Refresher Course (Harvard): 1989, 1990, 1991, 1992, 1993

## III.    CERTIFICATION AND LICENSURE:

National Board of Medical Examiners No. 107806, 1 July 1970

American Board of Pathology May 1974, Anatomic and Clinical Pathology

American Board of Pathology, May 1979, Forensic Pathology

State Board of Medical Examiners of the State of Florida, No. 16616, 4 September 1970 (inactive status as of January 1995)

Medical Licensure, State of Missouri (lapsed)

New York State (25 January 1995  No. 198336)

## IV.    MILITARY EXPERIENCE:

Reserve Commission (Berry Plan) U.S. Army, November 21, 1969, active duty September 1973 to August 1976,

Rank:          Major
Station:       U.S. Army Medical Laboratory Pacific (Japan)
Function:      Chief of Pathology Unit Emergency Room Coverage
Awards:        Certificate of Appreciation, Far East U.N. Command
               (April 1975)
               Army Commendation Medal, August 1976

**CURRICULUM VITAE**
**CHARLES V. WETLI, M.D.**

V.     **APPOINTMENTS:**

Associate Instructor of Otolaryngology (part-time), University of Miami School of Medicine, 1 August 1970 - 30 June 1973

Associate Medical Examiner, Dade County Medical Examiner Department, Miami, Florida, 1 July 1973 - 31 August 1973

Staff Pathologist, Daniel Seckinger, M.D. & Associates, P.A., Staff, Appointment to Cedars of Lebanon Health Care Center, Miami, Florida, September 1976 - September 1977

Director, Physician's Reference Laboratory, Miami, Florida, September 1976, September 1977

Associate Medical Examiner, Dade County Medical Examiner Department, Miami, Florida, September 1977 - October 1980

Deputy Chief Medical Examiner, Dade County Medical Examiner Department Miami, Florida, November 1980 - January 1995

Assistant Professor of Clinical Pathology, University of Miami School of Medicine Department of Pathology, Miami, Florida, September 1977 - June 1982

Clinical Associate Professor of Pathology, Department of Pathology, University of Miami School of Medicine, June 1982 - January 1995

Staff Instructor, Drug Enforcement Administration, 1980 - 1993

Chief Medical Examiner, Suffolk County, New York, February 1995 - present
**Note:** Accredited by National Association of Medical Examiners (NAME), April 2000, American Board Forensic Toxicology, April 1999, National Society of Crime Laboratory Directors (ASCLD/LAB), March 1997

**Note:** National Association of Counties (NaCo) Award for Mass Disaster Preparedness Program, May 2000 (Best in Category) and semifinalist in Innovations in American Government competition (JFK School of Government, Harvard University).

V.     **APPOINTMENTS (Continued):**

4

## CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

Lecturer in Forensic Pathology, State University of New York at Stony Brook, March 23, 1995 - 30 April 1996

Clinical Professor of Pathology, State University of New York at Stony Brook, 1 May 1996 - present  (local campus title: Professor of Clinical Pathology)
Regional Trauma Oversight Committee,  1996 – present
Trauma Peer Death Review Committee, 1999 - present
**Note:**  NYS Trauma Physician of Distinction, 1999, Presented by NYS Trauma Committee, American Trauma Society, NY Division

## VI.    JOURNAL MANUSCRIPT REVIEWER:

Journal of the American Medical Association, January 1983 - Present

American Journal Forensic Medicine & Pathology, January 1992 - Present

American Society Clinical Pathology Check Sample (see addendum)

Annals Internal Medicine (Occasional, since approximately 1990)

American Journal of Clinical Pathology (Dec. 1996 - Present)

## VII.    PROFESSIONAL AFFILIATIONS (Currently Active):

1.    **AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS**, Fellow No. F094661 - Elected October 1972
**ASCP ACTIVITIES:    SEE ADDENDUM**

2.    **AMERICAN ACADEMY of FORENSIC SCIENCES (FELLOW)**, February 1979

Discipline/Assessment Task Force Committee Member for Path/Bio    Section, November 1991 - Feb. 1995

## VII.    PROFESSIONAL AFFILIATIONS (Currently Active) (Continued):

3.    **NATIONAL ASSOCIATION of MEDICAL EXAMINERS**, August 1980

Ad Hoc Committee for Guidelines for Use of Pathology Assistants in Medical Examiner Offices.  (11/95 - 11/96).

Ad-Hoc Committee on Current Issues Response (9/97 - 2/98)

**CURRICULUM VITAE**
**CHARLES V. WETLI, M.D.**

Ad-Hoc Committee on NTSB-ME Linkage (9/97)

Ad-Hoc Committee on Cocaine (10/99 – 01/01)

Ad-Hoc Committee for Developing Guidelines for the Relationship Between Tissue Procurement Agencies and Medical Examiners/ Coroners (10/01 – present)

Accreditation Inspector for Bergen County, NJ, Medical Examiner Office (06-14-02).

4. **MEDICAL SOCIETY of the STATE of NEW YORK.** April 1995 - present. Forensic Committee, 1995 - present

5. **SUFFOLK COUNTY MEDICAL SOCIETY  1995 -** present

6. **NYS ASSOCIATION of COUNTY CORONERS and MEDICAL EXAMINERS.** 1997 - present

7. **NATIONAL DISASTER MANAGEMENT SYSTEM (D-MORT TEAM, REGION II),** 3/11/98 - present)

8. **COLLEGE OF AMERICAN PATHOLOGISTS (FELLOW),** May 2000 (Member No. 0073905)

9. **AMERICAN RED CROSS NATIONAL MEDICAL EXAMINER/CORONER ADVISORY COMMITTEE,** 1998 - present

10. **BRAIN INJURY ASSOCIATION OF NEW YORK STATE PROFESSIONAL ADVISORY BOARD,** November 2001 – present

11. **NEW YORK ORGAN DONOR NETWORK MEDICAL ADVISORY BOARD; CHAIRMAN TISSUE SUBCOMMITTEE,** January 2002 - present

## VIII.  PROFESSIONAL AFFILIATIONS (discontinued):

1. **College of American Pathologists,** Fellow No. 073905 - Elected May 1973 - December 1978 (resigned)

2. **The American Board of Pathology,** Forensic Pathology Test Committee, 1985-1989 (five year maximum tenure)

## CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

3.  **Florida Medical Examiners Commission**, 1985 Committee on Standards & Training (ad hoc), 1989 Committee on Operations & Procedures (ad hoc)

4.  **South Miami Medical Forum**, July 1984 - January 1995

5.  **Dade County Association of Chiefs of Police**, May 1989 - January 1995

6.  **American Society for Public Administration**, Jan. 1989 - 1995

7.  **National College of District Attorneys** - (Instructor) Lecturer of Merit Award, June 1990

## IX.    FORMAL MEDICAL AND FORENSIC PRESENTATIONS:

1.  Dermatofibrosarcoma Protuberans - Case Report, Zola Cooper Dermatology Seminar, at Convention of Southern Medical Association, Miami, Florida, November 1971, (Co-author, A. Bernard Ackerman)

2.  Cocaine-Related Deaths, Amer. Acad. Forensic Sci., Atlanta, Georgia, February 1979

3.  Potassium Chloride Overdose Deaths, Amer. Acad. Forensic Sci., Atlanta, Georgia, February 1979

4.  Propoxyphene Related Deaths, A Ten Year Assessment, Amer. Acad. Forensic Sci., New Orleans, Louisiana, February 1980

5.  Death from Primary Pulmonary Hypertension, Amer. Acad. Forensic Sci., New Orleans, Louisiana, February 1980 (Co-author, presented by Donna L. Brown, M.D.)

## IX.    FORMAL MEDICAL AND FORENSIC PRESENTATIONS (Continued):

6.  Fatal Hemorrhage from Peripheral Vascular Disease, Amer. Acad. Forensic Sci.; Los Angeles, California, February 1981 (Donna L. Brown, M.D., Co-author)

7.  The Body Packer Syndrome, Amer. Acad. Forensic Sci., February 1981 (Co-author, presented by R.E. Mittleman, M.D.)

8.  Forensic Aspects of Santeria, Amer. Acad. Forensic Sci., February 1981 (R.Martinez, Co-author)

## CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

9. Symposium on Drug Abuse, Plenary Session (Moderator), at Seventh International Congress of Cuban Physicians in Exile; 30 June 1981, Bal Harbour, Florida

10. Santeria: A Magico-Religious System of Afro-Cuban Origin; Amer. Assoc. for Soc. Psychiatry, 29 October 1981 (Co-author, presented by Rafael Martinez, M.A.)

11. Methaqualone-Related Death: 1971 - 1981 Amer. Acad. Forensic Sci., February 1982, Orlando, Florida (Poster Session)

12. The Fatal Cafe Coronary: A Two Decade Experience, Amer. Acad. Forensic Sci., February 1982, Orlando, Florida (Poster Session, Co-author, presented by R.E. Mittleman, M.D.)

13. The Threaded Bolt Pattern Injury, Amer. Acad. Forensic Sci., Orlando, Florida, February 1982 (Co-author, presented by R.E. Mittleman, M.D.)

14. Fungal Cerebritis in Intravenous Cocaine Abusers: Amer. Acad. Forensic Sci., February 1983 (Presented by Sigmund Menchel, M.D.)

15. Cocaine Overdose Deaths: Amer. Acad. Forensic Sci., February 1983 (Presented by Roger E. Mittleman, M.D.)

16. Cocaine Psychosis and Sudden Death in Recreational Cocaine Users: Amer. Acad. Forensic Sci., February 1985 (D. Fishbain, M.D., Co-author)

## IX. FORMAL MEDICAL AND FORENSIC PRESENTATIONS (Continued):

17. Cocaine and Sudden "Natural" Death: Amer. Acad. Forensic Sci., February 1986 (Presented by R.E. Mittleman, M.D.)

18. Methods and Risk of Suicide: Amer. Acad. Forensic Sci., February 1986 (Presented by David Neubauer, M.D.)

19. Forensic Significance of Petechiae: Int. Acad. Forensic Sci: August, 1986, Sri Lanka (Presented by Dr. Valerie Rao)

20. Deaths from Hurricane Andrew and its Aftermath. Amer. Acad. Forensic Sci.: February 1994, San Antonio, TX (Dr. Emma Lew, Co-author)

**CURRICULUM VITAE**
**CHARLES V. WETLI, M.D.**

21.    Altered Dopaminergic Synaptic Markers in Cocaine Psychosis and Sudden Death. J.K. Staley, C.V. Wetli, A.J. Ruttenber, W.L. Hearn, and D.C. Mash. College on Problems of Drug Dependency, June 1994, Palm Beach, Florida (presented by Dr. Staley).

22.    Resnik, B.I. and Wetli, C.V.: Lichtenberg's Flowers. Poster Exhibit (P341), Amer Acad Dermatology Annual Meeting (New Orleans, LA.) Feb. 4-9, 1995.

23.    Raval, M.P. and Wetli, C.V.: Sudden Death from Cocaine-Induced Excited Delirium: An Analysis of 45 Cases. Poster Session at Fall 1995 National Meeting, (New Orleans, LA) Sept. 18-20, 1995

24.    Wetli, C.V., Rao, A., Rao, V.J.: Fatal Heroin Body Packing. National Assn. Medical Examiners (Traverse City, MI), 18 September 1996

25.    Wetli, C.V.: The Crash of TWA-800: Lessons Learned National Assn. of Medical Examiners, (Baltimore, MD) 13 Sept. 1997.

26.    Wetli, C.V.: The History of Excited Delirium - 19th Century to the Present, National Assn. Medical Examiners interim meeting, (San Francisco, CA), 11 February 1998.

27.    Wetli, C.V. with Sathyavagaswaran, L.: The Medical Examiner and the News Media: The Good, The Bad and The Ugly; American Society of Clinical Pathologists, Resident Physician Section, (Los Angeles, CA), 6 April 1998

IX.    **FORMAL MEDICAL AND FORENSIC PRESENTATIONS (Continued):**

28.    Wetli, C.V., Kolovich, R., and Dinhofer, L.: A Modified Cardiectomy Technique: A Reasonable Solution to the Dilemma Regarding Determining Cause of Death vs. Heart Valve Procurement for Tissue Donation. Amer. Assoc. Tissue Banks 24th Annual Meeting, 10 September 2000, Bal Harbour, FL (Platform and Poster Presentation).

29.    Wetli, C.V., Kolovich, R., and Dinhofer, L.: A Modified Cardiectomy Technique: A Reasonable Solution to the Delimma Regarding Determining Cause of Death vs. Heart Valve Procurement for Tissue Donation. National Assoc. of Medical Examiner 34th Annual Conference, 17 September 2000, Indianapolis, IN.

30.    Wetli, C.V., Golden, R.M., Genna, R: Medical Examiner Conducted Disaster Exercise with Electronic Mapping. September 2000 (Poster Presentation)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

31.    Jentzen, J.M., Stephens, B., Wetli, C.V., Karch, S.:  The Certification of Cocaine-Related Deaths:  A Survey of Medical Examiner Offices.  18 September 2000 (Presented by
Dr. Jentzen)

32.    Shields, LBE, Hunsaker, D., Hunsaker, J., Holmes, R., Wetli, C.V.:
Atypical Autoerotic Deaths: An Ultra Extreme Sport.  Presented at the 37th
Annual Meeting of the National Association of Medical Examiners, 20 Sept. 2003 in San Jose, CA, by Dr. Shields


X.    **GOVERNMENTAL TESTIMONY AND SYMPOSIA:**

1.    Cocaine Related Deaths:  U.S. House of Representatives Select Committee on Narcotics Abuse and Control, 96th Congress, 26 July 1979  (U.S. Govt. Printing Office SCNAC-96-1-9, 1980)

2.    Homicides and Drug-Related Deaths in Dade County, Florida, Dade County Grand Jury, 11th Judicial Circuit of Florida, Fall term, 1981, 23 March 1982


X.    **GOVERNMENTAL TESTIMONY AND SYMPOSIA (Continued):**

3.    Cocaine-Related Deaths, New York State Division of Substance Abuse Services, Symposium on Cocaine, May 3 and 4, 1982, New York, N.Y. (Julio Martinez, Director)

4.    Methaqualone-Related Deaths, U.S. Senate Committee on Labor and Human Resources, Subcommittee on Investigations and General Oversight Hearing: Drug Abuse - Quaaludes, 13 May 1982

(Senator Paula Hawkins, Chairperson); Ninety-Seventh Congress, second session, pp 57-60

5.    Drug Abuse, Turks and Caicos Islands (British West Indies), "Hearts and Minds" Campaign (Invitation of Governor C.J. Turner and Minister of Health In Conjunction With U.S. Drug Enforcement Administration; 1-4 March 1983; 19-23 July 1983; 8-10 November 1984)

6.    Death Related to Methaqualone and Cocaine in Current Topics in Drug and Alcohol Abuse Symposium, April 1983.  Sponsored by the Academy of Medicine

### CURRICULUM VITAE
### CHARLES V. WETLI, M.D.

of New Jersey, the Medical Society of New Jersey, and the New Jersey State Department of Health

7.  Cocaine, Governor's Council on Drug and Alcohol Abuse, September 12, 1984 - Miami, Florida

8.  Cocaine, President's Commission on Organized Crime, 27 November 1984, Washington, DC, (Hon. Irving R. Kaufman, Chairman; James D. Harmon, Jr., Exec. Dir): Hearing IV, Organized Crime and Cocaine Trafficking, pp. 108-128

9.  Cocaine, Governor's Task Force on Cocaine, Tallahassee, 4 September 1986, (Hon. Janet Reno, Chairperson); Senate Judiciary Committee (Criminal), Tallahassee, 2 Dec. 1986 (Sen. Robert Johnson, Chairman)

10. Cocaine Toxicity: Panel Evaluation of N.Y.P.D. Response to Emotionally Disturbed Persons & Victims of Cocaine Psychosis. New York, N.Y., 5 Dec. 1989

## X.    GOVERNMENTAL TESTIMONY AND SYMPOSIA (Continued):

11. National Institute on Drug Abuse, Bethesda, MD. July 9-10, 1991:  "Acute Cocaine Intoxication: Current Methods of Treatment" (see NIDA Research Monograph No 123, NIH Publication 93-3498, 1993)

12. National Transportation Safety Board - Investigative Hearings Concerning the Crash of TWA-800. 8 December 1997, Baltimore, MD

13. NIH Teleconference:  Iniative on "Cardiovascular Complications Related to Cocaine Abuse in HIV Infection". 20 January 1998

## BIBLIOGRAPHY:

1.  Wetli, C.V.; Davis, J.H.; and Blackbourne, B.D.; **Narcotic Addiction in Dade County, Florida:   An Analysis of 100 Consecutive Autopsies**, Arch Path 93:330-343, 1972

2.  Wetli, C.V.; Pardo, V.; Millard, M.; and Gersten, K; **Tumors of Ceruminous Glands**, Cancer 29:1169-1173, 1972

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

3.    Wetli, C.V.; Heal, A.V.; and Miale, J.B.:   **A Previously Unrecognized Laboratory Hazard:  Hepatitis-B Antigen-Positive Control and Diagnostic Sera**, <u>Amer J Clin Path</u> <u>59</u>:684-687, 1973

4.    Wetli, C.V.; Noto, T.A.; and Fernandez-Carol, A.: **Immunologic Abnormalities in Heroin Addiction**, <u>South Med J</u> <u>67</u>:193-197, 1974

5.    Tyler, T.C.; Chandler, J.R.; Wetli, C.V.; and Moffitt, B.M:   **Olfactory Neuroblastoma**, <u>South Med J</u> <u>67</u>:193-197, 1974

6.    Weissman, B.W. and Wetli, C.V.: **Ameloblastoma of the Maxilla**, <u>South Med J</u> <u>70</u>:251-253, 1977

**BIBLIOGRAPHY (Continued):**

7.    Wetli, C.V. and Davis, J.H.:   **Fatal Hyperkalemia Due to Oral Overdose of Potassium Chloride**, <u>JAMA</u> <u>240</u>:1339, 1978 (Letter to Editor)

8.    Wetli, C.V. and Wright, R.K.: **Death Caused by Recreational Cocaine Use**, <u>JAMA</u> <u>241</u>:2519-2522, 1979

9.    Wetli, C.V.:   **Application of the Tri-ess Mini Metal Detector to Forensic Autopsies (or, How to Find the Elusive Projectile)**, <u>J Forensic Sci</u> <u>24</u>:656-659, 1979

10.    Wetli, C.V. and Bednarczyk, L.R.:   **Deaths Related to Propoxyphene Overdose: - A Ten Year Assessment**, <u>South Med J</u>, <u>73</u>:1205-1209, 1980

11.    Wetli, C.V.:   **Cocaine-Related Deaths in Local Drug Abuse: Trends, Patterns, and Issues - Proceedings of Community Correspondents Group**, <u>NIDA</u>, <u>1</u>:106-123 (Dec.), 1980

12.    Brown, D.L., Wetli, C.V., and Davis, J.H.: **Sudden Death from Primary Pulmonary Hypertension**, <u>J Forensic Sci</u> <u>26</u>:381-386, 1981

13.    Bednarczyk, L.R.; Wetli, C.V.; and Balkon, J: **Respirator Toxicology**, <u>J Forensic Sci</u> <u>26</u>:373-380, 1981

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

14.    Wetli, C.V.; Wright, R.K., and Gressmann, E.:  **A Case of Naked Hyperthermia, Forensic Pathology:  Check Sample,** <u>ASCP</u> #FP 81-1 (FP-114), Vol. 23, No. 1, 1981 (May)

15.    Wetli, C.V. and Mittleman, R.E.:  **The Body Packer Syndrome - Toxicity Following Ingestion of Illicit Drugs Packaged for Transportation,** <u>J Forensic Sci.</u> <u>26</u>:492-500, 1981

16.    Wetli, C.V., and Martinez, R.:  **The Forensic Science Aspects of Santeria - A Religious Cult of African Origin,** <u>J. Forensic Sci</u>, <u>26</u>:506-514, 1981

17.    Fishbain, D. and Wetli, C.V.:  **Cocaine Intoxication, Delirium and Death in a Body Packer,** <u>Ann of Emerg Med</u> <u>10</u>:531-532, 1981

**BIBLIOGRAPHY (Continued):**

18.    Wright, R.K., and Wetli, C.V.:  **A Guide to the Forensic Autopsy-Conceptual Aspects,** Sommers, S.C. and Rosen, P.P. (eds) <u>16</u>:273-288, 1981, <u>Path Ann: 1981,</u> Part 2

19.    Wetli, C.V.:  **Methaqualone Abuse - Resurgence of the Quiet Epidemic -** <u>Miami Medicine</u> <u>51</u>:21-25, 1981

20.    Mittleman, R.E. and Wetli, C.V.:  **The Fatal Cafe Coronary - Foreign Body Airway Obstruction,** <u>JAMA</u> <u>247</u>:1285-1288, 1982 (translated into Finnish edition) (Abstract and critique in:  Emergency Medicine Survey 1:114-116, 1982) (Abstract in: <u>Current Surgery</u> <u>39</u>:445-446, 1982

21.    Wetli, C.V. and Mittleman, R.E.:  **Aspiration of Food by Psychiatric Patients,** <u>JAMA</u> <u>248</u>:1712, 1982 (Reply to Editorial Letter by Wendkos, M.H.)

22.    Mittleman, R.E. and Wetli, C.V.:  **The Threaded Bolt Injury** <u>J Forensic Sci.</u> <u>27</u>:567-571, 1982

23.    Martinez, R., and Wetli, C.V.:  **Santeria: A Religious System of Afro-Cuban Origin,** <u>Amer J Soc Psych</u> <u>2</u>:32-38, 1982

24.    Lowery, S., and Wetli, C.V.:  **Sexual Asphyxia - A Neglected Area of Study,** <u>Deviant Behavior,</u> <u>4</u>:19-39, 1982

25.    Wetli, C.V.:  **Methaqualone-Related Deaths - A Survey of 2 Fatalities,** <u>JAMA</u> <u>249</u>:621-626, 1982 (translated into Japanese edition - August 1982)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

26.　Deming, J.E., Mittleman, R.E., and Wetli, C.V.: **Forensic Science Aspects of Fatal Sexual Assaults on Females**, J Forensic Sci 28:527-576, 1983

27.　Wetli, C.V., and Martinez, R.:  Brujeria - **Manifestations of Palo Mayombe in South Florida**, J Fla Med Assoc 70:629-634, 1983

28.　Wetli, C.V., Roldan, E., and Fojaco, R.:  **Listeriosis as a Cause of Maternal Death - An Obstetrical Complication of the Acquired Immunodeficiency Syndrome**, Amer J Obstet Gyn 147:7-9, 1983

**BIBLIOGRAPHY (Continued):**

29.　Wetli, C.V., Weiss, S.D. Cleary, T.J., and Gyori, E.: **Fungal Cerebritis from Intravenous Drug Abuse**, J Forensic Sci 29:260-268, 1984

30.　Wetli, C.V.:  **Investigation of Drug-Related Deaths - An Overview**, Amer J Forensic Med and Path, 5:111-120, 1984

31.　Wetli, C.V., Roldan, E., and Fojaco, R.:  **Listeriosis and AIDS - An Unfounded Assumption (Reply letter)**, Am J Obst Gyn 149:805-806, 1984

32.　Mittleman, R.E., and Wetli, C.V.:  **Death from Recreational Cocaine Use - An Update**, JAMA 252: 1889-1893, 1984; JAMA Edition Fracaise 10:244-247, 1985; 1986 Yearbook of Pathology and Clinical Pathology, pp 95-97

33.　Wetli, C.V.:  **Drug Abuse Prevention:  The Physician's Responsibility**, N.Y.S. Journal of Medicine 84:587, 1984 (commentary)

34.　Wetli, C.V. and Hensley, G.T.:  **A Case of Haitian AIDS** - ASCP Check Sample: FP 84-5, Vol. 26. No. 5 (FP-136), 1984

35.　Suarez, R.V. and Wetli, C.V.:  **Sudden Death Due to Coronary Artery Dissection** - ASCP Check Sample: FP-84:6, Vol. 26, No. 6 (FP-137), 1984

36.　Mittleman, R.E. and Wetli, C.V.:  **Death Caused by Cocaine**, Human Sexuality 19:9, 1985

37.　Micozzi, M.S. and Wetli, C.V.:  **Intravenous Amphetamine Abuse, Primary Cerebral Mucormycosis and Acquired Immunodeficiency**, J Forensic Sci 30:504-510, 1985

38.　Wetli, C.V., and Fishbain, D.A.:  **Cocaine-Induced Psychosis and Sudden Death in Recreational Cocaine Users**, J Forensic Sci 30:873-880, 1985

## CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

39. Eber, M. and Wetli, C.V.: **A Case of Autoerotic Sexual Asphyxia**, Psychotherapy 22:662-668, 1985

## BIBLIOGRAPHY (Continued):

40. Wetli, C.V.: **Let's Legalize Cocaine...and See What Happens**. The Miami News, pg 9A, 29 Sept., 1986 (editorial)

41. Beerman, R., Nunez, D., and Wetli, C.V.: **Radiographic Evaluation of the Cocaine Smuggler**, Gastrointestinal Radiol 11:352-354, 1986

42. Mittleman, R.E. & Wetli, C.V.: **Cocaine and Apparent "Natural Death"**, J Forensic Sci. 32:11-19, 1987

43. Wetli, C.V.: **Fatal Cocaine Intoxication - A Review**, Amer. J. Forensic Med. and Pathol 8:1-2, 1987

44. Wetli, C.V.: **Fatal Reactions to Cocaine, in Cocaine - A Clinician's Handbook**, Chapt. 4, pp 33-54; The Guilford Press, New York, 1987 (Washton, A. & Gold, M., eds)

45. Mittleman, R.E.; Mittleman, H.S and Wetli, C.V: **Pattern Injuries in Child Abuse**, Amer J Nursing 87:1185-1188, 1987

46. Wetli, C.V.: **The Medical Examiner as an Expert Witness**. The Practical Prosecutor, 1987:3-6, 1988 (Jan)

47. Grey, T.C., Mittleman, R.E., Wetli, C.V., and Horowitz, S.: **Aortoesophageal Fistula and Sudden Death - A Report of Two Cases and a Review of the Literature**, Amer J Forensic Med and Pathol 91:19-23, 1988

48. Rao, V.J. and Wetli, C.V.: **The Forensic Significance of Conjunctival Petechiae**. Amer J Forensic Med and Pathol 91:32-34, 1988

49. Wetli, C.V.: **The Medical Risks of Cocaine (editorial)** The West J of Med 148:456-457, 1988

50. Wetli, C.V., Mittleman, R.E. and Rao, V.J.: **Practical Forensic Pathology.** Igaku Shoin Publishers, Inc., April 1988, 1140 Avenue of the Americas, New York, New York 10036, ISBN 0-89640-144-8 (New York), ISBN 4-260-14144-9 (Tokyo)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

**BIBLIOGRAPHY (Continued):**

51.  Wetli, C.V.: **CAP Handbook on Unidentified Human Remains,** J Forensic Sci 33:852-853, 1988 (book review)

52.  Wetli, C.V. and Mittleman, R.E.:  **Forensic Pathology for The Hospital Pathologist - Part I,** Laboratory Medicine 20 (4):233-240, 1989 (Reprinted in J Amer Assoc Med Transcription 8(2):11-20, 1989)

53.  Wetli, C.V. and Mittleman, R.E.:  **Forensic Pathology for The Hospital Pathologist - Part II,** Laboratory Medicine 20 (5):299-304, 1989 (Reprinted in J Amer Assoc Med Transcription 8(4):27-36, 1989)

54.  Wetli, C.V.: **Foreword to:  Santeria - The Religion,** by M. Gonzalez-Wippler, Harmony Books, New York, 1989, pp VII-X

55.  Wetli, C.V.:  **On Being An Expert Witness,** Laboratory Medicine 20:545-550, 1989

56.  Wetli, C.V.:  **Afro-Caribbean Religious Cults - Santeria and Palo Mayombe,** Training Key #395, International Academy of Chiefs of Police, August, 1979

57.  Martinez, R. and Wetli, C.V.:  **Tattoos of the Marielitos,** Amer J Forensic Med and Path 10:315-325, 1989

58.  Rodriguez, M. and Wetli, C.V.:  **Sudden Death from Falciparum Malaria,** ASCP Check Sample FP 89-6 (FPK7) Vol. 31, No. 6, 1989

59.  Vila, R.I., Martin, J.V., Wetli, C.V. and Freeman, R.:  **Accidental Death from a Black-Powder Rifle Breech Plug,** Amer J Forensic Med and Path 11(3):241-243, 1990

60.  Hearn, W.L., Flynn, D.D., Hime, G.W., Rose, S., Cofino, J.C., Mantero-Atienza, E. Wetli, C.V. and Mash, D.C.:  **Cocaethylene: A Unique Cocaine Metabolite Displays High Affinity for the Dopamine Transporter,** J Neurochemistry 56(2):698-701, 1991

**BIBLIOGRAPHY (Continued):**

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

61.  Escobedo, L.G., Ruttenber, A.J., Agocs, M.M., Anda, R.F., and Wetli, C.V.: **Emerging Patterns of Cocaine Use and the Epidemic of Cocaine Overdose Deaths in Dade County, Florida**. Arch Pathol and Lab Med 115:900-905, 1991

62.  Mittleman, R.E. and Wetli, C.V.: **The Pathology of Cocaine Abuse**, Adv Pathol and Lab Med 4:37-73, 1991

63.  Ruttenber, A.F., Sweeney, P.A. Mendlein, J.M., and Wetli, C.V.: **Preliminary Findings of an Epidemiologic Study of Cocaine-Related Deaths in Dade County, Florida**. NIDA Research Monograph 110, 1991 (Schober, S. and Schade, C., eds) pp 95-112 ISBN 0-16-035854-X, DHHS Publication No (ADM) 91-1787

64.  Bell, M.D., Rao, V.J., Wetli, C.V., and Rodriguez, R.N.: **Positional Asphyxiation in Adults - A Series of 30 Cases from the Dade and Broward County Florida Medical Examiner Offices from 1982 to 1990**. Amer J Forensic Med & Pathol 13(2):101-107, 1992

65.  Escobedo, L.G., Ruttenber, A.J., Anda, R.F., Sweeny, P.A. and Wetli, C.V.: **Coronary Artery Disease, Left Ventricular Hypertrophy, and the Risk of Cocaine Overdose Death**. Coronary Artery Disease 3:853-857, 1992

66.  Wetli, C.V.: **The Pathology of Cocaine: Perspectives from the Autopsy Table in Acute Cocaine Intoxication:  Current Methods of Treatment**. NIDA Research Monograph 123, 1993, pp 172-182 (NIH Publication No 93-3498) - Reprinted in Practical Reviews in Pathology, Vol 18, No 3, July 1993 (Guest Transcript)

67.  Wetli, C.V.: **Investigation of Child Abuse Deaths;** CME Audiotape in Practical Reviews in Pathology, Vol 18, No 4, August 1993 (Guest Presentation)

68.  Pardo, V., Wetli, C.V., Strauss, J. and Bourgoignis, E.: **Renal Complications of Drug Abuse and Human Immunodeficiency Virus, in Renal Pathology**, 2nd edition, Tischer, C.C. and Brenner, B.M. (eds), J.B. Lippincott, Phila. 1994, pp 390-418 (ISBN 0-397-51240-6)

**BIBLIOGRAPHY (Continued):**

69.  Wetli, C.V. and Davis, J.H.:   **Participation of Physicians in Capital Punishment** (Letter to the Editor), New Eng J Med 330:936, 1994

70.  Wetli, C.V.:  Review of **"Pathology of Drug Abuse"** by Karch, S.B., Arch Pathol and Lab Med 118:553, 1994

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

71.  Staley, J., Basile, M., Wetli, C.V., Hearn, W.L., Flynn, D.D., Ruttenber, A.J. and Mash, D.C.: **Differential Regulation of the Dopamine Transporter in Cocaine Overdose Deaths.**  In NIDA Research Monograph **"Problems of Drug Dependence, 1993: Proceedings of the 55th Annual Scientific Meeting"**, Editor: Louis S. Harris, Ph.D., <u>141</u>, pp 32-38, 1994

72.  Staley, J.K, Hearn, W.L., Ruttenber, A.J., Wetli, C.V., and Mash, D.C.: **High Affinity Cocaine Recognition Sites on the Dopamine Transporter are Elevated in Fatal Cocaine Overdose Victims.**  J. Pharm. and Exptl. Therapeutics <u>271</u>:1678-1685.  1994

73.  Wetli, C.V.: **Illicit Drug Abuse** in Pathology of Environmental and Occupational Disease, Craighead, J.D. (ed), Mosby-Year Book, Inc., St. Louis, Chapt. 15. pp 259-268, 1995 (ISBN 0-8016-C7776-9)

74.  Wetli, C.V.:  **Answering the Call to Court,** Advance for Laboratory Administrators <u>4</u>:53-55, 1995.
Advance for Physicians Assistants <u>4</u>:27-32, 1996

75.  Raval, M.P., and Wetli, C.V.: **Sudden Death from Cocaine Induced Excited Delirium: An Analysis of 45 cases** (abstract) Amer J Clinical Path <u>104</u>(3):329, 1995

76.  Wetli, C.V.: **Forensic Issues, in The Textbook of Penetrating Trauma, Part X, Special Considerations,** Ivatury, R.R. and Cayten, C.G. (eds) Williams & Wilkins, Philadelphia, 1995 (1996), Chapt. 85, pp 1084-1099 (ISBN 0-683-04338-2)

77.  Karch, S.B. and Wetli, C.V.: **Agitated Delirium Versus Positional Asphyxia** (letter to editor) Ann. Emerg. Med. <u>26</u>(6): 760-761, 1995.

**BIBLIOGRAPHY (Continued):**

78.  Wetli, C.V.:  **Fatal Lightning Strike** Amer Soc. Clinical Pathologists Check Sample FP96-1, 38 (1), 1996

79.  Lew, E.O. and Wetli, C.V.: **Mortality from Hurricane Andrew**
J Forensic Sci <u>41</u>(3): 449-452, 1996.

80.  Wetli, C.V.: **Keraunopathology - An Analysis of 45 Cases** Amer J Forensic Med & Pathol. <u>17</u>(2): 89-98, 1996.

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

81.     Resnik, B.I. and Wetli, C.V.:   **Lichtenberg Figures** Amer J Forensic Med &
        Pathol. 17(2): 99-102, 1996.

82.     Wetli, C.V.: **Death Certificate Completion by Physicians** JAMA 276:279-280,
        1996 (letter to editor).

83.     Wetli, C.V., Mash, D., and Karch, S.B.: **Cocaine-Associated Agitated Delirium
        and the Neuroleptic Malignant Syndrome**   Am J Emerg. Med. 14:425-428,
        1996.14:425-428, 1996.

84.     Ruttenber, A.J., Lawler-Heavener, Yin, M., Wetli, C.V., Hearn, W.L. & Mash,
        D.C.: **Fatal Excited Delirium Following Cocaine use: Epidemiologic Findings
        Provide New Evidence for Mechanisms of Cocaine Toxicity** J. Forensic Sci
        42:25-31, 1997.

85.     Wetli, C.V.: **When Lawyers Call: Pathologists and Laboratorians as Expert
        Witnesses**. ASCP Check Sample, Laboratory Practice Management (LPM 96-3)
        2:35-48, 1997.

86.     DiPaolo, N., Fineschi, V., Dipaolo, M., Wetly (sic), C.V., Garosi, G., DelVecchio,
        M.T., and Bianciardi, G.:   **Kidney Vascular Damage and Cocaine** Clinical
        Nephrology, 47:298-303, 1997.

87.     Fineschi, V., Wetli, C.V., DiPaolo, M. and Baroldi, G.:   **Myocardial Necrosis
        and Cocaine.** Int J Legal Med 110:193-198, 1997.

88.     Wetli, C.V., Rao, A. and Rao, V.J.:   **Fatal Heroin Body Packing.**    Amer J
        Forensic Med & Pathol 18:312-318, 1997.


**BIBLIOGRAPHY (Continued):**

89.     Wetli, C.V. (ed): **Pathology of Drug Abuse** in **Drug Abuse Handbook**, Karch,
        S.B. (ed.-in-chief), CRC Press, Boca Raton, Chap. 1, pp 77-150, 1998, ISBN 0-
        8493-2637-0.

90.     Hollander, J.E., Levitt, M.A., Young, G.P., Briglia, E., Wetli, C.V., and Gawad,
        Y.: **Effect of Recent Cocaine Use on the Specificity of Cardiac Markers for
        Diagnosis of Acute Myocardial Infarction.** Am. Heart J 135:245-252, 1998

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

91.    Wetli, C.V.: Commentary on Genius vs State  (986 F.Supp. 668 D. Mass 1997) **Hex Appeal: Did Voodoo Terror Bring Insanity?** Forensic Echo 2:3-4, 1998

92.    Wetli, C.V., Mittleman, R.E., and Rao, V.J.: **An Atlas of Forensic Pathology (subtitle Forensic Pathology - A Descriptive Atlas of the Latter Twentieth Century).** American Society of Clinical Pathologists (ASCP Press), Chicago, 1999  ISBN 0-89189-430-6

93.  Wetli, C.V.: **Disaster's Trauma to Rescuers (commentary)** Forensic Echo 3(6): 13-14, 1999  (May)

94.    Wetli, C.V.:  **Perspectives in Pathology:  The Two Worlds of Autopsy.** Advance for Administrators of the Laboratory, 8(4): 14-16, 1999

95.    Okia, Z. and Wetli, C.V.:  **Arrythmogenic Right Ventricular Dysplasia and Sudden Death.** Amer. Soc. Clin. Path. Check Sample FP 99-6  41(6): 75-92, 1999

96.    Wetli, C.V.: **Body Traces Bullet.** The Forensic Panel Letter 3(11): 16, 1999

97.    Wetli, C.V.:  **Dead Baby Diagnosis Valid?**  Commentary on People vs.Lind (Illinois, 718 N.E. 2d 316): **When Do Injuries Establish Intent?** The Forensic Panel Letter (online www.forensicpanel.com), April 26, 2000.

98.    Wetli, C.V.:  Book Review: **Criminal Poisoning: Investigation Guide for Law Enforcement, Toxicologists, Forensic Scientists and Attorneys** by Trestrial III, John Harris Lab. Med 32:49, 2001

**BIBLIOGRAPHY (Continued):**

99.    Torres-Matundan, E., and Wetli, C.V.: **Salicylate Poisoning.**  ASCP Check Sample FP00-09, 42(9): 113-124, 2001

100.    Wetli, C.V.: **Autopsy Safety.** Laboratory Medicine 32:451-453, 2001

101.    Wetli, C.V. and Golden, R.M.:  **Mass Disaster Management**, ASCP Check Sample FP01-10, 43: 119-138, 2001

102.    Wetli, C.V., Kolovich, R.M. and Dinhofer, L.:  **Modified Cardiectomy: Documenting Sudden Cardiac Death in Hearts Selected for Valve Allograft Procurement.** Amer J Forensic Med & Pathol. 23(2): 137-141, 2002

**CURRICULUM VITAE**
**CHARLES V. WETLI, M.D.**

103. Wang, J., Biedrzycki, L., Wetli, C.V.: **Delayed Cardiac Death from Vehicular Trauma: Heart Attack by Motorcycle**. ASCP Check Sample FP02-6, <u>44</u>:69-81, 2002 (ISSN 1056-5922)

104. Wetli, C.V., Krivosta, G. and Sturiano, J.V.: **Open Revolver Cylinder at the Suicide Death Scene**. Amer J. Forensic Med & Pathol. <u>23(3)</u>: 229-233, 2002

105. Wetli, C.V.: **The Medical Examiner's Role in Organ & Tissue Recovery**. On the Beat (NY Organ Donor Network). <u>6</u>:12, 2003. Update (publication of UNOS – United Network for Organ Sharing), May-June, 2003, p. 29.

**CURRICULUM VITAE**
**CHARLES V. WETLI, M.D.**

## ADDENDUM  I

**AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS ACTIVITIES**

Forensic Council of Commission on Continuing Education 1982-1988 (Chairman, 1986-1988); ex officio 1989-2001
Forensic Resource Council, January 2002 - present

Check Sample: Editor for Forensic Council, 1985 - present

      Associate Editor for Check Sample Program &
Editor-in-Chief of Anatomic Pathology, 1990-1993

      Executive Committee, (Editorial Group) April 1993 -        present

Abstract Review Subcommittee for Anatomic Pathology: May 1988 - present

American Journal of Clinical Pathology Editorial Board (Dec. 1996 - present)

Check-Path Program Forensic Expert Review Panel 1992 - present

Resident In-Service Examination ("RISE") National Contributing Editor for Forensic Pathology (test committee) June 1998 - present

George F. Stevenson Society, Nov. 2000 - present

ASCP Awards:
Commission of Continuing Education Medal, November 1988
Distinguished Service Award, May 1989

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

### Check Samples Published:

FP 81-1 (FP-114) - Naked Hyperthermia (ref. 14)
FP 84-5 (FP-136) - Haitian AIDS (ref. 34)
FP 84-6 (FP-137) - Coronary Artery Dissection (ref. 35)
FP 89-6 (FP-167) - Sudden Death from Falciparum Malaria (ref. 58)
FP 96-1 (FP-212) - Fatal Lightning Strike (ref. 78)
LPM96-3 (LPM-13)- When Lawyers Call: Pathologists and
Laboratorians as Expert Witnesses (ref. 85)
FP 00-09 (FP-260) – Aspirin Toxicity (ref. 99)
FP01-10 (FP271) – Mass Disaster Management (ref. 101)
FP02-06 (FP277) – Delayed Cardiac Death from Vehicular Trauma
(ref. 103)

## AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS ACTIVITIES (cont'd)

### Teleconferences:
Drug Overdose Deaths June and October, 1985; September 1988
Forensic Pathology for the Hospital Pathologist - Part I May 1989
Anatomy of Firearms Injuries (Dr. Geetha Ann Natarajan,
Co-director): October 1995

### ASCP Workshops:

#4430:     **Man & Machine:** Evaluating the Auto Accident Victim (Co-director with Dr. James Benz), October 1982, October 1983; Revised, with Dr. Don Reay as Co-director: November 1985, April 1987, March 1993

#4436:     **Forensic Pathology for the Hospital Pathologist** (with Dr. Roger Mittleman as Co-director), October 1984, April 1985, November 1985, April 1986, March 1987, October 1987, April 1988, March 1989 October 1989, March 1991, April 1992, September 1995

#4443:     **Pathology of Drug Abuse** (with Dr. Allen Jones, Co-director) October 1988, October 1989, October 1990; (with Dr. Geetha Natarajan, Co-director), September 1995

## AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS ACTIVITIES (cont'd)

# CURRICULUM VITAE
# CHARLES V. WETLI, M.D.

#A-135:    **The Art of Courtroom Testimony,** October 1989 (Mini-workshop)

#4447:    **The Art of Courtroom Testimony,** October 1990, March 1991, October 1992, October 1993, October 1994, October 1996

#A-152:    **Euthanasia and Physician-Assisted Suicide** (Mini-workshop) October 1994

#4454:    **Anatomy of Firearms Injuries** (with Dr. Geetha Natarajan, Co-director) April 1995, April 1996, April 1997

#A-166:    **Death Certification,** October 1996, September 1997, October 2000 (Mini- Workshop)

#A-190    **Forensic Pathology Chat Room,** October 2000

#R-233    **Forensic Pathology Round Table (Lawyers, Courts & Judges),** October 2000

## ASCP DINNER SEMINARS PRESENTED
(Workshop #4410)

## DINNER SEMINARS  (1982 - Present; Director 1986-1988)

1982:   Spontaneous Human Combustion;
Fungal Cerebritis in IV Cocaine Abuse

1983:   The Body Packer Syndrome;
Graves, Skulls, and Blue Tattoos
(Afro-Caribbean Religions).

1984:   Two Point Contact; (cylinder flare in GSW homicide)
Psychotic Heat (excited delirium and cocaine).

1985:   Double Impact; (in automobile crash)
Silence Please: Murder in Progress (firearms silencers)
Lust Murder

## DINNER SEMINARS  (Cont'd.)

### CURRICULUM VITAE
### CHARLES V. WETLI, M.D.

1986:  Potential Significance of the Hexagram;
       Sudden Death in Crisis Intervention;
       Delayed Symptoms (Amoxapine Overdose);
       Blood, Alcohol and Trauma

1987:  Trial by Press;
       Hyperacute Cerebral Edema in an Adult

1988:  Blackpowder Backfire; (breech plug fatality)
       Sudden Death in Mental Illness (Neuroleptic Malignant     Syndrome)

1989:  The Explosion  (deflagration vs bomb)
       A Fatal Breeze (CO poisoning).

1990:  An Epitaph of Adolfo De Jesus Constanzos;
       From Natural Causes (not so apparent manner of death).

1991:  A Maturational Arrest (in the grief reaction),
       The Hemlock Debate, (assisted suicide, euthanasia)
       If At First You Don't Succeed...; (multiple SGW suicide).
       Tales Bullets Tell (bullet cytology).

1992:  Time of Death;
       Candomble
       A Not-So-Spontaneous Subarachnoid Hemorrhage (vertebral        artery
       laceration).

1993:  Colombian Entrepreneur  (heroin body packer)
       Death of a Healthy Child  (child abuse)
       Deaths From Hurricane Andrew

1994:  A Matter of Position (gunshot wound problem solving);
       The Naked Truth (autoerotic sexual asphyxia)
       Chango's Revenge (Fatal Lightning Strike)

1995:  "The Chameleon" (approach to the Police Shooting).
       Fatal Firearm Facsimile (Black Powder Firearms)
       Gasping Baby Syndrome (Benzyl Alcohol Toxicity)

**CURRICULUM VITAE**
**CHARLES V. WETLI, M.D.**

**DINNER SEMINARS  (Cont'd.)**

      1996:  Degenerate Dissection (Heroin Body Packer)
              Degenerative Deglutination (Food Aspiration in Elderly)
              Acute Exhaustive Mania, Excited Delirium and the  Neuroleptic
              Malignant Syndrome

      1997:  Press, Politics and Mass Disaster (TWA 800 Disaster).
              Of Broken Bones and Dry Gas (Homicidal Methanol Poisoning)
              Forensic Stridor (Sudden Death from Laryngeal Tuberculosis)

      2000:  Modified Cardiectomy
              Suicide with Open Revolver Cylinder