UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| The Estate of Roger D. Owensby Jr., | : | Case No. 01-CV-769 |
| Plaintiff | : | (Judge S. Arthur Spiegel) |
| v. | : | |
| | | AFFIDAVIT OF HARRY ROBERTS |
| City of Cincinnati, et al., | : | PRESIDENT OF THE QUEEN CITY LODGE |
| Defendant | : | NO. 69, FRATERNAL ORDER OF POLICE |

STATE OF OHIO          }
                       } ss:
HAMILTON COUNTY, OHIO  }

I, Harry Roberts, being first duly cautioned and sworn, hereby depose and state that all of the information contained herein is true and accurate to the best of my knowledge and belief:

1. I am the President of the Queen City Lodge No.69, Fraternal Order of Police.

2. I have personal knowledge of and am competent to testify to the matters stated herein.

3. Attached hereto are the following documents kept in the ordinary course of business at the Queen City Lodge No.69, Fraternal Order of Police:

   Ex. A: Officer Patrick Caton's Demand for Arbitration for Grievance No. 29-03, contesting his dismissal from the Cincinnati Police Department and supporting documents.

   Ex. B: Officer Victor Spellen's Demand for Arbitration for Grievance No. 30-03, contesting his dismissal from the Cincinnati Police Department; Notice of Hearing; Decision in Grievance; and City's Motion and Application to vacate Arbitration Award.

  Exc. C: Officer Jason Hodge's request for Peer Review contesting his discipline and supporting documents.

4. The above are true and accurate copies of the above-identified documents.

5. Officer Robert Blaine Jorg was not disciplined and accepted another position in law enforcement after his voluntary resignation from the Cincinnati Police Department.

Further, Affiant sayeth naught.

Harry Roberts
President, Queen City Lodge No. 69,
Fraternal Order of Police

Sworn to before me and subscribed in my presence this 29th day of March, 2004.

Jennifer M. Junius, Notary Public
State of Ohio
My Commission Expires: 1-28-08