# American Arbitration Association

## Labor Arbitration Rules

To institute proceedings, please send three copies of this demand *and the arbitration agreement*, with the filing fee as provided in the rules, to the AAA. Send the original demand to the respondent.

### Demand for Arbitration

DATE: March 25, 2003

TO: Name of the Union ☐  Employer ☒   City of Cincinnati, OH
(of the Party on Whom the Demand Is Made)

Address __ City Hall, 801 Plum Street, Room 15

City and State __ Cincinnati, Ohio __ ZIP Code 45202

Telephone ( 513 ) 352-3000 __ Fax 352-5273

Name of Representative __ Mr. Jude Johnson, H. Resource Analyst
(if Known)

Representative's Address __ Centennial II, 805 Central Ave. 2nd Floor

Name of Firm (if Applicable) __ City of Cincinnati, Ohio

City and State __ Cincinnati, Ohio __ ZIP Code 45202

Telephone ( 513) _____ Fax 352-5273

The named claimant, a party to an arbitration agreement contained in a written contract dated 12-10-00--- 12-21-02 and providing for arbitration under the Labor Arbitration Rules of the American Arbitration Association, hereby demands arbitration thereunder.

THE NAME OF THE GRIEVANT: Fraternal Order of Police on behalf of P.O. Patrick Caton

THE NATURE OF THE DISPUTE: Grievance No. 29-03
Dismissal from the Cincinnati Police Department

'03 MAR 25 AM 8:29

THE CLAIM OR RELIEF SOUGHT (the Amount, if Any): Requesting the Notice of Disciplinary Action alleging Neglect of Duty and Failure of Good Behavior with a penalty of dismissal from the Cincinnati Police Department and any other disciplinary action served upon him be reversed.

HEARING LOCALE REQUESTED: __ Cincinnati, Ohio 45202
(City and State)

You are hereby notified that copies of our arbitration agreement and of this demand are being filed with the American Arbitration Association at its Cincinnati, OH office with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement after notice from the administrator.

Signed _____  Title President
(May Be Signed by a Representative)

Name of the Claiming Union or Employer __ Fraternal Order of Police, Queen City Lodge No. 69

Address (to Be Used in Connection with This Case) __ 1900 Central Parkway

City and State __ Cincinnati, Ohio __ ZIP Code 45214

Telephone ( 513 ) 381-2550 __ Fax 381-2552

Name of Representative __ Roger Webster, President

Name of Firm (if Applicable) __ FOP Lodge No. 69

Representative's Address __ 1900 Central Parkway

City and State __ Cincinnati, OH __ ZIP Code 45214

Telephone ( 513- ) 381-2550 __ Fax 381-2552

☐ MEDIATION is a nonbinding process. The mediator assists the parties in working out a solution that is acceptable to them. If you wish for the AAA to contact the other parties to ascertain whether they wish to mediate this matter, please check this box (there is no additional administrative fee for this service).

Form L2-5/94

# AMERICAN ARBITRATION ASSOCIATION
## Notice of Hearing

November 17, 2003

William Gustavson
1011 Paradrome Street
Cincinnati, OH 45202

Julie F. Bissinger
City of Cincinnati
801 Plum Street
Room 214, City Hall
Cincinnati, OH 45202

Re: 52 390 00250 03
    FOP Lodge No. 69
    vs
    City of Cincinnati

Grievances:     Patrick Caton, 29-03, Dismissal from the Cincinnati Police Department

PLEASE TAKE NOTICE that a hearing in the above-entitled arbitration will be held as follows:

Place:    Centennial 2 Plaza 513-352-1507
          HR Training Room
          805 Central Ave.
          Suite 200
          Cincinnati, OH 45202

Date:    February 24, 2004
Time:    09:00 AM

Date:    February 25, 2004
Time:    09:00 AM
Before: Linda D. Klein

NOTE:

Please attend promptly with your witnesses and be prepared to present your proofs.

                               Tina M. Sprawl
                               Case Manager
                               513 241 8434
                               Sprawlt@adr.org

NOTICE: The arbitrator(s) have arranged their schedule and reserved the above date(s) based on the advice of the parties. Therefore, every effort should be made to appear on the date(s) scheduled. In the event that unforeseen circumstances make it impossible to attend the hearing as scheduled, a party requesting a postponement should obtain the agreement of the other party. If there is no mutual agreement, the arbitrator(s) will make a determination. All requests for postponements must be communicated to the Case Manager not the arbitrator). There should be no communication between the parties and the neutral arbitrator(s) other than at oral hearings. In some instances, postponements are subject to cancellation fees by the arbitrator(s). Any party wishing a stenographic record must make arrangements directly with the stenographer and notify the other parties in advance of the hearings.

cc:     Linda D. Klein
        Roger A. Webster
        Jude Johnson

## HARDIN, LEFTON, LAZARUS & MARKS, LLC
### ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| DONALD E. HARDIN | CINCINNATI OFFICE: | OF COUNSEL: |
| DAVID H. LEFTON | 915 CINCINNATI CLUB BUILDING | GARY R. LEWIS |
| STEPHEN S. LAZARUS* | 30 GARFIELD PLACE | GARY R. LEWIS CO., LPA |
| EDWARD G. MARKS | CINCINNATI, OHIO 45202-4322 | (513) 665-9222 |
| DAVID E. HARDIN | TELEPHONE: (513) 721-7300 | |
| *ALSO ADMITTED IN D.C. | FACSIMILE: (513) 721-7008 | TRICOUNTY OFFICE: |
| | | 29 NORTH D STREET |
| | | HAMILTON, OHIO 45013-3128 |
| | | (513) 868-8229 |

November 10, 2003

Ms. Yara Luca
Senior Case Manager
American Arbitration Association
250 East Fifth Street
Suite 420
Cincinnati, Ohio 45202-4173



Re: 52 390 00250 03
*Patrick Caton; 29-03*
*Dismissal from the Cincinnati Police Department*

Dear Yara:

I am in receipt of your correspondence dated November 7, 2003. Please be advised that based on a conflict of interest, I am no longer handling this case. Instead, Officer Caton will be represented by Mr. William Gustavson at 1011 Paradrome Street, Cincinnati, Ohio 45202. Please direct all correspondence to him but continue to carbon copy Mr. Webster. Thank you for your assistance in this matter.

Sincerely yours,

HARDIN, LEFTON, LAZARUS & MARKS, LLC

Stephen S. Lazarus

SSL:da
cc: Mr. Roger Webster, President ✓
    William Gustavson, Esq.

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

November 7, 2003

250 East Fifth Street, Suite 420, Cincinnati, OH 45202-4173
telephone: 513-241-8434 facsimile: 513-241-8437
internet: http://www.adr.org/

Stephen S. Lazarus
Hardin, Lefton, Lazarus & Marks, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202

Julie F. Bissinger
City of Cincinnati
801 Plum Street
Room 214, City Hall
Cincinnati, OH 45202

Re: 52 390 00250 03
    FOP Lodge No. 69
    vs
    City of Cincinnati

Grievances:    Patrick Caton, 29-03, Dismissal from the Cincinnati Police Department

Will the parties please advise the following:

1. Hearing Location:

Place: __City will provide location__    Phone: _____

Address: _____    City, State, Zip _____
(Please provide directions and/or a map to the location for the Arbitrator)

2. Time: __9:30 a.m.__

3. Do you plan to use a court reporter? ____ Yes __X__ No

4. Hearing will be held : February 24 & 25, 2004

5. Before: Linda D. Klein

Please return the above information to our office on or before: (January 23, 2003)

Completed by _____

Party __Fraternal Order of Police Lodge No. 69__

cc:  Linda D. Klein
     Roger A. Webster
     Jude Johnson
     William Gustavson--Fax# 421-3043

via fax and US Mail

# American Arbitration Association

## LABOR ARBITRATION RULES

To institute proceedings, please send three copies of this demand *and the arbitration agreement*, with the filing fee as provided in the rules, to the AAA. Send the original demand to the respondent.

### DEMAND FOR ARBITRATION

DATE: March 25, 2003

TO: Name of the Union ☐  Employer ☒  City of Cincinnati, OH
(of the Party on Whom the Demand Is Made)

Address: City Hall, 801 Plum Street, Room 15
City and State: Cincinnati, Ohio   ZIP Code: 45202
Telephone ( 513 ) 352-3000   Fax: 352-5273
Name of Representative: Mr. Jude Johnson, Human Resource Analyst
(if Known)
Representative's Address: Centennial II, 805 Central Ave. 2nd Floor
Name of Firm (if Applicable): City of Cincinnati, Ohio
City and State: Cincinnati, Ohio   ZIP Code: 45202
Telephone ( 513 ) 352-1705   Fax: 352-5273

The named claimant, a party to an arbitration agreement contained in a written contract dated 12-10-00--- 12-21-02 and providing for arbitration under the Labor Arbitration Rules of the American Arbitration Association, hereby demands arbitration thereunder.

THE NAME OF THE GRIEVANT: Fraternal Order of Police on behalf of P.O. Victor Spellen

THE NATURE OF THE DISPUTE: Grievance No. 30-03
Dismissal from the Cincinnati Police Department

THE CLAIM OR RELIEF SOUGHT (the Amount, if Any): Requesting the Notice of Disciplinary Action alleging Dishonesty and Failure of Good Behavior with a penalty of dismissal from the Cincinnati Police Department and any other disciplinary action placed upon him be reversed.

HEARING LOCALE REQUESTED: Cincinnati, Ohio 45202
(City and State)

You are hereby notified that copies of our arbitration agreement and of this demand are being filed with the American Arbitration Association at its Cincinnati, OH office with a request that it commence administration of the arbitration. Under the rules, you may file an answering statement after notice from the administrator.

Signed _____   Title: President
(May Be Signed by a Representative)

Name of the Claiming Union or Employer: Fraternal Order of Police, Queen City Lodge No. 69
Address (to Be Used in Connection with This Case): 1900 Central Parkway
City and State: Cincinnati, Ohio   ZIP Code: 45214
Telephone ( 513 ) 381-2550   Fax: 381-2552
Name of Representative: Roger Webster, President
Name of Firm (if Applicable): FOP Lodge No. 69
Representative's Address: 1900 Central Parkway
City and State: Cincinnati, OH   ZIP Code: 45214
Telephone ( 513- ) 381-2550   Fax: 381-2552

☐ MEDIATION is a nonbinding process. The mediator assists the parties in working out a solution that is acceptable to them. If you wish for the AAA to contact the other parties to ascertain whether they wish to mediate this matter, please check this box (there is no additional administrative fee for this service).

Form L2-6/94

# AMERICAN ARBITRATION ASSOCIATION
## Notice of Hearing

June 16, 2003

Stephen S. Lazarus
Hardin, Lefton, Lazarus & Marks, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202

Julie F. Bissinger
City of Cincinnati
801 Plum Street
Room 214, City Hall
Cincinnati, OH 45202

Re: 52 390 00251 03
    FOP Lodge No. 69
    vs
    City of Cincinnati

Grievances:    Victor Spellen, 30-03, Dismissal from the Cincinnati Police Department

PLEASE TAKE NOTICE that a hearing in the above-entitled arbitration will be held as follows:

Place:  City Hall
        801 Plum Street, Room 115
        Cincinnati, OH 45202

Date:  September 18, 2003
Time:  09:00 AM

Date:  September 19, 2003
Time:  09:00 AM
Before: Elliot Newman

NOTE:

Please attend promptly with your witnesses and be prepared to present your proofs.

Yara Luca<br>
Senior Case Manager<br>
513 241 8434<br>
Lucay@adr.org

NOTICE: The arbitrator(s) have arranged their schedule and reserved the above date(s) based on the advice of the parties. Therefore, every effort should be made to appear on the date(s) scheduled. In the event that unforeseen circumstances make it impossible to attend the hearing as scheduled, a party requesting a postponement should obtain the agreement of the other party. If there is no mutual agreement, the arbitrator(s) will make a determination. All requests for postponements must be communicated to the Case Manager not the arbitrator). There should be no communication between the parties and the neutral arbitrator(s) other than at oral hearings. In some instances, postponements are subject to cancellation fees by the arbitrator(s). Any party wishing a stenographic record must make arrangements directly with the stenographer and notify the other parties in advance of the hearings.

cc:  Elliot Newman, Esq.
      Roger A. Webster
      Jude Johnson

| | |
|---|---|
| THE MATTER OF ARBITRATION BETWEEN | DECISION IN GRIEVANCE |
| CITY OF CINCINNATI, OHIO | GRIEVANCE OF VICTOR SPELLEN |
| AND | AAA NO. 52-390-0251-03 |
| QUEEN CITY LODGE NO. 69, FRATERNAL ORDER OF POLICE | |

| | |
|---|---|
| HEARINGS: | September 18 and 19, 2003 |
| GRIEVANCE: | The grievance alleges that the Employer did not have just cause when it terminated Police Officer Spellen. |
| AWARD: | The grievance is sustained as is set forth herein. |
| ARBITRATOR: | Elliot Newman |

APPEARANCES

| FOR THE UNION | FOR THE EMPLOYER |
|---|---|
| Stephen S. Lazarus, Esquire | Jonathan J. Downes, Esquire<br>Benjamin S. Albrecht, Esquire |

Page 1

IN THE COURT OF COMMON PLEAS
HAMILTON COUNTY, OHIO

CITY OF CINCINNATI, OHIO
   801 Plum Street
   Cincinnati, Ohio 45202

        Plaintiff,

vs.

QUEEN CITY LODGE NO. 69, FRATERNAL :
   ORDER OF POLICE
   1900 Central Parkway :
   Cincinnati, Ohio 45202

      :

        Defendant.

CASE NO. A0401110

JUDGE

COPY FILED
CLERK OF COURTS
HAMILTON COUNTY
FEB - 9 2004
GREGORY HARTMANN
COMMON PLEAS COURTS

---

**PLAINTIFF'S MOTION AND APPLICATION TO VACATE ARBITRATION AWARD WITH MEMORANDUM IN SUPPORT**

---

Now comes the City of Cincinnati, Ohio and respectfully moves this Court for an order vacating the arbitration award attached hereto pursuant to Ohio Revised Code Chapter 2711, as well as, all other appropriate statutory provisions. Plaintiff makes this request for the reasons that the Arbitrator exceeded his powers in violation of Ohio Revised Code Section 2711.10, and deviated from the essence of the collective bargaining agreement between the parties. The arbitration decision was issued by Arbitrator Elliot Newman on November 12, 2003. Support for this Motion is set forth in the Memorandum attached hereto and incorporated herein.

                                            By: _____
                                            Jonathan J. Downes  (0009905)
                                            Benjamin S. Albrecht (0072873)
                                            Downes, Hurst & Fishel
                                            400 South Fifth St., Suite 200
                                            Columbus, OH 43215
                                            (614) 221-1216 - phone
                                            (614) 221-8769 – facsimile
                                            *Counsel for Plaintiff*

Grievance Number  07-2004     3/11/04
                              *FUK: Personal*

# Fraternal Order of Police
# Queen City Lodge 69
Grievance Form

**PEER REVIEW**

Date of Filing   3/11/04
Time of Filing   12:39 PM
Grievance Received by: _____

Grievant: Fraternal Order of Police on behalf of Police Officer Jason Hodge

2. **Contract Provision Allegedly Violated**: Article III, Peer Review

3. **Time, Date, Place of Occurrence**: FOP Notified 03/10/04

4. **Statement of Grievance** (include events and conditions of the grievance and persons responsible.):

The above-captioned grievant is dissatisfied with his Notice of Disciplinary Action alleging Neglect of Duty and Failure of Good Behavior with a penalty of 24 working hours suspension. This officer wishes to take the matter to the Peer Review Panel.

Attachment: 2 Pages.

_____
Signature of Grievant

I am Requesting Peer Review in this Matter.

Home # 307-2152

Thank-you.
J. Hodge
DST 1

Form 32
Page 2

Form 32 Attachment
Pre-Disciplinary Hearing
November 18, 2002
Police Officer Jason L. Hodge

Charges: Failure of Good Behavior and Neglect of Duty

### SPECIFICATION I:

On November 7, 2000, Officer Hodge was aware Mr. Owensby was injured. Officer Hodge failed to tend to or seek medical aid for Mr. Owensby's injuries.

Officer Hodge's actions are in violation of Rule 1.01 (C) of the Manual of Rules and Regulations for the Cincinnati Police Division, which states:

Rule 1.01   Members shall not commit any acts or omit any act, which constitute of any of the rules, regulations, procedures, directives, or orders of the Division.

    C. Members shall not negligently fail to carry out any rule, regulation, procedure, directive, or order of the Division, which leads to physical injury to another or financial loss to the Division. To wit:

Procedure 12.545 <u>Use of Force</u>

Policy (in part);

> Following any use of force resulting in the citizen's injury, officers will ensure appropriate first aid is rendered immediately once the incident scene is stabilized.

### Specification II

The allegation that on November 7, 2000, Officer Hodge observed a medical injury to Mr. Owensby and rendered no appropriate first aid immediately once the incident scene is stabilized is sustained. Officer Hodge's action violated CPD Procedure Manual Section 12.545, Use of Force, and the Manual of Rules and Regulations and Disciplinary Process, Section Two, 2.12.

Rule 2.12   Members are responsible for insuring the safety and welfare of persons and their personal property when transporting or having custody of persons who are sick, injured, arrested, or incapacitated in any way.

Procedure 12.545