```
Mon Apr  5 15:20:31 2004

   UNITED STATES DISTRICT COURT
        CINCINNATI, OH

Receipt No.   100 422447
Cashier          kjl

Check Number:  110029

DO Code    Div No
 4661        1

Sub Acct  Type Tender      Amount
1:086900   N    2          100.00
2:510000   N    2          150.00
3:086900   N    1            5.00

Total Amount         $     255.00

FREUND FREEZE & ARNOLD

APPEAL FEE C-1-01-769



Mon Apr  5 15:20:31 2004

Check No.  110029
Amount$    250.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661
```