RECEIVED

APR - 5 2004

LEONARD GREEN, Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

CASE NO.

ESTATE OF ROGER OWENSBY, JR.,

Plaintiff-Appellee,

v.

CITY OF CINCINNATI, et al.,

Defendants-Appellants

---

**PETITION FOR EXPEDITED APPEAL UNDER 28 U.S.C. § 1292(b); REQUEST FOR STAY OF THE TRIAL COURT'S PROCEEDINGS PENDING APPEAL; ALTERNATIVE MOTION TO CERTIFY QUESTION TO THE OHIO SUPREME COURT OF APPELLANTS-DEFENDANTS CITY OF CINCINNATI AND POLICE CHIEF THOMAS J. STREICHER, JR.**

---

J. Rita McNeil (0043535)
City Solicitor

Neil F. Freund (0012183)
Trial Attorneys
Vaseem S. Hadi (0075617)
FREUND, FREEZE & ARNOLD
One Dayton Centre
1 South Main Street, Suite 1800
Dayton, OH 45402-2017
(937)222-2424
(937)222-5369 (fax)
nfreund@ffalaw.com
vhadi@ffalaw.com

Geri Hernandez Geiler(0042081)
Sr. Assistant City Solicitor
Julie F. Bissinger (0012055)
Chief Counsel
City Solicitor's Office

Mark Tillar(0029898)
240 Clark Road
Cincinnati, Ohio 45202

John Helbling (0046727)
3672 Springdale Road
Cincinnati, Ohio 45251
513-923-9740

Donald E. Hardin(0022095)
Hardin, Lefton, Lazarus & Marks, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202
513-721-7300
513-721-7008(fax)

Wilson Weisenfelder, Jr. (3303179)
Rendigs, fry, Kiely & Dennis, LLP
900 Fourth & Vine Tower

Dale Stalf(0000471)
Buckley, King & Bulso
1320 PNC Center
201 E. Fifth Center
Cincinnati, Oh 45202
513-412-5400