# TRANSMISSION FORM

| | |
|---|---|
| **District Court:** S.D. of Ohio (Western Division) | **APPEAL INFORMATION to be completed by the Sixth Circuit** |
| **District Court Case No:** 1:01cv0769 | Court of Appeals Case No: **04-3441** |
| **SHORT CAPTION** | |
| **ESTATE OF ROGER D. OWENSBY** | Case Manager: |
| Plaintiff/Petitioner | Date Filed: |
| vs. | |
| **CITY OF CINCINNATI, et al.** | **FILED**<br>APR 0 6 2004<br>LEONARD GREEN, Clerk |
| Defendant/Respondent | |
| *provide pro se address IF NOT on the docket sheet | |
| **District Court Judge:** S. ARTHUR SPIEGEL | **Anything That Needs Special Attention**<br>Interlocutory<br>NOTICE OF APPEAL(DOC.122) appealing ORDER(DOC.113) entered on 3/25/2004. |
| **Court Reporter(s):** | |
| **From Deputy Clerk:** ARTHUR HILL | |
| **Date:** 4/5/2004 | |
| $255.00 Appeal Filing Fee Paid? YES | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: **JAMES BONINI** _____
United States District Court

04 APR -7 AM 9:34

FILED
JAMES BONINI
CLERK