AFFIDAVIT

The undersigned, being duly cautioned and sworn, deposes and states as follows:

1.    My name is Charles V. Wetli, M.D. I am a physician and the Chief Medical Examiner of Suffolk County, located at Hauppauge, New York. I am also a Clinical Professor of Pathology at the State University of New York at Stony Brook, New York. I have been board certified in Anatomic and Clinical Pathology since 1974, and in Forensic Pathology since 1979. Attached is a true and accurate copy of my Curriculum Vitae, updated as of July 3, 2002.

2.    I have personally performed nearly 7000 autopsies and have supervised and reviewed thousands more. Numerous cases involved the evaluation of asphyxia, strangulation and choke holds.

3.    I was consulted by the attorney for R. Blaine Jorg to review the autopsy of Roger Owensby, Jr., to determine the cause of death of Mr. Owensby. I have reviewed the autopsy report of Roger Owensby, Jr., the microscopic slides from the autopsy, the autopsy photographs, the University Hospital medical report, the EMS record, various photographs, including photographs of Ariel St. Clair and George Weaver with their arms around the neck of a police officer, the property report of the evidence recovered concerning Mr. Owensby, the trial testimony of Dr. Daniel L. Schultz, who performed the autopsy of Roger Owensby, Jr., and statements of witnesses Brian Menefee, Ariel St. Clair, George Weaver, and Police Officer Robert Heiland. Although other evidentiary materials are available, I am able to render an opinion on the cause of death of Roger Owensby, Jr., based on the above described items, all of which are hereby incorporated by reference. All of the opinions that I describe in this affidavit are based on my personal knowledge, my review of the evidentiary materials described above, based on my education, training and experience, and I hold all of my opinions to a reasonable degree of medical certainty.

4.    Roger Owensby, Jr., did not die from any type of asphyxia, including a mechanical asphyxia, or a choke hold. Roger Owensby, Jr., died a sudden cardiac death - i.e. an

arrhythmia, which follows a period of intense exertion, from the effects of epinephrine
(adrenaline) and nor-epinephrine. Further, it has been shown that many such individuals also
experience profound metabolic acidosis, which may also lead to a sudden cessation of cardiac
function.

     5.     The following are the basis for my opinion that Roger Owensby, Jr., died from
Sudden Cardiac Death:

- The death occurred suddenly;
- There is a chest wall injury, but no evidence that there was chest compression
  with no ability to breath for 3-5 minutes, which would be necessary to cause an
  asphyxia;
- There is absolutely no evidence of neck injury;
- It is inconceivable that a forearm bar hold as demonstrated in the photographs of
  St. Clair and/or Weaver would not leave any injury in the neck of a non-sedated,
  struggling man with the habitus of Mr. Owensby;
- Sudden loss of vital signs after an intense period of physical exertion is typical for
  a cardiac arrhythmia;
- Additionally, the petechiae, which are pinpoint hemorrhages in the white portion
  of the eye, are not adequately depicted in the autopsy photographs, casting doubt
  on their actual existence;
- However, if you assume that there were petechiae in the right eye, but not
  depicted in the photograph of the left eye, as testified to by Dr. Schultz, it would
  be evidence of a localized injury to the right eye like you would receive from an
  irritant or dirt, not from an asphyxia. If Mr. Owensby had been asphyxiated, there
  would have been bilateral petechiae, or equal petechiae in both eyes, which would
  have been easily observed and photographed;
- The bruises to Mr. Owensby's back are consistent with blows from a fist, not
  from compression with knees as testified to by Dr. Schultz; and

Witnesses indicated Mr. Owensby walked from the arrest scene to the police car, and then had a sudden loss of vital signs while alone in the police car, which means that Roger Owensby, Jr., could not have died during his arrest, but died from a sudden cardiac event in the police car.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Charles V. Wetli, M.D.

Personally appearing before me this 23rd day of September, 2002, was Charles V. Wetli, M.D., known to me, who swore that the foregoing was true to the best of his knowledge and belief.

Vera Morea
Notary Public, State of New York
No. 4893719
Qualified in Suffolk County
Commission Expires May 18, 2003

_____
Notary Public

## CERTIFICATE OF SERVICE

This is to certify that a copy of this motion has been served on all counsel of record on this ___ day of September, 2002, by regular U.S. mail, postage prepaid.

_____
William M. Gustavson

4

Chief Medical Examiner
Suffolk County, New York

## Charles V. Wetli, M.D.

Clinical Professor of Path.
SUNY at Stony Brook, N.Y.

March 8, 2004

Mr. Neil F. Freund
c/o Freund, Freeze and Arnold
One Dayton Centre
1 South Main Street
Suite 1800
Dayton, Ohio 45402-2017

RE:     Owensby v. City of Cincinnati, et al

Dear Mr. Freund:

Regarding the death of Roger D. Owensby, the following materials have been reviewed:

- Death certificate
- Toxicology report
- Hospital emergency department records
- EMS records
- Autopsy report and photographs
- Histologic sections
- Photographs of police officer and shirt; witness demonstration
- Property report
- Statements of Police Officer Robert Heiland, Security Guard Brian Menefee, Ariel St. Clair (11-08 and 12-00), George Weaver
- Report of Cyril Wecht (10 September 2002)
- Trial testimony (excerpts) of Police Officer Hunter, Dr. Schultz, Dr. Parrott
- Deposition transcripts of Dr. Schultz, EMT Coburn
- Grand jury testimony of Dr. Parrott

Very briefly, Mr. Owensby was involved in an intense struggle with several police officers during an attempted arrest. During the struggle, it was alleged that he was struck by fists, choked, sprayed with pepper extract, and that his chest was compressed. After being handcuffed, he was placed in the back of a police car. There are conflicting statements as to whether he walked to the police car or not. Shortly after being placed in the police car he was found to be without vital signs, and resuscitative efforts were to no avail.

The postmortem examination revealed only some abrasions and deep contusions to the scapular area bilaterally. Petechiae of the eyes were described as being present in the

2

right and scattered in the left, and associated with "scleral hemorrhage and conjunctival hemorrhage." In later deposition testimony the petechiae were described as "florid." No neck injury was identified, and there were no rib fractures. The 395 gram heart (predicted weight for height is 321 grams) had hypertrophy of both left and right ventricular walls (1.8 and 0.4 cm. thickness respectively). Toxicological analysis was negative except for cannabinoids. A hemoglobin electrophoresis was not done, and postmortem chemistry studies were not done. Death was attributed to "mechanical asphyxia" from compression of the neck and/or chest.

It should be noted that the photographs do not depict scattered petechiae nor "florid" petechiae of the eyes. At best there may be two petechiae of the sclera of the right eye. Also, it should be noted that if the deep contusions of the back were from a knee grinding into and compressing the back, one would expect to see rather obvious abrasions from the friction of the clothing. Deep contusions such as depicted here more likely result from a forceful impact which does not result in abrasions and does not necessarily cause externally evident bruising (this is sometimes seen at impact points on the legs of pedestrians struck by automobiles).

My opinion, to a degree of reasonable medical certainty, as to the cause of death of Roger Owensby remains the same as stated in my affidavit dated 13 September 2002 (nos. 4 & 5):

4. Roger Owensby, Jr., did not die from any type of asphyxia, including a mechanical asphyxia, or a choke hold. Roger Owensby, Jr., died a sudden cardiac death – i.e. an arrhythmia, which follows a period of intense exertion, from the effects of epinephrine (adrenaline) and nor-epinephrine. Further, it has been shown that many such individuals also experience profound metabolic acidosis, which may also lead to a sudden cessation of cardiac function.

5. The following are the basis for my opinion that Roger Owensby, Jr., died from Sudden Cardiac Death:

   • The death occurred suddenly;
   • There is a chest wall injury, but no evidence that there was chest compression with no ability to breath for 3-5 minutes, which would be necessary to cause an asphyxia;
   • There is absolutely no evidence of neck injury;
   • It is inconceivable that a forearm bar hold as demonstrated in the photographs of St. Clair and/or Weaver would not leave any injury in the neck of a non-sedated, struggling man with the habitus of Mr. Owensby;
   • Sudden loss of vital signs after an intense period of physical exertion is typical for a cardiac arrhythmia;
   • Additionally, the petechiae, which are pinpoint hemorrhages in the white portion of the eye, are not adequately depicted in the autopsy reports, casting doubt on their actual existence:

- However, if you assume that there were petechiae in the right eye, but not depicted in the photograph of the left eye, as testified to by Dr. Schultz, it would be evidence of localized injury to the right eye like you would receive from an irritant or dirt, not from an asphyxia. If Mr. Owensby had been asphyxiated, there would have been bilateral petechiae, or equal petechiae in both eyes, which would have been easily observed and photographed;
- The bruises to Mr. Owensby's back are consistent with blows from a fist, not from compression with knees as testified to by Dr. Schultz; and
- Witnesses indicated Mr. Owensby walked from the arrest scene to the police car, and then had a sudden loss of vital signs while alone in the police car, which means that Roger Owensby, Jr., could not have died during his arrest, but died from a sudden cardiac event in the police car.

It should also be noted that there was reportedly some vomitus at the arrest scene and at least some witnesses indicated Mr. Owensby was actually dragged to the police car and appeared unconscious. Terminal vomiting is often seen with sudden cardiac death, particularly when there is abundant gastric content (Mr. Owensby had 300 ml material in his stomach at autopsy). Hence, it is also possible he could have had his cardiac arrhythmia at the arrest scene (i.e. before being placed in the police car). However, what is important is that there is no physical or historical evidence to support a death from mechanical asphyxia. The sudden loss of vital signs during the terminal event of his life is typical for and characteristic of sudden cardiac death, particularly in the presence of an enlarged heart.

These opinions are held to a degree of reasonable medical certainty.

Yours truly,

Charles V. Wetli, M.D.
Chief Medical Examiner

CVW/pam

# CURRICULUM VITAE

### 1 January 2004

### CHARLES V. WETLI, M.D.

**Chief Medical Examiner**
**SUFFOLK COUNTY, NEW YORK**

**Clinical Professor of Pathology**
**SUNY at STONY BROOK, NEW YORK**

**TEL (631) 853-5538**
**FAX (631) 853-5537**

**E-MAIL: charles.wetli@co.suffolk.ny.us**

correspondence
Medical Examiner Office
P.O. Box 6100
Hauppauge, NY 11788-0099

location/deliveries
Medical Examiner Office
North County Complex, Bldg. #487
725 Veterans Memorial Highway
          Hauppauge, NY 11787-4311

# CURRICULUM VITAE
# CHARLES V. WETLI, M.D.

I. **GENERAL:**

| | |
|---|---|
| **Full name:** | **Wetli, Charles Victor** |
| **Place of birth:** | **Green Bay, Wisconsin** |
| **Date of birth:** | **27 August 1943** |

II. **EDUCATION AND TRAINING:**

### University:

University of Notre Dame, South Bend, Indiana
Pre-professional studies (concentration in chemistry)
Degree - Bachelor of Science (6 June 1965)

### Medical School:

St. Louis University School of Medicine, St. Louis, Missouri
September 1965 - June 1969
Degree - M.D., 31 May 1969

### Internship:

Jackson Memorial Hospital and University of Miami School of Medicine, Miami, Florida, June 1969 - June 1970, Anatomic and Clinical Pathology

### Residency:

Jackson Memorial Hospital, University of Miami School of Medicine and Veteran's Administration Hospital, Miami, Florida, June 1970 - June 1973

Dade County Medical Examiner Department and University of Miami School of Medicine September 1977 - September 1978, Forensic Pathology

## CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

**Government and Administration/Management:**

Forensic Administration - St. Louis University School of Medicine, Department of Pathology (Division of Forensic and Environmental Pathology) July 28-31, 1986, St. Louis, MO

Harvard Program for Senior Executives in State and Local Government, John F. Kennedy School of Government, Harvard University, Cambridge, MA, June 12 - July 1, 1988; Alumni Refresher Course (Harvard): 1989, 1990, 1991, 1992, 1993

**III.    CERTIFICATION AND LICENSURE:**

National Board of Medical Examiners No. 107806, 1 July 1970

American Board of Pathology May 1974, Anatomic and Clinical Pathology

American Board of Pathology, May 1979, Forensic Pathology

State Board of Medical Examiners of the State of Florida, No. 16616, 4 September 1970 (inactive status as of January 1995)

Medical Licensure, State of Missouri (lapsed)

New York State (25 January 1995 No. 198336)

**IV.    MILITARY EXPERIENCE:**

Reserve Commission (Berry Plan) U.S. Army, November 21, 1969, active duty September 1973 to August 1976,

| | |
|---|---|
| Rank: | Major |
| Station: | U.S. Army Medical Laboratory Pacific (Japan) |
| Function: | Chief of Pathology Unit Emergency Room Coverage |
| Awards: | Certificate of Appreciation, Far East U.N. Command (April 1975) |
| | Army Commendation Medal, August 1976 |

3

## CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

**V.    APPOINTMENTS:**

Associate Instructor of Otolaryngology (part-time), University of Miami School of Medicine, 1 August 1970 - 30 June 1973

Associate Medical Examiner, Dade County Medical Examiner Department, Miami, Florida, 1 July 1973 - 31 August 1973

Staff Pathologist, Daniel Seckinger, M.D. & Associates, P.A., Staff, Appointment to Cedars of Lebanon Health Care Center, Miami, Florida, September 1976 - September 1977

Director, Physician's Reference Laboratory, Miami, Florida, September 1976, September 1977

Associate Medical Examiner, Dade County Medical Examiner Department, Miami, Florida, September 1977 - October 1980

Deputy Chief Medical Examiner, Dade County Medical Examiner Department Miami, Florida, November 1980 - January 1995

Assistant Professor of Clinical Pathology, University of Miami School of Medicine Department of Pathology, Miami, Florida, September 1977 - June 1982

Clinical Associate Professor of Pathology, Department of Pathology, University of Miami School of Medicine, June 1982 - January 1995

Staff Instructor, Drug Enforcement Administration, 1980 - 1993

Chief Medical Examiner, Suffolk County, New York, February 1995 - present
    **Note:**  Accredited by National Association of Medical Examiners (NAME), April 2000, American Board Forensic Toxicology, April 1999, National Society of Crime Laboratory Directors (ASCLD/LAB), March 1997

    **Note:**  National Association of Counties (NaCo) Award for Mass Disaster Preparedness Program, May 2000 (Best in Category) and semifinalist in Innovations in American Government competition (JFK School of Government, Harvard University).

**V.    APPOINTMENTS (Continued):**

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

Lecturer in Forensic Pathology, State University of New York at Stony Brook, March 23, 1995 - 30 April 1996

Clinical Professor of Pathology, State University of New York at Stony Brook, 1 May 1996 - present (local campus title: Professor of Clinical Pathology)
Regional Trauma Oversight Committee, 1996 – present
Trauma Peer Death Review Committee, 1999 - present
**Note:** NYS Trauma Physician of Distinction, 1999, Presented by NYS Trauma Committee, American Trauma Society, NY Division

## VI.    JOURNAL MANUSCRIPT REVIEWER:

Journal of the American Medical Association, January 1983 - Present

American Journal Forensic Medicine & Pathology, January 1992 - Present

American Society Clinical Pathology Check Sample (see addendum)

Annals Internal Medicine (Occasional, since approximately 1990)

American Journal of Clinical Pathology (Dec. 1996 - Present)

## VII.    PROFESSIONAL AFFILIATIONS (Currently Active):

1.    **AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS**, Fellow No. F094661 - Elected October 1972
**ASCP ACTIVITIES:    SEE ADDENDUM**

2.    **AMERICAN ACADEMY of FORENSIC SCIENCES (FELLOW)**, February 1979

Discipline/Assessment Task Force Committee Member for Path/Bio    Section, November 1991 - Feb. 1995

## VII.    PROFESSIONAL AFFILIATIONS (Currently Active) (Continued):

3.    **NATIONAL ASSOCIATION of MEDICAL EXAMINERS**, August 1980

Ad Hoc Committee for Guidelines for Use of Pathology Assistants in Medical Examiner Offices. (11/95 - 11/96).

Ad-Hoc Committee on Current Issues Response (9/97 - 2/98)

5

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

Ad-Hoc Committee on NTSB-ME Linkage (9/97)

Ad-Hoc Committee on Cocaine (10/99 – 01/01)

Ad-Hoc Committee for Developing Guidelines for the Relationship Between Tissue Procurement Agencies and Medical Examiners/ Coroners (10/01 – present)

Accreditation Inspector for Bergen County, NJ, Medical Examiner Office (06-14-02).

4.    **MEDICAL SOCIETY of the STATE of NEW YORK.**  April 1995 - present. Forensic Committee, 1995 - present

5.    **SUFFOLK COUNTY MEDICAL SOCIETY  1995 -** present

6.    **NYS ASSOCIATION of COUNTY CORONERS and MEDICAL EXAMINERS.**  1997 - present

7.    **NATIONAL DISASTER MANAGEMENT SYSTEM (D-MORT TEAM, REGION II),** 3/11/98 - present)

8.    **COLLEGE OF AMERICAN PATHOLOGISTS (FELLOW),** May 2000 (Member No. 0073905)

9.    **AMERICAN RED CROSS NATIONAL MEDICAL EXAMINER/CORONER ADVISORY COMMITTEE,** 1998 - present

10.   **BRAIN INJURY ASSOCIATION OF NEW YORK STATE PROFESSIONAL ADVISORY BOARD,** November 2001 – present

11.   **NEW YORK ORGAN DONOR NETWORK MEDICAL ADVISORY BOARD; CHAIRMAN TISSUE SUBCOMMITTEE,** January 2002 - present

## VIII.   PROFESSIONAL AFFILIATIONS (discontinued):

1.    **College of American Pathologists**, Fellow No. 073905 - Elected May 1973 - December 1978 (resigned)

2.    **The American Board of Pathology**, Forensic Pathology Test Committee, 1985-1989 (five year maximum tenure)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

3.    **Florida Medical Examiners Commission**, 1985 Committee on Standards & Training (ad hoc), 1989 Committee on Operations & Procedures (ad hoc)

4.    **South Miami Medical Forum**, July 1984 - January 1995

5.    **Dade County Association of Chiefs of Police**, May 1989 - January 1995

6.    **American Society for Public Administration**, Jan. 1989 - 1995

7.    **National College of District Attorneys** - (Instructor) Lecturer of Merit Award, June 1990

IX.    **FORMAL MEDICAL AND FORENSIC PRESENTATIONS:**

1.    Dermatofibrosarcoma Protuberans - Case Report, Zola Cooper Dermatology Seminar, at Convention of Southern Medical Association, Miami, Florida, November 1971, (Co-author, A. Bernard Ackerman)

2.    Cocaine-Related Deaths, Amer. Acad. Forensic Sci., Atlanta, Georgia, February 1979

3.    Potassium Chloride Overdose Deaths, Amer. Acad. Forensic Sci., Atlanta, Georgia, February 1979

4.    Propoxyphene Related Deaths, A Ten Year Assessment, Amer. Acad. Forensic Sci., New Orleans, Louisiana, February 1980

5.    Death from Primary Pulmonary Hypertension, Amer. Acad. Forensic Sci., New Orleans, Louisiana, February 1980 (Co-author, presented by Donna L. Brown, M.D.)

IX.    **FORMAL MEDICAL AND FORENSIC PRESENTATIONS (Continued):**

6.    Fatal Hemorrhage from Peripheral Vascular Disease, Amer. Acad. Forensic Sci.; Los Angeles, California, February 1981 (Donna L. Brown, M.D., Co-author)

7.    The Body Packer Syndrome, Amer. Acad. Forensic Sci., February 1981 (Co-author, presented by R.E. Mittleman, M.D.)

8.    Forensic Aspects of Santeria, Amer. Acad. Forensic Sci., February 1981 (R.Martinez, Co-author)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

9.    Symposium on Drug Abuse, Plenary Session (Moderator), at Seventh International Congress of Cuban Physicians in Exile; 30 June 1981, Bal Harbour, Florida

10.    Santeria: A Magico-Religious System of Afro-Cuban Origin; Amer. Assoc. for Soc. Psychiatry, 29 October 1981 (Co-author, presented by Rafael Martinez, M.A.)

11.    Methaqualone-Related Death: 1971 - 1981 Amer. Acad. Forensic Sci., February 1982, Orlando, Florida (Poster Session)

12.    The Fatal Cafe Coronary: A Two Decade Experience, Amer. Acad. Forensic Sci., February 1982, Orlando, Florida (Poster Session, Co-author, presented by R.E. Mittleman, M.D.)

13.    The Threaded Bolt Pattern Injury, Amer. Acad. Forensic Sci., Orlando, Florida, February 1982 (Co-author, presented by R.E. Mittleman, M.D.)

14.    Fungal Cerebritis in Intravenous Cocaine Abusers: Amer. Acad. Forensic Sci., February 1983 (Presented by Sigmund Menchel, M.D.)

15.    Cocaine Overdose Deaths: Amer. Acad. Forensic Sci., February 1983 (Presented by Roger E. Mittleman, M.D.)

16.    Cocaine Psychosis and Sudden Death in Recreational Cocaine Users: Amer. Acad. Forensic Sci., February 1985 (D. Fishbain, M.D., Co-author)

IX.    FORMAL MEDICAL AND FORENSIC PRESENTATIONS (Continued):

17.    Cocaine and Sudden "Natural" Death: Amer. Acad. Forensic Sci., February 1986 (Presented by R.E. Mittleman, M.D.)

18.    Methods and Risk of Suicide: Amer. Acad. Forensic Sci., February 1986 (Presented by David Neubauer, M.D.)

19.    Forensic Significance of Petechiae: Int. Acad. Forensic Sci: August, 1986, Sri Lanka (Presented by Dr. Valerie Rao)

20.    Deaths from Hurricane Andrew and its Aftermath. Amer. Acad. Forensic Sci.: February 1994, San Antonio, TX (Dr. Emma Lew, Co-author)

8

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

21.    Altered Dopaminergic Synaptic Markers in Cocaine Psychosis and Sudden Death.
       J.K. Staley, C.V. Wetli, A.J. Ruttenber, W.L. Hearn, and D.C. Mash.  College on
       Problems of Drug Dependency, June 1994, Palm Beach, Florida (presented by Dr.
       Staley).

22.    Resnik, B.I. and Wetli, C.V.: Lichtenberg's Flowers.  Poster Exhibit (P341), Amer
       Acad Dermatology Annual Meeting (New Orleans, LA.) Feb. 4-9, 1995.

23.    Raval, M.P. and Wetli, C.V.: Sudden Death from Cocaine-Induced Excited
       Delirium: An Analysis of 45 Cases.  Poster Session at Fall 1995 National
       Meeting, (New Orleans, LA) Sept. 18-20, 1995

24.    Wetli, C.V., Rao, A., Rao, V.J.: Fatal Heroin Body Packing.  National Assn.
       Medical Examiners (Traverse City, MI), 18 September 1996

25.    Wetli, C.V.:  The Crash of TWA-800:  Lessons Learned
       National Assn. of Medical Examiners, (Baltimore, MD)
       13 Sept. 1997.

26.    Wetli, C.V.:  The History of Excited Delirium - 19th Century to the Present,
       National Assn. Medical Examiners interim meeting, (San Francisco, CA), 11
       February 1998.

27.    Wetli, C.V. with Sathyavagaswaran, L.:  The Medical Examiner and the News
       Media:  The Good, The Bad and The Ugly; American Society of Clinical
       Pathologists, Resident Physician Section, (Los Angeles, CA), 6 April 1998

IX.    FORMAL MEDICAL AND FORENSIC PRESENTATIONS (Continued):

28.    Wetli, C.V., Kolovich, R., and Dinhofer, L.:  A Modified Cardiectomy Technique:
       A Reasonable Solution to the Dilemma Regarding Determining Cause of Death
       vs. Heart Valve Procurement for Tissue Donation.  Amer. Assoc. Tissue Banks
       24th Annual Meeting, 10 September 2000, Bal Harbour, FL (Platform and Poster
       Presentation).

29.    Wetli, C.V., Kolovich, R., and Dinhofer, L.:  A Modified Cardiectomy Technique:
       A Reasonable Solution to the Delimma Regarding Determining Cause of Death
       vs. Heart Valve Procurement for Tissue Donation.  National Assoc. of Medical
       Examiner 34th Annual Conference, 17 September 2000, Indianapolis, IN.

30.    Wetli, C.V., Golden, R.M., Genna, R:  Medical Examiner Conducted Disaster
       Exercise with Electronic Mapping.  September 2000 (Poster Presentation)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

31.    Jentzen, J.M., Stephens, B., Wetli, C.V., Karch, S.: The Certification of Cocaine-
Related Deaths: A Survey of Medical Examiner Offices. 18 September 2000
(Presented by
Dr. Jentzen)

32.    Shields, LBE, Hunsaker, D., Hunsaker, J., Holmes, R., Wetli, C.V.:
Atypical Autoerotic Deaths: An Ultra Extreme Sport. Presented at the 37th
Annual Meeting of the National Association of Medical Examiners, 20 Sept. 2003
in San Jose, CA, by Dr. Shields

## X.    GOVERNMENTAL TESTIMONY AND SYMPOSIA:

1.    Cocaine Related Deaths:  U.S. House of Representatives Select Committee on
Narcotics Abuse and Control, 96th Congress, 26 July 1979 (U.S. Govt. Printing
Office SCNAC-96-1-9, 1980)

2.    Homicides and Drug-Related Deaths in Dade County, Florida, Dade County
Grand Jury, 11th Judicial Circuit of Florida, Fall term, 1981, 23 March 1982

## X.    GOVERNMENTAL TESTIMONY AND SYMPOSIA (Continued):

3.    Cocaine-Related Deaths, New York State Division of Substance Abuse Services,
Symposium on Cocaine, May 3 and 4, 1982, New York, N.Y. (Julio Martinez,
Director)

4.    Methaqualone-Related Deaths, U.S. Senate Committee on Labor and Human
Resources, Subcommittee on Investigations and General Oversight Hearing: Drug
Abuse - Quaaludes, 13 May 1982

(Senator Paula Hawkins, Chairperson); Ninety-Seventh Congress, second session,
pp 57-60

5.    Drug Abuse, Turks and Caicos Islands (British West Indies), "Hearts and Minds"
Campaign (Invitation of Governor C.J. Turner and Minister of Health In
Conjunction With U.S. Drug Enforcement Administration; 1-4 March 1983; 19-
23 July 1983; 8-10 November 1984)

6.    Death Related to Methaqualone and Cocaine in Current Topics in Drug and
Alcohol Abuse Symposium, April 1983. Sponsored by the Academy of Medicine

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

of New Jersey, the Medical Society of New Jersey, and the New Jersey State Department of Health

7.    Cocaine, Governor's Council on Drug and Alcohol Abuse, September 12, 1984 - Miami, Florida

8.    Cocaine, President's Commission on Organized Crime, 27 November 1984, Washington, DC, (Hon. Irving R. Kaufman, Chairman; James D. Harmon, Jr., Exec. Dir): Hearing IV, Organized Crime and Cocaine Trafficking, pp. 108-128

9.    Cocaine, Governor's Task Force on Cocaine, Tallahassee, 4 September 1986, (Hon. Janet Reno, Chairperson); Senate Judiciary Committee (Criminal), Tallahassee, 2 Dec. 1986 (Sen. Robert Johnson, Chairman)

10.   Cocaine Toxicity:  Panel Evaluation of N.Y.P.D. Response to Emotionally Disturbed Persons & Victims of Cocaine Psychosis.  New York, N.Y., 5 Dec. 1989

## X.    GOVERNMENTAL TESTIMONY AND SYMPOSIA (Continued):

11.   National Institute on Drug Abuse, Bethesda, MD. July 9-10, 1991:  "Acute Cocaine Intoxication: Current Methods of Treatment" (see NIDA Research Monograph No 123, NIH Publication 93-3498, 1993)

12.   National Transportation Safety Board - Investigative Hearings Concerning the Crash of TWA-800.  8 December 1997, Baltimore, MD

13.   NIH Teleconference:  Iniative on "Cardiovascular Complications Related to Cocaine Abuse in HIV Infection".  20 January 1998

## BIBLIOGRAPHY:

1.    Wetli, C.V.; Davis, J.H.; and Blackbourne, B.D.; **Narcotic Addiction in Dade County, Florida:  An Analysis of 100 Consecutive Autopsies**, Arch Path 93:330-343, 1972

2.    Wetli, C.V.; Pardo, V.; Millard, M.; and Gersten, K; **Tumors of Ceruminous Glands**, Cancer 29:1169-1173, 1972

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

3.    Wetli, C.V.; Heal, A.V.; and Miale, J.B.:  **A Previously Unrecognized Laboratory Hazard:  Hepatitis-B Antigen-Positive Control and Diagnostic Sera**, Amer J Clin Path 59:684-687, 1973

4.    Wetli, C.V.; Noto, T.A.; and Fernandez-Carol, A.: **Immunologic Abnormalities in Heroin Addiction**, South Med J 67:193-197, 1974

5.    Tyler, T.C.; Chandler, J.R.; Wetli, C.V.; and Moffitt, B.M:    **Olfactory Neuroblastoma**, South Med J 67:193-197, 1974

6.    Weissman, B.W. and Wetli, C.V.: **Ameloblastoma of the Maxilla**, South Med J 70:251-253, 1977

**BIBLIOGRAPHY (Continued):**

7.    Wetli, C.V. and Davis, J.H.:  **Fatal Hyperkalemia Due to Oral Overdose of Potassium Chloride**, JAMA 240:1339, 1978 (Letter to Editor)

8.    Wetli, C.V. and Wright, R.K.: **Death Caused by Recreational Cocaine Use**, JAMA 241:2519-2522, 1979

9.    Wetli, C.V.:  **Application of the Tri-ess Mini Metal Detector to Forensic Autopsies (or, How to Find the Elusive Projectile)**, J Forensic Sci 24:656-659, 1979

10.   Wetli, C.V. and Bednarczyk, L.R.:  **Deaths Related to Propoxyphene Overdose: - A Ten Year Assessment**, South Med J, 73:1205-1209, 1980

11.   Wetli, C.V.:  **Cocaine-Related Deaths in Local Drug Abuse: Trends, Patterns, and Issues - Proceedings of Community Correspondents Group**, NIDA, 1:106-123 (Dec.), 1980

12.   Brown, D.L., Wetli, C.V., and Davis, J.H.: **Sudden Death from Primary Pulmonary Hypertension**, J Forensic Sci 26:381-386, 1981

13.   Bednarczyk, L.R.; Wetli, C.V.; and Balkon, J: **Respirator Toxicology**, J Forensic Sci 26:373-380, 1981

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

14.    Wetli, C.V.; Wright, R.K., and Gressmann, E.: **A Case of Naked Hyperthermia,
       Forensic Pathology: Check Sample**, <u>ASCP</u> #FP 81-1 (FP-114), Vol. 23, No. 1,
       1981 (May)

15.    Wetli, C.V. and Mittleman, R.E.: **The Body Packer Syndrome - Toxicity
       Following Ingestion of Illicit Drugs Packaged for Transportation**, <u>J Forensic
       Sci.</u> <u>26</u>:492-500, 1981

16.    Wetli, C.V., and Martinez, R.: **The Forensic Science Aspects of Santeria - A
       Religious Cult of African Origin**, <u>J. Forensic Sci</u>, <u>26</u>:506-514, 1981

17.    Fishbain, D. and Wetli, C.V.: **Cocaine Intoxication, Delirium and Death in a
       Body Packer**, <u>Ann of Emerg Med</u> <u>10</u>:531-532, 1981

**BIBLIOGRAPHY (Continued):**

18.    Wright, R.K., and Wetli, C.V.: **A Guide to the Forensic Autopsy-Conceptual
       Aspects**, Sommers, S.C. and Rosen, P.P. (eds) <u>16</u>:273-288, 1981, <u>Path Ann: 1981</u>,
       Part 2

19.    Wetli, C.V.: **Methaqualone Abuse - Resurgence of the Quiet Epidemic -**
       <u>Miami Medicine</u> <u>51</u>:21-25, 1981

20.    Mittleman, R.E. and Wetli, C.V.: **The Fatal Cafe Coronary - Foreign Body
       Airway Obstruction**, <u>JAMA</u> <u>247</u>:1285-1288, 1982 (translated into Finnish
       edition) (Abstract and critique in:  Emergency Medicine Survey 1:114-116, 1982)
       (Abstract in: <u>Current Surgery</u> <u>39</u>:445-446, 1982

21.    Wetli, C.V. and Mittleman, R.E.: **Aspiration of Food by Psychiatric Patients**,
       <u>JAMA</u> <u>248</u>:1712, 1982 (Reply to Editorial Letter by Wendkos, M.H.)

22.    Mittleman, R.E. and Wetli, C.V.: **The Threaded Bolt Injury**
       <u>J Forensic Sci.</u> <u>27</u>:567-571, 1982

23.    Martinez, R., and Wetli, C.V.: **Santeria: A Religious System of Afro-Cuban
       Origin**, <u>Amer J Soc Psych</u> <u>2</u>:32-38, 1982

24.    Lowery, S., and Wetli, C.V.: **Sexual Asphyxia - A Neglected Area of Study**,
       <u>Deviant Behavior</u>, <u>4</u>:19-39, 1982

25.    Wetli, C.V.: **Methaqualone-Related Deaths - A Survey of 2 Fatalities**, <u>JAMA</u>
       <u>249</u>:621-626, 1982 (translated into Japanese edition - August 1982)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

26.    Deming, J.E., Mittleman, R.E., and Wetli, C.V.: **Forensic Science Aspects of Fatal Sexual Assaults on Females**, J Forensic Sci 28:527-576, 1983

27.    Wetli, C.V., and Martinez, R.: Brujeria - **Manifestations of Palo Mayombe in South Florida**, J Fla Med Assoc 70:629-634, 1983

28.    Wetli, C.V., Roldan, E., and Fojaco, R.: **Listeriosis as a Cause of Maternal Death - An Obstetrical Complication of the Acquired Immunodeficiency Syndrome**, Amer J Obstet Gyn 147:7-9, 1983

**BIBLIOGRAPHY (Continued):**

29.    Wetli, C.V., Weiss, S.D. Cleary, T.J., and Gyori, E.: **Fungal Cerebritis from Intravenous Drug Abuse**, J Forensic Sci 29:260-268, 1984

30.    Wetli, C.V.: **Investigation of Drug-Related Deaths - An Overview**, Amer J Forensic Med and Path, 5:111-120, 1984

31.    Wetli, C.V., Roldan, E., and Fojaco, R.: **Listeriosis and AIDS - An Unfounded Assumption (Reply letter)**, Am J Obst Gyn 149:805-806, 1984

32.    Mittleman, R.E., and Wetli, C.V.: **Death from Recreational Cocaine Use - An Update**, JAMA 252: 1889-1893, 1984; JAMA Edition Fracaise 10:244-247, 1985; 1986 Yearbook of Pathology and Clinical Pathology, pp 95-97

33.    Wetli, C.V.: **Drug Abuse Prevention: The Physician's Responsibility**, N.Y.S. Journal of Medicine 84:587, 1984 (commentary)

34.    Wetli, C.V. and Hensley, G.T.: **A Case of Haitian AIDS** - ASCP Check Sample: FP 84-5, Vol. 26. No. 5 (FP-136), 1984

35.    Suarez, R.V. and Wetli, C.V.: **Sudden Death Due to Coronary Artery Dissection** - ASCP Check Sample: FP-84:6, Vol. 26, No. 6 (FP-137), 1984

36.    Mittleman, R.E. and Wetli, C.V.: **Death Caused by Cocaine**, Human Sexuality 19:9, 1985

37.    Micozzi, M.S. and Wetli, C.V.: **Intravenous Amphetamine Abuse, Primary Cerebral Mucormycosis and Acquired Immunodeficiency**, J Forensic Sci 30:504-510, 1985

38.    Wetli, C.V., and Fishbain, D.A.: **Cocaine-Induced Psychosis and Sudden Death in Recreational Cocaine Users**, J Forensic Sci 30:873-880, 1985

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

39.    Eber, M. and Wetli, C.V.:  **A Case of Autoerotic Sexual Asphyxia**, Psychotherapy 22:662-668, 1985

**BIBLIOGRAPHY (Continued):**

40.    Wetli, C.V.:  **Let's Legalize Cocaine...and See What Happens**.  The Miami News, pg 9A, 29 Sept., 1986 (editorial)

41.    Beerman, R., Nunez, D., and Wetli, C.V.:  **Radiographic Evaluation of the Cocaine Smuggler**, Gastrointestinal Radiol 11:352-354, 1986

42.    Mittleman, R.E. & Wetli, C.V.:  **Cocaine and Apparent "Natural Death"**, J Forensic Sci. 32:11-19, 1987

43.    Wetli, C.V.:  **Fatal Cocaine Intoxication - A Review**, Amer. J. Forensic Med. and Pathol 8:1-2, 1987

44.    Wetli, C.V.:  **Fatal Reactions to Cocaine, in Cocaine - A Clinician's Handbook**, Chapt. 4, pp 33-54; The Guilford Press, New York, 1987 (Washton, A. & Gold, M., eds)

45.    Mittleman, R.E.; Mittleman, H.S and Wetli, C.V:  **Pattern Injuries in Child Abuse**, Amer J Nursing 87:1185-1188, 1987

46.    Wetli, C.V.:  **The Medical Examiner as an Expert Witness**.  The Practical Prosecutor, 1987:3-6, 1988 (Jan)

47.    Grey, T.C., Mittleman, R.E., Wetli, C.V., and Horowitz, S.:  **Aortoesophageal Fistula and Sudden Death - A Report of Two Cases and a Review of the Literature**, Amer J Forensic Med and Pathol 91:19-23, 1988

48.    Rao, V.J. and Wetli, C.V.:  **The Forensic Significance of Conjunctival Petechiae**.  Amer J Forensic Med and Pathol 91:32-34, 1988

49.    Wetli, C.V.:  **The Medical Risks of Cocaine (editorial)** The West J of Med 148:456-457, 1988

50.    Wetli, C.V., Mittleman, R.E. and Rao, V.J.:  **Practical Forensic Pathology**. Igaku Shoin Publishers, Inc., April 1988, 1140 Avenue of the Americas, New York, New York 10036, ISBN 0-89640-144-8 (New York), ISBN 4-260-14144-9 (Tokyo)

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

**BIBLIOGRAPHY (Continued):**

51.  Wetli, C.V.: **CAP Handbook on Unidentified Human Remains,**
     J Forensic Sci 33:852-853, 1988 (book review)

52.  Wetli, C.V. and Mittleman, R.E.: **Forensic Pathology for The Hospital
     Pathologist - Part I,** Laboratory Medicine 20 (4):233-240, 1989 (Reprinted in J
     Amer Assoc Med Transcription 8(2):11-20, 1989)

53.  Wetli, C.V. and Mittleman, R.E.: **Forensic Pathology for The Hospital
     Pathologist - Part II,** Laboratory Medicine 20 (5):299-304, 1989 (Reprinted in J
     Amer Assoc Med Transcription 8(4):27-36, 1989)

54.  Wetli, C.V.: **Foreword to: Santeria - The Religion,** by M. Gonzalez-Wippler,
     Harmony Books, New York, 1989, pp VII-X

55.  Wetli, C.V.: **On Being An Expert Witness,** Laboratory Medicine 20:545-550,
     1989

56.  Wetli, C.V.: **Afro-Caribbean Religious Cults - Santeria and Palo Mayombe,**
     Training Key #395, International Academy of Chiefs of Police, August, 1979

57.  Martinez, R. and Wetli, C.V.: **Tattoos of the Marielitos,** Amer J Forensic Med
     and Path 10:315-325, 1989

58.  Rodriguez, M. and Wetli, C.V.: **Sudden Death from Falciparum
     Malaria,** ASCP Check Sample FP 89-6 (FPK7) Vol. 31, No. 6, 1989

59.  Vila, R.I., Martin, J.V., Wetli, C.V. and Freeman, R.: **Accidental Death from a
     Black-Powder Rifle Breech Plug,** Amer J Forensic Med and Path 11(3):241-243,
     1990

60.  Hearn, W.L., Flynn, D.D., Hime, G.W., Rose, S., Cofino, J.C., Mantero-Atienza,
     E. Wetli, C.V. and Mash, D.C.: **Cocaethylene: A Unique Cocaine Metabolite
     Displays High Affinity for the Dopamine Transporter,** J Neurochemistry
     56(2):698-701, 1991

**BIBLIOGRAPHY (Continued):**

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

61. Escobedo, L.G., Ruttenber, A.J., Agocs, M.M., Anda, R.F., and Wetli, C.V.: **Emerging Patterns of Cocaine Use and the Epidemic of Cocaine Overdose Deaths in Dade County, Florida**. Arch Pathol and Lab Med 115:900-905, 1991

62. Mittleman, R.E. and Wetli, C.V.: **The Pathology of Cocaine Abuse**, Adv Pathol and Lab Med 4:37-73, 1991

63. Ruttenber, A.F., Sweeney, P.A. Mendlein, J.M., and Wetli, C.V.: **Preliminary Findings of an Epidemiologic Study of Cocaine-Related Deaths in Dade County, Florida**. NIDA Research Monograph 110, 1991 (Schober, S. and Schade, C., eds) pp 95-112 ISBN 0-16-035854-X, DHHS Publication No (ADM) 91-1787

64. Bell, M.D., Rao, V.J., Wetli, C.V., and Rodriguez, R.N.: **Positional Asphyxiation in Adults - A Series of 30 Cases from the Dade and Broward County Florida Medical Examiner Offices from 1982 to 1990**. Amer J Forensic Med & Pathol 13(2):101-107, 1992

65. Escobedo, L.G., Ruttenber, A.J., Anda, R.F., Sweeny, P.A. and Wetli, C.V.: **Coronary Artery Disease, Left Ventricular Hypertrophy, and the Risk of Cocaine Overdose Death**. Coronary Artery Disease 3:853-857, 1992

66. Wetli, C.V.: **The Pathology of Cocaine: Perspectives from the Autopsy Table in Acute Cocaine Intoxication: Current Methods of Treatment**. NIDA Research Monograph 123, 1993, pp 172-182 (NIH Publication No 93-3498) - Reprinted in Practical Reviews in Pathology, Vol 18, No 3, July 1993 (Guest Transcript)

67. Wetli, C.V.: **Investigation of Child Abuse Deaths;** CME Audiotape in Practical Reviews in Pathology, Vol 18, No 4, August 1993 (Guest Presentation)

68. Pardo, V., Wetli, C.V., Strauss, J. and Bourgoignis, E.: **Renal Complications of Drug Abuse and Human Immunodeficiency Virus, in Renal Pathology,** 2nd edition, Tischer, C.C. and Brenner, B.M. (eds), J.B. Lippincott, Phila. 1994, pp 390-418 (ISBN 0-397-51240-6)

BIBLIOGRAPHY (Continued):

69. Wetli, C.V. and Davis, J.H.: **Participation of Physicians in Capital Punishment** (Letter to the Editor), New Eng J Med 330:936, 1994

70. Wetli, C.V.: Review of **"Pathology of Drug Abuse"** by Karch, S.B., Arch Pathol and Lab Med 118:553, 1994

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

71.   Staley, J., Basile, M., Wetli, C.V., Hearn, W.L., Flynn, D.D., Ruttenber, A.J. and Mash, D.C.: **Differential Regulation of the Dopamine Transporter in Cocaine Overdose Deaths.**   In NIDA Research Monograph **"Problems of Drug Dependence, 1993: Proceedings of the 55th Annual Scientific Meeting"**, Editor: Louis S. Harris, Ph.D., 141, pp 32-38, 1994

72.   Staley, J.K, Hearn, W.L., Ruttenber, A.J., Wetli, C.V., and Mash, D.C.: **High Affinity Cocaine Recognition Sites on the Dopamine Transporter are Elevated in Fatal Cocaine Overdose Victims.**   J. Pharm. and Exptl. Therapeutics 271:1678-1685.  1994

73.   Wetli, C.V.: **Illicit Drug Abuse** in Pathology of Environmental and Occupational Disease, Craighead, J.D. (ed), Mosby-Year Book, Inc., St. Louis, Chapt. 15. pp 259-268, 1995 (ISBN 0-8016-C7776-9)

74.   Wetli, C.V.:     **Answering the Call to Court,** Advance for Laboratory Administrators 4:53-55, 1995.
Advance for Physicians Assistants 4:27-32, 1996

75.   Raval, M.P., and Wetli, C.V.: **Sudden Death from Cocaine Induced Excited Delirium: An Analysis of 45 cases** (abstract) Amer J Clinical Path 104(3):329, 1995

76.   Wetli, C.V.: **Forensic Issues, in The Textbook of Penetrating Trauma, Part X, Special Considerations,** Ivatury, R.R. and Cayten, C.G. (eds) Williams & Wilkins, Philadelphia, 1995 (1996), Chapt. 85, pp 1084-1099 (ISBN 0-683-04338-2)

77.   Karch, S.B. and Wetli, C.V.: **Agitated Delirium Versus Positional Asphyxia** (letter to editor) Ann. Emerg. Med. 26(6): 760-761, 1995.

**BIBLIOGRAPHY (Continued):**

78.   Wetli, C.V.:   **Fatal Lightning Strike** Amer Soc. Clinical Pathologists Check Sample FP96-1, 38 (1), 1996

79.   Lew, E.O. and Wetli, C.V.: **Mortality from Hurricane Andrew** J Forensic Sci 41(3): 449-452, 1996.

80.   Wetli, C.V.:   **Keraunopathology - An Analysis of 45 Cases** Amer J Forensic Med & Pathol. 17(2): 89-98, 1996.

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

81.     Resnik, B.I. and Wetli, C.V.:  **Lichtenberg Figures** Amer J Forensic Med & Pathol. <u>17</u>(2): 99-102, 1996.

82.     Wetli, C.V.:  **Death Certificate Completion by Physicians** JAMA <u>276</u>:279-280, 1996 (letter to editor).

83.     Wetli, C.V., Mash, D., and Karch, S.B.:  **Cocaine-Associated Agitated Delirium and the Neuroleptic Malignant Syndrome**  Am J Emerg. Med. <u>14</u>:425-428, 1996.14:425-428, 1996.

84.     Ruttenber, A.J., Lawler-Heavener, Yin, M., Wetli, C.V., Hearn, W.L. & Mash, D.C.:  **Fatal Excited Delirium Following Cocaine use: Epidemiologic Findings Provide New Evidence for Mechanisms of Cocaine Toxicity** J. Forensic Sci <u>42</u>:25-31, 1997.

85.     Wetli, C.V.:  **When Lawyers Call:  Pathologists and Laboratorians as Expert Witnesses**.  ASCP Check Sample, Laboratory Practice Management (LPM 96-3) <u>2</u>:35-48, 1997.

86.     DiPaolo, N., Fineschi, V., Dipaolo, M., Wetly (sic), C.V., Garosi, G., DelVecchio, M.T., and Bianciardi, G.:  **Kidney Vascular Damage and Cocaine** Clinical Nephrology, <u>47</u>:298-303, 1997.

87.     Fineschi, V., Wetli, C.V., DiPaolo, M. and Baroldi, G.:  **Myocardial Necrosis and Cocaine.** Int J Legal Med <u>110</u>:193-198, 1997.

88.     Wetli, C.V., Rao, A. and Rao, V.J.:  **Fatal Heroin Body Packing.**  Amer J Forensic Med & Pathol <u>18</u>:312-318, 1997.


**BIBLIOGRAPHY (Continued):**

89.     Wetli, C.V. (ed):  **Pathology of Drug Abuse** in **Drug Abuse Handbook**, Karch, S.B. (ed.-in-chief), CRC Press, Boca Raton, Chap. 1, pp 77-150, 1998, ISBN 0-8493-2637-0.

90.     Hollander, J.E., Levitt, M.A., Young, G.P., Briglia, E., Wetli, C.V., and Gawad, Y.:  **Effect of Recent Cocaine Use on the Specificity of Cardiac Markers for Diagnosis of Acute Myocardial Infarction.** Am. Heart J <u>135</u>:245-252, 1998

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

91.    Wetli, C.V.: Commentary on Genius vs State  (986 F.Supp. 668 D. Mass 1997)
**Hex Appeal: Did Voodoo Terror Bring Insanity?** Forensic Echo 2:3-4, 1998

92.    Wetli, C.V., Mittleman, R.E., and Rao, V.J.: **An Atlas of Forensic Pathology
(subtitle Forensic Pathology - A Descriptive Atlas of the Latter Twentieth
Century).** American Society of Clinical Pathologists (ASCP Press), Chicago,
1999  ISBN 0-89189-430-6

93.  Wetli, C.V.: **Disaster's Trauma to Rescuers (commentary)** Forensic Echo 3(6):
13-14, 1999  (May)

94.    Wetli, C.V.:  **Perspectives in Pathology:  The Two Worlds of Autopsy.**
Advance for Administrators of the Laboratory, 8(4): 14-16, 1999

95.    Okia, Z. and Wetli, C.V.:  **Arrythmogenic Right Ventricular Dysplasia and
Sudden Death.** Amer. Soc. Clin. Path. Check Sample FP 99-6  41(6): 75-92,
1999

96.    Wetli, C.V.: **Body Traces Bullet.** The Forensic Panel Letter 3(11): 16, 1999

97.    Wetli, C.V.:  **Dead Baby Diagnosis Valid?**  Commentary on People vs.Lind
(Illinois, 718 N.E. 2d 316): **When Do Injuries Establish Intent?** The Forensic
Panel Letter (online www.forensicpanel.com),
April 26, 2000.

98.    Wetli, C.V.:  Book Review: **Criminal Poisoning: Investigation Guide for Law
Enforcement, Toxicologists, Forensic Scientists and Attorneys** by Trestrial III,
John Harris Lab. Med 32:49, 2001

**BIBLIOGRAPHY (Continued):**

99.    Torres-Matundan, E., and Wetli, C.V.: **Salicylate Poisoning.**  ASCP Check
Sample FP00-09, 42(9): 113-124, 2001

100.   Wetli, C.V.: **Autopsy Safety.** Laboratory Medicine 32:451-453, 2001

101.   Wetli, C.V. and Golden, R.M.:  **Mass Disaster Management,** ASCP Check
Sample FP01-10, 43: 119-138, 2001

102.   Wetli, C.V., Kolovich, R.M. and Dinhofer, L.:  **Modified Cardiectomy:
Documenting Sudden Cardiac Death in Hearts Selected for Valve Allograft
Procurement.** Amer J Forensic Med & Pathol. 23(2): 137-141, 2002

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

103.  Wang, J., Biedrzycki, L., Wetli, C.V.: **Delayed Cardiac Death from Vehicular Trauma: Heart Attack by Motorcycle**.  ASCP Check Sample FP02-6, 44:69-81, 2002 (ISSN 1056-5922)

104.  Wetli, C.V., Krivosta, G. and Sturiano, J.V.: **Open Revolver Cylinder at the Suicide Death Scene**.  Amer J. Forensic Med & Pathol. 23(3): 229-233, 2002

105.  Wetli, C.V.: **The Medical Examiner's Role in Organ & Tissue Recovery**.  On the Beat (NY Organ Donor Network). 6:12, 2003.  Update (publication of UNOS – United Network for Organ Sharing), May-June, 2003, p. 29.

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

## ADDENDUM I

## AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS ACTIVITIES

Forensic Council of Commission on Continuing Education 1982-1988 (Chairman, 1986-1988); ex officio 1989-2001
Forensic Resource Council, January 2002 - present

Check Sample: Editor for Forensic Council, 1985 - present

Associate Editor for Check Sample Program & Editor-in-Chief of Anatomic Pathology, 1990-1993

Executive Committee, (Editorial Group) April 1993 -        present

Abstract Review Subcommittee for Anatomic Pathology: May 1988 - present

American Journal of Clinical Pathology Editorial Board (Dec. 1996 - present)

Check-Path Program Forensic Expert Review Panel 1992 - present

Resident In-Service Examination ("RISE") National Contributing Editor for Forensic Pathology (test committee) June 1998 - present

George F. Stevenson Society, Nov. 2000 - present

ASCP Awards:
Commission of Continuing Education Medal, November 1988
Distinguished Service Award, May 1989

22

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

### Check Samples Published:

FP 81-1 (FP-114) - Naked Hyperthermia (ref. 14)
FP 84-5 (FP-136) - Haitian AIDS (ref. 34)
FP 84-6 (FP-137) - Coronary Artery Dissection (ref. 35)
FP 89-6 (FP-167) - Sudden Death from Falciparum Malaria (ref. 58)
FP 96-1 (FP-212) - Fatal Lightning Strike (ref. 78)
LPM96-3 (LPM-13)- When Lawyers Call:  Pathologists and
Laboratorians as Expert Witnesses (ref. 85)
FP 00-09 (FP-260) – Aspirin Toxicity (ref. 99)
FP01-10 (FP271) – Mass Disaster Management (ref. 101)
FP02-06 (FP277) – Delayed Cardiac Death from Vehicular Trauma
(ref. 103)

## AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS ACTIVITIES (cont'd)

### Teleconferences:

Drug Overdose Deaths June and October, 1985; September 1988
Forensic Pathology for the Hospital Pathologist - Part I May 1989
Anatomy of Firearms Injuries (Dr. Geetha Ann Natarajan,
Co-director): October 1995

### ASCP Workshops:

#4430:    **Man & Machine:** Evaluating the Auto Accident Victim (Co-director with Dr. James Benz), October 1982, October 1983; Revised, with Dr. Don Reay as Co-director: November 1985, April 1987, March 1993

#4436:    **Forensic Pathology for the Hospital Pathologist** (with Dr. Roger Mittleman as Co-director), October 1984, April 1985, November 1985, April 1986, March 1987, October 1987, April 1988, March 1989 October 1989, March 1991, April 1992, September 1995

#4443:    **Pathology of Drug Abuse** (with Dr. Allen Jones, Co-director) October 1988, October 1989, October 1990; (with Dr. Geetha Natarajan, Co-director), September 1995

## AMERICAN SOCIETY OF CLINICAL PATHOLOGISTS ACTIVITIES (cont'd)

23

CURRICULUM VITAE
CHARLES V. WETLI, M.D.

#A-135:   **The Art of Courtroom Testimony,** October 1989 (Mini-workshop)

#4447:    **The Art of Courtroom Testimony,** October 1990, March 1991, October 1992, October 1993, October 1994, October 1996

#A-152:   **Euthanasia and Physician-Assisted Suicide** (Mini-workshop) October 1994

#4454:    **Anatomy of Firearms Injuries** (with Dr. Geetha Natarajan, Co-director) April 1995, April 1996, April 1997

#A-166:   **Death Certification,** October 1996, September 1997, October 2000 (Mini- Workshop)

#A-190    **Forensic Pathology Chat Room,** October 2000

#R-233    **Forensic Pathology Round Table (Lawyers, Courts & Judges),** October 2000

ASCP DINNER SEMINARS PRESENTED
(Workshop #4410)

**DINNER SEMINARS  (1982 - Present; Director 1986-1988)**

    1982:   Spontaneous Human Combustion;
            Fungal Cerebritis in IV Cocaine Abuse

    1983:   The Body Packer Syndrome;
            Graves, Skulls, and Blue Tattoos
            (Afro-Caribbean Religions).

    1984:   Two Point Contact; (cylinder flare in GSW homicide)
            Psychotic Heat (excited delirium and cocaine).

    1985:   Double Impact; (in automobile crash)
            Silence Please: Murder in Progress (firearms silencers)
            Lust Murder

**DINNER SEMINARS  (Cont'd.)**

24

## CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

1986:  Potential Significance of the Hexagram;
       Sudden Death in Crisis Intervention;
       Delayed Symptoms (Amoxapine Overdose);
       Blood, Alcohol and Trauma

1987:  Trial by Press;
       Hyperacute Cerebral Edema in an Adult

1988:  Blackpowder Backfire; (breech plug fatality)
       Sudden Death in Mental Illness (Neuroleptic Malignant        Syndrome)

1989:  The Explosion  (deflagration vs bomb)
       A Fatal Breeze (CO poisoning).

1990:  An Epitaph of Adolfo De Jesus Constanzos;
       From Natural Causes (not so apparent manner of death).

1991:  A Maturational Arrest (in the grief reaction),
       The Hemlock Debate, (assisted suicide, euthanasia)
       If At First You Don't Succeed...; (multiple SGW suicide).
       Tales Bullets Tell (bullet cytology).

1992:  Time of Death;
       Candomble
       A Not-So-Spontaneous Subarachnoid Hemorrhage (vertebral        artery
       laceration).

1993:  Colombian Entrepreneur  (heroin body packer)
       Death of a Healthy Child  (child abuse)
       Deaths From Hurricane Andrew

1994:  A Matter of Position (gunshot wound problem solving);
       The Naked Truth (autoerotic sexual asphyxia)
       Chango's Revenge (Fatal Lightning Strike)

1995:  "The Chameleon" (approach to the Police Shooting).
       Fatal Firearm Facsimile (Black Powder Firearms)
       Gasping Baby Syndrome (Benzyl Alcohol Toxicity)

## CURRICULUM VITAE
## CHARLES V. WETLI, M.D.

## DINNER SEMINARS  (Cont'd.)

    1996:  Degenerate Dissection (Heroin Body Packer)
            Degenerative Deglutination (Food Aspiration in Elderly)
            Acute Exhaustive Mania, Excited Delirium and the  Neuroleptic
            Malignant Syndrome

    1997:  Press, Politics and Mass Disaster (TWA 800 Disaster).
            Of Broken Bones and Dry Gas (Homicidal Methanol Poisoning)
            Forensic Stridor (Sudden Death from Laryngeal Tuberculosis)

    2000:  Modified Cardiectomy
            Suicide with Open Revolver Cylinder

26