**Transcript of District 4 Police Communications**
**11/7/00, 2098 Seymour, integrated with**
**Audio portion of VHS tape equipment #473**
**Unit #4261 PO Victor Spellen, P9862**
(Rev. 4/15/04)

**Audio District 4**

1916:10  4252. Traffic Stop.
 Disp: 4252, your location.
1916:20  4252. I'm on Reading Road, just north of the district.  With Ohio Adam
 David William 4404.  A blue Toyota. One occupant.
 Disp: Okay.
1916:30  4262. (--).
 Disp: All right. Car 4252, no wants on your plate.
1916:40  4252 copy. Thank you.

(C002106 MDT printout)
1917:07  MDT sent to 4252 requesting NTA
1917:20  MDT sent to 4256 requesting NTA

1929:10  4252.
 Disp: Go ahead.
 4252.  Do you have Mini-Tac working tonight?
 Disp: Uh, they're on the lineup.
 4252.  Are any of them in yet?
1929:20  Disp: Any Mini-Tac unit available.
 4560. What do you need?
1929:30  Uh, 4252 to 50, uh, 4566. Are you able to meet at Sam's?
1929:40  4252. 52, did you copy?
 Disp: 4560.
 4560. go.
 Disp: Did you copy 52's query?
1929:50  4560. Uh, no. I thought somebody was looking for 62.
1930:00  Disp: He just wants to know if any of your units are able to meet them up at
 Sam's.
1930:10  4560. Yep. We can send somebody up there.
 4252. You can stand by, sir. Is, is there a phone number I can call you at?
1930:20  4560. How about at the district?
 4252. Copy. I'll call you there.

1933:30  4252. 4252.
 Disp: 4252
 4252.  Put us out on 51's run.
 Disp: Okay.
1933:40  4256. 56, same traffic.
 Disp: 56, okay.

1944:10  4566.
 Disp: 4566.
 4566. Tell 4252 we're 35 in Roselawn Park.

1

1944:20 Disp: 4252, did you catch any of that?
        4252.  Negative sir.
1944:30 Disp: 4566, could you try it again?
1944:40 4566. 4252 - -entrance of Roselawn Park - -
1944:40 4252. We copy that. Uh. We, uh, also got eyes on another subject right now, so it might be a minute.

1947:47 4252.  4252, Sunoco lot we need assistance. 52 Sunoco lot.
1947:50 Disp: Officers need assistance at Sam's Seymour near Eagle.
1948:00 Officer needs assistance Sam's on Seymour near Eagle. Returning base Cincinnati 1948.
        UNK: We're in bound.
1948:10 4240. 40 responding.
        Disp: 4252, I need update.
1948:20 Disp: Any cars Sam's, an update?
        4251. 51. It appears they're ok.
        Disp: You said everything's ok?
1948:   4251. 51, I'm over at Sam's with the, a, prisoner.  My partner ran over there. It
1948:30 does look like they are OK at this time.
        Disp: OK, that official cancellation?
1948:40 Disp: Just advise when I can officially cancel the assistance.
1948:50 (--) –
        Disp: Too many cars, 51 only.
        4251.  51 (--)
1949:00 Disp: OK, whoever called I did not copy.
        4256. 4256 slow the cars down.
1949:10 4240. 4240 Repeat.
        4256. 56, slow the cars down.
1949:20 Disp: Attention all cars, all departments. Cancel on the officer needing assistance at Sam's on Seymour. Dist. 4 cars can continue, but slow it down. repeating cancel on officer needs assistance at Sam's on Seymour near Eagle. Dist. 4 cars can continue, but slow it down.
1949:30 No other cars needed but Dist. 4 cars. Cincinnati at 1949.
1949:35 4252. We've got him in custody. You can disregard anybody else.  We need a boss for a macing. –
1949:40 Disp: Copy in custody. Uh. 4250 or 4230, copy the macing?
1949:   4240. I'm seconds away.
        Disp: Copy seconds away.
1949:50 Dist. 4 cars can now disregard. Everything's OK. One in custody.

**Audio District 4**                     **Audio portion of Spellen Video**
1950:00
1950:10
1950:20

2

**Audio District 4**                          **Audio portion of Spellen Video**

1950:30  4566. – 4566. – You might want to
         cancel that assistance again.  We've
         got, uh, other cars coming here pretty rapidly.
         Disp: Attention all cars, all county broadcast,
1950:40  another cancellation reference the
         officer needing assistance.
1950:50  at Sam's 2092 Seymour. Absolutely no
         more cars needed. No more cars needed
         at Sam's. Originating base Cinti 1950.    **Caton:** You got the keys, Blaine.
                                                   **Jorg:** Move. **C:** or they still in the car?
1951:00                                            **J:** Move. **C:** Blaine. You got the keys or they
                                                   still in the car? **J:** Still in the car, I think.
                                                   **Spellen:** What the fuck happened, dog?
                                                   **Hunter:** Hey, Pat. Do me a favor.

1951:10  Attention all cars, all departments.
         All cars, all departments.
1951:20  Channel 8 will be restricted until
         further notice. Channel 8 will be
         restricted until further notice.
         All Dist. 1 units reference W. 9th St.
1951:30  switch to Channel 8. – 4250. I'm          **Sellers:** You an' him been talking?
         35 also.                                  **H:** Just now. Then he said I ain't never, duh,
                                                   duh, duh.
                                                   **H:** He did that shit the last time he ran from
                                                   me. I had him by the hood of his sweatshirt.
                                                   He ripped out of it.
1951:40  4250, 35.                                 **H:** --When's the last time you ran from police.
                                                   That's when he tried to break today.
                                                   **Spellen:** Damn. **Sellers:** Jorg, I'll be back.

1951:50                                            **Sellers:** We're gonna—our cars on over.
                                                   **Spellen:** Uh, Brazille. Where's, where's he at?
                                                   **?PO:** Uh. **Spellen:** Where's the dude at? Is
                                                   he fucked up? **?PO:** I believe he's in
                                                   somebody's car, --- blood on ---. **?PO:** Uh,
                                                   enter over here, sir. – Jorg uh, --.

1952:00  4251. – Go ahead. – Tell my partner
         he can respond this way.

                                                   **H:** Stopped for investigation of resisting and
1952:10  51 B. Disregard, I'll walk over. OK.      obstruction that I had on him, remember
                                                   the hooded sweatshirt guy?  Was working
                                                   that day, sarge.  The guy that ripped out uh.

3

**Audio District 4**                          **Audio portion of Spellen Video**

1952:20                                        **Browner**: Yeah, that's came out
                                               his shirt up here.
                                               **?PO:** He came out of his shirt, that's him
                                               **Browner:** Uh-huh. What's he wanted for?
                                               **J:** He's wanted for trafficking, resisting
1952:30                                        and assault on a PO from a prior. But we didn't
                                               know his name at the time. Now we got him
                                               ID, he's wanted again for assault on a PO to
                                               resisting. We uh, well we're over there doing
1952:40                                        investigation waiting for these guys. He walks
                                               by and we're like oh my God that's him. So we
                                               walk over here by the outside the store to make
                                               sure that it was him, that we could ID him.
1952:50                                        It was him and he came around to the front.
                                               I stop him. And told him you know just need
                                               to talk to you.
1953:00                                        So we ask him a few questions. Doesn't have
1953:10                                        his ID.  Give us a name,
                                               where'd he live an talk to what are you doing
                                               here? Visiting his girlfriend. Where does she
                                               live? Do you remember the numbers of the
                                               address? Will you take us there? Yeah, take
                                               you there. No big deal. Dave fires in
                                               a few questions. Did you ever run from the
1953:20                                        police. Last time he ran from the police.
                                               Never, never, no
                                               **H:** Duh, duh, duh. Then that's when I said
                                               oh, so when was the last time you ran from
1953:30                                        police.  That's when we ---.
                                               **Watts:** Did anybody strike him or spray?
                                               **H:**  just sprayed him.
                                               **J:** I don't know who sprayed him. I had
                                               his head wrapped almost the whole time.
1953:40                                        **Watts:** You said you had his head wrapped
                                               around.
                                               **J:** Uhm, I had my hand across his forehead
                                               Trying to hold him down to the ground.
                                               I also had one of his arms as a restraint
                                               move, a balance. I didn't throw anything.
1953:50                                        And then uh, he dropped his head.
                                               As I was turned to hold him down, he
                                               brought his head up I had to push it
                                               back down and he hit his head on the
                                               ground. It wasn't intentional move.

4

| **Audio District 4** | **Audio portion of Spellen Video** |
|---|---|
| | I didn't go to hit his head on the ground. |
| 1954:00 | Sarge, I'm gonna, |
| 1954:10 | well I'm taking --. |
| | **Spellen:** Looks like he's uh hurting a little bit. |
| | **Brazile:** Yeah. Lot a bit. |
| | **Spellen:** Yeah. |

1955:10  4250. 4250
        Disp: car 4250.

        4250. Get fire up here respond.
        2098 uh, Seymour.
1955:20  Disp: Okay. Give me a brief description
        of what you got there.
1955:30   4250. 4250. Uh, we're not getting a
        response from uh, the individual on
        the scene.
        Disp: Okay

**Time Sequences:**

7:23→Officer needs assistance (1947:47) to call for fire(1955:10)

5:35→In custody (1949:35) to call for fire (1955:10)

4:20→No more cars needed at Sam's (1950:50) to call for fire (1955:10)

1: 48→Officer needs assistance (1947:47) to "in custody" (1949:35)

5