## POLICE INTERVENTION OF ROGER OWENSBY, JR.

### CASE # 00 PI 04

### STATEMENT

### OF

### DONALD WHITTAKER

Code to persons speaking in statement:

      Q.     Specialist James Engelhardt
              Homicide Unit, C.I.S.
              Cincinnati Police Division

      QQ.   Specialist James Zieverink
              Homicide Unit, C.I.S.
              Cincinnati Police Division

      A.     Donald Whittaker

(Note: Inaudible portions of statement are indicated by dashes)

      Q.     Today's date is November the 10th. The year 2000. The time is now approximately 1400 hours. This is Detective Jim Engelhardt and Detective Jim Zieverink. Both of the Cincinnati Police Homicide Unit. This is an interview in reference to an incident that occurred on November the7th, the year 2000. At Langdon Farm at Seymour Avenue, at Sam's Sunoco Station in District Four. This interview is being taken from Donald J. Whittaker, Senior. Mr. Whittaker has a home address of 8924 Montgomery Road. And a phone number of 793-1505. He is a uh, security officer for Huntington Meadows Public Safety. He has a badge number of S 1. And uhm,

walked, they walked him to uh, a Golf Manor cruiser.  They put him in a Golf Manor

cruiser.  Cause one of the officers asked if they could put him in the back of their car.

Q.    Okay.  When you say picked him up, how did they pick him up?

A.    They picked him up, when he was cuffed, they, they picked him up

by his arms and stuff like that.  Picked him up.  Picked him up underneath his arms.

Q.    'kay.

A.    And they walked him to the car.

Q.    Now could you tell if he was walking or

A.    Yes.  He was walking.  He was conscious of the whole, the en-

the whole entire time.

Q.    Now how do you know that?

A.    Because he was, he was hollering back at the police officers.

Q.    Do you remember what he was saying?

A.    And that he's just saying "let me go, let me go."  And that's the

only thing I could hear him say.

Q.    Then they put him in a, in a Golf Manor car.

A.    Yeah.  They, they hollered over and asked uh, one of the Golf

Manor officers that pulled up if they can put him in the back of their car.  And

they said "yeah" and he put him in the back of Golf Manor's car.

Q.    The Golf Manor guys arrive after the handcuffing was completed.

A.    Yes, sir.

Q.    Okay.

A.    And we had a few Street Corner officers came over too, to help out