<u>POLICE INTERVENTION OF ROGER OWENSBY, JR.</u>

<u>CASE #00 PI 04</u>

<u>STATEMENT</u>

OF

<u>BRIAN MENEFEE</u>

(First statement)

Code to persons speaking in statement:

Q:   Specialist James Zieverink
     Homicide Unit
     Cincinnati Police Division
     824 Broadway Street

QQ:  Specialist David Feldhaus
     Homicide Unit
     Cincinnati Police Division
     824 Broadway Street

A:   Brian Menefee, Badge #102
     Security Guard
     Huntington Meadows Apartments

(Note: Inaudible portions of statement indicated by dashes)

Q:   Along with me is uh Detective Dave Feldhaus. Today's date is November the 10th the year 2000. Time now is 1643 hours. We are at 1429 Springfield Pike uh in the parking lot of uh LaRosa's. Uh we're in our own car here speaking with Brian Menefee. Last name spelling M-E-N-E-F-E-E. He's a male, white. DOB of 9/21 of 70. SS number's 282/70/0932. He has an address of 614 Blanche Avenue in Arlington Heights. Uh his phone number's 948-8360. He's also a security guard for Huntington Meadows. Badge number 102. Uh Brian is all that information correct?

A:   Everything is correct.

1

A:    When the, when the, when the subject was being walked towards the vehicle, he tried to uh back up a bit against the officers. But uh uh once they got to the car, he actually went into the car uh uh pretty easily.

Q:    But he did actually try to buck back against 'em?

A:    Buck back. Yeah.

Q:    No problems getting him into the car though?

A:    No problems.

Q:    Do you. Did anybody uhm drop anything or leave anything out there on the, on the pavement?

A:    Like what? -----.

Q:    Any equipment. Was anything picked up?

A:    Yeah uh I picked up uh Jorg's uh PR24 off the ground. Handed it to him when the uh situation was under control.

Q:    How do you know it was Jorg's?

A:    Uh I saw it dropped out of him.

Q:    When?

A:    Uh towards uh when he was on the ground. I heard something hit, hit the ground and it was the uh, the PR24.

Q:    Did, did he use it at all? Did anybody use it?

A:    I didn't, I didn't see anyone use any uh.

Q:    Okay. Did he, did he have it in his hand or did fall out of his ring? Do you know?

A:    I don't know where he had it at. I, I heard, I heard something fall and hit to the ground.

Q:    How long would you say the entire scuffle lasted?

10