## POLICE INTERVENTION OF ROGER OWENSBY, JR.

### CASE # 00 PI 04

### STATEMENT

### OF

### SERGEANT PETE WATTS

(2nd INTERVIEW    11/12/00)

Code to persons speaking in statement:

    Q.    Specialist David Feldhaus
            Homcide Unit, C.I.S.
            Cincinnati Police Division

    QQ.   Specialist James Zieverink
            Homicide Unit, C.I.S.
            Cincinnati Police Division

    A.    Sergeant Pete Watts
            District Four, Badge S-618
            Cincinnati Police Division

(Note: Inaudible portions of statement are indicated by dashes)

Q.    Okay. Today's date is November 12th. Year 2000. The time now is approximately 1900 hours. This Detective Dave Feldhaus and Jim Zieverink of the uh, Cincinnati Police Homicide Unit. We're interviewing a Sergeant Pete Watts of District Four. Badge Number S 618. Uh, Sergeant Watts is being interviewed in reference to police intervention 00 PI 4, involving the death of uh, Roger

checked with all the officers to make sure everybody you know I was asking "if anybody hurt, everybody's okay, anybody hurt." And all the guys said they were fine. Nobody was injured. And at that particular time I started talking to Officer Jorg. And he starte' telling me what happened. That the uh, the officers had identified the suspect as someone who was involved in a, an assault on a police officer just a few days before. And Officer Hunter identified I asked who maced him. He said Hunter had maced him. I asked him how did he get blood on his shirt. And he said from holding the uh, suspect down. Said we all fell to the ground. He said his head hit the ground. And he has a bruise on his forehead. And when I responded over to the car just moments later, uh, I did see the bruise on uh, Mr. Owensby, as we know him now. His head. Uhm, and then from that particular point I wanted to interview Mr. Owensby and I asked the uh, Golf Manor officers to lower the window. Because they said he was, he had fought all the way to the car. But cause of the way he was seated and the fact that he wasn't breathing hard, I asked him to unlock the door. I checked Mr. Owensby's pulse. (Coughs) And I checked his neck. 'scuse me. Uh, touched his neck to see if you know he could feel anything there. I couldn't. I asked the other officers to open up the other door. Let's reposition him and I was trying to move him from my side. Uh, turn him over. When we mo-, tried to move him, he rolled over onto his stomach. And at that particular time I saw blood come out of his blood. Blood, saliva. I looked up at Sergeant Browner. I said call a rescue. And at that time, I'm not sure who the officers were who pulled him out the passenger side. But I think it was Hasse and Caton. Alex Hasse and Pat Caton. They took him out. Put him on the ground. Uh, we checked his eyes. His pupil was dilated. And they started uh, performing CPR on him. And until the rescue got there.