<u>POLICE INTERVENTION OF ROGER OWENSBY, JR.</u>

CASE # 00 PI 04

<u>STATEMENT</u>

<u>OF</u>

<u>SERGEANT PETE WATTS</u>

<u>(1st INTERVIEW   11/08/00)</u>

Code to persons speaking in statement:

    Q.    Specialist Gregory Ventre
           Homicide Unit, C.I.S.
           Cincinnati Police Division

    QQ.   Specialist Timothy Campbell
           Homicide Unit, C.I.S.
           Cincinnati Police Division

    A.    Sergeant Pete Watts

(Note: Inaudible portions of statement are indicated by dashes)

    Q.    This Police Specialist Greg Ventre with Cincinnati Police Homicide Unit. Today's date is November the 8th, year 2000. The time is 2 o'clock in the morning. Uh, with me is Police Specialist Tim Campbell, also with the Homicide Unit. It's going to be an inner-, interview with Sergeant Pete Watts, Badge S 618. Uh, he's a District Four second relief supervisor, working 1500 to 2300 hours. And this evening he was

Unit 4220. Or 4240. Sorry. This is in reference to Case Number 00 PI 4. It's the death of Roger Owensby, which occurred at 2098 Seymour Avenue on the 7th of November. And Sergeant Watts, uh, you were supervisor this evening that responded to 2098 uh, Seymour. Is that correct?

    A.    Yeah, that's correct.

    Q.    Okay. Can you tell us in your words what happened this evening.

    A.    The officers s- uh, three, several of the officers, sir put out an officer needs assistance. And I was at Paddock and North. No. Paddock and Seymour when it came out. So I responded. And uh, before I got there the officers came over the air and said that they had secured the uh, suspect and to uh, discontinue the officer needs assistance. And, but they did request a supervisor respond because of a macing. I came back over the air and said that I was seconds away. And uh, responded. Uh, I think my arrival time was uh, 1950's what I wrote down on my pad.

    Q.    'kay. When you, were you the first supervisor on the scene?

    A.    Sergeant Browner and I got there simultaneously but I got to Officer Jorg before she did. Uh. And she's Car 4250.

    Q.    'kay. When you got there what was your function? What was your job when you got there?

    A.    The first thing I did was check to see if anyone was injured. I checked on our officers. Uh, I got a brief uh, uh, summary from Officer Jorg as to what happened. An' uh, then I checked on the uh, arrested, once they told me that he was in uh, car when I noticed it was a Golf Manor police car, I asked for them to bring one of our cars over so we could transport him. Basically I was responding to investigate