UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ROGER D. OWENSBY JR., et al., | : <br> : <br> : |
| Plaintiff, | : Case No. 01-CV-769 <br> : <br> : Senior Judge S. Arthur Spiegel |
| v. | : <br> : |
| CITY OF CINCINNATI, et al., | : <br> : <br> : |
| Defendants. | : <br> : <br> : |

## DECLARATION OF FREDERICK M. MORGAN, JR.

1. I, Frederick M. Morgan, Jr., am one of the attorneys representing the Plaintiff in the above-captioned action.

2. On March 11, 2004, my partner Paul B. Martins filed a reply memorandum supporting the motion of Plaintiff for Partial Summary Judgment against Defendants City of Cincinnati, Cincinnati Police Chief, and Cincinnati's individual Police Officers.

3. Attached to the aforementioned memorandum were several exhibits which I had printed from various web sites and mistakenly believed to be self-authenticating. I therefore now submit this Declaration in order to authenticate those documents. With respect to each of the following documents, I identified them by searching on the World Wide Web and printed them directly therefrom. I made no modification or alteration to any of the exhibits.

    4.    Exhibit G is located at http://www.cincyfire.com/med9712.htm.  A true and accurate copy of said exhibit is attached hereto.

    5.    Exhibit H is located at http://www.clevelandclinic.org/heartcenter/pub/guide/disease/electric/scd.htm.  A true and accurate copy of said exhibit is attached hereto.

    6.    Exhibit I is located at http://www.americanheart.org/downloadable/heart/1079596866713FS27SDCA4.pdf.  A true and accurate copy is attached hereto.

    7.    Exhibit J is located at http://www.americanheart.org/presenter.jhtml? identifier = 3012022.  A true and accurate copy is attached hereto.

    8.    Exhibit K is located at http://depts.washington.edu/~doemuw/faculty/ cummins.htm.  A true and accurate copy is attached hereto.

    9.    Exhibit L is located at http://www.acc.org/clinical/bethesda/beth31/ ja03t000825p.pdf.  A true and accurate copy is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of April, 2004.

        /s/ Frederick M. Morgan, Jr