

## EDUCATION AND TRAINING

B.A., University of North Carolina, Chapel Hill, NC 1968

M.D., Case Western Reserve University School of Medicine, Cleveland, OH 1972

M.P.H., University of Washington, Seattle, WA 1979

M.Sc., London School of hygiene and Tropical medicine, London, England 1981

Internship in Medicine and Pediatrics, University of Virginia, Charlottesville, VA 1972-1973

National Health Service Corps, Louisa, Virginia, 1973-1975

Residency in Internal Medicine, University of Virginia Hospital, Charlottesville, VA 1975-1977

# Richard O. Cummins, M.D., M.P.H., M.Sc.
Professor of Medicine
Emergency Medicine Service
Division of Emergency Medicine

## CONTACT INFORMATION

University of Washington Medical Center
1959 NE Pacific Street
Box 356123
Seattle, WA 98195-6123
(206) 598-4228

**EXHIBIT K**

Fax: (206) 598-4569
docroc@u.washington.edu


## BOARD CERTIFICATION
Internal Medicine 1977
Emergency Medicine 1996


## PROFESSIONAL ORGANIZATIONS
Society for Academic Emergency Medicine
National Association Emergency medical Services Physicians
American College of Emergency Physicians
American Board of Internal Medicine
American College of Physicians
American Heart Association
American Medical Association
American Public Health Association
Society for Medical Decision Making


## RESEARCH INTERESTS
Epidemiology
Cardiology
Transcutaneous pacing

---

Home | Mission | Administrative Contacts | Patient Care | Residency
Faculty | Research | Calendar | Useful Links | Table of Contents

DOM Home | UW Home | Madigan Army Medical Center

Please honor our copyrights and disclaimer.
Copyright ©1999 Division of Emergency Medicine.
All rights reserved. Comments to mailto:doemuw@u.washington.edu
Last updated: February 5, 2002.