

**FREUND FREEZE & ARNOLD**
A LEGAL PROFESSIONAL ASSOCIATION
www.ffalaw.com

Neil F. Freund, Esq.
(937) 222-2424 Office Dial
(937) 425-0225 Direct Fax
E-mail: nfreund@ffalaw.com

Dayton Office

One Dayton Centre
1 South Main Street
Suite 1800
Dayton, OH 45402-2017
(937) 222-2424
Fax (937) 222-5369

Fourth & Walnut Centre
105 East Fourth Street
Suite 1400
Cincinnati, OH 45202-4035
(513) 665-3500
Fax (513) 665-3503

March 9, 2004

SENT VIA FACSIMILE - ORIGINAL WILL FOLLOW BY ~~REGULAR MAIL~~ *Fed Ex*

Paul B. Martins
HELMER, MARTINS & MORGAN CO., LPA
Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, OH 45202-4008

   RE: *The Estate of Roger D. Owensby v. City of Cincinnati, et al.*

Dear Paul:

   Enclosed you will find the expert report of Charles Wetli, M.D. We will overnight his curriculum vitae. Please call if you have any questions. Thank you.

                                                Very truly yours,

                                                FREUND, FREEZE & ARNOLD



                                                Neil F. Freund

css
c:   Mark Tillar, Esq.
     John Helbling, Esq.
     Don Hardin, Esq.
     Wilson Weisenfelder, Jr., Esq.
     Ravert Clark, Esq.
     Geri Geiler, Esq.

**EXHIBIT C**