# HELMER, MARTINS & MORGAN
## CO., L.P.A.

ATTORNEYS AT LAW

Fourth & Walnut Centre, Suite 1900
105 East 4th Street
Cincinnati, Ohio 45202-4008

James B. Helmer, Jr.*
Paul B. Martins
Frederick M. Morgan, Jr.
Julie Webster Popham**
Jennifer M. Verkamp
Robert M. Rice
Donald G. Stiens, Jr.

*Also D.C. Bar
**Also KY Bar

Telephone: (513) 421-2400
Telecopier: (513) 421-7902

Of Counsel:
Robert Clark Neff, Jr.

February 10, 2004

**Sent via Facsimile & U.S. Mail**

Neil F. Freund, Esq.
FREUND, FREEZE & ARNOLD, LPA
One Dayton Centre
One South Main Street
Suite 1800
Dayton, Ohio 45402-2017

Geri H. Geiler, Esq.
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

Re: *Estate of Roger D. Owensby, Jr. v. City of Cincinnati, et al.,*
Case No. 01-CV-769 (S.D. Ohio)

Dear Counsel:

On January 7, 2004 the Magistrate Judge issued an Order concerning Plaintiff's Motion to Compel Responses to Second Request for Production of Documents. (Doc. 81). In that Order, the Court directed that the Plaintiff confer with Defendants in an effort to amicably reach agreement on the payment of Plaintiff's attorney's fees and expenses incurred in having to file and prosecute the Motion to Compel. *Id.* This was reaffirmed in a subsequent January 21, 2004 Order. (Doc. 83).

On January 16, 2004, in accord with these Orders, I sent you our demand for attorney's fees incurred in having to prosecute the Motion to Compel. Over the past three weeks our attempt to informally resolve this matter has been ignored by the City of Cincinnati. If this matter is not resolved within the next week, in keeping with the Court's direction, Plaintiff will have no alternative but to submit this matter to the Court for resolution.

Sincerely,

Paul B. Martins

PBM:kmr
cc: Mark T. Tillar, Esq. (via facsimile)
John J. Helbling, Esq. (via facsimile)
Donald E. Hardin, Esq. (via facsimile)
Wilson G. Weisenfelder, Jr., Esq. (via facsimile)
Dale A. Stalf, Esq. (via facsimile)
Ravert J. Clark, Esq. (via facsimile)