```
                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF OHIO
                          WESTERN DIVISION


ESTATE OF ROGER OWENSBY,      :
   JR.,                       :    NO. 1:01-CV-00769
                              :
        Plaintiff,            :
                              :    ORDER
                              :
   v.                         :
                              :
                              :
CITY OF CINCINNATI, et al.,   :
                              :
        Defendants.           :
```

The trial of the instant action is currently scheduled to begin on May 5, 2004 (doc. 32). This date, however, conflicts with the Sixth Circuit Judicial Conference. Accordingly, the trial date currently scheduled in the instant action is hereby VACATED. The Court hereby SCHEDULES a status conference in this action for April 29, 2004 at 10:00 a.m. This is a peremptory setting.


Dated: April 22, 2004            s/S. Arthur Spiegel
                                 S. Arthur Spiegel
                                 United States Senior District Judge