AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Estate of Roger D. Owensby, Jr., et. al.,

       Case Number:   1:01-cv-00769

    V.

City of Cincinnati, et. al.,

       Senior District Judge S. Arthur Spiegel

### NOTICE

**TAKE NOTICE** that a STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>APRIL 29, 2004 at 10:00 AM |

**1. This conference is a PEREMPTORY setting.**

            JAMES BONINI, CLERK

            s/Kevin Moser
            Kevin Moser
            Case Manager
            (513) 564-7620

cc: Frederick Morgan, Jr., Esq.   James Helmer, Jr., Esq.   John Helbling, Esq.   Mark Tillar, Esq.
    Paul Martins, Esq.   Donald Hardin, Esq.   Geri Geiler, Esq.   Julie Bissinger, Esq.   Neil Freund, Esq.
    Vaseem Hadi, Esq.   Wilson Weisenfelder, Esq.   Kenneth Lawson, Esq.   Ravert Clark, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

            www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.