# BURKE, ROSEN & ASSOCIATES

### 2800 Euclid Avenue, Suite 300, Cleveland, OH 44115

John F. Burke, Jr., Ph.D.

Harvey S. Rosen, Ph.D.

December 22, 2003

Paul Martins, Esq.
HELMER, MARTINS & MORGAN, CO. LPA
Fourth & Walnut Center Suite 1900
105 E. 4th Street
Cincinnati, OH 45202

RECEIVED

DEC 2 4 2003

Helmer,
Martins & Morgan Co., L.P.A.

**RE: Roger Owensby**

Dear Attorney Martins:

You have asked me to state an opinion concerning the loss of earning capacity and the replacement cost of services for Roger Owensby. I am happy to do this for you.

Roger Owensby was born in 1971 and he died in November of the year 2000 just before his 30th birthday. Under normal circumstances you would have expected a person like Roger Owensby to live another 41.4 years until the year 2042 when he reached the age of 71.

If Mr. Owensby would be the type of American who is almost 30 years of age and had some college education and if he earned the average of all persons similarly situated at that age, then the present value of his earning capacity would be $1,827,955. This assumes that he is an active member of the work force until age 67, that he earns fringe benefits at the average level of the typical American worker and as stated above that he earns as much as similarly situated persons with the same educational attainment. I have also reduced this value to present value in the current time period. I have considered the fact that a large portion of Mr. Owensby's income he would spend on himself for his own personal consumption and have subtracted $987843 to account for this. This is a loss of earning capacity to other family members of $840,112. I have also considered that Mr. Owensby might leave the work force at the age of 65 where the net loss would be a present value of $806,005. Or he might work as little as his statistical work life expectancy and have a net loss of $716,175 after consideration of personal consumption. Note that the work life expectancy is a very conservative figure as it is based upon data from the 1980 census.

As an alternative I have considered that Mr. Owensby might have the earning capacity of a person with only four years of High School education. This would have an income on his earnings and reduce them substantially to a figure of $1,299,200 if he were an active member of the work force until age 67. When consumption is considered, the net loss would be $597,101. As with the statistics above I have also considered Mr. Owensby's earning capacity to age 65 and to his work life expectancy at respectively $569,000 and $513,000.

Lastly I have taken into account that Mr. Owensby might have provided services around the house at least until the time period when his minor child reached the age of her majority and beyond to age 21. This would produce a net loss of $57,046.

I do hope all this information is helpful to you and if I can be of further service please feel free to call.

Sincerely yours,

*Burke Rosen and Associates/mlk*

Burke Rosen & Associates
Economists

JFB:HSR:mlk
Enclosures

Telephone: (216) 566-9300          Facsimile (216) 566-0927          e-mail: h.rosen@burkerosen.com

**Preliminary Report**

*concerning the*

**Loss of Earning Capacity &
Replacement Cost of Services**

*of*

**Roger Owensby**

RECEIVED

DEC 2 - 2003

*Prepared for:*

Mr. Paul Martins
**Attorney at Law**

*Prepared by:*

**John F. Burke, Jr., Ph.D.
Harvey S. Rosen, Ph.D.**
*Economists*

*December 19, 2003*

2a

## Personal Data Sheet

| | | | |
|---|---|---|---|
| Name: | Roger Owensby | | |
| Date of Birth: | 3/27/1971 | | |
| Date of Death: | 11/7/2000 | (14.79% of 2000 Remains) | |
| Age on: | 11/7/2000 | 29.6 Years | |
| Work Life Expectancy from Age 29.6 | | 30.1 Years ( 95.34% of 2030)* | |
| Age at Expiration of Work Life Expectancy: | | 59.7 Years Old | |
| Life Expectancy from: 11/7/2000 | | 41.4 Years ( 25.21% of 2042)** | |
| Age at Expiration of Life Expectancy: | | 71.0 Years Old | |

Education Level:     College 1-3

As of 1/1/2004

| Name | Relationship | Date of Birth | Age | Life Expectancy | |
|---|---|---|---|---|---|
| Myescha | Daughter | 8/20/1990 | 13.4 | 62.8 | Years |

Note: As of 1/1/2004 100% of 2004 Remains

*Length of Working Life for Men and Women, 1979-80, Worklife Estimates,
February 1986, Bureau of Labor Statistics, U.S. Department of Labor.

**Expectation of Life at Single Years of Age, by Race, and Sex: U.S., 2000, Arias, E.
United States life tables,2000. National Vital Statistics Reports;Vol 51 No. 3,
Hyatsville,Maryland: National Center for Health Statistics, December 19, 2002, pgs.
15,17,21,23   MB

2b

**Personal Data Sheet**

| | | |
|---|---|---|
| Name: | Roger Owensby | |
| Date of Birth: | 3/27/1971 | |
| Date of Death: | 11/7/2000 | (14.79% of 2000 Remains) |
| Age on: | 11/7/2000 | 29.6 Years |
| Work Life Expectancy from Age 29.6 | | 30.1 Years ( 95.34% of 2030)* |
| Age at Expiration of Work Life Expectancy: | | 59.7 Years Old |
| Life Expectancy from:  11/7/2000 | | 41.4 Years ( 25.21% of 2042)** |
| Age at Expiration of Life Expectancy: | | 71.0 Years Old |

Education Level:    High School Graduate

As of 1/1/2004

| Name | Relationship | Date of Birth | Age | Life Expectancy | |
|---|---|---|---|---|---|
| Myescha | Daughter | 8/20/1990 | 13.4 | 62.8 | Years |

Note: As of  1/1/2004  100%  of 2004 Remains

*Length of Working Life for Men and Women, 1979-80, Worklife Estimates,
February 1986, Bureau of Labor Statistics, U.S. Department of Labor.

**Expectation of Life at Single Years of Age, by Race, and Sex: U.S., 2000, Arias, E.
United States life tables,2000. National Vital Statistics Reports;Vol 51 No. 3,
Hyatsville,Maryland: National Center for Health Statistics, December 19, 2002, pgs.
15,17,21,23   MB

3

Summary Sheet

| | | Present Value* |
|---|---|---|
| I. Loss of Earning Capacity | | |

A.   Some College (1-3 Years)

   1.   To Age 67

   Wages $1,437,071

   Fringe Benefits @ 27.2% $390,883

   Total $1,827,955

   Consumption @ 68.74% (Minus)** $ (987,843)

   Net Loss $840,112

   2.   To Age 65

   Wages $1,378,729

   Fringe Benefits @ 27.2% $375,014

   Total $1,753,743

   Consumption @ 68.74% (Minus)** $ (947,738)

   Net Loss $806,005

   3.   Through Work Life Expectancy

   Wages $1,225,068

   Fringe Benefits @ 27.2% $333,219

   Total $1,558,287

   Consumption @ 68.74% (Minus)** $ (842,112)

   Net Loss $716,175

* All future values are grown at 2.0% real & discounted at 2.5% real.
** Consumption is based on Tables 23 & 24.  See calculation sheet in file.

3a

Summary Sheet (cont.)

| I. | Loss of Earning Capacity | | Present Value* |
|---|---|---|---|

**B. High School (4 Years)**

**1. To Age 67**

| | | |
|---|---|---|
| Wages | $1,021,384 | |
| Fringe Benefits @ 27.2% | $277,816 | |
| Total | $1,299,200 | |
| Consumption @ 68.74% (Minus)** | $ (702,099) | |
| Net Loss | | $597,101 |

**2. To Age 65**

| | | |
|---|---|---|
| Wages | $973,545 | |
| Fringe Benefits @ 27.2% | $264,804 | |
| Total | $1,238,350 | |
| Consumption @ 68.74% (Minus)** | $ (669,215) | |
| Net Loss | | $569,135 |

**3. Through Work Life Expectancy**

| | | |
|---|---|---|
| Wages | $878,267 | |
| Fringe Benefits @ 27.2% | $238,889 | |
| Total | $1,117,155 | |
| Consumption @ 68.74% (Minus)** | $ (603,721) | |
| Net Loss | | $513,435 |

| II. | Replacement Cost of Services*** | $57,046 |
|---|---|---|

\* All future values are grown at 1.0% real & discounted at 2.5% real.
\*\* Consumption is based on Tables 23 & 24.  See calculation sheet in file.
\*\*\* Future values for services are grown at 0.0% real & discounted at 2.5% real.

4

Table: 1    Schedule Showing the Mean Income Earned for Black Males Employed Full-Time with Some College Education.

| Ages | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|------|------|------|------|------|------|------|------|------|
| 18-24 | $13,934 | $17,406 | $21,293 | $22,396 | $18,149 | $20,976 | $21,288 | $22,867 |
| 25-34 | $27,717 | $27,608 | $29,370 | $29,339 | $27,520 | $30,753 | $35,445 | $36,211 |
| 35-44 | $29,776 | $39,508 | $36,935 | $35,089 | $32,819 | $35,915 | $40,066 | $38,230 |
| 45-54 | $37,290 | $36,337 | $35,912 | $34,556 | $43,325 | $37,938 | $39,902 | $41,280 |
| 55-64 | $40,477 | $34,191 | $37,102 | $35,354 | $34,659 | $42,579 | $38,705 | $41,510 |
| 65+ | $26,122 | $35,015 | $13,195 | $40,734 | $17,000 | $32,373 | $53,289 | $31,166 |

Source:    U.S. Bureau of the Census, Current Population Reports
*Years of School Completed--Persons 18 Years Old and Over,*
*by Total Money Earnings, Age, Race, Hispanic Origin and Sex.*

All information from the Census Bureau's database of unpublished data:
http://www.census.gov/hhes/income/dinctabs.html

5

Table: 2    Schedule Showing the Mean Income for Full-Time Black Male Workers,
Ages 18-24 With Some College Education.

| Year | Rate | Difference | |
|---|---|---|---|
| | | Amount | Percent |
| 1994 | $13,934 | | |
| 1995 | $17,406 | $3,472 | 24.92% |
| 1996 | $21,293 | $3,887 | 22.33% |
| 1997 | $22,396 | $1,103 | 5.18% |
| 1998 | $18,149 | -$4,247 | -18.96% |
| 1999 | $20,976 | $2,827 | 15.58% |
| 2000 | $21,288 | $312 | 1.49% |
| 2001 | $22,867 | $1,579 | 7.42% |

| Since | Years in Period | Difference | | Percent Change Annually |
|---|---|---|---|---|
| | | Amount | Percent | |
| 1994 | 7.00 | $8,933 | 64.11% | 7.33% |

.

6

Table: 3    Schedule Showing the Mean Income for Full-Time Black Male Workers,
Ages 25-34 With Some College Education.

|       |          | Difference | |
|-------|----------|------------|---------|
| Year  | Rate     | Amount     | Percent |
| 1994  | $27,717  |            |         |
| 1995  | $27,608  | -$109      | -0.39%  |
| 1996  | $29,370  | $1,762     | 6.38%   |
| 1997  | $29,339  | -$31       | -0.11%  |
| 1998  | $27,520  | -$1,819    | -6.20%  |
| 1999  | $30,753  | $3,233     | 11.75%  |
| 2000  | $35,445  | $4,692     | 15.26%  |
| 2001  | $36,211  | $766       | 2.16%   |

|       | Years     | Difference | | Percent Change |
|-------|-----------|------------|---------|----------------|
| Since | in Period | Amount     | Percent | Annually       |
| 1994  | 7.00      | $8,494     | 30.65%  | 3.89%          |

7

Table: 4   Schedule Showing the Mean Income for Full-Time Black Male Workers,
            Ages 35-44 With Some College Education.

| Year | Rate | Difference Amount | Percent |
|------|------|--------|---------|
| 1994 | $29,776 | | |
| 1995 | $39,508 | $9,732 | 32.68% |
| 1996 | $36,935 | -$2,573 | -6.51% |
| 1997 | $35,089 | -$1,846 | -5.00% |
| 1998 | $32,819 | -$2,270 | -6.47% |
| 1999 | $35,915 | $3,096 | 9.43% |
| 2000 | $40,066 | $4,151 | 11.56% |
| 2001 | $38,230 | -$1,836 | -4.58% |

| Since | Years in Period | Difference Amount | Percent | Percent Change Annually |
|-------|-----------------|--------|---------|-------------------------|
| 1994 | 7.00 | $8,454 | 28.39% | 3.63% |

8

Table: 5    Schedule Showing the Mean Income for Full-Time Black Male Workers,
Ages 45-54 With Some College Education.

| Year | Rate | Difference Amount | Percent |
|------|------|--------|---------|
| 1994 | $37,290 | | |
| 1995 | $36,337 | -$953 | -2.56% |
| 1996 | $35,912 | -$425 | -1.17% |
| 1997 | $34,556 | -$1,356 | -3.78% |
| 1998 | $43,325 | $8,769 | 25.38% |
| 1999 | $37,938 | -$5,387 | -12.43% |
| 2000 | $39,902 | $1,964 | 5.18% |
| 2001 | $41,280 | $1,378 | 3.45% |

| Since | Years in Period | Difference Amount | Percent | Percent Change Annually |
|-------|-----------------|--------|---------|--------------------------|
| 1994 | 7.00 | $3,990 | 10.70% | 1.46% |

9

Table: 6    Schedule Showing the Mean Income for Full-Time Black Male Workers,
            Ages 55-64 With Some College Education.

| Year | Rate | Difference Amount | Difference Percent |
|------|------|--------|---------|
| 1994 | $40,477 | | |
| 1995 | $34,191 | -$6,286 | -15.53% |
| 1996 | $37,102 | $2,911 | 8.51% |
| 1997 | $35,354 | -$1,748 | -4.71% |
| 1998 | $34,659 | -$695 | -1.97% |
| 1999 | $42,579 | $7,920 | 22.85% |
| 2000 | $38,705 | -$3,874 | -9.10% |
| 2001 | $41,510 | $2,805 | 7.25% |

| Since | Years in Period | Difference Amount | Difference Percent | Percent Change Annually |
|-------|-----------------|--------|---------|----------|
| 1994 | 7.00 | $1,033 | 2.55% | 0.36% |

10

Table: 7    Schedule Showing the Mean Income for Full-Time Black Male Workers,
Ages 65+ With Some College Education.

| Year | Rate | Difference Amount | Percent |
|------|------|------------|---------|
| 1994 | $26,122 | | |
| 1995 | $35,015 | $8,893 | 34.04% |
| 1996 | $13,195 | -$21,820 | -62.32% |
| 1997 | $40,734 | $27,539 | 208.71% |
| 1998 | $17,000 | -$23,734 | -58.27% |
| 1999 | $32,373 | $15,373 | 90.43% |
| 2000 | $53,289 | $20,916 | 64.61% |
| 2001 | $31,166 | -$22,123 | -41.52% |

| Since | Years in Period | Difference Amount | Percent | Percent Change Annually |
|-------|-----------------|------------|---------|-------------------------|
| 1994 | 7.00 | $5,044 | 19.31% | 2.55% |

11

Table: 8    Schedule Showing the Age, the Average 2001 Base Year Income, the Growth
Factor, the 2004 Base Year Income, the Number of Years, the Total 2004
Base Income, the Growth Years, and the Present Value of the Future Income for a
Black Male Employed Full-Time with Some College Education to Age 67.

| Age | 2001 Base Year Income | Growth Factor | 2004 Base Year Income | Number of Years | Income | Years | Present Value |
|-----|----------------------|---------------|----------------------|-----------------|--------|-------|---------------|
| 18-24 | $22,867 | 1.236517 | $28,275 | 0.0 | $0 | 0 | $0 |
| 25-34 | $36,211 | 1.121385 | $40,606 | 5.0 | $203,032 | 0 | $203,032 |
| 35-44 | $38,230 | 1.113054 | $42,552 | 10.0 | $425,521 | 7 | $411,202 |
| 45-54 | $41,280 | 1.044528 | $43,118 | 10.0 | $431,181 | 17 | $396,787 |
| 55-64 | $41,510 | 1.010859 | $41,961 | 10.0 | $419,607 | 27 | $367,708 |
| 65 + | $31,166 | 1.078600 | $33,616 | 2.0 | $67,231 | 29 | $58,342 |
| | | | | | Total | | $1,437,071 |

Source:    Income in base year as contained in prior table.  Growth factor
was calculated based upon past growth rates for each age category.

Note:    Base Year Income may not appear to be exact due to rounding during
computation.

12

Table: 9    Schedule Showing the Age, the Average 2001 Base Year Income, the Growth
Factor, the 2004 Base Year Income, the Number of Years, the Total 2004
Base Income, the Growth Years, and the Present Value of the Future Income for a
Black Male Employed Full-Time with Some College Education to Age 65.

| Age | 2001 Base Year Income | Growth Factor | 2004 Base Year Income | Number of Years | Income | Years | Present Value |
|------|------|------|------|------|------|------|------|
| 18-24 | $22,867 | 1.236517 | $28,275 | 0.0 | $0 | 0 | $0 |
| 25-34 | $36,211 | 1.121385 | $40,606 | 5.0 | $203,032 | 0 | $203,032 |
| 35-44 | $38,230 | 1.113054 | $42,552 | 10.0 | $425,521 | 7 | $411,202 |
| 45-54 | $41,280 | 1.044528 | $43,118 | 10.0 | $431,181 | 17 | $396,787 |
| 55-64 | $41,510 | 1.010859 | $41,961 | 10.0 | $419,607 | 27 | $367,708 |
| | | | | | Total | | $1,378,729 |

Source:    Income in base year as contained in prior table.  Growth factor
was calculated based upon past growth rates for each age category.

Note:    Base Year Income may not appear to be exact due to rounding during
computation.

13

Table: 10   Schedule Showing the Age, the Average 2001 Base Year Income, the Growth
Factor, the 2004 Base Year Income, the Number of Years, the Total 2004 Base Income,
The Growth Years, and the Present Value of the Future Income for a Black Male Employed
Full-Time with Some College Education through Work Life Expectancy.

| Age | 2001 Base Year Income | Growth Factor | 2004 Base Year Income | Number of Years | Income | Years | Present Value |
|------|------|------|------|------|------|------|------|
| 18-24 | $22,867 | 1.236517 | $28,275 | 0.0 | $0 | 0 | $0 |
| 25-34 | $36,211 | 1.121385 | $40,606 | 5.0 | $203,032 | 0 | $203,032 |
| 35-44 | $38,230 | 1.113054 | $42,552 | 10.0 | $425,521 | 7 | $411,202 |
| 45-54 | $41,280 | 1.044528 | $43,118 | 10.0 | $431,181 | 17 | $396,787 |
| 55-64 | $41,510 | 1.010859 | $41,961 | 5.7 | $239,176 | 23 | $214,048 |
| | | | | | Total | | $1,225,068 |

Source:    Income in base year as contained in prior table.  Growth factor
was calculated based upon past growth rates for each age category.

Note:    Base Year Income may not appear to be exact due to rounding during
computation.

14

Table: 11   Schedule Showing Employee Benefits, as Percent of Payroll, for Selected Benefits (Employer's Share Only)

| Year | Legally Required Payments | Pension, Insurance & Other Agreed-Upon Payments* | | Total Payments |
|------|------|------|------|------|
| 1983 | 9.00% | 13.60% | | 22.60% |
| 1984 | 9.60% | 13.50% | | 23.10% |
| 1985 | 9.50% | 12.80% | | 22.30% |

*Beginning in 1986 this category was subdivided into the following:

| Year | Legally Required Payments | Retirement & Savings | Medical Benefits | Total Payments |
|------|------|------|------|------|
| 1986 | 8.90% | 6.70% | 8.30% | 23.90% |
| 1987 | 9.00% | 6.60% | 8.00% | 23.60% |
| 1988 | 8.90% | 5.00% | 8.70% | 22.60% |
| 1989 | 8.70% | 5.10% | 9.30% | 23.10% |
| 1990 | 8.80% | 5.50% | 9.90% | 24.20% |
| 1991 | 8.90% | 6.00% | 10.40% | 25.30% |
| 1992 | 9.30% | 6.00% | 10.30% | 25.60% |
| 1993 | 8.70% | 6.60% | 11.10% | 26.40% |
| 1994 | 8.90% | 7.20% | 10.40% | 26.50% |
| 1995 | 8.90% | 7.50% | 10.50% | 26.90% |
| 1996 | 8.80% | 6.30% | 9.60% | 24.70% |
| 2001 | 8.40% | 8.70% | 8.50% | 25.60% |
| 1999 | 9.10% | 6.60% | 9.70% | 25.40% |
| 2001 | 8.20% | 8.00% | 11.00% | 27.20% |

Source:   Employee Benefits (1983 through 2002 Editions).  Employees Benefits as a Percent of Payroll for All Companies, Table 1.  U.S. Chamber Research Center

15

Table: 12 Schedule Showing the Mean Income Earned for Black Males Employed Full-Time
with Four Years of High School Education.

| Ages | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 |
|------|------|------|------|------|------|------|------|------|
| 18-24 | $13,190 | $16,706 | $17,898 | $19,465 | $21,257 | $17,899 | $18,214 | $23,158 |
| 25-34 | $20,283 | $22,558 | $24,385 | $24,868 | $25,322 | $32,799 | $31,975 | $27,964 |
| 35-44 | $24,486 | $24,790 | $27,026 | $28,675 | $27,725 | $30,212 | $31,356 | $32,060 |
| 45-54 | $28,734 | $28,989 | $28,322 | $31,976 | $30,207 | $33,001 | $34,296 | $30,707 |
| 55-64 | $27,310 | $30,413 | $31,561 | $31,501 | $29,666 | $36,436 | $56,681 | $33,217 |
| 65+ | $21,408 | $35,665 | $38,822 | $16,758 | $20,662 | $32,451 | $41,499 | $31,208 |

Source:   U.S. Bureau of the Census, Current Population Reports
*Years of School Completed--Persons 18 Years Old and Over,*
*by Total Money Earnings, Age, Race, Hispanic Origin and Sex.*

All information from the Census Bureau's database of unpublished data:
http://www.census.gov/hhes/income/dinctabs.html

16

Table: 13   Schedule Showing the Mean Income for Full-Time Black Male Workers,
Ages 18-24 With Four Years of High School Education.

|  |  | Difference | |
| Year | Rate | Amount | Percent |
| 1994 | $13,190 |  |  |
| 1995 | $16,706 | $3,516 | 26.66% |
| 1996 | $17,898 | $1,192 | 7.14% |
| 1997 | $19,465 | $1,567 | 8.76% |
| 1998 | $21,257 | $1,792 | 9.21% |
| 1999 | $17,899 | -$3,358 | -15.80% |
| 2000 | $18,214 | $315 | 1.76% |
| 2001 | $23,158 | $4,944 | 27.14% |

|  | Years | Difference | | Percent Change |
| Since | in Period | Amount | Percent | Annually |
| 1994 | 7.00 | $9,968 | 75.57% | 8.37% |

17

Table: 14   Schedule Showing the Mean Income for Full-Time Black Male Workers,
            Ages 25-34 With Four Years of High School Education.

| | | Difference | |
|---|---|---|---|
| Year | Rate | Amount | Percent |
| 1994 | $20,283 | | |
| 1995 | $22,558 | $2,275 | 11.22% |
| 1996 | $24,385 | $1,827 | 8.10% |
| 1997 | $24,868 | $483 | 1.98% |
| 1998 | $25,322 | $454 | 1.83% |
| 1999 | $32,799 | $7,477 | 29.53% |
| 2000 | $31,975 | -$824 | -2.51% |
| 2001 | $27,964 | -$4,011 | -12.54% |

| | Years | Difference | | Percent Change |
|---|---|---|---|---|
| Since | in Period | Amount | Percent | Annually |
| 1994 | 7.00 | $7,681 | 37.87% | 4.69% |

18

Table: 15   Schedule Showing the Mean Income for Full-Time Black Male Workers,
Ages 35-44 With Four Years of High School Education.

| Year | Rate | Difference | |
|------|------|------------|------|
| | | Amount | Percent |
| 1994 | $24,486 | | |
| 1995 | $24,790 | $304 | 1.24% |
| 1996 | $27,026 | $2,236 | 9.02% |
| 1997 | $28,675 | $1,649 | 6.10% |
| 1998 | $27,725 | -$950 | -3.31% |
| 1999 | $30,212 | $2,487 | 8.97% |
| 2000 | $31,356 | $1,144 | 3.79% |
| 2001 | $32,060 | $704 | 2.25% |

| Since | Years in Period | Difference | | Percent Change Annually |
|-------|-----------------|------------|---------|--------------------------|
| | | Amount | Percent | |
| 1994 | 7.00 | $7,574 | 30.93% | 3.93% |

19

Table: 16   Schedule Showing the Mean Income for Full-Time Black Male Workers,
Ages 45-54 With Four Years of High School Education.             .

| Year | Rate | Difference Amount | Percent |
|------|------|-------------------|---------|
| 1994 | $28,734 | | |
| 1995 | $28,989 | $255 | 0.89% |
| 1996 | $28,322 | -$667 | -2.30% |
| 1997 | $31,976 | $3,654 | 12.90% |
| 1998 | $30,207 | -$1,769 | -5.53% |
| 1999 | $33,001 | $2,794 | 9.25% |
| 2000 | $34,296 | $1,295 | 3.92% |
| 2001 | $30,707 | -$3,589 | -10.46% |

| Since | Years in Period | Difference Amount | Percent | Percent Change Annually |
|-------|-----------------|-------------------|---------|-------------------------|
| 1994 | 7.00 | $1,973 | 6.87% | 0.95% |

20

Table: 17   Schedule Showing the Mean Income for Full-Time Black Male Workers,
Ages 55-64 With Four Years of High School Education.

| Year | Rate | Difference | |
|---|---|---|---|
| | | Amount | Percent |
| 1994 | $27,310 | | |
| 1995 | $30,413 | $3,103 | 11.36% |
| 1996 | $31,561 | $1,148 | 3.77% |
| 1997 | $31,501 | -$60 | -0.19% |
| 1998 | $29,666 | -$1,835 | -5.83% |
| 1999 | $36,436 | $6,770 | 22.82% |
| 2000 | $56,681 | $20,245 | 55.56% |
| 2001 | $33,217 | -$23,464 | -41.40% |

| Since | Years in Period | Difference | | Percent Change Annually |
|---|---|---|---|---|
| | | Amount | Percent | |
| 1994 | 7.00 | $5,907 | 21.63% | 2.84% |

21

Table: 18   Schedule Showing the Mean Income for Full-Time Black Male Workers,
Ages 65+ With Four Years of High School Education.

| Year | Rate | Difference | |
|------|------|--------|---------|
| | | Amount | Percent |
| 1994 | $21,408 | | |
| 1995 | $35,665 | $14,257 | 66.60% |
| 1996 | $38,822 | $3,157 | 8.85% |
| 1997 | $16,758 | -$22,064 | -56.83% |
| 1998 | $20,662 | $3,904 | 23.30% |
| 1999 | $32,451 | $11,789 | 57.06% |
| 2000 | $41,499 | $9,048 | 27.88% |
| 2001 | $31,208 | -$10,291 | -24.80% |

| Since | Years in Period | Difference | | Percent Change Annually |
|-------|-----------------|--------|---------|---------|
| | | Amount | Percent | |
| 1994 | 7.00 | $9,800 | 45.78% | 5.53% |

22

Table: 19    Schedule Showing the Age, the Average 2001 Base Year Income, the Growth
Factor, the 2004 Base Year Income, the Number of Years, the Total 2004
Base Income, the Growth Years, and the Present Value of the Future Income for a
Black Male Employed Full-Time with Four Years of High School Education to Age 67.

| Age | 2001 Base Year Income | Growth Factor | 2004 Base Year Income | Number of Years | Income | Years | Present Value |
|---|---|---|---|---|---|---|---|
| 18-24 | $23,158 | 1.272820 | $29,476 | 0.0 | $0 | 0 | $0 |
| 25-34 | $27,964 | 1.147550 | $32,090 | 5.0 | $160,450 | 0 | $160,450 |
| 35-44 | $32,060 | 1.122438 | $35,985 | 10.0 | $359,854 | 7 | $324,570 |
| 45-54 | $30,707 | 1.028870 | $31,594 | 10.0 | $315,935 | 17 | $245,898 |
| 55-64 | $33,217 | 1.087540 | $36,125 | 10.0 | $361,248 | 27 | $242,627 |
| 65 + | $31,208 | 1.175311 | $36,679 | 2.0 | $73,358 | 29 | $47,838 |
| | | | | | Total | | $1,021,384 |

Source:    Income in base year as contained in prior table.  Growth factor
was calculated based upon past growth rates for each age category.

Note:    Base Year Income may not appear to be exact due to rounding during
computation.

23

Table: 20   Schedule Showing the Age, the Average 2001 Base Year Income, the Growth
Factor, the 2004 Base Year Income, the Number of Years, the Total 2004
Base Income, the Growth Years, and the Present Value of the Future Income for a
Black Male Employed Full-Time with Four Years of High School Education to Age 65.

| Age | 2001 Base Year Income | Growth Factor | 2004 Base Year Income | Number of Years | Income | Years | Present Value |
|------|------|------|------|------|------|------|------|
| 18-24 | $23,158 | 1.272820 | $29,476 | 0.0 | $0 | 0 | $0 |
| 25-34 | $27,964 | 1.147550 | $32,090 | 5.0 | $160,450 | 0 | $160,450 |
| 35-44 | $32,060 | 1.122438 | $35,985 | 10.0 | $359,854 | 7 | $324,570 |
| 45-54 | $30,707 | 1.028870 | $31,594 | 10.0 | $315,935 | 17 | $245,898 |
| 55-64 | $33,217 | 1.087540 | $36,125 | 10.0 | $361,248 | 27 | $242,627 |
| | | | | | Total | | $973,545 |

Source:   Income in base year as contained in prior table.  Growth factor
was calculated based upon past growth rates for each age category.

Note:   Base Year Income may not appear to be exact due to rounding during
computation.

24

Table: 21   Schedule Showing the Age, the Average 2001 Base Year Income, the Growth
Factor, the 2004 Base Year Income, the Number of Years, the Total 2004 Base Income,
The Growth Years, and the Present Value of the Future Income for a Black Male Employed
Full-Time with Four Years of High School Education through Work Life Expectancy.

| Age | 2001 Base Year Income | Growth Factor | 2004 Base Year Income | Number of Years | Income | Years | Present Value |
|------|------|------|------|------|------|------|------|
| 18-24 | $23,158 | 1.272820 | $29,476 | 0.0 | $0 | 0 | $0 |
| 25-34 | $27,964 | 1.147550 | $32,090 | 5.0 | $160,450 | 0 | $160,450 |
| 35-44 | $32,060 | 1.122438 | $35,985 | 10.0 | $359,854 | 7 | $324,570 |
| 45-54 | $30,707 | 1.028870 | $31,594 | 10.0 | $315,935 | 17 | $245,898 |
| 55-64 | $33,217 | 1.087540 | $36,125 | 5.7 | $205,911 | 23 | $147,348 |
| | | | | | Total | | $878,267 |

Source:   Income in base year as contained in prior table.  Growth factor
was calculated based upon past growth rates for each age category.

Note:   Base Year Income may not appear to be exact due to rounding during
computation.

Table 22:    Schedule Showing the Replacement Cost of Services of Roger Owensby.

| Year | | Replacement Cost (a) | Social Security | Total |
|------|------|------|------|------|
| 2000 | (b) | $ 769 | $ 59 | $ 828 |
| 2001 | | $ 5,200 | $ 398 | $ 5,598 |
| 2002 | | $ 5,200 | $ 398 | $ 5,598 |
| 2003 | | $ 5,200 | $ 398 | $ 5,598 |
| 2004 | | $ 5,200 | $ 398 | $ 5,598 |
| | | $ 21,569 | $ 1,650 | $ 23,219 |
| 2005 | | $ 5,073 | $ 388 | $ 5,461 |
| 2006 | | $ 4,949 | $ 379 | $ 5,328 |
| 2007 | | $ 4,829 | $ 369 | $ 5,198 |
| 2008 | | $ 4,711 | $ 360 | $ 5,071 |
| 2009 | | $ 4,596 | $ 352 | $ 4,948 |
| 2010 | | $ 4,484 | $ 343 | $ 4,827 |
| 2011 | (c) | $ 2,781 | $ 213 | $ 2,993 |
| | | | | $ 57,046 |

(a) Assumes $10 per hour, 10 hours per week, 52 weeks a year.  Years after 2004 are
grown at 0% real & discounted at 2.5% real per annum.  Social Security is 7.65% per annum.

(b) 14.79% remains.

(c) 232/365, Daughter's 21st birthday.