26

Table 23:   Schedule Showing the Percentage Rate of Personal Consumption Expenditures
for an Individual Based Upon the Size of Family

| Size of Family | Percentage Rate of Consumption |
|---|---|
| 2 | 35.17% |
| 3 | 25.46% |
| 4 | 20.61% |
| 5 | 17.70% |
| 6 | 15.76% |
| 7 | 14.37% |
| 8 | 13.33% |

Source:   "Consumption By Family Size:  A Labor Relations Study,"
John F. Burke Jr., and Harvey S. Rosen, presented at the
36th Annual Meeting of the Industrial Relations
Research Association, December 28-30, 1983, Revised 8/1/84

Table 24:   Schedule Showing the Percentage Rate of Personal Consumption Expenditures for an Individual Based Upon Family Size of One.

|  | 1997 | 1998 | 1999 | 2000 | 2001 | Total |
|---|---|---|---|---|---|---|
| Average Expenditures | 20,923 | 21,483 | 22,373 | 23,059 | 23,507 | 111,345 |
| Less: Pensions & Social Security | 1,427 | 1,496 | 1,556 | 1,623 | 1,779 | 7,881 |
| Less: Personal Taxes | 2,011 | 2,040 | 2,218 | 2,090 | 1,829 | 10,188 |
| Less: Net Change in Assets and Liabilities | -991 | 511 | 1,031 | 505 | -1,578 | -522 |
| Adjusted Expenditures | 18,476 | 17,436 | 17,568 | 18,841 | 21,477 | 93,798 |
| Divided by Money Income before Taxes | 22,174 | 22,956 | 25,247 | 24,977 | 26,650 | 122,004 |
| Average Consumption | 83.32% | 75.95% | 69.58% | 75.43% | 80.59% | 76.88% |

Note:
   Adjusted by Author from the 1997 through 2001 Consumer Expenditure Survey, Family Size One Person as contained on the BLS website: http://data.bls.gov/labjava/outside.jsp?survey=cx.

**TABLE OF CONTENTS**                                    Appendix Page 1

| Table Title | | · Table | Page |
|---|---|---|---|
| Consumer Price Index (CPI-U) - | All Items | Table A1 | 1-2 |
| Consumer Price Index (CPI-U) | Food | Table A2 | 3-4 |
| Consumer Price Index (CPI-U) | Services | Table A3 | 5-6 |
| Consumer Price Index (CPI-U) | Medical Care | Table A4 | 7-8 |
| Consumer Price Index (CPI-W) | All Items | Table A5 | 9-10 |
| Consumer Price Index (CPI-U) | All Items Less Medical | Table A6 | 11-12 |
| Average Corporate AAA Bond Rates | | Table A7 | 13-14 |
| Average Hourly Earnings in Manufacturing | | Table A8 | 15-16 |
| Nonfarm Business Sector | Hourly | Table A9 | 17-18 |
| Nonfarm Business Sector | Real Hourly | Table A10 | 19-20 |
| Nonfarm Business Sector | Output Per Hour | Table A11 | 21-22 |
| Manufacturing Sector | Hourly | Table A12 | 23-24 |
| Manufacturing Sector | Real Hourly | Table A13 | 25-26 |
| Manufacturing Sector | Output Per Hour | Table A14 | 27-28 |
| Yields on U.S. Government 3-Month T-Bills | | Table A15 | 29-30 |
| Yields on 5 Year Treasury Securities | | Table A16 | 31-32 |
| Yields on 10 Year Treasury Securities | | Table A17 | 33-34 |
| Yields on Local Government Tax Free Bonds | | Table A18 | 35-36 |

Appendix Page II

**TABLE OF CONTENTS  (cont'd)**

| Graph Title | Graph | Page |
|---|---|---|
| Real Interest Rate Calculation | Table A19 | 37-38 |
| Minimum Hourly Wage Rate | Table A20 | 39 |
| CPI-U (All Items) | Graph A1 | 40 |
| CPI-U (All Items Less Medical) | Graph A2 | 41 |
| Nonfarm Business Sector - Real vs Nominal Wages | Graph A3 | 42 |
| Manufacturing Sector - Real vs Nominal Wages | Graph A4 | 43 |
| Three Month T-Bill vs CPI-U (All Items) | Graph A5 | 44 |
| Five Year Treasury Security vs CPI-U (All Items) | Graph A6 | 45 |
| Ten Year Treasury Security vs CPI-U (All Items) | Graph A7 | 46 |

Updated as of January 2003.

**Table A1:**     Schedule Showing the Consumer Price Index (CPI-U) for All Items
for the Years 1940 through 2002  (1982-84=100)

| Year | CPI-U All Items | Difference | Percent |
|------|-----------------|------------|---------|
| 1940 | 14.0 | | |
| 1941 | 14.7 | 0.70 | 5.00% |
| 1942 | 16.3 | 1.60 | 10.88% |
| 1943 | 17.3 | 1.00 | 6.13% |
| 1944 | 17.6 | 0.30 | 1.73% |
| 1945 | 18.0 | 0.40 | 2.27% |
| 1946 | 19.5 | 1.50 | 8.33% |
| 1947 | 22.3 | 2.80 | 14.36% |
| 1948 | 24.1 | 1.80 | 8.07% |
| 1949 | 23.8 | -0.30 | -1.24% |
| 1950 | 24.1 | 0.30 | 1.26% |
| 1951 | 26.0 | 1.90 | 7.88% |
| 1952 | 26.5 | 0.50 | 1.92% |
| 1953 | 26.7 | 0.20 | 0.75% |
| 1954 | 26.9 | 0.20 | 0.75% |
| 1955 | 26.8 | -0.10 | -0.37% |
| 1956 | 27.2 | 0.40 | 1.49% |
| 1957 | 28.1 | 0.90 | 3.31% |
| 1958 | 28.9 | 0.80 | 2.85% |
| 1959 | 29.1 | 0.20 | 0.69% |
| 1960 | 29.6 | 0.50 | 1.72% |
| 1961 | 29.9 | 0.30 | 1.01% |
| 1962 | 30.2 | 0.30 | 1.00% |
| 1963 | 30.6 | 0.40 | 1.32% |
| 1964 | 31.0 | 0.40 | 1.31% |
| 1965 | 31.5 | 0.50 | 1.61% |
| 1966 | 32.4 | 0.90 | 2.86% |
| 1967 | 33.4 | 1.00 | 3.09% |
| 1968 | 34.8 | 1.40 | 4.19% |
| 1969 | 36.7 | 1.90 | 5.46% |
| 1970 | 38.8 | 2.10 | 5.72% |
| 1971 | 40.5 | 1.70 | 4.38% |
| 1972 | 41.8 | 1.30 | 3.21% |
| 1973 | 44.4 | 2.60 | 6.22% |
| 1974 | 49.3 | 4.90 | 11.04% |
| 1975 | 53.8 | 4.50 | 9.13% |
| 1976 | 56.9 | 3.10 | 5.76% |
| 1977 | 60.6 | 3.70 | 6.50% |
| 1978 | 65.2 | 4.60 | 7.59% |
| (cont'd) 1979 | 72.6 | 7.40 | 11.35% |

**Table A1:    Schedule Showing the Consumer Price Index (CPI-U) for All Items
for the Years 1940 through 2002  (1982-84=100)**

| Year | CPI-U All Items | Difference | Percent |
|------|-----------------|------------|---------|
| 1980 | 82.4 | 9.80 | 13.50% |
| 1981 | 90.9 | 8.50 | 10.32% |
| 1982 | 96.5 | 5.60 | 6.16% |
| 1983 | 99.6 | 3.10 | 3.21% |
| 1984 | 103.9 | 4.30 | 4.32% |
| 1985 | 107.6 | 3.70 | 3.56% |
| 1986 | 109.6 | 2.00 | 1.86% |
| 1987 | 113.6 | 4.00 | 3.65% |
| 1988 | 118.3 | 4.70 | 4.14% |
| 1989 | 124.0 | 5.70 | 4.82% |
| 1990 | 130.7 | 6.70 | 5.40% |
| 1991 | 136.2 | 5.50 | 4.21% |
| 1992 | 140.3 | 4.10 | 3.01% |
| 1993 | 144.5 | 4.20 | 2.99% |
| 1994 | 148.2 | 3.70 | 2.56% |
| 1995 | 152.4 | 4.20 | 2.83% |
| 1996 | 156.9 | 4.50 | 2.95% |
| 1997 | 160.5 | 3.60 | 2.29% |
| 1998 | 163.0 | 2.50 | 1.56% |
| 1999 | 166.6 | 3.60 | 2.21% |
| 2000 | 172.2 | 5.60 | 3.36% |
| 2001 | 177.1 | 4.90 | 2.85% |
| 2002 | 179.9 | 2.80 | 1.58% |

| Since | Years In Period | Difference | Percent | Percent Change Annually |
|-------|-----------------|------------|---------|--------------------------|
| 1997 | 5 | 19.40 | 12.09% | 2.31% |
| 1992 | 10 | 39.60 | 28.23% | 2.52% |
| 1987 | 15 | 66.30 | 58.36% | 3.11% |
| 1982 | 20 | 83.40 | 86.42% | 3.16% |
| 1977 | 25 | 119.30 | 196.86% | 4.45% |
| 1972 | 30 | 138.10 | 330.38% | 4.99% |
| 1967 | 35 | 146.50 | 438.62% | 4.93% |
| 1962 | 40 | 149.70 | 495.70% | 4.56% |
| 1957 | 45 | 151.80 | 540.21% | 4.21% |
| 1952 | 50 | 153.40 | 578.87% | 3.90% |
| 1940 | 62 | 165.90 | 1185.00% | 4.20% |

Source:    LABSTAT Database, U.S. Department of Labor, Bureau of Labor
Statistics' internet site, Washington, D.C., Series CUUR0000SA0

**Table A2:**  **Schedule Showing the Consumer Price Index (CPI-U) for Food**
          **for the Years 1940 through 2002   (1982-84=100)**

| Year | CPI-U Food | Difference | Percent |
|------|------|------|------|
| 1939 | | | |
| 1940 | 12.0 | | |
| 1941 | 13.1 | 1.10 | 9.17% |
| 1942 | 15.4 | 2.30 | 17.56% |
| 1943 | 17.1 | 1.70 | 11.04% |
| 1944 | 16.9 | -0.20 | -1.17% |
| 1945 | 17.3 | 0.40 | 2.37% |
| 1946 | 19.8 | 2.50 | 14.45% |
| 1947 | 24.1 | 4.30 | 21.72% |
| 1948 | 26.1 | 2.00 | 8.30% |
| 1949 | 25.0 | -1.10 | -4.21% |
| 1950 | 25.4 | 0.40 | 1.60% |
| 1951 | 28.2 | 2.80 | 11.02% |
| 1952 | 28.7 | 0.50 | 1.77% |
| 1953 | 28.3 | -0.40 | -1.39% |
| 1954 | 28.2 | -0.10 | -0.35% |
| 1955 | 27.8 | -0.40 | -1.42% |
| 1956 | 28.0 | 0.20 | 0.72% |
| 1957 | 28.9 | 0.90 | 3.21% |
| 1958 | 30.2 | 1.30 | 4.50% |
| 1959 | 29.7 | -0.50 | -1.66% |
| 1960 | 30.0 | 0.30 | 1.01% |
| 1961 | 30.4 | 0.40 | 1.33% |
| 1962 | 30.4 | 0.00 | 0.00% |
| 1963 | 31.1 | 0.70 | 2.30% |
| 1964 | 31.5 | 0.40 | 1.29% |
| 1965 | 32.2 | 0.70 | 2.22% |
| 1966 | 33.8 | 1.60 | 4.97% |
| 1967 | 34.1 | 0.30 | 0.89% |
| 1968 | 35.3 | 1.20 | 3.52% |
| 1969 | 37.1 | 1.80 | 5.10% |
| 1970 | 39.2 | 2.10 | 5.66% |
| 1971 | 40.4 | 1.20 | 3.06% |
| 1972 | 42.1 | 1.70 | 4.21% |
| 1973 | 48.2 | 6.10 | 14.49% |
| 1974 | 55.1 | 6.90 | 14.32% |
| 1975 | 59.8 | 4.70 | 8.53% |
| 1976 | 61.6 | 1.80 | 3.01% |
| 1977 | 65.5 | 3.90 | 6.33% |
| 1978 | 72.0 | 6.50 | 9.92% |
| (cont'd) 1979 | 79.9 | 7.90 | 10.97% |

**Table A2:**  Schedule Showing the Consumer Price Index (CPI-U) for Food
for the Years 1940 through 2002   (1982-84=100)

| Year | CPI-U Food | Difference | Percent |
|------|------|------------|---------|
| 1980 | 86.8 | 6.90 | 8.64% |
| 1981 | 93.6 | 6.80 | 7.83% |
| 1982 | 97.4 | 3.80 | 4.06% |
| 1983 | 99.4 | 2.00 | 2.05% |
| 1984 | 103.2 | 3.80 | 3.82% |
| 1985 | 105.6 | 2.40 | 2.33% |
| 1986 | 109.0 | 3.40 | 3.22% |
| 1987 | 113.5 | 4.50 | 4.13% |
| 1988 | 118.2 | 4.70 | 4.14% |
| 1989 | 125.1 | 6.90 | 5.84% |
| 1990 | 132.4 | 7.30 | 5.84% |
| 1991 | 136.3 | 3.90 | 2.95% |
| 1992 | 137.9 | 1.60 | 1.17% |
| 1993 | 140.9 | 3.00 | 2.18% |
| 1994 | 144.3 | 3.40 | 2.41% |
| 1995 | 148.4 | 4.10 | 2.84% |
| 1996 | 153.3 | 4.90 | 3.30% |
| 1997 | 157.3 | 4.00 | 2.61% |
| 1998 | 160.7 | 3.40 | 2.16% |
| 1999 | 164.1 | 3.40 | 2.12% |
| 2000 | 167.8 | 3.70 | 2.25% |
| 2001 | 173.1 | 5.30 | 3.16% |
| 2002 | 176.2 | 3.10 | 1.79% |

| Since | Years In Period | Difference | Percent | Percent Change Annually |
|-------|-----------------|------------|---------|-------------------------|
| 1997 | 5 | 18.90 | 12.02% | 2.30% |
| 1992 | 10 | 38.30 | 27.77% | 2.48% |
| 1987 | 15 | 62.70 | 55.24% | 2.98% |
| 1982 | 20 | 78.80 | 80.90% | 3.01% |
| 1977 | 25 | 110.70 | 169.01% | 4.04% |
| 1972 | 30 | 134.10 | 318.53% | 4.89% |
| 1967 | 35 | 142.10 | 416.72% | 4.80% |
| 1962 | 40 | 145.80 | 479.61% | 4.49% |
| 1957 | 45 | 147.30 | 509.69% | 4.10% |
| 1952 | 50 | 147.50 | 513.94% | 3.70% |
| 1940 | 62 | 164.20 | 1368.33% | 4.43% |

Source:    LABSTAT Database, U.S. Department of Labor, Bureau of Labor
Statistics' internet site, Washington, D.C., Series CUUS0000SAF1

**Table A3:**    Schedule Showing the Consumer Price Index (CPI-U) for Services
for the Years 1940 through 2002 (1982-84=100)

| Year | CPI-U Services | Difference | Percent |
|------|------|------|------|
| 1940 | 12.6 | | |
| 1941 | 12.7 | 0.10 | 0.79% |
| 1942 | 13.1 | 0.40 | 3.15% |
| 1943 | 13.4 | 0.30 | 2.29% |
| 1944 | 13.7 | 0.30 | 2.24% |
| 1945 | 13.9 | 0.20 | 1.46% |
| 1946 | 14.1 | 0.20 | 1.44% |
| 1947 | 14.7 | 0.60 | 4.26% |
| 1948 | 15.6 | 0.90 | 6.12% |
| 1949 | 16.4 | 0.80 | 5.13% |
| 1950 | 16.9 | 0.50 | 3.05% |
| 1951 | 17.8 | 0.90 | 5.33% |
| 1952 | 18.6 | 0.80 | 4.49% |
| 1953 | 19.4 | 0.80 | 4.30% |
| 1954 | 20.0 | 0.60 | 3.09% |
| 1955 | 20.4 | 0.40 | 2.00% |
| 1956 | 20.9 | 0.50 | 2.45% |
| 1957 | 21.8 | 0.90 | 4.31% |
| 1958 | 22.6 | 0.80 | 3.67% |
| 1959 | 23.3 | 0.70 | 3.10% |
| 1960 | 24.1 | 0.80 | 3.43% |
| 1961 | 24.5 | 0.40 | 1.66% |
| 1962 | 25.0 | 0.50 | 2.04% |
| 1963 | 25.5 | 0.50 | 2.00% |
| 1964 | 26.0 | 0.50 | 1.96% |
| 1965 | 26.6 | 0.60 | 2.31% |
| 1966 | 27.6 | 1.00 | 3.76% |
| 1967 | 28.8 | 1.20 | 4.35% |
| 1968 | 30.3 | 1.50 | 5.21% |
| 1969 | 32.4 | 2.10 | 6.93% |
| 1970 | 35.0 | 2.60 | 8.02% |
| 1971 | 37.0 | 2.00 | 5.71% |
| 1972 | 38.4 | 1.40 | 3.78% |
| 1973 | 40.1 | 1.70 | 4.43% |
| 1974 | 43.8 | 3.70 | 9.23% |
| 1975 | 48.0 | 4.20 | 9.59% |
| 1976 | 52.0 | 4.00 | 8.33% |
| 1977 | 56.0 | 4.00 | 7.69% |
| 1978 | 60.8 | 4.80 | 8.57% |
| 1979 | 67.5 | 6.70 | 11.02% |

(cont'd)

Appendix Page 6

**Table A3:**  **Schedule Showing the Consumer Price Index (CPI-U) for Services for the Years 1940 through 2002  (1982-84=100)**

| Year | CPI-U Services | Difference | Percent |
|------|------|------|------|
| 1980 | 77.9 | 10.40 | 15.41% |
| 1981 | 88.1 | 10.20 | 13.09% |
| 1982 | 96.0 | 7.90 | 8.97% |
| 1983 | 99.4 | 3.40 | 3.54% |
| 1984 | 104.6 | 5.20 | 5.23% |
| 1985 | 109.9 | 5.30 | 5.07% |
| 1986 | 115.4 | 5.50 | 5.00% |
| 1987 | 120.2 | 4.80 | 4.16% |
| 1988 | 125.7 | 5.50 | 4.58% |
| 1989 | 131.9 | 6.20 | 4.93% |
| 1990 | 139.2 | 7.30 | 5.53% |
| 1991 | 146.3 | 7.10 | 5.10% |
| 1992 | 152.0 | 5.70 | 3.90% |
| 1993 | 157.9 | 5.90 | 3.88% |
| 1994 | 163.1 | 5.20 | 3.29% |
| 1995 | 168.7 | 5.60 | 3.43% |
| 1996 | 174.1 | 5.40 | 3.20% |
| 1997 | 179.4 | 5.30 | 3.04% |
| 1998 | 184.2 | 4.80 | 2.68% |
| 1999 | 188.8 | 4.60 | 2.50% |
| 2000 | 195.3 | 6.50 | 3.44% |
| 2001 | 203.4 | 8.10 | 4.15% |
| 2002 | 208.1 | 4.70 | 2.31% |

| Since | Years In Period | Difference | Percent | Percent Change Annually |
|------|------|------|------|------|
| 1997 | 5 | 28.70 | 16.00% | 3.01% |
| 1992 | 10 | 56.10 | 36.91% | 3.19% |
| 1987 | 15 | 87.90 | 73.13% | 3.73% |
| 1982 | 20 | 112.10 | 116.77% | 3.94% |
| 1977 | 25 | 152.10 | 271.61% | 5.39% |
| 1972 | 30 | 169.70 | 441.93% | 5.79% |
| 1967 | 35 | 179.30 | 622.57% | 5.81% |
| 1962 | 40 | 183.10 | 732.40% | 5.44% |
| 1957 | 45 | 186.30 | 854.59% | 5.14% |
| 1952 | 50 | 189.50 | 1018.82% | 4.95% |
| 1940 | 62 | 195.50 | 1551.59% | 4.63% |

Source:     LABSTAT Database, U.S. Department of Labor, Bureau of Labor Statistics' internet site, Washington, D.C., Series CUUR0000SAS

**Table A4:**    Schedule Showing the Consumer Price Index (CPI-U) for Medical Care
for the Years 1940 through 2002  (1982-84=100)

| Year | Rate | Difference | Percent |
|------|------|------------|---------|
| 1940 | 10.4 | | |
| 1941 | 10.4 | 0.00 | 0.00% |
| 1942 | 10.7 | 0.30 | 2.88% |
| 1943 | 11.2 | 0.50 | 4.67% |
| 1944 | 11.6 | 0.40 | 3.57% |
| 1945 | 11.9 | 0.30 | 2.59% |
| 1946 | 12.5 | 0.60 | 5.04% |
| 1947 | 13.5 | 1.00 | 8.00% |
| 1948 | 14.4 | 0.90 | 6.67% |
| 1949 | 14.8 | 0.40 | 2.78% |
| 1950 | 15.1 | 0.30 | 2.03% |
| 1951 | 15.9 | 0.80 | 5.30% |
| 1952 | 16.7 | 0.80 | 5.03% |
| 1953 | 17.3 | 0.60 | 3.59% |
| 1954 | 17.8 | 0.50 | 2.89% |
| 1955 | 18.2 | 0.40 | 2.25% |
| 1956 | 18.9 | 0.70 | 3.85% |
| 1957 | 19.7 | 0.80 | 4.23% |
| 1958 | 20.6 | 0.90 | 4.57% |
| 1959 | 21.5 | 0.90 | 4.37% |
| 1960 | 22.3 | 0.80 | 3.72% |
| 1961 | 22.9 | 0.60 | 2.69% |
| 1962 | 23.5 | 0.60 | 2.62% |
| 1963 | 24.1 | 0.60 | 2.55% |
| 1964 | 24.6 | 0.50 | 2.07% |
| 1965 | 25.2 | 0.60 | 2.44% |
| 1966 | 26.3 | 1.10 | 4.37% |
| 1967 | 28.2 | 1.90 | 7.22% |
| 1968 | 29.9 | 1.70 | 6.03% |
| 1969 | 31.9 | 2.00 | 6.69% |
| 1970 | 34.0 | 2.10 | 6.58% |
| 1971 | 36.1 | 2.10 | 6.18% |
| 1972 | 37.3 | 1.20 | 3.32% |
| 1973 | 38.8 | 1.50 | 4.02% |
| 1974 | 42.4 | 3.60 | 9.28% |
| 1975 | 47.5 | 5.10 | 12.03% |
| 1976 | 52.0 | 4.50 | 9.47% |
| 1977 | 57.0 | 5.00 | 9.62% |
| 1978 | 61.8 | 4.80 | 8.42% |
| (cont'd)  1979 | 67.5 | 5.70 | 9.22% |

Table A4:    Schedule Showing the Consumer Price Index (CPI-U) for Medical Care
             for the Years 1940 through 2002  (1982-84=100)

| Year | Rate | Difference | Percent |
|------|------|-----------|---------|
| 1980 | 74.9 | 7.40 | 10.96% |
| 1981 | 82.9 | 8.00 | 10.68% |
| 1982 | 92.5 | 9.60 | 11.58% |
| 1983 | 100.6 | 8.10 | 8.76% |
| 1984 | 106.8 | 6.20 | 6.16% |
| 1985 | 113.5 | 6.70 | 6.27% |
| 1986 | 122.0 | 8.50 | 7.49% |
| 1987 | 130.1 | 8.10 | 6.64% |
| 1988 | 138.6 | 8.50 | 6.53% |
| 1989 | 149.3 | 10.70 | 7.72% |
| 1990 | 162.8 | 13.50 | 9.04% |
| 1991 | 177.0 | 14.20 | 8.72% |
| 1992 | 190.1 | 13.10 | 7.40% |
| 1993 | 201.4 | 11.30 | 5.94% |
| 1994 | 211.0 | 9.60 | 4.77% |
| 1995 | 220.5 | 9.50 | 4.50% |
| 1996 | 228.2 | 7.70 | 3.49% |
| 1997 | 234.6 | 6.40 | 2.80% |
| 1998 | 242.1 | 7.50 | 3.20% |
| 1999 | 250.6 | 8.50 | 3.51% |
| 2000 | 260.8 | 10.20 | 4.07% |
| 2001 | 272.8 | 12.00 | 4.60% |
| 2002 | 285.6 | 12.80 | 4.69% |

| Since | Years In Period | Difference | Percent | Percent Change Annually |
|-------|-----------------|-----------|---------|-------------------------|
| 1997 | 5 | 51.00 | 21.74% | 4.01% |
| 1992 | 10 | 56.10 | 50.24% | 4.15% |
| 1987 | 15 | 87.90 | 119.52% | 5.38% |
| 1982 | 20 | 112.10 | 208.76% | 5.80% |
| 1977 | 25 | 152.10 | 401.05% | 6.66% |
| 1972 | 30 | 169.70 | 665.68% | 7.02% |
| 1967 | 35 | 179.30 | 912.77% | 6.84% |
| 1962 | 40 | 183.10 | 1115.32% | 6.44% |
| 1957 | 45 | 186.30 | 1349.75% | 6.12% |
| 1952 | 50 | 189.50 | 1610.18% | 5.84% |
| 1940 | 62 | 195.50 | 2646.15% | 5.49% |

Source:    LABSTAT Database, U.S. Department of Labor, Bureau of Labor
           Statistics' internet site, Washington, D.C., Series CUUR0000SAM

Table A5:    Schedule Showing the Consumer Price Index (CPI-W) for All Items
for the Years 1940 through 2002  (1982-84=100)

| Year | Rate | Difference | Percent |
|------|------|------------|---------|
| 1940 | 14.1 |       |        |
| 1941 | 14.8 | 0.70  | 4.96%  |
| 1942 | 16.4 | 1.60  | 10.81% |
| 1943 | 17.4 | 1.00  | 6.10%  |
| 1944 | 17.7 | 0.30  | 1.72%  |
| 1945 | 18.1 | 0.40  | 2.26%  |
| 1946 | 19.6 | 1.50  | 8.29%  |
| 1947 | 22.5 | 2.90  | 14.80% |
| 1948 | 24.2 | 1.70  | 7.56%  |
| 1949 | 24.0 | -0.20 | -0.83% |
| 1950 | 24.2 | 0.20  | 0.83%  |
| 1951 | 26.1 | 1.90  | 7.85%  |
| 1952 | 26.7 | 0.60  | 2.30%  |
| 1953 | 26.9 | 0.20  | 0.75%  |
| 1954 | 27.0 | 0.10  | 0.37%  |
| 1955 | 26.9 | -0.10 | -0.37% |
| 1956 | 27.3 | 0.40  | 1.49%  |
| 1957 | 28.3 | 1.00  | 3.66%  |
| 1958 | 29.1 | 0.80  | 2.83%  |
| 1959 | 29.3 | 0.20  | 0.69%  |
| 1960 | 29.8 | 0.50  | 1.71%  |
| 1961 | 30.1 | 0.30  | 1.01%  |
| 1962 | 30.4 | 0.30  | 1.00%  |
| 1963 | 30.8 | 0.40  | 1.32%  |
| 1964 | 31.2 | 0.40  | 1.30%  |
| 1965 | 31.7 | 0.50  | 1.60%  |
| 1966 | 32.6 | 0.90  | 2.84%  |
| 1967 | 33.6 | 1.00  | 3.07%  |
| 1968 | 35.0 | 1.40  | 4.17%  |
| 1969 | 36.9 | 1.90  | 5.43%  |
| 1970 | 39.0 | 2.10  | 5.69%  |
| 1971 | 40.7 | 1.70  | 4.36%  |
| 1972 | 42.1 | 1.40  | 3.44%  |
| 1973 | 44.7 | 2.60  | 6.18%  |
| 1974 | 49.6 | 4.90  | 10.96% |
| 1975 | 54.1 | 4.50  | 9.07%  |
| 1976 | 57.2 | 3.10  | 5.73%  |
| 1977 | 60.9 | 3.70  | 6.47%  |
| 1978 | 65.6 | 4.70  | 7.72%  |
| (cont'd) 1979 | 73.1 | 7.50 | 11.43% |

Appendix Page 10

**Table A5:**     **Schedule Showing the Consumer Price Index (CPI-W) for All Items**
**for the Years 1940 through 2002   (1982-84=100)**

| Year | Rate | Difference | Percent |
|------|------|------------|---------|
| 1980 | 82.9 | 9.80 | 13.41% |
| 1981 | 91.4 | 8.50 | 10.25% |
| 1982 | 96.9 | 5.50 | 6.02% |
| 1983 | 99.8 | 2.90 | 2.99% |
| 1984 | 103.3 | 3.50 | 3.51% |
| 1985 | 106.9 | 3.60 | 3.48% |
| 1986 | 108.6 | 1.70 | 1.59% |
| 1987 | 112.5 | 3.90 | 3.59% |
| 1988 | 117.0 | 4.50 | 4.00% |
| 1989 | 122.6 | 5.60 | 4.79% |
| 1990 | 129.0 | 6.40 | 5.22% |
| 1991 | 134.3 | 5.30 | 4.11% |
| 1992 | 138.2 | 3.90 | 2.90% |
| 1993 | 142.1 | 3.90 | 2.82% |
| 1994 | 145.6 | 3.50 | 2.46% |
| 1995 | 149.8 | 4.20 | 2.88% |
| 1996 | 154.1 | 4.30 | 2.87% |
| 1997 | 157.6 | 3.50 | 2.27% |
| 1998 | 159.7 | 2.10 | 1.33% |
| 1999 | 163.2 | 3.50 | 2.19% |
| 2000 | 168.9 | 5.70 | 3.49% |
| 2001 | 173.5 | 4.60 | 2.72% |
| 2002 | 175.9 | 2.40 | 1.38% |

| Since | Years In Period | Difference | Percent | Percent Change Annually |
|-------|-----------------|------------|---------|-------------------------|
| 1997 | 5 | 18.30 | 11.61% | 2.22% |
| 1992 | 10 | 37.70 | 27.28% | 2.44% |
| 1987 | 15 | 63.40 | 56.36% | 3.02% |
| 1982 | 20 | 79.00 | 81.53% | 3.03% |
| 1977 | 25 | 115.00 | 188.83% | 4.33% |
| 1972 | 30 | 133.80 | 317.81% | 4.88% |
| 1967 | 35 | 142.30 | 423.51% | 4.84% |
| 1962 | 40 | 145.50 | 478.62% | 4.49% |
| 1957 | 45 | 147.60 | 521.55% | 4.14% |
| 1952 | 50 | 149.20 | 558.80% | 3.84% |
| 1940 | 62 | 161.80 | 1147.52% | 4.15% |

Source:     LABSTAT  Database, U.S. Department of Labor, Bureau of Labor
Statistics' internet site, Washington, D.C., Series CWUR0000SA0

Table A6:     Schedule Showing the CPI-U, All Items Less Medical Care
              as compared to CPI-U, Medical Care from 1957 through 2002

| Year | All Items Less Medical Care | Percentage Change | Medical Care | Percentage Change | Difference |
|------|-----------------------------|-------------------|--------------|-------------------|------------|
| 1957 | 28.7 | ---- | 19.7 | --- | --- |
| 1958 | 29.5 | 2.79% | 20.6 | 4.57% | 1.78% |
| 1959 | 29.8 | 1.02% | 21.5 | 4.37% | 3.35% |
| 1960 | 30.2 | 1.34% | 22.3 | 3.72% | 2.38% |
| 1961 | 30.5 | 0.99% | 22.9 | 2.69% | 1.70% |
| 1962 | 30.8 | 0.98% | 23.5 | 2.62% | 1.64% |
| 1963 | 31.1 | 0.97% | 24.1 | 2.55% | 1.58% |
| 1964 | 31.5 | 1.29% | 24.6 | 2.07% | 0.79% |
| 1965 | 32.0 | 1.59% | 25.2 | 2.44% | 0.85% |
| 1966 | 33.0 | 3.13% | 26.3 | 4.37% | 1.24% |
| 1967 | 33.7 | 2.12% | 28.2 | 7.22% | 5.10% |
| 1968 | 35.1 | 4.15% | 29.9 | 6.03% | 1.87% |
| 1969 | 37.0 | 5.41% | 31.9 | 6.69% | 1.28% |
| 1970 | 39.2 | 5.95% | 34.0 | 6.58% | 0.64% |
| 1971 | 40.8 | 4.08% | 36.1 | 6.18% | 2.09% |
| 1972 | 42.1 | 3.19% | 37.3 | 3.32% | 0.14% |
| 1973 | 44.8 | 6.41% | 38.8 | 4.02% | -2.39% |
| 1974 | 49.8 | 11.16% | 42.4 | 9.28% | -1.88% |
| 1975 | 54.3 | 9.04% | 47.5 | 12.03% | 2.99% |
| 1976 | 57.2 | 5.34% | 52.0 | 9.47% | 4.13% |
| 1977 | 60.8 | 6.29% | 57.0 | 9.62% | 3.32% |
| 1978 | 65.4 | 7.57% | 61.8 | 8.42% | 0.86% |
| 1979 | 72.9 | 11.47% | 67.5 | 9.22% | -2.24% |
| 1980 | 82.8 | 13.58% | 74.9 | 10.96% | -2.62% |
| 1981 | 91.4 | 10.39% | 82.9 | 10.68% | 0.29% |
| 1982 | 96.8 | 5.91% | 92.5 | 11.58% | 5.67% |
| 1983 | 99.6 | 2.89% | 100.6 | 8.76% | 5.86% |
| 1984 | 103.7 | 4.12% | 106.8 | 6.16% | 2.05% |
| 1985 | 107.2 | 3.38% | 113.5 | 6.27% | 2.90% |
| 1986 | 108.8 | 1.49% | 122.0 | 7.49% | 6.00% |
| 1987 | 112.6 | 3.49% | 130.1 | 6.64% | 3.15% |
| 1988 | 117.0 | 3.91% | 138.6 | 6.53% | 2.63% |
| 1989 | 122.4 | 4.62% | 149.3 | 7.72% | 3.10% |
| 1990 | 128.8 | 5.23% | 162.8 | 9.04% | 3.81% |
| 1991 | 133.8 | 3.88% | 177.0 | 8.72% | 4.84% |
| 1992 | 137.5 | 2.77% | 190.1 | 7.40% | 4.64% |
| 1993 (cont'd) | 141.2 | 2.69% | 201.4 | 5.94% | 3.25% |

**Table A6:**     **Schedule Showing the CPI-U, All Items Less Medical Care**
**as compared to CPI-U, Medical Care from 1957 through 2002**

| Year | All Items Less Medical Care | Percentage Change | Medical Care | Percentage Change | Difference |
|------|------|------|------|------|------|
| 1994 | 144.7 | 2.48% | 211.0 | 4.77% | 2.29% |
| 1995 | 148.6 | 2.70% | 220.5 | 4.50% | 1.81% |
| 1996 | 152.8 | 2.83% | 228.2 | 3.49% | 0.67% |
| 1997 | 156.3 | 2.29% | 234.6 | 2.80% | 0.51% |
| 1998 | 158.6 | 1.47% | 242.1 | 3.20% | 1.73% |
| 1999 | 162.0 | 2.14% | 250.6 | 3.51% | 1.37% |
| 2000 | 167.3 | 3.27% | 260.8 | 4.07% | 0.80% |
| 2001 | 171.9 | 2.75% | 272.8 | 4.60% | 1.85% |
| 2002 | 174.3 | 1.40% | 285.6 | 4.69% | 3.30% |

| Compound Growth Rate From: | All Items Less Medical Care | Medical Care | Difference |
|------|------|------|------|
| 1997 | 2.20% | 4.01% | 1.81% |
| 1992 | 2.40% | 4.15% | 1.75% |
| 1987 | 2.96% | 5.38% | 2.43% |
| 1982 | 2.98% | 5.80% | 2.81% |
| 1977 | 4.30% | 6.66% | 2.36% |
| 1972 | 4.85% | 7.02% | 2.17% |
| 1967 | 4.81% | 6.84% | 2.03% |
| 1963 | 4.52% | 6.54% | 2.03% |

Source:     LABSTAT Database,  ·U.S. Department of Labor, Bureau of Labor
Statistics' internet site, Washington, D.C., Series CUUR0000SA0L5

**Table A7:** Schedule Showing the Index of Average Corporate AAA Bond Rates
From 1940 through 2002

| Year | Corporate Bond Index | Difference | Percent |
|------|------|------|------|
| 1940 | 1.00000 | | |
| 1941 | 1.02770 | 0.0277 | 2.77% |
| 1942 | 1.05678 | 0.0291 | 2.83% |
| 1943 | 1.08563 | 0.0289 | 2.73% |
| 1944 | 1.11516 | 0.0295 | 2.72% |
| 1945 | 1.14438 | 0.0292 | 2.62% |
| 1946 | 1.17333 | 0.0290 | 2.53% |
| 1947 | 1.20396 | 0.0306 | 2.61% |
| 1948 | 1.23791 | 0.0340 | 2.82% |
| 1949 | 1.27084 | 0.0329 | 2.66% |
| 1950 | 1.30413 | 0.0333 | 2.62% |
| 1951 | 1.34143 | 0.0373 | 2.86% |
| 1952 | 1.38114 | 0.0397 | 2.96% |
| 1953 | 1.42533 | 0.0442 | 3.20% |
| 1954 | 1.46667 | 0.0413 | 2.90% |
| 1955 | 1.51155 | 0.0449 | 3.06% |
| 1956 | 1.56234 | 0.0508 | 3.36% |
| 1957 | 1.62311 | 0.0608 | 3.89% |
| 1958 | 1.68463 | 0.0615 | 3.79% |
| 1959 | 1.75841 | 0.0738 | 4.38% |
| 1960 | 1.83596 | 0.0775 | 4.41% |
| 1961 | 1.91583 | 0.0799 | 4.35% |
| 1962 | 1.99878 | 0.0830 | 4.33% |
| 1963 | 2.08393 | 0.0851 | 4.26% |
| 1964 | 2.17562 | 0.0917 | 4.40% |
| 1965 | 2.27331 | 0.0977 | 4.49% |
| 1966 | 2.38993 | 0.1166 | 5.13% |
| 1967 | 2.52161 | 0.1317 | 5.51% |
| 1968 | 2.67745 | 0.1558 | 6.18% |
| 1969 | 2.86567 | 0.1882 | 7.03% |
| 1970 | 3.09607 | 0.2304 | 8.04% |
| 1971 | 3.32487 | 0.2288 | 7.39% |
| 1972 | 3.56460 | 0.2397 | 7.21% |
| 1973 | 3.82980 | 0.2652 | 7.44% |
| 1974 | 4.15802 | 0.3282 | 8.57% |
| 1975 | 4.52517 | 0.3672 | 8.83% |
| 1976 | 4.90664 | 0.3815 | 8.43% |
| 1977 | 5.30015 | 0.3935 | 8.02% |
| 1978 | 5.76286 | 0.4627 | 8.73% |
| 1979 | 6.31782 | 0.5550 | 9.63% |

(cont'd)

**Table A7:     Schedule Showing the Index of Average Corporate AAA Bond Rates**
**From 1940 through 2002**

| Year | Corporate Bond Index | Difference | Percent |
|------|------|------|------|
| 1980 | 7.07217 | 0.7543 | 11.94% |
| 1981 | 8.07429 | 1.0021 | 14.17% |
| 1982 | 9.18774 | 1.1134 | 13.79% |
| 1983 | 10.29394 | 1.1062 | 12.04% |
| 1984 | 11.60230 | 1.3084 | 12.71% |
| | | | |
| 1985 | 12.92148 | 1.3192 | 11.37% |
| 1986 | 14.08700 | 1.1655 | 9.02% |
| 1987 | 15.40836 | 1.3214 | 9.38% |
| 1988 | 16.90451 | 1.4962 | 9.71% |
| 1989 | 18.46987 | 1.5654 | 9.26% |
| | | | |
| 1990 | 20.19126 | 1.7214 | 9.32% |
| 1991 | 21.96204 | 1.7708 | 8.77% |
| 1992 | 23.74975 | 1.7877 | 8.14% |
| 1993 | 25.46448 | 1.7147 | 7.22% |
| 1994 | 27.49400 | 2.0295 | 7.97% |
| | | | |
| 1995 | 29.58079 | 2.0868 | 7.59% |
| 1996 | 31.76090 | 2.1801 | 7.37% |
| 1997 | 34.06991 | 2.3090 | 7.27% |
| 1998 | 36.29468 | 2.2248 | 6.53% |
| 1999 | 38.85345 | 2.5588 | 7.05% |
| | | | |
| 2000 | 41.81409 | 2.9606 | 7.62% |
| 2001 | 44.77452 | 2.9604 | 7.08% |
| 2002 | 47.68039 | 2.9059 | 6.49% |

| Since | Years In Period | Amount | Percent | Percent Change Annually |
|------|------|------|------|------|
| 1997 | 5 | 13.61 | 39.95% | 6.95% |
| 1992 | 10 | 23.93 | 100.76% | 7.22% |
| 1987 | 15 | 32.27 | 209.44% | 7.82% |
| 1982 | 20 | 38.49 | 418.96% | 8.58% |
| 1977 | 25 | 42.38 | 799.60% | 9.18% |
| 1972 | 30 | 44.12 | 1237.61% | 9.03% |
| 1967 | 35 | 45.16 | 1790.87% | 8.76% |
| 1962 | 40 | 45.68 | 2285.47% | 8.25% |
| 1957 | 45 | 46.06 | 2837.59% | 7.80% |
| 1952 | 50 | 46.30 | 3352.25% | 7.34% |
| 1940 | 62 | 46.68 | 4668.04% | 6.43% |

Source:     Statistical Release G13 (415), Board of Governors of the Federal
Reserve System, Washington D.C.
http://www.federalreserve.gov/

Note:     Index calculated by author, compounded annually, using annual rates.

**Table A8:**  Schedule Showing the Average Hourly Earnings in Dollars for
Production Workers in Manufacturing, 1939 Through 2002

| Year | Hourly Earnings | Difference | Percent |
|------|-----------------|------------|---------|
| 1939 | $0.63 | | |
| 1940 | $0.65 | $0.02 | 3.67% |
| 1941 | $0.73 | $0.08 | 12.31% |
| 1942 | $0.85 | $0.12 | 16.44% |
| 1943 | $0.96 | $0.11 | 12.94% |
| 1944 | $1.01 | $0.05 | 5.21% |
| 1945 | $1.02 | $0.01 | 0.99% |
| 1946 | $1.07 | $0.05 | 4.90% |
| 1947 | $1.22 | $0.15 | 14.02% |
| 1948 | $1.33 | $0.11 | 9.02% |
| 1949 | $1.38 | $0.05 | 3.76% |
| 1950 | $1.44 | $0.06 | 4.35% |
| 1951 | $1.56 | $0.12 | 8.33% |
| 1952 | $1.64 | $0.08 | 5.13% |
| 1953 | $1.74 | $0.10 | 6.10% |
| 1954 | $1.78 | $0.04 | 2.30% |
| 1955 | $1.85 | $0.07 | 3.93% |
| 1956 | $1.95 | $0.10 | 5.41% |
| 1957 | $2.04 | $0.09 | 4.62% |
| 1958 | $2.10 | $0.06 | 2.94% |
| 1959 | $2.19 | $0.09 | 4.29% |
| 1960 | $2.26 | $0.07 | 3.20% |
| 1961 | $2.32 | $0.06 | 2.65% |
| 1962 | $2.39 | $0.07 | 3.02% |
| 1963 | $2.45 | $0.06 | 2.51% |
| 1964 | $2.53 | $0.08 | 3.27% |
| 1965 | $2.61 | $0.08 | 3.16% |
| 1966 | $2.71 | $0.10 | 3.83% |
| 1967 | $2.82 | $0.11 | 4.06% |
| 1968 | $3.01 | $0.19 | 6.74% |
| 1969 | $3.19 | $0.18 | 5.98% |
| 1970 | $3.35 | $0.16 | 5.02% |
| 1971 | $3.57 | $0.22 | 6.57% |
| 1972 | $3.82 | $0.25 | 7.00% |
| 1973 | $4.09 | $0.27 | 7.07% |
| 1974 | $4.42 | $0.33 | 8.07% |
| 1975 | $4.83 | $0.41 | 9.28% |
| 1976 | $5.22 | $0.39 | 8.07% |
| 1977 | $5.68 | $0.46 | 8.81% |
| 1978 | $6.17 | $0.49 | 8.63% |
| 1979 | $6.70 | $0.53 | 8.59% |

(cont'd)

**Table A8:**  Schedule Showing the Average Hourly Earnings in Dollars for Production Workers in Manufacturing, 1939 Through 2002

| Year | Hourly Earnings | Difference | Percent |
|------|-----------------|------------|---------|
| 1980 | $7.27 | $0.57 | 8.51% |
| 1981 | $7.99 | $0.72 | 9.90% |
| 1982 | $8.49 | $0.50 | 6.26% |
| 1983 | $8.83 | $0.34 | 4.00% |
| 1984 | $9.19 | $0.36 | 4.08% |
| 1985 | $9.54 | $0.35 | 3.81% |
| 1986 | $9.73 | $0.19 | 1.99% |
| 1987 | $9.91 | $0.18 | 1.85% |
| 1988 | $10.19 | $0.28 | 2.83% |
| 1989 | $10.48 | $0.29 | 2.85% |
| 1990 | $10.83 | $0.35 | 3.34% |
| 1991 | $11.18 | $0.35 | 3.23% |
| 1992 | $11.46 | $0.28 | 2.50% |
| 1993 | $11.74 | $0.28 | 2.44% |
| 1994 | $12.07 | $0.33 | 2.81% |
| 1995 | $12.37 | $0.30 | 2.49% |
| 1996 | $12.77 | $0.40 | 3.23% |
| 1997 | $13.17 | $0.40 | 3.13% |
| 1998 | $13.49 | $0.32 | 2.43% |
| 1999 | $13.90 | $0.41 | 3.04% |
| 2000 | $14.37 | $0.47 | 3.38% |
| 2001 | $14.83 | $0.46 | 3.20% |
| 2002 | $15.30 | $0.47 | 3.17% |

| Since | Years In Period | Amount | Percent | Percent Change Annually |
|-------|-----------------|--------|---------|-------------------------|
| 1997 | 5 | $2.13 | 16.17% | 3.04% |
| 1992 | 10 | $3.84 | 33.51% | 2.93% |
| 1987 | 15 | $5.39 | 54.39% | 2.94% |
| 1982 | 20 | $6.81 | 80.21% | 2.99% |
| 1977 | 25 | $9.62 | 169.37% | 4.04% |
| 1972 | 30 | $11.48 | 300.52% | 4.73% |
| 1967 | 35 | $12.48 | 442.55% | 4.95% |
| 1962 | 40 | $12.91 | 540.17% | 4.75% |
| 1957 | 45 | $13.26 | 650.00% | 4.58% |
| 1952 | 50 | $13.66 | 832.93% | 4.57% |
| 1940 | 62 | $14.65 | 2253.85% | 5.23% |

Source:     LABSTAT Database, U.S. Department of Labor, Bureau of Labor Statistics' internet site,  Series EEU30000006, SIC 20-39.

Table A9:    Schedule Showing Hourly Compensation Index for The Nonfarm Business Sector,
             1959 Through 2002  (1992=100)

| Year | Nonfarm Compensation Index | Difference | Percent |
|------|------|------|------|
| 1959 | 13.7 | | |
| 1960 | 14.3 | 0.60 | 4.38% |
| 1961 | 14.7 | 0.40 | 2.80% |
| 1962 | 15.4 | 0.70 | 4.76% |
| 1963 | 15.9 | 0.50 | 3.25% |
| 1964 | 16.6 | 0.70 | 4.40% |
| 1965 | 17.2 | 0.60 | 3.61% |
| 1966 | 18.2 | 1.00 | 5.81% |
| 1967 | 19.2 | 1.00 | 5.49% |
| 1968 | 20.7 | 1.50 | 7.81% |
| 1969 | 22.2 | 1.50 | 7.25% |
| 1970 | 23.7 | 1.50 | 6.76% |
| 1971 | 25.3 | 1.60 | 6.75% |
| 1972 | 26.9 | 1.60 | 6.32% |
| 1973 | 29.1 | 2.20 | 8.18% |
| 1974 | 31.9 | 2.80 | 9.62% |
| 1975 | 35.2 | 3.30 | 10.34% |
| 1976 | 38.2 | 3.00 | 8.52% |
| 1977 | 41.3 | 3.10 | 8.12% |
| 1978 | 45.0 | 3.70 | 8.96% |
| 1979 | 49.3 | 4.30 | 9.56% |
| 1980 | 54.7 | 5.40 | 10.95% |
| 1981 | 60.0 | 5.30 | 9.69% |
| 1982 | 64.4 | 4.40 | 7.33% |
| 1983 | 67.2 | 2.80 | 4.35% |
| 1984 | 70.0 | 2.80 | 4.17% |
| 1985 | 73.3 | 3.30 | 4.71% |
| 1986 | 77.1 | 3.80 | 5.18% |
| 1987 | 80.0 | 2.90 | 3.76% |
| 1988 | 83.6 | 3.60 | 4.50% |
| 1989 | 85.8 | 2.20 | 2.63% |
| 1990 | 90.5 | 4.70 | 5.48% |
| 1991 | 94.9 | 4.40 | 4.86% |
| 1992 | 100.0 | 5.10 | 5.37% |
| 1993 | 102.2 | 2.20 | 2.20% |
| 1994 | 104.3 | 2.10 | 2.05% |
| 1995 | 106.6 | 2.30 | 2.21% |
| 1996 | 109.8 | 3.20 | 3.00% |

(cont'd)

Appendix Page 18

**Table A9:    Schedule Showing Hourly Compensation Index for The Nonfarm Business Sector, 1959 Through 2002  (1992=100)**

| Year | Nonfarm Compensation Index | Difference | Percent |
|------|------|------|------|
| 1997 | 113.1 | 3.30 | 3.01% |
| 1998 | 119.1 | 6.00 | 5.31% |
| 1999 | 124.3 | 5.20 | 4.37% |
| 2000 | 133.0 | 8.70 | 7.00% |
| 2001 | 136.6 | 3.60 | 2.71% |
| 2002 | 140.5 | 3.90 | 2.86% |

| Since | Years In Period | Difference | Percent | Percent Change Annually |
|------|------|------|------|------|
| 1997 | 5 | 27.40 | 24.23% | 4.43% |
| 1992 | 10 | 40.50 | 40.50% | 3.46% |
| 1987 | 15 | 60.50 | 75.63% | 3.83% |
| 1982 | 20 | 76.10 | 118.17% | 3.98% |
| 1977 | 25 | 99.20 | 240.19% | 5.02% |
| 1972 | 30 | 113.60 | 422.30% | 5.66% |
| 1965 | 37 | 123.30 | 716.86% | 5.84% |

Source:    LABSTAT Database, U.S. Department of Labor, Bureau of Labor Statistics' internet site,  Series PRS85006103.

**Table A10:**   **Schedule Showing Real Hourly Compensation Index for The Nonfarm Business Sector, 1959 Through 2002  (1992=100)**

| Year | Nonfarm Real Compensation Index | Difference | Percent |
|------|--------------------------------|------------|---------|
| 1939 | 0.627 | 0.007 | |
| 1959 | 61.0 | | |
| 1960 | 62.6 | 1.60 | 2.62% |
| 1961 | 64.1 | 1.50 | 2.40% |
| 1962 | 66.1 | 2.00 | 3.12% |
| 1963 | 67.5 | 1.40 | 2.12% |
| 1964 | 69.7 | 2.20 | 3.26% |
| 1965 | 70.9 | 1.20 | 1.72% |
| 1966 | 72.9 | 2.00 | 2.82% |
| 1967 | 74.8 | 1.90 | 2.61% |
| 1968 | 77.5 | 2.70 | 3.61% |
| 1969 | 78.4 | 0.90 | 1.16% |
| 1970 | 79.5 | 1.10 | 1.40% |
| 1971 | 81.1 | 1.60 | 2.01% |
| 1972 | 83.6 | 2.50 | 3.08% |
| 1973 | 85.1 | 1.50 | 1.79% |
| 1974 | 84.2 | -0.90 | -1.06% |
| 1975 | 85.0 | 0.80 | 0.95% |
| 1976 | 87.3 | 2.30 | 2.71% |
| 1977 | 88.5 | 1.20 | 1.37% |
| 1978 | 90.3 | 1.80 | 2.03% |
| 1979 | 90.5 | 0.20 | 0.22% |
| 1980 | 90.2 | -0.30 | -0.33% |
| 1981 | 90.4 | 0.20 | 0.22% |
| 1982 | 91.8 | 1.40 | 1.55% |
| 1983 | 91.9 | 0.10 | 0.11% |
| 1984 | 92.1 | 0.20 | 0.22% |
| 1985 | 93.2 | 1.10 | 1.19% |
| 1986 | 96.3 | 3.10 | 3.33% |
| 1987 | 96.7 | 0.40 | 0.42% |
| 1988 | 97.4 | 0.70 | 0.72% |
| 1989 | 95.9 | -1.50 | -1.54% |
| 1990 | 96.3 | 0.40 | 0.42% |
| 1991 | 97.4 | 1.10 | 1.14% |
| 1992 | 100.0 | 2.60 | 2.67% |
| 1993 | 99.7 | -0.30 | -0.30% |
| 1994 | 99.7 | 0.00 | 0.00% |
| 1995 | 99.4 | -0.30 | -0.30% |

(cont'd)

**Table A10:**  **Schedule Showing Real Hourly Compensation Index for The Nonfarm Business Sector, 1959 Through 2002  (1992=100)**

| | | | |
|---|---|---|---|
| 1996 | 99.8 | 0.40 | 0.40% |
| 1997 | 100.6 | 0.80 | 0.80% |
| 1998 | 104.5 | 3.90 | 3.88% |
| 1999 | 106.8 | 2.30 | 2.20% |
| 2000 | 110.6 | 3.80 | 3.56% |
| 2001 | 110.5 | -0.10 | -0.09% |
| 2002 | 111.8 | 1.30 | 1.18% |

| Since | Years In Period | Difference | Percent | Percent Change Annually |
|---|---|---|---|---|
| 1997 | 5 | 11.20 | 11.13% | 2.13% |
| 1992 | 10 | 11.80 | 11.80% | 1.12% |
| 1987 | 15 | 15.10 | 15.62% | 0.97% |
| 1982 | 20 | 20.00 | 21.79% | 0.99% |
| 1977 | 25 | 23.30 | 26.33% | 0.94% |
| 1972 | 30 | 28.20 | 33.73% | 0.97% |
| 1965 | 37 | 40.90 | 57.69% | 1.24% |

Source:    LABSTAT Database, U.S. Department of Labor, Bureau of Labor Statistics' internet site,  Series PRS85006153.

**Table A11:**  Schedule Showing Output Per Hour Index of All Persons for the Nonfarm
Business Sector, 1959 Through 2002   (1992=100)

| Year | Nonfarm Output Index | Difference | Percent |
|------|------|------|------|
| 1959 | 51.2 | | |
| 1960 | 51.8 | 0.60 | 1.17% |
| 1961 | 53.5 | 1.70 | 3.28% |
| 1962 | 55.9 | 2.40 | 4.49% |
| 1963 | 57.9 | 2.00 | 3.58% |
| 1964 | 60.4 | 2.50 | 4.32% |
| 1965 | 62.2 | 1.80 | 2.98% |
| 1966 | 64.4 | 2.20 | 3.54% |
| 1967 | 65.5 | 1.10 | 1.71% |
| 1968 | 67.8 | 2.30 | 3.51% |
| 1969 | 67.9 | 0.10 | 0.15% |
| 1970 | 68.9 | 1.00 | 1.47% |
| 1971 | 71.8 | 2.90 | 4.21% |
| 1972 | 74.2 | 2.40 | 3.34% |
| 1973 | 76.5 | 2.30 | 3.10% |
| 1974 | 75.3 | -1.20 | -1.57% |
| 1975 | 77.4 | 2.10 | 2.79% |
| 1976 | 80.3 | 2.90 | 3.75% |
| 1977 | 81.5 | 1.20 | 1.49% |
| 1978 | 82.7 | 1.20 | 1.47% |
| 1979 | 82.4 | -0.30 | -0.36% |
| 1980 | 82.1 | -0.30 | -0.36% |
| 1981 | 83.2 | 1.10 | 1.34% |
| 1982 | 82.6 | -0.60 | -0.72% |
| 1983 | 86.4 | 3.80 | 4.60% |
| 1984 | 88.2 | 1.80 | 2.08% |
| 1985 | 89.3 | 1.10 | 1.25% |
| 1986 | 92.0 | 2.70 | 3.02% |
| 1987 | 92.3 | 0.30 | 0.33% |
| 1988 | 93.5 | 1.20 | 1.30% |
| 1989 | 94.2 | 0.70 | 0.75% |
| 1990 | 95.3 | 1.10 | 1.17% |
| 1991 | 96.4 | 1.10 | 1.15% |
| 1992 | 100.0 | 3.60 | 3.73% |
| 1993 | 100.5 | 0.50 | 0.50% |
| 1994 | 101.8 | 1.30 | 1.29% |

(cont'd)

Appendix Page 22

**Table A11:**   **Schedule Showing Output Per Hour Index of All Persons for the Nonfarm Business Sector, 1959 Through 2002   (1992=100)**

| | | | |
|---|---|---|---|
| 1995 | 102.8 | 1.00 | 0.98% |
| 1996 | 105.4 | 2.60 | 2.53% |
| 1997 | 107.5 | 2.10 | 1.99% |
| 1998 | 110.3 | 2.80 | 2.60% |
| 1999 | 112.9 | 2.60 | 2.36% |
| | | | |
| 2000 | 116.2 | 3.30 | 2.92% |
| 2001 | 117.5 | 1.30 | 1.12% |
| 2002 | 123.0 | 5.50 | 4.68% |

| Since | Years In Period | Difference | Percent | Percent Change Annually |
|---|---|---|---|---|
| 1997 | 5 | 15.50 | 14.42% | 2.73% |
| 1992 | 10 | 23.00 | 23.00% | 2.09% |
| 1987 | 15 | 30.70 | 33.26% | 1.93% |
| 1982 | 20 | 40.40 | 48.91% | 2.01% |
| 1977 | 25 | 41.50 | 50.92% | 1.66% |
| 1972 | 30 | 48.80 | 65.77% | 1.70% |
| 1965 | 37 | 60.80 | 97.75% | 1.86% |

Source:      LABSTAT Database, U.S. Department of Labor, Bureau of Labor Statistics' internet site,  Series PRS85006093.

**Table A12:**   **Schedule Showing Hourly Compensation Index for The Manufacturing Sector, 1949 Through 2002   (1992=100)**

| Year | Manufacturing Compensation Index | Difference | Percent |
|------|------|------|------|
| 1949 | 8.3 | -- | -- |
| 1950 | 8.7 | 0.40 | 4.82% |
| 1951 | 9.5 | 0.80 | 9.20% |
| 1952 | 10.2 | 0.70 | 7.37% |
| 1953 | 10.7 | 0.50 | 4.90% |
| 1954 | 11.2 | 0.50 | 4.67% |
| 1955 | 11.7 | 0.50 | 4.46% |
| 1956 | 12.4 | 0.70 | 5.98% |
| 1957 | 13.2 | 0.80 | 6.45% |
| 1958 | 13.8 | 0.60 | 4.55% |
| 1959 | 14.3 | 0.50 | 3.62% |
| 1960 | 14.9 | 0.60 | 4.20% |
| 1961 | 15.3 | 0.40 | 2.68% |
| 1962 | 15.9 | 0.60 | 3.92% |
| 1963 | 16.4 | 0.50 | 3.14% |
| 1964 | 17.0 | 0.60 | 3.66% |
| 1965 | 17.4 | 0.40 | 2.35% |
| 1966 | 18.2 | 0.80 | 4.60% |
| 1967 | 19.2 | 1.00 | 5.49% |
| 1968 | 20.7 | 1.50 | 7.81% |
| 1969 | 22.2 | 1.50 | 7.25% |
| 1970 | 23.7 | 1.50 | 6.76% |
| 1971 | 25.2 | 1.50 | 6.33% |
| 1972 | 26.5 | 1.30 | 5.16% |
| 1973 | 28.5 | 2.00 | 7.55% |
| 1974 | 31.6 | 3.10 | 10.88% |
| 1975 | 35.5 | 3.90 | 12.34% |
| 1976 | 38.4 | 2.90 | 8.17% |
| 1977 | 41.8 | 3.40 | 8.85% |
| 1978 | 45.2 | 3.40 | 8.13% |
| 1979 | 49.6 | 4.40 | 9.73% |
| 1980 | 55.6 | 6.00 | 12.10% |
| 1981 | 61.1 | 5.50 | 9.89% |
| 1982 | 67.0 | 5.90 | 9.66% |
| 1983 | 68.8 | 1.80 | 2.69% |
| 1984 | 71.2 | 2.40 | 3.49% |
| 1985 | 75.1 | 3.90 | 5.48% |
| 1986 | 78.5 | 3.40 | 4.53% |

(cont'd)

Table A12:   Schedule Showing Hourly Compensation Index for The Manufacturing
             Sector, 1949 Through 2002   (1992=100)

| Year | Manufacturing Compensation Index | Difference | Percent |
|------|------|------|------|
| 1987 | 80.7 | 2.20 | 2.80% |
| 1988 | 84.0 | 3.30 | 4.09% |
| 1989 | 86.6 | 2.60 | 3.10% |
| 1990 | 90.8 | 4.20 | 4.85% |
| 1991 | 95.6 | 4.80 | 5.29% |
| 1992 | 100.0 | 4.40 | 4.60% |
| 1993 | 102.7 | 2.70 | 2.70% |
| 1994 | 105.6 | 2.90 | 2.82% |
| 1995 | 107.9 | 2.30 | 2.18% |
| 1996 | 109.4 | 1.50 | 1.39% |
| 1997 | 111.5 | 2.10 | 1.92% |
| 1998 | 117.4 | 5.90 | 5.29% |
| 1999 | 122.1 | 4.70 | 4.00% |
| 2000 | 131.1 | 9.00 | 7.37% |
| 2001 | 133.1 | 2.00 | 1.53% |
| 2002 | 138.2 | 5.10 | 3.83% |

| Since | Years In Period | Difference | Percent | Percent Change Annually |
|------|------|------|------|------|
| 1997 | 5 | 26.70 | 23.95% | 2.11% |
| 1992 | 10 | 38.20 | 38.20% | 0.96% |
| 1987 | 15 | 57.50 | 71.25% | 0.81% |
| 1982 | 20 | 71.20 | 106.27% | 0.71% |
| 1977 | 25 | 96.40 | 230.62% | 0.82% |
| 1972 | 30 | 111.70 | 421.51% | 0.97% |
| 1967 | 35 | 119.00 | 619.79% | 1.11% |
| 1962 | 40 | 122.30 | 769.18% | 1.20% |
| 1955 | 47 | 126.50 | 1081.20% | 1.42% |

Source:    LABSTAT Database, U.S. Department of Labor, Bureau of Labor
           Statistics' internet site,  Series PRS30006103.

Table A13:    Schedule Showing Real Hourly Compensation Index for The Manufacturing
Sector, 1949 Through 2002   (1992=100)

| Year | Real Manufacturing Compensation Index | Difference | Percent |
|------|---------------------------------------|------------|---------|
| 1949 | 45.1 | -- | -- |
| 1950 | 46.8 | 1.70 | 3.77% |
| 1951 | 47.7 | 0.90 | 1.92% |
| 1952 | 49.9 | 2.20 | 4.61% |
| 1953 | 52.3 | 2.40 | 4.81% |
| 1954 | 54.2 | 1.90 | 3.63% |
| 1955 | 56.6 | 2.40 | 4.43% |
| 1956 | 59.3 | 2.70 | 4.77% |
| 1957 | 60.8 | 1.50 | 2.53% |
| 1958 | 61.9 | 1.10 | 1.81% |
| 1959 | 63.7 | 1.80 | 2.91% |
| 1960 | 65.2 | 1.50 | 2.35% |
| 1961 | 66.5 | 1.30 | 1.99% |
| 1962 | 68.3 | 1.80 | 2.71% |
| 1963 | 69.5 | 1.20 | 1.76% |
| 1964 | 71.5 | 2.00 | 2.88% |
| 1965 | 71.8 | 0.30 | 0.42% |
| 1966 | 73.0 | 1.20 | 1.67% |
| 1967 | 74.7 | 1.70 | 2.33% |
| 1968 | 77.2 | 2.50 | 3.35% |
| 1969 | 78.5 | 1.30 | 1.68% |
| 1970 | 79.5 | 1.00 | 1.27% |
| 1971 | 80.8 | 1.30 | 1.64% |
| 1972 | 82.3 | 1.50 | 1.86% |
| 1973 | 83.4 | 1.10 | 1.34% |
| 1974 | 83.4 | 0.00 | 0.00% |
| 1975 | 85.6 | 2.20 | 2.64% |
| 1976 | 87.8 | 2.20 | 2.57% |
| 1977 | 89.6 | 1.80 | 2.05% |
| 1978 | 90.6 | 1.00 | 1.12% |
| 1979 | 90.9 | 0.30 | 0.33% |
| 1980 | 91.7 | 0.80 | 0.88% |
| 1981 | 92.1 | 0.40 | 0.44% |
| 1939 | 0.627 | 0.007 | |
| 1982 | 95.4 | 3.30 | 3.58% |
| 1983 | 94.2 | -1.20 | -1.26% |
| 1984 | 93.6 | -0.60 | -0.64% |
| 1985 | 95.6 | 2.00 | 2.14% |
| 1986 | 98.1 | 2.50 | 2.62% |

(cont'd)

**Table A13:**  Schedule Showing Real Hourly Compensation Index for The Manufacturing Sector, 1949 Through 2002  (1992=100)

| Year | Real Manufacturing Compensation Index | Difference | Percent |
|------|------|------|------|
| 1987 | 97.5 | -0.60 | -0.61% |
| 1988 | 97.9 | 0.40 | 0.41% |
| 1989 | 96.8 | -1.10 | -1.12% |
| 1990 | 96.6 | -0.20 | -0.21% |
| 1991 | 98.1 | 1.50 | 1.55% |
| 1992 | 100.0 | 1.90 | 1.94% |
| 1993 | 100.2 | 0.20 | 0.20% |
| 1994 | 101.0 | 0.80 | 0.80% |
| 1995 | 100.6 | -0.40 | -0.40% |
| 1996 | 99.4 | -1.20 | -1.19% |
| 1997 | 99.1 | -0.30 | -0.30% |
| 1998 | 103.0 | 3.90 | 3.94% |
| 1999 | 104.9 | 1.90 | 1.84% |
| 2000 | 109.0 | 4.10 | 3.91% |
| 2001 | 107.7 | -1.30 | -1.19% |
| 2002 | 110.0 | 2.30 | 2.14% |

| Since | Years In Period | Difference | Percent | Percent Change Annually |
|------|------|------|------|------|
| 1997 | 5 | 10.90 | 11.00% | 2.11% |
| 1992 | 10 | 10.00 | 10.00% | 0.96% |
| 1987 | 15 | 12.50 | 12.82% | 0.81% |
| 1982 | 20 | 14.60 | 15.30% | 0.71% |
| 1977 | 25 | 20.40 | 22.77% | 0.82% |
| 1972 | 30 | 27.70 | 33.66% | 0.97% |
| 1967 | 35 | 35.30 | 47.26% | 1.11% |
| 1962 | 40 | 41.70 | 61.05% | 1.20% |
| 1955 | 47 | 53.40 | 94.35% | 1.42% |

Source:    LABSTAT Database, U.S. Department of Labor, Bureau of Labor
Statistics' internet site,  Series B39.

Table A14:    Schedule Showing Output Per Hour Index for All Persons for
The Manufacturing Sector, 1949 Through 2002   (1992=100)

| Year | Output Index | Difference | Percent |
|------|--------------|------------|---------|
| 1949 | 33.7 | -- | -- |
| 1950 | 34.3 | 0.60 | 1.78% |
| 1951 | 34.0 | -0.30 | -0.87% |
| 1952 | 35.5 | 1.50 | 4.41% |
| 1953 | 36.6 | 1.10 | 3.10% |
| 1954 | 37.5 | 0.90 | 2.46% |
| 1955 | 39.1 | 1.60 | 4.27% |
| 1956 | 38.9 | -0.20 | -0.51% |
| 1957 | 39.7 | 0.80 | 2.06% |
| 1958 | 40.3 | 0.60 | 1.51% |
| 1959 | 41.2 | 0.90 | 2.23% |
| 1960 | 42.1 | 0.90 | 2.18% |
| 1961 | 43.1 | 1.00 | 2.38% |
| 1962 | 44.5 | 1.40 | 3.25% |
| 1963 | 46.0 | 1.50 | 3.37% |
| 1964 | 47.7 | 1.70 | 3.70% |
| 1965 | 48.4 | 0.70 | 1.47% |
| 1966 | 49.3 | 0.90 | 1.86% |
| 1967 | 51.1 | 1.80 | 3.65% |
| 1968 | 52.9 | 1.80 | 3.52% |
| 1969 | 53.8 | 0.90 | 1.70% |
| 1970 | 54.4 | 0.60 | 1.12% |
| 1971 | 58.6 | 4.20 | 7.72% |
| 1972 | 60.7 | 2.10 | 3.58% |
| 1973 | 61.9 | 1.20 | 1.98% |
| 1974 | 61.6 | -0.30 | -0.48% |
| 1975 | 64.7 | 3.10 | 5.03% |
| 1976 | 67.4 | 2.70 | 4.17% |
| 1977 | 70.1 | 2.70 | 4.01% |
| 1978 | 70.7 | 0.60 | 0.86% |
| 1979 | 70.2 | -0.50 | -0.71% |
| 1980 | 70.4 | 0.20 | 0.28% |
| 1981 | 71.1 | 0.70 | 0.99% |
| 1939 | 0.627 | 0.007 | |
| 1982 | 74.7 | 3.60 | 5.06% |
| 1983 | 77.1 | 2.40 | 3.21% |
| 1984 | 79.8 | 2.70 | 3.50% |
| 1985 | 82.8 | 3.00 | 3.76% |
| 1986 | 86.5 | 3.70 | 4.47% |

(cont'd)

**Table A14:**   **Schedule Showing Output Per Hour Index for All Persons for The Manufacturing Sector, 1949 Through 2002  (1992=100)**

| Year | Output Index | Difference | Percent |
|------|------|------|------|
| 1987 | 88.8 | 2.30 | 2.66% |
| 1988 | 90.5 | 1.70 | 1.91% |
| 1989 | 90.7 | 0.20 | 0.22% |
| 1990 | 93.0 | 2.30 | 2.54% |
| 1991 | 95.1 | 2.10 | 2.26% |
| 1992 | 100.0 | 4.90 | 5.15% |
| 1993 | 101.9 | 1.90 | 1.90% |
| 1994 | 105.0 | 3.10 | 3.04% |
| 1995 | 109.0 | 4.00 | 3.81% |
| 1996 | 112.8 | 3.80 | 3.49% |
| 1997 | 117.6 | 4.80 | 4.26% |
| 1998 | 123.3 | 5.70 | 4.85% |
| 1999 | 129.7 | 6.40 | 5.19% |
| 2000 | 134.9 | 5.20 | 4.01% |
| 2001 | 136.0 | 1.10 | 0.82% |
| 2002 | 142.2 | 6.20 | 4.56% |

| Since | Years In Period | Difference | Percent | Percent Change Annually |
|------|------|------|------|------|
| 1997 | 5 | 24.60 | 20.92% | 3.87% |
| 1992 | 10 | 42.20 | 42.20% | 3.58% |
| 1987 | 15 | 53.40 | 60.14% | 3.19% |
| 1982 | 20 | 67.50 | 90.36% | 3.27% |
| 1977 | 25 | 72.10 | 102.85% | 2.87% |
| 1972 | 30 | 81.50 | 134.27% | 2.88% |
| 1967 | 35 | 91.10 | 178.28% | 2.97% |
| 1962 | 40 | 97.70 | 219.55% | 2.95% |
| 1955 | 47 | 103.10 | 263.68% | 2.79% |

Source:     LABSTAT Database, U.S. Department of Labor, Bureau of Labor Statistics' internet site,  Series PRS30006093.

Appendix Page 29

**Table A15:**   Schedule Showing the Yield on U.S. Government 3 Month
T-Bills for the Years 1964-2002   (Secondary Market)

| Date | Percent | Index |
|------|---------|-------|
| 1964 | 3.55 | 1.000000 |
| 1965 | 3.95 | 1.039500 |
| 1966 | 4.86 | 1.090020 |
| 1967 | 4.29 | 1.136782 |
| 1968 | 5.34 | 1.197486 |
| 1969 | 6.67 | 1.277358 |
| 1970 | 6.39 | 1.358981 |
| 1971 | 4.33 | 1.417825 |
| 1972 | 4.06 | 1.475389 |
| 1973 | 7.04 | 1.579256 |
| 1974 | 7.85 | 1.703228 |
| 1975 | 5.79 | 1.801845 |
| 1976 | 4.98 | 1.891576 |
| 1977 | 5.26 | 1.991073 |
| 1978 | 7.18 | 2.134032 |
| 1979 | 10.05 | 2.348503 |
| 1980 | 11.39 | 2.615997 |
| 1981 | 14.04 | 2.983283 |
| 1982 | 10.60 | 3.299511 |
| 1983 | 8.62 | 3.583929 |
| 1984 | 9.54 | 3.925836 |
| 1985 | 7.47 | 4.219096 |
| 1986 | 5.97 | 4.470976 |
| 1987 | 5.78 | 4.729398 |
| 1988 | 6.67 | 5.044849 |
| 1989 | 8.11 | 5.453986 |
| 1990 | 7.50 | 5.863035 |
| 1991 | 5.38 | 6.178467 |
| 1992 | 3.43 | 6.390388 |
| 1993 | 3.00 | 6.582100 |
| 1994 | 4.25 | 6.861839 |
| 1995 | 5.49 | 7.238554 |
| 1996 | 5.01 | 7.601205 |
| 1997 | 5.06 | 7.985826 |
| 1998 | 4.78 | 8.367549 |
| 1999 | 4.64 | 8.755803 |
| 2000 | 5.82 | 9.265391 |
| 2001 | 3.40 | 9.580414 |
| (cont'd) 2002 | 1.61 | 9.734659 |

Appendix Page 30

**Table A15:**   **Schedule Showing the Yield on U.S. Government 3 Month**
**T-Bills for the Years 1964-2002   (Secondary Market)**

| Since | Years In Period | Difference | Percent | Percent Change Annually |
|-------|-----------------|------------|---------|-------------------------|
| 1997 | 5 | 1.81 | 21.90% | 4.04% |
| 1992 | 10 | 3.46 | 52.33% | 4.30% |
| 1987 | 15 | 5.18 | 105.83% | 4.93% |
| 1982 | 20 | 6.66 | 195.03% | 5.56% |
| 1977 | 25 | 8.02 | 388.92% | 6.55% |
| 1970 | 32 | 8.67 | 616.32% | 6.35% |

Source:    Statistical Release G13(415),Board of Governors of the
Federal Reserve System, Washington D.C., tb3ms@www.shs.frb.org

Note:    Index calculated by author, compounded annually, using the
actual average annual rates.