Appendix Page 31

Table A16: Schedule Showing the Yield on U.S. Government Treasury Securities at Constant Maturity of 5 Years (Secondary Market), 1964-2002

| Date | Percent | Index |
|---|---|---|
| 1964 | 4.07 | 1.000000 |
| 1965 | 4.25 | 1.042500 |
| 1966 | 5.11 | 1.095772 |
| 1967 | 5.10 | 1.151656 |
| 1968 | 5.70 | 1.217301 |
| 1969 | 6.93 | 1.301659 |
| 1970 | 7.38 | 1.397722 |
| 1971 | 5.99 | 1.481445 |
| 1972 | 5.98 | 1.570036 |
| 1973 | 6.87 | 1.677897 |
| 1974 | 7.82 | 1.809109 |
| 1975 | 7.78 | 1.949858 |
| 1976 | 7.18 | 2.089857 |
| 1977 | 6.99 | 2.235938 |
| 1978 | 8.32 | 2.421968 |
| 1979 | 9.51 | 2.652298 |
| 1980 | 11.45 | 2.955986 |
| 1981 | 14.25 | 3.377214 |
| 1982 | 13.01 | 3.816589 |
| 1983 | 10.79 | 4.228399 |
| 1984 | 12.26 | 4.746801 |
| 1985 | 10.12 | 5.227177 |
| 1986 | 7.30 | 5.608761 |
| 1987 | 7.94 | 6.054097 |
| 1988 | 8.48 | 6.567484 |
| 1989 | 8.50 | 7.125720 |
| 1990 | 8.37 | 7.722143 |
| 1991 | 7.37 | 8.291265 |
| 1992 | 6.19 | 8.804494 |
| 1993 | 5.14 | 9.257045 |
| 1994 | 6.69 | 9.876342 |
| 1995 | 6.38 | 10.506452 |
| 1996 | 6.18 | 11.155751 |
| 1997 | 6.22 | 11.849639 |
| 1998 | 5.15 | 12.459895 |
| 1999 | 5.55 | 13.151419 |
| 2000 | 6.16 | 13.961547 |
| 2001 | 4.56 | 14.598193 |
| 2002 | 3.82 | 15.155844 |

(cont'd)

Appendix Page 32

Table A16: Schedule Showing the Yield on U.S. Government Treasury Securities at Constant Maturity of 5 Years (Secondary Market), 1964-2002

| Since | Years In Period | Amount | Percent | Percent Change Annually |
|---|---|---|---|---|
| 1997 | 5 | 3.44 | 27.90% | 5.04% |
| 1992 | 10 | 6.61 | 72.14% | 7.23% |
| 1987 | 15 | 9.47 | 150.34% | 8.82% |
| 1982 | 20 | 11.80 | 297.10% | 8.79% |
| 1977 | 25 | 13.45 | 577.83% | 8.40% |
| 1970 | 32 | 14.32 | 984.32% | 7.49% |

Source: Statistical Release G13(415), Board of Govenors of the Federal Reserve System, Washington D.C., const_cm.prn@www.frbchi.org
http://www.federalreserve.gov/releases/h15/data/a/tcm5y.txt

Note: Index calculated by author, compounded annually, using the actual average annual rates.

Table A17:    Schedule Showing the Yield on U.S. Government Treasury Securities
              at Constant Maturity of 10 Years (Secondary Market), 1964-2002

| Date | Percent | Index |
|------|---------|-------|
| 1964 | 4.19 | 1.000000 |
| 1965 | 4.28 | 1.042800 |
| 1966 | 4.93 | 1.094210 |
| 1967 | 5.07 | 1.149686 |
| 1968 | 5.64 | 1.214529 |
| 1969 | 6.67 | 1.295538 |
| 1970 | 7.35 | 1.390760 |
| 1971 | 6.16 | 1.476431 |
| 1972 | 6.21 | 1.568117 |
| 1973 | 6.85 | 1.675533 |
| 1974 | 7.56 | 1.802203 |
| 1975 | 7.99 | 1.946199 |
| 1976 | 7.61 | 2.094305 |
| 1977 | 7.42 | 2.249703 |
| 1978 | 8.41 | 2.438903 |
| 1979 | 9.43 | 2.668891 |
| 1980 | 11.43 | 2.973945 |
| 1981 | 13.92 | 3.387919 |
| 1982 | 13.01 | 3.828687 |
| 1983 | 11.10 | 4.253671 |
| 1984 | 12.46 | 4.783679 |
| 1985 | 10.62 | 5.291705 |
| 1986 | 7.67 | 5.697579 |
| 1987 | 8.39 | 6.175606 |
| 1988 | 8.85 | 6.722147 |
| 1989 | 8.49 | 7.292857 |
| 1990 | 8.55 | 7.916397 |
| 1991 | 7.86 | 8.538625 |
| 1992 | 7.01 | 9.137183 |
| 1993 | 5.87 | 9.673536 |
| 1994 | 7.09 | 10.359389 |
| 1995 | 6.57 | 11.040001 |
| 1996 | 6.44 | 11.750977 |
| 1997 | 6.35 | 12.497164 |
| 1998 | 5.26 | 13.154515 |
| 1999 | 5.65 | 13.897745 |
| 2000 | 6.03 | 14.735779 |
| 2001 | 5.02 | 15.475515 |
| 2002 | 4.61 | 16.188937 |

(cont'd)

Appendix Page 34

Table A17: Schedule Showing the Yield on U.S. Government Treasury Securities at Constant Maturity of 10 Years (Secondary Market), 1964-2002

| Since | Years In Period | Amount | Percent | Percent Change Annually |
|---|---|---|---|---|
| 1997 | 5 | 3.85 | 29.54% | 5.31% |
| 1992 | 10 | 7.35 | 77.18% | 5.89% |
| 1987 | 15 | 10.43 | 162.14% | 6.64% |
| 1982 | 20 | 12.88 | 322.83% | 7.48% |
| 1977 | 25 | 14.52 | 619.60% | 8.21% |
| 1970 | 32 | 15.42 | 1064.04% | 7.97% |

Source: Statistical Release G13(415), Board of Govenors of the Federal Reserve System, Washington D.C., const_cm.prn@www.frbchi.org

Note: Index calculated by author, compounded annually, using the actual average annual rates.

Appendix Page 35

**Table A18:** Schedule Showing the Real Tax-Free Rate of Return on State & Local Government Aaa Bonds, 1962-99

| Years | State & Local Gov't Bonds Aaa Yield Average | State & Local Gov't Bonds Aaa INDEX | CPI-U All Items | CPI-U All Items INDEX |
|---|---|---|---|---|
| 1962 |  | 1.00 |  | 1.00 |
| 1963 | 3.06% | 1.03 | 1.32% | 1.01 |
| 1964 | 3.09% | 1.06 | 1.31% | 1.03 |
| 1965 | 3.16% | 1.10 | 1.61% | 1.04 |
| 1966 | 3.67% | 1.14 | 2.86% | 1.07 |
| 1967 | 3.74% | 1.18 | 3.09% | 1.11 |
| 1968 | 4.20% | 1.23 | 4.19% | 1.15 |
| 1969 | 5.45% | 1.30 | 5.46% | 1.22 |
| 1970 | 6.12% | 1.37 | 5.72% | 1.28 |
| 1971 | 5.22% | 1.45 | 4.38% | 1.34 |
| 1972 | 5.04% | 1.52 | 3.21% | 1.38 |
| 1973 | 4.99% | 1.59 | 6.22% | 1.47 |
| 1974 | 5.89% | 1.69 | 11.04% | 1.63 |
| 1975 | 6.42% | 1.80 | 9.13% | 1.78 |
| 1976 | 5.66% | 1.90 | 5.76% | 1.88 |
| 1977 | 5.20% | 2.00 | 6.50% | 2.01 |
| 1978 | 5.52% | 2.11 | 7.59% | 2.16 |
| 1979 | 5.89% | 2.23 | 11.35% | 2.40 |
| 1980 | 7.86% | 2.41 | 13.50% | 2.73 |
| 1981 | 10.42% | 2.66 | 10.32% | 3.01 |
| 1982 | 10.88% | 2.95 | 6.16% | 3.20 |
| 1983 | 8.80% | 3.21 | 3.21% | 3.30 |
| 1984 | 9.61% | 3.52 | 4.32% | 3.44 |
| 1985 | 8.60% | 3.82 | 3.56% | 3.56 |
| 1986 | 6.95% | 4.08 | 1.86% | 3.63 |
| 1987 | 7.12% | 4.37 | 3.65% | 3.76 |
| 1988 | 7.36% | 4.70 | 4.14% | 3.92 |
| 1989 | 7.00% | 5.02 | 4.82% | 4.11 |
| 1990 | 6.96% | 5.37 | 5.40% | 4.33 |
| 1991 | 6.56% | 5.73 | 4.21% | 4.51 |
| 1992 | 6.09% | 6.08 | 3.01% | 4.65 |
| 1993 | 5.38% | 6.40 | 2.99% | 4.78 |
| 1994 | 5.77% | 6.77 | 2.56% | 4.91 |
| 1995 | 5.78% | 7.16 | 2.83% | 5.05 |
| 1996 | 5.56% | 7.56 | 2.95% | 5.20 |
| 1997 | 5.32% | 7.96 | 2.29% | 5.31 |
| 1998 |  |  | 1.56% | 5.40 |
| 1999 |  |  | 2.21% | 5.52 |

(cont'd)

Source: Information compiled from the 1972 through 1994 Statistical Abstract of the United States' table entitled, "Bond and Stock Dividend Yields" (various issues). CPI Information from Aable A1; Index calculations by Author. 1995 figure from "Moody's Bond Record" published by Moody's Investors Service, February, 1998.

Appendix Page 36

Table A18: Schedule Showing the Real Tax-Free Rate of Return on State & Local Government Aaa Bonds, 1962-97 (cont'd)

| Years | Item | Local Gov't Bonds Aaa INDEX | CPI-U All Items INDEX |
|---|---|---|---|
| 1962 - 1997 | Nominal Growth: | 6.292% | 5.036% |
| | Real Growth: | 1.196% | |
| 1976 - 1997 | Nominal Growth: | 7.430% | 5.322% |
| | Real Growth: | 2.002% | |
| 1985 - 1997 | Nominal Growth: | 6.908% | 3.888% |
| | Real Growth: | 2.906% | |

| Years | Real Rate of Return | Weight Factor | Weighted Real Rate of Return |
|---|---|---|---|
| 1962-1997 | 1.196% | 1 | 1.196% |
| 1976-1997 | 2.002% | 2 | 4.004% |
| 1986-1997 | 2.906% | 3 | 8.719% |
| | | Weighted Average = | 2.320% |

Source:  Calculated by Author.

Appendix Page 37

Table A19: Schedule Showing the Real Interest Rate Based Upon Yields on Various Treasury Securities and Changes in the CPI-U (All Items), 1953-1997

| Year | Short-Term Real Interest Rate | Intermediate-Term Real Interest Rate | Long-Term Real Interest Rate |
|---|---|---|---|
| 1953 | 1.1367% | 1.8811% | 2.0796% |
| 1954 | 0.1895% | 1.2317% | 1.6387% |
| 1955 | 2.1096% | 3.0330% | 3.2037% |
| 1956 | 1.1109% | 1.6824% | 1.6626% |
| 1957 | -0.0763% | 0.3690% | 0.3302% |
| 1958 | -1.0374% | 0.2071% | 0.4599% |
| 1959 | 2.6596% | 3.7421% | 3.6130% |
| 1960 | 1.1323% | 2.3317% | 2.3612% |
| 1961 | 1.3330% | 2.7090% | 2.8377% |
| 1962 | 1.7491% | 2.6699% | 2.9174% |
| 1963 | 1.8115% | 2.4727% | 2.6405% |
| 1964 | 2.2040% | 2.7272% | 2.8456% |
| 1965 | 2.3000% | 2.5952% | 2.6248% |
| 1966 | 1.9472% | 2.1903% | 2.0056% |
| 1967 | 1.1675% | 1.9533% | 1.9242% |
| 1968 | 1.1022% | 1.4477% | 1.3997% |
| 1969 | 1.1476% | 1.3941% | 1.1476% |
| 1970 | 0.6318% | 1.5682% | 1.5398% |
| 1971 | -0.0493% | 1.5410% | 1.7039% |
| 1972 | 0.8237% | 2.6840% | 2.9068% |
| 1973 | 0.7719% | 0.6118% | 0.5836% |
| 1974 | -2.8694% | -2.8964% | -3.1305% |
| 1975 | -3.0586% | -1.2351% | -1.1251% |
| 1976 | -0.7395% | 1.3407% | 1.7472% |
| 1977 | -1.1668% | 0.4576% | 0.8614% |
| 1978 | -0.3818% | 0.6778% | 0.7614% |
| 1979 | -1.1672% | -1.6522% | -1.7150% |
| 1980 | -1.8578% | -1.8050% | -1.7962% |
| 1981 | 3.3762% | 3.5666% | 3.2583% |
| 1982 | 4.1818% | 6.4519% | 6.4425% |
| 1983 | 5.2393% | 7.3417% | 7.6421% |
| 1984 | 5.0066% | 7.6140% | 7.7866% |
| 1985 | 3.7745% | 6.3333% | 6.8162% |
| 1986 | 4.0362% | 5.3420% | 5.7150% |
| 1987 | 2.0554% | 4.1393% | 4.5735% |
| 1988 | 2.4321% | 4.1701% | 4.5254% |
| 1989 | 3.1404% | 3.5125% | 3.5030% |
| 1990 | 1.9893% | 2.8147% | 2.9855% |
| 1991 | 1.1246% | 3.0342% | 3.5044% |
| 1992 | 0.4075% | 3.0868% | 3.8828% |

(cont'd)

Table A19: the Real Interest Rate Based Upon Yields on Various
Treasury Securities and Changes in the CPI-U (All Items), 1953-1997 (cont'd)

| Year | Short-Term Real Interest Rate | Intermediate-Term Real Interest Rate | Long-Term Real Interest Rate |
|---|---|---|---|
| 1993 | 0.0062% | 2.0840% | 2.7928% |
| 1994 | 1.6473% | 4.0263% | 4.4164% |
| 1995 | 2.5828% | 3.4483% | 3.6330% |
| 1996 | 1.9982% | 3.1347% | 3.3872% |
| 1997 | 2.7035% | 3.8375% | 3.9646% |
| **1953-1997 Average:** | 1.30% | 2.44% | 2.60% |

| Since | Years in Period | Average Short-Term Real Interest Rate | Average Intermediate-Term Real Interest Rate | Average Long-Term Real Interest Rate |
|---|---|---|---|---|
| 1992 | 5 | 1.56% | 3.27% | 3.68% |
| 1987 | 10 | 1.83% | 3.39% | 3.74% |
| 1982 | 15 | 2.65% | 4.40% | 4.72% |
| 1977 | 20 | 1.96% | 3.41% | 3.66% |
| 1972 | 25 | 1.39% | 2.77% | 3.00% |
| 1967 | 30 | 1.29% | 2.58% | 2.76% |
| 1962 | 35 | 1.39% | 2.57% | 2.74% |
| 1954 | 43 | 1.30% | 2.44% | 2.60% |

Source: All real interest rate calculations are based upon the inflation rates taken from Table A1.
Short-term real rates are based upon yields on 3-month Treasury bills relative to inflation;
intermediate-term real rates are based upon yields on 5-year Treasury securities relative to inflation;
long-term real rates are based upon yields on 10-year Treasury securities relative to inflation.

Table A20: Schedule Showing the Minimum Hourly Wage Rate for Those Persons Covered by the Fair Labor Standards Act of 1938 and the Subsequent Amendments.

| Effective Date | Rate | Difference Amount | Percent | Percent Change Annually |
|---|---|---|---|---|
| 10/24/1938 | 0.25 | | | |
| 10/24/1939 | 0.30 | 0.05 | 20.00 | 20.00 |
| 10/24/1945 | 0.40 | 0.10 | 33.33 | 4.91 |
| 1/25/1950 | 0.75 | 0.35 | 87.50 | 15.92 |
| 3/1/1956 | 1.00 | 0.25 | 33.33 | 4.83 |
| 9/3/1961 | 1.15 | 0.15 | 15.00 | 2.57 |
| 9/3/1963 | 1.25 | 0.10 | 8.70 | 4.26 |
| 2/1/1967 | 1.40 | 0.15 | 12.00 | 3.38 |
| 2/1/1968 | 1.60 | 0.20 | 14.29 | 14.29 |
| 5/1/1974 | 2.00 | 0.40 | 25.00 | 3.64 |
| 1/1/1975 | 2.10 | 0.10 | 5.00 | 7.54 |
| 1/1/1976 | 2.30 | 0.20 | 9.52 | 9.52 |
| 1/1/1978 | 2.65 | 0.35 | 15.22 | 7.34 |
| 1/1/1979 | 2.90 | 0.25 | 9.43 | 9.43 |
| 1/1/1980 | 3.10 | 0.20 | 6.90 | 6.90 |
| 1/1/1981 | 3.35 | 0.25 | 8.06 | 8.06 |
| 4/1/1990 | 3.80 | 0.45 | 13.43 | 1.37 |
| 4/1/1991 | 4.25 | 0.45 | 11.84 | 11.84 |
| 10/1/1996 | 4.75 | 0.50 | 11.76 | 2.04 |
| 9/1/1997 | 5.15 | 0.40 | 8.42 | 9.21 |

| Since | Years | Difference Amount | Percent | Percent Change Annually |
|---|---|---|---|---|
| 9/1/1995 | 5 | 0.90 | 21.18% | 3.92% |
| 9/1/1990 | 10 | 1.35 | 35.53% | 3.09% |
| 9/1/1985 | 15 | 1.80 | 53.73% | 2.91% |
| 9/2/1980 | 20 | 2.05 | 66.13% | 2.57% |
| 9/3/1975 | 25 | 3.05 | 145.24% | 3.65% |
| 9/3/1970 | 30 | 3.55 | 221.88% | 3.97% |
| 9/4/1965 | 35 | 3.90 | 312.00% | 4.13% |
| 9/4/1960 | 40 | 4.15 | 415.00% | 4.18% |
| 9/5/1955 | 45 | 4.40 | 586.67% | 4.37% |
| 9/6/1950 | 50 | 4.40 | 586.67% | 3.93% |
| 9/6/1945 | 55 | 4.85 | 1616.67% | 5.30% |
| 9/6/1940 | 60 | 4.85 | 1616.67% | 4.85% |
| 10/24/1938 | 62 | 4.90 | 1960.00% | 5.00% |

http://www.dol.gov/esa/minwage/chart.htm



CPI-U For All Items (1982-84=100)

Graph A1

Appendix Page 40



Graph A2 — Comparative Cumulative % Change In Consumer Prices (1982-84=100)



Graph A3



Graph A4



Graph A5



Graph A6



Graph A7