# CURRICULUM VITAE

September 23, 2002

## John F. Burke, Jr., Ph.D.

| | |
|---|---|
| Business Address: | BURKE, ROSEN & ASSOCIATES<br>2800 Euclid Avenue, Suite 300<br>Cleveland, Ohio 44115 |
| Business Phone: | (216) 566-9300 |
| Personal Data: | Born: March 25, 1937; Bath, Maine<br>Married; Ten Children<br>Veteran - U.S. Navy, HM3 |

**Academic Training:**

| Degree | Institution | Major | Minor | Year |
|---|---|---|---|---|
| Ph.D. | University of Notre Dame | Economics | Int'l. Economics | 1967 |
| M.A. | University of Notre Dame | Economics | Statistics | 1963 |
| B.S. | Boston College | Economics | Business | 1961 |

**Academic Experience:**

| | | |
|---|---|---|
| 1999-Present | John Carroll University | Adjunct Professor |
| 1994 | Cleveland State University | Associate Professor Emeritus |
| 1970-1994 | Cleveland State University | Associate Professor |
| 1967-1969 | Cleveland State University | Assistant Professor |
| 1965-1967 | Eastern Illinois University | Assistant Professor |
| 1963-1965 | Indiana University | Instructor |
| 1963-1965 | University of Notre Dame | Teaching Assistant |

**Special Assignments and Awards:**

Appointed by Chief Justice (O.S.C.) T. Moyer as member of <u>Ohio Family Judicial Family Network</u>
    (1999 to Present) Chairman 2001-2002
Invited lecture at numerous C.L.E. meetings in Ohio
Mentioned in various "Who's Who's"
Burke, Rosen & Associates has had numerous court appointments including the Eagle Pitcher Bankruptcy
Invited Lecturer, University of Ljubljana, Provinces of Slovenia, Ljubljana, Yugoslavia (1989).
Host: <u>CSU Forum</u>, Bronze Medal Winner in National Competition, (1989).
Economic Advisor to the Attorney General, of the State of Ohio (1983 - 1985).
Staff Economist for WKYC Television and NBC, Cleveland, Ohio (1981 - 1984).
Host of Radio Talk Show, WERE Radio, 1300 AM (1983 - 1984).
Commencement Address at Cuyahoga Community College (1982).
Member of College Entrance Examination Board: Committee on Need Assessment Procedures (1978 - 1981).
Faculty Representative to the Ohio Board of Regents (1972 - 1979).
Elected Member of the Cleveland Heights-University Heights School Board (1973 - 1974).
New Frontier Award (1973)

**Membership in Professional Organizations:**

- American Association of University Professors
- American Economic Association
- American Statistical Association
- Association for Social Economics
- National Association of Business Economists
- Atlantic Economic Association
- Eastern Economic Association
- Mid-West Economic Association
- National Tax Association
- National Academy of Economic Arbitrators

**Articles:**

1993   "Valuing Educational Attainment as a Distributable Asset, " <u>Valuing Professional Practices and Licenses: A Guide For The Matrimonial Practitioner</u>, Edited by Ronald L. Brown, Copyright 1993, Prentice Hall Law & Business, co-authored.

1991   Co-editior <u>Handbook of Financial Planning for Divorce and Separation</u>, 1992 Supplement, Ed. John Wiley & Sons, Inc., New York, NY, with H.S.R.

"Uniform Child Support Guidelines", <u>Financial Planning for Divorce and Separation</u>, Crumbley Apostolov, Ed., second edition.

1990   Reprinted, February 1990, "The Value of a Professional License" <u>Family Advocate</u>, American Bar Association, Summer, 1984, Vol.7, No. 1, with HSR for use by the Indiana Judicial Center for distribution and application in a seminar to assist in explaining the valuation of interests in closely-held corporations.

"Economic Models of Valuation in Divorce Proceedings,"<u>Financial Planning for Divorce and Separation</u>, Crumbley Apostolov, Ed. John Wiley & Sons, Inc., with H.S.R.

1987   "Using an Economist in Evaluating Claims," <u>Settling Personal Injury Insurance Claims in Ohio</u>, Professional Education Systems, Inc., 1987, with H.S.R.

"Valuing Educational Attainment as a Distributable Asset,"
<u>Expert Valuation of Professions: The Value of Law and Medical Degrees and Licenses Upon Divorce,</u> Edited by Ronald L. Brown, Copyright 1987, Prentice Hall Law & Business, with H.S.R.

1986   "Settling Personal Injury Insurance Claims in Michigan,"
<u>Professional Education Systems, Inc.</u> November 5, 1986, with H.S.R.

"Forecasting Enhanced Educational Attainment," <u>Fair$hare Law and Business, Inc.,</u> Harcourt and Brace, Vol. 6, May, 1986, with H.S.R.

1985   "Economic Value of a Professional License," Reprinted in <u>Contemporary Matrimonial Law Issues: A Guide to Divorce Economics and Practice,</u> Edited by Foster & Brown, Law & Business, Harcourt, Brace & Jovanovich, New York, 1985, with H.S.R.

"Basic Approach to Valuing Closely Held Corporations," Edited by Foster & Brown, <u>Law & Business, Inc.</u>, Harcourt, Brace and Jovanovich, New York, 1985, with H.S.R.

1984 "Consumption & Family Size," <u>Proceedings of the Industrial Relations Research Association</u>, Spring, 1984. co-authored with H.S.R.

**Articles:** (continued)

1983 "The Value of a Professional License," <u>Family Advocate</u>, American Bar Association, Summer, 1984, Vol. 7, No.1, with H.S.R.

1983 "Taxes and Compensation for Lost Earnings - A Comment," <u>The Journal of Legal Studies</u>, Vol. 12, No. 1, January, 1983, with H.S.R.

1983 "ABC's of Valuing Closely Held Corporations, "<u>Fair$hare</u>, Vol. 3, No. 1, January, 1983, with H.S.R.

1982 Edward M. and Fredric A. Swartz, <u>Handbook of Personal Injury Forms and Litigation Materials</u>, "Economist Report on Replacement Cost," (Rochester, New York: The Lawyers Co-Operative Publishing Company, 1982).

   "Economic Value of a Professional License," <u>Fair$hare</u>, Vol. 2, No. 6, June, 1982, with H.S.R.

1981 <u>Modern Trials Video Production:</u> A series of Educational Video Tapes for attorneys, with Melvin Belli, et. al., Produced by Thomas Murray, Copyright: 1982.

1976 "Local Government Revenue and Expenditures: A Case Study of Cleveland, 1976," <u>The Law and Economics of Municipal Finance, Selected Readings</u>, Ed. U.S. Crockett Jr., 1976.

   "The Economist's Role in Demonstrating Damages," <u>Recent Developments in the Law of Damages</u>, The Law Society of Upper Canada, Osgood Hall, Toronto, Canada, 1976.

1974 "Local Government Revenue and Expenditures: A Case Study of the City of Cleveland 1961-1971," <u>National League of Cities.</u>, October, 1974, co-authored with E.A. Weld.

1971 <u>The Financing of Higher Education by the State of Ohio</u> 1955 - 1969. Prepared for the Ohio Education Conference Committee, Columbus, Ohio. co-authored with E.A. Weld.

1970 "Ohio Tax Manual," <u>Ohio State University</u>, Labor Education and Research Center. co-authored with E.A. Weld.

1969 "Eliciting Expert Opinion Evidence: Transcript Testimony of Economist," OHIO LEGAL CENTER INSTITUTE, by Donald P. Traci, J.D., Summer, 1969.

**Testimony Prepared for Legislative Bodies:**

  Ohio State Senate Hearings on Ohio Insurance Crisis Tort Reform - Invited Testimony, April 9, 1987; April 22, 1987; May 14, 1987.

  Ohio State Senate Hearings on Ohio Insurance Crisis Tort Reform - Invited Testimony, March 19, 1986.

**Testimony Prepared for Legislative Bodies** (continued):

    Congressional Hearings: Committee on Energy and Commerce, 98th Congress 2nd Session on HR 3400, Serial No. 98-115: Acid Rain Control. February 17, 1984.

    Cleveland City Council: Hearing on the UDAG Grant on the Bar Mill Project, "Economic Impact on Cleveland," 1983.

    Congressional Hearing: Cleveland Area Congressmen, "Impact of the Reagan Budget," 1981.

    Many appearances before the Ohio State Legislature on matters dealing with taxation, school finance, the environment and the balanced budget amendment.

**Presented Papers:**

1990    Ohio Personal Injury Damages Seminar, "Working With an Economist" prepared for Professional Education Systems, Inc., April 1990.

    "Measuring Economic Damages in Wrongful Employment Discharge Cases" for Plaintiff Employment Lawyer's Association, October 25, 1990.

1989    Continuing Legal Education Seminars for county Bar Associations on various topics: "Economics of Business Evaluations," "The Use of Statistics in Discrimination Cases," and "The Economics of Forecasting Income."

1987    "Purchasing Power of Ohio Judges," Prepared for the... Select Committee... at the request of Ohio Judges. February 27, 1987, with H.S.R.

    "Evaluation of a Business," Ohio Association of Trial Lawyers, February 20, 1987, Columbus, Ohio, with James Wilsman and H.S.R.

    Federal Trial Practice Seminar prepared at the request of Federal Judge Manos, September 11, 1987, Cleveland, Ohio, with H.S.R.

    Mock Cross-Examination - Cleveland Area Civil Trial Attorneys Association, September 14, 1987.

1986    "Economic Evidence as a Teaching Tool," American Bar Association: Section of Litigation, Seattle, Washington, October 15-18, 1986, with H.S.R., presented by J.W. McElhaney.

    "The Underground Economy," City Club, Cleveland, April 18, 1986.

1985    "Current Legal-Economic Issues in Trial Practice," Ohio Association of Trial Lawyers, October, 1985.

    "Trial Practice: the Use of Economic Experts," Ohio Association of Civil Trial Attorneys, April, 1985.

1985    "Consumption Patterns by Size of Family and Income," Eastern Economic Association, Pittsburgh, Pennsylvania, March, 1985, with H.S.R.

**Presented Papers:** (continued)

| | |
|---|---|
| 1984 | "More Evidence on Consumption by Family Size," <u>Eastern Economic Association</u>, New York, March, 1984 with H.S.R. |
| 1983 | "Consumption by Family Size: A Labor Relations Study," presented to the <u>Allied Social Science Association</u>, San Francisco, December, 1983, with H.S.R. |
| | "Assessment of Damages by an Expert Economist," <u>Insight</u>, Toronto, Canada, January, 1983. |
| 1983 | "Preliminary Evidence on Consumption by Family Size," <u>Atlantic Economic Society</u>, Philadelphia, PA., October, 1983, with H.S.R. |
| | "A Taxation Algorithm in Personal Injury Awards," <u>Eastern Economic Association</u>, Boston, Massachusetts, March, 1983, with H.S.R. |
| 1982 | Discussant on "The Offset Method of Calculating Personal Injury Awards," <u>Midwestern Economic Association</u>, Chicago, Illinois, April, 1982, with H.S.R. |
| | "Trends in Financial Aid," <u>Indiana Association of Financial Aid Officers</u>, Indianapolis, Indiana. |
| | "New Developments in Financial Aid," <u>National Association of Financial Aid Officers</u>, Colorado Springs, Colorado. |
| | "Taxation and Personal Injury Awards as a Result of the <u>Liepelt</u> Decision," <u>Eastern Economic Association</u>, Washington, D.C., March, 1982, with H.S.R. |
| 1981 | "Structured Settlements: Are they Good for Your Client," <u>Cleveland Trial Advocacy Institute Bar Association of Greater Cleveland</u>, January, 1981. |
| 1980 | "Economic Forecast and the Law," presented to the <u>International Academy of Trial Attorneys</u>, Rio de Janeiro, Brazil, South America, March, 1980. |
| | "Financial Aid," <u>Midwest Financial Aid Officers Association</u>, Indianapolis, Indiana, October, 1980. |
| | "The Consumer Price Index and Financial Aid," <u>Ohio Financial Aid Officers Meeting</u>, May, |
| 1979 | "The Examination of an Expert Economist," <u>Ohio Forum of Trial Lawyers</u>, Case Western Reserve Litigation Forum, March, 1979. |
| 1978 | "Financial Aid Requirements," <u>Massachusetts Association of Financial Aid Officers</u>. |
| 1977 | "More on Financial Aid," <u>The Midwest Association of Financial Aid Officers</u>, St. Louis, Missouri. |
| | "The Home Equity Question in Financial Aid," Annual meeting of <u>The College Entrance Examination Board</u>, San Francisco. |

**Presented Papers:** (continued)

1975     "Damage Testimony from an Economist," <u>The Ohio Academy of Trial Lawyers</u>, Columbus, Ohio, April 4, 1975.

        "Litigators, Computer Simulation and The Regulatory Process," (with co-authors) <u>American Bar Association</u>, Section on Litigation, National Institute, New York, New York, February 7, 1975, with H.S.R.

1972     "Some Implications for School Financing in Vouchers for Education," <u>American Association of Law Schools Convention</u>, December, 1972, New York, with E.A. Weld.

1970     "Economic Evidence," with Craig Spangenberg and George Meisel, <u>American Bar Association Meeting</u>, St. Louis, Missouri.

1969     "The Role of the Economist in the Trial of a Personal Injury Case," an invited paper delivered to the <u>American Trial Lawyers Association</u>, Cleveland, Ohio, October, 1969.

**Selected Reports:**

1989     "The Iowa Soy Bean Cooperative Case"

        "Some Financial Aspects of Free Standing Medical Clinics: The Cincinnati Women's Clinic Case"

        "Age Discrimination at GenCorp: A Result of the Goldsmith Takeover Attempt"

1988     "The Economics of the Fast Food Industry: The Burger Chef Case"

        "The Retail Merchandise Manner: The Higbee - Horne Anti - Trust Case"

        "The Value of an Auto Franchise: The Case of Jaguar"

1987     Report on the Ice Cream, Frozen Novelty Market - The Popsicle Anti-Trust Case," prepared for Michael T. McMenamin, with H.S.R.

        "Report and Analysis of Cleveland Policeman Salaries," prepared for The Cleveland Police Patrolman's Association, with H.S.R.

1986     "Report on Age Discrimination at The Martin-Marietta Company, St. Croix, The Virgin Islands," prepared for John Coon, with H.S.R.

        "Economist Report on Anti-Competitive Activities in The Bradford, Pennsylvania Market Place (the newspaper market)," prepared for Andrew Conner with H.S.R.

        "Report on the Earning Capacity of a Manager at Owen-Corning Fiberglass," prepared for Melvin Belli, with H.S.R.

        "The Valuation of Stock in a Closely Held Family Food Chain: the Heinen Case," prepared for James Wilsman, with H.S.R.

**Selected Reports:** (continued)

1984     "Dependents Replacement Service Loss," prepared for: <u>The Attorney General, State of Ohio</u>, with H.S.R.

"Report on Life-Time Earnings of a Convicted Felon," prepared for: <u>The Court of Claims: State of Ohio</u>, with H.S.R.

"Report of Sex Discrimination at Proctor and Gamble," prepared for: <u>The Womans Law Fund</u>, with H.S.R.

"Replacement Cost Services," prepared for: <u>Litigation Division of the District of Columbia</u>, with H.S.R.

1984     "Economic Analysis of the Effect of Pollution," prepared for: <u>The City of Akron, Ohio</u>, with H.S.R.

1983     "A Simulation Model of State Tax Revenue and Budgetary Position," prepared for: <u>Office of the Governor, State of Ohio</u>, co-authored with H.S. Rosen and E.A. Weld.

"Report on Economic Effect of Cardiac Catherization," prepared for <u>Prince George's County Hospital</u>, Prince George County, Maryland, with H.S.R.

"The Economic Impact of a Regional Shopping Mall in Cape Girado, Missouri," prepared for Robert Manley, Cincinnati, Ohio, with H.S.R.

"Survey of Subscriber Demographics," prepared for: <u>The Republic Steel Corporation</u>, with H.S.R.

"Employment Survey for Black Males in Dayton, Ohio, SMSA," prepared for: <u>The Cleveland Office of the EEOC</u>, with H.S.R.

"Employment and Tax Impact of In-state Pharmaceutical Purchases," submitted to: <u>State Teachers Retirement System</u>, with H.S.R.

1982     "Report on Sex and Race Discrimination of the Goodyear Corporation," prepared for: <u>The Cleveland Office of the EEOC</u>, with H.S.R.

"Report on Age Discrimination of the American Motors Corporation," prepared for: <u>The Detroit Office of the EEOC</u>, with H.S.R.

1981     "The Effect of Price Fixing in the Food Industry in Cleveland, Ohio - The Pick-N-Pay Case," prepared for: <u>The Ohio Public Interest Campaign</u>, et.al., with H.S.R.

1980     "Report of Salaries, Fringe Benefits and Earnings of Ohio Prosecuting Attorneys," prepared for: <u>The Ohio Prosecuting Attorney Association</u>, Columbus, Ohio, with H.S.R.

"Report on Race Discrimination in Minneapolis, Minnesota: The Humphrey Dome Project," prepared for: <u>The NAACP</u>, with H.S.R.

"Attitudinal Survey of the Cleveland Clinic Foundation," prepared for: <u>The Cleveland Clinic Foundation</u>, with H.S.R.

**Selected Reports:** (continued)

    "Report of the City of Dayton, Ohio, on Wages, Fringe Benefits and Working Conditions for City Fire Fighters," prepared for: <u>The City of Dayton, Ohio</u>, with H.S.R.

1979    "Report on Wage and Hour Discrimination at the Youngstown Sheet and Tube Company," prepared for: <u>U.S. Department of Labor</u>, with H.S.R.

    "Economic Impact Study of Buffalo Grove, Illinois," submitted to: <u>The Village of Buffalo Grove, Illinois</u>, with H.S.R.

1978    "Report on Hiring Practices in the Operating Engineers Union," prepared for: <u>Professor Alan Rubin, Cleveland State University</u>, with H.S.R.

1978    "The Capacity of Cleveland Area Business to Support Charitable Contributions," prepared for: <u>The United Torch Agency</u>, with H.S.R.

    "Ascertainment Study: WUAB Television," submitted to: <u>The Federal Communication Commission</u>, with H.S.R.

**Selected Cases:**

| Year | Case |
|---|---|
| 1990 | Stark County Toxic Landfill Case |
|      | Miamisburg Train Derailment |
| 1989 | The Cincinnati Pipefitters Case |
|      | The WD40 Cases |
|      | The Lockerbie, Scotland Case - Pan Am Flight 103 |
| 1988 | The DuPont Plaza Fire in San Juan, Puerto Rico |
| 1987 | The LTV Bankruptcy-Oglebay Norton Case |
|      | The May Company-Supermarket Anti-Trust Case |
|      | The Home State Savings and Loan Company Case |
|      | The Fernald Nuclear Plant Case |
| 1986 | The Gander Cases - Arrow Air Disaster |
| 1985 | Air Canada Air Disaster |
| 1984 | The Dalkon Shield Case |
|      | The Pan American Crash Disaster |
|      | The Bendectin Case |
|      | The Bhopal India Case |
| 1983 | The Thurman Munson Plane Crash |
|      | The Hyatt Kansas City Balcony Collapse |
|      | The Air Florida Plane Crash in Washington, D.C. |
| 1982 | The MGM Fire |
| 1981 | Asbestos Litigation (Johns - Manville) |
|      | Pick-N-Pay Supermarket Anti-Trust Case (Cleveland & Lorain) |
| 1980 | The Beverly Hills Supper Club Fire |
| 1979 | The Sinking of The Edmund Fitzgerald |
| 1975 | The Kent State Cases |
| 1973 | The Thalidomide Cases |

**Other Professional Activities:**
    Reviewer for the <u>Review of Social Economy</u>, 1971 - 1981.

John F. Burke, Jr., Ph.D.
Testimonies and Depositions:
Page (1)

| Date | | Court | Parties | Case Name | Case # |
|---|---|---|---|---|---|
| 1/21/2004 | x | Franklin County, Judge Bruner | Arnold, James/Goldsmith, Kimberly | Scott Goldsmith v. Steven Lechiara, M.D. et al. | 01CVA-09-8889 |
| 1/19/2004 | x | | Leiserman, E.J./Wiencek, Dr. Kenneth | | |
| 1/14/2004 | x | Cuyahoga County, Judge McCormick | Casey, James/ Hall, Leslie | Leslie Hall vs. Helmut Schreiber, M.D. | |
| 1/7/2004 | x | Summit County, Judge Cosgrove | Huryn, Christopher/ Gurley, David | | |
| 1/5/2004 | x | | Hultin, Pamela/Knowles, Dr. Timothy | | |
| 12/18/2003 | x | | Corroto, Gary/ Best-In Plastics | | 467610 |
| 12/18/2003 | x | Cuyahoga County, Judge McGinty | Mazanec, Thomas/ LaPore, William | William LaPore, et al. v Meridia Hillcrest Hospital, et al. | |
| 12/16/2003 | x | Court of Claims Columbus, Judge Bittis | Friedman, Gordon/Bhomeshwar, Deokarran | Kenny Bhola, Administer v. NBHS | 98-11553 |
| 12/12/2003 | x | Cuyahoga County, Judge Gaul | Goldense, David/ Meehan, Thomas | Thomas Meehan vs. Joanne Johns | 474036 |
| 12/11/2003 | x | Cuyahoga County, Judge Griffin | Sweeney, Francis/ Saadeh, Feyouz | | |
| 12/8/2003 | x | | Kantor, Steven/Norman, Jeffrey | | |
| 12/3/2003 | x | Medina, OH J. Collier | Marmaros, Peter/ Basta, Debora | | |
| 11/11/2003 | x | Video Testimony in our office in Cleveland | Hall, Edison/ Rice, Anita | | |
| 11/10/2003 | x | | Kinahan, Erin/ Villagomez, Erick | | |
| 11/10/2003 | x | | Volkema, Daniel/ Josolowitz, Beth | | |
| 11/7/2003 | x | St. Clairsville, OH, Judge Sullivan | Peters, James/ Kuhn, Linda | Linda S. Kuhn, et al. vs. Michael R. Baum, M.D. | CC-01-188 |
| 11/7/2003 | x | | Kitrick, Mark/ Fisher, Rick | | |
| 11/5/2003 | x | J.V. Court of Claims, Judge Baker & Judge Webb | Bordas, James/ Chariton, Scott | Murphy v. West Virginia Department of Highways | |
| 11/4/2003 | x | | Riddle, Kevin/Kazee, Randall | | |
| 11/3/2003 | x | | Groedel, Caryn / Laraway, Ronald | | |
| 10/20/2003 | x | Cuyahoga County, Judge McDonald | Matthews, Laurel/ Ahern Bryan | | |
| 10/15/2003 | x | Cuyahoga County, Judge Sutula | Johnson, Andrew/ Lopez, Myrna | | |
| 10/1/2003 | x | | Volsky, Kerry/Haas, Mark | | |
| 9/24/2003 | x | | Friedman, Gordon/Bhomeshwar, Deokarran | | |
| 9/23/2003 | x | | Rabold, Steven/Jacorius, Harvey | | |
| 9/29/2003 | x | Cuyahoga County, Judge Lawther | Margolis, Ronald/Jones, James | James Jones et al. University Hospital of Cleveland et al | 469846 |
| 9/26/2003 | x | Cuyahoga County, Judge McDonnell | Kulwicki,David/Hinkle,Lisa | Hinkle et al v. The Cleveland Clinic et al | 403577 |
| 8/29/2003 | x | Arbitration | Roberts,Kevin/Boscia,George | George Boscia v. Apex Sales Agency, Inc. et. al. | |
| 8/27/2003 | x | | Malek,Nate/Badalamenti,Maureen | Maureen Badalamenti et al. v. University Opthomologists, Inc. | |
| 9/25/2003 | x | Summit County, J. Murphy | Edminister,Michael/Smith,Toni | Sharon Smith Admin. of the estate if Toni Smith v Summa Health | CV-2002-03-1623 |
| 8/25/2003 | x | | Washam,Scott/Johnson,Stacy | | |
| 8/21/2003 | x | Chicago, IL, Judge McCarthy | Jennings,Theodore, Niforatos,Joyce | Joyce Niforatos et al. v. S. David Stuhlberg, MD et al. | 00L005900 |
| 8/20/2003 | x | | Roberts,Kevin/Boscia,George | | |
| 8/15/2003 | x | Summit County, Judge Schneiderman | Schneider,Kent/Panella,Betty | | |
| 8/8/2003 | x | | Phillips,Nicholas/Rusnak,Grace | Rusnak etc. v. Cleveland Clinic Foundation, et al | 368469 |
| 8/5/2003 | x | Cuyahoga county, Judge Matia | Turner,Peter/Locsei,Kenneth | Kenneth Locsei, Sr. v. Mayfield City School District et al. | |
| 8/1/2003 | x | | Arnold,James/Homoelle,Karen | | |
| 7/29/2003 | x | Stark County | Dettleback,Thomas/Pennell,David | | |
| 7/31/2003 | x | | Gold,Jerry/Emamy,Sara | | |
| 7/18/2003 | x | | Delevie,Raymond/Fortuna,Stephen | | |
| 7/14/2003 | x | | Krembs,Andrew/Yeagley,David | | |

John F. Burke, Jr., Ph.D.
Testimonies and Depositions:
Page (2)

| Date | | Court | Case Parties | Case Caption | Case No. |
|---|---|---|---|---|---|
| 7/11/2003 | x | Cuyahoga County, Judge McCalister | Mester,Jonathan/Kleps,Sandra | Sandra Kleps U-67864 | |
| 7/7/2003 | x | | Marmaros,Peter/Kackly,Debbie | | |
| 7/2/2003 | x | | Coben,Larry/Roeder,Marc | | |
| 6/30/2003 | x | Cuyahoga,Judge Manning | Manning,Anthony/Plocica,Montgomery | | |
| 6/25/2003 | x | | Koberna,Mark/Jones,Jeanne | | |
| 6/12/2003 | x | Canton, Ohio | Landskroner,Jack/Leiner,Rex | | |
| 6/3/2003 | x | | Jennings,Theodore/Cullnan,Laura | | |
| 5/30/2003 | x | Cuyahoga County, Judge Aldrich | Selby,Richard/Stanners,Robert | | |
| 5/29/2003 | x | | Hart,Patrick/Vance,Dale | | |
| 5/29/2003 | x | | Mellino,Chris/Neilson,Eric | | |
| 5/28/2003 | x | Mahoning County,Judge Lissotto | Carlin,Clair/Fidram,Melanie | | |
| 5/27/2003 | x | Jefferson County, Judge Demis | Lynch,Matthew/Olivito, Anthony | Estate of Anthony J. Olivito, Jr. | 99 ES 602 |
| 5/22/2003 | x | Cuyahoga County, Judge Porter | Argie,George/Boise,Julianne | Particia Lupica guardian for Julianne Boise et al. v. Misny et al. | |
| 5/21/2003 | x | | Gillen,Pat/Bifaro,Lou | | |
| 5/15/2003 | x | | Marmaros,Peter/Basta,Debora | | |
| 5/13/2003 | x | | Phillips,Nicholas/Prucha,Michael | | |
| 5/1/2003 | x | Toledo, Ohio, Judge Oliver | Thorman,Christopher/Hicks,Conrad | E. Conrad Hicks Jr. M.D. vs. Bryan Medical Group, et al | 2001-06-2939 |
| 4/30/2003 | x | Portage Co. | Burnett,John/Chaffins,Kaleb | | |
| 4/29/2003 | x | | Wulliger,William/Shimola,Charles | | |
| 4/17/2003 | x | | Beebout,Kathleen/Hagedorn,Bryson | | |
| 4/17/2003 | x | | Shimko,Timothy/Schmidt,Thomas (VOC) | | |
| 4/9/2003 | x | Summit Co., Judge George | Hanratty,James/Beichler,Keith | Sheila A. Beichler v. Barberton Citizens Hospital et al | |
| 4/3/2003 | x | Summit Co., Judge Cosgrove | Kulwicki,David/Adkins,Robert | | |
| 3/20/2003 | x | | Linton,Robert/Robertson,Joseph | | |
| 3/19/2003 | x | Lima, Ohio | Mihlbaugh,Robert/Sproul,Diana | | |
| 3/11/2003 | x | Mansfield, Ohio | Piscitelli,Frank/Kreeger,William | William G. Kreeger v. Gary L. Hirt et al. | |
| 3/7/2003 | x | Cuyahoga County, Judge Angelotta | Matthews,Laurel/Rizk,Laurice | | |
| 3/5/2003 | x | Dayton, Ohio Judge Loose | Dicicco,Matthew/Sill, Dr. James | | |
| 2/25/2003 | x | Butler County | Metz,John/Plapp,Melanie | | |
| 2/4/2003 | x | Franklin County, Judge Watson | Diciccio,Gerald/Leonard,Mapel | | |
| 2/4/2003 | x | Richland County | Rinehardt,John/Arter,Brandon | | |
| 1/23/2003 | x | Summit Co., Judge Williams | Edminister,Michael/Matteson,Josephine | Josephine Matteson v. General Emergency Medical Specialist | 2001-11-5580 |
| 1/22/2003 | x | Dayton, Judge Hoffman | Kelleher,James/Lehrner,Leon | Harvey Lehrner etc. v. Safeco Insurance Co. et al. | 323046 |
| 1/21/2003 | x | Summit Co., Judge Greg Rossi | Kulwicki,David/Antonino, Christine | Christine Antonino vs. Barbara Bailey, M.D. | CV 2001 08 3894 |
| 1/16/2003 | x | | Horn,Debra/Zaharna,Mike | | |
| 1/15/2003 | x | | Barnard,Tom/Patel,Kiran | | |
| 1/15/2003 | x | Lake County | Volsky,Kerry/Figer,Linda | | |
| 12/18/2002 | x | | VanDervort,Dayna/Rogers,Gregory | | |
| 12/16/2002 | x | | Metz,John/Plapp,Melanie | | |

John F. Burke, Jr., Ph.D.
Testimonies and Depositions:
Page (3)

| Date | X | Court/Location | Attorneys | Case | Case No. |
|---|---|---|---|---|---|
| 12/16/2002 | x | Video Depo | Mertz,Michael/Roth,Claretta | | |
| 12/12/2002 | x | | Dinardo,Emil/Hotaling,Brian | | |
| 11/20/2002 | x | Cuyahoga, Judge Boyle | Frost,Merrie/Davis,Ruby | | |
| 11/19/2002 | x | | Betty,Otto/Greene,Lawrence | | |
| 11/12/2002 | x | | Roubanes,Barbara/Littleton,Howard | | |
| 10/25/2002 | x | Flint, Michigan | Kantor,Steven/Eagan,Larry | Larry Eagan v. CSX Transportation | |
| 10/23/2002 | x | Buffalo, NY | Gillen,Pat/Bifaro,Lou | | |
| 10/23/2002 | x | Cuyahoga County | Leo,Ann/Barnby,Stephen | Steven Barnby,et al. vs. Steven Harper, et. al | 99 CIV 1096 |
| 10/22/2002 | | Stark County, Judge Lioi | Schulman, Allen/Hahn,Brandon | | |
| 10/9/2002 | x | Cuyahoga, Judge Hanna | Doran,Michael/Kilbane,Terry | Terry C. Kilbane v. Consolidated Rail Corporation, et al. | |
| 10/8/2002 | x | Cuyahoga, Judge Angelotta | Kaufman,Paul/Chang,Penny Hua | Ching Lung Chang, Admr., et al. v. Cleveland Clinic | 403722 |
| 10/4/2002 | x | | Leyshon,Robert/Labenne, Jason | | |
| 9/27/2002 | X | | Gordillo,Brad/Porter, Brad | | |
| 9/25/2002 | | Ashland County | Shimko,Timothy/Huang,Steinar | | |
| 9/24/2002 | | | Schachter,Paul/Reiff,Linda | | |
| 9/12/2002 | X | Cuyahoga, Judge Patton | Devito,Christopher/Andy Buick | Andrew Simms,et al v. General Motors Corp.,et al | |
| 9/3/2002 | | | Kampinski,Charles/Carr,Datie | | |
| 9/3/2002 | x | | Weinberger,Peter/Smith,Lawrence,Jr. | | |
| 8/14/2002 | x | Cuyahoga, Judge Feighan | Kampinski,Charles/Seleman,Fahima | Seleman v. Cleveland Clinic Foundation | 374294 |
| 8/14/2002 | X | Cuyahoga | Schulman,Allen/Johnson,Jaclyn | | |
| 7/27/2002 | x | | Mertz,Michael/Roth,Claretta | | |
| 7/24/2002 | X | | Mertz,Michael/Hampton,Michele | | |
| 7/17/2002 | X | | Wolf,Paul/Schaffer,Barbara | | |
| 7/16/2002 | x | Loraine County, Judge McGough | Masters, William/Collias,Tonya | T. Collias,et al. v. Troy Radiologists, et al. | 1999 CV 00292 |
| 7/12/2002 | X | Dayton, Judge Tucker | Devito, Christopher/Andy Buick | | |
| 7/11/2002 | x | | Kampinski,Charles/O'Brien,Michael | Michael O'Brien v. Van Dyke, et al | |
| 7/11/2002 | x | | Lavender, David/Anthony, Richard | | |
| 6/12/2002 | X | Cuyahoga, Judge McGinty | Leeseberg/Eiterman,Richard | | |
| 6/7/2002 | X | | Kampinski,Charles/O'Brien,Michael | | |
| 6/7/2002 | X | | Masters, William/Collias,Tonya | | |
| 6/5/2002 | x | | Linton,Robert/Zimmerman,Mary Lou | | |
| 6/4/2002 | x | Cuyahoga, Judge Burnside | Weisman, Mitch/Gray, Carol | | |
| 6/4/2002 | x | Cuyahoga, Judge Angelotta | Wuliger, William/Shimola, Charles | | |
| 6/3/2002 | X | | Ammadio, Mark/Gorchek, Michael | | |
| 5/31/2002 | X | | Leo,Ann/Barnby, Stephen | | |
| 5/23/2002 | x | Kenton, Judge Saulkner | Malone, Michael/Smith, Anthony | | |
| 5/22/2002 | X | | Geary,Paul/Rupersburg, Jeffrey | | |
| 5/20/2002 | x | Video Depo | Frooman,James/Hunley,Robert | Hunley vs. Commercial Enterprises | 00CV56973 |
| 5/17/02 | x | Cuyahoga, Judge Saffold | Peskin,Lawrence/Stevenson,Mary Anne | Stevenson v. Cuyahoga Co. Community College | 426005 |

John F. Burke, Jr., Ph.D.
Testimonies and Depositions:
Page (4)

| Date | X | Court/Judge | Deponent(s) | Case | Case No. |
|---|---|---|---|---|---|
| 5/15/2002 | X | | Pasz,David/Lewis,Gary | | |
| 5/14/2002 | X | Detroit, MI Federal Court, Judge Ferkens | Hilborne,George/Nemir,M.D., Michael | | |
| 5/11/2002 | X | Lucas, Judge McDonald | Battani,Joseph/Kahn,Dr. Paul | Kahn v. Moront, M.D. | 392529 |
| 5/9/2002 | X | Cuyahoga, Judge Lawther | Lansdowne,Dennis/Kaszar,Richard | Kaszar, et al. v. Acute Care Specialists | |
| 5/8/2002 | X | | Linton,Robert/Zimmerman,Mary Lou | Martorello, etc. v. Lake Emergency Systems, et al. | 420583 |
| 5/8/2002 | X | Cuyahoga, Judge Raso | Duda,John/Martorello,Gary | Williams v. Honda Motor Co., LTD., et al. | |
| 5/2/2002 | X | | Rilley,Scott/Williams,Justin | | |
| 5/1/2002 | X | | Dunakey,David/Meyer,Nicholas | | |
| 4/26/2002 | X | | Kantor,Steven/Slusher,Kenneth | | |
| 4/25/2002 | X | | Jennings,Theodore/Conrad,Richard | | |
| 4/25/2002 | X | | Kantor,Steven/Eagan,Larry | | |
| 4/16/2002 | X | Circuit Court, Parkersburg, WV, Judge Hill | DiCuccio,Jerry/Arbogast,Rebecca | | |
| 4/15/2002 | X | Superior Court, King County,WA, Judge Hall | Shimko,Timothy/Schmidt,Thomas (VOC) | Schmidt v. Geoenergy International Corp., et Al. | 99-2-15992-6-SEA |
| 4/12/2002 | x | Lucas County, Judge Franks | Palmer,Robert/Williams, Tamar C. | Williams, et al. v. Reynolds Road Surgical Center | Cl 020000-1110 |
| 4/10/2002 | X | Cuyahoga, Judge Russo | Simon, Ellen/Rucker,Reginald | Rucker v. Everen Securities, et al. | 424371 |
| 4/5/2002 | X | | Losey,Robert M./Wall, Charlea Madison | | |
| 4/4/2002 | X | | Shimko,Timothy/Schmidt,Thomas (VOC) | | |
| 4/3/2002 | X | Franklin, Judge Bessey | Arnold,James/Griffith,Kathleen | Griffith, et al. v. Wausau Business Ins.Co. | 00CV 05 4488 |
| 3/22/2002 | X | | Riddle,Kevin/Colwell,Kimberly | | |
| 1/30/2002 | X | | Mertz, Michael/Accathara, Jacob | | |
| 1/30/2002 | X | Lorain, Judge McGuff | Zagrans,Eric/Jackson,Linda K. | Jackson et al. v. Schneider National Carriers et al. | 99 CV 124813 |
| 1/29/2002 | X | Southern District, Magistrate Judge Abel | Karr,Keith/Lowther, Jimmie B. | Beatrice Lowther, v. Osburn Associates, Inc., et al. | C2-00-108 |
| 1/25/2002 | X | | Mester, Christian/Bruno, Anthony | Bruno, et al. v. Bonavente,M.D. | CAL00-17057 |
| 1/24/2002 | X | | Malone,Michael J./Jordan,Nada | Jordan v. Jordan | |
| 1/23/2002 | X | Lorain, Judge Glavas | Stephenson,Mark/Fisher, Herman | Herman Fisher v. City of Lorain, Ohio | 99CV123309 |
| 1/17/2002 | X | | Malone,Michael/Jordan, Nada | Jordan v. Jordan | |
| 1/17/2002 | x | Mercer, Judge Ingraham | Gibson,Greg/Gehle,Gregory | Gehle, et al.v.Beatrice N.S. Christopher, M.D. et al. | |
| 1/15/2002 | X | | Karr,Keith M./Lowther,Jimmie B. | | |
| 1/14/2002 | X | Cook County, Chicago | Ball,James T./Schneider,David | Schneider v. Children's Memorial Hospital | 98 L 011111 |
| 1/10/2002 | X | Cuyahoga, Judge Nahra | Thomas,Stephen G./Brown,Margaret L. | Margaret Brown v. University Suburban | 420608 |
| 12/14/2001 | x | | Simon, Ellen/Rucker, Reggie | Reginald Rucker v. Everen Securities, et al. | 424371 |
| 12/14/2001 | X | | Okey,Steven/Drake, James | Nancy J. Drake, etc., v. ER-DOC,INC, et al. | 99-CV-020 |
| 12/11/2001 | X | Cuyahoga, Judge Patton | Keller, Stanley/Shepard,Michael | Nicholas E. DiCello, et al. v. Michael Shepard, et al. | 309905 |
| 12/10/2001 | x | Albany Supreme Court, Judge Malone | Metschl,Dan/Dickson,William | | |
| 12/5/2001 | x | Columbus, Court of Claims, Judge Bettis | Callow,Michael J./Stratton, Rita | Rita Stratton v. Kent State University | 99-13606 |
| 12/4/2001 | X | Summit, Judge Schneiderman | Edminister,Michael/Kissinger,Charles | Kissinger, Executrix v. Akron Radiology Inc., et al. | 2001-02-0551 |
| 11/30/2001 | X | Akron-Federal Court | Aronson,Stanley/Martin,Margaret | Margaret Martin, et al. v. Liberty Mutual Ins. Co., et al. | |
| 11/19/2001 | X | | Weinberger, Peter/Smith,Lawrence,Jr. | | |
| 11/14/2001 | X | | Zalimeni, Gail/Wise, Evana | | |

John F. Burke, Jr., Ph.D.
Testimonies and Depositions:
Page (5)

| Date | | Court | Parties | Case # |
|---|---|---|---|---|
| 11/12/2001 | X | | Spector, Yale R./Evans, Jacob W. | |
| 11/9/2001 | X | Ross, Judge Corzine | Cusak, Mary Jo/Harris, Rollin | 99 CI 244 |
| | | | Harris, et al. v. Max Hickman, M.D. | |
| 11/7/2001 | X | | Bordas, Linda/Westfall, Sr., James E. | |
| 10/22/2001 | X | Cuyahoga, Judge Suster | Martin, Paige/Rich, Russell | 368481 |
| | | | Russell Rich v. McDonald's Corporation | |
| 10/8/2001 | X | | Chamberlain, Hank/Helbling, Ken | |
| 10/5/2001 | X | | Ball, James T./Schneider, David | 1:00 CV 0197 |
| | | | Simon(Peskin, Larry/Serger, Robert | |
| | | | Robert Serger v. Wal-Mart Stores, Inc. et al. | |
| 10/4/2001 | X | Federal, Cleveland, Judge Nugent | Kitrick, Mark/Sell, Steven | FCCP 99CVA-05-3780 |
| | | | Sell v. Boone, MD, et al. | |
| 10/3/2001 | X | Franklin, Judge Johnson | Smith, A. Russell/Tompkin, David | |
| 10/1/2001 | X | Summit-Federal Court | Horn, Debra/Ciuni & Panichi, Inc. | |
| | | | Tompkin v. The American Tobacco Company | |
| 9/28/2001 | X | | Edminister, Michael/Prather, Larry | CV 2000 05 2263 |
| | | | Prather, Adm. vs. Summa Health Systems, et al. | |
| 9/27/2001 | X | Summit | Colley, Michael/Mifsud, Paul | |
| 9/13/2001 | X | | Lindner, Daniel F./Oden, Phillip | |
| 9/10/2001 | X | | Snead, Jeffrey W./Gehle, Gregory | CIV-001 |
| | | | Gehle, et al. v. Beatrice N.S. Christopher, M.D. et al. | |
| 9/7/2001 | X | | Plevin, Leon/Reighard, Mark Scott | |
| 9/6/2001 | X | | Mellino, Chris/Germanoff, Connie | 2000CV 01475 |
| | | | Stephan Germanoff, et al. v. Autlman Hospital | |
| 8/30/2001 | X | Stark, Judge Lioi | Koberna, Mark/Holtz, Frederick | |
| 8/28/2001 | X | Lake, Judge Mitrozich | Shapero(Tater)/Taylor, Carla | |
| 8/16/2001 | X | Cuyahoga | Smith, A. Russell/Tompkin, David | |
| 8/15/2001 | X | | Berris, Richard/Christensen, Joseph | |
| 8/10/2001 | X | | Mester, Thomas/Cummings, Desmond | |
| 8/10/2001 | X | | Pierre-Louis, Lloyd/Evans, Shawan | |
| 8/9/2001 | X | | Riley, Tim/Sabol, Rebecca | |
| 8/6/2001 | X | | Stege, Edward Richard/Byarse, Rechetta | |
| 8/3/2001 | X | | White, Marty/Curto, John | |
| 8/1/2001 | X | | Domiano, Joe/Hillyer, Christina | |
| 7/31/2001 | X | | Johnson, Richard G./Gay, Stanley | |
| 7/27/2001 | X | | Magaziner, Blair/Neville, Charles | |
| 7/20/2001 | X | Cuyahoga, Judge Mannen | Norton (Alkire)/Gable, David. | CV 322748 |
| | | | Gable et al. v. Village of Gates Mills, et al. | |
| 7/20/2001 | X | | Koberna, Mark/Holtz, Frederick | |
| 7/20/2001 | X | Franklin, Judge McGrath | Elliott(Cooper, Chip)/Siesel, Daniel | |
| 7/18/2001 | X | Franklin, Judge McGrath | Elliott(Cooper, Chip)/Siesel, Jennifer | |
| 7/18/2001 | X | Columbus | Kitrick, Mark/Sell, Steven | |
| 7/17/2001 | X | Cuyahoga, Judge McDonnell | Kampinski(Mellino, Charis)/Holowczak, Carrie | 407610 |
| | | | Joyce Holowczak, et al. v. The Metro Health System | |
| 6/27/2001 | X | | Ray, Frank A/Shreve, Terry R. | 98CI000330 |
| | | | Terry R. Shreve. Et al. v. United Electric & Construction | |
| 6/22/2001 | X | | Kellerher, James/Lehrner, Leon | |
| 6/18/2001 | X | | Clark(Arnold, James)/Smith, Erin | |
| | | | Smith et al. v. Norman et al. | |
| 6/15/2001 | X | Norwalk, Oh, Judge McGimpsey | Okey, Steve/McDaniels, Teri | |
| | | | Mitchell/McDaniel v. Mills | |
| 6/11/2001 | X | Lorain County, Judge Zelisky | Stephenson, Mark E./Toth, Rose Marie | |

John F. Burke, Jr., Ph.D.
Testimonies and Depositions:
Page (6)

| Date | Dep | Trial | Court | Attorneys | Case | Case No. |
|---|---|---|---|---|---|---|
| 6/8/2001 | X | | | Mester,Christian/Bruno, Anthony | | |
| 6/5/2001 | X | | | Alkire/Richard C./Gable, David | Gable v. Gates Mills | |
| 6/5/2001 | X | | | Simon, Ellen/Harmon,Carl | | |
| 6/4/2001 | x | | | Galligan(Garrison,Anne)/McGee-Funchess, Solom | Funchess v. Hunter, et al. | 97-1-MJG-551 |
| 5/31/2001 | X | | Columbus | Volkema,Daniel/Carty,Jeffrey | | |
| 5/29/2001 | | X | Judge McAllister | Housel,Robert V./Muehrcke, Dr. Robert | Robert C. Muehrcke v. Indiana Insurance Co. | |
| 5/24/2001 | X | | Cuyahoga, Judge Lawler | Shimko(Piscitelli, Jr., Frank E.)/Johnson, Riley | Johnson v. The Cleveland Coca Cola Bottling Company, et al. | |
| 5/24/2001 | x | | Lorain,Judge Glauas | Belovich, Barbara A./Peger,Nadean | Nadean Peger v. Elyria Methodist Village | |
| 5/15/2001 | X | | | Demro,Paul/Bruhn, Carol | Bruhn v. Sanders and Zimmerman | |
| 5/14/2001 | X | | | Hill, Barry/Geer,Ronald | Ronald Geer v. Tri-State Neuroscience Center,Inc. and Jerry Day, M.3:99-0962 |
| 5/14/2001 | X | | | Corrigan,James/Campbell,Jaron | Kimberly Campbell, etc., et al. v. Cuyahoga County, Ohio, etc., et al | 388654 |
| 5/10/2001 | X | | Dayton, Judge Kessler | Brannon, Dwight/McGarry,Lynn | | |
| 5/8/2001 | X | | Cuyahoga, Judge Pokorny | Walton,Gerald/Petchers,Marcia | Marcia K. Petchers, Ph.D. vs. Case Western Reserve University | 403331 |
| 5/8/2001 | X | | | Getz(Mester,Christian)/Boston,Dayquana Tri'Niec | Boston, et al. V. UMMS | 1:00 cv 0197 |
| 5/7/2001 | X | | | Simon(Peskin,Lawrence)/Serger,Robert | Robert Serger v. Wal-Mart Stores, Inc. et al. | |
| 5/4/2001 | X | | | Smith, Edwin/Somma-Cavaluzzi,Toni | Toni Somma-Cavaluzzi vs. SCI Acquisitions and American States In | 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 |
| 5/2/2001 | x | | Cuyahoga, Judge Boyko | Hirshman, Tobias/Ray,David L. | David Ray et al. vs. Kim Stearns, M.D., et al. | 185632 |
| 5/1/2001 | X | | Stark County,Judge Sinclair | Schulman(Saylor, Timothy)/Crow,David | David & Antoinette Crow vs. State Farm Insurance Companies | 2000 CV 00651 |
| 4/30/2001 | X | | | Walton,Gerald/Petchers,Marcia | Marcia K. Petchers, Ph.D. vs. Case Western Reserve University | 403331 |
| 4/27/2001 | X | | Summit County,Judge Murphy | Scanlon,John/Enright,David | | |
| 4/26/2001 | X | | Lorain County, Judge Beletski | Friedman,Zeev/Thomas,Jasmine | | |
| 4/23/2001 | x | | | Kraft,Barbara/Boehmer, Suzanne | Suzanne Boehmer v. Anderson Consulting, Inc. | 97ca007518 |
| 4/20/2001 | X | | | Wuliger(Fadel,William)/Russell, Gary | | |
| 4/20/2001 | X | | | Climaco(VanDeVort,Daina)/Franta,Robert | Robert H. Franta, et al. v. Philip Stout, M.D., et al | 308607 |
| 4/17/2001 | X | | | Hirshman, David/Ray, David | | |
| 4/16/2001 | X | | Cuyahoga, Judge Sunderland | Coury, Robert/McCutheon,Colten | McCutheon, et al. v. St. Jospeh's Hospital & Thomas Durnell, M.D | 99-C-425 |
| 4/13/2001 | X | | Cuyahoga, Judge Feinan | Subashi,Nicholas/Owen,Donna | Donna G. Owen, et c., et al. v. Perry Nystrom, M.D. et al. | 99-1022 |
| 3/15/2001 | X | | New York City | Nurenberg(Mester,Thomas)/Wren,Lashawda | | |
| 3/9/2001 | X | | | Kantor, Steven/Accardo,Dennis | Dennis Accardo v. Long Island Railroad | |
| 3/2/2001 | X | | | Stocklin,Valerie/Hammermeister,Zachary | | |
| 3/2/2001 | X | | | Henry,John/Mackey,Michael | | |
| 2/27/2001 | X | | Summit County,Judge Bond | Becker(Kulwicki,David)/Macholl, William | Mary Macholl, et c. vs. James E. Wilkerson,M.D. | CV99083047 |
| 2/26/2001 | X | | Summit County,Judge Schumaker | Dickson, Blake/Davis,Barbara | Barbara Davis v. Sean Walsh, et al. | 99 06 2170 |
| 2/22/2001 | X | | Lorain County, Judge Glavas | Loucas, Penny / Reynolds, Richard | Richard Reynolds vs. Charles M. Butrey, M.D., et al. | 98CV122012 |
| 2/12/2001 | X | | Cuyahoga, Judge Angelotta | Margolis,Ronald/Yurick,Martin | Patrick A. Yurick, executrix, etc.vs.Cleveland Clinic Foundation | 327619 |
| 2/7/2001 | X | | Cuyahoga, Judge Sutula | Repicky,Thomas/Weber,William | Weber, et al. vs. Cleveland Clinic Foundation et al. | |
| 2/6/2001 | X | | Franklin County,Judge McGrath | DiCuccio,Gerald/Wolverton,Joanne | | |
| 1/30/2001 | x | | | Moriarty,R. Brian/Roarty,Mark J. | Mark Roarty, et al. vs. Thistledown, et al. | 396567 |
| 1/18/2001 | X | | Cuyahoga, Judge Friedman | Kampinski(Mellino,Chris)/Sanders,Damone | Damone Sanders v. Saint Luke's Medical Center | 388179 |

John F. Burke, Jr., Ph.D.
Testimonies and Depositions:
Page (7)

| Date | X | Court/Judge | Attorneys | Case | Case No. |
|---|---|---|---|---|---|
| 1/15/2001 | X | | Levin,Joel/Schultes, John | John W. Schultes v. McDonald Investments Inc. et al. | 385421 |
| 1/8/2001 | X | | Kampinski(Mellino, Chris)/Sanders,Damone | Damone Sanders v. Saint Luke's Medical Center | 388179 |
| 12/13/2000 | X | Wellsburg, WV, Judge Recht | Hill,Barry/Varitek,John | Martha Varitek v. Suarex & Tayal | |
| 12/13/2000 | X | | Lawrence(Goodman,R. Lanahan/Parsley,Melva A.) | | |
| 12/12/2000 | X | Cuyahoga, Judge Coyne | Witkowsi,Richard/Novak vs. Hermann,Cahn & S | Witkowsi,Richard/Novak vs. Hermann,Cahn & Schneider | 1999CV02918 |
| 12/7/2000 | X | Canton, Judge Reinbold | Gibbs,Richard/Schreffler,Harold | Harold Schreffler vs. Benny Cappillo, et al. | 98-10468-PR |
| 12/6/2000 | X | Franklin County, Judge Benis | O'Brien, Melvin/Verduyn v. Dick Corporation, et | Angela Verduyn, et al vs. Dick Enterprises, Inc., et al. | 1:99CV3076 |
| 12/1/2000 | X | Cuyahoga, Judge Nugent | MCcarthy/(Cohn, Mark)/Heights Driving School, | Heights Driving School, Inc. et al. v. Top Driver, Unc. Et al. | |
| 12/1/2000 | X | | Hill, Barry/Varitek, John | Martha Varitek v. Suarex & Tayal | |
| 11/30/2000 | X | Cuyahoga, Judge McCafferty | Wuliger, William/McNulty, George | George McNulty vs. PLS Acquisition Corp, et al. | 391954 |
| 11/30/2000 | X | Canton, Judge Lioi | Okey, Steven/Twaddle, Lynette | | |
| 11/22/2000 | X | | Wuliger, William/McNulty, George | George McNulty vs. PLS Acquisition Corp, et al. | 391954 |
| 11/20/2000 | X | Franklin County, Judge Crawford | Barnett,Bill/ UZ Engineered Products | Estate of Brian Patrick Bradley v. University Hospitals of Cleveland, | 383912 |
| 11/17/2000 | X | Cuyahoga, Judge Curran | Dixon, Debra/Bradley,Brian Patrick | | |
| 11/15/2000 | X | | MCcarthy/(Cohn, Mark)/Heights Driving School,In | Heights Driving School, Inc. et al. v. Top Driver, Unc. Et al. | 1:99CV3076 |
| 11/8/2000 | X | Ashland County, Judge Richner | Hare,David/Conley,Kim | | |
| 11/8/2000 | X | Liching County,Judge Frost | Corrigan,James/Cook,Maxine | | |
| 11/6,7/2000 | X | Youngstown, Judge Evans | Simon(Ahern,Ann-Marie)/Fredrickson,Donna | Fredrickson v. Olsten Health Services Corp., et al. | 98 CV 1937 |
| 10/23/00 | X | | Weisman(Berris, Richard)/Corbett, Allison | | |
| 10/20/2000 | X | | Maloon,Jeffrey/Figuray,Pauline | Pauline Figuray, et al. v. Mario Mejia, et al. | 95CV00384 |
| 10/20/2000 | X | | DiCuccio(Zalimeni, Gail)/Floyd,Deborah | Deborah Floyd, et al. v. Subrat K. Lahiry,M.D.,et al. | 3:99-0454 |
| 10/18/2000 | X | Huntington, WV, Judge Goodwin | Nurenberg(Leikin,Jeffrey)Wren,Lashawda | | |
| 10/12/2000 | X | | Smith(Nace,Bryan)/Thompson,Charles | Charles Thompson v. Anchor Packing, et al. | 95-cv-179 |
| 10/12/2000 | X | | DiCuccio(Zalimeni, Gail)/Floyd,Deborah | Deborah Floyd, et al. v. Subrat K. Lahiry,M.D.,et al. | 3:99-0454 |
| 10/3/2000 | X | Cuyahoga,Judge Lather | Arter(Luarde, Sharon)/Carbotta,Ray | Ray Carabotta, et al. v. Kenneth L. Mitchell, Esq., et al. | 357036 |
| 10/2/2000 | X | Cuyahoga,Judge | Climaco(VanDeVort,Daina)/City of Cleveland(poles) | | |
| 9/26/2000 | X | | Carlin, Bill/Sullins,Loretta | Sullins v. University Hospitals of Cleveland, et al. | |
| 9/25/2000 | X | | Gallagher,Thomas/Hartmann,Janice | Janice Hartman v. Conrad Hicks, M.D., et al. | |
| 9/25/2000 | X | | Losey, Robert/Wall, Charlea Madison | Charlea Madison Wall vs. F.H. Siddiqi, M.D. | |
| 9/18/2000 | X | Cuyahoga,Judge Callahan | Nurenberg(Mester, Thomas)/Balzano, Sharon | Sharon Balzano et al. vs. Malgieri & Dorsky et al. | 384,470 |
| 9/15/2000 | X | | Nurenberg(Jacobson,William)/Parsons,Raymond | Parsons vs. Interstate Bakeries Corp. | 99 CV 223982 |
| 9/15/2000 | X | | Amer(Morrison,Jack)/Bell,Michael | Michael Bell vs. Everen Securities Inc., et al. | CV-99-01-0338 |
| 9/12/2000 | X | | Becker,Michael/Singel, Christopher | Christopher Singel, et al. v. Timmapa P. Bidari, M.D., et al. | 372010 |
| 9/11/2000 | X | | Jennings, Dean/McGargill, Johanna | | |
| 9/11/2000 | X | | Amer(Stauffenger,Len)/Shockey,Nathan | Shockey vs. Childrens Hospital Medical Center of Akron, et al. | |
| 9/11/2000 | X | | Keller(Swansinger,John)/Frangos,Michael/Rasca | Rascal House Pizza Systems vs. Beatric Cheese | 367800 |
| 9/8/2000 | X | Summit County, Judge Gwen | Dworken(Berezin,Alec)/Hockenberry,Jr.,Terry | Terry W. Hockenberry, etc. v. Village of Carrollton, et al. | 5:00 CV 0127 |
| 9/6/2000 | X | | Kampinski(Mellino, Christopher)/Quay,Mark Gerald | | |
| 8/31/2000 | X | | Dworken(Berezin,Alec)/Hockenberry,Jr.,Terry | Terry W. Hockenberry, etc. v. Village of Carrollton, et al. | 5:00 CV 0127 |
| 8/29/2000 | X | | | | |

John F. Burke, Jr., Ph.D.
Testimonies and Depositions:
Page (8)

| Date | X | Court/Judge | Attorneys | Case | Case No. |
|---|---|---|---|---|---|
| 8/29/2000 | X | | McNeal(Cubar,John)/Age Berishaj, etc. v. Riggs Food | Age Berishaj, etc. v. Riggs Food Express, Inc. et al. | 3:97cv7660 |
| 8/1/2000 | X | | Bordas,Linda/Neust,Richard C. | Richard C. Neust, Jr. vs. Emmanuel Noche, M.D., et al. | 98-CV-259 |
| 7/31/2000 | X | Cuyahoga, Judge Sweeney | Berkman(Devan,Mark)/Eichler,Elaine | Elaine Eichler, et al. vs. Gona Naidu, et al. | 315831 |
| 7/28/2000 | X | Cuyahoga, Judge Corrigan | Friedman(Smith,David)/Koslen,Laura | Laura Koslen, et al. v. Starr, et al. | 326330 |
| 7/27/2000 | X | Judge Callahan | Loucas,Penny/Roderick,Kathleen | Richard Roderick vs. The City of Cleveland, et al. | 383998 |
| 7/26/2000 | X | | O'Dell, Tony/Pendleberry, Abbey | Pendleberry v. Putnam General, et al. | 1999 CVO 2631 |
| 7/24/2000 | x | | Friedman(Delahunty,Martin)/Awadallah, Sandra | Awadallah, et al. v. Dr. David Satchel | 98-08150-B |
| 7/18/2000 | X | | Krause,James/Moreland, Madison | Moreland v.Las Colinas Medical Center and Doreen Moser,D.O. | |
| 7/17/2000 | X | | Goodman, R. Lanahan/Ferris,Karen | Ferris v. Katz, Tetirick, Stein, Johnson, et al. | |
| 7/14/2000 | X | | Shimko(Piscitelli,Frank)/Fischer Hardware | Fischer Hardware, Inc. vs the Marion Bank | |
| 7/11/2000 | X | | DeMarco,Robert/Sam Yovanno v. Emerald Health | Yovanno v. Emerlad Health Inc., et al. | 359420 |
| 7/17/2000 | X | Cuyahoga, Judge McGinty | Corchado, Carlos/Kukus, Michael | | |
| 7/17/2000 | X | | Wilson,Robert/Hemann,Robert | Robert W. Hemann, Jr., et al. v. Deandre Encher, et al. | 395201 |
| 6/30/2000 | X | | Dixon,Debra/Farkas, Nancy | The Estate of Nancy Farkas vs.The Cleveland Clinic Foundation | 393101 |
| 6/29/2000 | X | Lisbon OH, JudgeTobin | Shimko, Timothy/Mitchell,Laurie | Laurie Mitchell vs. Columbiana County Mental Health Center | |
| 6/28/2000 | X | Summit County,Judge Bond | Scanlon(Gearinger, Bradford)/Saxe,Joyce | Joyce Saxe et al. vs. Tammy Jones | CV98-02-0430 |
| 6/12/2000 | X | | Franklin,John/Catri,Cheryl | Cheryl Catri v. Columbia Gas of Ohio | |
| 6/12/2000 | X | Cuyahoga, Judge Russo | Weisman(Kennedy, Eric)/Forbes,Daniel | Forbes v. Midwest Air Charter, Inc. | |
| 6/9/2000 | X | Cuyahoga, Judge Sweeny | Doran,Michael/Myers, Allan Lee | Allan Lee Myers vs. ConRail | |
| 6/6/2000 | X | | Nurenberg(Jacobson,William)/Breninghouse, Hirshman, Tobias/Padney,Edward | Edward Padney v. MetroHealth Medical Center | 318409 |
| 6/5/2000 | x | | Colucci, Mark/Carol Hamilton | C. Hamilton vs. G. Spirtos, et al. | 96-CV-2608 |
| 6/2/2000 | X | Mahoning County,Judge Lissotto | McDonald(Schrader and Schnee)/Mayfield Engir | Mayfield Engineering, Inc. v The Ohio Turnpike Commission | 1:96CV2450 |
| 6/1/2000 | x | | Maloon,Jerry/Hook,Roger | Estate of Roger W. Hook v. R. Daniel Bohl,M.D. | |
| 5/30/2000 | X | | Dapore, Anthony/Heppert,Richard | | |
| 5/24/2000 | X | Cuyahoga, Judge Mary Boyle | Kampinski(Mellino,Chris)/Dunham,LaRita&Daniel | LaRita and Daniel Dunham et al v. MetroHealth Medical Center | 385735 |
| 5/22/2000 | X | | Nurenberg(Paris,David)/Castner,Paul | Paul Castner v. BFI, et al. | 365116 |
| 5/22/2000 | X | | Kampsinski(Mellino,Chris)/Robinson,Joanne and Evrian Robinson,Administrator, vs. University GYN Specialists,Inc. et al | | 386391 |
| 5/12/2000 | X | | McDonald(Cook, Jerome)/Mackson,Mark-PDG | Profit Development Group,Inc vs. Clev. Automobile Dealers Assoc | 380594 |
| 5/8/2000 | X | Findlay,OH,Judge Roulston | Malone,Michael/Johnson,James | James W. Johnson, etc. vs. Yadira Desantiago, et al. | 99-5-T |
| 5/4/2000 | X | | Malone,Michael/Johnson,James | James W. Johnson, etc. vs. Yadira Desantiago, et al. | 99-5-T |
| 4/28/2000 | X | Columbus,Magistrate Browning | Golian, Joseph/Buck, Gordon | Gordon Buck vs. Joseph Armeni, et al. | 98CVC-07-5096 |
| 4/27/2000 | x | | Colucci, Mark/Hamilton, Carol | | |
| 4/24/2000 | X | Dayton, Judge Froelich | Rudwall,David/Ruth, Jennifer | | |
| 4/21/2000 | X | | Manos,John/Keehan,Daniel | Keehan et al. v. DuPont Tribon Composites, et al. | 353774 |
| 4/20/2000 | x | | Golian, Joseph/Buck, Gordon | Gordon Buck vs. Joseph Armeni, et al. | 98CVC-07-5096 |
| 4/18/2000 | x | Canton,Judge Reinbold | Mills,Laura/Utterback,D.D.S.,Geoffrey | Alliance Equities,v. Utterback Family Dental | 99-CVO-0659 |
| 4/13/2000 | X | | Volkema,Daniel/Nester,Debra | | |
| 4/11/2000 | x | | Dinardo(Verrico,James)/Littleton,Milton | Littleton vs. Consolidated Rail Corporation | |
| 3/15/2000 | X | | | | |

John F. Burke, Jr., Ph.D.
Testimonies and Depositions:
Page (9)

| Date | | Court | Parties | Case | Case No. |
|---|---|---|---|---|---|
| 3/15/2000 | X | | Dinardo(Verrico,James)/Berlon,Victor | Berlon vs. Consolidated Rail Corporation | |
| 3/11/2000 | X | | Topper,Richard/Klopstein,Beth | | |
| 3/10/2000 | X | | Scanlon(Hardman,Kevin)/Barres,Sandra | Barres, etc. v. Mansfield General Hospital, et al. | 1999 CV 01586 |
| 3/8/2000 | X | Canton, Judge Lelo | Friedman(Delahunty,Martin,Mitchell,Richard | Emma Mitchell, et al. v. Altercare, Inc. | |
| 3/3/2000 | x | | Djordjevic(Cody,Dan)/Clemens,Edwin | Clemens Etc. et al. v. The Cleveland Clinic Foundation, et al. | 98CV880 |
| 3/3/2000 | X | Trumbell County, Judge Stuard | Spangenberg(Brodhead,Peter)/Wallace,George | Wallace, etc. et al. vs. Suvir Phillip Kovoor,M.D. et al. | 97CV172 |
| 3/1/2000 | X | Astabula County, Judge Makey | Friedman,Jeffrey/Nieminen,Wayne | Nieminen, et al. v. Leek et al. | |
| | | | Amer(Morrison,Jack)/Hyatt,James | Hyatt vs. Akron City Hospital | |
| 2/29/2000 | X | Summit County, Judge Williams | Nurenberg(Mester,Thomas)/Kasburg, | | |
| 2/25/2000 | X | | Spence,/(Shockey, Gary)/Blansett | Blansett vs. BP Oil | 1999 CV 01586 |
| 2/24/2000 | X | Lima, OH | Friedman(Delahunty,Martin)/Mitchell, Richard | Emma Mitchell, et al. v. Altercare, Inc. | CI0299804057 |
| 2/16/2000 | X | | Dixon,Debra/Nelson, Donald | Ohio Cellular Products Corporation vs. Richard Kerger | |
| 2/14/2000 | X | | | | |
| 2/11/2000 | X | Cuyahoga, Judge Gaul | Weaver,Clark/Dorsey,Mary Gleason | Wiley v. Branch, et al. | 96-C-0888 |
| 2/10/2000 | X | Huntington,WV,Judge Cummings | DiCuccio,Gerald/Lombardi,Josie,Jessica,&Jamie | Bobbie Lombardi, et al. v. Bruce Ratcliff,M.D. et al | 97CVA09-8862 |
| 2/3/2000 | X | | Magaziner, Blair/Miller, Nicole | Nicole Miller vs. OhioHealth, Inc. et al. | |
| 1/27/2000 | X | Elyria, OH, Judge Zeleski | Chapman, John/Wiley, Michael | Connie Preston v. Rebecca Price, M.D. | 98-C-391-2 |
| 1/21/2000 | X | Clarksburg,WVA,Judge Bedell | Hill, Barry/Bowen, Bonnie | Cynthia Bezdek Loftin vs. Seven Crown Resorts, Inc. | CV-S-97-01834-DWH |
| 1/18/2000 | X | | Porter(Yarcusko,Alan)/Bezdek, John | Fisher, et al. vs. University Hospitals of Cleveland | |
| 1/7/2000 | X | Cuyahoga, Judge Gallagher | Dapore, Anthony/Fisher, Dianne | Estate of Lawanda Smith v. William Curtin,M.D. et al. | 98-C-240 |
| 1/4/2000 | X | | Goldberg,Robert/Smith,Lawanda | Gary George vs. Young Truck Sales | |
| 1/4/2000 | X | Canton, Judge Boggins | Scanlon(Hilkert,Mark)/George,Gary | McCune v. Summa Health Systems | 98:093739 |
| 12/27/1999 | X | | Spangenberg(Hawal,William)/McCune,Debra | Bryan Monroe, a minor, et al. v. Jeffrey Kearfott, M.D., et al. | 98-CV-0088 |
| 12/22/1999 | X | | Schulman(Van Blargan,Chris)/Monroe,Bryan | Dianne Fisher, et al. vs. Univertsity Hospitals of Cleveland, et al. | |
| 12/21/1999 | X | | Dapore, Anthony/Fisher, Dianne | | |
| 12/20/1999 | X | | Buckingham(Reed,Orville)/Goodyear vs. Heatwa | Goodyear vs. Heatway | |
| 12/29/1999 | X | | Kobema, Mark/Gump, Richard | Richard L. Gump, et al. vs. Alliance Midwest Tubular Products, et al | 1998CV00771 |
| 12/3/1999 | X | | Smith, Geoffrey/Hoyt,Michael | Michael D. Hoyt, et vs. The Cleveland Clinic Foundation, et al | 357541 |
| 12/2/1999 | X | Cuyahoga, Judge Angelata | Hirshman, Tobias/Lane,Cathleen | Cathleen C. Lane, etc. et al vs. George Kirby,D.D.S., et al. | 322177 |
| 12/1/1999 | X | Cuyahoga, Judge Aurlius | Keller(Swansinger,John)/Rascal House | Rascal House Pizza Systems vs. Beatric Cheese | 367800 |
| 11/29/1999 | X | | Rose,Raymond/McCartney,Paul | | |
| 11/29/1999 | X | | D'Angelo, Nicholas / Lundmark,Dawn | Dawn Lundmark vs. W.C.A. Hospital | |
| 11/24/1999 | X | Cuyahoga, Judge McDonnell | Foley, Mark / Wilhelm, Ann | Wilhelm, et al. v. McGinnis & Assoc., Inc. | 98CI000098 |
| 11/23/1999 | X | | Okey, Steven/Tibbs, Wayne | Mary Beth Tibbs, Etc. v. David J. Sassano, D.O., et al | 1997CV00142 |
| 11/22/1999 | X | Cuyahoga, Judge Gaul | Simon, Ellen / Dickson, Sheryl | Dickson v. Scripps Howard Broadcasting Co.(WEWS-TV) | 328680 |
| 11/17/1999 | X | Cuyahoga, Judge McGinty | Kampinski(Mellino,Christopher)/Schneider,Jeanne | | |
| 11/16/1999 | X | Canton, Judge Sinclair | Okey,Steven/Yanke, Joseph | | |
| | | | Okey, Mark / Snyder, Mindy Sue | | |
| 11/8/1999 | X | | Hill, Barry/ Bowen, Bonnie | Presta vs. Price | |
| 11/5/1999 | X | | | | |
| 11/4/1999 | X | Cuyahoga, Judge Aerulis | Becker, Michael/Diver, Hope Jasmine | Hope Jasmine Diver, etc. et al. vs. Anthony Gingo,M.D. | 305538 |