# BURKE, ROSEN & ASSOCIATES
2800 Euclid Avenue, Suite 300, Cleveland, OH 44115

John F. Burke, Jr., Ph.D.                                             Harvey S. Rosen, Ph.D.

January 7, 2004

Mr. Paul Martins
Helmer, Martins & Morgans, Co. LPA
Fourth & Walnut Center Suite 1900
105 E. 4th Street
Cincinnati, OH 45202

RECEIVED

JAN 1 0 2004

Helmer,
Martins & Morgan Co., LPA

**RE: Roger Owensby**

Dear Mr. Martins:

You have asked for my opinion as to the loss of enjoyment of life for Roger Owensby who died on November 7, 2000 at which time he was 29.6 years old. I am happy to do this for you. My findings indicate that the value of the enjoyment of life for Mr. Owensby is $5,500,370.

Economists have long recognized that humans have value other than the economic value that is embodied in each of our earning capacities. Economists have long understood that people exhibit a willingness to protect human life and, in this country, have even gone to extremes to protect and preserve lives. There are many examples of heroic efforts to save individuals such as children who are trapped in a well or individuals lost in a wilderness. These heroic efforts and the money spent in those activities is not the basis for making a hedonic calculation. Congress and the Executive Branch of the United States have recognized that resources available at the public level are scarce and therefore programs must be prioritized in such a way that society gets the largest return for dollars expended. As a result beginning in 1978, first with President Carter and then with each successive Chief Executive, government programs aimed at safety such as highway or automobile safety are required to be analyzed from the standpoint of the cost of saving human lives in this country. Not only do we know that we in society are willing to expend money at the public level, but there is also ample evidence that individuals are willing to spend money on private goods that also protect and preserve human life. The purchase of airbags or antilock brakes is an example of private consumption to preserve human life. By analyzing what individuals in this society as either tax payers or consumers actually expend, a societal value of human life can be determined. One method is to compare the annual expenditure on some of the above named programs to the annual lives that are saved by utilization of these safety devices. In this report, Table 1 reproduces the results of a number of different studies, which have appeared in the published economics journals where the objective was to make some type of estimate of societal value. Utilizing these studies, I have computed, in 1990 dollars, a per year estimate of life value. Utilizing that per year estimate of life and value, I have adjusted it to 2004 dollars and have reduced it to present value in order to determine the total value of the enjoyment of life of Roger Owensby.

My findings are detailed in this report.

Sincerely Yours,

*[signature]*
Burke, Rosen & Associates

HSR:JFB:cs
Enclosure

Telephone: (216) 566-9300          Facsimile (216) 566-0927          e-mail: h.rosen@burkerosen.com

# Preliminary Report

*concerning the*

# Loss of Enjoyment of Life

*of*

# Roger Owensby

*Prepared for:*

Mr. Paul Martins
**Attorney at Law**

*Prepared by:*

**John F. Burke, Jr., Ph.D.**
**Harvey S. Rosen, Ph.D.**
*Economists*

*January 7, 2004*

2

Personal Data Sheet

| | | |
|---|---|---|
| Name: | Roger Owensby | |
| Date of Birth: | 3/27/1971 | |
| Date of Death: | 11/7/2000 | (14.79% of 2000 Remains) |
| Age on: | 11/7/2000 | 29.6 Years |
| Work Life Expectancy from: 11/7/2000 | | 25.3 Years ( 15.34% of 2026)* |
| Age at Expiration of Work Life Expectancy: | | 54.9 Years Old |
| Life Expectancy from: 11/7/2000 | | 41.4 Years ( 25.21% of 2042)** |
| Age at Expiration of Life Expectancy: | | 71.0 Years Old |

As of 2/1/2004

| Name | Relationship | Date of Birth | Age | Life Expectancy |
|---|---|---|---|---|
| Myescha | Daughter | 8/20/1990 | 13.5 | 62.7 Years |

Note: As of 2/1/2004 91.51% of 2004 Remains

*Length of Working Life for Men and Women, 1979-80, Worklife Estimates, February 1986, Bureau of Labor Statistics, U.S. Department of Labor.

**Expectation of Life at Single Years of Age, by Race, and Sex: U.S., 2000, Arias, E. United States life tables,2000. National Vital Statistics Reports;Vol 51 No. 3, Hyatsville,Maryland: National Center for Health Statistics, December 19, 2002, pgs. 15,17,21,23   MB

3

Summary Sheet

| | |
|---|---|
| The Present Value of Enjoyment of Life | $5,500,370 |

Note: as contained on Table 5, Page 8.

4

Table 1 : Schedule Showing the American Labor Market Studies of the Value of Life.

| Author | Year | Implicit Value of Life* |
|---|---|---|
| R.S. Smith | 1974 | $7,200,000 |
| Thaler & Rosen | 1976 | $800,000 |
| R.S. Smith | 1976 | $4,600,000 |
| Viscusi | 1978, 1979 | $4,100,000 |
| Charles Brown | 1980 | $1,500,000 |
| Viscusi | 1981 | $6,500,000 |
| Craig Olson | 1981 | $5,200,000 |
| Richard Arnould | 1983 | $900,000 |
| Richard Butler | 1983 | $1,100,000 |
| J.P. Leigh & R. Folsom | 1984 | $9,700,000<br>$10,300,000 |
| V.K. Smith & Carol Gilbert | 1984 | $700,000 |
| Alan Dillingham | 1985 | $3,900,000<br>$900,000 |
| Leigh | 1987 | $10,400,000 |
| Moore & Viscusi | 1988 | $2,500,000<br>$7,300,000 |
| John Garen | 1988 | $13,500,000 |
| Viscusi & Moore | 1989 | $7,800,000 |
| Moore & Viscusi | 1990 | $16,200,000 |
| T. Kniesner & J. Leeth | 1991 | $600,000 |
| H. Herzog & A. Schottman | 1987 | $9,100,000 |
| D. Gegax, Gerking & Schulze | 1991 | $1,600,000 |
| | Average | $5,495,652 |

* In 1990 Dollars.

Note: Average calculated by Author. If a study reported a range, an average was calculated.

Source: "The Value of Risks to Life and Health" by W. Kip Viscusi. The Journal of Economic Literature, December 1993, Volume XXXI, Number 4, pages 1926 - 27, Table 2.

Table 2 : Schedule Showing the American Labor Market Studies of the Value of Life in Rank Order.

| Author | Year | Implicit Value of Life* |
|---|---|---|
| T. Kniesner & J. Leeth | 1991 | $600,000 |
| V.K. Smith & Carol Gilbert | 1984 | $700,000 |
| Thaler & Rosen | 1976 | $800,000 |
| Richard Arnould | 1983 | $900,000 |
| Alan Dillingham | 1985 | $900,000 |
| Richard Butler | 1983 | $1,100,000 |
| Charles Brown | 1980 | $1,500,000 |
| D. Gegax, Gerking & Schulze | 1991 | $1,600,000 |
| Moore & Viscusi | 1988 | $2,500,000 |
| Alan Dillingham | 1985 | $3,900,000 |
| Viscusi | 1978, 1979 | $4,100,000 |
| R.S. Smith | 1976 | $4,600,000 |
| Craig Olson | 1981 | $5,200,000 |
| Viscusi | 1981 | $6,500,000 |
| R.S. Smith | 1974 | $7,200,000 |
| Moore & Viscusi | 1988 | $7,300,000 |
| Viscusi & Moore | 1989 | $7,800,000 |
| H. Herzog & A. Schottman | 1987 | $9,100,000 |
| J.P. Leigh & R. Folsom | 1984 | $9,700,000 |
| J.P. Leigh & R. Folsom | 1984 | $10,300,000 |
| Leigh | 1987 | $10,400,000 |
| John Garen | 1988 | $13,500,000 |
| Moore & Viscusi | 1990 | $16,200,000 |
| | Average | $5,495,652 |

* In 1990 Dollars.

6

Table 3 : Schedule Showing the Moments of the Distribution of the Summary of the Labor Market Studies of the Value of Life.

| | |
|---|---:|
| Mean | $5,495,652 |
| Standard Error | $937,798 |
| Median | $4,600,000 |
| Standard Deviation | $4,497,522 |
| Range | $15,600,000 |
| Minimum | $600,000 |
| Maximum | $16,200,000 |
| Sum | $126,400,000 |
| Count | 23 |

Note: Calculated by Author.

Table 4 : Schedule Showing the Average Life Expectancy of the Average Labor Force.

| | |
|---|---:|
| Average Age of the Labor Force | 37.7 |
| Life Expectancy from Age 37 | 40.4 |
| Life Expectancy from Age 38 | 39.4 |
| Interpolated Life Expectancy from Age 37.7 | 39.7 |
| 1990 Mean American Labor Market Value of Life | $5,495,652 |
| 1990 per Annum American Labor Market Value of Life | $138,430 |

Note: Calculated by Author from Expectation of Life at Single Years of Age, by Race, and Sex: 1988.
U.S. Department of Health and Human Services; and via Telephone.

Table 5 : Schedule Showing the Present Value of Enjoyment of Life for Roger Owensby.

1990 American Labor Market Value of Life    $138,430

| Year | Present Value Enjoyment of Life | Prior Year CPI-U All Items (c) |
|---|---|---|
| 2000 (a) | $26,364 | 168.3 |
| 2001 | $184,290 | 174.0 |
| 2002 | $188,209 | 177.7 |
| 2003 | $192,022 | 181.3 |
| 2004 | $195,941 | 185.0 |
| 2005 | $191,162 | |
| 2006 | $186,499 | |
| 2007 | $181,951 | |
| 2008 | $177,513 | |
| 2009 | $173,183 | |
| 2010 | $168,959 | |
| 2011 | $164,838 | |
| 2012 | $160,818 | |
| 2013 | $156,895 | |
| 2014 | $153,069 | |
| 2015 | $149,335 | |
| 2016 | $145,693 | |
| 2017 | $142,139 | |
| 2018 | $138,673 | |
| 2019 | $135,290 | |
| 2020 | $131,991 | |
| 2021 | $128,771 | |
| 2022 | $125,631 | |
| 2023 | $122,566 | |
| 2024 | $119,577 | |
| 2025 | $116,660 | |
| 2026 | $113,815 | |
| 2027 | $111,039 | |
| 2028 | $108,331 | |
| 2029 | $105,689 | |
| 2030 | $103,111 | |
| 2031 | $100,596 | |
| 2032 | $98,142 | |
| 2033 | $95,749 | |
| 2034 | $93,413 | |
| 2035 | $91,135 | |
| 2036 | $88,912 | |
| 2037 | $86,744 | |
| 2038 | $84,628 | |
| 2039 | $82,564 | |
| 2040 | $80,550 | |
| 2041 | $78,585 | |
| 2042 (b) | $19,328 | |
| Totals | $5,500,370 | |

(a) 2000 base calculated by multiplying 1990 Annual Value of Life by 1999 CPI-U and dividing by 1990 CPI-U (130.7). All other years grown by prior year CPI-U until 2005 when figures are discounted at 2.5% real. 14.79% of 2000 remains.
(b) Roger Owensby's Life Expectancy is through 25.21% of 2042.
(c) Prior year CPI-U for each year is from October of each year.