UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - - -
ESTATE OF ROGER D. :
OWENSBY JR., et al., :
　　　　　　　　　　　　　　　　　:
　　　　　Plaintiffs, :
　　vs. 　　　　　　　　　　　　　: Case No. 01-CV-769
　　　　　　　　　　　　　　　　　: (Judge S. A. Spiegel)
CITY OF CINCINNATI, :
et al., :
　　　　　　　　　　　　　　　　　:
　　　　　Defendants. :
- - - - - - - - - - - - - - - - -

　　　　　Deposition of BRENDA OWENSBY, a witness herein, called by the defendants for cross-examination, pursuant to the Federal Rules of Civil Procedure, taken before me, Wendy Davies Welsh, a Registered Diplomate Reporter and Notary Public in and for the State of Ohio, at the offices of Helmer, Martins & Morgan Co. LPA, 1900 Fourth & Walnut Centre, 105 East Fourth Street, Cincinnati, Ohio, on Friday, November 21, 2003, at 9:11 a.m.

10:12:56

**ORIGINAL**

40

```
09:55:57   1  wasn't no kind of charges.  I mean, didn't nobody,
09:56:00   2  the law or nobody else got involved in that.
09:56:03   3       Q.   Did he get a GED at Southwestern?
09:56:06   4       A.   No.  He graduated, yes.
09:56:09   5       Q.   Somewhere in here I saw that he might have
09:56:13   6  gotten his high school diploma in Oklahoma.
09:56:19   7       A.   Yes, from the Cache County school
09:56:23   8  department.
09:56:23   9       Q.   So I'm confused.  When you say
09:56:26  10  Southwestern, is that in Oklahoma?
09:56:29  11       A.   Yes, that's in Oklahoma.
09:56:31  12       Q.   All right.  That explains it.
09:56:35  13            Then after he got his diploma at
09:56:37  14  Southwestern, Oklahoma --
09:56:40  15       A.   Right.
09:56:41  16       Q.   -- what did he do?
09:56:42  17       A.   Well, after that, we got transferred.  We
09:56:44  18  moved to Alabama.
09:56:47  19       Q.   Did he go with you?
09:56:48  20       A.   Yes.
09:56:50  21       Q.   Eventually he ended up in the Army; is
09:56:52  22  that right?
09:56:53  23       A.   Yes.
09:56:53  24       Q.   When was that?
```

41

| | | |
|---|---|---|
| 09:56:54 | 1 | A. Roger went into the Army in '93. |
| 09:57:04 | 2 | Q. What did he do after high school and |
| 09:57:05 | 3 | before he went into the Army? |
| 09:57:09 | 4 | A. He worked some part-time jobs. But by us |
| 09:57:12 | 5 | moving so much and the location sometimes where we |
| 09:57:17 | 6 | was at, sometimes we was in small little cities and |
| 09:57:22 | 7 | it was so hard to get jobs, so he really -- there's |
| 09:57:28 | 8 | a lot of times when he just stayed home. |
| 09:57:30 | 9 | Q. He graduated in high school what year? |
| 09:57:33 | 10 | A. '89. |
| 09:57:34 | 11 | Q. He went into the service in '91? |
| 09:57:37 | 12 | A. '93. |
| 09:57:38 | 13 | Q. '93. And between '89 and '93 did he have |
| 09:57:46 | 14 | a full-time job anywhere? |
| 09:57:49 | 15 | A. I think most of the time no, because it |
| 09:57:51 | 16 | was -- no. |
| 09:57:55 | 17 | Q. Then '93 he enlisted in the Army; is that |
| 09:57:58 | 18 | right? |
| 09:57:58 | 19 | A. Right. |
| 09:57:59 | 20 | Q. And he was in the Army from '93 until |
| 09:58:01 | 21 | when? |
| 09:58:04 | 22 | A. Until he came home in '98. |
| 09:58:10 | 23 | Q. And he was honorably discharged; is that |
| 09:58:13 | 24 | right? |

47

```
10:04:56   1        A.   No, I don't.
10:04:58   2        Q.   -- till today?  Earlier in one of my
10:05:09   3   questions you said that maybe a year before his
10:05:11   4   death he got into some kind of trouble?
10:05:14   5        A.   The only reason why I know that for a fact
10:05:18   6   is one night he was driving or he had a taillight or
10:05:23   7   something out, and it wasn't that far from where we
10:05:31   8   live at.  And the police brought Roger to the house
10:05:34   9   in the car, and they woke us up and they asked -- it
10:05:48  10   might have been longer than a year ago.  They asked
10:05:50  11   if --
10:05:52  12             Roger must have told the police that he
10:05:54  13   lived with us or whatever, and could they come in
10:05:57  14   and look through Roger's stuff.  They thought that
10:06:00  15   he had maybe had something, marijuana, something.
10:06:06  16   And I told them it wouldn't be a problem.
10:06:10  17             No, they asked could they bring a police
10:06:13  18   dog.  And I said I had no problem with that, you
10:06:16  19   know, because I know Roger did not have nothing in
10:06:18  20   our house like that.  So they came and they didn't
10:06:22  21   find anything.
10:06:26  22             So I know about that.  That's it.
10:06:28  23        Q.   At some point in time Roger enrolled at
10:06:40  24   school; is that right?
```

48

```
10:06:42   1         A.    Yes, Southwest.
10:06:47   2         Q.    Southern Ohio?
10:06:48   3         A.    Southern Ohio, yes.
10:06:51   4         Q.    Southern Ohio College?
10:06:52   5         A.    Yes.
10:06:53   6         Q.    And it looks like he attended one -- I
10:06:58   7   don't know if it was a semester or quarter.  Is that
10:07:00   8   right?
10:07:00   9         A.    Uh-huh.
10:07:01  10         Q.    Why did he drop out of Southern Ohio
10:07:05  11   College?
10:07:05  12         A.    I really didn't know that he had dropped
10:07:07  13   out until after his death and when they said that.
10:07:15  14   Because Roger had never even acknowledged that he
10:07:17  15   was having problems with his paperwork.  Because if
10:07:20  16   he would have came to me, we could have -- I could
10:07:24  17   have told him where to go, you know.  And I never
10:07:27  18   knew that he was having any problems.
10:07:29  19         Q.    It looks like he went to Southern during
10:07:40  20   the September '99 either semester or quarter.
10:07:43  21         A.    Right.
10:07:44  22         Q.    Then he dropped out.  So you didn't know
10:07:47  23   that until when, after his death?
10:07:49  24         A.    Right.  And then it came to be that
```

49

| | | |
|---|---|---|
| 10:07:52 | 1 | something about they never got his transcript or |
| 10:07:55 | 2 | something of his diploma. |
| 10:07:58 | 3 | Q.   From Oklahoma? |
| 10:08:00 | 4 | A.   Uh-huh. |
| 10:08:01 | 5 | Q.   And the material that has been supplied, |
| 10:08:05 | 6 | probably by you through your attorneys, indicates |
| 10:08:08 | 7 | that in that quarter he had a grade point average of |
| 10:08:13 | 8 | .167.  I guess, the way it sounds, you and Roger |
| 10:08:17 | 9 | didn't talk about his school? |
| 10:08:19 | 10 | A.   No, not a lot.  He just told me he was |
| 10:08:23 | 11 | going in for audio-video, you know. |
| 10:08:26 | 12 | Q.   Did he tell you that he was borrowing |
| 10:08:31 | 13 | money for school? |
| 10:08:34 | 14 | A.   Yeah.  I knew he said that he had signed |
| 10:08:37 | 15 | up for a grant or something. |
| 10:08:39 | 16 | Q.   A student loan? |
| 10:08:40 | 17 | A.   Yeah. |
| 10:08:42 | 18 | Q.   I would assume that there's nobody trying |
| 10:08:47 | 19 | to collect that money now since Roger's died? |
| 10:08:51 | 20 | A.   No, not yet, no. |
| 10:08:53 | 21 | Q.   So when Roger died, you assumed that he |
| 10:08:58 | 22 | was still going to Southern? |
| 10:09:00 | 23 | A.   Well, I knew he was -- how he said, he |
| 10:09:03 | 24 | said he was going -- I didn't know that he had just |

50

```
10:09:06   1   stopped altogether.  But I was just thinking -- you
10:09:09   2   know, how they have a break and then they go back?
10:09:11   3   That's what I thought it was.  Because he said --
10:09:14   4   because he was supposed to have started back right
10:09:17   5   after he got -- I think right before or right after
10:09:20   6   he got killed he was supposed to have started back.
10:09:24   7        Q.   Roger was what age when he died?
10:09:28   8        A.   29.
10:09:28   9        Q.   Just listening -- and you tell me again if
10:09:34  10   I'm wrong.  Listening, it sounds to me like Roger
10:09:39  11   would live at home when he may not have been
10:09:51  12   involved with, I think, ladies, as you said?
10:09:51  13        A.   Yeah.
10:09:51  14        Q.   But you really didn't talk much about his
10:09:51  15   personal business?
10:09:53  16             MR. MARTINS:  Objection.
10:09:54  17             You may answer.
10:09:56  18        A.   No.  None of this.  You know, I didn't
10:09:57  19   pry, because I realized -- I mean, he had already
10:10:02  20   went to the military, he's grown, so I just didn't
10:10:06  21   pry in his private life unless he, you know, had
10:10:10  22   something to say.
10:10:12  23        Q.   Roger didn't have any physical problems,
10:10:15  24   did he?
```

```
10:22:50   1        Q.    Was that through the Bureau of Support?
10:22:53   2        A.    Well, I know when he was in the military
10:22:55   3   he had -- he always had an allotment of whatever to
10:23:01   4   pay child support for Myiesha.  I know that.
10:23:05   5        Q.    Do you know if it was through the Bureau
10:23:07   6   of Support?
10:23:11   7        A.    I'm not for sure.  All I know, he gave --
10:23:17   8   I know it was money taken out.
10:23:19   9        Q.    Out of his check?
10:23:20  10        A.    Out of his check.
10:23:21  11        Q.    For Myiesha?
10:23:23  12        A.    For Myiesha, yes.
10:23:26  13        Q.    Do you know how much?
10:23:26  14        A.    No, I don't.
10:23:27  15        Q.    Do you know how much money he gave to
10:23:30  16   support Myiesha after he got out of the military in
10:23:33  17   '98?
10:23:35  18        A.    Well, whenever -- I can say whenever he
10:23:38  19   had a job or whatever.  I know if Myiesha mother
10:23:43  20   asked him and if he had the money, he give it to
10:23:47  21   them.
10:23:47  22        Q.    It sounds like you may not be familiar
10:23:50  23   with the Bureau of Support.
10:23:51  24        A.    I'm not.  All I'm thinking of, child
```

69

```
10:40:37   1        Q.   Did she ever say that she knew Roger went
10:40:40   2   by the nickname LA?
10:40:41   3        A.   I'm not for sure.  I'm not for sure.
10:40:44   4        Q.   Did you ever hear anyone else say during
10:40:46   5   the trial that they knew Roger by the name of LA?
10:40:53   6        A.   I'm not for sure.  I'm not for sure, but I
10:40:57   7   knew I didn't hear about it until after his death.
10:41:00   8   That's all I can go on.
10:41:02   9        Q.   You yourself had never heard him referred
10:41:04  10   to by that name?
10:41:05  11        A.   No.
10:41:05  12        Q.   But you don't know whether or not other
10:41:08  13   people might have known him by that name?
10:41:11  14        MR. MARTINS:  Objection.
10:41:11  15        A.   Right.  Right.
10:41:16  16        MR. HARDIN:  I don't believe I have any
10:41:18  17   other questions.
10:41:22  18        MR. FREUND:  We're done.
10:41:25  19        MR. MARTINS:  We want signature, the usual
10:41:28  20   arrangement.
10:44:38  21                              /s/ Brenda Owensby
10:44:38                                  BRENDA OWENSBY
10:44:38  22                                - - -
10:44:38  23        (Deposition concluded at 10:44 a.m.)
          24                                - - -
```