1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - -
ESTATE OF ROGER D.              :
OWENSBY JR., et al.,            :
                                :
        Plaintiffs,             :
   vs.                          :   Case No. 01-CV-769
                                :   (Judge S. A. Spiegel)
CITY OF CINCINNATI,             :
et al.,                         :
                                :
        Defendants.             :
- - - - - - - - - - - - - - -

        Deposition of ROGER OWENSBY SENIOR, a plaintiff herein, called by the defendants for cross-examination, pursuant to the Federal Rules of Civil Procedure, taken before me, Wendy Davies Welsh, a Registered Diplomate Reporter and Notary Public in and for the State of Ohio, at the offices of Helmer, Martins & Morgan Co. LPA, 1900 Fourth & Walnut Centre, 105 East Fourth Street, Cincinnati, Ohio, on Friday, November 21, 2003, at 10:44 a.m.

**ORIGINAL**

15

| | | | |
|---|---|---|---|
| 10:57:26 | 1 | A. | '97. |
| 10:57:28 | 2 | Q. | When was it that Roger moved out of the |
| 10:57:39 | 3 | home? | |
| 10:57:40 | 4 | A. | He never really moved out of the home. |
| 10:57:43 | 5 | Q. | All right. He went into the service; is |
| 10:57:47 | 6 | that right? | |
| 10:57:47 | 7 | A. | Correct. |
| 10:57:47 | 8 | Q. | And then he got out of the service in '98. |
| 10:57:52 | 9 | A. | Correct. |
| 10:57:52 | 10 | Q. | Is that right? |
| 10:57:53 | 11 | A. | Yes. |
| 10:57:53 | 12 | Q. | After he got out of the service in '98 -- |
| 10:57:58 | 13 | A. | Okay. |
| 10:57:58 | 14 | Q. | -- when was it that he moved out of the |
| 10:58:02 | 15 | home? | |
| 10:58:02 | 16 | A. | I'll say the first part of '99 he moved |
| 10:58:19 | 17 | out. | |
| 10:58:19 | 18 | Q. | Where did he go? |
| 10:58:19 | 19 | A. | First he went to English Woods here in |
| 10:58:24 | 20 | Cincinnati. Then he moved over to the area where he | |
| 10:58:29 | 21 | got killed at. He lived over there for a while. | |
| 10:58:33 | 22 | Q. | Where is that? I don't know where that |
| 10:58:35 | 23 | is. | |
| 10:58:35 | 24 | A. | That's -- what do they call that area? I |

16

| time | # | |
|---|---|---|
| 10:58:41 | 1 | just know Seymour Avenue.  Off of Seymour Avenue in |
| 10:58:45 | 2 | Cincinnati. |
| 10:58:45 | 3 | Q.    Did you ever go visit him off of Seymour |
| 10:58:49 | 4 | Avenue in Cincinnati? |
| 10:58:50 | 5 | A.    Yes. |
| 10:58:50 | 6 | Q.    Where was it? |
| 10:58:52 | 7 | A.    I forget the name of the apartments, |
| 10:58:55 | 8 | because it's like a project thing.  It's two |
| 10:58:59 | 9 | separate -- Golf Manor.  They got the -- Huntington |
| 10:59:05 | 10 | Meadows. |
| 10:59:05 | 11 | Q.    What was that? |
| 10:59:06 | 12 | A.    Huntington Meadows. |
| 10:59:06 | 13 | Q.    Huntington Meadows? |
| 10:59:06 | 14 | A.    Right.  Park that's over there. |
| 10:59:11 | 15 | Q.    So what was the circumstance or what were |
| 10:59:15 | 16 | the circumstances of Roger moving out of Montevista? |
| 10:59:22 | 17 | A.    Okay. At one point I had Roger, Shawn, |
| 10:59:33 | 18 | two nephews, grown, in my house.  I got tired of |
| 10:59:41 | 19 | going to work in the morning, they're in the bed, I |
| 10:59:46 | 20 | come home from work, they're in the bed.  So I gave |
| 10:59:52 | 21 | them an ultimatum about nine months after they all |
| 10:59:57 | 22 | were there.  I said you got three months:  one month |
| 11:00:01 | 23 | to find you a job, another month to save up enough |
| 11:00:06 | 24 | money, the third month you're gone. |

17

| | | |
|---|---|---|
| 11:00:07 | 1 | Q.   Did they strike out? |
| 11:00:09 | 2 | A.   No, they did it in better time.  In a |
| 11:00:13 | 3 | month and a half they all got together, got them an |
| 11:00:17 | 4 | apartment, they moved out. |
| 11:00:18 | 5 | Q.   Who were the two nephews? |
| 11:00:20 | 6 | A.   One we call Man.  That's by my wife's |
| 11:00:29 | 7 | oldest sister. |
| 11:00:30 | 8 | Q.   Man? |
| 11:00:31 | 9 | A.   We call him Man.  That's all I've ever |
| 11:00:34 | 10 | called him.  Douglas.  His nickname is Man.  His |
| 11:00:38 | 11 | name is Douglas Ray. |
| 11:00:40 | 12 | Q.   R-A-Y? |
| 11:00:42 | 13 | A.   Yes. |
| 11:00:42 | 14 | Q.   His nickname's Man? |
| 11:00:45 | 15 | A.   Right. |
| 11:00:45 | 16 | Q.   How old was he? |
| 11:00:46 | 17 | A.   Oh, let's see.  He's older than -- about |
| 11:00:52 | 18 | 31. |
| 11:00:52 | 19 | Q.   Okay. |
| 11:00:52 | 20 | A.   And then I forget the other one.  They |
| 11:01:04 | 21 | were all, you know, cousins, I mean, her sister's |
| 11:01:08 | 22 | boys.  They was all around the same age, in a row. |
| 11:01:11 | 23 | Q.   Can you remember the other fellow's name? |
| 11:01:13 | 24 | A.   Man -- I can't remember offhand. |

18

| | | | |
|---|---|---|---|
| 11:01:23 | 1 | Q. | Nickname? |
| 11:01:23 | 2 | A. | I called him Get Out. |
| 11:01:31 | 3 | Q. | Why did you call him Get Out? |
| 11:01:33 | 4 | A. | Because every time I come home I'd tell him to get out. Got to be a habit. I thought that was his name after a while. |
| 11:01:43 | 7 | Q. | Did Shawn and Junior get this apartment at -- where did you say it was? |
| 11:01:57 | 9 | A. | Which one? |
| 11:01:58 | 10 | Q. | The first one. |
| 11:02:00 | 11 | A. | In English Woods? |
| 11:02:01 | 12 | Q. | Yes. |
| 11:02:02 | 13 | A. | Yes, they were together. |
| 11:02:03 | 14 | Q. | Did Get Out and Man go with them? |
| 11:02:10 | 15 | A. | No. One went to New York and the other one went and stayed with a girlfriend. |
| 11:02:17 | 17 | Q. | When do you think that was? |
| 11:02:19 | 18 | A. | Sometime in '99. |
| 11:02:22 | 19 | Q. | When? Can you give me a better idea? |
| 11:02:25 | 20 | A. | Toward the end of '99. I would say October, November. |
| 11:02:33 | 22 | Q. | Where was Shawn working at the time? |
| 11:02:38 | 23 | A. | They were doing these temporary jobs, so they were all over the place. |

19

| time | # | |
|---|---|---|
| 11:02:46 | 1 | Q.   What temporary jobs did Shawn have? |
| 11:02:52 | 2 | A.   I know they had some construction.  As a |
| 11:03:00 | 3 | matter of fact, he got on with a union.  He was |
| 11:03:05 | 4 | making pretty good money. |
| 11:03:06 | 5 | Q.   Which union? |
| 11:03:07 | 6 | A.   I'm not quite sure.  Some labor union.  I |
| 11:03:11 | 7 | used to visit him when they was building up some of |
| 11:03:16 | 8 | these buildings downtown here.  And Roger, like I |
| 11:03:21 | 9 | said, those temp jobs and stuff like that. |
| 11:03:24 | 10 | Q.   Can you give me any jobs that Roger had |
| 11:03:27 | 11 | after he moved out in '99? |
| 11:03:29 | 12 | A.   I know the construction he had, like I |
| 11:03:33 | 13 | said.  Name of the company, I can't tell you.  I |
| 11:03:35 | 14 | know he worked at some kind of construction.  He |
| 11:03:37 | 15 | also worked at some factory.  And there was one out |
| 11:03:52 | 16 | in Springfield, because I used to take him out |
| 11:04:05 | 17 | there.  Some kind of warehouse.  Some kind of |
| 11:04:05 | 18 | warehouse.  All I did was drop him off out there, |
| 11:04:05 | 19 | so... |
| 11:04:05 | 20 | Q.   Actually, my question, I wanted to make it |
| 11:04:07 | 21 | more inclusive.  From the time that he came home in |
| 11:04:12 | 22 | '98 until the time he died, did he have any |
| 11:04:15 | 23 | full-time job that you can tell me about? |
| 11:04:17 | 24 | MR. MARTINS:  Objection. |

20

| | | |
|---|---|---|
| 11:04:19 | 1 | A. No. |
| 11:04:19 | 2 | Q. Did Shawn have any full-time job that you |
| 11:04:23 | 3 | can tell me about? |
| 11:04:24 | 4 | MR. MARTINS: Objection. |
| 11:04:25 | 5 | A. No. |
| 11:04:29 | 6 | Q. As far as Roger is concerned, you are the |
| 11:04:40 | 7 | administrator of the estate; is that right? |
| 11:04:41 | 8 | A. Correct. |
| 11:04:42 | 9 | Q. All right. And I assume that the estate |
| 11:04:44 | 10 | was opened so that this lawsuit could be prosecuted; |
| 11:04:49 | 11 | is that right? |
| 11:04:50 | 12 | MR. MARTINS: Objection. |
| 11:04:51 | 13 | A. Correct. |
| 11:04:51 | 14 | Q. I also assume that Roger Jr. probably |
| 11:04:55 | 15 | didn't have anything in the estate; is that right? |
| 11:04:58 | 16 | A. What you -- |
| 11:05:02 | 17 | Q. What I mean by that is there are no assets |
| 11:05:05 | 18 | of the estate itself? |
| 11:05:05 | 19 | A. No. |
| 11:05:07 | 20 | Q. All right. Let me just ask you this |
| 11:05:13 | 21 | question: When we got in this case, you answered |
| 11:05:16 | 22 | some questions that we asked and responded to some |
| 11:05:19 | 23 | documents that we asked. And what I did was I asked |
| 11:05:24 | 24 | for evidence of Roger's jobs and his tax returns. |

| | | |
|---|---|---|
| 11:05:30 | 1 | And there was a tax return, I think it was |
| 11:05:34 | 2 | a '97 return that was given to me by your counsel, |
| 11:05:38 | 3 | and also some W-2s from the Army.  Do you know any |
| 11:05:49 | 4 | one single W-2 or any tax returns that Roger may |
| 11:05:54 | 5 | have filed after '97? |
| 11:05:58 | 6 | A.   No. |
| 11:06:03 | 7 | Q.   How about W-2s?  Anything that you can |
| 11:06:07 | 8 | come up with?  I'm just trying to verify his |
| 11:06:10 | 9 | part-time jobs after '98. |
| 11:06:13 | 10 | A.   I know he received them, his W-2s. |
| 11:06:18 | 11 | Whether he filed them or not, I could not tell you. |
| 11:06:24 | 12 | Because they came to the house.  A couple times I |
| 11:06:26 | 13 | opened them.  I thought it was mine. |
| 11:06:28 | 14 | Q.   How much money did you have to give Roger |
| 11:06:41 | 15 | to support him after '98? |
| 11:06:44 | 16 | MR. MARTINS:  Objection. |
| 11:06:45 | 17 | You may answer. |
| 11:06:46 | 18 | A.   That varied.  For a while there when they |
| 11:06:50 | 19 | were -- I paid their rent for about four or five |
| 11:06:57 | 20 | months, maybe up to six months. |
| 11:06:59 | 21 | Q.   What was their rent?  How much? |
| 11:07:06 | 22 | A.   550. |
| 11:07:06 | 23 | Q.   A month? |
| 11:07:07 | 24 | A.   Yes. |

| | | |
|---|---|---|
| 11:07:08 | 1 | Q. Other than the rent that you just |
| 11:07:17 | 2 | mentioned to me, can you give me a reasonable |
| 11:07:20 | 3 | estimate? Did you have to give him spending money |
| 11:07:23 | 4 | and stuff like that? |
| 11:07:23 | 5 | A. Every once in a while I gave him some |
| 11:07:27 | 6 | money. |
| 11:07:27 | 7 | Q. If you were to estimate on a monthly |
| 11:07:29 | 8 | basis, other than the rent again, the monies that |
| 11:07:32 | 9 | you gave Roger, what would your estimate be? |
| 11:07:40 | 10 | A. What are you talking about, on a monthly |
| 11:07:42 | 11 | basis? |
| 11:07:42 | 12 | Q. Yeah. Monthly, weekly. I don't care what |
| 11:07:46 | 13 | you do, just so I get an idea. |
| 11:07:49 | 14 | MR. MARTINS: Objection. |
| 11:07:50 | 15 | You may answer if you can. |
| 11:07:51 | 16 | A. I would say about maybe 150, 200 a month. |
| 11:07:58 | 17 | Q. Did Roger have any money to support |
| 11:08:09 | 18 | Myiesha? |
| 11:08:09 | 19 | A. To the best of my knowledge, he paid what |
| 11:08:13 | 20 | he was supposed to have been paying. That's the |
| 11:08:15 | 21 | best I can tell you. |
| 11:08:16 | 22 | Q. Do you know if there was a support order? |
| 11:08:18 | 23 | A. I've never seen it, but when we were in |
| 11:08:24 | 24 | Germany he received a letter from the child support. |

23

| | | |
|---|---|---|
| 11:08:34 | 1 | And rather than them garnishing his check or taking |
| 11:08:38 | 2 | it out, he voluntarily went down and had it taken |
| 11:08:42 | 3 | out. |
| 11:08:42 | 4 | Q.    From the child support out of Hamilton |
| 11:08:44 | 5 | County? |
| 11:08:44 | 6 | A.    Yes.  Because we talked about it. |
| 11:08:50 | 7 | Q.    So then, at least to your knowledge, there |
| 11:08:54 | 8 | must have been a support order somewhere along the |
| 11:08:57 | 9 | line? |
| 11:08:57 | 10 | A.    No, I don't think it was a support order |
| 11:08:58 | 11 | ordered him to pay.  It was something to let him |
| 11:09:02 | 12 | know he needed to pay child support, but it wasn't |
| 11:09:06 | 13 | ordered. |
| 11:09:06 | 14 | Q.    We can check that out. |
| 11:09:07 | 15 | A.    To the best of my knowledge. |
| 11:09:09 | 16 | Q.    What was Roger's relationship with |
| 11:09:14 | 17 | Myiesha, in your opinion? |
| 11:09:16 | 18 | A.    Great.  They went places together, movies, |
| 11:09:23 | 19 | zoo.  He had birthday parties for her.  As much |
| 11:09:28 | 20 | time -- he spent a lot of time with her. |
| 11:09:30 | 21 | Q.    Did he? |
| 11:09:30 | 22 | A.    Yes. |
| 11:09:31 | 23 | Q.    Did he come over to your house -- excuse |
| 11:09:34 | 24 | me.  Did Myiesha come over to your house a lot? |

24

| | | |
|---|---|---|
| 11:09:37 | 1 | A. Yes. |
| 11:09:38 | 2 | Q. What was your relationship with Donna |
| 11:09:44 | 3 | Todd, the mother? |
| 11:09:44 | 4 | A. Excellent. Great. Talked daily. |
| 11:09:48 | 5 | Q. So that's always been good? |
| 11:09:52 | 6 | A. Yes. |
| 11:09:53 | 7 | Q. Did you end up having to support either |
| 11:09:58 | 8 | Myiesha or Donna Todd at all? |
| 11:10:00 | 9 | A. No. |
| 11:10:02 | 10 | Q. The answer's no? |
| 11:10:03 | 11 | A. "No." |
| 11:10:04 | 12 | Q. Donna's -- I'm going to ask her questions |
| 11:10:07 | 13 | later, but she supports herself? |
| 11:10:09 | 14 | A. Yes, to the best of my knowledge. |
| 11:10:12 | 15 | MR. HARDIN: Could we just take one quick |
| 11:10:15 | 16 | break, just one second? |
| 11:10:17 | 17 | MR. MARTINS: Sure. |
| 11:10:18 | 18 | Well, it's your deposition. |
| 11:10:22 | 19 | MR. FREUND: Want to talk for a second? |
| 11:10:24 | 20 | MR. HARDIN: Yes. |
| 11:10:25 | 21 | (Recess taken: 11:10 a.m. - 11:16 a.m.) |
| 11:16:27 | 22 | BY MR. FREUND: |
| 11:16:27 | 23 | Q. Before Junior left the military, did you |
| 11:16:40 | 24 | have any discussion with him about him leaving? |

25

11:16:43   1            MR. MARTINS:  Objection.
11:16:46   2       A.   No.
11:16:46   3       Q.   Did you recommend that he stay in the
11:16:48   4   military?
11:16:48   5       A.   We did talk about it before -- I was gone
11:16:54   6   already.
11:16:54   7       Q.   Right.  Did he want to stay in the
11:16:58   8   military, to your knowledge?
11:17:07   9       A.   When I last talked to him, he wanted to.
11:17:07  10       Q.   Do you know why he left the military?
11:17:07  11       A.   I think what he -- some of the things we
11:17:19  12   saw in Bosnia really upset him and he wanted out.
11:17:26  13   He said -- last I heard -- I know he had always
11:17:30  14   talked about some of the things we had seen when we
11:17:33  15   first went into Bosnia, and it upset him.  So that's
11:17:43  16   all I knew about that.
11:17:46  17            I'll tell you one.  We went into this
11:17:50  18   small town Christmas Day '95 and we was going to use
11:17:59  19   this farm as a command center.  And they sent us
11:18:03  20   over to check out the barn, and the whole family the
11:18:10  21   farm belonged to was hanging up in the rafters, even
11:18:12  22   from a little baby.  They had killed them.  And he
11:18:20  23   was there, he saw that, and that upset him.
11:18:24  24       Q.   Did you actually serve together?

26

| Time | # | |
|---|---|---|
| 11:18:28 | 1 | A. Not in the same unit, but we was in the |
| 11:18:31 | 2 | same battalion. |
| 11:18:34 | 3 | Q. So you would see each other frequently? |
| 11:18:36 | 4 | A. Yes. |
| 11:18:37 | 5 | Q. How would you describe your relationship |
| 11:18:44 | 6 | with Roger Jr. after he got out of the service? |
| 11:18:54 | 7 | A. We were close. We were doing things |
| 11:19:05 | 8 | together. We were just close. |
| 11:19:12 | 9 | Q. Tell me about some of the things that you |
| 11:19:14 | 10 | would do together. |
| 11:19:15 | 11 | A. I like to get my hands dirty. When I |
| 11:19:18 | 12 | needed help, like working on people's cars or my |
| 11:19:22 | 13 | cars, I called him. Or he's there, I'd say, Come |
| 11:19:27 | 14 | help me. He may not come when he first tell you |
| 11:19:31 | 15 | he's going to come, but he will come. |
| 11:19:32 | 16 | Q. I take it that he was not the most |
| 11:19:36 | 17 | dependable person as far as being timely? |
| 11:19:40 | 18 | MR. MARTINS: Objection. |
| 11:19:40 | 19 | You may answer. |
| 11:19:43 | 20 | A. I wouldn't put it just on him. He was |
| 11:19:48 | 21 | just an active young man. |
| 11:19:49 | 22 | Q. Did he have a lot of lady friends? |
| 11:19:55 | 23 | MR. MARTINS: Objection. |
| 11:19:57 | 24 | You may answer. |

27

```
11:19:58   1        A.   No more than normal.  He's a handsome
11:20:05   2   young man.
11:20:06   3        Q.   After he came back from the service, was
11:20:11   4   he changed, his personality?
11:20:15   5        A.   He was more -- life -- to me, life meant
11:20:29   6   more to him, it seemed to me.  He was taking things
11:20:33   7   a little bit more serious than he was before.
11:20:34   8   Because I had talked to him time and time again
11:20:43   9   about, you know, accomplishing something in his
11:20:46  10   life, and he finally put his finger down on what he
11:20:51  11   wanted to do, at least try to do.  I think he was
11:20:54  12   more serious once he came out.
11:20:56  13        Q.   Was he in school at the time that he died?
11:20:58  14        A.   He was -- I know he had attended --
11:21:05  15        Q.   Southern Ohio College?
11:21:07  16        A.   -- Southern Ohio, and he was planning on
11:21:09  17   going back.
11:21:10  18        Q.   Do you know why he wasn't in school at the
11:21:13  19   time that he died?
11:21:15  20        A.   Funds.  He had stopped to build up some
11:21:21  21   more funds.  Because he had to pay for this school.
11:21:27  22   I mean, I help out as much as I can, but I can't --
11:21:31  23   I mean, I'm not going to take away from my home
11:21:34  24   fully just to get him through school.
```

| Time | Line | |
|---|---|---|
| 11:21:36 | 1 | Q. He was borrowing money, wasn't he? |
| 11:21:40 | 2 | A. Borrowing? No. I gave it to him. |
| 11:21:42 | 3 | Q. No, I mean for school. |
| 11:21:44 | 4 | A. Oh, yeah. |
| 11:21:46 | 5 | Q. How many quarters or semesters did he go |
| 11:21:49 | 6 | to school? |
| 11:21:49 | 7 | A. I'm not quite sure on that. |
| 11:21:50 | 8 | Q. Did he quit school or did he fail or what |
| 11:21:53 | 9 | happened? |
| 11:21:53 | 10 | A. I'm not quite sure on that either. |
| 11:21:58 | 11 | Q. He was living at Huntington Meadows at the |
| 11:22:03 | 12 | time of his death? |
| 11:22:06 | 13 | A. No, he was back -- |
| 11:22:05 | 14 | MR. MARTINS: Objection. |
| 11:22:09 | 15 | Q. Go ahead. |
| 11:22:09 | 16 | A. He was back home. |
| 11:22:10 | 17 | Q. How much did he stay back home? |
| 11:22:14 | 18 | A. Well, all his personal stuff was there at |
| 11:22:17 | 19 | the house. He did go out, you know, with girls, |
| 11:22:22 | 20 | with girlfriends and stay with them days on end, but |
| 11:22:28 | 21 | he always came home. |
| 11:22:30 | 22 | Q. Did he have girlfriends who lived at |
| 11:22:33 | 23 | Huntington Meadows? |
| 11:22:33 | 24 | A. I'm not sure. |

62

```
12:10:21   1              MR. MARTINS:  This is to Myiesha?
12:10:24   2              MR. FREUND:  Yes.
12:10:25   3              MR. MARTINS:  Objection.  Speculation.
12:10:31   4         Answer if you can.
12:10:32   5         A.   I couldn't really say.  I never actually
12:10:41   6    counted.  I'd just give it to her.
12:10:44   7         Q.   Let me ask you the question this way:  Did
12:10:49   8    Roger support himself?
12:10:49   9         A.   Mostly, yes, I think so.
12:10:53   10        Q.   Did he support anybody else?
12:10:59   11        A.   Myiesha.
12:10:59   12        Q.   How?
12:11:03   13        A.   He had funds.  He worked at these
12:11:07   14   temporary jobs.  He would give her money, give her
12:11:11   15   mother money.
12:11:12   16        Q.   Cash?
12:11:14   17        A.   I think so.
12:11:14   18        Q.   Did he have a checking account?
12:11:18   19        A.   Not that I'm aware of.
12:11:19   20        Q.   Do you know of any evidence, other than --
12:11:28   21   we'll have to look if there's Bureau of Support
12:11:31   22   records.  Do you know of any evidence, documents or
12:11:37   23   written evidence that would prove that Roger Jr.
12:11:43   24   gave one penny to support Myiesha?
```

68

| | | |
|---|---|---|
| 12:20:24 | 1 | day I die. |
| 12:20:25 | 2 | Q. One other question. When you refer to the |
| 12:20:29 | 3 | prosecutor, are you talking about the County? |
| 12:20:31 | 4 | A. Mike Allen. |
| 12:20:33 | 5 | MR. FREUND: I don't have any other |
| 12:20:38 | 6 | questions. And thank you for sharing that with |
| 12:20:40 | 7 | me. |
| 12:20:40 | 8 | MR. MARTINS: Signature. |

_____
ROGER OWENSBY SENIOR

- - -

(Deposition concluded at 12:20 p.m.)

- - -