```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                    WESTERN DIVISION
```

ESTATE OF ROGER D. OWENSBY, : 
   JR., : NO. 1:01-CV-00769
        Plaintiff, :
         : **ORDER**
   v. :
         :
CITY OF CINCINNATI, <u>et</u> <u>al</u>., :
        Defendants.

On April 22, 2004, the Court vacated the scheduled trial date in the instant action (doc. 134), as it conflicted with the 2004 Sixth Circuit Judicial Conference. On April 29, 2004, the Court held a status conference in the instant case in which it discussed pending motions and issues and finalized preparations for trial.

In accordance with these discussions, the Court hereby SCHEDULES a final pretrial conference in the instant case for May 13, 2004 at 9:00 a.m. Trial of the instant case is hereby SCHEDULED to commence on June 14, 2004 at 9:30 a.m. All other provisions of the preliminary pretrial order not otherwise modified by subsequent scheduling orders remain in full force and effect.

     SO ORDERED.

Dated: April 30, 2004                <u>s/S. Arthur Spiegel</u>
                                             S. Arthur Spiegel
                                             United States Senior District Judge