**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**


ESTATE OF ROGER D. OWENSBY JR.


                vs.

                                        Case No. 1:01-cv-00769


CITY OF CINCINNATI, ET AL


## NOTICE OF JURY VOIR DIRE


        Take notice that the above-entitled case has been set for jury selection on Friday, June 11, 2004 at 9:30 a.m. in Courtroom #842 before Magistrate Judge Timothy S. Black.  Trial will begin on Monday, June 14, 2004 at 9:30 a.m. before Judge S. Arthur Spiegel.



                                **JAMES BONINI**
                                **Clerk, U.S. District Court**

May 11, 2004                    s/Arthur Hill
                                Arthur Hill
                                Deputy Clerk


cc:  Magistrate Judge Black
     Judge Spiegel
     All Counsel