ensby, et al. vs. City of Cincinnati, et al.

ber 21, 2003

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - -

ESTATE OF ROGER D.            :
OWENSBY JR., et al.,          :
                             :
        Plaintiffs,           :
   vs.                        :   Case No. 01-CV-769
                             :   (Judge S. A. Spiegel)
CITY OF CINCINNATI,           :
et al.,                       :
                             :
        Defendants.           :
- - - - - - - - - - - - - - -


        Videotaped deposition of DARREN VERESE

SELLERS, witness herein, called by the plaintiffs

for cross-examination, pursuant to the Federal Rules

of Civil Procedure, taken before me, Wendy Davies

Welsh, a Registered Diplomate Reporter and Notary

Public in and for the State of Ohio, at the offices

of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

Walnut Centre, 105 East Fourth Street, Cincinnati,

Ohio, on Tuesday, October 21, 2003, at 10:09 a.m.

Owensby, et al. vs. City of Cincinnati, et al.
October 21, 2003

---

Page 2

```
1  APPEARANCES:

2      On behalf of the Plaintiffs:

3          Paul B. Martins, Esq.
           Don Stiens, Esq.
4          Helmer, Martins & Morgan Co. LPA
           Suite 1900, Fourth & Walnut Centre
           105 East Fourth Street
5          Cincinnati, Ohio  45202
6          Phone:  (513) 421-2400

7          John J. Helbling, Esq.
           The Helbling Law Firm, L.L.C.
8          3672 Springdale Road
           Cincinnati, Ohio 45251
9          Phone:  (513) 923-9740

10     On behalf of the Defendants City of Golf Manor,
       Stephen Tilley, Roby Heiland and Chris
11     Campbell:

12         Lynne Marie Longtin, Esq.
           Rendigs, Fry, Kiely & Dennis
13         900 Fourth & Vine Tower
           One West Fourth Street
14         Cincinnati, Ohio  45202-3688
           Phone:  (513) 381-9200
15
       On behalf of Defendants City of Cincinnati,
16     Darren Sellers, Jason Hodge:

17
           Geri Hernandez Geiler, Esq.
18         Assistant City Solicitor
                and
19         Julie F. Bissinger, Esq.
           Chief Counsel
20         Department of Law
           Room 214, City Hall
21         801 Plum Street
           Cincinnati, Ohio 45202
22         Phone:  (513) 352-3346

23

24
```

---

Page 3

```
1  APPEARANCES (Continued):

2      On behalf of the Defendants Robert B. Jorg,
       Patrick Caton, Jason Hodge, Victor Spellen and
3      Darren Sellers:

4          Donald E. Hardin, Esq.
           Hardin, Lefton, Lazarus & Marks, LLC
5          915 Cincinnati Club Building
           30 Garfield Place
6          Cincinnati, Ohio 45202
           Phone:  (513) 721-7300
7
   Also present:
8
   Richard W. Grubb, Videographer
9
   Lisa Damstrom, Law Clerk
10 Helmer, Martins & Morgan Co., L.P.A.

11 Mr. Roger Owensby

12 Mrs. Brenda Owensby

13 Mr. Shawn Owensby

14

15              - - -

16

17

18

19

20

21

22

23

24
```

---

Page 4

```
1              S T I P U L A T I O N S

2      It is stipulated by and among counsel for the

3  respective parties that the deposition of DARREN

4  VERESE SELLERS, witness herein, called by the

5  plaintiffs for cross-examination, pursuant to the

6  Federal Rules of Civil Procedure, may be taken at

7  this time by the notary; that said deposition may be

8  reduced to writing in stenotype by the notary, whose

9  notes may then be transcribed out of the presence of

10 the witness; and that proof of the official

11 character and qualifications of the notary is

12 expressly waived.

13

14

15

16

17

18

19

20

21

22

23

24
```

---

Page 5

```
1              I N D E X

2      Examination by:          Page

3      Mr. Martins . . . . . . . .    6

4      Ms. Longtin . . . . . . .     78

5      Mr. Martins . . . . . . . .   80

6              - - -

7          E X H I B I T S

8  Deposition Exhibit 37 ...................    12
9  Deposition Exhibit 38 ...................    23
   Deposition Exhibit 39 ...................    25
10 Deposition Exhibits 40, 41 & 42 .........    41
   Deposition Exhibit 43 ...................    43
11 Deposition Exhibit 44 ...................    70
   Deposition Exhibit 45 ...................    73
12 Deposition Exhibit 46 ...................    74

13              - - -

14

15

16

17

18

19

20

21

22

23

24
```

Owensby, et al. vs. City of Cincinnati, et al.
October 21, 2003

DARREN VERESE SELLERS

## Page 30

1    A. Uh-huh.
2        Q. All right. While you were at the scene
3 did you make any -- well, did you have a cell phone?
4    A. No.
5        Q. Do you know if Officer Hasse had a cell
6 phone?
7    A. Don't know.
8        Q. Do you recall seeing any officers making
9 calls on cell phones?
10    A. I don't recall seeing anybody making any
11 calls.
12        Q. While you were at the scene do you recall
13 whether or not any lawyers showed up on the scene?
14    A. I wouldn't know if they were lawyers
15 unless they told me, sir.
16        Q. I take it one of the things that -- one of
17 the first things officers would do on a scene such
18 as this would be to secure the perimeter?
19    A. Usually.
20        Q. Put up tape?
21    A. Usually.
22        Q. Was that done here?
23    A. It was tape put up. I was -- had my hand
24 in putting up that tape also.

## Page 31

1        Q. And so once the tape is up, I take it no
2 one --
3    A. The scene is closed.
4        Q. -- no civilian should be allowed to cross
5 the tape?
6    A. No, they shouldn't.
7        Q. And in this case was that policy followed?
8    A. As far as I know it was.
9        Q. I want to now direct your attention back
10 to November 7th of 2000. If you look at Exhibit --
11 the sketch -- and I think that's 37.
12    A. Yes, sir.
13        Q. All right. We had talked through the
14 position of the cars that Officer Hunter, Officer
15 Jorg and Caton had responded with the NTA books or
16 in response to the NTA request.
17    A. Uh-huh.
18        Q. Would you, to the best of your
19 recollection now, recall what else happened while
20 the three cars were seated at that -- at that area
21 behind or in the drive-through area of the Sam's
22 Carry Out.
23    A. Like what, sir? Be -- can you be more
24 specific?

## Page 32

1        Q. Well, we're to the point where they
2 arrive.
3    A. Right.
4        Q. What happens next?
5    A. They both get out. Like I said, I never
6 really -- I didn't know who they were. My -- Hasse,
7 he told me what their names were and everything,
8 so...
9        Q. When you say they both get out, that would
10 be Jorg and Caton?
11    A. Jorg and Caton. And then Hunter arrives.
12        Q. Okay.
13    A. And they're outside, and they're telling
14 me about some guy named LA, which I have no
15 recollection who he is or anything like that, but...
16        Q. Who was telling you about LA or --
17    A. It was Jorg who started the conversation.
18        Q. And do you recall what he said?
19    A. First thing he said was that, "We're
20 looking for a guy named LA." I said, "Okay. What
21 for?" Well, they didn't really tell me what they
22 were actually looking for him for. It was in -- in
23 relation to an investigation for something.
24        After that --

## Page 33

1        Q. Let me stop you before you go on. Where
2 were you and where was Officer Jorg when he was
3 telling you this?
4    A. Okay. My back is turned -- my car is here
5 (indicating). So my back is actually to my car,
6 okay. So I'm looking --
7        Q. Across --
8    A. -- towards the -- towards the Sunoco,
9 okay. I'm in that direction looking towards the
10 Sunoco. Okay?
11        Q. So you're standing out by the, what, the
12 front driver's portion of the car?
13    A. I'm at the front of --
14        Q. Of your car?
15    A. -- my car. Right. I'm at the front of my
16 car.
17        Q. And you're looking down Seymour Avenue?
18    A. I'm -- right.
19        Q. Toward --
20    A. -- Langdon Farm.
21        Q. And --
22    A. That's Langdon Farm right there.
23        Q. And the Cincinnati Gardens?
24    A. Right. Right.

Owensby, et al. vs. City of Cincinnati, et al.
October 21, 2003

DARREN VERESE SELLERS

Page 34

1    Q. Okay.
2    A. Right. Jorg is -- has his back towards
3 the street. So I guess that's Seymour.
4    Q. Yes.
5    A. His back is towards the street here. All
6 right?
7    Q. Okay.
8    A. Hunter and Caton were both in this area
9 here. I don't know how they were turned or
10 anything, but my attention was brought to him,
11 because he's the one nearest me --
12    Q. Talking to you?
13    A. -- and he's the one doing all the talking.
14 Like I said, he started telling me about some guy
15 named LA, they were looking for him. And I kind of
16 like blew that off, because I don't know anybody
17 over there. I don't know who you're talking about,
18 so it's not a big concern to me.
19         That's when -- after they began talking
20 and saying -- after Jorg began talking and saying
21 stuff like -- all that stuff and everything, that's
22 when Hunter said to the effect, well, I think that's
23 him. That's him right there.
24    Q. Now, where was Hunter when he said that?

Page 35

1    A. Hunter was, like I said, he was in this
2 area over here. I don't know where -- which way he
3 was turned, but he was over in this area over here.
4 So then he said, "That's him right there." And I'm
5 like, okay. You know, it still --
6    Q. Right.
7    A. I mean, to me it -- it wasn't a big thing
8 to me at the time. I had to deal with what I had to
9 deal with right then and there. That's when Jorg
10 came out and said, "Well, he's got a lot of balls to
11 come out here and all these police officers and all
12 these cruisers out here."
13    Q. Did -- did you look over to whoever they
14 were referring to?
15    A. Well, as he was talking I could see like a
16 silhouette of a person. And you know, that's just
17 out of my peripheral vision.
18    Q. Wh--
19    A. Big deal.
20    Q. Where was the person?
21    A. The person I seen was walking down
22 Seymour, and he was about to cross the street coming
23 towards the Sunoco.
24    Q. So he was on the other side of the street?

Page 36

1    A. He was on the other side of the street.
2    Q. Was it -- was it light or dark or --
3    A. It was --
4    Q. -- or twighlight?
5    A. It was kind of -- it was kind of dark out
6 there. We had some -- it was a light in that
7 parking lot right there, right where we were
8 standing at. That's why I couldn't really -- I
9 couldn't make out what he even had on or anything or
10 if it was a he or a she. I just -- could see a body
11 or a person walking down the street.
12    Q. Okay. Please continue.
13    A. And that's when Hunter said, well "That's
14 him. Is that -- I think that's him. I think that's
15 him." And one of -- one of them said, "You sure?"
16 He's like, "I think so." So we began talking some
17 more. And then that's when Jorg said, "Well, we're
18 going to go over here and investigate and see who
19 this guy is."
20         Jorg, Caton, and Hunter, all three, walked
21 down Seymour towards the Sunoco. I went and got
22 back in the car with my partner. And the prisoner
23 we had in there, he wanted to tell where he had
24 gotten the marijuana from. That's why we had the

Page 37

1 under-- the plainclothes car come up there. And
2 they met us -- they -- they were at -- on station
3 at, I guess it was --
4    Q. Roselawn?
5    A. -- Roselawn Park. They were sitting there
6 waiting on us. Well, then the -- in between that
7 time, that's when the radio, we heard a whole bunch
8 of like -- it wasn't screaming, but it was a lot of
9 static and a lot -- you could hear a person on there
10 like they were struggling or something, on the
11 radio. And that's when the officer needs assistance
12 came out. I turned and looked at Hasse Hasse
13 said, "That's them, go get them, go help them." So
14 I -- I sprinted from over here all the way down
15 towards the Sunoco to where I seen those -- those
16 guys at.
17    Q. Can you draw an arrow indicating the path
18 that you took from your car to the area where you
19 saw everyone.
20    A. Okay.
21    Q. Okay. Thank you.
22    A. Uh-huh.
23    Q. Let me ask you a few things. Had -- do
24 you know whether or not Officer Caton talked to your

## A F F I D A V I T

- - -

STATE   OF   OHIO       :
                        :    SS
COUNTY OF HAMILTON      :


    I, Wendy L. Welsh, Notary Public in and for the

State of Ohio, do hereby state that the transcript of the

deposition of DARREN VERESE SELLERS, deponent herein,

having been submitted to said deponent for review and

signature, has not been signed within the thirty (30) day

period allowed under the Federal Rules; said deposition to

now have the same force and effect as though signed.


                            _____

                            Wendy L. Welsh, Court Reporter


Sworn to before me this _8th_ day of _December_, 2003.


                            _____

                            Thomas M. Blasing
                            Notary Public - State of Ohio

                            My commission expires:
                            May 4, 2004.