


# CARL L. PARROTT, JR., M.D.
## HAMILTON COUNTY CORONER
The Frank P. Cleveland, M.D. Institute of Forensic Medicine, Toxicology and Criminalistics
3159 Eden Avenue, Cincinnati, Ohio 45219-2299   Main Office: 513-221-4524
Fax: 513-221-0307   Crime Laboratory: 513-221-4528   Morgue: 513-221-4529

## OFFICIAL CRIME LABORATORY REPORT

TO: Police Officer Vogel
     CPD, Crime Bureau

C.L. FILE # 9424-00-D-S-T
DATE  November 8, 2000
SUBJECT  OWENSBY, ROGER
CTL/SS#

**EXAMINATION REQUESTED BY:**
     Same

**TYPE OF EXAMINATION REQUESTED:**
     Drug Identification

The following is a report of the Crime Laboratory giving the results of examinations conducted on specimens received from your office. This examination has been made with the understanding that the specimen is connected with an official investigation of a criminal matter and the laboratory report will be used for official purposes only, related to the investigation or a subsequent criminal prosecution. Authorization cannot be granted for the use of this report in connection with a civil proceeding.

**SPECIMENS:**

Q-1 --- off-white solid material which was weighed and analyzed
     Q-1 was contained in a manila envelope.

Q-2 --- off-white solid material which was weighed and analyzed
     Q-2 was contained in a plastic bag.

Q-3 --- plant material which was weighed and analyzed
     Q-3 was contained in a plastic bag.
          Q-2 and Q-3 were both contained in one plastic bag.

From observations made and results of tests performed by me on the aforesaid items, the following statement of findings is made:

| EXHIBIT | WEIGHT | SUBSTANCES IDENTIFIED | SCHEDULE | NUMBER OF UNIT DOSES |
|---|---|---|---|---|
| Q-1 | 11 milligrams | negative for cocaine | - | - |
| Q-2 | 5.73 grams | cocaine | II | - |
| Q-3 | 26.89 grams | marihuana | I | - |

Q-2 is identified as "crack" under section 2925.01 (GG) of the Ohio Revised Code.

Brian D. Scowden, Drug Analyst

BDS:scd
November 16, 2000

**TO THE ACCUSED:**
     You have a right to demand the testimony of the person making this report; except when the report is used as part of the preliminary hearing or the Grand Jury proceeding, upon giving notice prior to the trial to the Prosecuting Attorney in accordance with the Rules of Criminal Procedure.

C000172