# INVESTIGATIVE LOG
## CASE #00-OD-91



Continuity of drugs recovered from decedent, Roger Owensby (Deceased)

11/7/00...2041 hours,    Victim transported to University Hospital by Rescue 46 from 2098 Seymour Avenue. In transport subject was being intubated.

Recovered plastic baggie of marijuana, crack cocaine and a cigar dropped out of the victim's pants while in the emergency room. Nurse Sue Flottemesch recovered the drugs and gave it to Detective Mary Turner of Personal Crimes Unit. Detective Turner gave property to Police Officer Cynthia Alexander, Unit 4255, who transported the property to CIS and released same to PO Randolph. PO Randolph released the property to Criminalist Barry Vogel for processing and transport to the Cincinnati Police
Property Room.

At the time of arrest the decedent wore a black "Phat" farm T-shirt, white T-shirt under a white sports jersey with gold lettering. (Cincinnati Fire Department personnel cut the aforementioned clothing off the decedent at 2098 Seymour Avenue). Clothing recovered from the decedent at University Hospital were two white two tube socks, black jeans, red boxer shorts and one pair of "Timberland" ankle high boots.

RBH/CLB

CC00140