## 00 PI 04

## POLICE INTERVENTION OF ROGER OWENSBY, JR.

## STATEMENT OF

## SUE FLOTTEMESCH, R.N.

Code to persons speaking in statement:

Q:    Detective James Engelhardt
      Homicide Unit
      Cincinnati Police Division
      824 Broadway Street

QQ:   Detective James Zieverink
      Homicide Unit
      Cincinnati Police Division
      824 Broadway Street

A:    Sue Flottemesch, R.N.
      Emergency Room
      University Hospital

(Note:  Inaudible portions of statement indicated by dashes)

Q:    Today's date is November the 29th, the year 2000.  The time is approximately 1520 hours.  This is Detective Jim Engelhardt and Detective Jim Zieverink, both of the Cincinnati Police Homicide Unit.  This statement and interview is being taken in reference to case number 00 PI 4, the death in custody of Roger D. Owensby.  Uh, that incident occurred on November the 7th of this year at approximately 1945 hours at 2098 Seymour Avenue.  This interview is being taken from, first of all this interview is being taken at University Hospital Emergency Room, um in a small ah viewing area off the Emergency Room.  This interview is being taken from Sue Flottenmesch.

A:    Flottemesch.

Q:    Flottemesch.  And that spelling is F-L-O-T-T-E-M-E-S-C-H.  Is that correct?

A:    Correct.

Q:    Okay, and she is a emergency room uh R.N., and on the 7th of this month was a, was working uh 11 a.m. to uh 11 p.m.  Is that correct?

A:    That's correct.

Q:    Okay.  Uh Sue, now what we're uh, just basically uh, you remember the incident where the uh individual Mr. Owensby was brought into the E.R.  Is that correct?

A:    Yes, I do.

Q:    Okay.  Uh, just basically in your own words tell us um what happened and how you became involved with some property that was uh removed from his person.

A:    Uh, the patient was brought into the Emergency Department, he was in cardiac arrest at that time.  Um, at that time we basically continued the resuscitation.  Um, I was part of taking his clothes off and, during the resuscitation, and emptying his pocket during that time.

Q:    Now is that standard procedure that yous do?

A:    Yes it is.

Q:    Okay.  Um, and when you went through his uh belongings, tell me about that.  You went through his pants pockets.  Is that correct?

A:    We went through his pants pockets.  Um, I remember he had money with him and I had an empty bag, empty plastic baggie, a baggie that appeared to have marijuana in it, and a baggie that had some white substance in it.

Q:    Okay now the white substance, was that in a separate bag?

A:    Yes it was.

2

2118

Q:     Okay, was there, how many of those were there?

A:     I believe there was two of them.

Q:     Two smaller baggies?

A:     Two smaller baggies.

Q:     Okay.  Now were they inside the big baggie?  Do you remember?

A:     No, they were not.

Q:     Okay.  They were separate from that.

A:     Yes.

Q:     Were they inside the baggie with the marijuana?

A:     No.

Q:     Okay.  So they were separate from that?

A:     Yes.

Q:     Okay.  Now, and I know this has been awhile ago and things were crazy that night here.  Do you remember which pants pocket you took those from?

A:     I believe I took them from, it would be his right.  I don't remember if it was front or back, but it was on his right side.

Q:     Okay.  And he was not wearing his pants at the time?  Do you remember is he was still wearing the pants when you recovered this property or had they been removed from him?

A:     We had cut them off.

Q:     Okay.  Um now what, once you found this uh these items, what did you do with them?

2119

A:     I took the items then I put them on top of, we have a gray writing cabinet that we do our notes on.  I put them on top of the cabinet.

Q:     Okay, and uh besides the items that you described, was there anything else that was on that

A:     Um, I

Q:     cabinet?

A:     On the cabinet?

Q:     I mean anything else from him.

A:     Not that I recall.

Q:     Okay.  Um and then after you put those on this, this cabinet, uh did those ever leave your view?

A:     At that point when we leave it on the cabinet we either call our security to come and lock things like that up or we um leave it there until we can lock valuables up with registration so they set on the cabinet until somebody came to recover those.

Q:     Okay, and do you remember who recovered them?

A:     Um, I believe three officers from the Cincinnati Police came in and they were going to take the, those things that I found.

Q:     Okay, who did you first point those out to?  Was it a uniformed officer or a

A:     It was a uniformed officer, yes.

Q:     a male or female?

A:     Male.

Q:     Male uniformed.  White or black?

A:     Black.

4

2120

Q:    Okay, you don't by any chance remember the name do you?

A:    No, I don't.

Q:    Okay. So it was a black male officer that you pointed those out to

A:    Correct

Q:    and in uniform.

A:    Correct

Q:    And did that officer touch those items at any time do you remember?

A:    I don't remember.

Q:    Okay. Um, do you remember whoever anybody else you talked to about those

items?

A:    Um, there was a lady. She was in plain clothes. And then there was another man

with her and I don't remember a good description of him.

Q:    Okay. Was he white or black?

A:    Um, I want to say white but I'm

Q:    uniformed or plain clothes?

A:    not sure. Plain clothes.

Q:    Okay. When I say plain clothes, suit and tie or old clothes? Like an undercover

officer.

A:    It was more like an undercover from what I remember.

Q:    Okay. If I, if I said a name would you remember it?

A:    No.

Q:    Okay. Um, but the, the female and the male then took possession of these items

as best as you can remember?

5

2121

A:     As best as I can remember.

Q:     And do you remember what happened to them after that?  If you remember.

A:     No.

Q:     Okay.  So just, just in review, you re, you find these items in his pants pocket

A:     Correct

Q:     after his pants have been cut off?

A:     Correct

Q:     You take those items, you place them on a cabinet

A:     Correct

Q:     and uh, did you call the, who did you call those items a, attention to those items?
The, the Cincinnati officers?  Were they here?

A:     They came at some point after the patient was pronounced um.  Usually we call
our security and we leave them out until our security can get there but I believe the
Cincinnati Police got there before our security had a chance to do that.

Q:     Okay.  Was Mr. Owensby already pronounced by the time the uh, the Cincinnati
officers got here?

A:     Yes he was.

Q:     Okay.  Um, and then those items, uh the plain clothes officer, a male white, took
possession of those?

A:     I can't say I remember who, who exactly picked them up

Q:     But one of those?

A:     because I was busy

Q:     Sure

6

A:    taking care of the patient and getting -----

Q:    But nobody else from the hospital touched those or handled those?

A:    No they didn't.

Q:    Okay. When you put them on there, that's where they remained until the police took custody?

A:    Correct

Q:    Okay. Um, do you have anything?

QQ:   How long from the time that you placed them on the cabinet until the uh, the officers came in and took possession?

Q:    Just roughly.

A:    Roughly, I would say between maybe fifteen and twenty minutes.

QQ:   Okay.

Q:    Anything else? Okay, Sue that's pretty much the uh, what we're going to conclude with this statement. Is there anything that we didn't ask you about that night or those items that you think might be important that we didn't cover?

A:    Not that I can think of.

Q:    Okay. That being the case, that's going to conclude the interview uh and the time now is approximately 1525 hours.

Transcribed by:    Nancy Toepfert
                   Youth Services Section
                   Cincinnati Police Division
                   November 29, 2000

7