**00 PI 04**

**POLICE INTERVENTION OF ROGER OWENSBY, JR.**

**STATEMENT OF**

**PARAMEDIC, CRAIG COBURN**

Code to persons speaking in statement:

Q:   Detective David Feldhaus
     Homicide Unit
     Cincinnati Police Division
     824 Broadway Street

QQ:  Detective James Zieverink
     Homicide Unit
     Cincinnati Police Division
     824 Broadway Street

A:   Paramedic Craig Coburn,
     Engine Company Two, Rescue 46
     Cincinnati Fire Division

(Note: Inaudible portions of statement indicated by dashes)

Q:   Okay. Today's date is uh November 14th, the year 2000. The time now is approximately uh 1625 hours. This is Detectives Dave Feldhaus and Jim Zieverink of the Cincinnati Police Homicide Unit. We're interviewing a Craig Coburn, C-O-B-U-R-N, at the uh Sycamore Township Fire Department. Uh Craig Coburn is being interviewed in reference to the death of a Roger Owensby, which occurred on November 7th, 2000 at 2098 Seymour Avenue. This was a police intervention, homicide number 00 PI 04. Uh Mr. Coburn was on that night working with the City of Cincinnati. He was a paramedic on Rescue 46. Is that correct?

A:   Yes sir.

Q: Okay. Craig what I'd like for you to do is I understand uh along with uh Engine Company Number Eight and Engine Company Number Two, Rescue 46, which you were assigned was uh called out to assist at that scene. Is that correct?

A: Yes sir.

Q: And you were uh assigned to Rescue 46 that night.

A: Yes sir.

Q: Okay. If you would, as soon as you got the call, can you tell us what you did, what you heard when you arrived there at the scene?

A: Sure. Uh we were dispatched. Uhm while we were sitting around we heard Engine Eight go for uh an injury. And then they called for a rescue unit uh because when they arrived uh, the uh person was ---- under CPR. So they dispatched a rescue. We went up. And when we got there uh Engine Eight and Engine Two were on the scene. Uh we walked up to the scene. And uh the paramedic that I mentioned to was uh intubating the person or the individual. And.

Q: Do you know who this paramedic was?

A: Uh it was Ron Killion,

Q: Ron.

A: that I mentioned to.

Q: Ron Killion.

A: Yes. He's the driver.

Q: Okay.

A: And uh Greg Pheila from Engine Eight was uh starting the IV. And they had him hooked up to the cardiac monitor which uh showed a systoli. Uh they got the IV. We uh gave the uh epinephrine drug, uh atropine drug. Uh the intubation was succe-, successful. Uhm and

then we checked. I remember we checked the heart monitor again and it showed what they called PEA. It's a, or it's a rhythm of no mechanical. Uh so we started giving uh uh ACLS drugs for that. Uhm noticed he went into another rhythm. We shocked him. Uhm give him a couple more drugs. Loaded him up in the ambulance. Uh got him back in the ambulance. Uhm gave him a couple more drugs. Gave him uh, gave him Narcan. That's a drug that uhm we gave. Well we gave all our regular ALS drugs, and then we gave him Narcan just in case that didn't, kinda, kinda overdose or something like that, to help bring him out. Uh did CPR the whole way. Uh noticed I mean, uh he had vomited. Uhm noticed uh he had like like a, like ---- and road rash, or uh some little, little cut on his forehead. Uh and then uh once we got him to the hospital, uh turned him over to the doctors. Uhm they worked on him for probably twenty, twenty-five minutes I guess. No results. Uh I stayed in the room and filled out the report after they pronounced him dead, and talked with the doctors and stuff. And there was another uh uh policeman from homicide that came in. And uh he entered, going through his clothes and taking his clothes off, and all that kind of stuff.

Q:    Okay. At any time did uh, did you have to clear anything out of his uh

A:    No sir.

Q:    air way?

A:    No sir.

Q:    Okay. But uh someone was already working as far as intubation?

A:    Yes sir. The, the air way was already taken care of by anot-, uh another uh person on the fire company. Uh ---.

Q:    Was there anything mentioned of any thing as far as

A:    Uh no sir. Noth-.

Q:    a clogged passage way, air way? Do you remember?

3

A:      Nothing that I ever heard of or saw of a clogged passage, passage way. Uh like I said uh, we uhm myself and other firefighters uh did notice the uh, the white stuff uhm in his vomit. I don't know if it was food

Q:      Right.

A:      or what it could of been. But uh, but oth-, other than that.

Q:      Okay. When you arrived there, did you ask the police what happened or any thing?

A:      Uh yeah. Well after we were working on him for while and uh we were, we're just kinda ---- the scene. We're trying to get our stories squared away to where you know we know where you know, why this guy might be in cardiac arrest, where we can gear our efforts toward uh you know, figuring out there's different things you can try for different causes like cardiac arrest. Uhm and uh one of the, I don't even know who the police officer was, he said that uh they had they arr-, got in a, a, a uh. He didn't say scuffle or anything. But they had, said they'd arrested him and was fighting with 'um when they arrested him, and they pepper sprayed him. He said once they got him pepper sprayed they handcuffed him and put him in the back of the cruiser, and then that's when they noticed that he was unconscious and pulled him out. And uh they started CPR right away once they realized uh I guess, that he wasn't breathing you know.

Q:      So they didn't give you any real good reason why he was unconscious

A:      No. They said that uh.

Q:      except that they pepper sprayed him ---?

A:      Said that uh they uh had to I guess forcefully arrest him. Uh I mean, it sounded like that he's a little trouble or putting up a fight or something like tha-. Uh said that they did pepper spray him. And after they pepper sprayed him, uhm I guess they were able to get him handcuffed and put him in the back of the uh cruiser.

4

2128

Q:   Okay.

QQ:  Do you remember which officer it was that gave you that?

A:   I don't.

QQ:  Was he white or black?

A:   He was white. Uhm but I, I don't know any. I mean, I know some policemen, but I don't know uh. I know 'em by face. I really don't know 'em by name.

QQ:  Is he tall, short,

A:   I ----.

QQ:  glasses, no glasses?

A:   I don't. I don't really remember.

Q:   Okay. Anything else you can remember happened there that we haven't covered yet?

A:   Uhm.

QQ:  You said you know him by face. Right?

A:   No. I know. Not, not this particular officer. I'm saying I, I know off-, officers by face.

QQ:  Others, but not him?

A:   Yeah.

QQ:  Okay.

A:   I, I've never. I don't think I'd ever made a run with him before or been involved even with him before. Uh I re- uh. You know, it was just uhm. To us I mean, it was pretty much a uhm a cardiac arrest. He didn't show any, any signs of uhm any type of like uh neck injury, uh you know like spinal. I mean obviously you can't tell without x-rays and stuff. But you know it wasn't uh you know no. You know no swelling of his neck, no you know. I didn't notice any uh notice any, any bruises or any thing on any part or other part of his body other

than I said he had uh look like he maybe a, little road rash or a little cherry on. on uh on his forehead you know. And uh that's really all I remember.

Q: Okay ---.

A: But uhm I tried to document my run report as good, you know as good as I could cause I ---.

Q: Okay.

QQ: And that was actually your report that was ----.

A: Yes.

QQ: You filled that out?

A: Yes I, I, I wrote that. Well the, the lieutenant uhm from Engine Eight filled his, filled out the top half. It's written with red and blue. Uh he filled the, the top half in the red. Uh and then uh I filled out the bottom half in the blue. Uh but it, it's all my handwriting because the original report that he started uh got blood on it, uhm I guess from the IV or, or whatever. And so I had to rewrite it. But I wrote word for word what he wrote in the top part, and then I uh threw the other report away, and finished out my report.

QQ: Are there any other reports besides Eng-, or ambulance 46? Does Engine Two or Eight fill out reports when they respond on something?

A: Yes. Uh the way. The way.

QQ: Separate reports?.

A: Uhm well the way it happens is uh they, we had the EMS report that goes on every EMS run. Uhm the, the company officer always fills out the top part cause they're always there before like the rescue or the ambulance. Uhm then what we do, we fill out what we call a uhm it's a CFAR report. It's a Cincinnati Fire Airway Record. Uhm it's what you do when you intubate somebody. It, it's for the hospital to review so they can see uhm you know, how

easy the intubation was, are there any problems, how many times it took and all that stuff. And they also fill out what they call a post cardiac arrest form. Uhm just goes over uhm you know, difficulties you had in the arrest. Uhm, any uh outstanding circumstances like you know somebody's in a car and they're dead and you're trying to work on 'em or you know whatever, uh maybe. I didn't write that. My partner uh Greg Presuteo, uhm he's on Rescue 46 with me also. He wrote uh those reports up.

QQ: Okay. So the CFAR and the post cardiac reports are,

A: Those are.

QQ: they are filled out by

A: Yeah. And those

QQ: the rescues?

A: Yeah. And those uhm they go to the uh, the medical director of the fire department. And it's just a review basically of the paramedic performance on the run.

Q: Do you have a number or anything on that medical director?

A: No I don't.

Q: -----?

A: I don't. Uh.

Q: Do you know where I can locate him?

A: I would, I would uh say if you uh talk to uh Greg Presuteo from uh Rescue 46 he would know or have, or know where to get a hold of uh those at.

Q: How do you spell Presuteo?

A: Uh P-R-E-S-U-T-E-O.

Q: Okay. All right this'll uh conclude the interview with Craig Coburn.

Transcribed by:   Joyce Freeman
C.I.S., Cincinnati Police Division
November 20, 2000

Doc. 304-2000ParamedicCoburn-Feldhaus-Zieverink