**CINCINNATI POLICE DIVISION - COURT PROPERTY**

**00021013**

CC# / CVC LAB: 00 9502    1 of 3

## CINCINNATI POLICE DIVISION
## PROPERTY ENVELOPE

District/Unit: CIS    Date: 11/8/00

Court ☒    Confiscated ☐    Found ☐    Personal ☐

Arrested: ROGER OWENSBY    RCIC Ctl. #: 1743019

Sex: M    Race: [illegible]    DOB: 3/27/71    SS #: 574769267

Charges: DEATH IN POLICE CUSTODY

Arrested: _____    RCIC Ctl. #: _____

Sex: ___ Race: ___ DOB: ___ SS #: ___

Charges: _____

[marginal note: Opened 2/25/01 by Lawson / Destroy 10th Floor]

Complainant: _____

Place of Occurrence: _____

Currency: $100 ___ $50 ___ $20 ___ $10 ___ $5 ___ $1 ___ Change ___
Total: _____

Property/Description: 1-EMPTY BAGGIE, 1-BAGGIE CONTAINING MARAJUANNA, 28 SMALL BAGGIES OF CRACK COCAINE, 1-CIGAR

Weight of Drugs: 48.7 GRMS
Total Sealed Pkg. Wgt.: 58.4 GRMS
Weighing/Sealing Officer: B. VOGEL
Badge #: 605    Date: 11/8/00

Officer: B. Vogel    Badge #: 605
[signature] Lawson    Badge #: GR003

