

**DETECTO PRINT**

www.detectoprint.com

7435 E. Donna Dr.
Marblehead, Ohio 43440
(419) 734-5777
john@detectoprint.com

February 27, 2004

Geri Hernandez Geiler
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202

Dear Geri Hernandez Geiler,

This is the report of the examination of the plastic bags in the Roger Owensby case. On February 25, 2004, Sonya Walker met me at the Cincinnati hotel; we then left for the Cincinnati Police property room, and arrived at 5:30 P.M. We waited until the opposing council arrived with his fingerprint examiner. We all went to the 6th floor of the property room. The property clerk then gave us a sealed brown envelope. The opposing fingerprint examiner showed me a photo of the four bags that they wanted to process for latent fingerprints. The seal on the envelope was then opened, and in the envelope was a folded, empty plastic baggie and a taped shut plastic bag, which was then opened. In the taped shut bag were three (3) additional plastic bags plus a cigar. The first bag was knotted and contained green vegetable matter. The second bag, also knotted, contained several small chunks of an off-white substance. The third bag, also knotted, contained one slightly larger chunk of an off-white substance. The loose bag and the three (3) knotted bags were then fumed with Cyanoacrylate vapors (Super glue fumed). After the fuming process, the three (3) knotted bags were then opened and re-fumed. After which, all four (4) bags were given a visual exam by myself and Mike Sinke (opposing fingerprint examiner). We found faint ridge detail on one bag, but the detail was insufficient for comparison purposes. The bags were then processed with black magnetic fingerprint powder. The exam failed to reveal any latent prints for comparison purposes. Mike Sinke then re-processed several bags with his white magnetic fingerprint powder, with negative results.

The individuals present for the examination and processing were: Mike Sinke, Paul Martins, Sonya Walker, Rudy Gruenke, James Lawson, Don Hardin, and myself, John Olenik. The examination was completed at approximately 7:45 P.M. The evidence was returned to the property clerk.

*John H Olenik*

John H. Olenik
Fingerprint Examiner