IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF ROGER D. OWENSBY, JR., | : | |
| | : | |
| Plaintiff(s) | : | |
| | : | Case Number: 1:01cv769 |
| vs. | : | |
| | : | Senior District Judge S. Arthur Spiegel |
| CITY OF CINCINNATI, et al, | : | |
| | : | |
| Defendant(s) | : | |

NOTICE OF MANUAL FILING

The following depositions have been manually filed with this Office:

| Deponent | Deposition Date | Deposing Counsel |
|---|---|---|
| Robert B. Jorg | 10/14/03 | Plaintiff |
| Victor N. Spellen | 10/15/03 | Plaintiff |
| Patrick Caton | 10/17/03 | Plaintiff |
| Darren Sellers | 10/21/03 | Plaintiff |
| Brian Brazile | 11/06/03 | Plaintiff |
| David Hunter | 11/06/03 | Plaintiff |
| David Hunter | 12/04/03 | Plaintiff |
| Chief Thomas Streicher | 12/22/03 | Plaintiff |

5/14/04                                         JAMES BONINI, CLERK

                                                _s/Stephen Snyder_____
                                                Deputy Clerk