# City of Cincinnati

APPENDIX "A"

Office of Municipal Investigation

Two Centennial Plaza, Suite 150
805 Central Avenue
Cincinnati, Ohio 45202-1947
513/352-1600
513/352-3158 (fax)

August 15, 2002

Doctor Cyril H. Wecht
Allegheny County Coroner
542 Fourth Avenue
Pittsburgh, PA 15219

Mark A. Gissiner
Acting Municipal Investigation Manager

Reference: Roger Owensby Jr. Case

Dear Doctor Wecht:

I just wanted to drop a brief thank you letter for meeting with a contingent from the City of Cincinnati on August 14, 2002 to discuss the Roger Owensby Jr. case. The insights that you provided during the session will certainly assist us as independent fact-finders of the incident.

As promised at the August 14th session, enclosed are Internal Investigation Section (IIS) transcripts of Officer Patrick Caton and Officer Jason Hodge. Also enclosed in this shipment are two interviews of Ms. Aerial St. Clair and the accompanying polygraph analysis of her statements.

Please feel free to contact John Plahovinsak, OMI investigator, or myself, at (513) 352-1600, for any additional materials or evidence that you may need for your report.

Sincerely,

Mark A. Gissiner
Acting Municipal Investigation Manager

Equal Opportunity Employer