# HARDIN, LEFTON, LAZARUS & MARKS, LLC

ATTORNEYS AND COUNSELORS AT LAW

| | | |
|---|---|---|
| DONALD E. HARDIN<br>DAVID H. LEFTON<br>STEPHEN S. LAZARUS*<br>EDWARD G. MARKS<br>DAVID E. HARDIN<br><br>*ALSO ADMITTED IN D.C. | CINCINNATI OFFICE:<br><br>915 CINCINNATI CLUB BUILDING<br>30 GARFIELD PLACE<br>CINCINNATI, OHIO 45202-4322<br>TELEPHONE: (513) 721-7300<br>FACSIMILE: (513) 721-7008 | OF COUNSEL:<br>GARY R. LEWIS<br>GARY R. LEWIS CO., LPA<br>(513) 665-9222<br><br>TRICOUNTY OFFICE:<br>29 NORTH D STREET<br>HAMILTON, OHIO 45013-3128<br>(513) 868-8229 |

March 12, 2004

Ms. Valerie Lemmie, City Manager
City of Cincinnati, Ohio
Room 152, City Hall
801 Plum Street
Cincinnati, Ohio 45202

Re: *Public Records Request*

Dear Ms. Lemmie:

Pursuant to the provisions of R.C. §149.43, I am requesting copies of all City records that document the names and titles of all agents or employees of the City of Cincinnati who corresponded with or traveled to the offices Cyril H. Wecht, M.D., West Penn Building, 14 Wood Street, Pittsburgh, Pennsylvania, between May 1, 2002 and the present date. This request further requests production of all correspondence between any employee or agent of the City of Cincinnati and Dr. Wecht during the period identified above, as well as copies of any and all contracts, proposals, memoranda, or other documents relating to the retention and payment of Dr. Wecht for the reports provided to Mark A. Gissiner, Acting Municipal Investigation Manager, City of Cincinnati, including but not limited to those dated August 8, 2002, August 14, 2002, and September 10, 2002.

I am requesting that the copies of these public records be provided promptly pursuant to R.C. §149.43.

Thank you for your cooperation.

Very truly yours,

HARDIN, LEFTON, LAZARUS & MARKS, LLC

Donald E. Hardin

DEH:jmj
cc: Geri H. Geiler, Esq.

*[Handwritten note: Sent blind carbons to Caton, forgi Speeler]*