# City of Cincinnati



Office of the City Solicitor

Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Phone (513) 352-3334
FAX (513) 352-1515

J. Rita McNeil
*City Solicitor*

April 2, 2004

Donald E. Hardin, Esq.
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202

RE: Public Records Request re: Dr. Cyril Wecht

Dear Don:

Attached please find the City documents responsive to your public records request regarding Dr. Cyril Wecht. If you have any questions regarding this matter, please do not hesitate to call me.

Sincerely,

ROSHANI DE SOYZA HARDIN
Acting Deputy City Solicitor

c: J. Rita McNeil

Equal Opportunity Employer