APPENDIX "F"

8/14/01 Dr. Cyril Wecht 542 Fourth Ave, Pittsburg PA

Contention (of factors) is very likely
& leave the report open

heart occlusion may have had some role
— can't rule it out

mace could have been a contributing factor

Cannot rule out punch or punches as
the source of the deep muscular trauma

Arm over nose/mouth cannot be ruled out as a factor

do not have substantial, significant injury