UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ESTATE OF                                    :
ROGER D. OWENSBY JR., et al.,                :
                                             :       Case No. 01-CV-769
            Plaintiff,                       :
                                             :       Senior Judge S. Arthur Spiegel
v.                                           :
                                             :       Magistrate Judge Timothy S. Black
CITY OF CINCINNATI, et al.,                  :
                                             :
            Defendants.                      :

**PLAINTIFF'S NOTICE OF FILING DEPOSITION TRANSCRIPTS
IN ANTICIPATION OF TRIAL**

Plaintiff hereby provides notice of the physical filing with this Court of the original

transcript, condensed transcript and ascii discs for each of the following depositions taken in this

action:

| | |
|---|---|
| Brian Anthony Brazile (11/6/03) | David William Hunter, II (Vol. I) (11/6/03) |
| Christopher Campbell (12/3/03) | David William Hunter, II (Vol. II) (12/4/03) |
| Patrick Edmund Caton (10/17/03) | Robert Blaine Jorg (10/14/03) |
| Craig Richard Coburn (12/15/03) | Abraham Lawson (3/10/04) |
| Suzanne A. Flottemesch (12/19/03) | Darren V. Sellers (12/21/03) |
| Alan J. Goldschmidt (12/19/03) | Victor N. Spellen (10/15/03) |
| Alexander Hasse (11/19/03) | Thomas H. Streicher, Jr. (12/22/03) |
| Robert B. Heiland, Jr. (12/3/03) | |

Respectfully submitted,


/s/Paul B. Martins

|                              |                                          |
|------------------------------|------------------------------------------|
| Mark T. Tillar (0029898)     | James B. Helmer, Jr.  (0002878)          |
| 240 Clark Road               | Paul B.  Martins (0007623)               |
| Cincinnati, Ohio  45202      | Frederick M. Morgan, Jr.  (0027687)      |
|                              | HELMER, MARTINS & MORGAN CO., LPA        |
| John J. Helbling (0046727)   | Fourth & Walnut Centre, Suite 1900       |
| 3672 Springdale Road         | 105 East Fourth Street                   |
| Cincinnati, Ohio 45251       | Cincinnati, Ohio 45202-4008              |
|                              | Telephone:    (513) 421-2400             |
|                              | Facsimile:    (513) 421-7902             |

*Trial Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Notice of Filing Deposition Transcripts In Anticipation of Trial, was electronically filed on May 18, 2004, with the actual deposition transcripts and ascii discs filed by hand with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Paul B. Martins