IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ESTATE OF ROGER D. OWENSBY,** | * | CASE NO. C-1-01-769 |
| Plaintiff | | (Judge S. Arthur Spiegel) |
| vs. | * | <u>NOTICE OF FILING DEPOSITION TRANSCRIPT OF</u> |
| **CITY OF CINCINNATI, et. al.,** | * | <u>SUZANNE A. FLOTTEMESCH</u> |
| Defendants. | | |

Please take notice that the following deposition has been filed with this Court:

Suzanne A. Flottemesch        December 19, 2003

Respectfully submitted,

J. Rita McNeil (#0043535)
City Solicitor


S/Neil F. Freund
Neil F. Freund (0012183)
Trial Attorney
Vaseem S. Hadi (0075617)
FREUND, FREEZE & ARNOLD
One Dayton Centre
1 South Main Street, Suite 1800
Dayton, OH 45402-2017
(937) 222-2424
(937) 222-5369 (fax)
nfreund@ffalaw.com
vhadi@ffalaw.com

Geri Hernandez Geiler (0042081)
Sr. Assistant City Solicitor
Julie F. Bissinger (0012055)
Chief Counsel
City Solicitor's Office

                                                Room 214, City Hall
                                                801 Plum Street
                                                Cincinnati, OH 45202
                                                (513) 352-3338
                                                (513) 352-1515 (fax)
                                                geri.geiler@cincinnati-oh.gov
                                                julie.bissinger@cincinnati-oh.gov

**PROOF OF SERVICE**

      This will certify that a copy of the foregoing was served upon counsel of record by email this 18th day of May, 2004:

Mark T. Tillar (0029898)
240 Clark Road
Cincinnati, OH 45202
(513) 761-2958
Attorney for Plaintiff

John Helbling (0046727)
3672 Springdale Road
Cincinnati, OH 45251
513-923-9740
Attorney for Plaintiff

Paul B. Martins
HELMER, MARTINS & MORGAN CO.
Fourth & Walnut Centre, Suite 1800
105 East 4th Street Cincinnati, Ohio 45202-4008
(513) 421-7902
Attorney for Plaintiff

Donald E. Hardin (0022095)
HARDIN, LEFTON, LAZARUS &
MARKS, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202
513-721-7300
Special Counsel for Defendants
Robert Blaine Jorg, Patrick Caton,
Darren Sellers, Jason Hodge, and
Victor Spellen

Wilson G. Weisenfelder, Jr.  (0030179)
RENDIGS, FRY, KIELY & DENNIS, LLP
900 Fourth & Vine Tower
Cincinnati, OH 45202
513-381-9200

Attorney for Defendants
Village of Golf Manor,
Chief Stephen Tilley,
Officer Robert Heiland, and
John Doe #7 nka Chris Campbell

Ravert J. Clark
114 East 8th Street
Suite 400
Cincinnati, OH 45202
(513) 587-2887
Attorney for Defendant
Cincinnati Police Officer
David Hunter

                                              S/Neil F. Freund
                                              Neil F. Freund

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**