IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ESTATE OF ROGER D. OWENSBY, JR., :
                                                   :
     Plaintiff(s)               :
                                                   :     Case Number: 1:01cv769
          vs.                    :
                                                   :     Senior Judge S. Arthur Spiegel
CITY OF CINCINNATI, et al,     :
                                                   :
     Defendant(s)             :

NOTICE OF MANUAL FILING

The following depositions have been manually filed with this Office:

| Deponent | Deposition Date | Deposing Counsel |
|---|---|---|
| Robert B. Jorg | 10/14/03 | Plaintiff |
| Victor N. Spellen | 10/15/03 | Plaintiff |
| Patrick Caton | 10/17/03 | Plaintiff |
| Darren Sellers | 10/21/03 | Plaintiff |
| Brian Brazile | 11/06/03 | Plaintiff |
| David Hunter | 11/06/03 | Plaintiff |
| David Hunter | 12/04/03 | Plaintiff |
| Chief Thomas Streicher | 12/22/03 | Plaintiff |
| Christopher Campbell | 12/03/03 | Plaintiff |
| Craig Richard Coburn | 12/15/03 | Plaintiff |
| Suzanne A. Flottemesch | 12/19/03 | Plaintiff |
| Alan J. Goldschmidt | 12/19/03 | Plaintiff |
| Alexander Hasse | 11/19/03 | Plaintiff |
| Robert B. Heiland, Jr. | 12/03/03 | Plaintiff |
| Abraham Lawson | 03/10/04 | Plaintiff |

5/18/04                                          JAMES BONINI, CLERK

                                                _s/Stephen Snyder_____
                                                Deputy Clerk