# PROFESSIONAL RESUME

**Personal Information:**

Joseph John Callanan, Jr.
Born in Los Angeles, CA.
DOB: 09/26/43

Offices: Specialized Training Consultants
430 Quintana Road – PMB 154
Morro Bay, CA 93442

Associate Arts Degree (1965), CA College of Mortuary Science, National Board Certificate and CA State Embalmer License #5537.

Associate Arts Degree (1973), East Los Angeles Community College, Police Science.

Bachelors Degree (1976), Pepperdine University, Public Administration.

Masters Degree (1979), University of Southern California (USC), Public Administration; Graduate Program and Certificate in "Labor Relations – Public Safety Employees."

**Law Enforcement Experience:**

Mortuary and Coroners experience (1957 to 1967) in Los Angeles and Orange Counties.

Deputy Sheriff (1967 to 1973), Los Angeles County Sheriff's Department; including multiple assignments in Corrections, Jail, Patrol and Administrative Divisions.

Deputy Sheriff – Sergeant (1973 to 1979), Los Angeles County Sheriff's Department; including multiple assignments as Patrol Sergeant, Watch Sergeant, Training Sergeant, Relief Watch Commander, Special Projects and Scheduling.

Deputy Sheriff – Lieutenant (1979 to 1989), Los Angeles County Sheriff's Department; including assignments at Firestone Station, Special Enforcement Bureau, Marina del Rey Station & Harbor Patrol Facility, Detective Division, LA Olympic Security and a Federal Pornography Task Force.

Private Consultant (1971 to present), primary and secondary law enforcement activities concerning specialized training programs, technical publications, police policy revisions, personnel matters, criminal prosecutions and civil litigation.

**Professional Affiliations:**

CA Peace Officers Association
CA State Sheriffs Association
Sheriffs Relief Association – LA County
Professional Peace Officers Association
San Luis Obispo Sportsmen's Association

American Society of Law Enforcement Trainers
Veteran Law Enforcement Officers Association
International Association of Chiefs of Police
National Association of Chiefs of Police
National Tactical Officers Association