Case 1:01-cv-00769-SAS   Document 158-4   Filed 05/20/2004   Page 1 of 4

Estate of Owensby vs. City of Cincinnati
October 14, 2003
ROBERT BLAINE JORG

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - -
ESTATE OF ROGER D.              :
OWENSBY JR., et al.,            :
                                :
       Plaintiffs,              :
  vs.                           :  Case No. 01-CV-769
                                :  (Judge S. A. Spiegel)
CITY OF CINCINNATI,             :
et al.,                         :
                                :
       Defendants.              :
- - - - - - - - - - - - - - - -

    Videotaped deposition of ROBERT BLAINE JORG, a

defendant herein, called by the plaintiffs for

cross-examination, pursuant to the Federal Rules of

Civil Procedure, taken before me, Wendy Davies

Welsh, a Registered Diplomate Reporter and Notary

Public in and for the State of Ohio, at the offices

of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

Walnut Centre, 105 East Fourth Street, Cincinnati,

Ohio, on Tuesday, October 14, 2003, at 10:12 a.m.

Case 1:01-cv-00769-SAS  Document 158-4  Filed 05/20/2004  Page 2 of 4
Estate of Owensby vs. City of Cincinnati                    ROBERT BLAINE JORG
October 14, 2003

Page 2

```
 1  APPEARANCES:

 2      On behalf of the Plaintiffs:

 3          Paul B. Martins, Esq.
            Don Stiens, Esq.
 4          Helmer, Martins & Morgan Co. LPA
            Suite 1900, Fourth & Walnut Centre
 5          105 East Fourth Street
            Cincinnati, Ohio 45202
 6          Phone: (513) 421-2400

 7          John J. Helbling, Esq.
            The Helbling Law Firm, L.L.C.
 8          3672 Springdale Road
            Cincinnati, Ohio 45251
 9          Phone: (513) 923-9740

10      On behalf of the Defendants City of Golf Manor,
        Stephen Tilley, Roby Heiland and Chris
11      Campbell:

12          Lynne Marie Longtin, Esq.
            Rendigs, Fry, Kiely & Dennis
13          900 Fourth & Vine Tower
            One West Fourth Street
14          Cincinnati, Ohio 45202-3688
            Phone: (513) 381-9200
15
        On behalf of Defendants City of Cincinnati,
16      Darren Sellers, Jason Hodge:

17
            Geri Hernandez Geiler, Esq.
18          Assistant City Solicitor
                and
19          Julie F. Bissinger, Esq.
            Chief Counsel
20          Department of Law
            Room 214, City Hall
21          801 Plum Street
            Cincinnati, Ohio 45202
22          Phone: (513) 352-3346

23

24
```

Page 3

```
 1  APPEARANCES (Continued):

 2      On behalf of the Defendants Robert B. Jorg,
        Patrick Caton, Jason Hodge, Victor Spellen and
 3      Darren Sellers:

 4          Donald E. Hardin, Esq.
            Hardin, Lefton, Lazarus & Marks, LLC
 5          915 Cincinnati Club Building
            30 West Garfield Place
 6          Cincinnati, Ohio 45202
            Phone: (513) 721-7300
 7
    Also present:
 8
    Richard W. Grubb, Videograher
 9
    Lisa Damstrom, Law Clerk
10  Helmer, Martins & Morgan Co., L.P.A.

11  Wendy M. Weller, Paralegal
    Buckley King
12
    Mr. Roger Owensby
13  Mrs. Brenda Owensby
    Mr. Shawn Owensby
14
    Patrick Edmund Caton
15
    Victor Spellen
16

17

18                  - - -

19

20

21

22

23

24
```

Page 4

```
 1              STIPULATIONS

 2      It is stipulated by and among counsel for the

 3  respective parties that the deposition of ROBERT

 4  BLAINE JORG, a defendant herein, called by the

 5  plaintiffs for cross-examination, pursuant to the

 6  Federal Rules of Civil Procedure, may be taken at

 7  this time by the notary; that said deposition may be

 8  reduced to writing in stenotype by the notary, whose

 9  notes may then be transcribed out of the presence of

10  the witness; and that proof of the official

11  character and qualifications of the notary is

12  expressly waived.

13                  - - -
```

Page 5

```
 1              I N D E X

 2      Examination by:            Page

 3      Mr. Martins . . . . . . . .   6

 4      Ms. Longtin . . . . . . . . 227

 5                  - - -

 6          E X H I B I T S

 7                                  Page
    Plaintiffs' Exhibit 1  . . . . . . . . . . . . . .  18
 8  Plaintiffs' Exhibit 2  . . . . . . . . . . . . . .  25
    Plaintiffs' Exhibit 3  . . . . . . . . . . . . . .  48
 9  Plaintiffs' Exhibit 4  . . . . . . . . . . . . . .  48
    Plaintiffs' Exhibit 5  . . . . . . . . . . . . . .  51
10  Plaintiffs' Exhibit 6  . . . . . . . . . . . . . .  58
    Plaintiffs' Exhibit 7  . . . . . . . . . . . . . .  72
11  Plaintiffs' Exhibit 8  . . . . . . . . . . . . . .  86
    Plaintiffs' Exhibit 9  . . . . . . . . . . . . . . 107
12  Plaintiffs' Exhibit 10 . . . . . . . . . . . . . . 132
    Plaintiffs' Exhibit 11 . . . . . . . . . . . . . . 161
13  Plaintiffs' Exhibit 12 . . . . . . . . . . . . . . 165
    Plaintiffs' Exhibit 13 . . . . . . . . . . . . . . 178
14  Plaintiffs' Exhibit 14 . . . . . . . . . . . . . . 199
    Plaintiffs' Exhibit 15 . . . . . . . . . . . . . . 201
15  Plaintiffs' Exhibit 16 . . . . . . . . . . . . . . 206
    Plaintiffs' Exhibit 17 . . . . . . . . . . . . . . 212
16

17                  - - -
```

Case 1:01-cv-00769-SAS   Document 158-4   Filed 05/20/2004   Page 3 of 4

Estate of Owensby vs. City of Cincinnati  
October 14, 2003  
ROBERT BLAINE JORG

Page 98

1 what was relayed to me.
2   Q. Was this on November 7th?
3   A. Before.
4   Q. Do you know how much before?
5   A. No.
6   Q. So this is some report that you had
7 received that there was a drive-by shooting -- do
8 you know where the shooting took place?
9   A. Somewhere up in Huntington Meadows area.
10   Q. And that somebody involved in the shooting
11 had a nickname of LA?
12   A. Correct.
13   Q. Did you have any information that the
14 person doing the shooting was --
15   A. No.
16   Q. -- went by the name of LA?
17   A. No.
18   Q. All right. Please continue. So you're at
19 the window.
20   A. So we walked to the front, and like I
21 said, I grabbed my night stick out of the holder of
22 my car to catch up to him, I never put it away. I
23 walk in front of the store, put it in my holder, and
24 I'm standing there waiting for Mr. Owensby to step

Page 99

1 out so we can talk to him.
2       When he steps out, I ask him if he can
3 talk to -- to me for a minute. He's -- he complies.
4 I have him go ahead and put his drink down.
5   Q. Was that the only thing in his hands, the
6 drink?
7   A. I believe so.
8   Q. Okay.
9   A. That was the only thing in his hand.
10   Q. Where is Officer Caton and Officer Hunter
11 at this point?
12   A. I don't remember. That night, I don't
13 remember where exactly they were until I went to put
14 on handcuffs. But keep in mind, I have seen the
15 video, so some of that plays in on where they were
16 at.
17   Q. All right. Continue.
18   A. I asked him if we can talk to him for a
19 minute. He says sure. I ask him what his name is,
20 where he lives, typical first questions on
21 something.
22   Q. Well, let's take the first question, as
23 far as his name. Did he answer you?
24   A. Yes.

Page 100

1   Q. And what -- what did he say?
2   A. I believe he did say Roger Owensby. I
3 believe he did. I don't --
4   Q. And then -- sorry.
5   A. I don't exactly remember.
6   Q. And then, as to where does he live, did he
7 answer that question?
8   A. I think he said, "Not around here."
9   Q. Did he give any more -- did you follow up
10 and say, well, okay, if not around here, where?
11   A. I believe so. Like I said, it's been a
12 long time. I don't remember the exact question I
13 asked.
14   Q. And do you recall if he gave you any
15 further information, as far as where he lived?
16   A. No.
17   Q. Was he cooperative with you?
18   A. At first.
19   Q. Respectful?
20   A. Yes.
21   Q. Continue. What else happens?
22   A. I told him that we were looking for a
23 particular subject that ran from the police, and
24 that person has been known to carry a firearm. Was

Page 101

1 he armed? And he said no. And he starts to pull up
2 his shirt to show us that he's not carrying a
3 weapon. I told him to hold on. You know, there's a
4 way we do this. Do you mind if I pat you down? He
5 says no. I pat him down for weapons. I find none.
6 I continue my conversation with him.
7       The exact line of questions, who asked
8 what between me and Officer Caton, I don't recall
9 who asked what particular question.
10   Q. Do you recall, though, what questions were
11 asked?
12   A. Has he ever run from the police, has he
13 ever struck a police officer or something of that
14 nature.
15   Q. And what was his answer?
16   A. He did not. Ever having run from any
17 other police officer, no. He said he hasn't run in a
18 while -- I don't remember what exactly he responded,
19 and I don't want to --
20   Q. How about striking a police officer, did
21 he give you an answer to that?
22   A. I don't remember if he did or not.
23   Q. Please continue.
24   A. At some point in the interview either I or

## AFFIDAVIT

- - -

STATE   OF   OHIO      :
                       : SS
COUNTY OF HAMILTON     :

I, Wendy Davies Welsh, Notary Public in and for the State of Ohio, do hereby state that the transcript of the deposition of Robert B. Jorg, deponent herein, having been submitted to said deponent for review and signature, has not been signed within the thirty (30) day period allowed under the Federal Rules; said deposition to now have the same force and effect as though signed.

_____
Wendy Davies Welsh, Court Reporter

Sworn to before me this _5th_ day of _January_, 2004

_____
Thomas M. Bläsing
Notary Public - State of Ohio
My commission expires: May 4, 2004