IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ROGER D. OWENSBY, JR., | : |
| | : |
| Plaintiff(s) | : |
| | : Case Number: 01-CV-769 |
| vs. | : |
| | : Senior District Judge S. Arthur Spiegel |
| CITY OF CINCINNATI, et al, | : |
| | : |
| Defendant(s) | : |

## NOTICE OF MANUAL FILING

The following depositions have been manually filed with this Office:

| Deponent | Deposition Date |
|---|---|
| Roger Owensby, Senior | 11/21/03 |
| Donna Marie Todd | 11/21/03 |
| Brenda Owensby | 11/21/03 |
| Shawn Owensby | 11/21/03 |
| Jason Lee Hodge | 04/08/04 |
| Kurt Donald Byrd | 12/09/03 |
| Renee Louise Hinton | 12/01/03 |
| Joe Callanan | 04/16/04 |

**JULIA L. McNEIL (0043535)**
**City Solicitor**

*/s/ Geri Hernandez Geiler*
**GERI HERNANDEZ GEILER (0042081)**
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio  45202
513.352.3883
FAX: 513.352.1515
Email: geri.geiler@cincinnati-oh.gov
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Notice of Filing Depostion Transcripts was electronically filed on May 20th, 2004, with the actual deposition transcripts filed by hand with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's filing system.

*/s/ Geri Hernandez Geiler*
**GERI HERNANDEZ GEILER (0042081)**
Assistant City Solicitor
