```
                  UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF OHIO
                       WESTERN DIVISION
```

ESTATE OF ROGER OWENSBY, :
   JR.,                                : NO. 1:01-CV-00769
        Plaintiff,               :
                                 : **ORDER**
   v.                                  :
                                 :
CITY OF CINCINNATI, et al.,         :
        Defendants.              :

On May 20, 2004, the Court held a final pretrial conference in the instant action. Due to the timing of the filing of the Court's decision on the pending motions for summary judgment and the time required by the parties to review it, the parties were unable to file a joint final pretrial order by the time of the conference. Additionally, the parties indicated that they would appreciate the opportunity to provide potential jurors with supplemental jury questionnaires to aid in identifying potentially inappropriate jurors during voir dire. Upon consideration, the Court finds this request reasonable and appropriate.

Accordingly, the parties are hereby ORDERED to provide jointly their desired supplemental jury questionnaire questions to the Court by the close of business on May 26, 2004. If the parties cannot reach agreement on all of the potential questions, any disputed questions should be identified to the Court as such in the

submission.  The Court will consider the supplemental questionnaire and, upon review, may strike questions it deems inappropriate or repetitive of questions already presented.  The Court will then instruct the Clerk to ensure that all prospective jury members are provided with and complete the supplemental questionnaire.  The parties are also hereby ORDERED to submit an amended final pretrial order by the close of business on May 27, 2004.  Any changes that may be required after the Court renders decisions on the pending motions in limine may be presented at that time.

      SO ORDERED.

Dated: May 24, 2004            /s/ S. Arthur Spiegel
                                     S. Arthur Spiegel
                                       United States Senior District Judge