UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF | : | |
| ROGER D. OWENSBY JR., et al., | : | |
| | : | Case No. 01-CV-769 |
| Plaintiff, | : | |
| | : | Senior Judge S. Arthur Spiegel |
| v. | : | |
| | : | Magistrate Judge Timothy S. Black |
| CITY OF CINCINNATI, et al., | : | |
| | : | |
| Defendants. | : | |

**NOTICE OF FILING**
**JOINT SUPPLEMENTAL JUROR QUESTIONNAIRE**

In accord with the Final Pretrial Conference held on May 21, 2004 and this Court's subsequent Order (Doc. 161), notice is hereby given of the filing of the attached joint supplemental Juror Questionnaire submitted by all parties for submission and execution by potential jurors in advance of voire dire selection.

Respectfully submitted,

| | |
|---|---|
| Mark T. Tillar (0029898) | /s/ James B. Helmer, Jr. |
| 240 Clark Road | James B. Helmer, Jr.  (0002878) |
| Cincinnati, Ohio  45202 | Paul B.  Martins (0007623) |
| Telephone: (513) 761-2958 | Frederick M. Morgan, Jr.  (0027687) |
| | HELMER, MARTINS & MORGAN CO., LPA |
| John J. Helbling (0046727) | Fourth & Walnut Centre, Suite 1900 |
| 3672 Springdale Road | 105 East Fourth Street |
| Cincinnati, Ohio 45251 | Cincinnati, Ohio 45202-4008 |
| Telephone: (513) 923-9740 | Telephone:    (513) 421-2400 |
| | Facsimile:     (513) 421-7902 |

*Trial Attorneys for Plaintiff*

/s/ Neil F. Freund
Neil F. Freund (0012183)
FREUND, FREEZE & ARNOLD
One Dayton Centre
One South Main Street, Suite 1800
Dayton, Ohio 45402-2017
*Trial Attorney for Defendants City of
Cincinnati and Thomas Streicher, Jr.,
and Cincinnati Police Officers David
Hunter, Darren Sellers and Jason Hodge*


/s/ Geri Hernandez Geiler
Geri Hernandez Geiler (0042081)
Sr. Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
Telephone:  (513) 352-3338
Facsimile: (513) 352-1515
*Trial Attorney for Defendant City of Cincinnati,
Chief Streicher, and Cincinnati Police Officers
David Hunter, Darren Sellers and Jason Hodge*


/s/ Donald E. Hardin
Donald E. Hardin (0022095)
Kimberly Rutowski (0076653)
HARDIN, LEFTON, LAZARUS
 & MARKS, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202-4322
Telephone: (513) 721-7300
Facsimile: (513) 721-7008
*Trial Attorney for Defendants Robert B. Jorg,
Patrick  Caton and Victor Spellen in their
Official and Individual Capacities, and for
Defendants Darren Sellers and Jason Hodge
in their Individual Capacities*

/s/ Ravert J. Clark
Ravert J. Clark (0042027)
114 East Eighth Street
Suite 400
Cincinnati, Ohio 45202
Telephone: (513) 587-2887
Facsimile: (513) 621-2525
*Trial Attorney for Cincinnati Police Officer*
*David Hunter in his Individual Capacity*


/s/ Wilson G. Weisenfelder, Jr.
Wilson G. Weisenfelder, Jr. (0030179)
RENDIGS, FRY, KIELY & DENNIS, LLP
900 Fourth & Vine Tower
Cincinnati, Ohio 45202-3688
Telephone: (513) 381-9292
Facsimile: (513) 381-9206
*Trial Attorney for Defendants*
*Village of Golf Manor, Stephen Tilley*
*Robert Heiland, and Chris Campbell*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Filing Joint Supplemental Juror Questionnaire, was electronically filed on May 26, 2004 with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                               /s/ Paul B. Martins