**JUROR QUESTIONNAIRE**

1. Circle any of the following in which you have received training or education:

   Business          Insurance          Law                 Priest/Minister/Rabbi

   Engineering       Psychology         Statistics          Self-Defense/Martial Arts

   Health/Medicine   Teaching           Law Enforcement

2. If supported by the evidence and the law, could you consider awarding money damages for:

   a. Pain and suffering prior to death      ☐Yes    ☐No
   b. Mental anguish                         ☐Yes    ☐No
   c. Medical Bills / Funeral Bills          ☐Yes    ☐No
   d. Loss of earning capacity               ☐Yes    ☐No
   e. Loss of services and support           ☐Yes    ☐No

3. What are your 3 favorite TV shows?

   1.
   2.
   3.

4. What are your favorite radio shows?

   1.
   2.
   3.

5. What newspapers, magazines, or journals do you read regularly?

6. Do you, a member of your family, or anyone close to you, belong to a labor union?

7.  What do you enjoy doing in your spare time?

8.  Who makes the financial decisions in your home?

9.  Who writes the checks or pays the bills in your home?

10. Do you, a member of your family, or anyone else close to you, work in a convenience store?

11. Did you grow up in the city, country or suburbs?  (Circle the appropriate answer or explain)

12. Do you live in an apartment, condo, mobile home or house?  (Circle the appropriate answer or explain)

13. Do you have children?

    If so, what are their ages?

14. Have you ever served in the military?

    If so, what branch and how many years?

15. Is anyone close to you currently serving in the military?

    If so, what branch and where are they located?

16. Have you or any of your family members ever had a bad experience with a police officer?

    If so, please explain your answer.

17. Have you or your immediate family ever been a victim of police misconduct or abuse?

    If so, please explain your answer.

18. Have you or an immediate family member ever been convicted of a crime other than a traffic offense?

    If so, please explain.

19. Have you, a member of your family, or anyone close to you, been detained, questioned and/or arrested by a police officer?

    If so, did that person feel that they were mistreated by the police?

    In what way were they mistreated?

20. Is there any reason why you could not serve as a juror?

    If YES, please explain:

Add any comments you wish to make.

    I hereby swear or affirm that all the answers contained in this juror questionnaire are true and correct.

_____
Juror's signature                              Date