UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF ROGER OWENSBY, et al. : | | Case No: C-1-01-769 |
| Plaintiffs, : | | Honorable Judge Spiegel |
| v. : | | **NOTICE OF APPEARANCE OF COUNSEL** |
| CITY OF CINCINNATI, et al. : | | |
| Defendants. : | | |

Notice is hereby given that Richard Ganulin, Assistant City Solicitor, is entering an appearance in the above captioned case as trial attorney for the following Defendants: Chief Thomas Streicher, Jr., Police Officer Jason Hodge, Police Officer Darren Sellers, and the City of Cincinnati.

Respectfully Submitted,

**JULIA L. McNEIL (0043535)**
City Solicitor

/s/ Richard Ganulin
**RICHARD GANULIN (0025642)**
**Assistant City Solicitor**
**801 Plum Street**
**Room 214, City Hall**
**Cincinnati, Ohio  45202**
**TEL: (513) 352-3329**
**FAX: (513) 352-1515**
**Email: richard.ganulin@cincinnati-oh.gov**

## CERTIFICATE OF SERVICE
## BY ELECTRONIC FILING

I hereby certify that on May 27, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system that will send notification of such filing to the attorneys of record listed below.

/s/ Richard Ganulin
**RICHARD GANULIN (0025642)**
**Assistant City Solicitor**
**801 Plum Street**
**Room 214, City Hall**
**Cincinnati, Ohio  45202**
**TEL: (513) 352-3329**
**FAX: (513) 352-1515**
**Email: richard.ganulin@cincinnati-oh.gov**

**Certificate of Service:**

Neil F. Freund, Esq.
Vaseem S. Hadi, Esq.
Suite 1800
1 South Main Street
Dayton, OH 45202-2017

Wilson G. Weisenfelder, Jr., Esq.
900 Fourth & Vine Tower
1 West Fourth Street
Cincinnati, OH 45202-3688

Paul B. Martins, Esq.
1900 Fourth & Walnut Centre
105 East 4th Street
Cincinnati, OH 45202

Ravert J. Clark, Esq.
Suite 400
114 East Eighth Street
Cincinnati, OH 45202

Mark T. Tillar, Esq.
224 Clark Road
Cincinnati, OH 45215

John J. Helbling, Esq.
3672 Springdale Road
Cincinnati, OH 45251

Donald E. Hardin, Esq.
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202

Case 1:01-cv-00769-SAS    Document 164    Filed 05/27/2004    Page 3 of 3