AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

ESTATE OF ROGER D. OWENSBY, JR., et.

Case Number: 1:01-cv-00769

V.

CITY OF CINCINNATI, et. al.,    Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that a CHARGING CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>JUNE 3, 2004 at 2:30 PM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Frederick Morgan, Esq.   James Helmer, Esq.   John Helbling, Esq.   Mark Tillar, Esq.
  Paul Martins, Esq.   Donald Hardin, Esq.   Geri Geiler, Esq.   Julie Bissinger, Esq.   Neil Freund, Esq.
  Vaseem Hadi, Esq.   Ravert J. Clark, Esq.   Wilson Weisenfelder Jr., Esq.   Dale Stalf, Esq.
  Richard Ganulin, Esq.   Kenneth Lawson, Esq.