```
                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

ESTATE OF ROGER D. OWENSBY, :
   JR.,                    : NO. 1:01-CV-00769
                                     :
       Plaintiff,        :
                                     : **ORDER**
                                     :
  v.                          :
                                     :
                                     :
CITY OF CINCINNATI, <u>et al</u>., :
                                     :
       Defendants.

      During the final pretrial conference held in this case on May 21, 2004, the parties indicated that it might be prudent to held a charging conference in this case prior to the commencement of trial. Accordingly, the Court hereby SCHEDULES a charging conference in the instant case for June 3, 2004 at 2:30 p.m. The parties are ORDERED to file proposed jury instructions by the close of business on June 2, 2004. The Court will discuss and resolve the pending evidentiary motions with the parties prior to or during the conference. The parties are also hereby ORDERED to have a representative will full settlement authority present at the conference or available by telephone should settlement discussions commence during the conference.

      SO ORDERED.

Dated: May 27, 2004              <u>s/S. Arthur Spiegel</u>
                                           S. Arthur Spiegel
                                           United States Senior District Judge