# POLICE OFFICER'S NOTES

CAD # _____   CASE # _____

REPORT BY: P.O. CYNTHIA ALEXANDER  Badge # P224  Dist. 4  Car # 4255
     (Rank)    (First & Last Name)

Two Person Unit: Yes ___ No X  Partner: _____

Date: 11-7-00   Location: SEYMOUR AV / LANGDON FARM RD

Time Dispatched: 2024 (Hours)  Arrived: 2027 (Hours)

First Supervisor on scene: SGT. BROWNLEE

First Officer on scene: UNKNOWN

Officers present on scene: OFFICERS CATON, HUNTER, SELLARS, HASSE

Victim Transported to: U.C. HOSPITAL  By: AMBULANCE 46  Car # ___

**DID YOU RECOVER ANY EVIDENCE? IF SO, WHAT? EVIDENCE MARKED? PLEASE EXPLAIN.**

NURSE SUE FLOTTEMESCH, RECOVERED ONE CLEAR SANDWICH BAGGIE OUT OF THE VICTIMS PANTS POCKET. THE BAGGIE CONTAINED WHAT APPEARED TO BE MARIJUANA, CRACK COCAINE AND A SWISHERS SWEETS CIGAR. PROPERTY WAS RELEASED TO CANTON AT CIS.

**STATE WHAT YOU DID IN REGARDS TO THIS INVESTIGATION. USE REVERSE SIDE IF NECESSARY.**

I WAS INITIALLY ON SCENE TO MAKE SURE THE CRIME SCENE WAS SECURE (KEEP BYSTANDERS AWAY FROM CRIME SCENE.) I WAS THEN SENT TO U.C. HOSPITAL TO STAY WITH THE VICTIM UNTIL RELEASED BY HOMICIDE.

**LIST NAMES OF WITNESSES, SUSPECTS, ARRESTED PERSONS OR ANY PERSONS TRANSPORTED TO CIS, THEIR COMPLETE ADDRESS, PHONE NUMBER, DOB, SSN AND CONTROL NUMBERS AND THE TIME THEY ARRIVED AT THE CRIME SCENE. USE REVERSE SIDE IF NECESSARY.**

UNKNOWN

C000193

DATE EXECUTED: 11/7/00   TIME: 2222   SIGNATURE: P.O. C. Alexander

Homicide Unit - /Revised 9/17/99