UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE ESTATE OF ROGER D. OWENSBY, JR., BY AND THROUGH ROGER D. OWENSBY, | : : : : | Case No. C-1-01-769 Judge Spiegel |
| Plaintiff, | : : | |
| v. | : : | **NOTICE OF APPEAL OF DEFENDANTS, STEPHEN** |
| CITY OF CINCINNATI, et al., | : : | **TILLEY, ROBERT HEILAND AND CHRIS CAMPBELL** |
| Defendants. | : | |

  Notice is hereby given Defendants, Stephen Tilley, Robert Heiland and Chris Campbell, hereby appeal to the United States Court of Appeals for the Sixth Circuit from certain portions of an Order entered in this action on the 19th day of May, 2004, to-wit:

  1. Order denying qualified immunity to Defendants, Stephen Tilley, Robert Heiland and Chris Campbell;

  2. Order granting summary judgment in favor of Plaintiff against Defendants, Stephen Tilley, Robert Heiland and Chris Campbell to the extent such judgment was rendered on the basis of denying qualified immunity to said Defendants;

  3. Order denying immunity to Defendants, Stephen Tilley, Robert Heiland and Chris Campbell as to Plaintiff's state law claims on the basis §2744.01, *et seq.* of the Ohio Revised Code is unconstitutional. (State law final order)

/s/   Wilson G. Weisenfelder, Jr.
Wilson G. Weisenfelder, Jr. (0030179)
RENDIGS, FRY, KIELY & DENNIS, L.L.P.
One West Fourth Street, Suite 900
Cincinnati, OH  45202-3688
(513) 381-9292
(513) 381-9206 - Facsimile
wgw@rendigs.com
Trial Attorney for Defendants, Village of Golf Manor, Stephen Tilley, Robert Heiland and John Doe #7 n/k/a Chris Campbell

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2004, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

James B. Helmer, Jr., Esq.
Paul B. Martins, Esq.
Frederick M. Morgan, Jr., Esq.
HELMER, MARTINS & MORGAN
Fourth & Walnut Centre, Suite 1900
105 E. 4th Street
Cincinnati, OH 45202-4008

John J. Helbling, Esq.
3672 Springdale Road
Cincinnati, OH  45251

Mark T. Tillar, Esq.
240 Clark Road
Cincinnati, OH 45215

Donald E. Hardin, Esq.
HARDIN, LEFTON, LAZARUS & MARKS
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH  45202-4322

-3-

Geri H. Geiler, Esq.
Julie Bissinger, Esq.
Assistant City Solicitors
Room 214 City Hall
801 Plum Street
Cincinnati, OH  45202

Neil F. Freund, Esq.
FREUND, FREEZE & ARNOLD
One Dayton Centre, Suite 1800
1 South Main Street
Dayton, OH 45402-2017.

Ravert J. Clark, Esq.
114 E. 8th St., Suite 400
Cincinnati, OH 45202

/s/    Wilson G. Weisenfelder, Jr.
Wilson G. Weisenfelder, Jr.