```
Thu May 27 11:06:49 2004

    UNITED STATES DISTRICT COURT
    CINCINNATI, OH

Receipt No.   100 422987
Cashier       kj1

Check Number: 165675

DO Code    Div No
4661         1

Sub Acct  Type  Tender      Amount
1:086900   N      2         105.00
2:510000   N      2         150.00

Total Amount          $     255.00

RENDIGS FRY KIELY & DENNIS LLP

APPEAL FEE C-1-01-769



Thu May 27 11:06:49 2004

Check No.  165675
Amount $   255.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661



E:**/**/**    ERR CODE:0
```