```
NAME:OWENSBY/ROGER/D.TITLE:JR.SEX:M.RACE:B.DOB:03/27/1971.
CTLNO: 1743019.RCIC:SIP,HIS.MNEM:CPR4/CPR4.
POB:OH.HT:507.WT:170.HR:BLK.EYE:BRO.
SCAR1:TAT CHEST  SCAR2:TAT UL ARM
DTENT:12/17/90/1322 DTLASTUP:11/09/00/1228
PHONE: 513-481-2270/CPR3/CPR3
OPLIC:6152036/AL/96./CPR3/CPR3
LICPL:26BV115/AL/92/PC./CPR3/CPR3
FPCLASS:DMPMPOPOPMDIPIPIPMPM./CCID/CCID
JACKETNO:186567./CCID/CCID SOCSEC:574769267./CPR4/CPR4
OPLIC:6381650/AK/93./CPR4/CPR4
LICPL:UCD128/OK/91/PC./CPR4/CPR4
PHONE: 513-948-0181/CPR4/CPR4
OPLIC:6381150/AK/93./CPR5/CPR3
PHONE: 513-948-0781/CPR5/CPR3
PHONE: 513-521-8808/CPR5/CPR5
PHONE: 513-481-8401/HCR2/HCR2
MISCNO:PI-RW379084./CWU6/CWU6 LICPL:AUN7136/OH/00/PC./CPR5/CPR5
****** ADDITIONAL SCREEN FOLLOWS ******
```

| AGENCY    RPTNO<br>DISPOSITION | CHARGE<br>CONF    FINE    PROB | DATE<br>DISP | CASE<br>MCASE |
|---|---|---|---|
| A-SIP CPRS CPRS127045<br>IGNORED | DRUG VIOLATION NOC | 101300<br>102000 | /00/CRA/044826/<br>00008360/ /01 |
| A-HIS CPR5 7531843226<br>CHARGE DISMISSED | OTHR OPERATR VIOL | 011000<br>122200 | /00/TRD/004076/B<br>75 /03184322 |
| A-HIS CPR5 7531843223<br>CHARGE DISMISSED | NO DRIVER'S LIC | 011000<br>122200 | /00/TRD/004076/A<br>75 /03184322 |
| A-SIP CRBD C99B55318<br>CHARGE DISMISSED | ASSLT KNOW VIC HARM | 010400<br>110200 | C/99/CRB/055318/ |
| A-SIP HCR2 00C-030716<br>PAID OUT | ATT DRUG LAW VIOL | 111099<br>123099 | C/99/CRB/049924/ |
| A-HIS CPRS CPRS26468<br>SENTENCED | IMPROPER LIGHTS<br>S    25 | 091098<br>091698 | /98/TRD/038795/C<br>75 /03125985 |
| A-HIS CPRS CPRS26466<br>SENTENCED | SAFETY RESTRAINT VIO<br>S    25 | 091098<br>091798 | /98/TRD/038795/B<br>75 /03125985 |
| A-HIS CPRS CPRS26465<br>SENTENCED | NO DRIVER'S LIC | 091098<br>091698 | /98/TRD/038795/A<br>75 /03125985 |
| A-HIS CPRS 753064920<br>SENTENCED | IMPROPER LIGHTS<br>S    25 | 032098<br>091698 | /98/TRD/012043/B |

```
****** ADDITIONAL SCREEN FOLLOWS ******
```

| AGENCY    RPTNO<br>DISPOSITION | CHARGE<br>CONF    FINE    PROB | DATE<br>DISP | CASE<br>MCASE |
|---|---|---|---|
| A-HIS CPRS 753064922<br>SENTENCED | NO DRIVER'S LIC | 032098<br>091698 | /98/TRD/012043/A |
| A-HIS CPRS 753064921<br>SENTENCED | SAFETY RESTRAINT VIO<br>S    25 | 032098<br>091698 | /98/TRD/012043/C |
| A-SIP CPRS CPRS6319<br>SENTENCED | NO CRIM REC - MM DRU<br>S    100 | 032098<br>091698 | /98/CRB/010175/ |
| A-SIP CPR5 75C695491<br>CHARGE DISMISSED | NO CRIM REC - MM DRU | 070597<br>041398 | /97/CRB/026367/ |
| A-HIS CPR3 752535183<br>CHARGE DISMISSED | SAFETY RESTRAINT VIO | 071592<br>041398 | /92/TRD/032032/ |
| A-HIS CPRS C133589<br>CHARGE DISMISSED | DOMESTIC VIOLENCE-KN | 053192<br>012693 | /92/CRB/018846/ |
| A-HIS CPR5 7523 87558<br>FINE AND COSTS | SAFETY RESTRAINT VIO<br>S    20 | 011391<br>041291 | /91/TRD/005106/B |
| A-HIS CPR5 7523 87557<br>COSTS REMITTED | TRAF CONTL DEV VIOL | 011391<br>041291 | /91/TRD/005106/A |
| A-HIS CPR5 752364810<br>PAID OUT | SAFETY RESTRAINT VIO | 010391<br>021591 | /91/TRD/003259/ |
| A-HIS CPR4 752367716<br>PAID OUT | RIGHT OF WAY VIOL | 121490<br>122290 | |

C000039