Case 1:01-cv-00769-SAS    Document 178-4    Filed 06/02/2004    Page 1 of 5

Owensby vs. City of Cincinnati, et al.                          VICTOR N. SPELLER
October 15, 2003

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - -

ESTATE OF ROGER D.              :
OWENSBY JR., et al.,            :
                                :
        Plaintiffs,             :
   vs.                          :  Case No. 01-CV-769
                                :  (Judge S. A. Spiegel)
CITY OF CINCINNATI,             :
et al.,                         :
                                :
        Defendants.             :

- - - - - - - - - - - - - - - -


        Videotaped deposition of VICTOR N.

SPELLEN, a defendant herein, called by the

plaintiffs for cross-examination, pursuant to the

Federal Rules of Civil Procedure, taken before me,

Wendy Davies Welsh, a Registered Diplomate Reporter

and Notary Public in and for the State of Ohio, at

the offices of Helmer, Martins & Morgan Co. LPA,

1900 Fourth & Walnut Centre, 105 East Fourth Street,

Cincinnati, Ohio, on Wednesday, October 15, 2003, at

10:12 a.m.

Case 1:01-cv-00769-SAS   Document 178-4   Filed 06/02/2004   Page 2 of 5

Owensby vs. City of Cincinnati, et al.
October 15, 2003

VICTOR N. SPELLER

Page 2

```
 1  APPEARANCES:
 2      On behalf of the Plaintiffs:
 3          Paul B. Martins, Esq.
            Don Stiens, Esq.
 4          Helmer, Martins & Morgan Co. LPA
            Suite 1900, Fourth & Walnut Centre
 5          105 East Fourth Street
            Cincinnati, Ohio 45202
 6          Phone: (513) 421-2400
 7          Mark T. Tillar, Esq.
            240 Clark Road
 8          Cincinnati, Ohio 45202
 9      On behalf of the Defendants City of Golf Manor,
        Stephen Tilley, Roby Heiland and Chris
10      Campbell:
11          Lynne Marie Longtin, Esq.
            Rendigs, Fry, Kiely & Dennis
12          900 Fourth & Vine Tower
            One West Fourth Street
13          Cincinnati, Ohio 45202-3688
            Phone: (513) 381-9200
14
        On behalf of Defendants City of Cincinnati,
15      Darren Sellers, Jason Hodge:
16          Geri Hernandez Geiler, Esq.
            Assistant City Solicitor
17                and
            Julie F. Bissinger, Esq.
18          Chief Counsel
            Department of Law
19          Room 214, City Hall
            801 Plum Street
20          Cincinnati, Ohio 45202
            Phone: (513) 352-3346
21
22
23
24
```

Page 3

```
 1  APPEARANCES (Continued):
 2      On behalf of the Defendants Robert B. Jorg,
        Patrick Caton, Jason Hodge, Victor Spellen and
 3      Darren Sellers:
 4          Donald E. Hardin, Esq.
            Hardin, Lefton, Lazarus & Marks, LLC
 5          915 Cincinnati Club Building
            30 West Garfield Place
 6          Cincinnati, Ohio 45202
            Phone: (513) 721-7300
 7
    Also present:
 8
    Richard W. Grubb, Videographer
 9
    Lisa Damstrom, Law Clerk
10  Helmer, Martins & Morgan Co., L.P.A.
11  Wendy M. Weller, Paralegal
    Buckley King
12
    Shawn Owensby
13
    Patrick Edmund Caton
14
15              - - -
16
              S T I P U L A T I O N S
17
18      It is stipulated by and among counsel for the
19  respective parties that the deposition of VICTOR N.
20  SPELLEN, a defendant herein, called by the
21  plaintiffs for cross-examination, pursuant to the
22  Federal Rules of Civil Procedure, may be taken at
23  this time by the notary; that said deposition may be
24  reduced to writing in stenotype by the notary, whose
```

Page 4

```
 1  notes may then be transcribed out of the presence of
 2  the witness; and that proof of the official
 3  character and qualifications of the notary is
 4  expressly waived.
 5                  - - -
 6
 7                I N D E X
 8      Examination by:             Page
 9      Mr. Martins . . . . . . .    5
10
11                  - - -
12
13              E X H I B I T S
14                               Page
15
16  Deposition Exhibit 18 ...............   9
    Deposition Exhibit 19 ...............  14
17  Deposition Exhibit 20 ...............  44
    Deposition Exhibit 21 ...............  44
18  Deposition Exhibit 22 ...............  53
    Deposition Exhibit 23 ...............  53
19  Deposition Exhibit 24 ...............  61
    Deposition Exhibit 25 ...............  65
20  Deposition Exhibit 26 ...............  71
    Deposition Exhibit 27 ...............  76
21
22
23                  - - -
24
```

Page 5

 1    VIDEOGRAPHER: The date is October the
 2  15th. The year is 2003.
 3    Would you please swear the witness, ma'am.
 4    VICTOR N. SPELLEN
 5  being by me first duly cautioned and sworn, deposes
 6  and says as follows:
 7    VIDEOGRAPHER: We're on the record, Mr.
 8  Martins. Videotape number 1, sir.
 9        CROSS-EXAMINATION
10  BY MR. MARTINS:
11    Q. Good morning, sir. Would you state for
12  the record your full name, please.
13    A. Victor Spellen.
14    Q. And your age?
15    A. 35.
16    Q. Date of birth?
17    A. 4/23/68.
18    Q. Have you ever had your deposition taken
19  before?
20    A. No, sir.
21    Q. Let me cover some ground rules for you.
22  You've been placed under oath. I will be asking you
23  questions. If you do not understand or did not hear
24  a question, feel free to ask for clarification or

Case 1:01-cv-00769-SAS   Document 178-4   Filed 06/02/2004   Page 3 of 5

Owensby vs. City of Cincinnati, et al.
October 15, 2003

VICTOR N. SPELLER

Page 14

1  Q. Yes.
2  A. No, sir.
3  Q. Are you represented by anyone other than
4  Mr. Hardin?
5  A. Mr. Lazarus.
6  Q. Okay. Mr. Hardin's partner?
7  A. Correct.
8  Q. Did you have any other meetings with Mr.
9  Hardin other than the one that you've described
10  sometime in the past two weeks?
11  A. Over the phone.
12  Q. Okay. Any other meetings or discussions?
13  A. Today.
14  Q. All right. Other than the statements that
15  you have given, that -- that you've identified, have
16  you ever written out what you saw and heard on the
17  evening of November 7, 2000?
18  A. No, sir.
19       (Deposition Exhibit 19
20       was marked for identi-
         fication.)
21  Q. Let me show you, sir, what is marked as
22  Exhibit 19. The way we'll do this, sir, is if I
23  hand you an exhibit, take a moment, look through it.
24  Once you feel comfortable with it, then look up at

Page 15

1  me and I'll start questioning you.
2       Exhibit 19 is a collection of some
3  documents from your personnel file; is that right?
4  A. Correct.
5  Q. The first is a picture of you and the
6  numbers -- or letters and numbers P862. That is
7  your badge number?
8  A. Correct.
9  Q. You'll note, sir, that on the pages are
10  what we call Bates numbers, the first page having
11  C001700 on it, and then the other pages are
12  sequentially numbered. I may refer to these at
13  times to get both of us to the same page. Okay?
14       I want to direct your attention to the
15  form called Personal History Statement. It has a
16  Bates number of C001702. It should be on the back.
17  Do you have that?
18  A. On the back?
19  MR. HARDIN: Yeah.
20       Wait a minute. There's no 2.
21  MR. MARTINS: Is it missing?
22  MR. HARDIN: Yeah. Here it is.
23  MR. MARTINS: Let's --
24  MR. HARDIN: No, we -- he's only got --

Page 16

1  MR. MARTINS: When they copied it --
2       Are you missing it?
3  MR. HARDIN: We have a 1 and a 3.
4  MR. MARTINS: You're missing it?
5  MR. HARDIN: No, we don't have it.
6  MS. BISSINGER: Actually, there's a couple
7  pages missing here.
8  MR. MARTINS: Right. Okay.
9       Can you run this again. They copied
10  them --
11  MR. HARDIN: These may be two-sided
12  documents.
13  MR. MARTINS: They're two-sided, and
14  whoever copied --
15       Can we run them -- run them again.
16       We'll do a substitution.
17  BY MR. MARTINS:
18  Q. Let me ask you, sir, while we're waiting
19  on the copies, you are presently a police officer
20  assigned to District 4?
21  A. No, sir.
22  Q. What are you -- what's your job?
23  A. I'm unemployed right now.
24  Q. I see. Were you employed at District 4?

Page 17

1  A. Correct.
2  Q. How long were you employed at District 4?
3  A. Almost four years.
4  Q. Until when?
5  A. I'm not sure of the exact date.
6  Q. Do you know the month?
7  A. February, I believe.
8  Q. February of what year?
9  A. '03.
10  Q. This year?
11  A. '0-- '0-- yes. Yes. That's right.
12  Q. Could you explain the circumstances of why
13  you left in February of '03?
14  A. I was dismissed by the police division.
15  Q. Since the dismissal in February of '03,
16  have you held any jobs?
17  A. No, sir.
18  Q. Was the dismissal in connection with the
19  events of November 7, 2000?
20  MR. HARDIN: There's going to be an
21  objection, and I hope it's continuing,
22  regarding the dismissal or any subsequent
23  disciplinary.
24  Q. To your knowledge, was the dismissal in

Case 1:01-cv-00769-SAS   Document 178-4   Filed 06/02/2004   Page 4 of 5

Owensby vs. City of Cincinnati, et al.
October 15, 2003
VICTOR N. SPELLER

**Page 18**

1 connection with the events of November 7, 2000?
2   A. Yes.
3   Q. Have you ever heard of a head wrap
4 technique as far as a law enforcement technique?
5   A. Not that I can remember, no.
6   Q. Have you ever heard of a neckhold
7 technique?
8   A. No.
9   Q. When you were -- let's see, you -- did you
10 graduate from the police academy in '99?
11   A. Correct.
12   Q. When you were at the police academy, was
13 the use of a head hold or a neckhold ever taught?
14   A. Not to my knowledge.
15   Q. And in the time that you were a police
16 officer with maybe seminars or updates, whatever
17 training classes that you would attend in the normal
18 course of your business, did anyone ever teach you
19 about a head wrap technique or a neckhold technique?
20   A. None that I can remember.
21   Q. Have you ever seen a Cincinnati police
22 officer use a head wrap technique or a neckhold
23 technique?
24   A. I have not, sir.

**Page 19**

1   Q. I understand that you, for a period of
2 about four months, rode with Officer Jorg. Is that
3 right?
4   A. Correct.
5   Q. He was your FTO?
6   A. Correct.
7   Q. And that's field training officer?
8   A. Yes, sir.
9   (Discussion off the stenographic record.)
10   Q. What's your understanding of the field
11 training officer program? How's that supposed to
12 work?
13   A. Basically on a supervisory type position
14 they're -- they're supposed to guide you in certain
15 things and teach you hands-on street type of work
16 and -- and rate your performance weekly.
17   Q. In the time that -- and -- and in this
18 four-month period I take it on a maybe almost daily
19 basis you were working with Officer Jorg?
20   A. Correct.
21   Q. In that time did you ever observe Officer
22 Jorg employ a head wrap technique or a neckhold
23 technique on a suspect?
24   A. I've never observed that, sir.

**Page 20**

1   Q. Never seen it?
2   A. No.
3   Q. And never seen any other police officer
4 employ such a either head wrap or neckhold
5 technique?
6   A. Not that I could remember.
7       MR. MARTINS: Thanks.
8 BY MR. HARDIN:
9   Q. If we could, sir, here's another, a new
10 and better, improved version of Exhibit 19, and
11 we'll just get rid of that one (indicating).
12       MR. MARTINS: And one for Mr. Hardin, for
13   other counsel.
14       Thank you.
15       MS. BISSINGER: Yes.
16   Q. Now, referring you to the page marked
17 C001702 in Exhibit 19, Personal History Statement,
18 is this your handwriting?
19   A. Correct.
20   Q. You graduated from high school in 1987 and
21 attended -- I -- I can't make out the name of the
22 college where you --
23   A. Baruch.
24   Q. Baruch, New York City?

**Page 21**

1   A. Correct.
2   Q. Okay. Other schooling or specialized
3 courses, EMT-D course at Queens City College?
4   A. Correct.
5   Q. New York City?
6   A. Yes, sir.
7   Q. What is an EM-- I -- well, what is an
8 EMT-D course?
9   A. It's advance training for EMTs.
10   Q. And is that your signature at the bottom
11 of the page?
12   A. Yes, sir.
13   Q. On the next page, 1703, is a Personal
14 History Statement, Employment Record, and am I
15 correct in understanding that you were an EMT for
16 Transcare New York?
17   A. Yes, sir.
18   Q. What is Transcare New York?
19   A. It's a -- a private run ambulance, medical
20 facility.
21   Q. Going to the page 1705, entitled Service
22 in U.S. Armed Forces, I see that you served in
23 the -- in the artiller-- Army artillery. Is that
24 right?

99

| | | |
|---|---|---|
| 13:02:18 | 1 | THE WITNESS: Thank you, sir. |
| 13:02:20 | 2 | VIDEOGRAPHER: Sir, you have a right to |
| 13:02:22 | 3 | review this tape prior to its being shown to a |
| 13:02:24 | 4 | court. |
| 13:02:24 | 5 | MS. GEILER: I don't have any questions. |
| 13:02:24 | 6 | VIDEOGRAPHER: Will you waive that right? |
| 13:02:26 | 7 | MR. MARTINS: No. |
| 13:02:27 | 8 | THE WITNESS: No. |
| 13:02:28 | 9 | VIDEOGRAPHER: Thank you. |
| 13:02:29 | 10 | We're off the record. Time is 1:06. |
| 13:02:32 | 11 | |
| 13:02:32 | 12 | |
| 13:02:32 | 13 | ~~VICTOR~~ N. SPELLEN |
| 13:02:32 | 14 | - - - |
| 13:02:32 | 15 | |
| 13:02:32 | 16 | (Deposition concluded.) |
| | 17 | - - - |
| | 18 | |