# TRANSMISSION FORM

FILED
JAMES BONINI
CLERK
04 JUN -4 AM 8:52

| District Court: | SD of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:01-cv-769 | Court of Appeals Case No: 04-3724 |
| SHORT CAPTION | Estate of Roger D. Owensby, Jr | Case Manager: JILL COLYER |
| Plaintiff/Petitioner | vs. City of Cincinnati, et al | Date Filed: |

RECEIVED
MAY 2 8 2004
Leonard Green Clerk

FILED
MAY 2 8 2004
LEONARD GREEN, Clerk

Defendant/Respondent

*provide pro se address IF NOT on the docket sheet

| District Court Judge: | Spiegel | Anything That Needs Special Attention |
|---|---|---|
| Court Reporter(s): | Shandy Ehde | Notice of Appeal (Doc.169) appealing Order(Doc.156) entered on 5/20/04. |
| From Deputy Clerk: | Kendra Jordan | |
| Date: | 5-28-04 | |
| $255.00 Appeal Filing Fee Paid? | Yes | |

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)       Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)       **Sealed**   Volume(s)

   **Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____**James Bonini**_____
United States District Court