## TRANSMISSION FORM

FILED
JAMES BONINI
CLERK

| District Court: | **SD of Ohio (Western Division)** | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | **1:01-cv-769** | Court of Appeals Case No: **04-3725** |

04 JUN -4 AM 8: 52

### SHORT CAPTION

**Estate of Roger D. Owensby, Jr**

RECEIVED

MAY 2 8 2004

Leonard Green
Clerk

vs.

**City of Cincinnati, et al**

Case Manager: **JILL COLYER**

Date Filed:

FILED

MAY 2 8 2004

LEONARD GREEN, Clerk

Plaintiff/Petitioner

Defendant/Respondent

*provide pro se address IF NOT on the docket sheet

| District Court Judge: | **Spiegel** |
|---|---|
| Court Reporter(s): | **Shandy Ehde** |
| From Deputy Clerk: | **Kendra Jordan** |
| Date: | **5-28-04** |

Anything That Needs Special Attention

**Notice of Appeal (Doc.171) appealing Order(Doc.156) entered on 5/20/04.**

$255.00 Appeal Filing Fee Paid?   **Yes**

### RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) **(including the pre-sentence report psi)**   Volume(s)

Deposition(s)   Volume(s)          Exhibit(s)          Volume(s)

Transcript(s)   Volume(s)          **Sealed**          Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____**James Bonini**_____
United States District Court