IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| The Estate of Roger D. Owensby Jr., | : | Case No. 01-CV-769 |
| Plaintiff, | : | (Judge Speigel) |
| v. | : | |
| City of Cincinnati, et al., | : | |
| Defendants. | : | |

**NOTICE OF ENTRY OF APPEARANCE OF ADDITIONAL SPECIAL COUNSEL
FOR DEFENDANT POLICE OFFICERS ROBERT B. JORG. PATRICK CATON,
VICTOR SPELLEN, DARREN SELLERS AND JASON HODGE
IN THEIR INDIVIDUAL CAPACITIES**

Notice is hereby given that **Kimberly A. Rutowski** of the law firm of **Hardin, Lefton, Lazarus & Marks, LLC** is entering her appearance as additional Special Counsel for defendant Police Officers Robert B. Jorg, Patrick Caton, Victor Spellen, Darren Sellers and Jason Hodge, in their individual capacities, in the above-captioned matter.

/s/ Kimberly A. Rutowski
Kimberly A. Rutowski        (Ohio Reg. #0076653)
**Special Counsel for Defendant Police Officers Robert B.
Jorg, Patrick Caton, Victor Spellen, Darren Sellers and
Jason Hodge**
HARDIN, LEFTON, LAZARUS & MARKS, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202
(513) 721-7300

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2004, a true and accurate copy of the foregoing Notice of Appearance of Additional Special Counsel was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Kimberly A. Rutowski
Kimberly A. Rutowski        (Ohio Reg. #0076653)