EXHIBIT "A"

Transcript of District 4 Police Communications
11/7/00, 2098 Seymour, integrated with
Audio portion of VHS tape equipment #473
Unit #4261 PO Victor Spellen, P9862
(Rev. 5/26/04)

**Audio District 4**

1916:10  4252 [Jorg/Caton]. Traffic Stop.
         Disp: 4252, your location.
1916:20  4252. I'm on Reading Road, just north of the district. With Ohio Adam David William 4404. A blue Toyota. One occupant.
         Disp: Okay.
1916:30  4262 (--).
         Disp: All right. Car 4252, no wants on your plate.
1916:40  4252 copy. Thank you.
(C002106 MDT printout)
1901:56  4251 [Hasse] sends MDT to 4256 [Hunter] asking for his location.
1903:12  4251 [Hasse] sends MDT to 4252 [Jorg/Caton] asking for their location.
1915:25  4251 [Hasse] sends MDT to 4252 [Jorg/Caton] asking for their location.
1915:40  4251 [Hasse] sends MDT to 4256 [Hunter] asking for his location.
1915:52  4252 [Jorg] sends MDT to 4251 [Hasse/Sellers] asking where to meet.
1916:16  4256 [Hunter] sends MDT to 4251 [Hasse/Sellers] saying he is at Reading Road and Martin Luther King Drive.
1917:07  4251 [Hasse] sends MDT sent to 4252 [Jorg/Caton] requesting NTA.
1917:20  4251 [Hasse] sends MDT sent to 4256 [Hunter] requesting NTA.
1918:16  4256 [Hunter] sends MDT to 4251 [Hasse/Sellers] saying he is en route.
1918:57  4252 [Jorg] sends MDT to 4251 [Hasse/Sellers] saying they will meet them in five minutes.
1921:17  4252 [Jorg] sends MDT to 4251 [Hasse/Sellers] saying he is en route.
1921:35  4251 [Hasse] sends MDT to 4252 [Jorg/Caton] saying Okay and thanks.
1929:10  4252 [Jorg/Caton]
         Disp: Go ahead.
         4252. Do you have Mini-Tac working tonight?
         Disp: Uh, they're on the lineup.
         4252. Are any of them in yet?
1929:20  Disp: Any Mini-Tac unit available.
         4560 [Sgt. Meyer]. What do you need?
1929:30  Uh, 4252 to 50, uh, 4566. Are you able to meet at Sam's?
1929:40  4252. 52, did you copy?
1929:50  Disp: 4560.
         4560. go.
1930:00  Disp: Did you copy 52's query?
~~1929:50~~ 4560. Uh, no. I thought somebody was looking for 62.
~~1930:00~~ Disp: He just wants to know if any of your units are able to meet them up at Sam's.

2

1930:10 4560. Yep. We can send somebody up there.
1930:20 4252. You can stand by, sir. Is, is there a phone number I can call you at?
1930:20 4560. How about at the district?
         4252. Copy. I'll call you there.
1933:30  4252. 4252.
         Disp: 4252
         4253. Put us out on 51's run.
         Disp: Okay.
1933:40  4256 [Hunter] 56, same traffic.
         Disp: 56, okay.
1944:10  4566 [Lawson].
         Disp: 4566.
         4566. Tell 4252 we're 35 in Roselawn Park.
1944:20  Disp: 4252, did you catch any of that?
         4252. [Torg/Caton] Negative sir.
1944:30  Disp: 4566, could you try it again?
1944:40  4566. 4252. - -entrance of Roselawn Park - -
1944:40  4252. We copy that. Uh. We, uh, also got eyes on another subject right now, so it might be a minute.
1947:40  4252. 4252, Sunoco lot we need assistance. 52 Sunoco lot.
1947:50  Disp: Officers need assistance at Sam's Seymour near Eagle.
1948:00  Officer needs assistance Sam's on Seymour near Eagle. Returning base Cincinnati 1948.
         UNK: We're in bound.
1948:10  4240 [Sgt. Watts]. 40 responding.
         Disp: 4252, I need update.
1948:20  Disp: Any cars Sam's, an update?
         4251 [Hasse]. 51. It appears they're ok.
         Disp: You said everything's ok?
1948:30  4251. 51, I'm over at Sam's with the, a prisoner. My partner ran over there. It does look like they are OK at this time.
1948:30  Disp: OK, that official cancellation?
1948:40  Disp: Just advise when I can officially cancel the assistance.
1948:50  (--) –
         Disp: Too many cars, 51 only.
         4251. 51 (--)
1949:00  Disp: OK, whoever called I did not copy.
         4256 [Hunter]. 4256 slow the cars down.
1949:10  4240 [Sgt. Watts] 4240 Repeat.
         4256. 56, slow the cars down.
1949:20  Disp: Attention all cars, all departments. Cancel on the officer needing assistance at Sam's on Seymour. Dist. 4 cars can continue, but slow it down.
1949:30  repeating cancel on officer needs assistance at Sam's on Seymour near Eagle. Dist. 4 cars can continue, but slow it down.
1949:30  No other cars needed but Dist. 4 cars. Cincinnati at 1949.

**Audio District 4**

1949:40  4252. We've got him in custody. You can disregard anybody else. We need a boss for a macing. —
1949:40  Disp: Copy in custody. Uh. 4250 or 4230, copy the macing?
1949:50  4240. I'm seconds away.
         Disp: Copy seconds away.
1949:50  Dist. 4 cars can now disregard. Everything's OK. One in custody.

| Audio District 4 | Audio portion of Spellen Video |
|---|---|
| 1950:00 | |
| 1950:10 | {00:00} |
| 1950:20 | |
| 1950:30 | |
| 1950:33  4566 [Lawson]. — | {00:15 on Spellen Video} |
| Disp: 4566. — | |
| You might want to cancel that assistance again. We've | {00:20} |
| 1950:40  got, uh, other cars coming here pretty rapidly. | |
| Disp: Attention all cars, all county broadcast, another cancellation reference the officer needing assistance. | {00:30} |
| 1950:50  at Sam's 2092 Seymour. Absolutely no more cars needed. No more cars needed at Sam's. | |
| Originating base Cincinnati 1950. | {00:40} |
| . Caton:You got the keys, Blaine. | |
| Jorg: Move. | |
| 1951:00  Caton: or they still in the car? | |
| Jorg: Move. | |
| Caton: Blaine. You got the keys or they still in the car? | |
| Jorg: Still in the car. | |
| {00:50} I think. | |
| 1951:10  Spellen: What the fuck happened, dog? | |
| Hunter: Hey, Pat. Do me a favor. | |
| 1951:18  Attention all cars, all departments. | {01:00} |
| All cars, all departments. | |

3

4

| Audio District 4 | Audio portion of Spellen Video |
|---|---|
| 1951:20 Channel 8 will be restricted until further notice. | **Spellen:** Where's this dude at?.... |
| | Oh, okay. |
| 1951:30 switch to reference W. 9th St. Channel 8 will be restricted until further notice. All District 1 units | {01:10}**Sellers:** Fuck. He suppose, he suppose to be in my car? |
| | **Hunter:** No, no, no… |
| Channel 8. — | |
| | **Sellers:** You an' him been talking? |
| | **Hunter:** Just now. Then he said I ain't never, duh, duh, duh. |
| 4250. I'm 35 also | **Hunter:** He did that shit the last time he ran from me. I {01:20}had him by the hood of his sweatshirt. He ripped out of it. |
| 1951:40 4250 [Sgt. Browner], 35. | **Hunter:** He ain't gonna get me & I said "When's the last time you ran from police? That's when he tried to break # today. |
| | **Spellen:** Damn. |
| | **Sellers:** Jorg, I'll be back. |
| | **Jorg:** —I'm comin' officer… |
| | **?P.O.** —There's no way I tried every stop |
| 1951:50 | **Sellers:** We're gonna {01:30}bring our cars on over. |
| | **?P.O.** No, No, not me, not me, no, no |
| | **Brazile:** What's happening. What's up? |
| | **Hunter:** What's happening. |
| | **Spellen:** Uh, Brazille. Where's, where's he at? |
| | **Jorg:**…a four-door…..a lot like.. |
| | **?P.O.** Uh. |
| | **Spellen:** Where's the {01:40}dude at? Is he fucked up? |
| | **?P.O.** I believe he's in somebody's car, I didn't see 'im — got blood on him. |
| | **?P.O.** Uh, enter over here, sir. — Jorg uh, ... |
| 1952:00 4251 [Sellers]. — | **Jorg:** He didn't know David... |
| Disp: Go ahead. — Tell my partner he can respond this way | {01:50}**?P.O.:** Pat |
| 1952:10 51 B. Disregard, I'll walk over. OK | **Hunter:** Stopped for investigation of resisting and obstruction that I had |

| Audio District 4 | Audio portion of Spellen Video |
|---|---|
| 1952:20 | on him, remember the {02:00} hooded sweatshirt guy? Was working that day, sarge?<br>**Jorg**: The one that.....<br>**Hunter**: The guy that ripped out uh.<br>**Sgt. Browner**: Yeah, that's came out his shirt up here. Uh, huh.<br>**Hunter**: He came out of his shirt, that's him<br>**Sgt. Browner**: Uh-huh. What's he wanted for?<br>[Cell phone ringing]<br>{02:10} **Jorg**: He's wanted for trafficking, resisting and assault on a |
| 1952:30 | police officer from a prior. But we didn't know his name at the time. Now we got him IDed, he's wanted again for assault on a police officer to and {02:20} resisting. We uh, well we're over there |
| 1952:40 | **?P.O.**: - "..we were trying..."<br>**Jorg**: doing investigation waiting for these guys. He walks by {02:30} and we're like oh my God that's him. So we walk over here by the outside the store to make sure that it<br>*More Background "dispatch sounding" or walkie-talkie conversation*<br>was him, that we could ID him. |
| 1952:50 | It was ~~We stuck~~ him and ~~he~~ we came Around to the front. {02:40} I stop him. And told him |
| 1953:00 | you know just need to talk to you for a minute, just conducting an investigation. No big deal. So calm down. I want to talk to you. So we ask him a few questions.<br>*More Background "dispatch sounding" or walkie-talkie conversation*<br>Doesn't have his |
| 1953:10 | {02:50} ID. Give us a name, where'd he live, what are you doing here? Visiting his girlfriend. Where does she live? Do you remember the numbers of the address? |
| ~~1953:10~~ | Will you take us there? Yeah, take you you |

6

| Audio District 4 | Audio portion of Spellen Video |
|---|---|
| | there. No big deal. |
| | {03:00} Dave fires in |
| 1950:20 | a few questions about did you ever |
| | run from the police. Boom, boom... |
| | Last time he ran from the police... |
| | Never, never, no |
| | **Hunter:** ...ight, and ...ight and he ..ight, |
| | "nah, I'm cool." Duh, duh, duh. |
| | {03:10} Then that's when I said |
| 1953:30 | oh, so when was the last time you ran |
| | from police. That's when we --- |
| | **Sgt. Watts:** Did anybody strike |
| | him or spray? |
| | **Hunter:** just sprayed him. |
| | **Jorg:** I don't know who |
| | {03:20} sprayed him. I had his head wrapped |
| 1953:40 | almost the whole time. |
| | **Sgt. Watts:** You said you had his |
| | head wrapped around. |
| | **Jorg:** Uhm, I had my hand across his |
| | forehead trying to hold him down to the |
| | ground. I also had one of his arms as a |
| | {03:30} restraint move, a balance. I didn't |
| 1953:50 | throw anything. |
| | And then uh, he dropped his head. |
| | As I was turned to hold him down, |
| | he brought his head up I had |
| | {03:40} to push it back down and |
| 1954:00 | he hit his head on the ground. It wasn't |
| | intentional move. |
| | I didn't go to hit his head on the ground. |
| | Sarge, I'm gonna. |
| | {03:50} Female voice via radio |
| | transmission/walkie- talkie: |
| | "Go ahead, 22...call me when you can" |
| | ?? P.O.??: well I'm taking -- |
| 1954:10 | **Spellen:** Looks like he's uh hurting |
| | a little bit. |
| | **Brazile:** Yeah. Lot a bit. |
| | **Spellen:** Yeah. |
| | {04:00} |
| 1954:20 | {04:10} (Spellen gets into cruiser to leave) |
| 1954:30 | {04:20} |

| Audio District 4 | | Audio portion of Spellen Video |
|---|---|---|
| 1954:40 | | |
| | | {04:30} |
| 1954:50 | | |
| | | {04:40} (Spellen drives out of Sunoco Station) |
| 1955:00 | | |
| | 4250 [Sgt. Browner]. 4250 | {04:50} |
| 1955:10 | Disp: car 4250. | |
| | 4250. Get fire up here | {05:00} |
| 1955:20 | respond. | |
| | 2098 uh, Seymour. | |
| ~~1955:20~~ | Disp: Okay.. | |
| 1955:30 | Give me a brief description of what you got there | {05:10} |
| | 4250. 4250. Uh, we're not getting a response from uh, the individual on the. | {05:19} (Spellen video ends) |
| 1955:40 | scene. Disp: Okay | |
| 1955:50 | | |
| 1956:00 | | |
| 1956:10 | | |
| 1956:20 | | |
| 1956:30 | | |
| 1956:40 | | |
| 1956:50 | | |
| 1957:00 | | |
| 1957:10 | | |
| 1957:20 | | |
| 1957:30 | | |
| 1957:40 | | |
| 1957:50 | | |
| 1958:00 | | |
| 1958:10 | | |
| 1958:20 | | |
| 1958:30 | | |
| 1958:40 | | |
| 1958:50 | | |
| 1959:00 | | |
| 1959:10 | | |
| 1959:20 | | |
| 1959:30 | | |
| 1945:40 | | |
| 1959:50 | | |
| 2000:00 | | |

Arrival of Cincinnati Fire Paramedics