# POLICE OFFICER'S NOTES

CAD # _____    CASE # _____

REPORT BY: PO Jason Hodge  Badge #P162  Dist. 4  Car # 4564
(Rank)    (First & Last Name)

Two Person Unit: Yes X No ___ Partner: PO Lawson P241
Date: 11-7-00    Location: 2098 Seymour Ave.
Time Dispatched: _____ (Hours)  Arrived: _____ (Hours)
First Supervisor on scene: Sgt Watts
First Officer on scene: PO Caton, PO Jorg + PO Hunter
Officers present on scene: PO Caton, PO Jorg, PO Lawson, PO Hunter
Victim Transported to: UC Hosp  By: CFD  Car # 4

**DID YOU RECOVER ANY EVIDENCE? IF SO, WHAT? EVIDENCE MARKED? PLEASE EXPLAIN.**

White flakes from victims chin + neck after fire extinged mouth. Gave evidence to PO Hasse.

**STATE WHAT YOU DID IN REGARDS TO THIS INVESTIGATION. USE REVERSE SIDE IF NECESSARY.**

I heared ? unknown PO put out for assistance at Sunoco Gas Station, myself + PO Lawson arrived on scene. PO Hodge observed PO Jorg + PO Caton struggling with victim to handcuff him. I grabbed PO Hunters PR24 and put it under victims bicep to move his arm behind his body so he could be cuffed. All was struggling when cuff where put on. After he was cuffed he —

**LIST NAMES OF WITNESSES, SUSPECTS, ARRESTED PERSONS OR ANY PERSONS TRANSPORTED TO CIS, THEIR COMPLETE ADDRESS, PHONE NUMBER, DOB, SSN AND CONTROL NUMBERS AND THE TIME THEY ARRIVED AT THE CRIME SCENE. USE REVERSE SIDE IF NECESSARY.**

PO A. Lawson P241, PO B. Jorg, PO P. Caton, PO Hunter, PO Brazil, PO Hasse (all from Dst 4) 2 PO's from Golf Manor

DATE EXECUTED: 11-7-00  TIME: 2229  SIGNATURE: _____

C000181

Homicide Unit - /Revised 9/17/99

continued to struggle with PO Jorg PO Caton + unknown PO. Unknown PO asked if he could be put into the Golf Manor car. Victim continued to struggle, he was put into the backseat on his stomach. Approx 5 min later he was taken out of the vell. PO Hasse started CPR until CFD arrived. When CFD suctioned victims mouth white flakes came out of his mouth I instructed PO Hasse to get a property envelope and took 2 to 3 flakes from his chin and neck.

C000182