# POLICE INTERVENTION OF ROGER OWENSBY, JR.

## CASE #00 PI 04

## STATEMENT

## OF

## POLICE OFFICER, JASON HODGE

Q:  Specialist James Engelhardt
    Homicide Unit
    Cincinnati Police Division
    824 Broadway Street

QQ: Specialist James Zieverink
    Homicide Unit
    Cincinnati Police Division
    824 Broadway Street

A:  Police Officer, Jason Hodge, Badge #P-162
    Cincinnati Police Division
    District Four

AA: Donald Hardin, Attorney
    (Representing Police Officer
    Jason Hodge individually)

(Note: Inaudible portions of statement indicated by dashes)

Q: Today's date is November the 20th, the year 2000. Time now is approximately 1306 hours. This is Detective James Engelhardt and Detective James Zieverink, both of the Cincinnati Police Homicide Unit. We are at 824 Broadway on the fifth floor in one of the homicide interview rooms. This uh statement and interview is being conducted in reference to case number 00 PI 04, the death in custody of Roger D. Owensby. This incident occurred on Tuesday, November the 7th of this year at approximately 1945 hours. And the location was 2098 Seymour Avenue in District Four. This statement is being taken from Police Officer,

1

Hodge
# 156
0455

him over to a Golf Manor police car. He uh. When he first got up, he had his, his legs. He was holding his legs up against his body where he was, like he didn't want to walk any where, that they were gonna have to carry him over. Uh he then put his legs down and made like real choppy, shuffling steps towards the car. That's when I walked away. Uhm.

Q: When you say his legs were up against his body, can you explain that?

A: He had uh. Like if he was. Like if he was uh kneeling on the ground he had, he had the heels of his foot were pressed against his uh buttocks.

Q: Okay.

A: And uh then he, he let those down. Uhm short choppy steps like, like if you notice somebody really intoxicated walking to to any direction and they kinda shuffle their feet a little bit. Uh I walked away from the car at that time to look for my partner uh Officer Lawson. Uh I didn't see where he was at. So I was kinda milling around there for a second. Uh I noticed uh they were trying to put him into the vehicle. I walked towards the vehicle. I was probably about fifteen feet away from the vehicle on the uh the passenger side. Uhm I saw somebody trying to, trying to push him in the vehicle and then I couldn't tell who that was. Uhm I saw Caton on the drivers side. He, he had opened the rear pass-, the the rear uh drivers side door, and then just leaned down and I couldn't see him any more. Uhm I walked away again. Uhm walked over to the uh, to the store manager at the Sunoco and uh started getting his information as a, as a witness to the, to the whole thing. Uhm a short time later, somebody had walked by the car and said, "I don't think he's breathing." I don't know who that was. Uhm Sergeant Browner said, "Take him outta the car." So he was, he was taken outta the car. I don't know who took him outta the car. Uhm they put him down on the ground. He was laying on his back. Uhm Officer Hasse came up. Started uh check to check his air way. Uhm checking for a pulse. Then uh I believe Caton was on the uh on his, on his right side. And uh

6

somebody had brought over a uh, one of the face masks for CPR. Uh they started CPR on the same way we're taught in the academy. Uhm Caton was doing chest compressions. Hasse was doing the uh recitation. Uhm one of the supervisors I believe called for uh the rescue unit. Uh the fire division got there. Uhm they started CPR. Look like uh they were doing the compressions a lot deeper than what Caton was doing. Uhm they, looked like they put a suction hose down his throat when the took the, took the hose out. Uhm like these yellowish white flakes came out of his mouth. I told Hasse I said, "Go get me a uh a property envelope." I went and put a glove on, and I recovered those flakes. I thought it was, it may of been crack cocaine or something. Uhm put 'um inside the uh the envelope. Gave it back to Hasse and told Hasse, "Don't, don't give up this, this bag to anybody." "Hold on to it." Uhm after that I, I kinda stood back and watched the fire division do a CPR scene for probably another uh fifteen minutes while they were putting medications in him and IV's and the things that they do. Uh I walked away again and that's when the supervisors started telling us we needed to uh all separate from uh, from each other and, and not talk about anything to any body. So I, I went off to the side and waited to be transported to the C.I.S.

Q:  Okay. Let's go back to uh. You guys were at Roselawn Park when the assistance run comes out.

A:  Right.

Q:  And when they put out the assistance run, did they put it out to, to the uh Sunoco station or did they put it out to Sam's Carry Out?

A:  Uh the way I recall it was uh, I need assistance at uh Seymour Sunoco. That's, that's how I recall it coming out.

Q:  So did you guys go directly to the Sunoco station or did you go to Sam's Carry Out, uh the drive-thru first?

7

0461

A: Uh Office Lawson was driving the car and he stopped in the uh Sam's Carry Out drive-thru.

Q: Okay. So you stopped at the drive-thru first.

A: Right.

Q: Uh how many officers are there now at, at the drive-thru when you pull up?

A: Uh I just remember Hasse standing there. He was uh evidentially guarding the person that we were event-, supposedly supposed to come up there and talk to in the first place, the reason why we were up there. And he was just standing there. And he was staying they're over there, pointing towards the uh Sunoco.

Q: Okay. Now how do you get to the Sunoco station?

A: I ran over.

Q: Okay. And Lawson followed in the car?

A: I, I'm not sure how he followed. I don't know.

Q: Okay. As you're, as you're arriving on to the, to the scene, where's the struggle taking place?

A: Uhm it's like right behind the car that was sitting by front door of the Sunoco.

Q: Behind the car?

A: Right.

Q: Okay. And when you wal-, when you arrive on the scene, tell me the positions of the different officers on this? Is this guy face up or face down?

A: He's face down.

Q: Okay. He's face down behind this car.

A: Yes.

Q Okay. Where is Officer Jorg?

A: Officer Jorg is uh between his like where his head and his uh his left shoulder, kinda leaning right up in that, that area up there.

Q: Okay. Now is he next to him, on top him, in front of the head?

A: He's off to the side of the head.

Q: Is he, is he leaning on him or?

A: I. No. All I could see was him just trying to get his arm. That's.

Q: Okay. Where's Officer Caton?

A: Officer Caton was uh look like he was along his torso on the uh right side, uhm below his shoulder, uh above his waist.

Q: Okay. Does uh, does Jorg have, have control of his left arm?

A: Not that I'm aware of. I couldn't, I couldn't tell you that.

Q: Okay. Does Caton have control of the right arm?

A: He's holding on to it.

Q: And that's the arm that had the cuff on it?

A: Right. He's holding on to it and he's trying to push it towards the center of his back?

A: Okay. And then there's a black officer there that, I'm sorry you said was, later he came known as,

A: Uh Sellers.

Q: Sellers. Where was Officer Hunter?

A: Uhm he was, he was up towards the front of the head, but he wasn't actually leaning down doing anything. He just. I remember him kinda leaning down like in a crouch uhm probably about two or three feet away from his head.

Q: Okay. Where is Sellers?

A: Uhm Sellers was back by the legs. I couldn't, I couldn't see what he was doing.