# THE POLICE INTERVENTION OF ROGER OWENSBY, JR.

## IIS CASE #00248

## STATEMENT

## OF

## POLICE OFFICER JASON HODGE

Code to persons speaking in statement:

Q:   Sergeant Maris Herold
     Internal Investigation Section
     Cincinnati Police Department

QQ:  Sergeant Anthony Carter
     Internal Investigation Section
     Cincinnati Police Department

A:   Police Officer Jason Hodge

AA:  Police Officer Keith Fangman, FOP Representative

(Note: Inaudible portions of statement indicated by dashes)

Q:   This is Sergeant Mari Herold of the Internal Investigation Section. Today's date is uh March 14th, 2002. The approximate time is uh 0900 hours. With me today in this interview in the small conf- uh small interview room at the Internal office is uh is Son, Sergeant Anthony Carter currently detailed to Internal from District Four. Keith Fangman is acting as uh Officer Jason Hodge's FOP representative in this interview and I'm

1

Hodge
Depo 160
Ex

Q: So he's in a ball position. So that would be actively resisting, would it not?

A: Yes.

Q: If you're up in a ball position, that's hard to do. That's a. That's hard to do to put your feet up in a ball position when somebody's got your arms. I mean that's hard on the stomach and the back if you've ever done that. Have you ever done that?

A: Not that I can recall. No.

Q: So he's in a ball position and Jorg and Caton are on either side of him.

A: Yes.

Q: And then what happens to get him to put his feet down?

A: Somebody had just said, "Put your feet down and walk." And he put his feet down.

Q: Somebody? Who said it?

A: I don't know who said it.

Q: So does he drop his feet or?

A: Yes.

Q: So all of a sudden now he's gonna be compliant?

A: I guess so.

Q: So he drops his feet. And you see this. This isn't something that you've heard

A: Yes.

Q: or anything like this is.

A: No. I. I.

Q: You see him drop his feet?

A: I watched him drop his feet. Yes.

20