UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - -

ESTATE OF ROGER D.          :
OWENSBY JR., et al.,        :
                            :
          Plaintiffs,       :  Case No. 01-CV-769
                            :  (Judge S. A. Spiegel)
vs.                         :
                            :
CITY OF CINCINNATI,         :     VOLUME I
et al.,                     :
                            :
          Defendants.       :
- - - - - - - - - - - - - - -


          Videotaped deposition of DAVID WILLIAM

HUNTER JR., a witness herein, called by the

plaintiffs for cross-examination, pursuant to the

Federal Rules of Civil Procedure, taken before me,

Wendy Davies Welsh, a Registered Diplomate Reporter

and Notary Public in and for the State of Ohio, at

the offices of Helmer, Martins & Morgan Co. LPA,

1900 Fourth & Walnut Centre, 105 East Fourth Street,

Cincinnati, Ohio, on Thursday, November 6, 2003, at

2:43 p.m.

Page 131

1  to the Sunoco station.  What happens at that point?

2      A.  I walk up and I looked in the window,

3  which the window I looked in, it's directly behind

4  the cash register and the clerk would be standing

5  right in front, you know, right there with his back

6  to that window.  And then people making purchases

7  would be facing that -- that direction.

8      Q.  Let me give you what I'm going to mark as

9  Exhibit 86, and it is a drawing of the Sunoco

10  station.

11          (Deposition Exhibit 86
           was marked for identi-

12                  fication.)

13      Q.  If you would just indicate with a circle

14  and the number 1 where you were located, the -- the

15  window that you were looking through.

16      A.  (Witness complies.)

17      Q.  Thank you.  Were -- were Jorg and Caton

18  standing at that window with you?

19      A.  They were standing just behind me.

20      Q.  All right.  What happens at that point?

21      A.  I look in the window.  The -- the person,

22  Mr. Owensby, he steps to the counter to pay for his

23  drink.  And I step back and I tell Caton and Jorg,

24  That's him.

Page 142

1  know whether or not he was carrying a nightstick?

2      A. I don't recall.

3      Q. A PR-24?

4      A. I don't recall if he was carrying one or

5  not.

6      Q. Do you know whether or not that night

7  Officer Jorg was carrying a collapsible PR-24 or a

8  regular full-size PR-24?

9      A. I don't remember what type he had.

10     Q. What happens next?

11     A. Officer Jorg and Officer Caton talk to Mr.

12  Owensby.  They asked him questions.  And then, like

13  I said, I -- I stood back, because I was still under

14  the contact-cover concept.  If they both were going

15  to jump in and talk, then I just stood back as

16  cover.  Because in actuality only one person should

17  have been talking.  The other two should have been

18  standing back.

19         So once they were done doing their --

20  their thing, they -- the -- the last thing one of

21  them asked, I believe it was Officer Jorg, was,

22  "Well, have you ever fought the police?"

23     Q. Fought?

24     A. Fought.  Fought the police.  And then Mr.

Page 143

1  Owensby said no.  Then, after that, that's when I
2  walked up.  Well, you know, I -- not really walked
3  up, I was there, but that's when I came in the
4  doorway just, you know, where I could make eye
5  contact with Mr. Owensby.  And I -- and I asked him,
6  I said, "So, have you ever ran from the police?"
7        And then when he saw that, it was a
8  reaction on his face and then that's when he broke
9  for the door.
10       THE REPORTER:  I'm sorry, "broke for
11   the" --
12       THE WITNESS:  The door.
13   A.  Ran toward -- I mean, he was in the
14  doorway.  And then it's like he tried to run past
15  us.
16   Q.  **When he broke to ran -- to run, did -- did**
17  **he push you or assault you in any way?**
18   A.  No.
19   Q.  **As he went past you, did -- did he get**
20  **completely past Officer Jorg and Caton before they**
21  **grabbed him?**
22   A.  I think he did.  It happened so fast, but
23  I -- I think he actually just got -- because he went
24  by so fast.  And then it was like, next thing you

Page 274

1    You recall that being read to you before?

2    A. Yes.

3    Q. All right. And I'm going to read you the
4    next question and answer, then.

5    "Question: Your testimony would be that
6    Roger Owensby continued to resist right until the
7    point that his arm was cuffed, correct?

8    "Answer: Yes."

9    Would that be fair?

10    A. Yes. Yeah.

11    Q. That was your testimony?

12    A. Yes, sir.

13    Q. Okay. And moving on to page 547. Well,
14    I'll take you up to 546. That's in fairness to Mr.
15    Martins. That's what he read to you. This was
16    about the heavy breathing. And we'll start at -- at
17    the question starting, 546, at line 15.

18    "Now, do you believe that immediately
19    after the struggle, when you and Blaine Jorg got up,
20    at that point, were you breathing a little heavily?

21    "Answer: Yes.

22    "Question: Was Blaine Jorg breathing a
23    little heavily?

24    "Answer: Yes.

Page 169

1  we eventually got him handcuffed.

2  Q. How much time elapsed from after you had
3  sprayed Mr. Owensby with the Mace to the time that
4  you got his right arm out?

5  A. A matter of maybe -- maybe a minute or
6  less.

7  Q. How much time was this entire procedure
8  from the time that Mr. Owensby ran between you and
9  the other officers to the time the handcuffs were
10  put on?

11  A. I did know the answer to that, because I
12  saw it, but right now I don't remember even reading
13  it. I honestly, you know, saw from the incident the
14  exact time. But when it happened, it seemed like
15  it -- maybe three and a half minutes, four minutes,
16  something like that.

17  Q. The -- you get his right arm out. Officer
18  Caton, I guess, gets the left arm out?

19  A. Yes.

20  Q. What happens next?

21  A. He was cuffed.

22  Q. Who cuffed him?

23  A. I don't remember.

24  Q. Did Officer Caton ever leave -- well,

ROBERT B. HEILAND, JR.
December 3, 2003

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - -

ESTATE OF ROGER D.            :
OWENSBY JR., et al.,          :
                             :
        Plaintiffs,          :
    vs.                      :   Case No. 01-CV-769
                             :   (Judge S. A. Spiegel)
CITY OF CINCINNATI,          :
et al.,                      :
                             :
        Defendants.          :

- - - - - - - - - - - - - - - -


        Deposition of ROBERT B. HEILAND JR.,

defendant herein, called by the plaintiffs for

cross-examination, pursuant to the Federal Rules of

Civil Procedure, taken before me, Wendy Davies

Welsh, a Registered Diplomate Reporter and Notary

Public in and for the State of Ohio, at the offices

of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

Walnut Centre, 105 East Fourth Street, Cincinnati,

Ohio, on Wednesday, December 3, 2003, at 10:10 AM.

Page 126

1  not you were looking at the two officers and Mr.

2  Owensby as they approached your vehicle; is that

3  correct?

4     A. Correct.

5     Q. Your answer was yes, you did?

6     A. Yes.

7     Q. I want to specifically ask you, could you

8  see Mr. Owensby's face at that time?

9       MR. MARTINS: Objection. Asked and

10   answered.

11      MR. WEISENFELDER: Go ahead.

12      MR. HARDIN: You asked it and he answered

13   it to you. I need to get it.

14    A. They were walking towards me and I could

15 see his face, yes.

16    Q. I think you indicated that you saw a

17 little blood on his face; is that right?

18    A. I did see blood on his face.

19    Q. Do you know in what area of the face you

20 may have seen blood?

21      MR. MARTINS: Objection. Asked and

22   answered.

23      MR. WEISENFELDER: Go ahead.

24    A. It was around the nose and the mouth area,

Page 129

1    A. No.

2    Q. Did you believe that Roger Owensby was

3 unconscious when he was placed in your vehicle?

4        MR. WEISENFELDER: Objection.

5        Go ahead.

6    A. No.

7    Q. Would you have allowed them to place him

8 in your vehicle if you had thought he was

9 unconscious?

10        MR. WEISENFELDER: Objection.

11        Go ahead.

12    A. No.

13    Q. Would you have allowed them to place him

14 in the vehicle if you thought he was seriously

15 injured?

16        MR. WEISENFELDER: Objection.

17        Go ahead.

18    A. No.

19    Q. With respect to the time that you went

20 over to the car to look in, do you recall that

21 testimony, where at some point after he was placed

22 in the car you returned to the car to look in it?

23    A. Yes, sir.

24    Q. You said you didn't use your flashlight.

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - -

ESTATE OF ROGER D.              :
OWENSBY JR., et al.,            :
                               :
        Plaintiffs,            :
    vs.                        :   Case No. 01-CV-769
                               : (Judge S. A. Spiegel)
CITY OF CINCINNATI,            :
et al.,                        :
                               :
        Defendants.            :
- - - - - - - - - - - - - - - -


        Videotaped deposition of DARREN VERESE

SELLERS, witness herein, called by the plaintiffs

for cross-examination, pursuant to the Federal Rules

of Civil Procedure, taken before me, Wendy Davies

Welsh, a Registered Diplomate Reporter and Notary

Public in and for the State of Ohio, at the offices

of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

Walnut Centre, 105 East Fourth Street, Cincinnati,

Ohio, on Tuesday, October 21, 2003, at 10:09 a.m.

37

| | | |
|---|---|---|
| 10:45:22 | 1 | under-- the plainclothes car come up there.  And |
| 10:45:26 | 2 | they met us -- they -- they were at -- on station |
| 10:45:30 | 3 | at, I guess it was -- |
| 10:45:32 | 4 | Q.    Roselawn? |
| 10:45:32 | 5 | A.    -- Roselawn Park.  They were sitting there |
| 10:45:34 | 6 | waiting on us.  Well, then the -- in between that |
| 10:45:37 | 7 | time, that's when the radio, we heard a whole bunch |
| 10:45:39 | 8 | of like -- it wasn't screaming, but it was a lot of |
| 10:45:42 | 9 | static and a lot -- you could hear a person on there |
| 10:45:45 | 10 | like they were struggling or something, on the |
| 10:45:47 | 11 | radio.  And that's when the officer needs assistance |
| 10:45:51 | 12 | came out.  I turned and looked at Hasse.  Hasse |
| 10:45:54 | 13 | said, "That's them, go get them, go help them."  So |
| 10:45:57 | 14 | I -- I sprinted from over here all the way down |
| 10:45:59 | 15 | towards the Sunoco to where I seen those -- those |
| 10:46:01 | 16 | guys at. |
| 10:46:03 | 17 | Q.    Can you draw an arrow indicating the path |
| 10:46:05 | 18 | that you took from your car to the area where you |
| 10:46:09 | 19 | saw everyone. |
| 10:46:12 | 20 | A.    Okay. |
| 10:46:13 | 21 | Q.    Okay.  Thank you. |
| 10:46:13 | 22 | A.    Uh-huh. |
| 10:46:14 | 23 | Q.    Let me ask you a few things.  Had -- do |
| 10:46:23 | 24 | you know whether or not Officer Caton talked to your |

10:56:01  1  feet were.  I wasn't even looking at his feet.

10:56:04  2      Q.    Okay.  Was he bent over, holding the arm?

10:56:05  3      A.    He was bent over, holding his arm.

10:56:07  4      Q.    He had both hands on --

10:56:09  5      A.    Both hands on his wrist.

10:56:15  6      Q.    And if you recall, where was Officer

10:56:19  7  Hunter?

10:56:20  8      A.    Hunter was in this position up here

10:56:24  9  (indicating).

10:56:27  10     Q.    Okay.  Was Mr. -- was Officer Hodge at the

10:56:30  11 scene when you arrived?

10:56:32  12     A.    I didn't know who Hodge was until later on

10:56:36  13 they told me that's who -- who he was.  But Officer

10:56:38  14 Hodge was over in this area here when I was trying

10:56:42  15 to get -- get his left arm from up under him,

10:56:47  16 Officer Hodge was over here.

10:56:48  17     Q.    Okay.

10:56:48  18     A.    Helping me.

10:56:50  19     Q.    But what I'm asking is just when you come

10:56:53  20 on the scene and you see Owensby face-down on the

10:56:56  21 asphalt --

10:56:57  22     A.    Uh-huh.

10:56:57  23     Q.    -- you've indicated where Jorg was.

10:56:59  24     A.    Uh-huh.

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - -
ESTATE OF ROGER D.              :
OWENSBY JR., et al.,            :
                               :
        Plaintiffs,            :
    vs.                        :   Case No. 01-CV-769
                               : (Judge S. A. Spiegel)
CITY OF CINCINNATI,            :
et al.,                        :
                               :
        Defendants.            :
- - - - - - - - - - - - - - -


VOLUME I


Deposition of DANIEL L. SCHULTZ, M.D., a

witness herein, called by the plaintiffs for

cross-examination, pursuant to the Federal Rules of

Civil Procedure, taken before me, Wendy Davies

Welsh, a Registered Diplomate Reporter and Notary

Public in and for the State of Ohio, at the Frank P.

Cleveland, M.D. Institute of Forensic Medicine,

Toxicology and Criminalistics, 3159 Eden Avenue,

Cincinnati, Ohio, on Wednesday, December 17, 2003,

at 11:57 a.m.

Page 51

1    Q. What was your opinion to a reasonable

2  degree of medical certainty in the field of forensic

3  pathology, as to the cause of death of Mr. Owensby?

4    A. Cause of death, mechanical asphyxia.

5    Q. Would you explain to us what mechanical

6  asphyxia is?

7    A. Well, it is a form of asphyxia that is due

8  to physical compression of the chest. And

9  although -- I use it in a rather broad form.

10  Although I recognize that I could be seeing this

11  constellation of symptoms from, or findings from,

12  compression of the chest, I can also see it from

13  compression of the neck.

14      Now, I use the broad term "mechanical

15  asphyxia." You will find that there is varying

16  definitions of this term. My definition is, it's

17  from a compression of the body in some locale,

18  whether it's chest or neck, resulting in asphyxia.

19      I don't think either of those scenarios

20  are mutually exclusive. Both or one of those two

21  certainly could have taken place. But in any event,

22  it's still a mechanical pressure applied, resulting

23  in asphyxia.

24      So, you know, I hope that my term is more

Page 148

1 look at his chest.

2   Q. I'm saying if you had viewed Mr. Owensby

3 without lifting up his shirt, without doing any of

4 that, just as he's clothed, in a normal fashion for

5 the purpose of the question, what injuries would you

6 have been able to see?

7   A. The injuries to his face. I don't know

8 what kind of -- because of course his shirt wasn't

9 there at the time. There was no shirt. So --

10   Q. I don't want you to worry about -- I'm

11 assuming for the purpose of the question that he did

12 have covering over his torso.

13   A. Okay. Well, his left forearm has some

14 abrasions, which if he's wearing a short-sleeve

15 shirt it would be visible.

16   Q. Right. If you have a long-sleeve shirt,

17 it may not be?

18   A. Right.

19   Q. All right. Were any of the injuries that

20 you saw on the facial area injuries that would have

21 necessitated immediate medical attention?

22     MR. MARTINS: Objection.

23   A. The injuries to his face are markers of

24 trauma and they themselves are not injuries that

Estate of Roger Owensby vs City of Cinti.
April 8, 2004

Case 1:01-cv-00769-SAS   Document 192-6   Filed 08/30/2004   Page 16 of 27

JASON LEE HODGE

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - -
ESTATE OF ROGER D.          :
OWENSBY JR., et al.,        :
                           :
         Plaintiffs,        :
    vs.                     :  Case No. 01-CV-769
                           : (Judge S. A. Spiegel)
CITY OF CINCINNATI,         :
et al.,                     :
                           :
         Defendants.        :
- - - - - - - - - - - - - - - -


        Deposition of JASON LEE HODGE, defendant

herein, called by the plaintiff for

cross-examination, pursuant to the Federal Rules of

Civil Procedure, taken before me, Wendy Davies

Welsh, a Registered Diplomate Reporter and Notary

Public in and for the State of Ohio, at the offices

of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

Walnut Centre, 105 East Fourth Street, Cincinnati,

Ohio, on Thursday, April 8, 2004, at 10:06 a.m.

Page 26

1    A. Yes.

2    Q. You get a phone call from someone or, I

3 guess, Officer Lawson gets a phone call; is that

4 right?

5    A. Yes.

6    Q. Can you take me from that point forward

7 and give me your best recollection of what happened?

8    A. Well, Officer Lawson received a phone call

9 from someone stating they had somebody they'd like

10 us to talk to. I told him I would ride with him.

11 We drove up to that intersection where the Sunoco

12 was at. I saw officers standing in the Sam's Carry

13 Out parking lot and a lot of civilians around them.

14        We didn't want to blow our cover, so we

15 went over to Roselawn Park, sat over at Roselawn

16 Park. At that point we heard an assistance call

17 come out for the location those officers were at.

18    Q. Let me stop you for a second and ask some

19 questions about what you've just covered. The phone

20 call comes in. Officer Lawson takes the phone call.

21 And then I guess at some point he tells you what has

22 happened, or were you on the phone call?

23    A. No, I wasn't on the phone call.

24    Q. So he takes the phone call and tells you,

Page 29

1  It was just the first parking lot there.

2      Q. Could you see, from where you were parked,

3  could you see Sam's?

4      A. No.

5      Q. In any event, what happens next?

6      A. The assistance call came out and Lawson

7  drove the car over to the Sam's parking lot.  That's

8  when I got out of the car.  I saw Hasse at a police

9  car in the Sam's Carry Out lot.  He was pointing

10  over to the Sunoco station.  I looked over at the

11  Sunoco station, saw several officers struggling with

12  someone, ran over there and gave assistance to them.

13      Q. Do you recall whether or not your partner,

14  Officer Lawson, got out of the car?

15      A. I don't know what he did.

16      Q. Do you have a recollection of Officer

17  Lawson following you in the car over to the Sunoco

18  station?

19      A. I don't know what he did.

20      Q. After the event with Mr. Owensby was

21  completed, after Mr. Owensby was handcuffed and you

22  stood up, do you recall seeing the car that you and

23  Officer Lawson had driven up in the parking lot?

24      A. I don't remember seeing the car.  I don't

Page 32

1    Q. So his head is facing -- is parallel to
2  the store or his body is parallel to the store;
3  would that be fair?
4    A. Roughly, yes.
5    Q. It is facing --
6    A. -- northwest.
7    Q. Yeah, I guess, toward the -- well, toward
8  the island and the intersection of Sam's Carry Out
9  and the Sunoco station, fair?
10    A. In that general direction, yes.
11    Q. Now, when you come up, which side of Mr.
12  Owensby are you on?
13    A. I'm on Owensby's right side.
14    Q. As I understand what you've told me
15  before, you were -- or not what you've told me --
16  what you've told others before, you were between his
17  neck and his shoulder?
18    A. Yes.
19    Q. Are you kneeling down?
20    A. Yes, I am.
21    Q. To your immediate left is Officer Caton?
22    A. Yes.
23    Q. Across from you is Officer Jorg?
24    A. Yes.

Page 33

1    Q.    Somewhere is Officer Hunter?

2    A.    Hunter is several feet away from his head,

3   kneeling down.
          (Deposition Exhibit 154
4              was marked for identi-

5                   fication.)

6    Q.    Let me try this.  I'll give you what is

7   marked as Exhibit 154.  It's just a general sketch

8   of a body, looking at it from the back.  Would you

9   just write your name in the position where you were.

10    A.    (Witness complies.)

11    Q.    Then write "Caton" in the position where

12   Caton was.

13        MR. HELBLING:  I didn't catch, what

14     exhibit number is that?

15        MR. MARTINS:  154.

16    Q.    Then Hunter.

17    A.    Hunter was up in this area.  He wasn't

18   anywhere close to his head.  I mean, he was --

19    Q.    Would you write "Hunter" then at the top

20   and put an arrow indicating it was beyond that area.

21    A.    (Witness complies.)

22    Q.    Then Officer Jorg?

23    A.    (Witness complies.)

24    Q.    I believe when you arrived Officer Sellers

Page 35

1    Q. What was Officer Caton doing at that time?

2    A. He was trying to pull Owensby's arm out
3 from under him to put it to the middle of his back.

4    Q. Was Officer Caton straddling any portion
5 of Mr. Owensby's body?

6    A. No.

7    Q. So he was not on his back or his buttocks
8 or thighs?

9    A. No.

10    Q. Is Officer Caton using both hands?

11    A. I believe he was, yes.

12    Q. Am I understanding you correctly that Mr.
13 Owensby's hand is under his body?

14    A. It wasn't completely under. It was far
15 enough under to where when I grabbed ahold of his
16 arm it felt like he was giving a lot of resistance
17 to keep us from pulling his arm all the way out, but
18 it was far enough out where I could clearly see a
19 handcuff on his right wrist.

20    Q. I take it you did not hear Mr. Owensby say
21 anything?

22    A. I don't recall if he said anything or not,
23 no.

24    Q. You don't recall him cussing or swearing?

Page 39

1    Q. So a couple seconds go by, you were
2 grabbing at his bicep, what's the next thing that
3 you do?
4    A. I reached over and took Officer Hunter's
5 PR-24 from him.
6    Q. Did you have to get up to get the PR-24?
7    A. I just leaned over a little bit. He was
8 maybe two or three feet away.
9    Q. So I take it you're still on your knees?
10    A. Right.
11    Q. You lean back, reach over, and grab his
12 PR-24?
13    A. I leaned to my side. He was off to my
14 right.
15    Q. So you grab with your right hand?
16    A. Right. Reach out and ask for it as I'm
17 taking it out of his belt.
18    Q. Was Officer Hunter standing or kneeling?
19    A. He was kneeling.
20    Q. So at the point you grab for the PR-24, is
21 it fair to say that Officer Hunter is somewhere
22 toward the right side of Mr. Owensby's head?
23    A. No. It appeared to me that he was towards
24 the middle of it, several feet away.

Page 41

1  so that it comes under his wrist?

2  A. Right.

3  Q. Then in using a -- prying it back, then

4  you pulled the wrist out?

5  A. Right.

6  Q. Were you successful in doing that?

7  A. Yes.

8  Q. The wrist came out?

9  A. Yes.

10  Q. Once his wrist came out from under him,

11  what happened next?

12  A. Caton immediately pushed his arm towards

13  the small of his back and held it there.

14  Q. Then what happened?

15  A. Officer Jorg took the PR-24 from me and

16  did the same thing to the other side.

17  Q. Were you watching Officer Jorg?

18  A. I really wasn't paying attention to him,

19  no.

20  Q. Do you know how he used the PR-24?

21  A. No, I don't.

22  Q. But in any event, he grabs the PR-24 and

23  soon thereafter Mr. Owensby's left arm is in

24  position to be handcuffed?

Page 46

1 **him up?**

2    A. I believe Officer Caton and Jorg and

3 Sellers.

4    Q. Do you recall how the officers picked up

5 Mr. Owensby?

6    A. I believe it was under his -- under his

7 arms, by his arms.

8    Q. Bicep, armpit area?

9    A. Right.

10    Q. Was Officer Jorg still on Mr. Owensby's

11 left side and Officer Caton still on Mr. Owensby's

12 right side?

13    A. Yes.

14    Q. You said possibly Officer Sellers.  Do you

15 know what role, if any, Officer Sellers played in

16 getting Mr. Owensby up?

17    A. No, because I really couldn't see him.

18    Q. Is there something in your recollection

19 that causes you to say and possibly Officer Sellers?

20    A. Because he was there with Owensby when I

21 was leaning over to Hunter, so. . .

22    Q. I take it Officer Hunter, in your

23 recollection, did not participate in picking Mr.

24 Owensby up?

Page 47

1    A. Right.

2    Q. Once Mr. Owensby's picked up, where are

3  you in relation to Mr. Owensby?  Are you facing him?

4  Are you off to the side?  Are you behind him?

5    A. I'm kind of behind him.  As they were

6  picking him up and I was giving the PR-24 back to

7  Hunter, I'm also moving out of the way at that time,

8  because I'm -- now I'm a person in the way, so I

9  move out of the way.  Owensby was facing the

10 direction that they were going to be traveling in.

11   Q. I think you've testified that when they

12 initially picked him up, Mr. Owensby was kind of

13 balled up; is that right?

14   A. Yes.

15   Q. Describe for me what you mean by "balled

16 up"?

17   A. He had the heels of his feet pressed

18 against his buttocks.

19   Q. Was his head down?

20   A. I don't recall what his head was doing.

21   Q. Did you see his face when they picked him

22 up?

23   A. No.

24   Q. So you were sufficiently behind that you

1  could not see his face?

2    A. Yes.

3    Q. Did you hear him say anything when they

4  picked him up?

5    A. No, I didn't.

6    Q. No complaint?

7    A. (Shaking head.)

8    Q. Were you breathing heavily as a result of

9  the struggle?

10    A. I don't recall if I was or not.

11    Q. Do you know whether any of the other

12  officers were breathing heavily?

13    A. I didn't really pay attention to that. I

14  don't know.

15    Q. Did any of the officers say anything from

16  the time that Mr. Owensby was handcuffed to the time

17  that they picked him up?

18    A. Somebody had stated, "Put your feet down

19  and walk."

20    Q. That's after he's out?

21    A. Right.

22    Q. I mean, before that?

23    A. Between the time he was handcuffed and --

24    Q. Yes, sir.

Page 53

1      MR. MARTINS:  Yes.

2      MR. HARDIN:  And before he was stood up?

3      MR. MARTINS:  Before he was stood up.

4      MR. HARDIN:  Okay.  Objection.

5      A.  I don't know if he could have hit him or

6  not.

7      Q. **Mr. Owensby is now up.  What happens next?**

8      A.  Now that he's standing up, I saw -- I

9  turned to look, because I heard somebody say,

10  "Walk," and "Put your feet down."  I saw the heels

11  of his feet against his buttocks.  He put his feet

12  down to the ground and started walking towards the

13  car.

14      Q. **When you see him putting his feet down,**

15  **you're standing behind him?**

16      A.  Yes.

17      Q. **To Mr. Owensby's right side?**

18      A.  Yes.

19      Q. **As he is taken to the car, am I correct in**

20  **understanding that you describe the way his feet**

21  **moved as short, choppy steps, like someone who is**

22  **severely intoxicated?**

23      A.  Yes.

24      Q. **Did you follow the officers as they took**