Estate of Owensby vs. City of Cincinnati
October 14, 2003

Case 1:01-cv-00769-SAS   Document 192-7   Filed 08/30/2004   Page 1 of 31

ROBERT BLAINE JORG

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - -

ESTATE OF ROGER D.                :
OWENSBY JR., et al.,              :
                                  :
          Plaintiffs,             :
    vs.                           : Case No. 01-CV-769
                                  : (Judge S. A. Spiegel)
CITY OF CINCINNATI,               :
et al.,                           :
                                  :
          Defendants.             :

- - - - - - - - - - - - - - - -


        Videotaped deposition of ROBERT BLAINE JORG, a

defendant herein, called by the plaintiffs for

cross-examination, pursuant to the Federal Rules of

Civil Procedure, taken before me, Wendy Davies

Welsh, a Registered Diplomate Reporter and Notary

Public in and for the State of Ohio, at the offices

of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

Walnut Centre, 105 East Fourth Street, Cincinnati,

Ohio, on Tuesday, October 14, 2003, at 10:12 a.m.

12:31:00    1    then, again, he comes back on as "4055." Officers

12:31:05    2    jumped beats. I ran Beat 6 every now and then.

12:31:09    3    4061, I believe, didn't exist.

12:31:12    4        Q.    So where they say "4061," they meant

12:31:15    5    "4055"?

12:31:16    6        A.    I believe so. I could be wrong, but I

12:31:21    7    believe that's --

12:31:32    8        Q.    On the last page, 4-- about two-thirds of

12:31:36    9    the way down, 4042 (sic) says, "Signal 39, back to

12:31:39    10   uhm, Sam's Carry Out from. . . 58 Yorktown.

12:31:44    11   Starting miles 66454." What does "Signal 39" mean?

12:31:51    12       A.    I don't remember.

12:32:25    13       Q.    In this incident was there -- was it your

12:32:28    14   understanding that there was an assault on Officer

12:32:31    15   Hunter?

12:32:31    16       A.    Correct.

12:32:34    17       Q.    What was the nature of the assault?

12:32:37    18       A.    His story changed a couple of times.

12:32:40    19   Basically, when he was chasing Mr. Owensby he was

12:32:44    20   able to catch him from behind, and as he was trying

12:32:48    21   to take him to the ground they exchanged blows with

12:32:52    22   their fists. Mr. Owensby was allowed to escape out

12:32:55    23   of his coat and continued running when Mr. Hunter

12:33:03    24   could not catch him the second time.

Page 92

1  cruiser and picking up my night stick, which was
2  either in the door or in the screen of our car.
3  Jogged up to catch up to them.  At which point I
4  believe they were probably five, ten feet away from
5  the side of the window on the Sunoco store.  I stood
6  back, because I knew I couldn't identify him.  And
7  Officer Hunter, I believe, made the statement to the
8  effect, "I believe that's him."  And Officer Caton
9  asked, "Are you sure?"  And something to the effect
10  of, "I can't tell from here, but I believe that's
11  him."
12      Q.  Now, can you indicate on that chart,
13  Exhibit -- or sketch, Exhibit 8, where you, Officer
14  Hunter, and Officer Caton were located at this time,
15  when you're standing outside --
16      A.  Somewhere --
17      Q.  -- the convenience store.
18      A.  -- on the side of Sunoco.  On the
19  northwest side there is a window.  I don't know
20  exactly where it is, if it's in the front of the
21  store, the middle of the store, the side.  I don't
22  know.  Wherever that window was, let's just say for
23  example it's right here (indicating).
24      Q.  Okay.  Mark that with the letter A.

13:04:23  1    broke and ran past Pat, past Dave.  I somewhere lost

13:04:30  2    my night stick and my handcuffs in a short pursuit.

13:04:37  3        Q.    Let me -- let me stop you there.  When --

13:04:44  4    when you reached for your handcuffs you reached with

13:04:47  5    your right hand for your handcuffs?

13:04:49  6        A.    Yes.

13:04:49  7        Q.    And your handcuffs are located on the back

13:04:52  8    of your belt?

13:04:54  9        A.    Yes.

13:04:54  10        Q.    Did you open the pouch and pull the

13:04:56  11    handcuffs out?

13:04:57  12        A.    I don't know.

13:05:02  13        Q.    Up to this point in time, did you ask this

13:05:08  14    individual if he went by the nickname of LA?

13:05:11  15        A.    Not at that point, yet.

13:05:14  16        Q.    Did Officer Caton ask if he went by LA?

13:05:18  17        A.    I don't think anybody asked him if he went

13:05:20  18    by LA.

13:05:21  19        Q.    Yeah.  And so Hunter did not either?

13:05:23  20        A.    I don't know if he did or not.  I don't

13:05:24  21    remember him saying that -- or asking that.

13:05:27  22        Q.    To your recollection, no one asked this

13:05:30  23    person that you had stopped to talk to whether or

13:05:31  24    not he went by the nickname of LA?

10:52:55  1  2000?

10:52:56  2      A.   It's what's called the digital tip.  It

10:52:58  3  basically is the tip of your finger.  What I did is,

10:53:01  4  once I had Mr. Owensby stabilized with the head

10:53:05  5  wrap, I applied to -- what you're -- what you're

10:53:11  6  supposed to do with a pressure point is look for

10:53:14  7  compliance.  You apply the pressure, give the

10:53:17  8  command, look for compliance.  When a subject is

10:53:22  9  resisting as strongly as he was, the only way you

10:53:26  10  can overcome strength is with pain compliance

10:53:28  11  techniques.

10:53:31  12      Q.   Okay.  All I'm asking is how you employed

10:53:32  13  the pressure point technique at this point.

10:53:35  14      A.   I had his head stabilized with my left

10:53:38  15  hand around his forehead here (indicating).  I

10:53:41  16  brought in my right hand -- thumb, and applied it to

10:53:45  17  the mandibular angle, looking for compliance.

10:53:48  18      Q.   So it was the thumb at the base of the ear

10:53:51  19  and the jaw bone?

10:53:52  20      A.   At the base of the ear.  The jaw bone's

10:53:56  21  down here (indicating).

10:53:56  22      Q.   Oh, okay.

10:53:57  23      A.   Down here where --

10:53:57  24      Q.   Base of the ear?

14:50:43   1   would have encountered, no, he probably wouldn't

14:50:45   2   have been handcuffed.

14:50:46   3        Q.   So he would have been given a citation and

14:50:49   4   that would be the end of it?

14:50:50   5        A.   Pretty much.

14:50:51   6        Q.   At any time do you recall Mr. Owensby

14:51:04   7   kicking?

14:51:05   8        A.   Yes.

14:51:05   9        Q.   When -- when was he kicking?

14:51:09  10        A.   I felt the lower part of his body moving

14:51:12  11   in the beginning of the situation when we were first

14:51:15  12   on the ground and I was on my back.  Of course, I --

14:51:17  13   I was able to turn him over fairly quickly.  And as

14:51:21  14   I am trying to scoot around to the side of him, he

14:51:24  15   is still trying to get up.  So, yes.  After that, I

14:51:28  16   don't recall him much kicking after that, no.

14:51:31  17        Q.   With respect to the initial time when you

14:51:33  18   fell to the ground, after you tackled him and you

14:51:36  19   fell to the ground on your back, him on top of you,

14:51:39  20   am I correct in understanding that it was almost

14:51:44  21   instantaneous, as you hit the ground, you flipped

14:51:46  22   him over so that he was face down on the asphalt and

14:51:50  23   you were on top of him?

14:51:52  24        A.   Yes.

13:49:44  1      A.   I don't remember.

13:49:45  2      Q.   What about Officer Hunter?

13:49:47  3      A.   I don't remember what he did.

13:49:51  4      Q.   Is it fair to say that all of these --

13:49:57  5  that the -- these five officers, you, Officer Caton,

13:50:01  6  Officer Hodge, Officer Hunter and Officer Sellers

13:50:04  7  worked together in arresting Mr. Owensby?

13:50:14  8      A.   Uh, not Webster, but it sounds like a

13:50:25  9  reasonable summation.

13:50:30  10      Q.   Would you describe it as a team effort?

13:50:37  11      A.   I guess.

13:51:07  12      Q.   On the -- on that evening -- earlier that

13:51:10  13  evening, when you originally responded to Officer

13:51:12  14  Hasse and Sellers' car and there was a suspect in

13:51:18  15  the back seat, do you know why the suspect in the

13:51:21  16  back seat had been arrested?

13:51:23  17      A.   Had to have been for a minor misdemeanor.

13:51:26  18  That's what they were missing was the minor

13:51:27  19  misdemeanor payout citation.

13:51:30  20      Q.   Did you know what it was?

13:51:31  21      A.   No.

13:51:31  22      Q.   Did you ever talk to that person?

13:51:32  23      A.   I don't remember if I did or not.

13:51:34  24      Q.   Do you recall whether or not the person

13:30:02  1    A.   I don't know.

13:30:05  2    Q.   Did you ever see him kicking?

13:30:07  3    A.   No.

13:30:07  4    Q.   What do you recall Officer Caton doing?

13:30:18  5    A.   He was mostly responsible for handcuffing.

When I got Mr. Owensby's left arm out, I remember

bringing it back.  That's when I used my knee on his

shoulder and I'm bringing his arm back to Pat to

place the handcuffs on.

13:30:35  10   Q.   Were you kneeling at this time?

13:30:36  11   A.   Yes.

13:30:37  12   Q.   So you had gotten up off of -- originally,

when we talked you had your head into his shoulder.

So you had pushed yourself up?

13:30:47  15   A.   How -- so we don't get out of context

here, how it went:  After we're on the ground, we

get rolled over, we're positioned differently.  I'm

trying to get my arm out from under his body.

That's when I let go of his arm and I'm trying to

get my arm out.  As I'm coming out, I tried to grab

his bicep and elbow and pull his arm out with me.  I

can't get it to come out.

13:31:12  23       That's when I wrap his head and perform

the mandibular angle pressure point to try to gain

126

13:31:19  1  compliance to overcome his strength by getting his

13:31:22  2  arm out.  Just so we don't lose sight of that part.

13:31:26  3          At that point, as soon as I gave him the

13:31:27  4  commands, it was either twice or three times, his

13:31:30  5  arm and his elbow -- his elbow moves up, his wrist

13:31:34  6  starts to come up, I trap his wrist, I let go of the

13:31:37  7  head, I come up.  I give the arm to Pat as the

13:31:40  8  handcuffing process is going on.

13:31:43  9          Q.   When's the Macing?

13:31:45  10         A.   I believe right, maybe the second before

13:31:49  11 his arm pops out or as it's popping out.  Might have

13:31:53  12 been maybe a second before.

13:31:54  13         Q.   Before the handcuffs are applied or after?

13:31:56  14         A.   Before.

13:31:57  15         Q.   At the time -- and -- and who applies the

13:32:03  16 Mace?

13:32:04  17         A.   Officer Hunter.

13:32:05  18         Q.   Did -- was Officer Hunter ever -- any part

13:32:08  19 of Officer Hunter's body in contact with Mr.

13:32:10  20 Owensby?

13:32:11  21         A.   I don't know.

13:32:27  22         Q.   At this point in time that you've

13:32:28  23 described, where you have Mr. Owensby's arm out

13:32:34  24 and -- left arm out, and you're giving it to Officer

122

13:27:04　1　　　　A.　　No.　I went through what I'm going through

13:27:06　2　right now and tried to give them case-by-case

13:27:08　3　stories, trying to give them examples of what

13:27:11　4　happened to me or what happened to other officers to

13:27:12　5　let them know.　And then we'll walk them through

13:27:14　6　different situations and ask them, "When do you

13:27:16　7　think you need to call?"

13:27:17　8　　　　　　　　Other -- some officers have a higher skill

13:27:19　9　level than others.　Some officers are very good

13:27:31　10　schmoothers, have a very good mouth and can calm a

13:27:31　11　situation down no matter how bad it is.　Other

13:27:31　12　officers can't do that.　Other officers rely on

13:27:32　13　different things.　I don't know.

13:27:32　14　　　　Q.　In this situation with Mr. Owensby did you

13:27:33　15　think that there should have been put out an officer

13:27:36　16　needs assistance call?

13:27:38　17　　　　A.　As soon as I wrapped him up and took him

13:27:41　18　to the ground, yes.

13:27:41　19　　　　Q.　Why?

13:27:42　20　　　　A.　He was a lot stronger than I was.

13:27:54　21　　　　Q.　On what do you base the -- your statement

13:27:57　22　that he was a lot stronger that you were?

13:28:01　23　　　　A.　Well, I'm trying to get his hand out from

13:28:03　24　under his -- his stomach, under his chest, and I

13:34:58  1        Q.    When you raised Officer -- I'm sorry.

13:35:02  2   When you raised Mr. Owensby's head to be Maced, how

13:35:06  3   did you do that?

13:35:10  4        A.    I really don't know.  I don't know at what

13:35:14  5   point that happened, and I can't fully recall how it

13:35:19  6   was done, if it was done.

13:35:20  7        Q.    Where were you when the Mace was applied?

13:35:24  8        A.    In the same position I referred to you as

13:35:26  9   earlier.  I was laying on the left side.

13:35:28  10       Q.    Were you still kneeling on the shoulder?

13:35:30  11       A.    No.

13:35:33  12       Q.    Where were your -- were you in a kneeling

13:35:35  13  position?

13:35:36  14       A.    I don't remember.

13:36:04  15       Q.    What did Officer Hodge do to assist in the

13:36:10  16  arrest of Mr. Owensby?

13:36:13  17       A.    The exact things, I'm -- I don't really

13:36:16  18  recall.  You're going to have to ask Officer Hodge.

13:36:19  19  I do know he was helping with the right arm to come

13:36:22  20  over and handcuff him.  Exactly what he did, I don't

13:36:25  21  know.

13:36:25  22       Q.    Did he use a PR-24?

13:36:27  23       A.    Uh, incorrectly, yes.

13:36:29  24       Q.    Okay.  But, I mean, there was a billy club

Page 130

1 or a PR-24 --

2    A. A PR-24 was --

3    Q. -- used in the arrest?

4    A. Yes.

5    Q. How -- to your recollection, how was it

6 used?

7    A. Well, when he first -- I don't know if

8 he -- where he got the PR-24, because he was in old

9 clothes and probably didn't have one with him.  So

10 whose it was, I don't know.

11         He, from what I remember, was using it

12 incorrectly, and he was on top instead of

13 underneath.  I took the PR-24 out of his hand and

14 slid it under the arm real quick so he could help

15 Pat bring the other hand over.

16    Q. Under the right arm?

17    A. Yes.

18    Q. So you're on the left-hand side, you reach

19 across, grab the PR-24, and insert it under the

20 right arm?

21    A. Yes.

22    Q. Is it inserted between the torso and the

23 elbow or from the outside through the elbow to the

24 torso?

Page 150

1 officers -- when you have a subject that's still
2 resisting, not that violent anymore, but yet still
3 resisting and not cooperating, get them to the
4 closest car you can.  And the closest car we had was
5 an undercover unit, didn't have a cage in the back
6 of the car.  So Golf Manor was there, we put him
7 there.
8    Q. **And you got permission from Golf Manor to**
9 **do that?**
10    A. Yes.
11    Q. **Who actually asked the Golf Manor officer**
12 **for permission?**
13    A. I remember asking them, "Can we put him in
14 your car?"  And from, again, from what I've heard,
15 other officers asked also.  I don't remember which
16 ones they were.
17    Q. **And do you recall the response that you**
18 **got?**
19    A. Something to the effect of, sure, go
20 ahead.
21       THE REPORTER:  Pardon me?
22       THE WITNESS:  Sure, go ahead.
23    Q. **And the officer you talked to from Golf**
24 **Manor was Officer Robert Heiland?**

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - - -

ESTATE OF ROGER D.            :
OWENSBY JR., et al.,         :
                              :
          Plaintiffs,         :
   vs.                        :   Case No. 01-CV-769
                              :   (Judge S. A. Spiegel)
CITY OF CINCINNATI,          :
et al.,                       :
                              :
          Defendants.         :

- - - - - - - - - - - - - - - -


          Videotaped deposition of PATRICK EDMUND

CATON, a defendant herein, called by the plaintiffs

for cross-examination, pursuant to the Federal Rules

of Civil Procedure, taken before me, Wendy Davies

Welsh, a Registered Diplomate Reporter and Notary

Public in and for the State of Ohio, at the offices

of Helmer, Martins & Morgan Co. LPA, 1900 Fourth &

Walnut Centre, 105 East Fourth Street, Cincinnati,

Ohio, on Friday, October 17, 2003, at   a.m.

75

11:54:25  1  but he had indicated to me that an assault had taken

11:54:29  2  place on him while he attempted to make a -- an

11:54:32  3  arrest for a drug charge of some kind.  Whether it

11:54:37  4  was trafficking or not, I don't know.  And he also

11:54:39  5  indicated to me that he had made a recovery.

11:54:45  6        Q.    Did he explain what kind of recovery?

11:54:49  7        A.    No, and I didn't ask.  When you say you're

11:54:53  8  in-- I -- when you're saying -- when you say I was

11:54:57  9  investigating a drug incident and I made a recovery,

11:55:00  10  that says to me you recovered some type of narcotic,

11:55:04  11  some type of illegal substance.

11:55:06  12        Q.    So that's -- that's what you understood --

11:55:09  13        A.    That's what I understood him to say.

11:55:12  14        Q.    -- from Officer Hunter?

11:55:13  15        A.    That's correct.

11:55:13  16        Q.    Did he mention anything about a sweat

11:55:16  17  shirt?

11:55:16  18        A.    No.

11:55:17  19        Q.    Continue.

11:55:17  20        A.    Somebody at that point said, "Maybe this

11:55:26  21  guy," referring to the person that we had in

11:55:28  22  custody, "knows something about LA and can give us

11:55:35  23  some further information."

11:55:35  24              Because when I asked, "Do we know LA's

1  It was then I could identify him as a male, black,

2  about medium size, medium height.  I could make out

3  the silhouette of dreads and a light-color shirt,

4  and that's about it.

5        I then --

6  Q. **What -- what --**

7  A. Skipping ahead.

8  Q. **-- color pants?**

9  A. I don't recall what color of pants.

10 Q. **Okay.  Go ahead.**

11 A. And then we then proceed, Officer Hunter

12 and Officer Jorg and I, then proceeded towards the

13 Sunoco lot.  And as I recall it, Officer Jorg

14 returned to the car momentarily for something and

15 then caught back up to us as we were approaching the

16 Sunoco lot in --

17 Q. **Let me ask you, before you approached the**

18 **Sunoco lot in response to Officer Hunter saying "I**

19 **think that's LA," did you hear Officer Jorg say**

20 **anything?**

21 A. Again, I don't recall who suggested that

22 this guy might know who LA is, but -- I don't know

23 if that was Officer Jorg or Officer Hunter or

24 Officer Hasse or anybody, but it was at the

Page 96

1    Q. All right.  And as I understand your
2 testimony, neither you nor Officer Jorg could back
3 Officer Hunter up, because there just wasn't enough
4 time between him doing that and Mr. Owensby then
5 trying to take off?
6    A. In -- in that whole instant, Officer
7 Hunter indicated to Officer Jorg that that's him.
8 Officer Jorg reached for his handcuffs and I think
9 reached for Owensby.  And actually, I -- I didn't
10 see that.  I know that because I've seen the tape
11 now, but --
12       And before any-- anybody could move, it
13 became a blur of activity at that point.  There was
14 an -- an explosion of movement, the best way I can
15 describe it.  Suddenly Dave Hunter wasn't there
16 anymore, Owensby wasn't there anymore, my partner's
17 running across, and I'm realizing we're now engaged
18 in a foot pursuit.
19       I start running.  Blaine stayed about step
20 for step with Owensby.  I don't know where Dave
21 went.  I can only conclude he got knocked down or
22 punched at that point.
23       I reach up -- I start running and reach up
24 to key up my mike to put out a foot pursuit.  Before

Page 103

1  doing.

2      Q. **All right. Continue.**

3      A. It -- it just never got that far.

4      Q. **Continue.**

5      A. At that point I put out the assistance

6  call. By the -- I -- I felt it was a very dangerous

7  situation. The first-level -- the -- the first-

8  level response to this was -- first level of force

9  is presence, and the more officers we can get there

10  quickly, the quicker this event will be over and,

11  hopefully, neither I or any of my partners would be

12  injured. And, too -- and -- and, too, another fact,

13  so, hopefully, the suspect isn't injured.

14          And we're in a very dangerous situation,

15  rolling around on the ground with the suspect and

16  there's three firearms present, is what's running

17  through my mind.

18          I begin climbing up the length of

19  Owensby's right leg, essentially working my way up

20  his leg. His left leg is kicking. I remember

21  actually turning my head away to keep from getting

22  kicked in -- in the head.

23          I then ended up at some point with my

24  chest essentially on his right buttock and I start

Page 104

1  bringing my knees up underneath me to get some
2  leverage.
3      Q. **Where's your head at this point?  Is it in**
4  **the small of his back or are you raised up?**
5      A. I'm -- I'm raising up --
6      Q. **Okay.**
7      A. -- at this point.  I try to reach
8  underneath with one arm, try -- he's got his right
9  arm, both arms pinned under his body like this
10  (demonstrating) and he's not surrendering his arms.
11  I reach under his body with my right arm and attempt
12  to pull his right arm out, and he just snaps it back
13  from me.
14      Q. **Is -- is the kicking that's going on**
15  **kicking -- if -- if you're laying face down, is it**
16  **kicking like raising your knee to raise your foot up**
17  **or -- or is he kicking from his hip?**
18      A. I -- I don't know.
19      Q. **You don't know?**
20      A. I don't know.
21      Q. **Continue.**
22      A. The -- at some point I took a slight blow
23  to the shoulder while he was kicking.  I -- I don't
24  know how he was kicking at that point.

Page 105

1    Q. All right.

2    A. I reached underneath.  His hand snapped

3 back.  I then pivoted around to get -- being more

4 perpendicular to his body, taking my left knee out

5 from between from his legs, and getting more along

6 the sides of his legs so I can reach under with both

7 hands at this point and pull his left -- pull his

8 right arm out from underneath him.  I start to pull

9 it with both --

10        Want me to stop?

11    Q. Well, I just wanted to ask you, is your --

12 so at this point both your knees are to Mr.

13 Owensby's right side?

14    A. That's correct.

15    Q. Is your chest still in contact with his

16 buttock area?

17    A. I don't -- I don't think so.  I don't

18 know.  I really don't know.

19    Q. All right.  You -- you were saying you

20 reached under?

21    A. Reach under -- I reached underneath him,

22 and he was strong enough to just rip his arm right

23 back out of my right -- my hands.  At that point I

24 delivered two palm strikes to the lower back part of

Page 106

1  his back, rib cage area.

2     Q. **Kidney area?**

3     A. I -- I wouldn't -- no.  I -- I made

4  contact with his ribs.

5     Q. **So above that?**

6     A. Above that.

7     Q. **What's Officer Jorg doing?**

8     A. I -- I couldn't tell you.

9     Q. **You don't know?**

10     A. I don't know.

11     Q. **What about Officer Hunter?**

12     A. I have no idea.

13     Q. **Continue.**

14     A. That allowed me -- it -- it -- it's a pain

15  compliance technique that we're taught in the

16  academy.  That allowed me to dislodge his arm.  I

17  then pivoted back around behind him with his arm, in

18  an attempt to get his arm into a handcuff position.

19     Q. **Let me interrupt you.  When you were**

20  **pivoting back now, is your left knee between his**

21  **legs?**

22     A. It's between his legs, and I'm putting my

23  weight on his right buttock essentially.

24     Q. **Where's your right knee?**

Page 99

1   I'm -- I'm willing to bet this is the car they hit,
2   but I -- I can't recall the actual car.
3       Q. Okay.  All right.  At the time that
4   Officer -- I think you indicated Officer Jorg had
5   tackled Mr. Owensby high, grabbed him around the
6   shoulders.
7       A. That's correct.
8       Q. Is that right?  Did you tackle Mr. Owensby
9   also?
10      A. As I approached Jorg and Owensby, they
11  were already halfway to the ground, and the only
12  exposed part of Owensby that I could see were his
13  legs.  So I dropped low and started to go in to take
14  him at the legs to take him to the ground.
15          Now, I don't know if my impact caused the
16  fall to the ground.  I don't know if they were
17  already onto the ground or -- all I know is that,
18  like I said, it was a blur of activity.  I've got
19  faint moments of pictures in my mind as to what
20  happened.
21          When we were on the ground and now
22  struggling with Owensby, I had essentially ahold of
23  his right foot.  At some point I keyed up my mike
24  and started screaming, "Sunoco lot.  Sunoco lot.

Page 109

1    A. I would say I was straddling a little --
2  yeah, that -- that would probably be the most
3  accurate way of describing it.
4    Q. **Okay. Continue.**
5    A. I reach up for the cuff, and as soon as I
6  reach for the cuff I start to lose his arm back
7  underneath his body. And I manage to bring it down
8  real fast and -- and oh, man, I got lucky. The cuff
9  spun and clicked closed right on his right wrist at
10 that point. And now I've got a little bit of a
11 leverage point that I can use on his right wrist and
12 I start twisting it and trying to bring it back
13 across his body.
14   Q. **Did you say anything to announce to your**
15 **partner that you had one cuff on or something along**
16 **those lines?**
17   A. No.
18   Q. **All right.**
19   A. I'm -- I'm giving -- all through this I'm
20 giving commands to him, either "Stop resisting" or
21 "Give me your hand, give me" -- when I struck him
22 the first two times, I said -- both times I struck
23 him, I said, "Give me your hand, give me your hand."
24     And anyhow, I started to work it back

Page 110

1 towards the middle of his back and I wasn't moving.
2 It simply wasn't moving. And, because I didn't
3 already smell it, I figured Mace wasn't employed at
4 this point. And I screamed, "Mace this guy," and
5 nothing happened. And I screamed again, "Somebody
6 Mace this guy," and nothing happened.
7       And I looked up and I saw David Hunter on
8 one knee near the head of Roger Owensby, and the
9 best way I can describe it is he had like a deer
10 caught in the headlights look on his face and he's
11 looking at Roger Owensby's face.
12      Officer Jorg at this point is laying at an
13 angle across Owen-- I guess it would be Owensby's
14 left shoulder.
15   Q. Where's Officer Jorg's head?
16   A. Up near Owensby's head.
17   Q. Okay.
18   A. And I looked at Officer Hunter and I
19 bellowed at the top of my lungs, "Mace this mother
20 fucker." The intent was to shock him into action.
21   Q. Okay.
22   A. At which point he snapped, went to his
23 Mace canister and started to pull it out. And I --
24 my -- I dropped my attention back to the handcuff.

Page 107

1    A. It's outside his right leg.

2    **Q. On the asphalt?**

3    A. On the asphalt.

4    **Q. Okay.  Continue.**

5    A. I start to try to bend his arm back behind

6  his body, and it's -- it's just not going where --

7  I'm stalemated.  I can't get him -- he's so strong I

8  can't get his arm behind him.

9    **Q. Is his -- is his hand out from under his**

10  **body at this point?**

11    A. At this point, but I -- he's -- he's

12  trying to pull it back under his body and we're kind

13  of stalemated trying to -- I'm trying to get it

14  behind his back, he's trying to get it back under

15  his body, and he's significantly stronger than me.

16  And with his right arm he's actually stalemated me

17  with both my hands.  So it's --

18        At that point, I believe I screamed "I

19  need a cuff, I need a cuff."  Because if I let go to

20  try and get -- with either hand to try and get to my

21  own, his arm's going right back underneath his body.

22        I see a --

23    **Q. What's -- if I may.  What's the position**

24  **of his right arm?  Is it still cocked at the elbow,**

Page 112

1    Q. **Continue.**

2    A. Officer Jorg starts bringing his left arm

3 back. At this point I screamed, "Stop resisting,

4 stop resisting, stop resisting," and -- and

5 delivered three more blows to the forearm.

6        His arm is starting to bend a little bit,

7 but it's not getting into a position where I can get

8 his right hand close enough to his left hand to

9 handcuff it, and I deliver three more blows along

10 the forearm, around the ar-- elbow, above the elbow

11 area. It's now coming back closer to his back and

12 his arm starts to bend a little bit more.

13        And we're still in a struggle. I can see

14 now Owensby's left hand coming back to me. I can

15 see the right hand's getting there, but it's still a

16 matter of -- it's a battle for inches now to try and

17 get his left hand into his -- into the left cuff.

18        At some point out of the corner of my eye

19 I see a PR-24 introduced to the right arm. The

20 right arm suddenly levers to the left. The left arm

21 goes into the cuff. We close the cuffs.

22    Q. **As to the PR-24, how was it used?**

23    A. As -- as a lever tool. As a tool to lever

24 his arm back.

123

| | | |
|---|---|---|
| 12:49:55 | 1 | Q.   Where's Officer Jorg? |
| 12:49:57 | 2 | A.   I don't know. |
| 12:50:00 | 3 | Q.   Okay.  What happens? |
| 12:50:02 | 4 | A.   We look up, we see the Golf Manor officer, |
| 12:50:05 | 5 | and I think we all said it at once, "Can we use your |
| 12:50:08 | 6 | car?"  And he just nods and starts walking towards |
| 12:50:12 | 7 | his cruiser, presumably to open up the back door of |
| 12:50:15 | 8 | it, and we start walking towards the cruiser. |
| 12:50:18 | 9 | I would describe Owensby's behavior as |
| 12:50:21 | 10 | being passively resisting.  At one point he raised |
| 12:50:27 | 11 | his legs up off the ground to keep us from walking |
| 12:50:31 | 12 | towards the cruiser, and we almost all pitched |
| 12:50:35 | 13 | forward back to the ground at that point.  And |
| 12:50:37 | 14 | somebody said, "Put your feet down and walk," and he |
| 12:50:41 | 15 | did. |
| 12:50:42 | 16 | Q.   Did you say that? |
| 12:50:44 | 17 | A.   I -- I don't recall.  I could have -- I |
| 12:50:46 | 18 | could have been the one who said that. |
| 12:50:47 | 19 | Q.   The officer, the Golf Manor officer that |
| 12:50:50 | 20 | you and the others had asked to place Mr. Owensby in |
| 12:50:55 | 21 | the car, do you know who that was? |
| 12:50:57 | 22 | A.   No, I don't. |
| 12:50:59 | 23 | Q.   Do you know who Officer Heiland is? |
| 12:51:02 | 24 | A.   I've heard the name, but I don't know |

Page 18

1      He said, "Yeah."

2      We gloved up, and Sergeant Watts said,

3 "Get him out of the car."  And Officer Hasse and I

4 removed him from the car.

5   Q. Is that the first time you realized that

6 Roger Owensby was injured?

7   A. That's correct.

8   Q. Well, you knew before you placed him in

9 the car that he had been Maced, right?

10   A. That's correct.

11   Q. And isn't it true that the standard for

12 care of someone who has been Maced is to provide

13 them with water and fresh air?

14   A. That is correct.

15   Q. And that was not provided?

16   A. I wouldn't consider that an injury.

17   Q. What do you consider someone having been

18 Maced?

19   A. An irri-- it's an irritation.  It's a

20 device used to irritate and cause pain.  It doesn't

21 cause injury.

22   Q. Okay.  Well, in any event, you knew that

23 he had been Maced, you knew that the standards were

24 to provide water and fresh air, and you knew that

1    And I said, "He said his name was Roger

2  something, but I can't recall."

3    He said, "Well, let's begin there."  And

4  that's when we approached the Golf Manor cruiser.

5    And he looked in the passenger -- or the

6  driver's side rear door and realized that he wasn't

7  moving, and he opened -- he opened the door and

8  started to lean in.

9    And I stopped him.  I said, "Sarge, be

10  careful.  He might be playing possum," indicating

11  from experience when you have a violent prisoner

12  sometimes they'll try and lure you back in the car

13  so they can hurt you.

14    And he said "No, Pat, I don't think that

15  guy's breathing."  And we shined the flashlight in

16  and we realized he was actually not breathing.  And

17  that's when we began the process of getting him out

18  of the car.

19    Q. This is from the driver's side?

20    A. The driver's side.

21    Q. So his head would have been toward you and

22  his feet would have been away from you?

23    A. That's correct.

24    Q. Did -- okay.  What -- what happened next?

Page 141

1    A. That's where we began today.  That's when
2 I looked up.  And the first person I saw was Officer
3 Hasse, where I -- I had known from talking to him
4 that he -- he was an EMT before he was a cop.
5        I said, "Do you have any rubber gloves?"
6        He said, "Yeah."
7        "You got an extra pair?"
8        "Yes."
9        "Glove up.  Let's get this guy out of the
10 back seat of the car," and then we began the CPR
11 procedures on him.
12    Q. When you got him out of the back seat of
13 the car, did you take him out from the driver's side
14 or from the passenger's side?
15    A. From the passenger's.
16    Q. So you came around, opened the door?
17    A. Right.
18    Q. How was Mr. Owensby situated in the back
19 seat of the car?
20    A. His position had changed from when I saw
21 it last.  When I came back and saw it now, he had
22 been -- he was rolled over on his back and his head
23 was pinned at like an angle between -- I want to say
24 between his shoulder and the back of the seat.

Page 175

1  audiotape of the incident.  From the time I put out

2  the officer needs assistance broadcast, which is

3  pretty much as we all hit the -- as soon as we're on

4  the ground, to the time that I say, Prisoner's

5  secure, we need a boss for a Macing, is right at two

6  minutes.

7      Q. And when you said, Prisoner's secure, we

8  need a boss for Macing, that was right after you had

9  closed the door to the Golf Manor cruiser?

10     A. That's correct.

11     Q. Did you and Officer Sellers place Mr.

12  Owensby in the back seat of the cruiser, the Golf

13  Manor cruiser because Mr. Owensby was in such a

14  condition that it was difficult to get him to walk?

15     A. No.  He walked to the Golf Manor cruiser.

16     Q. If that were the case, why didn't you walk

17  him to your cruiser?

18     A. Because my cruiser was over 100 yards

19  away, over a guarder that you had to climb over to

20  get to it.  And as violently as he resisted, I

21  didn't want to give him that much more time to

22  recover and begin resisting again.  I wanted to

23  secure him as quickly as possible.

24          The Golf Manor cruiser was the only