# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| **ESTATE OF ROGER D. OWENSBY JR., et al.,** : | |
| : | CASE NO. 01-CV-769 |
| **Plaintiff,** : | Senior Judge S. Arthur Spiegel |
| v. : | |
| **CITY OF CINCINNATI, et al.** : | |
| **Defendants.** : | |

## NOTICE OF SUPPLEMENTAL DEPOSITION OF
## CYRIL H. WECHT, M.D., J.D.

PLEASE TAKE NOTICE that, pursuant to this court's order (Doc # 189), Defendant Cincinnati Police Officers Caton, Hodge, Jorg, Sellers and Spellen will take the supplemental deposition of Cyril H. Wecht, M.D., J.D. The deposition will be held via telephone conference call from the office of Donald Hardin, 915 Cincinnati Club Building, 30 Garfield Place, Cincinnati, Ohio 45202, on September 16, 2004, at 3:30 p.m. The deposition will be recorded stenographically. You are invited to attend.

Respectfully Submitted,

/s/ *Donald E. Hardin*
Donald E. Hardin          (0022095)
Hardin, Lefton, Lazarus & Marks, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio 45202-4322

Telephone: (513) 721-7300
Facsimile: (513) 721-7008

Trial Attorney for Defendants Patrick Caton, Robert Blaine Jorg, Jason Hodge, Darren Sellers and Victor Spellen in their individual capacities.  Trial Attorney for Patrick Caton, Robert Blaine Jorg and Victor Spellen in their official capacities.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Supplemental Deposition of Cyril H. Wecht, M.D., J.D., has been electronically filed with the Clerk of the Court on September 15, 2004.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

James B. Helmer, Jr., Esq.
Paul B. Martins, Esq.
Frederick M. Morgan, Jr., Esq.
Robert M. Rice, Esq.
HELMER, MARTINS & MORGAN CO., L.P.A.
Fourth & Walnut Centre, Suite 1900
105 East Fourth Street
Cincinnati, Ohio  45202
Trial Attorneys for Plaintiff

Geri H. Geiler, Esq.
Assistant City Solicitor
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio  45202
Trial Attorney for Defendants
John Shirey, Kent A. Ryan, S. Gregory Baker, Thomas Streicher, Jr., Robert B. Jorg, Patrick Caton

Mark T. Tillar, Esq.
240 Clark Road
Cincinnati, Ohio  45215
Trial Attorney for Plaintiff

John J. Helbling, Esq.
3672 Springdale Road
Cincinnati, Ohio  45251
Trial Attorney for Plaintiff

Neil F. Freund, Esq.
Vaseem S. Hadi, Esq.
FREUND, FREEZE & ARNOLD
One Dayton Centre
One South Main Street, Suite 1800
Dayton, Ohio  45402-2017
Trial Counsel for Defendants City of Cincinnati, John Shirey,
Kent A. Ryan, S. Gregory Baker, Thomas Streicher, Jr.,
Darren Sellers, Jason Hodge

Wilson G. Weisenfelder, Jr., Esq.
RENDIGS, FRY, KIELY & DENNIS, LLP
900 Fourth & Vine Tower
Cincinnati, Ohio  45202
Trial Attorney for Defendants City of Golf Manor, Stephen Tilley, Roby Heiland, and Chris Campbell

Ravert J. Clark, Esq.
114 East Eighth Street
Suite 400
Cincinnati, Ohio  45202
Trial Attorney for Defendant
David Hunter

/s/ *Donald E. Hardin*
Donald E. Hardin          (0022095)