# THE POLICE INTERVENTION OF ROGER OWENSBY, JR.

## IIS CASE #00248

## STATEMENT

## OF

## POLICE OFFICER JASON HODGE

Code to persons speaking in statement:

Q:   Sergeant Maris Herold
     Internal Investigation Section
     Cincinnati Police Department

QQ:  Sergeant Anthony Carter
     Internal Investigation Section
     Cincinnati Police Department

A:   Police Officer Jason Hodge

AA:  Police Officer Keith Fangman, FOP Representative

(Note: Inaudible portions of statement indicated by dashes)

(2nd Statement)

Q:   This is Sergeant Herold, Internal Investigation Section. Today's date is May 2nd of 2002. Uh we're interviewing Jason Hodge from District One. He's represented today wit- uh by Keith Fangman, also currently assigned to District One. Uh with me uh from IIS detailed here from District Four is Sergeant Anthony Carter. The approximate time is


DEPOSITION
155
7-8-04 Wendy Welsh

QQ: Right. And you see Sergeant Browner either right before or right about the time or immediately following when you find Officer Lawson. Had you found Officer Jorg yet?

A: Before I found Lawson?

QQ: Uh-hum.

A: Uhm, I don't know. I don't know if I found him before I found Jorg or not.

QQ: When you found Officer Jorg, what'd you talk about?

A: Uhm that I had to get his sleeve off of him because he had uh blood all over it and was uh telling him about my blood exposure that I had. And I wanted to get that off to ----- sure that he didn't go through the same thing that I did taking those medications and everything.

QQ: And then what'd you guys do?

A: Uhm I put his, I put his sleeve in the, in the uh trunk of the police car in a ---- envelope.

QQ: So you guys were standing by the police car when, when you contacted him?

A: No. I think I found him. I think I found him in front of the Sunoco. And then uh we walked over to his car cause uh somebody had a knife or something and cut his sleeve off. Put his sleeve in the, in the uh the city car that was there. Put it in the trunk. Locked the trunk and then uh I walked away. I think I actually went in the Sunoco and bought a pack of cigarettes or something then came back out.

QQ: Is your first contact with Jorg is when you guys discuss the blood explos- exposure and the fact that he needed to some how take care of that?