## POLICE INTERVENTION OF ROGER OWENSBY, JR.

## CASE #00 PI 04

## STATEMENT

## OF

## POLICE OFFICER, JASON HODGE

Q:   Specialist James Engelhardt
     Homicide Unit
     Cincinnati Police Division
     824 Broadway Street

QQ:  Specialist James Zieverink
     Homicide Unit
     Cincinnati Police Division
     824 Broadway Street

A:   Police Officer, Jason Hodge, Badge #P-162
     Cincinnati Police Division
     District Four

AA:  Donald Hardin, Attorney
     (Representing Police Officer
     Jason Hodge individually)

(Note: Inaudible portions of statement indicated by dashes)

Q:   Today's date is November the 20th, the year 2000. Time now is approximately 1306 hours. This is Detective James Engelhardt and Detective James Zieverink, both of the Cincinnati Police Homicide Unit. We are at 824 Broadway on the fifth floor in one of the homicide interview rooms. This uh statement and interview is being conducted in reference to case number 00 PI 04, the death in custody of Roger D. Owensby. This incident occurred on Tuesday, November the 7th of this year at approximately 1945 hours. And the location was 2098 Seymour Avenue in District Four. This statement is being taken from Police Officer,

1

Exh. 156    0455

him over to a Golf Manor police car. He uh. When he first got up, he had his, his legs. He was holding his legs up against his body where he was, like he didn't want to walk any where, that they were gonna have to carry him over. Uh he then put his legs down and made like real choppy, shuffling steps towards the car. That's when I walked away. Uhm.

Q: When you say his legs were up against his body, can you explain that?

A: He had uh. Like if he was. Like if he was uh kneeling on the ground he had, he had the heels of his foot were pressed against his uh buttocks.

Q: Okay.

A: And uh then he, he let those down. Uhm short choppy steps like, like if you notice somebody really intoxicated walking to to any direction and they kinda shuffle their feet a little bit. Uh I walked away from the car at that time to look for my partner uh Officer Lawson. Uh I didn't see where he was at. So I was kinda milling around there for a second. Uh I noticed uh they were trying to put him into the vehicle. I walked towards the vehicle. I was probably about fifteen feet away from the vehicle on the uh the passenger side. Uhm I saw somebody trying to, trying to push him in the vehicle and then I couldn't tell who that was. Uhm I saw Caton on the drivers side. He, he had opened the rear pass-, the the rear uh drivers side door, and then just leaned down and I couldn't see him any more. Uhm I walked away again. Uhm walked over to the uh, to the store manager at the Sunoco and uh started getting his information as a, as a witness to the, to the whole thing. Uhm a short time later, somebody had walked by the car and said, "I don't think he's breathing." I don't know who that was. Uhm Sergeant Browner said, "Take him outta the car." So he was, he was taken outta the car. I don't know who took him outta the car. Uhm they put him down on the ground. He was laying on his back. Uhm Officer Hasse came up. Started uh check to check his air way. Uhm checking for a pulse. Then uh I believe Caton was on the uh on his, on his right side. And uh