FILED
JAMES BONINI
CLERK

05 JUL -7 AM 10:48

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 04-3724; 04-3725

FILED

JUL - 7 2005

LEONARD GREEN, Clerk

ESTATE OF ROGER D. OWENSBY, JR.,

    Plaintiff - Appellee,

v.

CITY OF CINCINNATI; TOM STREICHER; ROBERT JORG; PATRICK CATON; VICTOR SPELLEN; DARREN SELLERS; DAVID HUNTER,
    Defendants - Appellants (04-3725),
STEPHEN TILLEY; ROBERT HEILAND; CHRIS CAMPBELL,
    Defendants - Appellants (04-3724).

1:01cv769

Before: MARTIN and ROGERS, Circuit Judges; FORESTER, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Southern District of Ohio at Cincinnati.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court denying qualified immunity is AFFIRMED and the case is REMANDED for further proceedings not inconsistent with the opinion of this court.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk