AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Estate of Roger D. Owensby, Jr., et. al.,

                Case Number:  1:01-cv-00769

    V.

City of Cincinnati, et. al.,                Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a STATUS CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>AUGUST 4, 2005 at 3:00 PM |

                                        JAMES BONINI, CLERK

                                        s/Kevin Moser
                                        Kevin Moser
                                        Case Manager
                                        (513) 564-7620

cc: Frederick Morgan, Esq.   James Helmer, Esq.   John Helbling, Esq.   Mark Tillar, Esq.
    Paul Martins, Esq.   Donald Hardin, Esq.   Geri Geiler, Esq.   Julie Bissinger, Esq.   Neil Freund, Esq.
    Vaseem Hadi, Esq.   Ravert J. Clark, Esq.   Wilson Weisenfelder Jr., Esq.   Dale Stalf, Esq.
    Kenneth Lawson, Esq.   Kimberly Ruowski, Esq.   Mark Tillar, Esq.   Wilson Weisenfelder, Esq.