UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ESTATE OF ROGER D. OWENSBY, JR.,

    Plaintiff,                        NO: 1:CV-01-00769

vs.

CITY OF CINCINNATI, et al.,          O R D E R

    Defendants.

The status conference previously scheduled by this Court for August 4, 2005, at 3:00 P.M., is hereby vacated pending further notice.

    SO ORDERED.

DATE: July 26, 2005                    /s/ S. Arthur Spiegel
                                               S. Arthur Spiegel
                                             United States Senior District Judge