UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF ROGER D. OWENSBY JR., et al., : : : Plaintiff, : : v. : : CITY OF CINCINNATI, et al., : : Defendants. : | Case No. 01-CV-769<br><br>Senior Judge S. Arthur Spiegel<br><br>Magistrate Judge Timothy S. Black |

**MOTION TO WITHDRAW AS COUNSEL**

Frederick M. Morgan, Jr. respectfully asks that the Court permit him to withdraw as co-counsel of record in this matter.  As the Owensbys will continue to be represented by Helmer, Martins, Rice & Popham Co., LPA, such withdrawal will not prejudice the clients and is being effectuated at the request of their counsel.

    Respectfully submitted,

    /s/ Frederick M. Morgan, Jr.
    Frederick M. Morgan, Jr. (0027687)
    Volkema, Thomas, Miller,
    Burkett, Scott & Merry LPA
    700 Walnut Street, Suite 400
    Cincinnati, Ohio 45202
    Tel. (513) 651-4400
    e-mail rmorgan@vt-law.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Motion to Withdraw was filed electronically on July 28, 2005. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  /s/ Frederick M. Morgan, Jr.