UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF<br>ROGER D. OWENSBY JR., et al., : <br> : <br>Plaintiff, : <br> : <br>v. : <br> : <br>CITY OF CINCINNATI, et al., : <br> : <br>Defendants. : | Case No. 01-CV-769<br><br>Senior Judge S. Arthur Spiegel<br><br>Magistrate Judge Timothy S. Black |

**MOTION TO WITHDRAW AS COUNSEL**

Frederick M. Morgan, Jr. respectfully asks that the Court permit him to withdraw as co-counsel of record in this matter. As the Owensbys will continue to be represented by Helmer, Martins, Rice & Popham Co., LPA, such withdrawal will not prejudice the clients and is being effectuated at the request of their counsel.

Respectfully submitted,

/s/ Frederick M. Morgan, Jr.
Frederick M. Morgan, Jr. (0027687)
Volkema, Thomas, Miller,
Burkett, Scott & Merry LPA
700 Walnut Street, Suite 400
Cincinnati, Ohio 45202
Tel. (513) 651-4400
e-mail rmorgan@vt-law.com