**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **ESTATE OF ROGER D. OWENSBY,** | * | **CASE NO. C-1-01-769** |
| Plaintiff | | **(Judge S. Arthur Spiegel)** |
| vs. | * | |
| **CITY OF CINCINNATI, et al.** | | |
| Defendants | * | |

_____

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF TRIAL ATTORNEY**
_____

On June 18, 2003, attorney Neil F. Freund of Freund, Freeze & Arnold filed an Entry of Appearance (Doc #40) on behalf of the City of Cincinnati, Thomas R. Streicher, Jr., David Hunter, Darren Sellers and Jason Hodge.

Pursuant to S.D. Ohio Civ. R. 83.4(d), Neil F. Freund of Freund, Freeze & Arnold gives notice of withdrawal as trial attorney. Attorneys Brian E. Hurley and Larry H. James of Crabbe, Brown & James, L.L.P., are named as substitute trial attorneys.

The client agrees to the said withdrawal and substitution of counsel.

                                          *s/ Neil F. Freund*
                                          Neil F. Freund (0012183)
                                          FREUND, FREEZE & ARNOLD
                                          One Dayton Centre
                                          1 South Main Street, Suite 1800
                                          Dayton, OH 45402-2017
                                          (937) 222-2424
                                          (937) 222-5369 (fax)
                                          nfreund@ffalaw.com
                                          Trial Attorney for City of Cincinnati,
                                          Thomas R. Streicher, Jr., David Hunter,
                                          Darren Sellers, and Jason Hodge.

        *s/ J. Rita McNeil*
J. Rita McNeil (0043535)
City Solicitor
City of Cincinnati
Room 214, City Hall
801 Plum Street
Cincinnati, OH 45202
(513) 352-3338
(513) 352-1515 (fax)
rita.mcneil@cincinnati-oh.gov


        *S/Brian E. Hurley*
Brian E. Hurley
Crabbe, Brown & James, LLP
Suite 940
30 Garfield Place
Cincinnati, Ohio 45202
513-784-1525
513-784-1250(fax)


        *S/Larry H. James*
Larry H. James
Crabbe, Brown & James, LLP
Suite 1200
500 South Front Street
Columbus, Ohio 43215
614-228-5511
614-229-4559 (fax)

PROOF OF SERVICE

This will certify that a copy of the foregoing was served upon counsel of record by electronic mail this 7th day of September, 2005:

Mark T. Tillar (0029898)
240 Clark Road
Cincinnati, OH 45215
(513) 761-2958
**Attorney for Plaintiff**

John Helbling (0046727)
3672 Springdale Road
Cincinnati, OH 45251
513-923-9740
**Attorney for Plaintiff**

Donald E. Hardin (0022095)
HARDIN, LEFTON, LAZARUS & MARKS, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, OH 45202
513-721-7300
**Special Counsel for Defendants Robert Blaine Jorg, Patrick Caton, Darren Sellers, Jason Hodge, and Victor Spellen**

Wilson G. Weisenfelder, Jr. (0030179)
RENDIGS, FRY, KIELY & DENNIS, LLP
900 Fourth & Vine Tower
Cincinnati, OH 45202
513-381-9200
**Attorney for Defendants Village of Golf Manor, Chief Stephen Tilley, Officer Robert Heiland, and John Doe #7 nka Chris Campbell**

Dale A. Stalf (0000471)
BUCKLEY KING
1420 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 412-5400
**Attorney for Huntington Meadows, LTD**

Ravert J. Clark
114 East 8th Street
Suite 400
Cincinnati, OH 45202
(513) 587-2887
**Attorney for Defendant Cincinnati Police Officer David Hunter**

Notice will be delivered by U.S. regular mail to :

Larry H. James
Crabbe, Brown & James, LLP
Suite 1200
500 South Front Street
Columbus, Ohio 43215
614-228-5511  614-229-4559 (fax)
**Substitute Trial Attorney for City of Cincinnati, Thomas R. Streicher, Jr., David Hunter, Darren Sellers, and Jason Hodge.**

Brian E. Hurley
Crabbe, Brown & James, LLP
Suite 940    30 Garfield Place
Cincinnati, Ohio 45202
513-784-1525  513-784-1250(fax)
**Substitute Trial Attorney for the City of Cincinnati, Thomas R. Streicher, Jr., David Hunter, Darren Sellers, and Jason Hodge.**

    S/Neil F. Freund
    Neil F. Freund

3