AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Estate of Roger D. Owensby, Jr., et. al.,

               V.

City of Cincinnati, et. al.,

Case Number: 1:01-cv-00769

Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that the STATUS CONFERENCE in this case has been RESET from 9/22/05 to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | OCTOBER 20, 2005 at 11:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: James Helmer, Esq.   John Helbling, Esq.   Mark Tillar, Esq.   Paul Martins, Esq.   Donald Hardin, Esq.
    Julie Bissinger, Esq.   Richard Ganulin, Esq.   Neil Freund, Esq.   Vaseem Hadi, Esq.
    Ravert J. Clark, Esq.   Wilson Weisenfelder Jr., Esq.   Dale Stalf, Esq.   Kenneth Lawson, Esq.
    Kimberly Rutowski, Esq.   Mark Tillar, Esq.   Wilson Weisenfelder, Esq.