UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF ROGER OWENSBY, JR., | : | Case No. 1:01-CV-769 |
| Plaintiff, | : | Honorable Judge Spiegel |
| v. | : | |
| CITY OF CINCINNATI, et al. | : | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Defendants. | : | |

Now comes Julie F. Bissinger, Chief Counsel, who hereby gives notice of her Withdrawal of Counsel for Defendants. This Withdrawal is made with the knowledge and consent of Julia L. McNeil, City Solicitor for the City of Cincinnati.

Respectfully submitted,

**JULIA L. McNEIL (0043535)**
**City Solicitor**


*/s/: Julie F. Bissinger*
**JULIE F. BISSINGER (0012055)**
**Chief Counsel**
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
(513) 352-3346
FAX: (513) 352-1515

## **CERTIFICATE OF SERVICE**

      I hereby certify on September 12, 2005, a true and accurate copy of the foregoing Notice of Withdrawal of Counsel was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed to those parties who are not served via the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      /s/ *Julie F. Bissinger*
                                      **JULIE F. BISSINGER**
                                      **Chief Counsel**