UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF ROGER D. OWENSBY, JR., BY AND THROUGH ROGER D. OWENSBY, | Case No. C-1-01-769 |
| | Judge Spiegel |
| Plaintiff, | |
| v. | **STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE** |
| CITY OF CINCINNATI, et al., | |
| Defendants. | |

By agreement of counsel for Plaintiff and Defendants, The Village of Golf Manor, Ohio, Chief Stephen Tilley, Roby Heiland and John Doe No. 7 n/k/a Chris Campbell, Plaintiff's claims against these Defendants, including those claims reduced to judgment by virtue of this Court's Order of May 20, 2004, may be and are hereby dismissed with prejudice to future action. Plaintiff's claims against all parties not specifically identified in this Stipulation shall remain pending before this Court and are completely unaffected by this Stipulation.


/s/   John J. Helbling                              (per authorization of October 18, 2005)
Mark T. Tillar (0029898)
John J. Helbling (0046727)
105 E. Main Street, Suite 202
Mason, OH 45040
(513) 770-0264
(513) 770-0267 - Fax
Attorneys for Plaintiff

-2-

/s/     Paul B. Martins                                    (per authorization of October 18, 2005)
James B. Helmer, Jr.  (0002878)
Paul B. Martins (0007623)
HELMER, MARTINS, RICE & POPHAM
Fourth & Walnut Centre, Suite 1900
105 East Fourth Street
Cincinnati, OH 45202-4008
(513) 421-2400
(513) 421-7902 - Fax
Attorneys for Plaintiff



/s/      Wilson G. Weisenfelder, Jr.         
Wilson G. Weisenfelder, Jr. (0030179)
RENDIGS, FRY, KIELY & DENNIS, L.L.P.
One West Fourth Street, Suite 900
Cincinnati, OH  45202-3688
(513) 381-9292
(513) 381-9206 - Fax
Trial Attorney for Defendants, Village of Golf Manor,
Stephen Tilley, Robert Heiland and John Doe #7 n/k/a Chris Campbell