# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF ROGER D. OWENSBY | : | CASE NO. C-1-01-769 |
| Plaintiff, | : | Judge S. Arthur Spiegel) |
| vs. | : | |
| CITY OF CINCINNATI, et al. | : | CORRECTED NOTICE OF SUBSTITUTION OF TRIAL |
| Defendants. | : | ATTORNEYS |

On September 7, 2005, Freund, Freeze & Arnold and Neil F. Freund filed a Notice of Withdrawal And Substitution of Trial Attorney. This notice will serve to correct and clarify that notice.

In this action, the law firm of Crabbe, Brown & James LLP ("CB&J") represents Defendant City of Cincinnati, Ohio ("City") and all current and former employees of the City who are defendants in this action in their official capacities only. CB&J does not represent any individual defendant in his personal capacity. Further, Larry H. James will be lead trial counsel for the City and the individual defendants CB&J represents in their official capacities.

Respectfully submitted,

CRABBE, BROWN & JAMES LLP

s/Larry H. James
Larry H. James (0021773)
500 South Front Street, Suite 1200
Columbus, Ohio 43215
(614) 229-4567 - telephone
(614) 229-4559 - facsimile
ljames@cbjlawyers.com
Lead Trial Attorney For Defendants City of Cincinnati And All Current And Former Employees Of City of Cincinnati In Their Official Capacities Only

    s/Brian E. Hurley
Brian E. Hurley (0007827)
Robert J. Gehring (0019329)
30 Garfield Place, Suite 740
Cincinnati, Ohio 45202
(513) 784-1525 - telephone
(513) 784-1250 - facsimile
bhurley@cbjlawyers.com
rgehring@cbjlawyers.com
Co-Counsel For Defendants City of Cincinnati And All Current And Former Employees Of City of Cincinnati In Their Official Capacities

## CERTIFICATE OF SERVICE

    This will certify that a copy of the forgoing was served upon counsel of record by electronic mail this 18th day of October, 2005.

    s/Brian E. Hurley
Brian E. Hurley