**FILED**
NOV 0 9 2005
LEONARD GREEN, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

ESTATE OF ROGER D. OWENSBY, JR.

    Plaintiff - Appellee

v.

CITY OF CINCINNATI;

    Defendant

STEPHEN TILLEY; ROBERT HEILAND; CHRIS CAMPBELL

    Defendants - Appellants

1:01cv769

    It appearing that the mandate was inadvertently issued on November 7, 2005 for the above-styled appeals,

    It is **ORDERED** that the mandate is hereby recalled and the cases are restored to the active docket.

    ENTERED PURSUANT TO RULE 45(a),
    RULES OF THE SIXTH CIRCUIT.
    Leonard Green, Clerk

*Leonard Green /ʒ*

A TRUE COPY
Attest:
LEONARD GREEN, Clerk
By _____ Deputy Clerk