AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Estate of Roger D. Owensby, Jr., et. al.,

          Case Number:   1:01-cv-00769

    V.

City of Cincinnati, et. al.,         Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the STATUS CONFERENCE in this case has been **RESET FROM 12/8/05** to the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | JANUARY 18, 2006 at 10:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Ravert J. Clark, Esq.    Richard Ganulin, Esq.    Vaseem Hadi, Esq.    Donald Hardin, Esq.
    John Helbling, Esq.    James Helmer, Jr., Esq.    Paul Martins, Esq.    Brian Hurley, Esq.
    Larry James, Esq.    Kenneth Lawson, Esq.    Kimberly Rutowski, Esq.