UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-3724: 04-3725

Filed: January 12, 2006

ESTATE OF ROGER D. OWENSBY, JR.

    Plaintiff - Appellee

v.

CITY OF CINCINNATI;

    Defendant

STEPHEN TILLEY; ROBERT HEILAND; CHRIS CAMPBELL

    Defendants - Appellants

**MANDATE**

Pursuant to the court's disposition that was filed 7/7/05 the mandate for this case hereby issues today.

COSTS:

Filing Fee .......... $
Printing ............ $1,079.50

    Total ........ $1,079.50

A True Copy

Attest:

_____
Deputy Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

LEONARD GREEN
CLERK

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

JILL COLYER
(513) 564-7024
(FAX) 564-7098
www.ca6.uscourts.gov

Filed: January 12, 2006

James Bonini
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202

RE: 04-3724: 04-3725
Estate of Owensby vs. Cincinnati
District Court No. 01-00769

Enclosed is a copy of the mandate filed in this case.

Jill Colyer
Case Manager

cc:
Honorable S. Arthur Spiegel
Mr. John J. Helbling
Mr. James B. Helmer Jr.
Mr. Wilson G. Weisenfelder Jr.
Mr. Richard Ganulin