UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

ORDER

**FILED**
FEB 0 9 2006
LEONARD GREEN, Clerk

ESTATE OF ROGER D. OWENSBY, JR.

    Plaintiff - Appellee

v.

CITY OF CINCINNATI;

    Defendant

STEPHEN TILLEY; ROBERT HEILAND; CHRIS CAMPBELL

    Defendants - Appellants

**RECEIVED**
FEB 1 0 2006
HELMER, MARTINS, RICE & POPHAM CO., L.P.A.

BEFORE: MARTIN and ROGERS, Circuit Judges; and FORESTER*, District Judge

Upon consideration of appellant's motion to stay the mandate pending the filing of a petition for Writ of Certiorari,

It is **ORDERED** that the motion be and it hereby is, DENIED.

ENTERED BY ORDER OF THE COURT

Leonard Green, Clerk

---

*Honorable Karl S. Forester, Senior United States District Judge for the Eastern District of Kentucky, sitting by designation.