AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Estate of Roger D. Owensby, Jr., et. al.,

        Case Number:   1:01-cv-00769

V.

City of Cincinnati, et. al.,        Senior District Judge S. Arthur Spiegel

NOTICE

**TAKE NOTICE** that a PRETRIAL CONFERENCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | MARCH 9, 2006 at 11:00 AM |

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620

cc: Ravert J. Clark, Esq.    Richard Ganulin, Esq.    Vaseem Hadi, Esq.    Donald Hardin, Esq.
    John Helbling, Esq.    James Helmer, Jr., Esq.    Paul Martins, Esq.    Brian Hurley, Esq.
    Larry James, Esq.    Kenneth Lawson, Esq.    Kimberly Rutowski, Esq.