Case 1:01-cv-00769-SAS   Document 229-4   Filed 03/06/2006   Page 1 of 5

Owensby, et al vs. City of Cincinnati, et al.                                        DONNA MARIE TODD
November 21, 2003

1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

- - - - - - - - - - - - - - -

ESTATE OF ROGER D.              :
OWENSBY JR., et al.,            :
                                :
        Plaintiffs,             :
   vs.                          : Case No. 01-CV-769
                                : (Judge S. A. Spiegel)
CITY OF CINCINNATI,             :
et al.,                         :
                                :
        Defendants.             :

- - - - - - - - - - - - - - -

        Deposition of DONNA MARIE TODD, a witness herein, called by the defendants for cross-examination, pursuant to the Federal Rules of Civil Procedure, taken before me, Wendy Davies Welsh, a Registered Diplomate Reporter and Notary Public in and for the State of Ohio, at the offices of Helmer, Martins & Morgan Co. LPA, 1900 Fourth & Walnut Centre, 105 East Fourth Street, Cincinnati, Ohio, on Friday, November 21, 2003, at 12:59 p.m.

Case 1:01-cv-00769-SAS    Document 229-4    Filed 03/06/2006    Page 2 of 5

Owensby, et al vs. City of Cincinnati, et al.
November 21, 2003
DONNA MARIE TODD

Page 6

1  Q. Are you currently married?
2  A. No.
3  Q. Have you ever been married?
4  A. No.
5  Q. You are the mother of Myiesha; is that
6  right?
7  A. Yes.
8  Q. And let me just ask a couple questions
9  about that. Myiesha was born 8/20/90, right?
10 A. No.
11 Q. When was Myiesha born?
12 A. 8/20/91.
13 Q. Okay. So how old is Myiesha currently?
14 A. 12.
15 Q. Have you had any other children other than
16 Myiesha?
17 A. Yes.
18 Q. Could you give me their name or names and
19 ages.
20 A. Darius Todd. He's 13.
21 Q. Have you ever been married?
22 A. No.
23 Q. Darius, does he live with you?
24 A. Yes.

Page 7

1  Q. And are you raising him?
2  A. Yes.
3  Q. Do you live by yourself with your
4  children?
5  A. Yes.
6  Q. Let me ask you a little bit about Myiesha.
7  Did you ever live with -- I'll say Roger Junior?
8  Did you have a nickname for him?
9  A. I just call him Andre.
10 Q. You called Roger Junior Andre?
11 A. Uh-huh.
12 Q. Why? Was that your nickname for him?
13 A. No. That's his middle name.
14 Q. All right. Did he have any other
15 nicknames that you knew about?
16 A. No.
17 Q. Little Bit? Did you ever hear that
18 nickname?
19 A. I heard it.
20 Q. Where did you hear it?
21 A. His mother.
22 Q. What about LA? Ever hear of that one?
23 A. No.
24 Q. Never?

Page 8

1  A. No.
2  Q. Did you ever live with Roger, or Andre,
3  together?
4  A. Yeah.
5  Q. From when to when?
6  A. '90, 1990 to, I don't know, '91.
7  Q. Where was that? What was the address that
8  you lived at?
9  A. I don't remember his mother's address.
10 Q. Is that where you lived?
11 A. Right.
12 Q. So you lived at his mother's address for a
13 period of time?
14 A. Yes.
15 Q. Was that before or after you became
16 pregnant?
17 A. While I was pregnant.
18 Q. Where was Myiesha born, what hospital?
19 A. Good Samaritan.
20 Q. When Myiesha was born, did Roger
21 acknowledge paternity, that he was the father?
22 A. Yes.
23 Q. Is Roger's name on the birth certificate
24 as being the father?

Page 9

1  A. Yes.
2  Q. Now, after Myiesha was born did you ever
3  go to court to get any kind of a support order?
4  A. Mean --
5  Q. Well, was there or is there an order of
6  support where, after Roger acknowledged the fact
7  that he was the father, he had to pay support every
8  month for the care of Myiesha? Did that ever
9  happen?
10 A. Yes.
11 Q. Did that happen right after Myiesha was
12 born?
13 A. No.
14 Q. When did that first happen?
15 A. I can't remember when it first happened.
16 Q. Was it when Roger was in the military?
17 A. Yeah.
18 Q. Did it happen before Roger was in the
19 military?
20 A. Probably right before.
21 Q. Did the support payments come from the
22 military or did they come from the Bureau of
23 Support?
24    Let me ask the question differently. Did

Case 1:01-cv-00769-SAS   Document 229-4   Filed 03/06/2006   Page 3 of 5

Owensby, et al vs. City of Cincinnati, et al.
November 21, 2003
DONNA MARIE TODD

Page 10

1  they come from the military through the Bureau of
2  Support?
3       MR. MARTINS: Objection.
4       Answer if you can.
5    Q. Where did the support payments come from?
6  Did they come from the military? Did you get a
7  military check for support?
8    A. I don't know what -- I received a child
9  support check.
10   Q. From who?
11   A. From Andre.
12   Q. Who wrote the check?
13   A. Who wrote it?
14   Q. Who wrote it.
15      MR. FREUND: The record should reflect the
16  witness is looking at me like I'm nuts.
17   Q. I'm really not trying to be tricky here.
18   A. I'm not looking at you like that.
19      (Laughter.)
20   Q. Was it a personal check from Andre?
21   A. No, it wasn't a personal check.
22   Q. Who did it come from?
23   A. Child support check, I guess.
24   Q. How much was it?

Page 11

1    A. I don't remember.
2    Q. I mean, were you getting child support
3  checks when Roger died?
4    A. No.
5    Q. Up to the time that he died?
6    A. No.
7    Q. When did the child support checks stop?
8  When he got out of the military?
9    A. Yeah.
10   Q. Can you tell me what the monthly check
11  amount was?
12   A. I don't remember.
13   Q. Well, try. I mean, was it $100 or $200
14  or --
15      MR. MARTINS: Objection. Asked and
16  answered.
17   Q. You don't have any idea how much it was,
18  is that your answer?
19   A. I don't remember.
20   Q. How could we figure out how much it was?
21  How would you go about figuring out how much it was,
22  to refresh your recollection?
23      MR. MARTINS: Objection.
24   Q. Do you have any of those old checks that

Page 12

1  you got, copies of the old checks, anything like
2  that?
3    A. No.
4    Q. Any old check stubs?
5    A. No.
6       MR. FREUND: Let's go off the record for
7  one second.
8       (Discussion off the record.)
9    Q. Tell me how much child support Roger paid
10  after he got out of the military and up to the time
11  of his death.
12      MR. MARTINS: Objection. Clarify what you
13  mean by child support.
14      MR. FREUND: Support for Myiesha.
15      MR. MARTINS: You may answer.
16   A. Are you speaking just through checks or
17  just in general?
18   Q. Well, let's try checks first, and then if
19  he didn't pay in checks, we'll try cash.
20   A. Well, to either question I couldn't tell
21  you the amount, because I don't remember.
22   Q. All right. Let's try: Did he ever pay
23  you with checks?
24   A. Personal checks?

Page 13

1    Q. Yes, personal checks.
2    A. No, not personal checks, no.
3    Q. Did he always pay child support with cash?
4    A. After -- after he was out of the military?
5    Q. After he was out of the military.
6    A. He gave me money in cash.
7    Q. How much money did he give you in cash?
8    A. I don't remember that.
9    Q. You don't have a clue?
10   A. I have -- no.
11   Q. Can you give me an estimate of how much
12  money he would give you in a month in cash for child
13  support of Myiesha, or support of Myiesha?
14   A. No, not offhand I can't.
15   Q. You can't even give me a reasonable
16  estimate?
17      MR. MARTINS: Objection. Asked and
18  answered.
19   Q. No?
20   A. No.
21   Q. Did he buy any diapers and things like
22  that?
23   A. Yes.
24   Q. When he got out of the military, how old

Page 10 - Page 13

Case 1:01-cv-00769-SAS   Document 229-4   Filed 03/06/2006   Page 4 of 5

Owensby, et al vs. City of Cincinnati, et al.
November 21, 2003
DONNA MARIE TODD

Page 14

1  was Myiesha?
2    A. Around six or seven.
3    Q. As you sit here, Donna, and you think
4  about it, is there anything that we can look at that
5  would tell us how much money either per month or per
6  week that Roger Junior would pay for the care of
7  Myiesha from 1998 when he got out until he died?
8    A. No.
9    Q. Did he give you money for yourself after
10 he got out of the military?
11   A. No.
12   Q. Do you have a job?
13   A. Yes.
14   Q. Where do you work?
15   A. Provident Bank.
16   Q. What do you do?
17   A. I work in the lock box department,
18 wholesale.
19   Q. How long have you worked for Provident?
20   A. Two and a half years.
21   Q. So you would have started at Provident in
22 2000?
23   A. Yes.
24   Q. When in 2000?

Page 15

1    A. Beginning of 2000, like January, the end
2  of January.
3    Q. Do you remember having that job when Roger
4  died?
5    A. I didn't have it then.
6    Q. When did Roger die?
7    A. November 7th.
8    Q. Of 2000?
9    A. (Nodding head.)
10   Q. Did you have that job when Roger died?
11   A. Not just yet I didn't have that job.
12   Q. Were you working when Roger died,
13 somewhere?
14   A. Yes.
15   Q. Where?
16   A. Nine West.
17   Q. What is that?
18   A. That's shoe, wholesale shoe department,
19 distribution.
20   Q. How long did you work there?
21   A. Like a year.
22   Q. Are you from the Cincinnati area?
23   A. Yes.
24   Q. Where did you go to high school?

Page 16

1    A. Taft High School.
2    Q. Graduate from Taft?
3    A. Yes.
4    Q. Any further education after high school?
5    A. Yes.
6    Q. Where did you go?
7    A. CTC, Cincinnati Tech.
8    Q. Did you graduate from Cincinnati Tech?
9    A. No.
10   Q. How many years did you go?
11   A. A year and a half.
12   Q. I would assume that you don't have any
13 criminal record, no arrests or convictions. Is that
14 correct?
15   A. I do.
16   Q. You do?
17   A. Uh-huh.
18   Q. What is that?
19   A. I have assault.
20   Q. When did that happen?
21      MR. MARTINS: Objection.
22      You may answer.
23   A. I think '98. I'm not for sure.
24   Q. Just briefly describe it. What happened?

Page 17

1       MR. MARTINS: Continuing objection.
2       You may answer.
3    A. An argument with a relative.
4    Q. Argument with a relative?
5    A. Uh-huh.
6    Q. Were you convicted of assault or did you
7  plead guilty or something like that?
8       MR. MARTINS: Same objection.
9       You may answer.
10   A. Guilty of assault.
11   Q. Was that through the Municipal Court or
12 was that through the Common Pleas Court? What court
13 did you go to?
14      MR. MARTINS: Same objection.
15      You may answer.
16   A. I don't know which one it was.
17   Q. What was the sentence?
18      MR. MARTINS: Same objection.
19      You may answer.
20   A. Probation.
21   Q. How long?
22   A. It was six months.
23   Q. What, did you hit the relative?
24      MR. MARTINS: Objection.

27

| | | |
|---|---|---|
| 13:30:30 | 1 | don't attend there now. |
| 13:30:39 | 2 | Q.   So you would take Myiesha there when you |
| 13:30:43 | 3 | went to work.  And then would you pick her up when |
| 13:30:45 | 4 | you came home from work? |
| 13:30:46 | 5 | A.   Correct. |
| 13:30:47 | 6 | Q.   How much school did Myiesha miss after her |
| 13:31:06 | 7 | dad died? |
| 13:31:06 | 8 | A.   About a week. |
| 13:31:10 | 9 | Q.   Has she missed any school since that time? |
| 13:31:16 | 10 | A.   No. |
| 13:31:17 | 11 | MR. FREUND:  I don't have any further |
| 13:31:32 | 12 | questions. |
| 13:31:34 | 13 | MR. MARTINS:  Concluded. |
| 13:31:37 | 14 | Signature. |
| 13:31:37 | 15 | |
| 13:31:37 | 16 | |
| 13:31:37 | 17 | |
| 13:31:37 | 18 | DONNA MARIE TODD |
| 13:31:37 | 19 | - - - |
| 13:31:37 | 20 | |
| 13:31:37 | 21 | (Deposition concluded at 1:31 p.m.) |
| | 22 | |
| | 23 | - - - |
| | 24 | |