| CINCINNATI.COM | ENQUIRER | WCPO | REDS | BENGALS | JOBS | CARS | HOMES | WEATHER | TRAFFIC | SUBSCRIBE |



**THE CINCINNATI ENQUIRER**
ONLINE EDITION OF THE REGION'S #1 NEWSPAPER

Cincinnati.Com can help you make the most of your free time.

Jun. 12, 2003     HOME   LOCAL   SPORTS   BUSINESS   EDITORIALS   TEMPO   ENTERTAINMENT   CLASSIFIED   ARC

TODAY'S ENQUIRER
Front Page
► Local News
Sports
Business
Editorials
Tempo
Travel
Health
Technology
Weather
Back Issues
Search
Subscribe

SPORTS
Bearcats
Bengals
High School
Reds
Xavier

VIEWPOINTS
Jim Borgman
Columnists
Readers' views

ENTERTAINMENT
Movies
Dining
Horoscopes
Lottery Results
Local Events
Video Games

CINCINNATI.COM
Giveaways
Maps/Directions
Send an E-Postcard
Coupons
Visitor's Guide

CLASSIFIEDS
Jobs
Cars
Homes
Obituaries
General
Place an ad

HELP
Feedback
Subscribe

Saturday, June 29, 2002

# Forensic expert hired to review Owensby case

By **Gregory Korte**, gkorte@enquirer.com
and **Jane Prendergast**, jprendergast@enquirer.com
**The Cincinnati Enquirer**

The city of Cincinnati has hired a national forensic expert — renowned for his research into high-profile deaths — to review what killed Roger Owensby Jr.

A soon-to-be-released report by Dr. Cyril H. Wecht, coroner in Allegheny County, Pa., could help the city's Office of Municipal Investigation resolve competing theories on Mr. Owensby's cause of death after he was arrested in Roselawn in November 2000.

The city wants to know whether Cincinnati police officers involved in the arrest "committed any administrative or procedural violations," said OMI Director Mark Gissiner, who has described the Owensby case as the most complicated his office has ever handled.

"Given the difficult circumstances in this case, we wanted a second opinion from a doctor who is well respected nationally," Mr. Gissiner said. "It's not unlike someone facing major surgery who wants a second opinion."

Dr. Wecht's inquiry could further complicate a case that continues to unravel with new revelations that have increased the political pressure on Hamilton County Prosecutor Michael Allen to reopen the criminal case.

Mr. Owensby, 29, died at a Roselawn gas station after officers struggled to arrest him, sprayed him with chemical irritant, brought him to the ground, handcuffed him and put him in the back of a cruiser.

Hamilton County Coroner Dr. Carl Parrott labeled his death "mechanical asphyxiation" and said officers likely either piled on him or used a choke hold.

A lawyer for Officer Robert "Blaine" Jorg disputes that, saying in a $30 million federal lawsuit filed last month that his

Latest
Updated E

AP TOP HEADLINE NEW
• Israeli Missiles Kill Ni
• U.S. Troops Storm Su
Enclave
• Oscar-Winner Gregor
87
• Broadcaster David B
82
• Co. Accused of Hidin
Defects
• New Flaw Could Dam
Liftoff
• U.S. Gets War Crimes
Exemption
• Dogs Show Off Canin
Japan
• Stocks Decline in Lat
• Tiger Woods Shoots
Round

NATIONAL NEWS
• Senate Panel Pushes
Bill
• Monkeypox May Have
Human
• Bolts Threaten Shuttl
• Broadcaster David B
82
• Details Emerge in Cal
Case
• Texas Jail Escapee G
Sentence
• Three Die in Severe T
Thunderstorms
• FTC: Cigarette Ad Sp
Skyrockets
• 2 Students Charged i
Dorm Fire
• Judge Halts Trial to A
Jury

WORLD NEWS
• Israeli Missiles Kill Ni
• Vase in Iraqi Museum
Undamaged
• NATO to Overhaul Co
Boost Forces
• French Students Take
Despite Strike
• Myanmar Ignores Crit
Detention

Search Survey

Great DVD Deals from the Web's Top Retailers!

client was made a "scapegoat" in a racially charged case. He intends to prove that Mr. Owensby's death came not from asphyxiation, but from an unrelated "cardiac event."

Officer Jorg, who has since resigned and now works in Clermont County's Pierce Township, is white; Mr. Owensby was black.

Officer Jorg and a co-defendant, Patrick Caton, were indicted in the death and tried. Both were found not guilty of assault, but the jury was hung on Officer Jorg's charge of involuntary manslaughter. Mr. Allen has thus far elected not to retry Officer Jorg.

Most recently, Chief Tom Streicher put Officer Victor Spellen on desk duty, saying he admitted lying about what Officer Jorg — his training officer — told him about the head lock he had on Mr. Owensby.

Dr. Wecht will review autopsy records, tissue samples, court transcripts and officers' statements, Mr. Gissiner said.

The Pittsburgh coroner's expertise has been used in cases including the Branch Davidian fire in Waco and the suicide of Vincent Foster, the deputy White House counsel who killed himself in the wake of the Clinton Whitewater and travel office scandals. He also wrote a book about the disappearance of JonBenet Ramsey.

Two lawsuits, two internal investigations by the Cincinnati Police Department and OMI's review are also pending in the case.

The Owensby family has filed a federal wrongful death lawsuit, hoping to get the justice they say they were denied in the county court system.

An internal investigation was supposed to be completed in April. Police officials say it will be released soon, but will not discuss the issue until then.

Dr. Wecht's fee in similar cases is about $5,000. He has not yet billed the city.

---

▸ Forensic expert hired to review Owensby case
Pact with nurses averts a walkout
County may seize company buildings
City orders house demolished
Family frustrated by lawyer's silence
Food stars at Panegyri fest
Jury agrees shooting was self defense
Obituary: J. Louis Warm was longtime attorney
Stricter rules on old homes mulled
Tristate A.M. Report

- Japan Investigating A GI

BUSINESS NEWS

- Wall Street Reads Int Words
- Union Leader: I'll Figh Plans
- Nissan Setting Up Ne China
- Bond Prices Higher a
- London Share Prices

SPORTS NEWS

- Tiger Woods Shoots Round
- Washington to Fire Fl Neuheisel
- Nets Defeat Spurs, 77 Finals
- Hewitt, Roddick Adva Club
- Vancouver's Naslund Award
- Federer Advances to Quarters
- Sources: Denver to H All-Stars
- Sharapova Reaches [ Quarters
- Navratilova Asks for I Wild Card
- Funny Cide to Race ir Event

Forensic expert hired to review Owensby case

Trustee to leave job with youth sports
Whistleblower signs disputed
RADEL: Renewal
SAMPLES: Scandal
Coalition on Aging turns 10
Freedom festival a fun celebration
Gas plant worker's death probed
New dispatching faster, smarter
Spokes-man is year-round work
Audit names child-support problems
Columbus Zoo funds help to shore up game preserve
Democratic leader had wins, but not in statewide offices
Group cleaning up its political ads
Wanted: Suspected Mideast terrorists
Kentucky News Briefs
Corinth small enough to slip through loophole
911 dispatch consolidated
Effort to clear top admiral at Pearl Harbor rejected
Ky. empties fund to plug budget hole
Roads go up creeks

Jun. 12, 2003    HOME   LOCAL   SPORTS   BUSINESS   EDITORIALS   TEMPO   ENTERTAINMENT   CLASSIFIED   ARC

Cincinnati.Com
THE CINCINNATI ENQUIRER

Search our site by keyword: [        ] go!

Search also: News | Jobs | Homes | Cars | Classifieds | Obits | Coupons | Events | Dining
Movies/DVDs | Video Games | Hotels | Golf | Visitor's Guide | Maps/Directions | Yellow Pa

SUBSCRIBE \ TRAFFIC \ WEATHER \ HOMES \ CARS \ JOBS \ BENGALS \ REDS \ WCPO \ ENQUIRER / C

Search | Questions/help | News tips | Letters to the editors | Subscribe
Newspaper advertising | Web advertising | Place a classified | Circulation

Copyright 1995-2003. The Cincinnati Enquirer, a Gannett Co. Inc. newspaper.
Use of this site signifies agreement to terms of service updated 12/19/2002.

http://www.enquirer.com/editions/2002/06/29/loc_forensic_expert.html                6/12/2003