Cincinnati.Com ENQUIRER | POST | WCPO | CIN WEEKLY | Classifieds | Cars | Homes | Jobs | Custome

WCPO.com ON YOUR SIDE

MY WIFE & KIDS abc 4

HOME  NEWS  ENTERTAINMENT  SPORTS  REDS  BENGALS  LOCAL GUIDE  MULTIMEDIA  ARCHIV

News
Tri-state News Stories
Butler/Warren Co. News Stories
Nat'l/World Stories
Story Archive
9Links
WCPO Segments
Don't Waste Your $
I-Team
Healthy Living
9 On Your Kids Side
Traffic
Traffic Cameras
Maps & Directions
9News Tips
9News Bio Pages
E-mail Newsletters
Special Sections
Iraq
SARS
Cinergy Implosion
More...
Recipes
WCPO Text Edition

# Outside Expert: Police Officer Killed Roger Owensby

Reported by: 9News
Web produced by: Liz Foreman
Photographed by: 9News
9/12/02 4:24:47 PM

AUDIO/VIDEO

 Watch this 9News video

A nationally known medical expert has given the city of Cincinnati his opinion on how suspect Roger Owensby, Jr. died in police custody nearly two years ago.

RELATED LINKS

Cyril H. Wecht

WCPO.com neither endorses nor guarantees the content or availability of external links.

Dr. Cyril Wecht, coroner for Allegheny County, Pennsylvania, concluded that Owensby died from "mechanical asphyxia due to compression of his chest by police Officer Robert Blaine Jorg, who was kneeling on his back."

"Mechanical asphyxia is a form of suffocation wherein 'pressure on the outside of the body prevents respiration,'" Wecht's report stated. "In traumatic asphyxia a 'heavy weight presses down on an individual's chest abdomen, making respiration impossible.' A common example, which I have seen several times, is from a car slipping off a jack and pressing on a person under it..."

"In my opinion these hemorrhages were created by the complete weight of Officer Jorg's body directed through his knees into Mr. Owensby's back," the report continued.

Wecht's report stated that he had reviewed police reports, legal documents, sworn statements, scene and autopsy photographs, microscopic tissue slides, and "other relevant information" before compiling his report.

During Jorg's trial in Cincinnati, testimony was inconclusive on the exact cause of death. The case ended with a hung jury and prosecutors decided not to retry Jorg.

Owensby died in Bond Hill in November 2000.

Wecht was hired by the city of Cincinnati's Office of Municipal Investigation to look into Owensby's death. The Office of Municipal Investigation, an independent department the city, investigates complaints. He delivered his report to the city's Office of Municipal Investigation by fax on September 10, 2002. On September 11, 2002, Wecht's office confirmed to the city that the faxed copy was his final report.

The report was expected on August 23, 2002, but additional questions were submitted to Wecht, causing delays in completion of the report.

 Coming up on WCPO TV

Watch 9News at 11 for the latest local and

Advertiser S[

We're A Loca
Help take ca
Family finan

No Up-Front I
Four local of
Stop by an c
anytime

Easy, Free C
Free, no obl
Application

WCPO.com A



Hey boys and girls!

national news stories. Watch video

**More Local Headlines**
- About 30 Vehicles Vandalized In Small Kentucky Town
- Ohio's Jobless Rate At 5.9% In February
- Bill Would Protect Horse Farms As Agricultural Operations
- Big Turnout Urges Fairfield Schools To Keep Extras
- NASCAR Champ Raises Money For Make-A-Wish
- Western Southern Wins Scripps Spelling Bee For Literacy
- Police Investigating Fort Wright Robbery And Assault
- Tri-state College Tuition To Go Up Again
- Newport Business Hit Hard By Thieves
- Home In Wayne Township Catches Fire
- Firefighter Memorial Unveiled, New Training To Begin
- Teen Accused Of Shooting At Officer Will Be Tried As Adult
- Allegations Surface Against Local BW3 Manager
- Fertilizer Company Steps Up Security

Looking for a previous day's local story? Click here for our archives.



Enquirer • Post • 9WCPO • CIN Weekly

Search our site by keyword: [        ] go!

More Searches:  News | Weather | Sports | Video | Giveaways | 9 Links | Bios
Webcams | Recipes | Local Shows | Health | Traffic | Cheap Gas

CINCINNATI.COM | ENQUIRER | POST | WCPO | CIN WEEKLY | Classifieds | Cars | Homes | Jobs | Custo

**Related Advertising Links**

**NBTF - Get Important Info**
Brain tumor diagnosis, treatment, support groups, news and more.
braintumor.org

**The Green Guide**
The Source for Eco-Friendly Advice. Product Reviews, Shopping Tips.
www.thegreenguide.com

All material © 2004 WCPO-TV Scripps Howard Broadcasting Company. All Rights Reserved.
Terms of Use | Copyright Info | Privacy Policy | The E.W. Scripps Company

Search | Need help? | WCPO.com and WCPO-TV advertising | Send Feedback