

A service of the Pittsburgh Post-Gazette®

# Judge rules for Zappala, against Wecht

Wednesday, September 14, 2005

Pittsburgh Post-Gazette

Common Pleas Judge Jeffrey A. Manning, refereeing yet another power battle between the county coroner and the district attorney, again ruled in favor of the DA.

Manning yesterday gave Coroner Dr. Cyril H. Wecht three days to turn over to District Attorney Stephen A. Zappala Jr. the results of an autopsy of an Emlenton man who was shot to death July 15 in a confrontation with police at Crafton-Ingram Shopping Center.

Wecht wanted to hold an open inquest into the death of John Trojan, 48, saying it has not been determined whether Trojan was shot by police or took his own life as police reported.

An eyewitness has said that Trojan was shot three times by police. The officers said Trojan shot himself three times and that one officer may have discharged one round in response.

Manning, denying Wecht's inquest request, ruled the coroner cannot hold inquests that might compromise ongoing probes.

Back

Copyright ©1997-2005 PG Publishing Co., Inc. All Rights Reserved.