




Cincinnati.COM | NKY.COM | ENQUIRER | POST | WCPO | CIN WEEKLY | Classifieds | Cars | Homes | Jobs | Help

**THE ENQUIRER**
ONLINE EDITION OF THE CINCINNATI NEWSPAPER

Click here to print coupon.

Currently:
**53°F**
Sunny
Weather | Traffic

HOME  NEWS  ENTERTAINMENT  SPORTS  REDS  BENGALS  LOCAL GUIDE  MULTIMEDIA  ARCHIVES  SEARCH

TODAY'S ENQUIRER
Front Page
► Local News
Sports
Business
Editorials
Tempo
Home Style
Travel
Health
Technology
Weather
Back Issues
Search
Subscribe

SPORTS
Bearcats
Bengals
High School
Reds
Xavier

VIEWPOINTS
Jim Borgman
Columnists
Readers' views

ENTERTAINMENT
Movies
Dining
Horoscopes
Lottery Results
Local Events
Video Games

CINCINNATI.COM
Giveaways
Maps/Directions
Send an E-Postcard
Coupons
Visitor's Guide

CLASSIFIEDS
Jobs
Cars
Homes
Obituaries
General
Place an ad

HELP
Feedback
Subscribe
Search
Newsroom Directory

Friday, October 1, 2004

# Owens endorsed by FOP in county coroner's race

**By Cindi Andrews**
**Enquirer staff writer**

The Cincinnati police union threw the weight of its 1,000-plus members Thursday behind Democratic coroner candidate O'dell Owens.

"He's going to be fair, and that's what we want: fairness and objectivity," Fraternal Order of Police Vice President Keith Fangman said.

Owens, an African-American doctor, called the FOP's endorsement a step toward improving relations between police and minorities.

"There has been a rift between the black community and the FOP, and there shouldn't be," he said. "We care as much about reducing crime as anybody else."

Owens is running against incumbent Republican Carl Parrott, whose office has been at the center of several controversies since his 2000 re-election. The county is being sued for millions of dollars over the biggest scandal, in which artist Thomas Condon took photos of posed bodies in the morgue.

Condon said Parrott and other morgue officials knew he intended to photograph bodies as part of an art project. Parrott has said he knew nothing about it.

The union also objected to the coroner's handling of the deaths of Roger Owensby and Nathaniel Jones during separate scuffles with police. Parrott's office termed both cases homicides.

"I understand that doesn't sit very well with them," Parrott said Thursday.

Among other FOP endorsements:

• Democrat Eve Bolton for county commissioner. She is running against Pat DeWine, who angered the FOP as a Cincinnati councilman when he supported the outside hiring of top police officials.

• Republican David Grossmann for commissioner. He was endorsed over Democratic incumbent Todd Portune because of

**Latest Headline News**
Updated Every 30 Minutes
AP TOP HEADLINE NEWS

• Nuclear Deal With India a Victory for Bush
• U.S. Diplomat Killed in Pakistan Bombing
• Video Shows Bush Warned Before Katrina Hit
• Italian Panel: Soviets Behind Pope Attack
• Authorities Suspect Arson in Okla. Fires
• Ohio Woman Says Kids Requested Cages
• Retailers Post Mixed Sales Results in Feb.
• New, More Colorful $10 Bill to Debut
• McCartneys Join Effort to End Seal Hunt
• Seminoles Beat No. 1 Duke in Wild Finish

Grossmann's experience as a juvenile court judge, Fangman said.

• Ohio Treasurer Joe Deters for prosecutor. Deters is running against Fanon Rucker, Melissa Powers and James Rueger in an all-write-in race to replace Mike Allen. Rucker has never prosecuted a felony, Fangman noted.

E-mail candrews@enquirer.com



Let your Dad debate it online.

PRESIDENTIAL DEBATES
Bush, Kerry stress differences on Iraq
Portman to help Cheney prep
College-age audience had already made pick
• Editorial: Listen to what they said, not how they said it
• Your voices on debate

TOP STORIES
Error will force Hamilton County to reissue 17,500 absentee ballots
Woman, 49, killed in car chase
Feds puzzled by sheriff's terror alert

THEATER REVIEW
'A Picasso' is heady, clever

SPECIAL REPORT: TEST STRESS
Schools grapple with test stress
Doctors know when it's test time
Did you know?
Some Views on Test-Taking and Stress
Educators take steps to reduce test stress
Parents can ease stress of tests

IN THE TRISTATE
Attorney challenges legal tactics of Allen
Blackwell election decisions blasted
Cincinnati schools open campaign for tax renewal
Angels graduate as police sweep
Nuxhall pitches Fairfield tax levy
Owens endorsed by FOP in county coroner's race
Butler fugitive nabbed overseas
Proposed cuts languish
Finneytown looks at teacher layoffs
Monroe might be site for Indians' casino
Court: Reveal donors' names
Opera losing influential artistic director
Warren court worker says demotion unfair
Local news briefs

ENQUIRER COLUMNISTS
Downs: This race is about fun, forgiveness

LIVES REMEMBERED
Ralph Bolton, planned downtown
C. W. 'Bill' Wiebold, 61, art restorer

KENTUCKY STORIES
Students touch piece of history
N. Ky. news briefs
Judge won't preside in officer DUI
Independent voice at forum