AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

ESTATE OF ROGER OWENSBY, JR., et. al.,

                                                                        Case Number:   1:01-cv-00769

V.

CITY OF CINCINNATI, et. al.,                Senior District Judge S. Arthur Spiegel

### NOTICE

**TAKE NOTICE** that a PRETRIAL CONFERNCE in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME |
| | MARCH 15, 2006 at 9:00 AM |

                                                                  JAMES BONINI, CLERK

                                                                  <u>s/Kevin Moser</u>
                                                                  Kevin Moser
                                                                  Case Manager
                                                                  (513) 564-7620

cc: Ravert J. Clark, Esq.    Richard Ganulin, Esq.    Vaseem Hadi, Esq.    Donald Hardin, Esq.
    John Helbling, Esq.    James Helmer, Jr., Esq.    Paul Martins, Esq.    Brian Hurley, Esq.
    Larry James, Esq.    Kenneth Lawson, Esq.    Kimberly Rutowski, Esq.  Mark Tillar, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.