## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| The Estate of Roger D. Owensby Jr., | : | Case No. 01-CV-769 |
| Plaintiff, | : | |
| -vs- | : | Senior Judge S. Arthur Spiegel |
| City of Cincinnati, et. al., | : | |
| Defendants. | : | |

### NOTICE OF MANUAL FILING OF DEPOSITION TRANSCRIPT

Defendants Patrick Caton, Jason Hodge, Robert Blaine Jorg, Darren Sellers and Victor Spellen hereby provide notice of the manual filing with this Court of the certified transcript of the deposition of Dr. Cyril Wecht taken on November 15, 2004.

Respectfully submitted,

/s/ *Kimberly A. Rutowski*
Kimberly A. Rutowski       (#0076653)
Hardin, Lefton, Lazarus & Marks, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio  45202
(513) 721-7300

Trial Attorney for Defendants Patrick Caton, Robert Blaine Jorg, Jason Hodge, Darren Sellers and Victor Spellen in their individual capacities

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Manual Filing of Deposition Transcript was electronically filed on March 15, 2006, with the actual certified deposition transcript filed by hand with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system

/s/ *Kimberly A. Rutowski*
Kimberly A. Rutowski        (#0076653)