RECEIVED
MAR 13 2006
Special
LEONARD GREEN, Clerk

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

CC 04-3724/3725
civ

William K. Suter
Clerk of the Court
(202) 479-3011

March 7, 2006

Clerk
United States Court of Appeals for the Sixth Circuit
524 Potter Stewart Courthouse
100 East Fifth Street
Cincinnati, OH 45202

FILED
MAR 15 2006
LEONARD GREEN, Clerk

Re: Robert Jorg, et al.
v. Estate of Roger Owensby, Jr.
No. 05-1129
(Your No. 04-3724, 04-3725)

FILED
06 MAR 16 PM 4:07
JAMES BONINI
CLERK

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 3, 2006 and placed on the docket March 7, 2006 as No. 05-1129.

Sincerely,

William K. Suter, Clerk

by
Gail Johnson
Case Analyst