Perfect Probate 4.3a

# PROBATE COURT OF HAMILTON COUNTY, OHIO

**ENTERED**
APR 2 4 2001

IMAGE No. 75

ESTATE OF Roger D. Owensby _____, DECEASED

CASE NO. 2001000510

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
### FOR WRONGFUL DEATH ONLY
[For Executors and all Administrators]

Name and Title of Fiduciary __Roger Owensby__

__Administrator__

On hearing in open Court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that:

Decedent died [check one of the following] ☐ testate - ☒ intestate - on __November 7, 2000__, domiciled in __Ohio__

[Check one of the following] ☐ Bond is dispensed with by the Will - ☐ Bond is dispensed with by law - ☒ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The Court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

_____ _____
Date                        Probate Judge

JOHN J. HELBLING
Attorney Registration No. 0046727
3672 Springdale Road
Cincinnati, Ohio 45251
513-928-9740

## CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

FILED
COURT OF COMMON PLEAS

[Seal]

Probate Judge/Clerk

by _____

Date _____

FORM 4.5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY                    7/1/77