## SHORT FORM CURRICULUM VITAE WITH PUBLICATIONS
### Karen Diane Meyers BA, MBA/JD, MEd, CPCU, CLU, FLMI, CSSC

Karen D. Meyers (Mrs.) – Collegiate Environment (Dr. Karen)
2651 Observatory Avenue
Cincinnati, Ohio 45208
Phone (513) 871-8900 ~ Fax (513) 871-9099

### Education

| | |
|---|---|
| 1968 | Seton High School, Cincinnati, Ohio |
| 1971 | Thomas More College – BA (Summa Cum Laude) |
| 1978 | Salmon P. Chase College of Law – Juris Doctorate |
| 1978 | Xavier University-Masters in Business Administration |
| 1978 | Xavier University-Masters in Education |
| 1981 | Chartered Life Underwriter |
| 1984 | Fellowship Life Management Institute |
| 1987 | Chartered Property Casualty Underwriter |
| 1990 | Xavier University-Post graduate work in Hospital Administration |
| 1994 | University of Notre Dame-Chartered Structured Settlement Consultant (Co-Developer and Curriculum Designer) |

### Work History

| | |
|---|---|
| 1966 – 1978 | Baldwin; Cincinnati, Ohio-Various Positions from File Clerk to Commercial Law Manager |
| 1971 – 1972 | St. Teresa Grade School, Teacher |
| 1978 – 1991 | Ohio Casualty Insurance Group/Ohio Life Insurance Company – Various Positions from Staff Attorney to Assistant Vice President – Special Markets/Senior Counsel; Liaison Shared Serviced, Co-Chair Life Investment Committee – to Counsel for Life Company. |
| 1978 – Now | Adjunct Professor Business Administration – Thomas More College (Have taught fourteen different courses and designed four) |
| 1987 – 2003 | Instructor CPCU 6-Business and Insurance Law |
| 1991 – Now | Independent Contractor Presenter |
| 1991 – 1996 | Benefit Designs, Inc. – Vice President Product and Market Development; Vice President-Client Services; Executive Vice President |
| 1994 – Now | University of Notre Dame – CSSC Program Developer and Faculty |
| 1996 – Now | Little, Meyers & Associates., Ltd. |
| 1998 – Now | Miami University, Oxford, Ohio – Adjunct Professor Department of Finance (Dr. Karen D. Meyers) |
| 2005 – | University of Notre Dame – Executive MBA Adjunct |

### Volunteer Work (Brief Listing)

Red Cross Volunteer, 1966 – Present: Red Cross Board 1980 – 1986, 1992 – 1994: CCD Instructor 1964 – 1978: YWCA Board Member 1980 – 1986: Thomas More College Board of Trustees 1992 – 1994: Thomas More Alumni Board 1984 – Present: Chair and Developer – NSSTA National Certification 1994 – now: Thomas More Co-op Board 1996 – 2001: Thomas More Mentor 1982 – 1994: Hamilton Chamber of Commerce 1986 – 1991: Sur Optimistic Scholarship Judge 1995 – 1998: Regional Moot Court Judge 1995 – now: CPCU Education Committee: Ohio Insurance Institute Speaker/Educator; Big Brother Big Sister Bowling Fund Raiser 1996 – 1997: NSSTA Annual Meeting Presentation Coordinator 1996 – 2004.

### Awards/Recognition (Brief Listing)

Over 45 Who's Who Publications; Summa Cum Laude Thomas More College; Outstanding Freshman; Outstanding Senior; 1990 Woman of the Year-Individual Progress Award; Ohio Institute Discussion Leader Award; Teacher of the Year-Thomas More College 1989; Alumni of the Year-Thomas More College 1988; Book Award; Evidence; Poverty Law; Outstanding Service Award-Thomas More College 1971 and 1996; Red Cross Volunteer Award 1989, 2000; Outstanding Business Woman Award 1989-Hamilton; Outstanding Service Award; Lamar International Key Note Address 1996; Rose Award 1988-For Course Design; Pro Bono Lawyer Award 2000-2004; 2004 Lead Periodic Payment Consultant Immigrant WTW – World Trade Center September 11th, 2001 Tragedy.

Revised 2/2006 Education Macro Level Detail

## SHORT FORM CURRICULUM VITAE WITH PUBLICATIONS
### Karen Diane Meyers BA, MBA/JD, MEd, CPCU, CLU, FLMI, CSSC

**Publications**

Published the Preface to Profiles in 1994 and 1995 for the National Underwriter for Life, Health and Property Casualty Insurance; Ohio Life Lines (124 Issues) 1982 – 1991 published by The Ohio Casualty Insurance Companies; Why Universal Life Won't Work, November 1986, Northwestern Life Newsletter; Structured Settlement CSSC

Manual Prologue, Special Needs Trust, Medicaid and Medicare, published by NSSTA 1994 through 2001; Ghost Writer updates, Periodic Payments, Law Journal Press – summers 1992 through 1996; The Pricing Of Annuities; LOMA ICAPS Annual Meeting, 1986; Needs Based Settlement of Catastrophic Injury Cases Winter 2000; "Settlement Wellness: A Prevention Therapy Worth Pursuing?" Journal of Nursing Law, Vol. 10, Number 2, November 2, 2005, "The Health Care Solution Highway: Stakeholder Positioning for Effective Legislative, Operational, and Litigation Results" Journal of Nursing Law, Vol. 10, Number 3, November 3, 2005.

**Presentations, Publications and Affiliations (Brief Listing)**

Has made over 500 presentations; including several Utilizing Structured Settlements in the Settlement of Catastrophic Injury Claims; Strategic and Tactical Planning; Insurance and related Legal Topics; The Importance of Insurance; Annuities and Managed Care Affiliated with American, Ohio, Kentucky and Cincinnati Bar Associations and CPCU Society.

**Collegiate and Graduate Courses Taught:**

Law and Ethics Symposium
Law and Ethics Capstone
Business Law
Insurance Law
Diversity Law and Management Challenges
Benefits
Bridging the Communication Gap
Mediation and Conflict Management
Statistics
Quantitative Analysis
Research I
Organization and Behavior
Management and Organization
Principles of Supervision
Accounting 1
Certified Structured Settlement Program
    Tax Components
Government Benefit Overview
Product Components
Claims Handling
    Claims Components
Ethical Integration in the Marketplace
Multidisciplinary Business Integration Ethics Weave