MARK T. TILLAR (0029898)<br>
JOHN J. HELBLING (0046727)<br>
105 E. Main Street, Suite 202<br>
Mason, Ohio 45040<br>
513-770-0264 [Mr. Tillar]<br>
513-770-0322 [Mr. Helbling]<br>
<br>
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF ROGER D. OWENSBY, | : |
| PLAINTIFF, | : CASE NO.: C-1-01-769 |
| VS. | : JUDGE SPIEGEL |
| CITY OF CINCINNATI, ET AL. | : |
| DEFENDANTS. | : |

PLAINTIFF'S NOTICE OF TERMINATION OF JAMES, B. HELMER, JR., PAUL B. MARTINS, AND THE FIRM, HELMER, MARTINS, RICE & POPHAM

Now comes Plaintiff, *The Estate of Roger D. Owensby,* by and through their counsel, who hereby give notice that James B. Helmer, Jr., Paul B. Martins, and the law firm now known as Helmer, Martins, Rice & Popham, Co., L.P.A. have been fired and terminated as co-counsel for Plaintiff in this action.

        Respectfully submitted,

| /s/ Mark T. Tillar | /s/ John J. Helbling |
|---|---|
| Mark T. Tillar  0029898 | John J. Helbling  0046727 |
| Trial Attorney For Plaintiffs | Trial Attorney For Plaintiffs |
| 105 E. Main Street, Suite 202 | 105 E. Main Street, Suite 202 |
| Mason, Ohio 45040 | Mason, Ohio 45040 |
| Telephone: (513) 770-0264 | Telephone: (513) 770-0322 |
| Fax:(513) 770-0267 | Fax:(513) 770-0267 |

### *Certificate of Service*

I hereby certify that a copy of the foregoing Plaintiffs' Notice of Termination was electronically filed on September 20, 2006. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ John J. Helbling
        JOHN J. HELBLING (0046727)