MARK T. TILLAR (0029898)<br>
JOHN J. HELBLING (0046727)<br>
105 E. Main Street, Suite 202<br>
Mason, Ohio 45040<br>
513-770-0264 [Mr. Tillar]<br>
513-770-0322 [Mr. Helbling]<br>
<br>
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| THE ESTATE OF ROGER D. OWENSBY, | : |
| PLAINTIFF, | : CASE NO.: C-1-01-769 |
| VS. | : JUDGE SPIEGEL |
| CITY OF CINCINNATI, ET AL. | : |
| DEFENDANTS. | : |

**PLAINTIFF'S MOTION TO UNSEAL MARCH 15, 2006 AFTERNOON SESSION TRANSCRIPT OF CASE FOR FILING WITH HAMILTON COUNTY PROBATE COURT**

Comes now, Roger Owensby, Sr., Administrator for the Estate of Roger Owensby, Plaintiff, by and through counsel, and respectfully ask this Court to unseal the transcript of settlement reached on March 15, 2006. Since settling this matter on March 15, 2006, several critical issues concerning former counsel Helmer, Martins, Rice & Popham LPA have arisen in the Estate of Roger Owensby, Jr.; Hamilton County Probate Court Case No. 2001 000316 that make it necessary for

Plaintiff to file the transcript of the March 15, 2006 hearing with the Hamilton County Court of Common Pleas Probate Division.

                                                Respectfully submitted,

| /s/ Mark T. Tillar | /s/ John J. Helbling |
|---|---|
| Mark T. Tillar  0029898 | John J. Helbling  0046727 |
| Trial Attorney For Plaintiffs | Trial Attorney For Plaintiffs |
| 105 E. Main Street, Suite 202 | 105 E. Main Street, Suite 202 |
| Mason, Ohio 45040 | Mason, Ohio 45040 |
| Telephone: (513) 770-0264 | Telephone: (513) 770-0322 |
| Fax:(513) 770-0267 | Fax:(513) 770-0267 |

## *Certificate of Service*

     I hereby certify that a copy of the foregoing Plaintiffs' Motion was electronically filed on September 21, 2006.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                       /s/ John J. Helbling
                                       JOHN J. HELBLING (0046727)