Donald E. Hardin   (00222095)<br>
Trial Attorney for Defendants Patrick Caton, Robert Blaine Jorg, Jason Hodge, Darren Sellers and Victor Spellen in their individual capacities

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| The Estate of Roger D. Owensby Jr., | : | Case No. 01-CV-769 |
| Plaintiff, | : | |
| -vs- | : | Senior Judge S. Arthur Spiegel |
| City of Cincinnati, et. al., | : | |
| Defendants. | : | |

Now come Defendants Blaine Jorg, Patrick Caton, Victor Spellen, Darren Sellers, and Jason Hodge, by and through their counsel in their individual capacities, and in response to Plaintiff's Motion to Unseal March 15, 2006 Afternoon Session Transcript of Case For Filing with Hamilton County Probate Court state that they have no objection to Plaintiff's Motion.

Respectfully submitted,

/s/ *Donald E. Hardin*
Donald E. Hardin              (#0022095)
Hardin, Lefton, Lazarus & Marks, LLC
915 Cincinnati Club Building
30 Garfield Place
Cincinnati, Ohio  45202
(513) 721-7300

Trial Attorney for Defendants Patrick Caton, Robert Blaine Jorg, Jason Hodge, Darren Sellers and Victor Spellen in their individual capacities

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was electronically filed on September 27, 2006 with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system

/s/ *Donald E. Hardin*
Donald E. Hardin                    (#0022095)