```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF OHIO
                   WESTERN DIVISION
```

ESTATE OF ROGER D. OWENSBY, :     Case No. 1:01-cv-00769
                            :
         Plaintiff,         :     Senior Judge S. Arthur
                            :     Spiegel
                            :
                            :
         vs.                :     **ORDER**
                            :
                            :
CITY OF CINCINNATI, et al., :
                            :
         Defendants.        :

This matter is now before the Court on Plaintiff's Motion to Unseal the March 15, 2006 Afternoon Session Transcript (doc. 239), and the Unopposed Response by Defendants Blaine Jorg, Patrick Caton, Victor Spellen, Darren Sellers, and Jason Hodge. Counsel for the City of Cincinnati has also contacted the Court and represented that the City of Cincinnati is unopposed to the motion.

Having reviewed this matter, the Court finds Plaintiff's motion well-taken. Accordingly, Plaintiff's Motion to Unseal the March 15, 2006 Afternoon Session Transcript (doc. 239) is hereby GRANTED. It is hereby ORDERED that the transcript of the settlement reached by the parties during the afternoon session with the Court on March 15, 2006 is UNSEALED for the purposes of filing the transcript for use by the Hamilton County Probate Court, in

Case No. 2001 000316.

    SO ORDERED.


Date: September 28, 2006    s/S. Arthur Spiegel
                                          S. Arthur Spiegel
                                          United States Senior District Judge