UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| THE ESTATE OF ROGER D. OWENSBY, JR. PLAINTIFF | : | CASE NO. C-1-01-769 |
| -VS- | : | JUDGE SPIEGEL |
| THE CITY OF CINCINNATI, ET AL. DEFENDANTS | : | MOTION TO UNSEAL TRANSCRIPT |
| | : | |

  Comes now, Roger Owensby, Sr. Administrator of the Estate of Roger D. Owensby, Jr., by and though counsel, and respectfully moves this Court to unseal the Transcript of the March 15, 2006 afternoon session of the Court of the settlement of the case. This request is for the limited purpose of presentation in a certain fee dispute that arose among present and former estate counsel in this matter. Specifically for counsel, Mark T. Tillar and John J. Helbling's for the fee dispute counsel, Alvin E. Matthews of Bricker & Eckler and his expert Geoffrey Stern of Kegler, Brown, Hill and Ritter use said transcript in presenting their case to the fee panel. The Ohio State Bar Association has appointed Mr. William C. Mann of Mitchell, Allen, Catalano & Boda Co. LPA, William R. Case of Thompson Hine LLP, and Glenn W. Collier of Martin, Browne, Hull & Harper.

  Administrator Roger Owensby, Sr. requests this Court allow only the above-mentioned attorneys be allowed review said transcript in the hearing on the Fee Dispute. The hearing is set for November 30, 2007 in Columbus, Ohio.

Respectfully submitted,

/s/ Mark T. Tillar
Mark T. Tillar 0029898
Attorney for Estate
5121 Sweet Bay #303
Mason, Ohio 45040
513 898 9940
mttlaw2@yahoo.com

## Certificate of Service

      I hereby certify that a copy of the foregoing Plaintiffs' Motion was electronically filed on October 27, 2007.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


/s/ Mark T. Tillar
Mark T. Tillar