UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF ROGER D. OWENSBY, | : | Case No. 1:01-cv-00769 |
| Plaintiff, | : | Senior Judge S. Arthur Spiegel |
| vs. | : | **ORDER** |
| CITY OF CINCINNATI, et al., | : | |
| Defendants. | : | |

Upon good cause shown, and with the consent of counsel for the Defendants, Plaintiff's Motion to Unseal Transcript (doc. 243) is hereby GRANTED. It is hereby ORDERED that the transcript of the settlement reached by the parties during the afternoon session with the Court on March 15, 2006 is UNSEALED for the limited use of counsel representing the Estate in presenting their case to the fee panel at a fee dispute hearing scheduled for November 30, 2007.

SO ORDERED.

Date: 11/6/07

S. Arthur Spiegel
United States Senior District Judge