UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF ROGER D. OWENSBY, JR. | : | |
| Plaintiff, | : | Case No. 1:01-cv-00769 |
| v. | : | |
| CITY OF CINCINNATI, et al., | : | |
| Defendants. | : | **NOTICE** |

The record of the above-captioned case shows that this matter has been terminated from the docket of Judge Spiegel. The record further indicates that there are currently depositions which remain on file for this case, which are no longer needed by the Court (see attached list).  Pursuant to Local Rule 79.2(a), please contact chambers to make arrangements to retrieve these items within 20 days of the date of this notice.  Any item(s) not retrieved within this 20-day period will be disposed of as waste pursuant to Local Rule 79.2(b).

S. Arthur Spiegel
United States Senior District Judge


By: s/Kevin Moser
    Kevin Moser
    Case Manager
    (513) 564-7623

**DEPOSITIONS WHICH REMAIN ON FILE**
**ESTATE OF ROGER D. OWENSBY, JR., v. CITY OF CINCINNATI, et al.**
**1:01-cv-00769**

**FILED BY DEFENDANT CITY OF CINCINNATI**

Depositions of:
Roger Owensby, Sr.
Donna Marie Todd
Brenda Owensby
Shawn Owensby
Jason Lee Hodge
Kurt Donald Byrd
Renee Louise Hinton
Joe Callanan

**FILED BY DEFENDANTS DARREN SELLERS, JASON HODGE, VICTOR SPELLEN AND ROBERT JORG**

Deposition of Dr. Cyril Wecht, M.D., J.D.