UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF ROGER D. OWENSBY, JR. et al. Plaintiffs | : : | Case: 01-CV-769 |
| -vs- | : | Motion for Review of Disbursement of Qualified Settlement |
| CITY OF CINCINNATI, et al. Defendants | : | Disbursement |
| | : | Judge S. Arthur Spiegel |
| | : | |

Comes now Roger Owensby, Sr. Administrator, by and through counsel and hereby submits the Hamilton County Probate Court Entry associated with the above captioned case (attached as Exhibit "A"). Federal and State Taxes will be filed within the first three weeks of September, 2008. The Administrator respectfully requests a review of disbursement.

The Administrator is requesting an oral hearing on the matter. The taxes will be filed under supplemental filing.

| | |
|---|---|
| /s/ Mark T. Tillar | /s/ John J. Helbling |
| Mark T. Tillar 0029898 | John J. Helbling 0046727 |
| Attorney for Plaintiffs | Attorney for Plaintiffs |
| 240 Clark Road | 5848 Cheviot Road, #183 |
| Cincinnati, Ohio 45215 | Cincinnati, Ohio 45247 |
| 513-898-9940 | 513-762-7815 |
| mttlaw2@yahoo.com | jjhlaw@fuse.net |