ENTERED
AUG - 4 2008

IMAGE NO. 98

PROBATE COURT OF HAMILTON COUNTY, OHIO

In Re Estate of Roger D. Owensby, Jr.          CASE NO: 2001000316

JUDGE CISSELL

Magistrate Goode

### STIPULATED ENTRY (FILED UNDER SEAL)

This matter came before the Court on June 2, 2008 regarding the *Motion To Release Sealed Record* filed by Counsel, Mark T. Tillar and John J. Helbling. Also present at the hearing was Karen Meyers, the Qualified Settlement Fund [QSF] Administrator, as well as Former Estate counsel, Paul B. Martins of Helmer, Martins, Rice & Popham, Co., LPA. The Court having discussed the matter of releasing sealed documents from this case to the U.S. District Court Judge determined that any sealed documents requested by the Federal Judge for his review and to facilitate the completion of the QSF should be available to the U.S. District Court and Karen D. Meyers, the Administrator of The Owensby Qualified Settlement Fund, 2651 Observatory Avenue, Cincinnati, Ohio 45208.

The Court hereby **Orders** that any documents in this matter that are required to be reviewed by the U.S. District Court in the matter of *Estate of Roger Owensby v. City of Cincinnati, et al.,* Case No. C-1-01-769, shall be released under seal to the U.S. District Judge. Sealed Documents provided to the U.S. District Court shall remain under seal unless and until the Federal District Judge affirmatively opens those documents.

SO ORDERED:

_____
JAMES CISSELL, JUDGE

FILED
COURT COMMON PLEAS PROBATE
JAMES CISSELL, JUDGE
2008 AUG -4 PM 12: 55

203.60

**AGREED TO:**

*[signature]*
Mark T. Tillar 0029898
240 Clark Road
Cincinnati, Ohio 45215
513 898 9940

*[signature]* John J. Helbling by *[signature]* MTT
John J. Helbling (0046727) per authorization
Attorneys for the Estate   7/11/08
5848 Cheviot Road, #183
Cincinnati, Ohio 45247

*[signature]*
James B. Helmer Jr. (0002878)
Paul B. Martins (0007623)
Former Attorneys for the Estate
Suite 2704, 600 Vine Street
Cincinnati, Ohio 45202
513-421-2400

A COPY OF THIS ENTRY
WAS MAILED TO THE PARTIES
LISTED AT LEFT ON 8-4-08
BY *[signature]*
DEPUTY CLERK

STATE OF OHIO COUNTY OF HAMILTON
COURT OF COMMON PLEAS PROBATE DIVISION
THIS IS TO CERTIFY THAT THE FOREGOING IS A
TRUE AND CORRECT COPY OF THE DOCUMENT
ON FILE IN THIS OFFICE.
WITNESS MY HAND AND SEAL OF SAID COURT
THIS ___ DAY OF August 2008
JAMES CISSELL, Judge & Ex-Officio Clerk
*[signature]* Deputy Clerk

ENTERED
Civil Rule 53
*[signature] James Cissell*

2