AO 456s (Rev. 8/01) Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

ESTATE OF ROGER OWENSBY, JR., et. al.,

                                                 Case Number:   1:01-cv-00769

    V.

CITY OF CINCINNATI, et. al.,                Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that a HEARING ON MOTION FOR REVIEW OF QUALIFIED SETTLEMENT FUND DISBURSEMENT (DOC. 246) in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Room 838 |
| | DATE AND TIME<br>OCTOBER 30, 2008 at 11:00 AM |

                                                        JAMES BONINI, CLERK

                                                        s/Kevin Moser
                                                        Kevin Moser
                                                        Case Manager
                                                        (513) 564-7620

cc: Ravert J. Clark, Esq.    Richard Ganulin, Esq.    Vaseem Hadi, Esq.    Donald Hardin, Esq.
    John Helbling, Esq.    Brian Hurley, Esq.    Larry James, Esq.    Kimberly Rutowski, Esq.
    Mark Tillar, Esq.

---

You can obtain all the pretrial procedures and forms used by the Judge by visiting our website at

www.ohsd.uscourts.gov

Click on Judges and then on Procedures and Forms above the Judge's address.

If you do not have the ability to access the Website for the Judge's procedures and forms, please contact me.